**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **FOCAL POINT, L.L.C.,** ) | Civil Action No. _____ |
| ) | |
| Plaintiff, ) | **Jury Trial Demanded** |
| ) | |
| v. ) | FILED: MAY 16, 2008 |
| ) | 08CV2859   RCC |
| **RUUD LIGHTING, INC.,** ) | JUDGE KENNELLY |
| ) | MAGISTRATE JUDGE DENLOW |
| Defendant. ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Focal Point, L.L.C., states that it has no parent corporation and no public affiliate holds more than 5% of its stock.

Dated:  May 16, 2008

Respectfully submitted,

By: /s/ Michael L. Krashin
Erik S. Maurer (6275467)
    emaurer@bannerwitcoff.com
Michael L. Krashin (6286637)
    mkrashin@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**Attorneys for Plaintiff Focal Point, L.L.C.**