**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| _____ ) | |
| **FOCAL POINT, L.L.C.,** ) | **Civil Action No. _____** |
| ) | |
| **Plaintiff,** ) | **Jury Trial Demanded** |
| ) | FILED: MAY 16, 2008 |
| **v.** ) | 08CV2859  RCC |
| ) | JUDGE KENNELLY |
| **RUUD LIGHTING, INC.,** ) | MAGISTRATE JUDGE DENLOW |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## NOTICE OF CLAIM INVOLVING A TRADEMARK UNDER LOCAL RULE 3.4

Notice of litigation involving a United States Trademark and the information required by 15 U.S.C. § 1116(c) is hereby provided pursuant to Local Rule 3.4.  The Plaintiff in this declaratory judgment lawsuit for trademark non-infringement is Focal Point, L.L.C., which has its principal place of business at 4201 South Pulaski Road, Chicago, Illinois, 60632.  The Defendant is Ruud Lighting, Inc., which has its principal place of business at 9201 Washington Avenue, Racine, Wisconsin, 53406.  Ruud Lighting, Inc. appears to be the owner of U.S. Trademark No. 3,286,694.

Dated:  May 16, 2008                 Respectfully submitted,

By: /s/ Michael L. Krashin
Erik S. Maurer (6275467)
     emaurer@bannerwitcoff.com
Michael L. Krashin (6286637)
     mkrashin@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive – Suite 3000
Chicago, Illinois 60606

Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**Attorneys for Plaintiff Focal Point, L.L.C.**