**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FOCAL POINT, L.L.C., | ) | |
|     Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | **Case No.: 08-CV-2859** |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC., | ) | |
|     Defendant/Counterclaim-Plaintiff. | ) | Mag. Judge Denlow |

---

### NOTICE OF APPEARANCE

---

Please take notice that attorney Peter N. Jansson of the law firm of JANSSON SHUPE &

MUNGER LTD., 207 East Westminister, Lake Forest, IL 60045, will appear on behalf of

defendant, Ruud Lighting, Inc., in the instant action.

Dated at this 23rd day of May, 2008.

Respectfully submitted,

RUUD LIGHTING, INC.

By _____s/Peter N. Jansson_____
     Peter N. Jansson (IL Bar #1326074)

Peter N. Jansson
E-Mail: pjansson@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminister
Lake Forest, IL 60045

**MAILING ADDRESS:**
JANSSON SHUPE & MUNGER LTD.
245 Main Street
Racine, WI 53403
Tel:  262/632-6900
Fax: 262/632-2257