**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FOCAL POINT, L.L.C., ) | |
|     Plaintiff/Counterclaim-Defendant, ) | |
| ) | **Case No.: 08-CV-2859** |
| vs. ) | |
| ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC., ) | |
|     Defendant/Counterclaim-Plaintiff. ) | Mag. Judge Denlow |

___

**RUUD LIGHTING'S MOTION FOR TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
___

NOW COMES defendant/Counterclaim-Plaintiff, Ruud Lighting, Inc. ("Ruud"), and hereby moves the Court, pursuant to Fed. R. Civ. P. 65, for an Order immediately restraining Focal Point, L.L.C. ("Focal Point") from further infringement of Ruud's AVIATOR trademark, which mark is the subject of Ruud's United States Trademark Registration No. 3,286,694 and of Ruud's common law rights in its AVIATOR mark. Ruud seeks temporary injunctive relief before the immediately impending at the 2008 Lightfair International Trade Show & Conference being held at the Las Vegas Convention Center on May 28-30, 2008.

This motion is fully supported by the facts and evidence laid out in the accompanying brief.

More specifically, Ruud respectfully requests that the Court enter a temporary restraining order and preliminary injunction against Focal Point, its officers, agents, sales representatives, servants, employees, associates, attorneys, successors and assigns and all persons acting by, through, under or in active concert or participation with any of them from: Publicly or privately displaying or otherwise using the "Aviator" mark, including in any offering for sale, promoting,

advertising and marketing, including without limitation at Lightfair 2008 of its new commercial recessed lighting fixtures.

    Dated this 23rd day of May, 2008.

                            Respectfully submitted,

                            RUUD LIGHTING, INC.

                            By     s/Peter N. Jansson
                                Peter N. Jansson (IL Bar #1326074)

Peter N. Jansson
E-Mail: pjansson@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminister
Lake Forest, IL 60045

**MAILING ADDRESS:**
JANSSON SHUPE & MUNGER LTD.
245 Main Street
Racine, WI 53403
Tel: 262/632-6900
Fax: 262/632-2257