**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FOCAL POINT, L.L.C., | ) | |
| Plaintiff, | ) | |
| | ) | **Case No.: 08-CV-2859** |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC., | ) | |
| Defendant. | ) | Mag. Judge Denlow |

_____

**RUUD LIGHTING'S BRIEF IN SUPPORT OF ITS MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
_____

This memorandum is submitted by Ruud Lighting, Inc. ("Ruud") in support of its motion

for a temporary restraining order and preliminary injunction against plaintiff, Focal Point, L.L.C.

("Focal Point").

## I.  INTRODUCTION AND BACKGROUND FACTS

Ruud is a Wisconsin-based company engaged in the manufacture and nationwide

distribution and sale of a variety of lighting fixtures, including architectural lighting fixtures, for

commercial and industrial applications (including without limitation for office applications),

under Ruud's three divisions, Ruud Lighting, Beta Lighting and Kramer Lighting.  (*See*

Declaration of Christopher Ruud attached as Exhibit 2, a collection of publicly-available Ruud

documents.)

On December 24, 2003, Ruud filed a trademark application with the United States Patent

and Trademark Office (USPTO) for the mark AVIATOR® for use on "outdoor pole-mounted or

wall-mounted electrical parking, roadway and area lighting fixtures." Ruud's AVIATOR®

trademark was first used by Ruud, including for such products, at least as early as January 31,

2005, and was registered by the Patent and Trademark Office on August 28, 2007 (United States Trademark Registration No. 3,286,694, a copy of which is attached as Exhibit 1).

Ruud's AVIATOR trademark is used in connection with the offering and selling of commercial and industrial lighting products for use primarily in outdoor applications, but also for indoor applications. (*See* Declaration of Christopher Ruud attached as Exhibit 2, at ¶5.)

Focal Point is an Illinois-based company engaged in the manufacture and nationwide distribution and sale of lighting fixtures, including architectural lighting fixtures, for commercial and industrial applications (including without limitation for office applications), and is a competitor of Ruud. (*See* Exhibit 3, a collection of publicly-available Focal Point documents showing the nature of Focal Point's business.)

In late April 2008, Ruud became aware through a Focal Point advertisement that Focal Point is planning the launch of a new recessed architectural ceiling-mounted light fixture under the mark "Aviator" at the 2008 Lightfair International trade show ("Lightfair 2008") in Las Vegas. Focal Point also notified certain potential trade show attendees by email that Focal Point would be launching its new "Aviator" light fixtures at Lightfair 2008.

Lightfair 2008 is scheduled for Wednesday, May 28 through Friday, May 30, 2008. Lightfair 2008 is North America's premier annual lighting industry event for architectural and commercial lighting products and services. The annual Lightfair trade show is well attended manufacturers, distributors, contractors, lighting designers, engineers, specifiers and retailers. Both Ruud and Focal Point typically attend the annual Lightfair show to promote and sell their commercial and industrial lighting fixtures. (*See* Exhibit 2 at ¶¶ 6 and 7.)

Once Ruud was aware that Focal Point was launching commercial lighting fixtures (recessed lighting fixtures) under the mark "Aviator," Ruud promptly sent a letter, dated May 9,

2008 (copy attached as Exhibit 4), informing Focal Point that its announced use of the "Aviator" mark is an infringement of Ruud's AVIATOR® trademark rights, and insisting that Focal Point cease and desist from its announced intention regarding use of the "Aviator" mark at the upcoming Lightfair 2008.

Ruud also became aware that Focal Point had just filed a trademark application, Serial No. 77/403,905, for the mark "Aviator" for "indoor, ceiling mounted, recessed electric lighting fixtures used in office or commercial settings." The application has not yet been examined by the USPTO.

On May 19, 2008, counsel for Ruud was sent an email with a letter and a copy of the complaint filed in this action by Focal Point on May 16, 2008.  In its complaint, Focal Point is seeking a declaratory judgment that use of the mark "Aviator" by Focal Point does not infringe Ruud's rights under its AVIATOR® trademark.  Focal Point's complaint has not been formally served, but Ruud's present motion is accompanied by Ruud's Verified Answer, Affirmative Defenses and Counterclaims.

## II.  THE IMMINENT GREAT INCREASE IN HARM TO RUUD

Focal Point intends to exhibit and sell lighting products under the infringing "Aviator" mark at the upcoming Lightfair 2008.  The enormous nature of Lightfair and the great number of people that will be exposed to Focal Point's "Aviator" product will cause a great increase in harm to Ruud and in the likelihood of confusion in the marketplace, and thus a great increase in harm to the public interest.

As noted above, Lightfair 2008 is the most important lighting trade show.  Lightfair, which maintains a website at  www.lightfair.com is promoted as "North America's premier annual lighting industry event for architectural and commercial lighting products and services.

Lightfair has a proven track record of bringing top international and domestic architectural, design, engineering and lighting professionals together with exhibitors from around the world."

Focal Point is registered as an exhibitor at Lightfair 2008 trade show and intends to exhibit and sell its new recessed lighting fixture under the infringing "Aviator" mark. Focal Point is registered for Booth No. 2367. (*See*, Illustration 4 at page 6 of Focal Point's complaint.) Ruud is also registered as an exhibitor at Lightfair 2008 trade show and will be offering all of its products, including its AVIATOR products, under the trade names Ruud, Beta and Kramer.

In view of this impending major commercial event, Ruud is seeking a temporary restraining order to prohibit Focal Point from infringing Ruud's AVIATOR trademark rights at Lightfair 2008 in Las Vegas.

### III.  REQUIREMENTS FOR INJUNCTIVE RELIEF

The injunctive relief sought by Ruud is authorized pursuant to 15 USC §1129(2)(1) and FRCVP 65.  In the Seventh Circuit, before a grant of a preliminary injunction to the moving party in a trademark infringement case, the moving party must show the district court evidence that:

A.  The moving party has a likelihood of success on the merits;

B.  There is no adequate remedy at law and the moving party will suffer irreparable harm if preliminary injunctive relief is denied;

C.  The irreparable harm the moving party will suffer without preliminary injunctive relief outweighs any irreparable harm the non-moving party will suffer if the preliminary injunction is granted; and

D.  The preliminary injunction is in keeping with the public interest.

4

*Platinum Home Mortgage v. Platinum Financial Group*, 149 F.3d 722, 726 (7th Cir. 1998),

*Abbott Laboratories v. Mead Johnson & Co.*, 971 F.2d 6, 11 (7th Cir. 1992).  The court weighs

all of the factors using a "sliding scale" approach.  The court stated:  "[t]he more likely it is the

[movant] will succeed on the merits, the less the balance of irreparable harms need weigh

towards its side; the less likely it is that the [movant] will succeed, the more the balance need

weigh toward its side." (cite omitted)  *Abbott Labs*, 971 F.2d at 12.  The sliding-scale approach

is further characterized as subjective and intuitive.  *Id* at 12.  A preliminary injunction is

appropriate if any of movant's claims supports such relief.  *Metric & Multistandard Components*

*corp. v. Metric's Inc.,* 635 F.2d 710, 715 (8th Cir. 1980).

Ruud is entitled to injunctive relief against Focal Point's infringing conduct arising under

15 USC §1114 and §1125(a) (sections of the Lanham Act).  The use of Ruud's AVIATOR

trademark in connection with Focal Point products is a clear violation of Ruud's trademark rights

by Focal Point.

## IV.  THE REQUIREMENTS FOR INJUNCTIVE RELIEF ARE AMPLY MET

While only a balancing of factors is necessary for the grant of an injunction, the facts of

this case establish a strong basis for injunctive relief on all four of the factors.

### Ruud Is Likely to Succeed On the Merits of its Trademark Infringement Claim.

The first consideration of the Court is likelihood of success on the merits of Ruud's

underlying claims. Ruud has an high likelihood of success on the merits of its trademark

infringement and unfair competition claims.

A likelihood of success exists if the party seeking the preliminary injunctive relief

demonstrates that it has a "better than negligible" chance of succeeding on the merits of the

underlying claim.  *Platinum Home Mortgage v. Platinum Financial Group*, 149 F.3d 722, 726 (7th Cir. 1998).

In a trademark case, the test for infringement is "likelihood of confusion." Courts determine likelihood of confusion by focusing on whether the public could mistakenly assume that the accused infringers's goods originate from the same source, or are in some way associated with the trademark owner.  *In re E.I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973).  Likelihood of confusion does not require that there be great numbers of people potentially confused.  As one court said that "deceptive similarity is strongly supported by even a small number of actual mistakes made by average consumers, and the law set no numerical standard for misguided purchasers."  *McCormick & Co. v B. Manischewitz Co.*, 206 F.2d 744 (6th Cir. 1953).

Courts make the likeihood-of-confusion determination on a case-by-case basis, aided by the application of the factors set out in *DuPont*, which are (1) the similarity or dissimilarity of the marks; (2) the nature of the goods; (3) the similarity or dissimilarity of the channels of trade; (4) whether the sales are impulse sales or sophisticated purchasing; (5) the fame of the mark; (6) the number and nature of similar marks on similar goods; (7) whether there has been actual confusion; (8) in the absence of actual confusion, the length of time during which actual confusion could have occurred; (9) the variety of goods on which a mark is or is not used by the trademark owner; (10) the market interface between the accused infringer and the trademark owner; (11) the extent to which the trademark owner has a right to exclude others; (12) the extent of potential confusion; (13) any other fact probative of the effect of the accused infringing use.  Not all of the *DuPont* factors may be relevant or of equal weight in a given case, and "any

one of the factors may control a particular case." *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406-07, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997).

In the present matter, a thorough analysis of the *DuPont* factors clearly shows a likelihood of confusion in this case. An analysis of various *DuPont* factors follows.

-- *Similarity of the Marks*

This central factor clearly weighs in favor of infringement. Focal Point's infringing trademark is identical in every way. The marks are identical words and identical in sound, connotation and commercial impression.

-- *Nature of the Goods*

Ruud's and Focal Point's goods are both lighting fixtures. More significant, however, is that Ruud's and Focal Point's products are both commercial lighting fixtures for installation in connection with commercial and industrial buildings. (This lighting category is distinct in the market place from lighting products such as flashlights, floor lamps for residential use, and decorative residential bathroom lights.)

