# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FOCAL POINT, L.L.C.,                  ) | |
|     Plaintiff/Counterclaim-Defendant,    ) | |
| ) | **Case No.: 08-CV-2859** |
| vs.                                    ) | |
| ) | Judge Matthew F. Kennelly |
| RUUD LIGHTING, INC.,                   ) | |
|     Defendant/Counterclaim-Plaintiff.  ) | Mag. Judge Denlow |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed with the Clerk of Court using the ECF system the following documents:

- Notice of Appearance of Peter N. Jansson for Ruud Lighting, Inc.;

- Ruud's Answer, Affirmative Defense and Counterclaims;

- Ruud's Motion for Temporary Restraining Order and Preliminary Injunction;

- Ruud's Brief in Support of its Motion, including its Exhibits 1-5; and

- Ruud's proposed order granting its motion for temporary restraining order.

which sent notification of such filing to:

Mr. Erik S. Maurer
Mr. Michael Krashin
BANNER & WITCOFF, LTD.
10 S. Wacker Drive Ste 3000
Chicago, IL 60606


                                                                s/Dawn MacDonald-Wolff
                                                                  Paralegal