UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOCAL POINT, L.L.C., <br>     Plaintiff, <br><br> vs. <br><br> RUUD LIGHTING, INC., <br>     Defendant. | Case No.: 08-CV-2859 <br><br> Judge Matthew F. Kennelly <br><br> Mag. Judge Denlow |

## NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST FOCAL POINT, L.L.C.

TO:    Mr. Erik S. Maurer
         Mr. Michael Krashin
         BANNER & WITCOFF, LTD.
         10 S. Wacker Drive Ste 3000
         Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 27th day of May, 2008 at 1:30 p.m., counsel for Ruud Lighting, Inc. shall appear before the Honorable Matthew F. Kennelly in room 2103 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, copies of which are served and filed concurrently herewith.

Dated this 27th day of May, 2008.

                                          Respectfully submitted,
                                          RUUD LIGHTING, INC.

                                      By     s/Peter N. Jansson
                                            Peter N. Jansson (IL Bar #1326074)

Peter N. Jansson
E-Mail: pjansson@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminister
Lake Forest, IL 60045

**MAILING ADDRESS:**
JANSSON SHUPE & MUNGER LTD.
245 Main Street
Racine, WI 53403
Tel:  262/632-6900
Fax: 262/632-2257

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOCAL POINT, L.L.C., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RUUD LIGHTING, INC., )<br>    Defendant. ) | **Case No.: 08-CV-2859**<br><br>Judge Matthew F. Kennelly<br><br>Mag. Judge Denlow |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST FOCAL POINT, L.L.C. with the Clerk of Court using the ECF system and served counsel for defendants by electronic mail as indicated below:

*Attorneys for Defendant:*

Michael Krashin
Mkrashin@bannerwitcoff.com
Erik S. Maurer
emaurer@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite300
Chicago, IL 60606

                                    s/Matthew M. Fannin
                              Matthew M. Fannin, Attorney
                              JANSSON SHUPE & MUNGER LTD.