Any arguments by Focal Point that the particular commercial lighting fixtures that Focal Point is offering under the infringing "Aviator" mark are not identical must also be considered in view of applicable law. It is well accepted that goods need not be identical or even directly competitive in order to find a likelihood of confusion. It is sufficient if they are related in some manner or if their marketing is such that they could be encountered by the same people under circumstances which could give rise to confusion as to source. *In re Opus One, Inc.*, 2001 WL 1182924, 60 USPQ2d 1812 (TTAB 2001); *In re Martin's Famous Pastry Shoppe, Inc,* 748 F.2d 1565 (Fed. Cir. 1984); *In re Melville Corp.* 1991 WL 325859, 18 USPQ 2d 1386 (1991)

This *DuPont* factor weighs strongly in Ruud's favor.

*-- Similarity of Channels of Trade.*

The trade channels for both Focal Point and Ruud products are very similar, because both are selling lighting fixtures, including architectural lighting fixtures for commercial and industrial applications (including without limitation for office applications). Both parties sell to architects, designers, building contractors and the like. The channels of trade are essentially the same.

*-- Impulse Sales or Sophisticated Purchasing.*

It is conceded that, in most cases, primary purchasers and potential purchasers are sophisticated, rather than impulse purchasers buying chewing gum or the like, and that the goods are fairly expensive. However, it should be noted that this factor is mitigated to some extent by the fact that industry purchasers, or their agents, in many cases will be showing product possibilities to end consumers, who themselves may not be persons engaged continuously in the industry.

*--Fame of the Mark*

Ruud has been using the AVIATOR® trademark since at least as early as January 31, 2005, and its sales and promotion have been nationwide and continuous in the commercial and industry lighting fixture market. Focal Point is just now launching a commercial lighting fixture under the infringing "Aviator."

*--Number and Nature of Similar Marks on Similar Goods.*

Ruud's AVIATOR® mark is believed to be the *only* use of such a mark on commercial and industrial products. As pointed out in Focal Point's declaratory judgment complaint, "Aviator" has been used on flashlights and registered for such by a company known as SureFire since prior to Ruud's filing and use of the AVIATOR trademark. Clearly, flashlights are not

commercial and industrial lighting products, as Ruud's and Focal Point's products are. In its complaint, Focal Point seeks to make estoppel arguments based on arguments advanced by Ruud in securing registration despite the existence of SureFire's registration of "Aviator" for flashlights. Such Focal Point arguments are out of place, given the fact that Focal Point's and Ruud's products, unlike SureFire's, are in the category of commercial lighting fixtures for commercial buildings.

Focal Point also referred in its complaint to two other uses of "Aviator" trademarks, namely, (1) by a company known as Adesso Lighting for a residential floor lamp and (2) by a company known as Hinkley Lighting for decorative residential bathroom lights. Ruud has just learned of such uses from Focal Point's complaint. Unlike Focal Point's and Ruud's products, however, such Adesso and Hinkley residential lighting products are *not* commercial and industrial lighting fixtures for commercial buildings.

In any event, based on Ruud's investigation just completed, it has been determined that such trademark uses are apparently of very recent origin. The Adesso product for which "Aviator" is used may have begun as recently as on or about June 10, 2007. The Hinkley product for which "Aviator" is used was apparently for the first time on Hinkley's website some time between December 25, 2005 and January 1, 2006, also very recently. (*See*, Declaration of Kathryn Finder attached as Exhibit 5.)

Thus, the recent Adesso and Hinkley uses have little significance to the present matter, and this *DuPont* factor weighs in favor of injunctive relief.

*--Actual Confusion*

9

While there is not yet any evidence of any actual confusion, that is hardly surprising. Focal Point has just started the process of launching its product under the infringing trademark.

*--The Market Interface*

As already indicated, Ruud and Focal Point are both players in the market for commercial and industrial lighting fixtures for use in commercial buildings. Furthermore, both parties are exhibiting at Lightfair 2008.

In its declaratory judgment complaint, Focal Point makes much of the fact that Ruud's AVIATOR lighting fixtures are supposedly only for outdoor use. This assertion is incorrect, because Ruud promotes and sells, and has promoted and sold, its AVIATOR products not only for outdoor uses but for indoor use. (*See* attachments to Exhibit 2, which include promotional documents dramatically showing such indoor usage.)

*--Trademark Owners Right to Exclude.*

In its declaratory judgment complaint, Focal Point attempts to argue that because Ruud's AVIATOR trademark is a common noun somehow Ruud's rights to its mark are diminished. Focal Point's counsel, in their communications with Ruud's counsel, has cited no authority for such argument. Such an argument may have some weight if the trademark in question were in any sense descriptive or generic, but this is absolutely not the case. Such trademark is an arbitrary and distinctive term adopted as a trademark for the Ruud products, and registration of such trademark in consistent with this obvious conclusion.

*--Extent of Potential Confusion.*

The extent of potential confusion is substantial for all of the reasons stated above.

*--Other Probative Evidence*

As pointed out above, Focal Point erroneously asserted that Ruud lighting fixtures sold under Ruud's AVIATOR mark are not indoor products when in fact they are and have been indoor (as well as outdoor) products for use in commercial buildings.  Along the same lines, Focal Point has also argued that it does not sell *any* outdoor products.  While that may be true, it should be pointed out that Ruud sells various *indoor* lighting fixtures, including recessed lighting fixtures for office use – the very sort of lighting fixtures that Focal Point is now seeking to launch under its infringing "Aviator" mark. (*See* attachments to Exhibit 2, which include certain Ruud web pages showing such products.)  This direct competition with respect to product lines only increases the likelihood of confusion caused by Focal Point's infringing "Aviator" mark.

When all of the *DuPont* factors are considered, it is more than evident that likelihood of confusion will occur between Ruud's AVIATOR trademark and Focal Point's use of "Aviator" as a mark for its commercial lighting products, unless Focal Point is restrained from its planned infringing use.  Ruud is likely to succeed on the merits of its trademark infringement case and, therefore, this Court should grant Ruud's motion for temporary restraining order and preliminary injunction.

**Ruud Will Suffer Irreparable Harm**
**If Preliminary Injunctive Relief Is Denied**.

It is virtually impossible to ascertain the precise economic consequences of intangible harms, such as damage to reputation and loss of goodwill caused by intellectual property violations  *Roland Machine Co. v. Dresser Industries, Inc.*, 749 F. 2d 380,  386 (7th Cir. 1984), see also *Abbott Labs.* at 1670.  Regardless of the quality of Focal Point's goods, if Focal Point is allowed to proceed use of the "Aviator" mark at the Lightfair 2008 and otherwise, Ruud will lose

control over its own reputation. *Processed Plastic Co. v. Warner Communications, Inc.*, 675
F.2d 852, 858 (7th Cir. 1982), *G.B. Electrical, Inc.v. Thomas & Betts Corp.*, 1995 U.S. Dist.
LEXIS 20116, par. 24 (E.D. Wis. 1995).

      The courts presume irreparable harm in a trademark infringement case. *Abbott Labs. v.
Mead Johnson & Co.*, 971 F.2d 6, 12 (7th Cir. 1992); *G.B. Electrical, Inc. v. Thomas & Betts
Corp.*, 1995 U.S. Dist. LEXIS 20116, par. 24 (E.D. Wis. 1995). If movants establish a
likelihood of success on the merits, the court presumes irreparable harm. *G.B. Electrical, Inc,*
1995 U.S. Dist. LEXIS 20116, par. 24. In the present case, Ruud has shown a high likelihood of
success on the merits; therefore, Ruud is entitled to the benefit of a presumption of a high level
of irreparable harm.

      In regard to erosion of trademark value, the Seventh Circuit, in an injunction case, has
referred to use by a defendant as "insidiously gnawing away at the value of a mark [which]
makes the injury remarkably difficult to convert into damages." *Barnum & Bailey Combined
Shows, Inc. v. Celozzi-Ettelson Chevrolet, Inc.*, 855 F.2d 480, 484 (7th Cir. 1988). That certainly
applies in the present case.

      The high potential for harm is particularly evident in the present situation given the
overwhelming importance of Lightfair 2008 in exposing an infringing trademark to the
commercial lighting market, with all of its complexities and participants of various types. Ruud
will suffer irreparable harm if Focal Point is not enjoined from any further use of the "Aviator"
trademark.

**The Balance of Harms Strongly Favors Ruud.**

      As noted above, courts in the Seventh Circuit weigh the injunction factors using a
"sliding scale" approach. The more likely it is that movant will succeed on the merits, the less

the balance of irreparable harms needs to weigh toward the movant.  *Abbott Labs*., 971 F.2d at

12.  Without a grant of preliminary injunctive relief in this case, tens of thousands of people will

be exposed to the infringing mark and this will trigger further great numbers of contacts among

many others, including downstream customers and users.  All of this will tend to dissipate the

distinctiveness of Ruud's AVIATOR mark and the goodwill which Ruud has accumulated

through its nationwide use of its AVIATOR® trademark.

There will be *no* irreparable harm to Focal Point upon the entry of a temporary

restraining order and a preliminary injunction enjoining Focal Point's use of the "Aviator"

trademark.  Focal Point is just starting the infringement and can quickly change to a non-

infringing trademark.  In other words, Focal Point at worst will be inconvenienced by an

injunction; Focal Point will be able to remain at the Lightfair 2008 trade show  -- with all of its

other products, and with the new product with a replacement trademark.

The balance of harms is clearly in Ruud's favor.

**The Public Interest Will Be Served By**
**Issuance Of the Requested Injunction.**

The effect of granting preliminary relief will benefit the public, because trademark

infringement is damaging to the public interest.  Courts have held that the public interest is

served by injunctions because "enforcement of the trademark laws prevents consumer

confusion."  *Eli Lilly & Co. v. Natural Answers Inc*., 233 F.3d 456 (7th Cir. 2000) (citing *Abbott*

*Labs*., 971 F.2d at 19; *Int'l Kennel Club of Chicago Inc. v. Mighty Star, Inc.*, 846 F.2d

1079,1092 (7th Cir. 1988).

The public interest is not served by allowing huge groups of industry people and

eventually the vast number of lighting consumers to be confused with respect to the sources of

goods and/or with respect to the association of the parties involved.  There will be no negative effect on the public interest by entry of the requested injunction.

## V.  CONCLUSION

Focal Point has just started to infringe Ruud's rights in its AVIATOR® trademark, and stopping the infringement *before* Lightfair 2008 will greatly reduce the likelihood of confusion which is possible at various levels.  Ruud Lighting has a likelihood of success on the merits of its case.  There is no adequate remedy at law allowing recovery for the irreparable harm such infringement is causing.  The balance of harms clearly weighs heavily in favor of granting the temporary restraining order and preliminary injunction.  The public the interest will be served.

The temporary restraining order and preliminary injunction should issue.


Dated this 23rd day of May, 2008.



Respectfully submitted,

RUUD LIGHTING, INC.


By _____s/Peter N. Jansson_____
    Peter N. Jansson (IL Bar #1326074)



Peter N. Jansson
E-Mail: pjansson@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminster
Lake Forest, IL 60045
Tel:  262/632-6900
Fax: 262/632-2257

# EXHIBIT 1

(U.S. Trademark Registration No. 3,286,694)

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31, and 34

## United States Patent and Trademark Office

Reg. No. 3,286,694
Registered Aug. 28, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# AVIATOR

RUUD LIGHTING, INC. (WISCONSIN COR-
PORATION)
9201 WASHINGTON AVENUE
RACINE, WI 53406

FOR: OUTDOOR POLE-MOUNTED OR WALL-
MOUNTED ELECTRICAL PARKING, ROADWAY
AND AREA LIGHTING FIXTURES, IN CLASS 11
(U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-31-2005; IN COMMERCE 1-31-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 76-567,090, FILED 12-24-2003.

STEVEN R. FINE, EXAMINING ATTORNEY

# EXHIBIT 2

(Declaration of Christopher A. Ruud, Vice President of Ruud Lighting, Inc.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FOCAL POINT, L.L.C., | ) | |
|     Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | **Case No.: 08-CV-2859** |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC., | ) | |
|     Defendant/Counterclaim-Plaintiff. | ) | Mag. Judge Denlow |

---

### DECLARATION OF CHRISTOPHER A. RUUD

---

I, Christopher A. Ruud, having been informed that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC §1001, state:

1. I am employed as Executive Vice President for Ruud Lighting, Inc. ("Ruud") of Racine, Wisconsin.

2. Ruud has divisions known as "Ruud Lighting," "Beta Lighting" and "Kramer Lighting."

3. Ruud sells its AVIATOR lighting fixtures under its Ruud Lighting and Beta Lighting divisions.

4. Ruud has been selling its AVIATOR lighting fixtures since at least as early January 31, 2005.

5. Ruud has promoted and sold, and continues to promote and sell, its AVIATOR light fixtures for indoor use, as well as outdoor use. Attached as Exhibit A are Ruud/Beta promotional documents showing such indoor promotion, sale and use. The first sale of AVIATOR lighting fixtures for indoor use was on or before January 25, 2006.

1

6.  I am very familiar with the Lightfair International Annual Trade Show & Conference. Lightfair is the most important trade show in the lighting industry within the United States. Lightfair is held annually and is well attended by manufacturers, distributors, contractors, lighting designers, engineers, specifiers and retailers in the commercial and industrial lighting industry.

7.  Both Ruud and, on information and belief, Focal Point typically attend the annual Lightfair trade show to promote and sell their commercial and industrial lighting fixtures.  Both Ruud and Focal Point will be attending Lightfair 2008, which begins on Wednesday, May 28, 2008.

8.  Ruud also sells a great variety of other indoor commercial lighting fixtures, including recessed lighting fixtures for use in commercial offices.  Selected Ruud promotional documents showing such recessed lighting products are attached as Exhibit B.

Pursuant to 28 USC §1746, I declare under penalty of perjury that the following is true and correct.

Dated this 23rd day of May, 2008.

Christopher A. Ruud

2



# ■ INDIRECT

Beta Lighting Indirect luminaires provide illumination to enhance architectural spaces with uplight applications. This section includes details of each luminaire including housing style, lamp position, optical description, lamp selection, voltage, finishes, options and accessories.



Aviator



EXHIBIT
A



# ■ SECTION CONTENTS

## PAGE  CONTENTS

**390-391**  Optical Distributions

**392-393**  Key Features and Benefits and Master Nomenclature

|  |  | Max Wattage | Lamp Position | Catalog Prefix |
|---|---|---|---|---|
| **394-395** | Small Aviator Indirect Type III or Type IV | 175W | Horizontal | BIL-AVS-H-(T3 or T4) |
| **396-397** | Medium Aviator Indirect Type III or Type IV | 400W | Horizontal | BIL-AVM-H-(T3 or T4) |
| **398-399** | 16" Wedge Indirect Type III or Type IV | 175W | Horizontal | BIL-W16-H-(T3 or T4) |
| **400-401** | 22" Wedge Indirect Type III or Type IV | 400W | Horizontal | BIL-W22-H-(T3 or T4) |
| **402-403** | 12" Square Indirect Type III or Type IV | 175W | Horizontal | BIL-S12-H-(T3 or T4) |
| **404-405** | 16" Square Indirect Type III or Type IV | 400W | Horizontal | BIL-S16-H-(T3 or T4) |
| **406-407** | 22" Square Indirect Type III or Type IV | 1000W | Horizontal | BIL-S22-H-(T3 or T4) |
| **408-409** | 6" x 10" Rectangular Indirect Type III or Type IV | 175W | Horizontal | BIL-RCT-H-(T3 or T4) |
| **410-411** | 16" Aluminum Reflector Indirect – Type V | 1000W | Vertical | BIL-A16-V-T5 |
| **412** | Indirect – Mounting Accessories (Field Installed) |  |  |  |



Wedge



Square



Rectangular

**BIL-AVS-H-(T3 or T4)** | **SMALL AVIATOR INDIRECT**



**Horizontal Lamp
H-T3 or T4**

**Optical System
Type III or Type IV**

This segmented reflector features an optical system designed to provide either indirect side-to-side (T3) or forward-throw (T4) distribution of light. Type III or Type IV.

**Lamp**
- Maximum wattage:
  150W PSMH, 175W MH
- Medium base HID lamp included

**Housing and Door Frame**
- Appealing architectural shape
- Low copper die-cast aluminum housing and door frame for maximum resistance to corrosion
- Tempered glass lens for maximum impact resistance
- Unique hinge assembly provides easy access to electrical components
- Tool-less entry

**Electrical**
- High power factor ballasts are standard
- Ballast and other electrical components are located on a removable tray for easy maintenance

**Finish**
- Exclusive Colorfast DeltaGuard™ finish with 7-year warranty

**Labels**
- UL Listed for damp locations
- ANSI lamp wattage label supplied

**AVAILABLE FINISH COLORS:**


**WH
White**


**BZ
Bronze**


**BK
Black**


**PB
Platinum
Bronze**


**SV
Silver**


**Standard
Color**

**Available Color
No Additional Cost**

**Optional Color
Up Charge Applies**

    

**394**  Beta Lighting • 800-236-6800 • www.beta-lighting.com

## HORIZONTAL LAMP – TYPE III OR TYPE IV          BIL-AVS-H-(T3 or T4)



Candlepower distribution curve of 150W PSMH T3.



Candlepower distribution curve of 175W MH T4 with backlight shield located for backlight cutoff.



A = 14.4" (366 mm)
B = 6.3" (160 mm)
C = 15.4" (392 mm)
D = 23.4" (594 mm)

See page 393 for order code logic.

### SMALL AVIATOR INDIRECT – TYPE III OR TYPE IV (Example: BIL-AVS-H-T4-150PMH-MT-PB)

| Product Family | Housing Indicator | Lamp Position | Optical Distribution | Lamp Selection | Ballast Voltage | Color Options | Options (Factory Installed) |
|---|---|---|---|---|---|---|---|
| **BIL** | **AVS** | **H** | **T3** **T4** | 050 PMH | MT | WH | F |
| | | | | 070 PMH | DT | BZ | Q |
| | | | | 100 PMH | 12 | BK | |
| Formerly BEM and BEN | | | | 150 PMH | 20 | PB | |
| | | | | 175 MHX | 24 | SV | |
| | | | | | 27 | | |
| | | | | | 34 | | |
| | | | | | 48 | | |
| | | | | | 5_ | | |

**Mounting Footnotes**
- Fixture mounts to the wall with a supplied cast aluminum box
- (2) 5/16" diameter threaded mounting studs with nuts to attach the fixture to the box are supplied
- 75°C minimum supply wire is required
- Suitable for surface wiring

**Ballast & Lamp Footnotes**
- 50W,70W & 100W PMH are standard with dual-tap (DT) ballast
- 150W PMH & 175W MHX are standard with multi-tap (MT) ballast
- 480V ballast available for 175W MHX
- International 50 Hertz ballasts available; see page 11 for specification information

**Option Footnotes**
- F (Fuse) – Must specify voltage other than MT or DT
- Q (Quartz Standby) – Delay-relay type and includes 100W T4 dual-contact quartz lamp (not available with 277V reactor ballast)

## BIL-AVM-H-(T3 or T4)    MEDIUM AVIATOR INDIRECT



**Horizontal Lamp**
**H-T3 or T4**

**Optical System**
**Type III or Type IV**

This segmented reflector features an optical system designed to provide either indirect side-to-side (T3) or forward-throw (T4) distribution of light. Type III or Type IV.

**Lamp**
- Maximum wattage:
  400W PSMH*, 400W MH*
  *Reduced envelope lamp:
  ED28 for 320W, 350W &
  400W PSMH and 400W MH
- Mogul base HID lamp included

**Housing and Door Frame**
- Appealing architectural shape
- Low copper die-cast aluminum housing and door frame for maximum resistance to corrosion
- Tempered glass lens for maximum impact resistance
- Unique hinge assembly provides easy access to electrical components
- Tool-less entry

**Electrical**
- High power factor ballasts are standard
- Ballast and other electrical components are located on a removable tray for easy maintenance

**Finish**
- Exclusive Colorfast DeltaGuard™ finish with 7-year warranty

**Labels**
- UL Listed for damp locations
- ANSI lamp wattage label supplied

### AVAILABLE FINISH COLORS:


**WH**
**White**

**Standard
Color**


**BZ
Bronze**


**BK
Black**

**Available Color
No Additional Cost**


**PB
Platinum
Bronze**


**SV
Silver**

**Optional Color
Up Charge Applies**


**LOW
COPPER
DOOR**


**LOW
COPPER
HOUSING**


**TOOL
FREE**





# HORIZONTAL LAMP – TYPE III OR TYPE IV                BIL-AVM-H-(T3 or T4)



Candlepower distribution curve of 400W PSMH T3.



Candlepower distribution curve of 400W MH T4 without backlight shield.



A = 18.5" (470 mm)
B = 7.9" (200 mm)
C = 19.6" (498 mm)
D = 29.0" (737 mm)

See page 393 for order code logic.

## MEDIUM AVIATOR INDIRECT – TYPE III OR TYPE IV (Example: BIL-AVM-H-T4-250PMH-MT-PB)

| Product Family | Housing Indicator | Lamp Position | Optical Distribution | Lamp Selection | Ballast Voltage | Color Options | Options (Factory Installed) |
|---|---|---|---|---|---|---|---|
| **BIL** | **AVM** | **H** | **T3** | 175 MHX | MT | WH | F |
|  |  |  | **T4** | 200 PMH | 12 | BZ | Q |
|  |  |  |  | 250 PMH/MHX | 20 | BK |  |
| Formerly BEP and BEQ |  |  |  | 320 PMH | 24 | PB |  |
|  |  |  |  | 350 PMH | 27 | SV |  |
|  |  |  |  | 400 PMH/MHX | 34 |  |  |
|  |  |  |  |  | 48 |  |  |
|  |  |  |  |  | 5_ |  |  |

### Mounting Footnotes
- Fixture mounts to the wall with a supplied cast aluminum box
- (2) 5/16" diameter threaded mounting studs with nuts to attach the fixture to the box are supplied
- 75°C minimum supply wire is required
- Suitable for surface wiring

### Ballast & Lamp Footnotes
- All fixtures are standard with multi-tap (MT) ballast
- All wattages available in 480V ballast
- International 50 Hertz ballasts available; see page 11 for specification information

### Option Footnotes
- F (Fuse) – Must specify voltage other than MT
- Q (Quartz Standby) – Delay-relay type and includes 100W T4 dual-contact quartz lamp (not available with 277V reactor ballast)

# Architectural

## Contents

Introduction . . . . . . . . . 242-243

**Compact Fluorescent (CFL)**

6" CFL Vertical Lamp
Open Downlight . . . . . 244-245

8" CFL Vertical Lamp
Open Downlight . . . . . 246-247

6" CFL Horizontal Lamp
Open Downlight . . . . . 248-249

6" CFL Horizontal 2-Lamp
Open Downlight . . . . . 250-251

8" CFL Horizontal Lamp
Open Downlight . . . . . 252-253

8" CFL Horizontal 2-Lamp
Open Downlight . . . . . 254-255

8" CFL Horizontal
Labor-Saver® . . . . . . 256-257

**Metal Halide (HID)**

4" HID PAR
Downlight . . . . . . . . . 258-259

4" HID T4
Downlight . . . . . . . . . 260-261

6" HID Open
Downlight . . . . . . . . . 262-263

6" HID T6 Downlight . . 264-265

6" HID PAR Lamp
Adjustable . . . . . . . . . 266-267

7" HID Labor-Saver® . . 268-269

8" HID Open
Downlight . . . . . . . . . 270-271

8" HID PAR Lamp
Adjustable . . . . . . . . . 272-273

**Low Voltage**

4" Low Voltage
MR16 Adjustable . . . . . 274-275

**Incandescent**

6" Incandescent Open
Downlight . . . . . . . . . 276-277

6" Incandescent PAR
Lamp Adjustable . . . . . 278-279

8" Incandescent Open
Downlight . . . . . . . . . 280-281

8" Incandescent PAR
Lamp Adjustable . . . . . 282-283

Recessed Accessories . 284-285

Application and
Planning Guide . . . . . . 286-297

# Recessed Lighting

**All-new product line upgraded with
premium features – at even lower prices!**



- **Precise lighting control and premium optics**
This stylish new line of Ruud Architectural Lighting uses premium optics to eliminate glare and brightness, while providing the precise lighting control demanded by sophisticated space design. Designed specifically for new construction use, all of the products meet Ruud's stringent performance standards and reflect our decades-long experience as lighting engineers. Four lighting types are offered: low voltage, incandescent, HID or compact fluorescent (CFL).

- **High style at an affordable price**
For architects and designers, the beauty of Ruud Architectural Lighting is in how effortlessly it adds to the design of that special room or space. As general lighting or performing a specific task, there's a Ruud recessed lighting solution for you.

- **Architectural quality, inside and out**
Looking good has never been so easy. The premium optics of Soft-Vue™ reflectors eliminate glare and brightness, and provide excellent visual cutoff. A wide range of lamp and trim options are available to complement nearly any design. Housings are engineered for easy installation and durable performance in new construction applications.

**RUUD®
LIGHTING**

242


EXHIBIT B





## Available in Low Voltage, Incandescent, HID and CFL

**Compact fluorescent energy savings!**
Capture the additional cost savings of energy-efficient CFL lamps, offered in vertical or horizontal configuration. CFL lamps use 75 percent less energy and last 10 times longer than incandescent lighting. With fewer lamp changes, maintenance labor costs are reduced significantly over the life of the installation.

**Ruud engineered quality**
For more than 25 years, Ruud engineers have been designing lighting solutions that deliver a unique combination of performance, style and value. Designed for strength and durability, Ruud Lighting products are in use throughout the world, providing reliable service in a wide range of applications.

———    **Free product samples are just a call away! 1-800-236-7000**    ———



RECESSED LIGHTING

For architects and designers, recessed lighting is a great solution for many downlighting applications. With the fixture hidden from view in the ceiling, the style of the installation is controlled through your choice of trim and lighting type. The range of trim options is shown on the pages that follow. Lighting options include low voltage, incandescent, HID and fluorescent.

As a long-time manufacturer of commercial-grade recessed lighting, we know that much of our product's real beauty is in its structural integrity. All Ruud recessed fixtures are built with heavy-gauge steel and have oversized junction boxes for ease of installation. Several fixture types are offered, each with special features for specific applications.



Commercial-grade fixtures with your choice of trim and lighting type.

21
RUUD LIGHTING

23 | RUUD LIGHTING

RECESSED LIGHTING

# Lensed Trim Rings



### DROP OPAL LENS (PLASTIC)
Fixture Diameter:  6"
Trim Ring Type:  Plastic
Color:  White
Diameter:  8.00" o.d.
Lamp Types:  Incandescent,
Fluorescent



### DROP OPAL LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Metal
Color:  White
Diameter:  7.875" o.d.
Lamp Types:  Incandescent,
Fluorescent, HID



### FRESNEL LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Metal
Color:  White
Diameter:  7.875" o.d.
Lamp Types:  Incandescent,
Fluorescent, HID



### ALBALITE LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Metal
Color:  White
Diameter:  7.875" o.d.
Lamp Types:  Incandescent,
Fluorescent, HID



### DROP OPAL LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Metal or Plastic
Color:  White
Diameter:  7.875" o.d.
Lamp Types:  Incandescent,
Fluorescent



### REGRESSED DROP OPAL LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Plastic
Color:  White
Diameter:  7.25" o.d.
Lamp Types:  Incandescent,
Fluorescent, HID
Baffle Colors:  White, Black



### REGRESSED FRESNEL LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Plastic
Color:  White
Diameter:  7.25" o.d.
Lamp Types:  Incandescent,
Fluorescent, HID
Baffle Colors:  White, Black



### REGRESSED ALBALITE LENS (GLASS)
Fixture Diameter:  6"
Trim Ring Type:  Plastic
Color:  White
Diameter:  7.25" o.d.
Lamp Types:  Incandescent,
Fluorescent, HID
Baffle Colors:  White, Black

# RECESSED LIGHTING
# Directional Trim Rings



**FOUR-INCH ADJUSTABLE REFLECTOR (A42A)**
Fixture Diameter: 4"
Trim Ring Type: Metal
Color: White
Diameter: 5.00" o.d.
Lamp Type: Incandescent
Reflector Colors: Specular Clear, Specular Gold



**FOUR-INCH ADJUSTABLE BAFFLE**
Fixture Diameter: 4"
Trim Ring Type: Metal
Color: White
Diameter: 5.00" o.d.
Lamp Type: Incandescent
Baffle Colors: White, Black



**ADJUSTABLE SPOT**
Fixture: 6"
Trim Ring Type: Plastic
Color: White
Diameters: 7.25" o.d.
Lamp Types: Incandescent
Baffle Colors: White, Black



**ADJUSTABLE GIMBAL RING**
Fixture: 6"
Trim Ring Type: Plastic
Color: White
Diameters: 7.25" o.d.
Lamp Types: Incandescent
Reflector Colors: Specular Clear, Specular Gold, Specular Black
Baffle Colors: White, Black



**ADJUSTABLE SLOT APERTURE**
Fixture: 6"
Trim Ring Type: Metal
Color: White
Diameters: 7.875" o.d.
Lamp Types: Incandescent



**ADJUSTABLE REGRESSED EYEBALL**
Fixture: 6"
Trim Ring Type: Plastic
Color: White
Diameters: 7.25" o.d.
Lamp Types: Incandescent
Baffle Colors: White, Black
Aiming: 35°
Rotation: 333°



**ADJUSTABLE EYEBALL**
Fixture: 6"
Trim Ring Type: Metal
Color: White
Diameters: 7.875" o.d.
Lamp Types: Incandescent
Aiming: 35°
Rotation: 358°



**ADJUSTABLE REFLECTOR**
Fixture: 6"
Trim Ring Type: Plastic
Color: White
Diameters: 7.25" o.d.
Lamp Types: Incandescent
Reflector Colors: Specular Clear, Specular Gold, Specular Black

# EXHIBIT 3

(Various Public Documents Showing that Focal Point is
Engaged In Offering Commercial and
Industrial Lighting Fixtures)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu May 22 04:10:29 EDT 2008

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 28 out of 67**

TARR Status | ASSIGN Status | TDR | TTAB Status  ( *Use the "Back" button of the Internet Browser to return to TESS* )

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LUNA |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: electric lighting fixtures for overhead lighting systems used in office, industrial or commercial buildings. FIRST USE: 19960400. FIRST USE IN COMMERCE: 19960400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76211202 |
| **Filing Date** | February 15, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 28, 2002 |
| **Registration Number** | 2609144 |
| **Registration Date** | August 20, 2002 |
| **Owner** | (REGISTRANT) **Focal Point**, L.L.C. CORPORATION DELAWARE 4201 South Pulaski Road Chicago ILLINOIS 60632 |
| **Attorney of Record** | J. Pieter van Es |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



# FOCAL POINT®



| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |
|------|-------|--------|----------|---------|-----------|---------|------------|

## luna® 1x1
**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**

- Luna® 1x1 offers a distinct aesthetic in a compact form thathighlights interior architecture.

- Luminaire may be mounted in acoustical grid tile or drywall ceiling.

- Perforated shield easily snaps out for simple relamping.

- High angle uniform distribution of light on vertical surfaces.

- Best suited for corridors, entries and smaller offices.





credits

Office Hallway: Chicago, Illinois.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# F O C A L   P O I N T·

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## luna® 2x2

**BROCHURE | CUT SHEET | IES DATA | QUICKSHIP | INSTALLATION INSTRUCTIONS**



- Soft, round design highlights interior architectural elements.

- One piece luminaire housing provides easy installation.

- All fixture combinations may be continuously row mounted. Ballast is accessible from above via adjacent ceiling tile.

- Perforated shield hinges open for quick and easy relamping.

- High angle uniform distribution of light on vertical surfaces.



credits

above left:
St. Clare's Hospital: Weston, Wisconsin.
Architect: HGA Architects & Engineers.
Photography: Brad Feinknopf.

above right:
Aultman Hospital: Canton, Ohio.
Architect: Hasenstab Architects.
Engineer: Scheeser Buckley Mayfield.
Photography: Brad Feinknopf.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



## F O C A L   P O I N T

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | | | CONTACT | | AGENT AREA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | downlight | recessed | linear | pendant | sconce | perimeter | medical |

### luna® 2x2 split basket
**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



• Soft, round design highlights interior architectural elements.

• One piece luminaire housing provides easy installation.

• All fixture combinations may be continuously row mounted.
  Ballast is accessible from above via adjacent ceiling tile.

• Perforated shields easily snap out for simple relamping.

• High angle uniform distribution of light on vertical surfaces.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## luna® 2x4

**BROCHURE | CUT SHEET | IES DATA | QUICKSHIP | INSTALLATION INSTRUCTIONS**



- Optional radial louver offers a distinct look that highlights interior architecture.



- One piece luminaire housing provides easy installation.

- All fixture combinations may be continuously row mounted. Ballast is accessible from above via adjacent ceiling tile.

- Perforated shield hinges open for quick and easy relamping.

- High angle uniform distribution of light on vertical surfaces.



credits

above left:
Lobby: Chicago, Illinois.
Photography: Craig Dugan, Hedrich Blessing.

above right:
Office: Chicago, Illinois.
Photography: Craig Dugan, Hedrich Blessing.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



## F O C A L   P O I N T®



| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## luna® 2x4 nb
**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Narrow 4" basket lamp shield offers a distinct look that highlights interior architecture.

- One piece luminaire housing provides easy installation.

- All luminaire combinations may be continuously row mounted.

- Ballast is accessible from above via adjacent ceiling tile.

- Perforated shields easily snap out for simple relamping.

- High angle uniform distribution of light on vertical surfaces.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT®

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## luna® 2x4 split basket
**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Soft, round design highlights interior architectural elements.

- One piece luminaire housing provides easy installation.

- All fixture combinations may be continuously row mounted.
  Ballast is accessible from above via adjacent ceiling tile.

- Perforated shields easily snap out for simple relamping.

- High angle uniform distribution of light on vertical surfaces.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu May 22 04:10:29 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]  OR  Jump | to record: [          ]  **Record 29 out of 67**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SKYLITE |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: electric lighting fixtures for overhead lighting systems used in office, industrial or commercial buildings. FIRST USE: 19951100. FIRST USE IN COMMERCE: 19951100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76211201 |
| **Filing Date** | February 15, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 11, 2002 |
| **Registration Number** | 2614523 |
| **Registration Date** | September 3, 2002 |
| **Owner** | (REGISTRANT) **Focal Point**, L.L.C. CORPORATION DELAWARE 4201 South Pulaski Road Chicago ILLINOIS 60632 |
| **Attorney of Record** | J. PIETER VAN ES |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



# FOCAL POINT



HOME    ABOUT    LATEST    PRODUCTS    GALLERY    EVERGREEN    CONTACT    AGENT AREA

skylite® 1x1

**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Proven, versatile design aesthetic in unique small package.

- One piece luminaire housing provides easy installation.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Best suited for corridors, entries and smaller offices.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago. IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## skylite® asymmetric 1x2
**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Dimming and emergency options are available.

- Asymmetric distribution illuminates corridors, conference rooms or any area where high angle vertical illumination is desired.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

  

FOCAL POINT

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## skylite® 1x4

**BROCHURE | CUT SHEET | IES DATA | QUICKSHIP | INSTALLATION INSTRUCTIONS**



- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Row-mountable in drywall and grid ceilings (T5, T5HO and BIAX only).

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Ideal for accentuating the length of a smaller space.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

# F O C A L   P O I N T®

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## skylite® asymmetric 1x4

**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Dimming and emergency options are available.

- Asymmetric distribution illuminates corridors, conference rooms or any area where high angle vertical illumination is desired.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT



HOME   ABOUT   LATEST   PRODUCTS   GALLERY   EVERGREEN   CONTACT   AGENT AREA

## skylite® 2x2

**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS | QUICKSHIP**

- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Luminaires may be continuously row mounted, except T8.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Dimming and emergency options are available.





credits

above left:
Digi-Key: Thief River, Minnesota.
Photography: Craig Dugan, Hedrich Blessing.

above right:
General Growth: Chicago, Illinois
Photography: Craig Dugan, Hedrich Blessing.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## skylite® asymmetric 2x2
**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Dimming and emergency options are available.

- Asymmetric distribution illuminates corridors, conference rooms or any area where high-angle vertical illumination is desired.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT·



HOME          ABOUT          LATEST          PRODUCTS          GALLERY          EVERGREEN          CONTACT          AGENT AREA

## skylite® 2x4

**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS | QUICKSHIP**



- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Luminaires may be continuously row mounted, except T8.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Both dimming and emergency options are available for T8 and Biax. Consult factory for T5 & T5HO dimming availability.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



**F O C A L   P O I N T** ®

# skylite® asymmetric 2x4

**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- Proven, versatile design aesthetic that is a smart alternative to suspended linear systems.

- One piece luminaire housing provides easy installation.

- Perforated lamp shields swing down for easy relamping. Access to ballast through lamp compartment.

- Dimming and emergency options are available.

- Asymmetric distribution illuminates corridors, conference rooms or any area where high angle vertical illumination is desired.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT®



| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## sky™ 2x2

**BROCHURE | CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS**



- *Elegant, contoured reflector design inspired by quadripartite vault form seen in Romanesque and Gothic architecture.*

- Designed for easy installation in any ceiling condition including grid & drywall.

- One-piece perforated lamp shield is attached with Focal Point's Cam Actuated Shield Extension mechanism that ensures a secure fit and provides easy lamp access.

- Ballast is accessible through the reflector or through access plate on top of housing.

- "Sky" offers soft, uniform indirect distribution and high levels of illumination.

- A truly unique fixture that makes a distinct aesthetic statement in boardrooms, corridors, lobbies, concourses, or any open area.



credits

above left:
Kurtz Associates: Des Plaines, Illinois.
Photography: Bob Harr, Hedrich Blessing.

above right:
Sky Harbor International Airport: Phoenix, Arizona.
Architect: DWL Architects + Planners Inc.
Photography: Mark Boisclair Photography.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use



# FOCAL POINT®



| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## sky™ 4x4

**BROCHURE | CUT SHEET | IES DATA | DRYWALL INSTALLATION INSTRUCTIONS | GRID INSTALLATION INSTRUCTIONS**

- Elegant, contoured reflector design inspired by quadripartite vault form seen in Romanesque and Gothic architecture.

- Designed for easy installation in any ceiling condition including grid & drywall.

- One-piece perforated lamp shield is attached with Focal Point's Cam Actuated Shield Extension mechanism that ensures a secure fit and provides easy lamp access.

- Ballast is accessible through the reflector or through access plate on top of housing.

- "Sky" offers soft, uniform indirect distribution and high levels of illumination.

- A truly unique fixture that makes a distinct aesthetic statement in boardrooms, corridors, lobbies, concourses or any open area.





credits

above left:
Focal Point Headquarters, Chicago, Illinois.
Photography: Mike McKenzie, Hotshots Imaging.

above right:
9990 Richmond: Houston, Texas.
Photography: Hall Puckett.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

 

# FOCAL POINT®

## skydome™

**BROCHURE | 2', 3' & 4' CUT SHEET | 6' CUTSHEET | IES DATA**
**INSTALLATION INSTRUCTIONS: 2' | 3' | 4' | 6'**



- Inspired by vaulted ceilings and domed architecture.

- 2', 3', 4' & 6' diameters available - all with one piece housings.

- Lay-in Grid mounting possible.

- Uniformly illuminated concave white lens, with optional convex or flat lens available.

- skydome is a good choice for open public spaces such as airport concourses, large lobbies, reception areas and meeting rooms.



### companion fixtures

    

surface mount    stem mount

credits

above left:
William M. Mercer, Inc:, Atlanta, Georgia.
Architect: Perkins & Will.
Photography: Rion Rizzo, Creative Sources Photography.

above right:
FGM Architects Engineers, Oak Brook, Illinois.
Photography: Craig Dugan, Hedrich Blessing.

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road. Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

 

## FOCAL POINT

| HOME | ABOUT | LATEST | PRODUCTS | GALLERY | EVERGREEN | CONTACT | AGENT AREA |

## skydome™ surface mount
**BROCHURE | CUT SHEET | IES DATA**



- Shallow round surface mount housing.

- 3' & 4' diameters available - all with one piece housings.

- Uniformly illuminated convex frosted white lens.

- skydome is a good choice for open public spaces such as airport concourses, large lobbies, reception areas and meeting rooms.

- Multiple lamping options available.

companion fixtures

 

recessed      stem mount

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

# EXHIBIT 4

(Cease & Desist Letter to Focal Point, LLC)

## JANSSON SHUPE & MUNGER LTD.

PETER N. JANSSON
JOHN E. MUNGER*
RICHARD W. WHITE*
MOLLY HOGAN McKINLEY
MATTHEW M. FANNIN
JULIE F. KIRBY*
LARRY L. SHUPE (OF COUNSEL)
EDWARD R. ANTARAMIAN (OF COUNSEL)

*NOT ADMITTED IN ILLINOIS

WWW.JANLAW.COM

INTELLECTUAL PROPERTY LAW

REPLY TO:

WISCONSIN OFFICE

245 MAIN STREET
RACINE, WI 53403
PHONE: 262/632-6900
FAX: 262/632-2257

ILLINOIS OFFICE

207 EAST WESTMINSTER
LAKE FOREST, IL 60045
PHONE: 847/283-0900
FAX: 847/283-0901

May 9, 2008
(via fax to 312-463-5001)

Michael L. Krashin, Esq.
Banner & Witcoff. Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606-7437

### Subject:  Infringement of AVIATOR Trademark

Dear Mr. Krashin:

We represent Ruud Lighting, Inc., of Racine, Wisconsin, manufacturer and marketer of the AVIATOR® lighting fixtures and many other lighting fixtures.  We address this letter to you because you are counsel of record for Focal Point Lighting, Inc., on Trademark Application Serial No. 77/403,905 for "Aviator" used in connection with indoor, ceiling mounted, recessed electric lighting fixtures used in office or commercial settings.

As your client Focal Point Lighting, Inc. knows. Ruud has been in the lighting business for more than twenty-five years and is well known in the industry.  Its AVIATOR® lighting fixtures have been sold for over three years.  Ruud is owner of United States Trademark Registration No. 3,286,694 for AVIATOR for "outdoor pole-mounted or wall-mounted electrical parking, roadway and area lighting fixtures." Ruud's AVIATOR mark is used throughout the country and beyond.  Our client has expended substantial sums in promoting its lighting fixtures under the AVIATOR trademark.

Recently. our client became aware of a Focal Point Internet announcement of certain new products to be launched under the trademark "Aviator," with launch apparently scheduled for the upcoming LightFair in Las Vegas.  In looking into this, Focal Point's pending federal intent-to-use trademark application came to our attention.  We note that the stated goods are indoor, ceiling mounted, recessed electric lighting fixtures used in office or commercial settings.

Your client's planned use of the trademark "Aviator" constitutes infringement of our client's AVIATOR trademark in that it would create a likelihood of public confusion.  This would be very damaging to our client – and to the public interest.

On behalf of Ruud, we insist that your client immediately change its intention regarding the use of the "Aviator" trademark.  More specifically, Focal Point not promote lighting products under the "Aviator" mark at the 2008 LightFair or otherwise.  We have endeavored to contact you about this immediately so that you client can make the necessary changes before LightFair.

Michael L. Krashin, Esq.                    - 2 -                    May 9, 2008

We also request that you expressly abandon your pending trademark application for "Aviator."

We look forward to your client's prompt response, in the hope that this matter can be resolved quickly. If you need immediate assistance, please contact Julie Kirby of our firm, otherwise, you can contact me on Monday, May 12.

Very truly yours,

*Peter N. Jansson/kf*

Peter N. Jansson

PNJ/kf

# EXHIBIT 5

(Declaration of Kathy L. Finder, Paralegal)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOCAL POINT, L.L.P., | ) | |
|     Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | **Case No.: 08-CV-2859** |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC., | ) | |
|     Defendant/Counterclaim-Plaintiff. | ) | Mag. Judge Denlow |

## DECLARATION OF KATHRYN L. FINDER

I, Kathryn L. Finder, having been informed that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 18 U.S.C. §1001, states as follows:

1. I am employed as a trademark paralegal by the law firm of Jansson Shupe & Munger Ltd., 245 Main Street, Racine, WI 53403.

2. Attached hereto as <u>Exhibit A</u> is a printout from a search on the "Internet Archive Waybackmachine" website[1] of Hinkley Lighting's website "hinkleylighting.com" showing that Hinkley's Lighting's residential bathroom fixtures under the "Aviator" name were first promoted and shown on their website some time between December 25, 2005 and January 1, 2006.

3. Attached hereto as <u>Exhibit B</u> is a printout from a search on the "Internet Archive Waybackmachine" website[2] of the website "cooking.com" indicating that Adesso Lighting's floor lamp under the "Aviator Torchiere" name was first promoted and shown on the

---

[1] Internet Archive WayBackMachine, accessed March 21, 2008, http://www.archive.org/web/web.php

[2] Internet Archive WayBackMachine, accessed March 21, 2008, http://www.archive.org/web/web.php

"cooking.com" website on June 10, 2007.  No other promotion of Adesso Lighting's "Aviator Torchiere" was seen anywhere else on the Internet.

********

Pursuant to 28 USC §1746, I declare under penalty of perjury that the following is true and correct.

Dated this 23rd day of May, 2008.

_Kathryn L. Finder_
Kathryn L. Finder, Paralegal



INTERNET ARCHIVE
WayBackMachine

Enter Web Address: http://  [          ]  [All ▾]  [Take Me Back]  Adv. Search  Compare Archive Pages

Searched for http://hinkleylighting.com                                **208** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Nov 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 4 pages | 4 pages | 10 pages | 13 pages | 21 pages | 26 pages | 54 pages | 36 pages | 18 pages |

| | | | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Apr 29, 1999 * | Mar 02, 2000 * | Jan 17, 2001 | Mar 30, 2002 * | Jan 23, 2003 * | Apr 04, 2004 | Jan 07, 2005 | Jan 16, 2006 | Jan 05, 2007 |
| | | | Oct 12, 1999 * | Jun 18, 2000 | Feb 02, 2001 | May 28, 2002 | Feb 08, 2003 * | Apr 11, 2004 | Jan 22, 2005 | Jan 18, 2006 | Jan 09, 2007 |
| | | | Oct 13, 1999 | Nov 09, 2000 | Feb 03, 2001 | May 31, 2002 | Feb 14, 2003 * | May 26, 2004 * | Jan 23, 2005 | Jan 27, 2006 * | Jan 14, 2007 * |
| | | | Nov 04, 1999 | Dec 06, 2000 * | Feb 15, 2001 * | Jun 03, 2002 | Mar 25, 2003 | Jun 04, 2004 | Jan 28, 2005 | Jan 29, 2006 | Jan 19, 2007 |
| | | | | | Mar 02, 2001 | Jun 05, 2002 | Apr 01, 2003 * | Jun 05, 2004 | Feb 07, 2005 | Feb 18, 2006 | Jan 24, 2007 |
| | | | | | Mar 30, 2001 * | Jul 19, 2002 | Apr 21, 2003 * | Jun 10, 2004 | Feb 11, 2005 | Apr 02, 2006 | Feb 10, 2007 |
| | | | | | Mar 31, 2001 | Sep 22, 2002 * | Apr 23, 2003 | Jun 26, 2004 | Feb 25, 2005 | Apr 17, 2006 | Feb 17, 2007 |
| | | | | | Apr 04, 2001 | Sep 24, 2002 * | May 23, 2003 | Jul 14, 2004 | Feb 26, 2005 | Apr 23, 2006 | Feb 27, 2007 |
| | | | | | Jul 20, 2001 * | Sep 27, 2002 | May 29, 2003 | Jul 22, 2004 | Mar 03, 2005 | Apr 27, 2006 | Mar 06, 2007 |
| | | | | | Sep 23, 2001 | Sep 29, 2002 * | Jun 11, 2003 | Jul 23, 2004 | Mar 13, 2005 | May 06, 2006 * | Mar 15, 2007 * |
| | | | | | | Oct 02, 2002 | Jun 13, 2003 | Aug 14, 2004 | Mar 17, 2005 * | May 08, 2006 | Mar 23, 2007 |
| | | | | | | Nov 27, 2002 * | Jun 22, 2003 | Aug 24, 2004 | Mar 20, 2005 | May 17, 2006 * | Apr 08, 2007 * |
| | | | | | | Dec 01, 2002 | Jul 17, 2003 | Aug 26, 2004 | Mar 26, 2005 | Jun 12, 2006 | Apr 11, 2007 |
| | | | | | | | Jul 20, 2003 | Aug 29, 2004 | Apr 03, 2005 | Jun 15, 2006 | May 09, 2007 |
| | | | | | | | Jul 31, 2003 * | Aug 31, 2004 | Apr 04, 2005 | Jul 01, 2006 | Jun 10, 2007 |
| | | | | | | | Oct 11, 2003 * | Sep 05, 2004 | Apr 21, 2005 | Jul 10, 2006 | Jun 11, 2007 * |
| | | | | | | | Oct 18, 2003 | Sep 09, 2004 | Apr 27, 2005 | Jul 12, 2006 | Jul 11, 2007 |
| | | | | | | | Dec 03, 2003 | Sep 20, 2004 | May 07, 2005 | Jul 17, 2006 | |
| | | | | | | | Dec 07, 2003 | Sep 22, 2004 | May 12, 2005 | Aug 03, 2006 | |
| | | | | | | | Dec 28, 2003 | Sep 23, 2004 | May 13, 2005 | Aug 08, 2006 | |
| | | | | | | | Dec 29, 2003 | Oct 12, 2004 | May 20, 2005 | Aug 11, 2006 | |
| | | | | | | | | Oct 15, 2004 | May 23, 2005 | Aug 13, 2006 | |
| | | | | | | | | Nov 26, 2004 | May 24, 2005 | Sep 02, 2006 | |
| | | | | | | | | Nov 29, 2004 | May 25, 2005 | Sep 07, 2006 | |
| | | | | | | | | Dec 31, 2004 | May 29, 2005 | Oct 04, 2006 * | |
| | | | | | | | | | Jun 03, 2005 | Oct 18, 2006 | |
| | | | | | | | | | Jun 18, 2005 | Oct 23, 2006 | |
| | | | | | | | | | Jun 21, 2005 | Oct 31, 2006 * | |
| | | | | | | | | | Jun 26, 2005 | Nov 07, 2006 * | |
| | | | | | | | | | Jul 13, 2005 | Nov 07, 2006 * | |
| | | | | | | | | | Jul 20, 2005 | Dec 05, 2006 * | |
| | | | | | | | | | Jul 21, 2005 | Dec 11, 2006 | |
| | | | | | | | | | Aug 06, 2005 | Dec 15, 2006 | |
| | | | | | | | | | Aug 18, 2005 | Dec 20, 2006 | |
| | | | | | | | | | Aug 19, 2005 | Dec 31, 2006 | |
| | | | | | | | | | Aug 20, 2005 | | |
| | | | | | | | | | Aug 27, 2005 | | |
| | | | | | | | | | Aug 28, 2005 | | |
| | | | | | | | | | Aug 29, 2005 | | |
| | | | | | | | | | Aug 31, 2005 | | |
| | | | | | | | | | Sep 23, 2005 | | |
| | | | | | | | | | Oct 29, 2005 | | |
| | | | | | | | | | Nov 03, 2005 | | |
| | | | | | | | | | Nov 25, 2005 | | |
| | | | | | | | | | Nov 26, 2005 | | |
| | | | | | | | | | Dec 03, 2005 | | |
| | | | | | | | | | Dec 08, 2005 | | |
| | | | | | | | | | Dec 12, 2005 | | |
| | | | | | | | | | Dec 14, 2005 | | |
| | | | | | | | | | Dec 15, 2005 | | |
| | | | | | | | | | Dec 19, 2005 | | |
| | | | | | | | | | Dec 20, 2005 | | |
| | | | | | | | | | Dec 25, 2005 * | | |
| | | | | | | | | | Dec 26, 2005 | | |



EXHIBIT A



**HINKLEY**
LIGHTING

Home > Products > Bath > Aviator >

Advanced Search

enter search [    search    ]

PRODUCTS
FINISHES
RETAIL SHOWROOMS
STYLE GUIDE
LIGHTING TIPS
CATALOG REQUEST
CONTACT US
HOME

Welcome to Hinkley
Careers
Login
Live Help
Community Involvement
Energy Star
Architectural Site Lighting
After Hours Landscape
Lighting

INSPIRATION IDEAS
Nature
Mother Nature must
have been a designer
at heart...

# Products

## Aviator

Brushed Nickel finish with etched opal glass

### Brushed Nickel

 



5470BN          5471BN          5473BN          5473BN




5474BN

Jump to a finish on this page

[ Brushed Nickel ]

Home > Products > Bath > Aviator >          Back to top

© 2008 Hinkley Lighting, Inc.
All rights reserved. Website by Mediaworks
1.800.446.5530 | Terms | Home

Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /images/headers/products.gif HTTP/1.1
Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Fri, 12 Jan 2007 20:51:48 GMT; length=793
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)
Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /images/Products/5270BN_THUMB.JPG HTTP/1.1
Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Fri, 30 Dec 2005 18:48:52 GMT; length=9208
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)
Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /images/Products/5271BN_THUMB.JPG HTTP/1.1

Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Fri, 30 Dec 2005 18:48:51 GMT; length=8772
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)
Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /images/Products/5272BN_THUMB.JPG HTTP/1.1
Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Fri, 30 Dec 2005 18:48:50 GMT; length=9320
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)
Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /images/Products/5273BN_THUMB.JPG HTTP/1.1
Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Fri, 30 Dec 2005 18:48:50 GMT; length=8730
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)

Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /images/Products/5274BN_THUMB.JPG HTTP/1.1
Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Fri, 30 Dec 2005 18:48:49 GMT; length=8620
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)
Host: www.hinkleylighting.com
Connection: Keep-Alive
Cookie: ASPSESSIONIDSQTRDCCS=NNBPGIGBGLODJNGHNADJJIGC;
__utma=111999389.790620967.1211378477.1211378477.1211378477.1;
__utmb=111999389; __utmc=111999389;
__utmz=111999389.1211378477.1.1.utmccn=(organic)|utmcsr=google|utmctr=www.hinkleyl
ighting.com|utmcmd=organic

GET /urchin.js HTTP/1.1
Accept: */*
Referer:
http://www.hinkleylighting.com/products/browse_search.asp?famid=014103019&catid=014
&finid=018110&n=0&es=0&ds=0&est=0
Accept-Language: en-us,ru;q=0.5
UA-CPU: x86
Accept-Encoding: gzip, deflate
If-Modified-Since: Thu, 20 Mar 2008 23:21:54 GMT; length=21872
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322)
Host: www.google-analytics.com
Connection: Keep-Alive

GET /__utm.gif?utmwv=1.1&utmn=2085378447&utmcs=iso-8859-
1&utmsr=1024x768&utmsc=16-bit&utmul=en-
us&utmje=1&utmfl=9.0&utmdt=Browse%20Product%20Search%20Results%20~%20Hinkl
ey%20Lighting&utmhn=www.hinkleylighting.com&utmhid=1703924030&utmr=0&utmp=/
products/browse_search.asp?famid=014103019&catid=014&finid=018110&n=0&es=0&ds=
0&est=0&utmac=UA-2655205-



Internet Archive Wayback Machine

INTERNET ARCHIVE
WayBackMachine

Enter Web Address: http:// [                    ] [All ▾] [Take Me Back]   Adv. Search  Compare Archive Pages

Searched for http://www.cooking.com                                                    **1402** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Nov 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 1 pages | 11 pages | 31 pages | 149 pages | 31 pages | 30 pages | 272 pages | 462 pages | 148 pages | 37 pages |

| | | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dec 12, 1998 * | Jan 17, 1999 * | Feb 29, 2000 * | Jan 06, 2001 * | Jan 24, 2002 * | Feb 04, 2003 * | Jan 01, 2004 * | Jan 01, 2005 * | Jan 01, 2006 * | Jan 03, 2007 * |
| | | | Jan 25, 1999 * | Mar 02, 2000 * | Jan 07, 2001 | Feb 09, 2002 * | Feb 06, 2003 * | Feb 02, 2004 * | Jan 02, 2005 * | Jan 01, 2006 * | Jan 08, 2007 * |
| | | | Feb 08, 1999 * | Mar 02, 2000 * | Jan 18, 2001 * | Feb 10, 2002 | Feb 13, 2003 | Mar 21, 2004 * | Jan 03, 2005 * | Jan 02, 2006 * | Jan 13, 2007 |
| | | | Feb 08, 1999 * | Mar 03, 2000 * | Jan 19, 2001 * | Feb 11, 2002 | Mar 24, 2003 | Mar 24, 2004 * | Jan 04, 2005 | Jan 02, 2006 * | Jan 18, 2007 * |
| | | | Feb 09, 1999 * | Apr 09, 2000 * | Jan 24, 2001 | Feb 17, 2002 * | Mar 31, 2003 | Mar 25, 2004 * | Jan 05, 2005 * | Jan 02, 2006 * | Jan 23, 2007 * |
| | | | Feb 25, 1999 * | May 10, 2000 * | Mar 01, 2001 * | Feb 27, 2002 * | Apr 01, 2003 * | Apr 05, 2004 * | Jan 06, 2005 * | Jan 02, 2006 * | Jan 28, 2007 * |
| | | | Apr 21, 1999 * | May 11, 2000 * | Mar 02, 2001 * | Mar 31, 2002 * | Apr 09, 2003 * | May 18, 2004 * | Jan 08, 2005 * | Jan 02, 2006 * | Feb 06, 2007 * |
| | | | Apr 21, 1999 * | May 20, 2000 * | Mar 31, 2001 * | May 24, 2002 * | Apr 19, 2003 * | Jun 04, 2004 | Jan 09, 2005 | Jan 03, 2006 * | Feb 10, 2007 * |
| | | | Apr 28, 1999 * | May 20, 2000 * | Apr 04, 2001 * | May 28, 2002 * | May 01, 2003 | Jun 05, 2004 * | Jan 11, 2005 * | Jan 04, 2006 * | Feb 11, 2007 * |
| | | | Apr 29, 1999 * | Jun 12, 2000 * | Apr 19, 2000 * | May 28, 2002 * | May 23, 2003 * | Jun 09, 2004 * | Jan 12, 2005 * | Jan 05, 2006 * | Feb 16, 2007 * |
| | | | Oct 13, 1999 * | Jun 19, 2000 * | May 05, 2001 * | Jun 02, 2002 | May 28, 2003 * | Jun 10, 2004 * | Jan 13, 2005 * | Jan 06, 2006 * | Feb 24, 2007 * |
| | | | | Jun 20, 2000 | May 06, 2001 | Jun 05, 2002 | Jun 02, 2003 | Jun 10, 2004 * | Jan 14, 2005 | Jan 06, 2006 * | Mar 04, 2007 * |
| | | | | Jun 20, 2000 * | May 07, 2001 | Jun 10, 2002 | Jun 08, 2003 | Jun 11, 2004 * | Jan 15, 2005 * | Jan 07, 2006 * | Mar 12, 2007 * |
| | | | | Jun 20, 2000 * | May 09, 2001 | Jul 22, 2002 | Jun 10, 2003 | Jun 11, 2004 * | Jan 16, 2005 * | Jan 07, 2006 * | Mar 20, 2007 * |
| | | | | Jul 06, 2000 * | May 11, 2001 * | Aug 02, 2002 * | Jun 18, 2003 | Jun 11, 2004 * | Jan 17, 2005 | Jan 07, 2006 * | Mar 26, 2007 * |
| | | | | Aug 15, 2000 * | May 11, 2001 * | Aug 02, 2002 * | Jun 20, 2003 | Jun 12, 2004 * | Jan 18, 2005 * | Apr 05, 2007 * | Apr 22, 2007 * |
| | | | | Aug 15, 2000 * | May 12, 2001 * | Aug 29, 2002 * | Jul 19, 2003 | Jun 12, 2004 * | Jan 19, 2005 | Jan 07, 2006 * | May 13, 2007 * |
| | | | | Oct 17, 2000 * | May 13, 2001 * | Sep 21, 2002 * | Jul 29, 2003 * | Jun 14, 2004 | Jan 20, 2005 * | Jan 08, 2006 * | May 21, 2007 * |
| | | | | Oct 18, 2000 * | May 13, 2001 * | Sep 24, 2002 | Aug 06, 2003 * | Jun 15, 2004 | Jan 21, 2005 * | Jan 10, 2006 * | May 23, 2007 * |
| | | | | Oct 18, 2000 * | May 14, 2001 * | Sep 26, 2002 * | Aug 22, 2003 | Jun 15, 2004 * | Jan 21, 2005 * | Jan 10, 2006 * | Jun 02, 2007 * |
| | | | | Oct 18, 2000 * | May 15, 2001 | Oct 01, 2002 * | Oct 12, 2003 | Jun 16, 2004 | Jan 22, 2005 * | Jan 11, 2006 * | Jun 10, 2007 * |
| | | | | Oct 19, 2000 * | May 16, 2001 * | Oct 02, 2002 | Oct 13, 2003 * | Jun 16, 2004 * | Jan 23, 2005 * | Jan 12, 2006 * | Jun 22, 2007 * |
| | | | | Oct 19, 2000 * | May 17, 2001 * | Oct 29, 2002 * | Oct 13, 2003 * | Jun 16, 2004 * | Jan 24, 2005 | Jan 12, 2006 * | Jun 24, 2007 * |
| | | | | Oct 27, 2000 * | May 18, 2001 * | Oct 30, 2002 * | Oct 14, 2003 | Jun 18, 2004 * | Jan 24, 2005 * | Jan 13, 2006 * | Jul 01, 2007 * |
| | | | | Nov 09, 2000 * | May 18, 2001 * | Nov 05, 2002 * | Oct 17, 2003 | Jun 18, 2004 * | Jan 25, 2005 * | Jan 13, 2006 * | Jul 05, 2007 * |
| | | | | Nov 09, 2000 * | May 21, 2001 * | Nov 26, 2002 * | Nov 19, 2003 * | Jun 19, 2004 | Jan 26, 2005 * | Jan 14, 2006 * | Jul 06, 2007 * |
| | | | | Nov 17, 2000 * | May 23, 2001 | Nov 26, 2002 * | Nov 28, 2003 | Jun 19, 2004 * | Jan 27, 2005 * | Jan 14, 2006 * | Jul 08, 2007 * |
| | | | | Dec 06, 2000 * | May 24, 2001 | Nov 27, 2002 * | Dec 02, 2003 | Jun 22, 2004 * | Jan 29, 2005 * | Jan 15, 2006 * | Jul 14, 2007 * |
| | | | | Dec 19, 2000 * | May 25, 2001 * | Nov 28, 2002 * | Dec 08, 2003 * | Jun 22, 2004 * | Jan 30, 2005 * | Jan 16, 2006 * | Aug 05, 2007 * |
| | | | | | May 27, 2001 | Dec 13, 2002 * | Dec 08, 2003 * | Jun 22, 2004 * | Jan 31, 2005 * | Jan 17, 2006 * | Aug 07, 2007 * |
| | | | | | May 28, 2001 | | | Jun 23, 2004 | Feb 03, 2005 * | Jan 18, 2006 * | Aug 13, 2007 * |
| | | | | | May 29, 2001 | | | Jun 24, 2004 * | Feb 03, 2005 * | Jan 26, 2006 * | Aug 14, 2007 * |
| | | | | | Jun 01, 2001 * | | | Jun 24, 2004 * | Feb 04, 2005 * | Jan 27, 2006 | Aug 21, 2007 * |
| | | | | | Jun 03, 2001 * | | | Jun 26, 2004 * | Feb 05, 2005 * | Jan 27, 2006 * | Aug 27, 2007 * |
| | | | | | Jun 04, 2001 * | | | Jun 27, 2004 | Feb 06, 2005 * | Jan 28, 2006 * | Aug 28, 2007 * |
| | | | | | Jun 06, 2001 | | | Jun 28, 2004 * | Feb 06, 2005 * | Jan 31, 2006 * | Aug 29, 2007 * |
| | | | | | Jun 08, 2001 | | | Jun 28, 2004 | Feb 07, 2005 * | Feb 01, 2006 | |
| | | | | | Jun 08, 2001 * | | | Jun 29, 2004 | Feb 07, 2005 * | Feb 02, 2006 * | |
| | | | | | Jun 09, 2001 | | | Jun 29, 2004 * | Feb 08, 2005 * | Feb 03, 2006 * | |
| | | | | | Jun 10, 2001 | | | Jun 30, 2004 * | Feb 08, 2005 * | Feb 03, 2006 * | |
| | | | | | Jun 17, 2001 * | | | Jul 01, 2004 | Feb 09, 2005 * | Feb 04, 2006 * | |
| | | | | | Jun 18, 2001 | | | Jul 01, 2004 * | Feb 10, 2005 * | Feb 04, 2006 * | |
| | | | | | Jun 20, 2001 | | | Jul 02, 2004 * | Feb 10, 2005 * | Feb 05, 2006 * | |
| | | | | | Jun 21, 2001 * | | | Jul 02, 2004 | Feb 11, 2005 | Feb 06, 2006 * | |
| | | | | | Jun 22, 2001 | | | Jul 03, 2004 * | Feb 11, 2005 * | Feb 06, 2006 * | |
| | | | | | Jun 25, 2001 | | | Jul 03, 2004 * | Feb 12, 2005 * | Feb 07, 2006 | |
| | | | | | Jun 26, 2001 | | | Jul 04, 2004 * | Feb 12, 2005 * | Feb 08, 2006 | |
| | | | | | Jun 27, 2001 | | | Jul 05, 2004 * | Feb 12, 2005 * | Feb 09, 2006 * | |
| | | | | | Jun 28, 2001 | | | Jul 05, 2004 * | Feb 13, 2005 * | Feb 15, 2006 * | |
| | | | | | Jun 29, 2001 | | | Jul 06, 2004 * | Feb 14, 2005 * | Feb 15, 2006 | |
| | | | | | Jul 02, 2001 * | | | Jul 06, 2004 * | Feb 15, 2005 * | Feb 16, 2006 | |
| | | | | | Jul 07, 2001 * | | | Jul 07, 2004 | Feb 16, 2005 * | Feb 16, 2006 * | |
| | | | | | Jul 08, 2001 | | | Jul 08, 2004 * | Feb 17, 2005 * | Feb 17, 2006 * | |
| | | | | | Jul 10, 2001 * | | | Jul 10, 2004 * | Feb 18, 2005 * | Feb 18, 2006 * | |
| | | | | | Aug 05, 2001 * | | | Jul 10, 2004 * | Feb 18, 2005 * | Feb 19, 2006 * | |
| | | | | | Aug 30, 2001 * | | | Jul 11, 2004 | Feb 19, 2005 * | Feb 20, 2006 * | |
| | | | | | Aug 31, 2001 | | | Jul 11, 2004 * | Feb 19, 2005 * | Feb 21, 2006 * | |
| | | | | | Sep 03, 2001 * | | | Jul 12, 2004 * | Feb 20, 2005 * | Feb 21, 2006 | |
| | | | | | Sep 04, 2001 | | | Jul 12, 2004 | Feb 21, 2005 * | Feb 22, 2006 * | |
| | | | | | Sep 06, 2001 | | | Jul 12, 2004 * | Feb 22, 2005 * | Feb 22, 2006 * | |
| | | | | | Sep 07, 2001 * | | | Jul 13, 2004 * | Feb 23, 2005 * | | |
| | | | | | Sep 08, 2001 | | | Jul 14, 2004 * | Feb 24, 2005 | F | |
| | | | | | Sep 10, 2001 | | | Jul 14, 2004 * | Feb 25, 2005 * | F | |
| | | | | | Oct 02, 2001 * | | | Jul 15, 2004 * | Feb 25, 2005 * | F | |
| | | | | | Oct 03, 2001 | | | | | | |
| | | | | | Oct 04, 2001 | | | | | | |
| | | | | | Oct 05, 2001 * | | | | | | |

EXHIBIT
B



@ **Cooking**.com®

100% satisfaction guarantee    HELP    CART    Now offering over 90,000 Items

 

| HOME | SPECIAL VALUES | GIFT IDEAS | WEDDING REGISTRY | RECIPES & MORE | FORUM |

| FREE NEWSLETTERS | BUYING GUIDES | MY ACCOUNT | TOP BRANDS | CONTACT US | STORES |

SEARCH

Keyword or Item#
[                    ]  GO
▸ Advanced Search

BROWSE

:: New Items ✹
:: Top Rated ★
:: Summer Essentials

:: Bakeware
:: Barware
:: College Logo Shop
:: Commercial Kitchen
:: Cookbooks
:: Cook's Tools
:: Cookware
:: Cutlery
:: Food and Drink
:: Furnishings
:: Home Keeping
:: Just For Kids
:: Kitchen Fixtures
:: Large Appliances
:: Outdoor Living
:: Small Appliances
:: Storage and
   Organization
:: Tableware
     Dinnerware
     Drinkware
     Flatware
     Serveware
     Table Accents
:: Vacuum Cleaners
:: Clearance

:: Top Brands
:: Calphalon
:: KitchenAid
:: All-Clad
:: Cuisinart
:: Henckels
:: Wusthof
:: Le Creuset
:: Starbucks

:: Corporate Gifts
:: Gift Cards
:: Email Offers

:: Recipes

Kitchen Fixtures > Floor Lamps > Torchiere/Uplight

## 5161 - Aviator Torchiere

add to my wish list    view my wish list

*Contemporary/Modern* by Adesso Lighting

ships from:
**Allied Trade Group**
merchant info

**Our Price:** $153.00

Quantity: [ 1 ]

ADD TO CART

**SPECIAL ORDER**

Item #292448

**Adesso Lighting 5161 - Aviator Torchiere:**
**Usually Ships In:** 7-9 Days
*(Item #292448) w0*

**Sorry, this item is unavailable for shipment to Canada.**

**PRODUCT CHARACTERISTICS**

Dimensions:    Width: 16" - Height: 71" - Length: 4.75" -
Finish Options:  Satin Steel
Lamp Options:  (2)150w A21 Med F Incandescent

Save $90 on All-Clad Pan
Use this 12-in. Nonstick LTD Grill Pan for breakfast foods, grilled sandwiches, burgers and more. Non-reactive surface. Lifetime Warranty.
$54.95  BUY

Starbucks Verona Blend Set
Enjoy caffeinated and decaffeinated versions of this bestselling smooth coffee.
$21.10  BUY

SPECIAL OFFERS

### Can we improve something on this page?

If we're missing any information about this item which would be helpful or if you have found something that is confusing or in error, please tell us so we can improve our site.

[                                      ]

Sorry, we are not able to respond to comments entered above.

SUBMIT

**Sign Up** to get Special Offers and Updates: [ Enter email address ]  GO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FOCAL POINT, L.L.C., | ) | |
|     Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | **Case No.: 08-CV-2859** |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC., | ) | |
|     Defendant/Counterclaim-Plaintiff. | ) | Mag. Judge Denlow |

---

### TEMPORARY RESTRAINING ORDER

---

This cause is before the Court on the motion of defendant/counterclaim-plaintiff, Ruud Lighting, Inc. ("Ruud"), for a temporary restraining order.

The Court, having conducted a hearing on the motion and after considering the evidence, pleadings and arguments of counsel, finds that a temporary restraining order is necessary to prevent irreparable harm to Ruud caused by Focal Point's infringement of Ruud's AVIATOR trademark.

IS IT THEREFORE ORDERED that Ruud's motion is GRANTED and that plaintiff/ counterclaim defendant, Focal Point, L.L.C., its officers, agents, sales representatives, servants, employees, associates, attorneys, successors and assigns and all persons acting by, through, under or in active concert or participation with any of them, from publicly or privately displaying or otherwise using the "Aviator" mark, including in any offering for sale, promoting, advertising and marketing, including without limitation at Lightfair 2008, of Focal Point's new commercial recessed lighting fixtures.

IT IS FURTHER ORDERED that this temporary restraining order shall be in effect from and after the time Ruud files with the Clerk a bond which has been approved by the Court in the amount of $_____.

IT IS FURTHER ORDERED that this temporary restraining order will expire by its own terms ten (10) days from the date and time indicated below unless extended by the Court for good cause shown or by agreement of the parties.

IT IS FURTHER ORDERED that a hearing be held before this Court on the _____ day of June, 2008, at _____ o'clock ____.M., on Ruud's motion for preliminary injunction.

SO ORDERED this ___ day of May, 2008 at _____ o'clock __.M.

_____
Honorable Matthew F. Kennelly

cc:  counsel of record

2