**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FOCAL POINT, L.L.C.,** | ) | **Civil Action No. 08-cv-02859** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Kennelly** |
| **v.** | ) | |
| | ) | **Magistrate Judge Denlow** |
| **RUUD LIGHTING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | **Jury Trial Demanded** |

**FOCAL POINT, L.L.C.'S MOTION FOR LEAVE TO FILE ITS PRELIMINARY
RESPONSE TO RUUD LIGHTING, INC.'S MOTION FOR A TRO AND
PRELIMINARY INJUNCTION  IN EXCESS OF PAGE LIMITATION**

Pursuant to Local Rule 7.1, Plaintiff, Focal Point, L.L.C. ("Focal Point") respectfully

requests permission to file its Preliminary Response to Ruud Lighting, Inc.'s Motion for a TRO

and Preliminary Injunction in excess of the page limitation.  This case is a trademark case, and

due to the nature of the case and the arguments raised by Ruud Lighting, Inc., Focal Point cannot

adequately present its arguments and authority without exceeding the page limitation by three

pages.  For these reasons, Focal Point respectfully requests that it be permitted to file its

preliminary response in excess of the page limitation.  A proposed order is attached to this

Motion.

Respectfully submitted,

Dated:  May 27, 2008

By: /s/ Michael L. Krashin
Erik S. Maurer (6275467)
  emaurer@bannerwitcoff.com
Michael L. Krashin (6286637)
  mkrashin@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, Illinois  60606
Telephone:  (312) 463-5000
Facsimile:  (312) 463-5001

**Attorneys for Plaintiff Focal Point, L.L.C.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FOCAL POINT, L.L.C.,** | ) | **Civil Action No. 08-cv-02859** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Kennelly** |
| **v.** | ) | |
| | ) | **Magistrate Judge Denlow** |
| **RUUD LIGHTING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | **Jury Trial Demanded** |

## <u>ORDER</u>

THE COURT having considered Focal Point's Motion for Leave to File Its Preliminary Response to Ruud Lighting, Inc.'s Motion for a TRO and Preliminary Injunction in Excess Of Page Limitation, and for good cause shown therein:

IT IS ORDERED that Focal Point's Motion is GRANTED

SO ORDERED, this _____ day of _____, 2008.

_____
Matthew F. Kennelly
United States District Judge

3

## <u>CERTIFICATE OF SERVICE</u>

On May 27, 2008, I electronically filed the foregoing Focal Point's Motion for Leave to File Its Preliminary Response to Ruud Lighting, Inc.'s Motion for a TRO and Preliminary Injunction in Excess Of Page Limitation through the Court's ECF system, which will send a notice via electronic filing to all counsel of record, including counsel of record for the Defendant as indicated below:

> Peter N. Jansson
> Jansson Shupe & Munger, Ltd.
> 245 Main Street
> Racine, Wisconsin 53403
> Telephone: (262) 632-6900
> Facsimile: (262) 632-2257

        /s/ Michael L. Krashin
ATTORNEYS FOR FOCAL POINT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FOCAL POINT, L.L.C.,** | ) | **Civil Action No. 08-cv-02859** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Kennelly** |
| **v.** | ) | |
| | ) | **Magistrate Judge Denlow** |
| **RUUD LIGHTING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | **Jury Trial Demanded** |
| | ) | |

**FOCALPOINT, L.L.C.'S PRELIMINARY RESPONSE TO RUUD LIGHTING, INC.'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

Declaratory judgment plaintiff, Focal Point, L.L.C. ("Focal Point"), respectfully submits this preliminary response to declaratory judgment defendant Ruud Lighting, Inc.'s ("Ruud's") May 23, 2008, Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction. Because Ruud filed its motion at approximately 10:30 p.m. on the Friday before the Memorial Day weekend, this response – being filed on the first business day after Memorial Day – is necessarily truncated and focused on Ruud's request for immediate relief.

If the Court schedules further proceedings on Ruud's request for a preliminary injunction, Focal Point respectfully requests leave to file a detailed response to Ruud's motion after conducting discovery regarding Ruud's allegations.

# <u>TABLE OF CONTENTS</u>

I.    INTRODUCTION – A TRO AND PRELIMINARY INJUNCTION
      ARE DRASTIC REMEDIES NOT WARRANTED HERE ...................................1

II.   RUUD CANNOT SHOW THAT IT IS ENTITLED TO ENJOIN OTHERS'
      USES OF "AVIATOR" IN CONNECTION WITH INDOOR LIGHT FIXTURES............3

      A.    At Best, The '694 Registration Evidences Ownership of a Mark That is Restricted
            to Goods That Are Not At Issue In This Dispute........................................4

      B.    Ruud Has Not Shown Ownership Of Any Valid, Protectable Common Law
            Trademark Rights.............................................................................5

      C.    Ruud's Failure To Use The, "AVIATOR" Mark As A Trademark, In Conjunction
            With Others' Senior and Contemporaneous Uses, Means Ruud Cannot Now
            Establish Valid, Protectable Common Law Trademark Rights ..............................6

            a.    Mr. Christopher Ruud's Declaration Does Not Help Ruud................................6

            b.    Ms. Kathryn Finder's Declaration Does Not Help Ruud....................................7

            c.    There is Evidence of Dozens of Other Uses of "AVIATOR" in the Lighting
                  Industry and Elsewhere.....................................................................9

III.  THERE IS NO LIKELIHOOD OF CONFUSION FROM RUUD'S AND FOCAL
      POINT'S CONTEMPORANEOUS USES OF "AVIATOR"...............................12

IV.   THE BALANCE OF HARMS AND EQUITIES HERE STRONGLY FAVOR
      DENYING RUUD'S MOTION .........................................................16

V.    CONCLUSION.........................................................................18

## I.  INTRODUCTION – A TRO AND PRELIMINARY INJUNCTION ARE DRASTIC REMEDIES NOT WARRANTED HERE

Although this response is truncated, Ruud's motion should be denied in its entirety because it falls far short of the clear showing that is required to support the drastic relief it seeks. *See Goodman v. Ill. Dep't of Fin. and Prof'l Regulation*, 430 F.3d 432, 437 (7th Cir. 2005); *Recycled Paper Greetings, Inc. v. Davis*, 533 F. Supp. 2d 798, 803 (N.D. Ill. 2008) ("A temporary restraining order or a preliminary injunction is an extraordinary and drastic remedy, which should not be granted unless the movant carries the burden of persuasion by a clear showing.").  The standards for issuing a TRO are the same as for issuing a preliminary injunction.  *Long v. Bd. of Educ.*, 167 F. Supp. 2d 988, 990 (N.D. Ill. 2001).  With discovery and a reasonable briefing period, Focal Point would attack a host of issues and omissions in Ruud's allegations.  Under the constraints imposed by the timing of Ruud's filing, Focal Point focuses this response on three reasons why Ruud is not entitled to a TRO or a preliminary injunction.

First, Ruud has not demonstrated that it owns any trademark rights in "AVIATOR" for use in connection with goods like those being sold by Focal Point.  Importantly, Ruud's federal Trademark Registration No. 3,286,694 ("the '694 registration") is narrowly limited to use of "AVIATOR" in connection with only very specific goods, "outdoor pole-mounted or wall-mounted electrical parking, roadway and area lighting fixtures."  (Focal Point Complaint, ¶ 14).  Because Focal Point sells no such fixtures, the '694 registration provides no basis to enjoin Focal Point's use of "AVIATOR" in connection with distinctly different products. (*See* Focal Point Complaint, ¶¶ 8-10).  Thus, the '694 registration is not truly at issue here.

Instead, the threshold question ignored by Ruud's motion is whether Ruud owns any common law trademark rights for use of "AVIATOR" in connection with goods like those being sold by Focal Point, namely, high-efficiency, indoor, ceiling mounted, recessed architectural

lighting fixtures. Here, Ruud provides no evidence – none – that establishes such rights. Rather, the opposite is true; Ruud has no such rights. Aside from Ruud's bald assertion that it used "AVIATOR" in connection with "indoor applications," (Ruud Memo, p. 2), Ruud has done nothing to show entitlement to an injunction against Focal Point. To the contrary, Ruud has made only a limited, non-trademark use of "AVIATOR" in connection with a fixture that is essentially an outdoor fixture. Moreover, this use has been contemporaneous with the prolific use of "AVIATOR" by others, including at least five other non-party uses of "AVIATOR" in connection with lighting products. This evidence demonstrates that Ruud does not own ___any___ trademark rights for "AVIATOR" used in connection with "indoor applications."

Second, even if Ruud could establish a common law trademark right in "AVIATOR" for the relevant goods, there is no likelihood that consumers would be confused by Focal Point's use of "AVIATOR" in connection with its high-efficiency, indoor, ceiling mounted, recessed architectural lighting fixture. Ruud's and Focal Point's products are different, purchasers are sophisticated, care and consideration go into purchasing decisions, the "AVIATOR" mark is weak, there is no evidence of actual confusion despite numerous contemporaneous uses of "AVIATOR" for "indoor applications," and Focal Point exercised due care in adopting its use of "AVIATOR" with no intent to confuse consumers. Ruud expressly admitted many of these points to the U.S. Patent and Trademark Office ("PTO"), and, in any event, Ruud cannot seriously contest any of these points in this lawsuit.

Finally, the irreparable harm that would befall Focal Point if enjoined outweighs any harm to Ruud by Focal Point's continued use of "AVIATOR," and the equities strongly favor denying Ruud's motion. Among other things, Focal Point is already using its "AVIATOR" mark, has invested approximately $150,000 in the marketing and promotion of its "AVIATOR"

2

fixture, and expects sales in excess of several million dollars over the next year.

For these reasons, after receiving Ruud's cease and desist letter, Focal Point promptly sought a declaration of its rights by initiating this lawsuit on May 16, 2008, and Focal Point then attempted to discuss an amicable resolution of this matter with Ruud's founder, Alan Ruud.  On May 19, 2008, Focal Point also provided a detailed letter to Ruud's counsel, forwarding a courtesy copy of the Complaint and noting that it had not yet been served in the hopes of resolving the dispute.  (Ex. A, May 19, 2008, Letter from Maurer to Jansson).

On the other hand, Ruud waited until 10:30 p.m. the Friday before the Memorial Day weekend to seek a TRO in relation to its alleged rights.  Yet, as set forth further below, Ruud is not even properly using "AVIATOR" as a trademark on relevant goods, and the mark is simply not important to Ruud, as evidenced at least by the facts that it allowed its federal trademark application to lapse during prosecution and has taken no action against at least five other non-parties that use "AVIATOR" for lighting products.

Put simply, the drastic injunctive relief sought by Ruud would be an undeserved windfall when it has utterly failed to establish ownership of a protectable trademark right relevant to this dispute and has sat idly by while others in the lighting industry have adopted and used "AVIATOR" in connection with lighting products.  Thus, for at least these reasons, Ruud's motion should be denied in its entirety.

## II.    RUUD CANNOT SHOW THAT IT IS ENTITLED TO ENJOIN OTHERS' USES OF "AVIATOR" IN CONNECTION WITH INDOOR LIGHT FIXTURES

It is axiomatic that two things must be proven in order for a plaintiff to prove trademark infringement: 1) a valid, protectable mark; and 2) "the use of either the same or a similar mark by the accused party creates a likelihood of consumer confusion as to the source of goods sold under the mark."  *See, e.g., Gaffrig Performance, Indus., Inc. v. Livorsi Marine, Inc.*, No. 99-

7778, 2003 WL 23144859, at *6 (N.D. Ill. Dec. 22, 2003); *Momentum Luggage & Leisure Bags v. Jansport, Inc.*, No. 00-7909, 2001 WL 830667, at *5 (S.D.N.Y. July 23, 2001).  Accordingly, a trademark infringement claim necessarily fails where the plaintiff lacks a valid, protectable mark.  *Momentum Luggage*, 2001 WL 830667, at *7.  Because Ruud has not shown that it owns a valid protectable mark in this dispute, its motion should be denied for this reason alone.

### A.    AT BEST, THE '694 REGISTRATION EVIDENCES OWNERSHIP OF A MARK THAT IS RESTRICTED TO GOODS THAT ARE NOT AT ISSUE IN THIS DISPUTE

To establish that it has a reasonable likelihood of succeeding on the merits of its underlying trademark infringement claim, Ruud must first establish that it owns relevant trademark rights and then establish that Focal Point's continued use of "AVIATOR" would cause a likelihood of consumer confusion.  *See Gaffrig*, 2003 WL 23144859, at *6; *Momentum Luggage*, 2001 WL 830667, at *5.  Ruud's motion focuses on its alleged ownership of the '694 registration.  However, Ruud admits that the '694 registration covers only "outdoor pole-mounted or wall-mounted electrical parking, roadway and area lighting fixtures."  (*See* Focal Point Complaint, Exs. B and C).

Indeed, Ruud further admits that Focal Point's use of "AVIATOR" is in connection with very different goods than those identified in the '694 registration, namely "indoor, ceiling mounted, recessed electric lighting fixtures used in office or commercial settings."  (*See* Focal Point Complaint, Ex. C).  Thus, the '694 registration provides no basis for relief in this lawsuit. *See* 15 U.S.C. § 1115(a) (West 2008) (explaining that a registrant has the right to "use the registered mark in commerce on or in connection with the ***goods or services specified in the registration***.") (emphasis added); *S Indus. v. Stone Age Equip.*, 12 F. Supp. 2d 796, 804-05 (N.D. Ill. 1998) (explaining that a registration does not create rights for goods not set forth in the application to register the mark).  It is black letter trademark law that where a registrant asserts

4

infringement based on goods that are not set forth in its registration, the registrant bears the burden of establishing its rights in the mark under the common law. *S Indus*, 12 F. Supp. 2d at 803-06.

### B.    RUUD HAS NOT SHOWN OWNERSHIP OF ANY VALID, PROTECTABLE COMMON LAW TRADEMARK RIGHTS

Given that the '694 registration is not truly at issue, Ruud must establish that it owns common law trademark rights for the use of "AVIATOR" in connection with products like Focal Point's "AVIATOR" products in order to prove a likelihood of success on the merits here. *See id.* To establish ownership of common law trademark rights, a party must, at a minimum, show that it has continuously and exclusively used the mark in connection with sufficient sales of a product to establish an association in consumers' minds that the party is the source of the marked product. *Zazu Designs v. L'Oreal, S.A.*, 979 F.2d 499, 503 (7th Cir. 1992) (holding that *de minimis* use of a trademark is insufficient to establish common law rights in the mark); *Glow Indus., Inc. v. Lopez*, 252 F. Supp. 2d 962, 984-85 (C.D. Cal. 2002) (denying the plaintiff's motion for a preliminary injunction and finding that the plaintiff's lack of evidence of sales of product bearing the mark was fatal to its ability to establish common law rights in the mark).

Notably, Ruud's Answer, Affirmative Defenses, and Counterclaims, as well as its motion papers, are entirely devoid of any allegations or evidence that it owns common law trademark rights in the use of "AVIATOR" with products like Focal Point's "AVIATOR" products. Indeed, Ruud admits that its use of "AVIATOR" is "primarily in outdoor applications." (Ruud Memo, p. 2). Although Ruud goes on to claim that its use is "also for indoor applications," (*id.*), that statement is insufficient to establish Ruud's ownership of common law trademark rights. It certainly is no basis for preliminary injunctive relief.

5

Among other things, Ruud does not provide any evidence of how it first allegedly used "AVIATOR" in connection with "indoor applications."  Similarly, Ruud does not establish that it actually attached the "AVIATOR" mark for an "indoor application" fixture or attached it to such a product's packaging that was sold to the public, *i.e.*, Ruud does not evidence a *bona fide* trademark use.  *See DSMR, LLC v. Goldberg*, No. 02-5203, 2004 WL 609281, at *4 (N.D. Ill. Mar. 25, 2004) ("To establish use, the mark must be attached to the product or service sold to the public, and the use must be continuous and bona fide.").

In addition, Ruud does not provide any evidence of the level of sales corresponding to its alleged use of "AVIATOR" for indoor applications.  Nor does Ruud establish the geographic scope, duration, or exclusivity of its alleged use of "AVIATOR" in connection with "indoor applications."  These failures of proof are fatal to Ruud's motion.  *See Zazu Designs,* 979 F.2d at 503; *Glow Indus.*, 252 F. Supp. 2d at 984-85.

Accordingly, this Court should deny Ruud's motion ***in its entirety*** because Ruud has done nothing to establish that it owns any valid, protectable mark other than the inapplicable '694 registration in this case.  *Id.*

C.    **RUUD'S FAILURE TO USE THE "AVIATOR" MARK AS A TRADEMARK, IN CONJUNCTION WITH OTHERS' SENIOR AND CONTEMPORANEOUS USES, MEANS RUUD CANNOT NOW ESTABLISH VALID, PROTECTABLE COMMON LAW TRADEMARK RIGHTS**

a.  **Mr. Christopher Ruud's Declaration Does Not Help Ruud**

In support of its alleged use of "AVIATOR" "for indoor applications," Ruud submits the Declaration of Christopher A. Ruud.  Mr. Ruud states that "[t]he first sale of AVIATOR lighting fixtures for indoor use was on or before January 25, 2006," and submits as "Exhibit A" to his declaration "Ruud/Beta promotional documents showing such indoor promotion, sale, and use." (Ruud Memo, Ex. 2).  However, even a cursory examination of Mr. Ruud's declaration and its

6

supporting exhibits reveals that they do not establish Ruud's alleged use of "AVIATOR" as a trademark.

First, nothing in Mr. Ruud's declaration or its exhibits evidences sales by Ruud or Beta of "AVIATOR" fixtures for indoor use.  To the contrary, the pages attached to Mr. Ruud's declaration as "Exhibit A" appear to be pages from a Beta Lighting catalog.  Mr. Ruud does not provide any sales volumes, invoices, purchase orders, shipping records, or any other information that could establish common law trademark rights in "AVIATOR."

Second, "AVIATOR" is not used as a trademark in the Beta Lighting catalog.  Among other things, the word "Aviator" is used in a small, non-distinct font.  The word "Aviator" is not highlighted or otherwise called-out.  In addition, there is no indicia, such as a TM or ® symbol, that the word "Aviator" is claimed to be a trademark of Beta or Ruud.[1]  Rather, the catalog simply uses the word "Aviator" as part of the product names "Small Aviator Indirect" and "Medium Aviator Indirect."  Indeed, the Beta Lighting Catalog uses the word "Aviator" in the same way it uses the words "Wedge," "Square," and "Rectangular."  Thus, not only does Mr. Ruud not submit evidence that Ruud owns common law trademark rights, the information he does provide evidences quite the opposite – that Ruud is **not** using "Aviator" as a trademark in connection with indoor applications.

### b.  Ms. Kathryn Finder's Declaration Does Not Help Ruud

Equally damaging to Ruud's motion are its admissions of others' pre-existing and contemporaneous uses of "AVIATOR" in connection with light fixtures.  In Focal Point's

---

[1] Notably, Ruud alleges that Beta Lighting is a "division" of Ruud, but Beta Lighting holds itself out to be a corporation called Beta Lighting, Inc., at least on its website order forms, including at: http://www.beta-lighting.com/SpecSheets/BAA-AVS-H-T3-IA.pdf.  (*See*, Exhibit B).  Thus, there is an open question as to the relationship between Ruud and Beta Lighting, and ownership of any alleged trademark rights between the two, including whether consumers perceive Beta Lighting as a separate, distinct entity from Ruud, and thus another, independent user of the "AVIATOR" mark for lighting products.

complaint and in its letter to Ruud, Focal Point set forth several examples of non-party use of "AVIATOR" for various lighting products – use by SureFire for flashlights, by Hinkley Lighting for indoor light fixtures, and by Adesso Lighting for tochiere and desk lamps. (Focal Point Complaint, ¶¶ 24-28; Ex. A, May 19, 2008, Letter from Maurer to Jansson). In its motion, Ruud submits the Declaration of Kathryn L. Finder in an attempt to establish that Ruud was not aware of Hinkley Lighting's and Adesso Lighting's uses of "AVIATOR" in connection with light fixtures that are set forth in Focal Point's Complaint.

Rather than helping Ruud, Ms. Finder's declaration establishes that Hinkley Lighting has been using the "AVIATOR" mark in connection with indoor applications at least as early as sometime between December 25, 2005, and January 1, 2006, which is at least 24 days earlier than Ruud's first alleged use of "AVIATOR" for indoor applications. (*Compare* Ruud Memo Ex. 2, Para. 5 *with* Ruud Memo Ex. 5, Para. 2). In other words, ***Ruud admits that Hinkley Lighting's use of "AVIATOR" for indoor lighting applications is senior to Ruud's own alleged first use*** for "AVIATOR" in indoor lighting applications. Notably, the Hinkley website relied upon in Ms. Finder's declaration shows that Hinkley uses the "AVIATOR" mark in connection with a complete line of indoor light fixtures, including single and multi-light wall sconces, as well as a ceiling mounted fixture. (*See* www.hinkleylighting.com/products/browse_search. asp?famid=014103019&catid=018110&finid=018110).

In addition, Ms. Finder's declaration admits that Adesso Lighting first used the "AVIATOR" mark in connection with a floor standing torchiere lamp at least as early as June 10, 2007. (Ruud Memo Ex. 5, Para. 3). In this way, Ruud also admits that in addition to Hinkley's senior use of "AVIATOR," Adesso Lighting has been using the mark for nearly a year and at least a month before Ruud's '694 registration issued.

Separately, Ms. Finder's declaration is troubling because she asserts that "[n]o other promotion of Adesso Lighting's 'Aviator Torchiere' was seen anywhere else on the Internet [other than the cooking.com website she investigated]." (*Id.*) However, simple Google searches for "adesso lighting aviator" on May 25 and 26, 2008, revealed dozens of website "hits" that show Adesso Lighting's "AVIATOR" light products, including a floor standing torchiere lamp and desk lamp, are offered for sale on the Internet through numerous websites, including: www.homeclick.com, www.absolutehome.com, www.agreat-sale.com, www.lightinguniverse.com, www.bobvila.com, www.onewayfurniture.com, among others. Thus, Ms. Finder's declaration is not accurate in this regard, and plainly does not support Ruud's motion in any event.

### c.  There is Evidence of Dozens of Other Uses of "AVIATOR" in the <u>Lighting Industry and Elsewhere</u>

Indeed, what is clear is that numerous other entities in the lighting industry have used "AVIATOR" in connection with indoor light fixture applications.  In addition to the other uses by SureFire, Hinkley, and Adesso set forth in Focal Point's Complaint and letter to Ruud, (Focal Point Complaint, ¶¶ 24-28; Ex. A, May 19, 2008, Letter from Maurer to Jansson), Focal Point has also learned that a company called PLC Lighting sells an "AVIATOR" chandelier shown in Illustration 1 below.  As with Hinkley Lighting's "AVIATOR" and Adesso Lighting's "AVIATOR," a Google search for "plc lighting aviator chandelier" results in numerous websites selling the "AVIATOR" product on the Internet, including, www.arcadianlighting.com/plc-1812-sn.html.



**Illustration 1**.  PLC Lighting's "AVIATOR" Chandelier.

In addition to the PLC Lighting "AVIATOR" fixture, Focal Point has also learned that Westinghouse Lighting Corp. sells a 52" ceiling fan with a mounted light fixture under the "AVIATOR" mark.  Again, a Google search for "westinghouse aviator" results in numerous Internet websites selling this "AVIATOR" fixture, including www.lightingdirect.com/ index.cfm/page/product:display/productId/Aviator/manufacturer/Westinghouse/categoryId/3421/ finish/Brushed%20Nickel.  Westinghouse's "AVIATOR" fixture is shown in Illustration 2 below.  Notably, Westinghouse is listed as an exhibitor at the Lightfair tradeshow.



**Illustration 2**.  PLC Lighting's "AVIATOR" Chandelier.

Thus, in addition to Ruud's/Beta's[2] alleged use and Focal Point's use of "AVIATOR," no

---

2 *See* footnote 1 above.

fewer than five other companies have been using "AVIATOR" in connection with light products, including SureFire (flashlights), Hinkley Lighting (collection of indoor light fixtures), Adesso Lighting (torchiere and desk lamps), PLC Lighting (chandelier), and Westinghouse Lighting (ceiling fan with light). There is no reason why any of these other "AVIATOR" products could not be purchased by the same consumer or used at the same location.

Furthermore, a Google search for "aviator light" conducted on May 25, 2008, resulted in hundreds of thousands of "hits," with approximately 800 results displayed over eighty-four pages of search results. Tellingly, each of the other, non-party uses listed above were identified within the first several pages of the Google search results. However, it was not until the forty-seventh page of results that a reference to a Ruud "AVIATOR" fixture was located, and that reference was from an Australian company's website noting that it now sells Ruud's outdoor, pole-mounted fixtures. (*See* www.advancedlighting.com.au/news/index.html). A follow-up Google search for "aviator light" conducted today, May 27, 2008, resulted in over 420,000 "hits," which resulted in approximately 1,000 results displayed 100 per page for 10 pages. Neither Ruud Lighting nor Beta Lighting appear anywhere in the search results. (Ex. C).

Moreover, a search of online PTO records indicates that there are over forty issued U.S. trademark registrations that include "AVIATOR," and that there are currently twenty-seven pending, live applications to register marks that include "AVIATOR."

In short, Ruud has failed to properly use "AVIATOR" as a trademark at the same time that numerous others in the lighting industry have adopted and used "AVIATOR" in connection with indoor lighting products, and at the same time nearly seventy other uses of "AVIATOR" as a trademark are reflected in U.S. Trademark Office records. These facts establish that Ruud

cannot now establish common law trademark rights in "AVIATOR" for use with "indoor applications."

Because Ruud has not shown and cannot show that it owns valid, protectable trademark rights in "AVIATOR" for use in connection with fixtures like Focal Point's "AVIATOR" fixture, namely, indoor, ceiling mounted, recessed electric lighting fixtures used in office or commercial settings, its motion should be denied *in its entirety* for this additional reason. *See Momentum Luggage & Leisure Bags*, 2001 WL 830667, at *7.

## III.   THERE IS NO LIKELIHOOD OF CONFUSION FROM RUUD'S AND FOCAL POINT'S CONTEMPORANEOUS USES OF "AVIATOR"

The Seventh Circuit has identified seven factors that serve as guides to determining whether a likelihood of confusion exists: "(1) similarity between the marks in appearance and suggestion; (2) similarity of the products; (3) area and manner of concurrent use; (4) degree of care likely to be exercised by consumers; (5) strength of complainant's mark; (6) actual confusion; and, (7) intent of defendant to palm off his product as that of another." *Barbecue Marx, Inc. v. 551 Ogden, Inc.*, 235 F.3d 1041, 1043-44 (7th Cir. 2000) (internal quotation marks omitted). Even if Ruud could establish a common law trademark right in "AVIATOR," there is no likelihood that consumers would be confused by Focal Point's use of "AVIATOR" for at least six reasons.

First, Ruud's and Focal Point's products are different. As established in the materials Ruud submits as Exhibit A to Mr. Ruud's declaration, there is no obvious difference between Ruud's alleged "indoor application" of its "AVIATOR" fixture and its outdoor application of its "AVIATOR" fixture. As shown at pages 394-397 of the Beta catalog attached to Mr. Ruud's declaration, for example, Ruud's "Small Aviator Indirect" and "Medium Aviator Indirect" boast a product for use in corrosive, high-abuse, damp, wet or insect-infested environments:

- A "Low copper die cast aluminum housing and door frame for maximum resistance to corrosion" – not a feature normally sought after when selecting fixtures for interior environments; and

- A "maximum impact resistance" – again, not a feature required of most indoor, architectural light fixtures.

Additional Ruud/Beta product information for the Small Aviator Indirect fixture available at: http://www.beta-lighting.com/SpecSheets/BIL-AVS-H-T3.pdf, and attached as Exhibit B further boasts:

- A "High-temperature silicone gasket" feature providing a seal "from water and insects" – which would only be required in applications with water on the outside of the fixture or for an outside application;

- That Ruud's fixture is a "Wall Mount" fixture – whereas common architectural lighting specifications would typically refer to indoor fixtures as "Wall Sconces," suggesting that Ruud's fixture is intended to be used on perimeter walls;

- Use of high wattage lamps, requiring high ceilings or no ceilings and sufficient spacing from work surfaces; and

- Use of HID ("High Intensity Discharge") or sodium type lamps that operate at high temperatures, lack instant start, and require 3-4 minutes to come to full brightness when turned on, unlike typical office-space fluorescent lamps.

In contrast, Focal Point's "AVIATOR" fixture is a high-efficiency, indoor, lighting fixture that is mounted by being recessed into a drop tile ceiling. It is the kind of fixture that is used in indoor settings that require aesthetic lighting solutions, such as office and educational settings, with normal office ceiling heights. Focal Point's "AVIATOR" fixture is a high-efficiency fixture that uses fluorescent lamps. It is not for installation in outdoor, corrosive, high-abuse, damp, wet or insect-infested environments. Specification sheets for Focal Point's "AVIATOR" fixture are attached as Exhibit D.

Second, purchasers are sophisticated and discerning architects, lighting designers, and/or electrical wholesalers who, third, exercise care in making their purchasing decisions at least

13

because Ruud's and Focal Point's products are expensive (hundreds of dollars each), bought typically in large quantities for use throughout, *e.g.*, office towers, and because the fixtures must meet and harmonize with particular aesthetic and ornamental goals for the space in which they will be used. Thus, consumers are unlikely to be confused in any way by Ruud's and Focal Point's contemporaneous uses of "AVIATOR" and thus, there is no likelihood of confusion.

In this regard, Ruud took great pains to expressly represent to the PTO that the purchasing context is one of sophisticated buyers exercising extra care while purchasing expensive products. During prosecution of what became the '694 registration, the Trademark Office objected to Ruud's application on the basis of another registration for the mark "AVIATOR" for lighting products, specifically, U.S. Registration No. 2,735,112 for flashlights owned by SureFire. In responding to the Trademark Office's objection, Ruud explained that simply because its "AVIATOR" goods and SureFire's "AVIATOR" goods involved lighting, this does not automatically lead to a likelihood of confusion:

> First, the goods of the '112 Registration and applicant's goods are radically different. Simply because the goods in question both involve lighting does not *per se* require a finding of likelihood of confusion. *In re Quadram Corp.*, 228 USPQ 863 (TTAB 1985).

**Illustration 3.** Highlighted Excerpt from Ruud Submission
to the Trademark Office; Complaint Ex. D, p. 6.

Ruud also represented to the Trademark Office that its products are "not impulse items bought casually," but are purchased by "sophisticated purchasers, who exercise extra care":

> Third, the goods of both parties are not impulse items bought casually, ==but are items carefully purchased by sophisticated purchases.== Exhibit B not only shows the types of purchasers of the flashlights, but the third page of such exhibit shows a price in excess of $100 for the subject flashlight. Thus, ==the purchasers involved buying any of the subject products are certainly sophisticated purchasers, who exercise extra care.== Furthermore, the parties are not competitors.

**Illustration 4.** Highlighted Excerpt from Ruud Submission
to the Trademark Office; Complaint Ex. D, p. 7.

Ruud cannot escape these admissions, arguing to the PTO that its '694 registration is narrow and that there would be no likely confusion given, *inter alia*, highly sophisticated consumers, but now arguing to this Court that it has broadly protectable rights. As this Court noted in another trademark case, the registrant "cannot have it both ways. It cannot argue to the USPTO that marks that include the word 'top' for tobacco products are weak because the term is 'common' and then argue before this Court that its TOP mark is strong." *Top Tobacco, L.P. v. N. Atl. Operating Co.*, No. 06-950, 2007 WL 118527, at *7 (N.D. Ill. Jan. 4, 2007) (Kennelly, J.).

Fourth, Ruud's alleged "AVIATOR" mark is weak as evidenced at least by the multitude of other uses described in Section II above. In addition, Ruud itself admits that simply because the goods in question both relate to lighting products does not mean there is a likelihood of confusion. Again, Ruud cannot have it both ways. It cannot argue that "AVIATOR" is a narrow mark to secure the '694 registration, then argue to this Court that it allegedly has broad and strong rights.

Fifth, there is no evidence of actual confusion between any Ruud product and any Focal Point product. Importantly, there is also no evidence of any actual confusion between Ruud and any of the other, numerous, contemporaneous non-party uses of "AVIATOR" for "indoor

15

applications" discussed in Section II above. All telling is Ruud's admission in its motion papers that it was not aware of Hinkley Lighting's or Adesso Lighting's uses of "AVIATOR" before receiving Focal Point's Complaint. If confusion due to another's use of "AVIATOR" for "indoor applications" were likely, "one would expect [Ruud] to have been able to find one such confused person." *See id.* at *6; *see also Barbecue Marx*, 235 F.3d at 1046 (reversing the grant of a preliminary injunction and discussing that a "key factor[]" was the "lack of evidence [of] actual confusion on the part of consumers"). Indeed, the fact that there have been at least five other uses of "AVIATOR" in connection with lighting products and there is no evidence of actual confusion establishes that confusion is unlikely in this case. *See Top Tobacco*, 2007 WL 118527, at *7; *Barbecue Marx*, 235 F.3d at 1046.

Finally, Focal Point exercised due care in adopting its use of "AVIATOR" with no intent to confuse consumers. Here, Focal Point first became aware of Ruud's '694 registration in late 2007 or early 2008 because it conducted a trademark clearance search before adopting its "AVIATOR" mark. At the same time, Focal Point has filed its own application to register "AVIATOR" in connection with a particular class of products, namely, indoor, ceiling mounted, recessed architectural lighting fixtures. Focal Point intends its use of "AVIATOR" to be different than Ruud's and other non-party uses, and intends no consumer confusion as a result.

Thus, there is no likelihood of confusion because (1) Ruud's and Focal Point's products are different, (2) consumers are sophisticated, (3) care is exercised in purchasing the relevant products, (4) Ruud's rights in "AVIATOR" – assuming any exist in connection with indoor applications, a point Focal Point disputes – are weak, (5) there has been ample opportunity for some evidence of actual confusion due to multiple uses of "AVIATOR" in connection with lighting products and yet none exists, and (6) Focal Point exercised due care and good faith in

adopting its mark. Ruud's motion should be denied because it has little likelihood of success on the merits of its infringement claim.

## IV.    THE BALANCE OF HARMS AND EQUITIES HERE STRONGLY FAVOR DENYING RUUD'S MOTION

Finally, the irreparable harm that would befall Focal Point if enjoined outweighs any harm to Ruud by Focal Point's continued use of "AVIATOR," and the equities strongly favor denying Ruud's motion. On the one hand, Focal Point has already adopted its "AVIATOR" mark, promoted its new "AVIATOR" fixture, sold its "AVIATOR" fixture, filed an application to register its "AVIATOR" mark with the U.S. Trademark Office, and invested approximately $150,000 in the marketing and promotion of its "AVIATOR" fixture to secure expected sales in excess of several million dollars over the next year. What is more, when Focal Point received Ruud's cease and desist letter, it promptly sought a declaration of its rights by initiating this lawsuit on May 16, 2008, and then reached out to Ruud's founder, Alan Ruud, to discuss an amicable resolution of this matter. On May 19, 2008, Focal Point also provided a detailed response to Ruud's counsel, forwarding a courtesy copy of the Complaint and noting that it had not yet been served in the hopes of resolving the dispute. (Ex. A, May 19, 2008, Letter to Peter Jansson).

On the other hand, Ruud waited until 10:30 p.m. the Friday before Memorial Day to seek a TRO, knowing that key personnel would be traveling to or already in Las Vegas for the Lightfair show by the time its motion could be heard. Also, Ruud filed its papers after Focal Point's principal officer and Alan Ruud had a conversation earlier that same day about deescalating this dispute and speaking further during Lightfair.

Moreover, "AVIATOR" is simply not an important mark to Ruud. As evidenced above, Ruud is not properly using "AVIATOR" as a trademark, *e.g.*, by emphasizing the word

17

"AVIATOR" or even simply using a TM or ® symbol.  In addition, Ruud allowed its federal trademark application to lapse during prosecution.  (Ex. E, Excerpt of Prosecution History).

Had Ruud been deserving of the kind of drastic relief it seeks, it could have been expected to prosecute its registration with vigor, use its mark with care, and learn of the numerous other entities using "AVIATOR" through diligent monitoring.  Ruud's contrary actions demonstrate that this is not a case that merits drastic injunctive relief, particularly when such relief would damage Focal Point's business.

## V.    <u>CONCLUSION</u>

For the reasons set forth above, Ruud's motion should be denied in its entirety.  To the extent the Court deems appropriate to set further proceedings on Ruud's request for a preliminary injunction, Focal Point respectfully requests that the Court set a limited discovery period and permit Focal Point to submit a detailed response in light of discovery.


Respectfully submitted,


Dated:  May 27, 2008              By: /s/ Michael L. Krashin
                                  Erik S. Maurer (6275467)
                                       emaurer@bannerwitcoff.com
                                  Michael L. Krashin (6286637)
                                       mkrashin@bannerwitcoff.com
                                  BANNER & WITCOFF, LTD.
                                  10 S. Wacker Drive – Suite 3000
                                  Chicago, Illinois  60606
                                  Telephone:  (312) 463-5000
                                  Facsimile:   (312) 463-5001

                                  **Attorneys for Plaintiff Focal Point, L.L.C.**

# EXHIBIT A



TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

ERIK S. MAURER
emaurer@bannerwitcoff.com

May 19, 2008

**VIA EMAIL** (pjansson@janlaw.com)
**CONFIRMATION VIA U.S. MAIL**

Peter N. Jansson
Jansson Shupe & Munger, Ltd.
245 Main Street
Racine, Wisconsin 53403

> **Settlement Correspondence Subject to Rule 408, Fed. R. Ev.**

　　　　　Re:　　"AVIATOR"
　　　　　　　　Our File No. 011687.00086

Dear Peter:

　　　　This letter responds to your May 9, 2008 letter, which we have carefully reviewed. Focal Point, LLC's ("Focal Point's") planned use of "AVIATOR" does not infringe any rights of Ruud Lighting ("Ruud"). More to the point, there is no likelihood that consumers would be confused as a result of Focal Point's planned use of "AVIATOR" for its products.

　　　　At the outset, it is important to note that "AVIATOR" is a common noun that is widely used by many entities as a trademark, including by several entities in the lighting industry. Records of the U.S. Trademark Office indicate that there are over 40 trademark registrations for marks that include "AVIATOR." The multiple uses of "AVIATOR" in the lighting industry include a Federal trademark registration for "AVIATOR" for flashlights owned by SureFire; Hinkley Lighting's use of "AVIATOR" for various lighting products, including wall and ceiling mounted bathroom fixtures; and Adesso Lighting's use of "AVIATOR" for a floor lamp. These uses are in addition to Ruud's use of "AVIATOR" and Focal Point's planned use of "AVIATOR."

　　　　Furthermore, as you know, Ruud was not the first to use or register the trademark "AVIATOR" in the lighting field. In fact, when Ruud first applied with the Trademark Office to register "AVIATOR," the Trademark Office rejected Ruud's application in view of SureFire's registration for "AVIATOR," also for lighting products. Ruud then forcefully and repeatedly argued to the Trademark Office why there was no likelihood of confusion. Ruud explained that the issue of likelihood of confusion centers on various factors, such as a comparison of the products at issue, the level of sophistication of customers, the degree of care exercised by the customers, and whether the products involved are competitive. Indeed, as Ruud told the Trademark Office, "[s]imply because the goods in question both involve lighting does not per se require a finding of likelihood of confusion." As we discuss below,

CHICAGO, IL
WASHINGTON, DC
BOSTON, MA
PORTLAND, OR

Peter N. Jansson
May 19, 2008
Page 2 of 4

in Ruud's arguments to the Trademark Office, Ruud made several key assertions that underscore why, in this case, there is no likelihood of confusion.

Turning to the specifics of this situation, Ruud and Focal Point's goods are quite distinct. As you note in your May 9 letter, Ruud's registration for "AVIATOR" is narrowly limited to very specific products, namely, "outdoor pole-mounted or wall-mounted electrical parking, roadway and area lighting fixtures." In Ruud's trademark application, you explained to the Trademark Office that Ruud's products are intended to be used as "large fixed-mount outdoor lighting fixtures for parking lots, roadways, shopping malls and other public places." You also submitted to the Trademark Office a photograph of what you said was your client's fixtures. This picture, reproduced below, presumably shows the subject outdoor, pole-mounted or wall-mounted mounted fixtures lighting a parking area of a city street.



In contrast, Focal Point's application (Serial No. 77/403,905) covers very different goods, namely "indoor, ceiling mounted, recessed electric lighting fixtures used in office or commercial settings." As you know, Focal Point is an architectural lighting manufacturer. Focal Point makes products for use indoors in office or educational settings, for example, recessed in the ceilings of an accounting firm office. Focal Point does not make products that are intended to be used outdoors, nor does it make pole mounted products or products for lighting parking lots or roads. Focal Point does not sell any products, much less products that will be branded "AVIATOR," of the type that are even close to the goods described in your client's registration. Thus, there simply is no overlap in the products.

Peter N. Jansson
May 19, 2008
Page 3 of 4

Moreover, the relevant inquiry is whether customers of the products would likely be confused. Here, Ruud told the Trademark Office that customers of Ruud's "AVIATOR" fixtures were "sophisticated purchasers, who exercise extra case." Ruud also told the Trademark Office – when explaining why Surefire's goods were distinguishable – that "the goods of both parties are not impulse items bought casually, but are items carefully purchased by sophisticated purchases."

Additionally, a potential customer looking to purchase an outdoor, pole-mounted product to light a parking lot would not look to Focal Point or Focal Point's products. Focal Point makes no such products. The same is true of Focal Point's potential customers of its "AVIATOR" product; they would not look to Focal Point for outdoor, pole-mounted parking lot lights.

Thus, for these additional reasons, we fail to see how "sophisticated purchasers" who "exercise extra care" in the purchase of expensive, specialty products such as outdoor, pole-mounted fixtures for lighting parking lots would likely be confused if Focal Point introduced, under the name "AVIATOR," indoor, ceiling mounted, recessed architectural fixtures for use in office or educational settings. Both of our clients' products are expensive products, typically purchased in quantity and only after the purchaser has exercised a certain degree of care and attention to the purchasing decision. Given Ruud's admissions about the sophistication of its customers for its specialty products, coupled with the lack of competition between our clients' products, confusion is not likely.

In summary, there is no likelihood of confusion here for a variety of reasons, including at least: the many uses of the common noun "AVIATOR" by others, including in the lighting industry; the significant differences between our clients' products; the sophistication of customers; the lack of competition between the products; and the admissions Ruud made to the Trademark Office to obtain registration of its "AVIATOR" mark. Again, as Ruud correctly told the Trademark Office, "simply because the goods in question both involve lighting does not per se require a finding of likelihood of confusion."

Please be assured that Focal Point takes intellectual property rights very seriously. To that end, we have filed a declaratory judgment action in the District Court for the Northern District of Illinois seeking a declaration that Focal Point does not infringe any alleged rights that Ruud may own in "AVIATOR." A copy of the complaint and its exhibits is enclosed. You can find all of the prosecution statements cited above in Exhibit D to the Complaint.

We have not yet served the complaint because Focal Point would like to resolve this matter – and avoid the time, expense, and inconvenience of litigation – if at all possible. Unfortunately, the facts here convinced Focal Point that it had little choice but to seek declaratory relief to protect its rights.

Peter N. Jansson
May 19, 2008
Page 4 of 4

  That said, we trust that the information provided above and in the complaint resolve this matter. If you would like to discuss this matter further, please feel free to contact me directly at (312) 463-5407. Focal Point looks forward to an amicable resolution of this dispute.

        Sincerely,

        Erik S. Maurer

ESM:kjm

# EXHIBIT B

## BIL-AVS-H-T3    Small Aviator Indirect

**Beta Catalog Number:**



*Notes:*

---

| Product Family | Housing Indicator | Lamp Position | Optical Distribution | Lamp Selection | Ballast Voltage | Color Options | Factory-Installed Options |
|---|---|---|---|---|---|---|---|

**Product Family**
**BIL**

**Housing Indicator**
**AVS**

**Lamp Position**
**H**

**Optical Distribution**
**T3**

**Lamp Selection**
■ 050 PMH
■ 070 PMH
■ 100 PMH
■ 150 PMH

■ 175 MHX

**Ballast Voltage**
■ MT²
■ DT¹
■ 12-120V
■ 20-208V
■ 24-240V
■ 27-277V
■ 34-347V
■ 48-480V³
■ 5_-50 Hz⁴

**Color Options**
■ WH
■ BZ
■ BK
■ PB
■ SV

**Factory-Installed Options**
If choosing more than one option, please type in manually on the lines provided above.

■ F–Fuse⁵
■ Q–Quartz Standby⁶

*Lamp Abbreviation Key:*
*PMH = Pulse Start Halide*
*MHX = Metal Halide*

**PRELIMINARY**

**Field-Installed Accessories**

N/A

---

1-50W, 70W & 100W PMH are standard with dual-tap (DT) ballast
2-150W PMH & 175W MHX are standard with multi-tap (MT) ballast
3-480V ballast available for 175W MHX

4-International 50 Hertz ballasts available - consult factory
5-Must specify voltage other than MT or DT
6-Delay-relay type and includes 100W T4 dual-contact quartz lamp

**General Description**
Parking lot and roadway full cutoff luminaire for HID lamp, totally enclosed. Housing is seamless, die-cast aluminum. Electrical components are heatsunk to the housing in a quick disconnect ballast tray. Fixture mounts directly to pole or wall with integrated arm. Additional mountings are available. Lens assembly consists of tool-less quick release frame constructed of rigid aluminum and high-impact, clear-tempered glass lens. High-temperature silicone gasket seals lens from water and insects. Fixture suitable up to 40°C ambient temperature.

**Electrical**
Fixture includes clear, medium-base lamp. Pulse-rated porcelain enclosed, 4kv-rated screw-shell-type lampholder. Lamp ignitor included where required. All ballast assemblies are high-power factor and use the following circuit types: Reactor (277V PSMH) 150 - 175W PSMH; Reactor 120V: 35 - 150W HPS; HX - High Reactance 50 - 100W MH; 50 - 150W HPS; CWA - Constant Wattage Autotransformer 150 & 175W PSMH; 175W MH

**Finish**
Exclusive DeltaGuard® finish features an E-coat epoxy primer with medium bronze ultra-durable powder topcoat, providing excellent resistance to corrosion, ultraviolet degradation and abrasion. The finish is covered by our seven-year limited warranty.

**Labels**
ANSI lamp wattage label supplied, visible during relamping. UL Listed in US and Canada for wet locations and enclosure classified IP65 per IEC 529.

**Patents**
US 4,689,729; 4,709,312; D500,885; D501,057; D501,946; D501,947; D502,283; Other Patents Pending; Canada 74203

---



## BIL-AVS-H-T3    Small Aviator Indirect

### EPA RATING

EPA 062 for single fixture with 0° tilt (Consult factory for EPA rating on multiple units).

Isofootcandle plots show initial footcandles at grade. (Footcandles ÷ 0.0929 =



Independent Testing Laboratories, Inc.
Certified Test Report No. ITL 55884
Candlepower distribution curve of 150W
PSMH Parking/Roadway Light.



Isofootcandle plot of 150W PSMH
Parking/Roadway Light at 15' (4.6 m)
mounting height and 0° vertical tilt.
(Plan view)



Isofootcandle plot of 150W PSMH
Parking/Roadway Light at 20' (6.1 m)
mounting height and 0° vertical tilt.
(Plan view)



Independent Testing Laboratories, Inc.
Certified Test Report No. ITL 55886
Candlepower distribution curve of 150W
HPS Parking/Roadway Light.



Isofootcandle plot of 150W HPS
Parking/Roadway Light at 15' (4.6 m)
mounting height and 0° vertical tilt.
(Plan view)



Isofootcandle plot of 150W HPS
Parking/Roadway Light at 20' (6.1 m)
mounting height and 0° vertical tilt.
(Plan view)



Test area is centered within a (16) pole layout.

### Pole-spacing Example Data

| Lamp Type | Lamp Lumens | Mounting Height | Max. Recommended Pole-spacing X x Y | Average Initial Light Levels at Grade 2 Fixtures per pole @ 180° (Footcandles ÷ 0.0929 = Lux) | |
|---|---|---|---|---|---|
| | | | | Footcandles | Lux |
| 100W MH | 8,100 | 10' (3.0 m) | 60' (18.3 m) x 40' (12.2 m) | 6.35 | 68 |
| | | 15' (4.6 m) | 90' (27.4 m) x 60' (18.3 m) | 2.79 | 30 |
| 175W MH | 12,600 | 15' (4.6 m) | 90' (27.4 m) x 60' (18.3 m) | 4.33 | 47 |
| | | 20' (6.1 m) | 120' (36.6 m) x 80' (24.4 m) | 2.35 | 25 |
| 100W HPS | 9,500 | 10' (3.0 m) | 60' (18.3 m) x 40' (12.2 m) | 8.06 | 87 |
| | | 15' (4.6 m) | 90' (27.4 m) x 60' (18.3 m) | 3.36 | 36 |
| 150W HPS | 16,000 | 15' (4.6 m) | 90' (27.4 m) x 60' (18.3 m) | 5.68 | 61 |
| | | 20' (6.1 m) | 120' (36.6 m) x 80' (24.4 m) | 3.01 | 32 |



**Beta Lighting Inc.** • **1200 92nd Street** • **Sturtevant, WI 53177** • **800-236-6800** • **www.beta-lighting.com**

# EXHIBIT C

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in



| aviator light | | Search | Advanced Search |
| --- | --- | --- | --- |
| | | | Preferences |

**Web**   Shopping   Video   Books                    Results **1 - 100** of about **433,000** for **aviator light**. (0.49 seconds)

Shopping results for **aviator light**



| | Ray-Ban Original **Aviator** Sunglasses ... | $130.00 - Saks Fifth Avenue |
| --- | --- | --- |
| | PLC **Lighting** PLC-1812-SN **Aviator** ... | $316.99 - ArcadianLighting.com |
| | SureFire **Aviator Lights** (Red) | $194.99 - Cabela's |

Sponsored Links

### Cabela's -- SureFire **Aviator Lights**

Originally developed for professional **aviators** who needed a **light** bright enough
to illuminate a 747's tail section from the...
www.cabelas.com/prod-1/0026282516164a.shtml - 96k - Cached - Similar pages

**Siemens Airfield Solution**

FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

### Cool Tool: SureFire A2 **Aviator Light**

Jun 8, 2007 **...** SureFire A2 **Aviator Light**. Super-bright, dual-output torch conserves juice.
surefire-a2.jpg. I own four G2s as well as SureFire's Defender **...**
www.kk.org/cooltools/archives/001724.php - 19k - Cached - Similar pages

**Aviator light**

Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

### Anywhere Wx - **Aviation** Weather

$50/month includes all **aviator light** products plus:. **Aviator** Package. Update Rate.
Lightning:. 5 minutes. Winds Aloft:. 12 minutes. ECHO Tops:. 7.5 minutes **...**
www.anywheremap.com/**aviation**-weather.aspx - 44k - Cached - Similar pages

#### Anywhere Map- XM WX Subscription Options

$50/month includes all **aviator light** products plus:. **Aviator** Package. Update Rate.
Lightning:. 5 minutes. Winds Aloft:. 12 minutes. Surface Analysis Maps: **...**
www.anywheremap.com/pages/XMWXPackages.aspx - 32k - Cached - Similar pages

### **Aviator Light** Package

Download **Aviator Light** Package, provided on ITCFonts.com from FontHaus. **Aviator Light**
Package is available in PostScript for Macintosh, Windows. .
www.itcfonts.com/fonts/font/ pid/400968/**Aviator+Light**+Package/detail - 38k - Cached - Similar pages

#### **Aviator Light** Package

Download **Aviator Light** Package, provided on ITCFonts.com from FontHaus. **Aviator Light**
Package is available in PostScript for Macintosh, Windows. .
www.itcfonts.com/Fonts/detail.htm?pid=400968 - 38k - Cached - Similar pages

### **Aviator Light** Package Font - Fonts.com

Download **Aviator Light** Package, provided on Fonts.com from FontHaus. **Aviator Light**
Package is available in PostScript for Macintosh, Windows. .
www.fonts.com/findfonts/detail.htm?pid=400968 - 50k - Cached - Similar pages

### Surefire A2-Ha-Wh **Aviator Light** White Led Olive Drab - Joe's **...**

aviator light - Google Search

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three ...
www.joessportinggoods.us/3051.html - 28k - Cached - Similar pages

### eBay.com.sg: ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB ...
Find ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 in the Clothing,
Shoes Accessories category on eBay.com.sg.
cgi.ebay.com.sg/ ITALY-RAY-BAN-SUNGLASSES-**AVIATOR-LIGHT**-ADAPTIVE-RB-
3342_W0QQitemZ170221637604QQihZ007QQca... - 100k - Cached - Similar pages

### eBay.com.sg: ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB ...
Find ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 in the Clothing,
Shoes Accessories category on eBay.com.sg.
cgi.ebay.com.sg/ws/eBayISAPI.dll?ViewItem& item=170219393247&indexURL= - 98k - Cached - Similar pages

### NWT GYMBOREE **AVIATOR LIGHT** BLUE ROLL UP PANTS 5T - eBay (item ...
eBay: Find NWT GYMBOREE **AVIATOR LIGHT** BLUE ROLL UP PANTS 5T in the Clothing,
Shoes Accessories , Infants Toddlers , Boys' Clothing , Size 5T , Jeans Pants ...
cgi.ebay.com/NWT-GYMBOREE-**AVIATOR-LIGHT**-BLUE-ROLL-UP-PANTS-5T_
W0QQitemZ110255838823QQihZ001QQcategoryZ147... - 98k - Cached - Similar pages

### ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 - eBay ...
eBay: Find ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 in the Clothing,
Shoes Accessories , Men's Accessories , Sunglasses , Ray-Ban category on ...
cgi.ebay.com/ ITALY-RAY-BAN-SUNGLASSES-**AVIATOR-LIGHT**-ADAPTIVE-RB-
3342_W0QQitemZ180246471431QQcmdZViewItem?... - 107k - Cached - Similar pages

### **Aviator Light** Package - Font Search Engine
Font Search Engine offers a huge selection of fonts for Windows and Macintosh.
Download **Aviator Light** Package.
www.fontsearchengine.com/**Aviator**-Light-Package.html - 13k - Cached - Similar pages

### Lincoln **Aviator** SUV Accessories & Parts
Lincoln **Aviator** Exterior Accessories. Lincoln **Aviator Lights** & Lighting ...
Lincoln **Aviator Light** Covers and Accessories ... Lincoln **Aviator** Tail **Lights** ...
www.autoanything.com/suv/ lincoln/**aviator**/95A4A41A1071.aspx - 302k - Cached - Similar pages

### Polarized Sunglasses, Clip on sunglasses, Polarized Clip-ons ...
Style: **Aviator**, **Light** wight and Comfortable. This frame is ideal for medium and
large faces. The P470 is available in the following colors : ...
www.polarizedoptics.com/catalog/ product_info.php?cPath=27&products_id=53 - 29k - Cached - Similar pages

### SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 ...
SureFire MA02 Lamp Assembly fits SureFire A2 **Aviator** flashlights and produces 50
lumens of **light** for 1 hour. Package Contents:. SureFire A2 **Aviator** Bulb ...
www.opticsplanet.net/ surefire-lamp-led-conversion-kit-ma02.html - 55k - Cached - Similar pages

### Serengeti **Aviator** Sunglasses 40%OFF FREE UPS Small Large **Aviators** ...
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.opticsplanet.net/ serengeti-driversgradient-**aviator**.html - 77k - Cached - Similar pages

### Product Reviews and Comments - Pacific Tactical Solutions

aviator light - Google Search

My co-pilot had the "name brand" **aviator light** that cost four times as much.
The Wolf Eyes Sniper 6TX was brighter (both white **light** and red LED), ...
www.pts-flash**lights**.com/category.aspx?uid=58 - 46k - <u>Cached</u> - <u>Similar pages</u>

### Inhabitat » CELEBRITY LAMP made from **aviator** sunglasses
Unfortunately the lamps no longer take advantage of the "old use" for **aviators**;
each lamp consumes 40 new pairs of sunglasses that will never see the **light** ...
www.inhabitat.com/2008/05/ 19/deeply-madly-living-celebrity-lamp/ - 99k - <u>Cached</u> - <u>Similar pages</u>

### **Aviator** SG-**Light** : Font File Details : MyFonts
Font File Details for the font **Aviator** SG-**Light**. ... Here's a partial character
map for **Aviator** SG-**Light**. This is for quick reference only and may not ...
www.myfonts.com/fonts/spiecegraphics/ **aviator**-sg/**light**/win-t1/230089/ - 17k - <u>Cached</u> - <u>Similar pages</u>

### **Aviator** SGA-**Light** : Font File Details : MyFonts
Here's a partial character map for **Aviator** SGA-**Light**. This is for quick reference
only and may not constitute the entire character set provided in the font. ...
www.myfonts.com/fonts/spiecegraphics/ **aviator**-sg/**aviator**-sga-**light**/win-t1/230091/ - 17k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Fog **Light** - Fog Lights - Partstrain.com
All day long, our online store is ready to take your orders for outstanding
Lincoln **Aviator** fog **light**; visit us anytime.
www.partstrain.com/ShopByDepartment/ Fog_**Light**/LINCOLN/**AVIATOR** - 60k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Fog **Light** | Always In Stock - Replacement, Rampage ...
Capture comfort in knowing that your Lincoln **Aviator** Fog **Light** will be securely
purchased through our online checkout or even by phone!
www.racepages.com/parts/fog_**light**/lincoln/**aviator**.html - 53k - <u>Cached</u> - <u>Similar pages</u>

### Jim N Texas! » **Aviation** & Space
I have the ' **Aviator Light**' XM subscription which shows NEXRAD radar, echo tops,
TFRs, METARs, TAFs and precipitation. Don't tell XM, but I'm also seeing ...
grayraven.com/JimNtexas/?cat=2 - 91k - <u>Cached</u> - <u>Similar pages</u>

### [PDF] **Aviation** Support News
File Format: PDF/Adobe Acrobat - <u>View as HTML</u>
channels as well as the **Aviator Light** weather package. Go to http://www.xmradio.com/
for. more information on these services and their subscription pricing. ...
www.garmin.com/**aviation**/newsletters/AvNews_Q206.pdf - <u>Similar pages</u>

### IndUS **Aviation**, Inc
IndUS **Aviation**, Inc. has successfully completed the first **Light** Sport Aircraft
standards external compliance audit.. Click for more ...
www.indusav.com/ - 32k - <u>Cached</u> - <u>Similar pages</u>



### YouTube - Street **Light** Youth - The **Aviator**
Street **Light** Youth - Colchester Arts Centre 20/7/2007.
2 min 26 sec - ★★★★★
www.youtube.com/watch?v=7WgotvklfpM

### YouTube - Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester, Essex, England 28/03/06.
www.youtube.com/watch?v=vz_-VFkQZ2E - 57k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

### Refinery29 Shops :: Stores :: Object Stores :: Silver Lining ...
Mannequin **Light** Tortoise **Aviator** Frame. $295.00 From Silver Lining. Manufactured in
the same factory as Balenciaga's frames, this large classic **aviator ...**
silverlining.refinery29shops.com/ product.php?productid=17612&cat=369 - 25k - Cached - Similar pages

### Flashlight Reviews and LED Modifications
The Surefire A2 **Aviator** is a very unique **light**. Surefire has blended several
different technologies into one compact multipurpose **light**. ...
www.flash**light**reviews.com/reviews/surefire_a2.htm - 28k - Cached - Similar pages

### Classic **Aviator Light** Brown Fashion Sunglasses,fashion sunglasses ...
Order your Classic **Aviator Light** Brown Fashion Eyewear Sunglasses, best sunglasses,
ski goggles, and swimming goggles for your fashion and sports needs.
www.cheaponlineglasses.com/ Classic-**Aviator-Light**-Brown-Fashion-Eyewear-Sunglasses-sku-a08010400ux0128-
fro... - 25k - Cached - Similar pages

### Lincoln **Aviator** 04-05 Chrome Tail **Light** Trim-Lincoln Chrome Tail ...
Vehicle Exterior products by KS including Lincoln **Aviator** 04-05 Chrome Tail **Light**
Trim. We also offer Chrome Tail **Light** Trim for many of today's most ...
www.slickcar.com/productdetails.asp?ProductID=4742 - 86k - Cached - Similar pages

### Lincoln **Aviator Lights** > Why Buy New Lincoln **Aviator** Parts When ...
You will be guaranteed to have the best used Lincoln **Aviator Lights** with
affordability and in a timely manner. You will feel safe and secure ordering the ...
www.automotix.net/ partshotline-lincoln-**aviator**-lights-requests.html - 50k - Cached - Similar pages

### Police Security Military Tactical Equipment Products Australia New ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.legear.com.au/product-p/surefire-a2.htm - 45k - Cached - Similar pages

### FRENCH **AVIATORS** DUBIOUS.; Aero Club Wants More **Light** -- Time Short ...
There is a very compact wireless equipment, he said, being used by foreign **aviators**
which is very **light** and that might be installed in the machine for the ...
query.nytimes.com/gst/ abstract.html?res=F30710F7345F13738DDDA80994DA405B848DF1D3 - 5k
- Cached - Similar pages

### Sunglasses in **Aviation**
Several issues on the use of sunglasses should be reinforced to **aviators**, including:.
Sunglasses with **light** transmittance less than 15% may reduce effective ...
www.aoa.org/x5349.xml - 25k - Cached - Similar pages

### Oklahoma **Aviator** in Cushing, OK. Your window to Oklahoma **Aviation** ...
Golden Age **Aviation**, Inc. publishes The Oklahoma **Aviator** and is a key provider
of services and information for sport pilots, sport pilot students, and **light** ...
www.oklahoma**aviator**.com/ - 11k - Cached - Similar pages

### Surefire A2 **Aviator**, by Brad - Outdoors-Magazine.com
Surefire A2 **Aviator**. On 4 March 2005, by Brad. Digitally regulated hybrid **aviation**
**light** from Surefire. While standard Surefire **lights** are some of the ...
outdoors-magazine.com/spip.php?article176 - 33k - Cached - Similar pages

### Geoff Wellum - First **Light** : The Digital **Aviator**

I have just read Geoff Wellum's book 'First **Light**' for the second time and confirmed it in my mind as the definitive account of life as a fighter pilot **...**
www.thedigital**aviator**.com/blog/?p=325 - 38k - Cached - Similar pages

### eBay.co.uk Shops – classic, Sunglasses, Hair Accessories, Bags ...
Classic **Aviator Light** Brown Fashion Eyewear Sunglasses. Buy It Now, £1.99, £2.50. From Hong Kong. PayPal Buyer Protection Programme **...**
search.stores.ebay.co.uk/classic_ Girls-Accessories_W0QQdfspZ32QQsacatZ15628QQsofpZ4 - 132k
- Cached - Similar pages

### Spiece Graphics fonts and font families at FontHaus
$33.00. Astoria Antique **Light** SG (OT Std) · Astoria Antique **Light** SG (OT Std), Spiece. OT. $39.00. **Aviator Light** SG · **Aviator Light** SG, Spiece **...**
www.fonthaus.com/products/fonts/ list_supplier.cfm?supplier/spiecegraphics/ - 69k - Cached - Similar pages

### Surefire **Aviator** A2 Flashlight. One Xenon Blub & Three LED **Lights**.
Surefire **Aviator** A2 Xexon and LED Flashlight. White, Red, Green or Blue LED - Available with White, Red, Green or Blue LED Surefire products are not **...**
www.filmtools.com/suava2flgr.html - 31k - Cached - Similar pages

### Strange **light** formation over Washington D. C. reported by **Aviator** ...
12 years of **aviation** experience immediately told me that was no helicopter, and certainly not a flare. Meteors burn up and the **light** extinguishes. **...**
www.ufocasebook.com/washingtondc102605.html - 13k - Cached - Similar pages

### Amazon.com: Profile for Ryan Hatch
A MUST for pretty much every Surefire **light**, April 10, 2008 **...** I have bought one for all my Surefires (and I have many) except the **Aviator light**. A+ **...**
www.amazon.com/gp/pdp/profile/AZ0OO7ENQK9SM - 108k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
THE **AVIATOR** PACK contains the all of the **lights** and accessories that are most often requested by combat **aviators**. The kit contains the following **lights** and **...**
www.s-lite.com/products.php?id=30 - 18k - Cached - Similar pages

### **Light** Brown **Aviator** Dog Coat
Dress your dear dog in our **light** brown **Aviator** dog coat with synthetic sherpa lining.
www.poochiekingdom.com/ccdw/**light**brown**aviator**coat.shtml - 11k - Cached - Similar pages

### Ray-Ban 3025 **Aviator** Medium Metal 55 Black/Gradient **Light** Blue ...
Ray-Ban 3025 **Aviator** Medium Metal 55 (Black/Gradient **Light** Blue Lens) - **Aviator**; Read Ray-Ban 3025 **Aviator** Medium Metal 55 product reviews, or select the **...**
www.zappos.com/gs/n/p/dp/38261718/c/163548.html - 68k - Cached - Similar pages

### The **Light** Sensitive **Aviator** Sunglasses. - Clothing & Accessories ...
Buy The **Light** Sensitive **Aviator** Sunglasses. when you shop online at BizRate, a price comparison search engine. Find the lowest prices on the web.
www.bizrate.com/sunglasses/oid753818237.html - 132k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft
X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/home.php?cat=5 - 85k - Cached - Similar pages

aviator light - Google Search

### SureFire A2 **Aviator** Dual Output Hybrid Tactical LED Xenon Bulb **...**
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright **...**
www.mountsplus.com/miva/merchant.mvc?page=MSP/ PROD/22_FLASH**LIGHTS**/SUR-A2-HA-BL - 33k
- Cached - Similar pages

### Lincoln **aviator** tail **light**, lincoln peewee football
Lincoln **aviator** tail **light**, lincoln peewee football, ketv lincoln, lincoln
quicklube, kennedy dallas lincoln vehicle.
members.lycos.nl/aliire/re1010.html - 19 hours ago - Similar pages

### SureFire A2 **Aviator** Digital Flashlights
SureFire A2 **Aviator** Digital Flashlights. SureFire A2 **Aviator** Digital Flashlights.
Originally developed for professional **aviators** who need a **light** bright **...**
www.copquest.com/18-1025.htm - 22k - Cached - Similar pages

### Serengeti **Aviator** Sunglasses, **Aviator** SHIPS FREE on orders $29.95 & up
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking **...**
www.tactical-store.com/ts-si-sg-**aviator**.html - 53k - Cached - Similar pages

### Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebuster **...**
These Classic **Aviators** filter out all blue-spectrum **light** and eliminate glare,
resulting in sharp, high definition imagery. Lenses also feature shatterproof **...**
www.maximumeyewear.com/productfolder/ blue-buster-sunglasses/**aviator**/**aviator**.html - 12k
- Cached - Similar pages

### Serengeti **Aviator** Sunglasses w/ FREE UPS
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking **...**
www.eyewearplanet.com/ serengeti-driversgradient-**aviator**.html - 74k - Cached - Similar pages

### Surefire A2 **Aviator** Flashlight
Surefire A2 **Aviator** Surefire A2 **Aviator** flashlight Surefire A2 flashlight Surefire
A2 **light** Surefire A2 **Aviator** Surefire A2 **Aviator** flashlight Surefire A2 **...**
www.batterystation.com/surefire_A2.htm - 30k - Cached - Similar pages

### Lincoln **Aviator** Maintenance and Repair - CarSpace Automotive Forums
May 18, 2008 **...** I think this is what is going on with my 03 **aviator**. I got the misfire flashing
engine **light** and had it towed to the dealer in Jan 08. **...**
townhall-talk.edmunds.com/direct/view/.ef22f48 - 63k - Cached - Similar pages

### LINCOLN **Aviator** performance parts, accessories and **light** bulbs upgrade
LINCOLN **Aviator** performance parts, accessories and **light** bulbs upgrade. Convert your
LINCOLN **Aviator** to a real head-turner now.
www.eautoworks.com/html/makeModel-LINCOLN-**Aviator**.htm - 17k - Cached - Similar pages

### GunBroker.com guns: Oracle aluminum **aviator** sub-compact **light** **...**
NEW HEAVY DUTY ORACLE **AVIATOR** SUB-COMPACT **LIGHT**,WITH ADJUSTABLE FOCUS HEAD,HIGH
QUALITY ANODIZED SURFACE,HEAVY DUTY MACHINED AIRCRAFT ALUMINUM,SHOCK PROOF **...**
gunbroker.com/Auction/ViewItem.asp?Item=100253297 - 38k - Cached - Similar pages

aviator light - Google Search

## Early Contributions to **Aviation**

These include Doolittle's reminiscences of the first blind flight; Basset's
detailed account of the early beacon **light** system; and British **aviator** Sir ...
www.fathom.com/course/10701016/index.html - 9k - Cached - Similar pages

## **Aviator** Serengeti **Aviator** Sunglasses FREE S&H, 41% OFF

Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.shoptics.com/si-sg-**aviator**.html - 76k - Cached - Similar pages

## Aircraft for sale at **Aviators** HotLine - Parts, avionics, insurance

**Aviators** Hot Line MagEzine To read this month's issue click on the cover above ·
**Light Aviation** View this month's issue of **Light Aviation**. Want more from ...
www.**aviators**hotline.com/ - 40k - Cached - Similar pages

## B-55 Baron N6734G - Avidyne EX500

That is accomplished with an account with XM which offers two levels of service:
**Aviator** and **Aviator Light**. We chose the full **Aviator** service that includes ...
www.fwshome.com/ex500wishlist.html - 26k - Cached - Similar pages

## [PDF] Model A2-HA-xx

File Format: PDF/Adobe Acrobat - View as HTML
The A2 **Aviator**. ®. is fitted with three LEDs (**Light**. Emitting Diodes) surrounding
an incandescent. main lamp. Powered by two 3-volt lithium ...
www.surefire.com/images/manuals/a2_**aviator**_manual.pdf - Similar pages

## [PDF] Gobosh **Aviation** – The Next Big Thing

File Format: PDF/Adobe Acrobat - View as HTML
aircraft specifically for the American **light** sport **aviator**. One look at a Gobosh
aircraft. and the difference is obvious. "We quickly discovered that there ...
www.gobosh.aero/press_releases/ GPR%2007-01%20The%20Next%20Big%20Thing.pdf - Similar pages

## The **Light** Sensitive **Aviator** Sunglasses. reviews and ratings

Browse The **Light** Sensitive **Aviator** Sunglasses. reviews and ratings at MSN Shopping
or submit your own rating and review to help other shoppers.
shopping.msn.com/Reviews/shp/?itemId=984900309 - 29k - Cached - Similar pages

## VLJ MAGAZINE | Can Very **Light** Jet Air Taxis Save Us From Atlanta's ...

It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/can_very_**light**_ jet_air_taxis_save_us_from_atlantas_hartsfield_airport.html - 31k
- Cached - Similar pages

## [PDF] Headrest Applications Nov 1, 2007 (All).xls

File Format: PDF/Adobe Acrobat - View as HTML
Lincoln **Aviator**, **Light** Parchment. 947020. 2004-2006. Lincoln **Aviator**, Dove Gray.
947022. 2006. Lincoln **Aviator**, Camel. Lincoln Navigator. Lexus GS ...
www.gcimobile.net/pdf/app_gui_122.pdf - Similar pages

## Surefire A2 **Aviator** Flashlight - Sporty's Pilot Shop

Consisting of a xenon bulb and 3 red LEDs, the **Aviator** is perfect for preflight
and in the cockpit. The xenon bulb puts out 50 lumens of **light** and the red ...
www.sportys.com/acb/showdetl. cfm?Product_ID=10152&DID=19 - 109k - Cached - Similar pages

aviator light - Google Search

### ByDanJohnson.com - **Light**-Sport Aircraft

And GA News provides every-other-week coverage oriented to general **aviation** pilots
and **aviators** interested in **Light** Sport Aircraft. ...
www.bydanjohnson.com/index.cfm?b=6 - Similar pages

### Serengeti **Aviator** Sunglasses [**Aviator**] - R1,824.00 : TechnoPro ...

Spectral Control Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented
Spectral Control filters interact with the full spectrum of **light**, ...
shop.technopro.co.za/ serengeti-**aviator**-sunglasses-p-508.html - 51k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com

See them all in Sport **Aviator's** Ultra-**Light** Section. Hobbico FlyZone Aero Voyager ·
One of the few low-cost electric RTF trainers that performs like a small ...
www.masport**aviator**.com/fh_ultra**lights**.asp - 57k - Cached - Similar pages

### **Aviation** Flashlights and **Aviator** LED Flashlight at Sale Prices ...

Hundreds of flashlights at Sale prices. Choices include LED flashlights, flashlight,
surefire flashlight, pelican flashlight, Dorcy and many more to choose ...
www.coolflash**lights**.com/**aviation**-flash**lights**.html - 48k - Cached - Similar pages

### Sitemap - www.little-london.com

... Leather **Aviator Light** Brown - £100.00 - **Light** Brown- Brn Lense · Mirror Glam
Oversized Sunglasses - £100.00 - **Light** Brown- Brn Mirror · 10000 Studs Belt ...
www.little-london.com/SiteMap.aspx - 114k - Cached - Similar pages

### L&L **Light** Sport **Aviation**

**Light** Sport Aircraft (LSA's) have been flying safely over the European countryside
for years. With their recent FAA approval in the USA, L&L **Aviation** is ...
www.landlsport**aviation**.com/ - 9k - Cached - Similar pages

### SureFire Personal **Lights** at OneStopKnifeShop.com

SUREFIRE A2 **AVIATOR** - Originally developed for professional **aviators** -- who needed
a **light** bright enough to illuminate a 747's tail section from the ground, ...
www.1sks.com/store/surefire-personal-**lights**.html - 73k - Cached - Similar pages

### American Cinematographer: The **Aviator**

So we used a Maxi Nine-**light** on a dimmer, and we'd blast it to full and ...
Did you have other opportunities to employ this technique in The **Aviator**? ...
www.theasc.com/magazine/jan05/**aviator**/page2.html - 19k - Cached - Similar pages

### General **Aviation** - Ryan Airfield - Ryan Services Directory

Heavy maintenance on **light** aircraft 6249 S. **Aviator** Ln. 520-883-0060 ...
Maintenance on **light** aircraft • Annuals and M&R inspections 6244 S. **Aviator** Ln. ...
www.tucsonairport.org/ga/html/ga_ryan_svcdirectory.html - 23k - Cached - Similar pages

### A2 **Aviator** - Choose: White, Red, Green, Blue or Yellow/Green

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.cutleryshoppe.com/index. asp?PageAction=VIEWPROD&ProdID=7534 - 41k - Cached - Similar pages

### ArenaMaps.com | **Aviator** Sports & Recreation | Brooklyn | NY | USA

aviator light - Google Search

1.5 miles (watch for **Aviator** building and sign on the left). Entrance to Floyd
Bennett Field is approx. 0.75 mile. Turn left at the last traffic **light** (just ...
www.arenamaps.com/arenas/4759.htm - 26k - Cached - Similar pages

### RTM / **Light** RTM Injection Machines

The Infuser **Aviator** stands alone in its price class in having all of the advanced
... DT08™ RTM **Light** Vacuum system -: designed specifically for your closed ...
www.rtmcomposites.com/rtm**light**equip.htm - 28k - Cached - Similar pages

### Lincoln spoilers and lips for Lincoln cars and SUVs. 2008 Lincoln ...

2008 Lincoln **Aviator**, Continental, LS, Navigator, Town Car and Zephyr. ...
2003 - 2007 Lincoln **Aviator** SUV Spoiler. NO **LIGHT** EXPLORER FACTORY STYLE ...
www.cardata.com/spoilers/lincoln_spoilers.htm - 40k - Cached - Similar pages

### SERENGETI VELOCITY TITANIUM **AVIATOR** - 6691

Many sunglasses filter some UV **light**, but Serengeti lenses block virtually 100% of
... Customers interested in SERENGETI VELOCITY TITANIUM **AVIATOR** were also ...
www.boonesky.com/ index.asp?PageAction=VIEWPROD&ProdID=3227 - 49k - Cached - Similar pages

### Survive!: My Fight for Life in the High Sierras - Google Books Result

by Peter DeLeo - 2005 - Nature - 256 pages
The **light** is accompanied by a second **light** farther down the tower, signifying it's an **aviator**-**light**
tower on the eastern slope of the mountain range, ...
books.google.com/books?isbn=0743270061...

### Lenses that change with the sun - Ray-Ban **Light** Adaptive **Aviator** ...

Lenses that change with the sun - Ray-Ban **Light** Adaptive **Aviator** ...microwire.info,
Singapore - 33 minutes agoThe commitment to technology and quality ...
www.goggleset.com/ lenses-that-change-with-the-sun-ray-ban-**light**-adaptive-**aviator**-microwireinfo.php - 50k
- Cached - Similar pages

### [PDF] Raynor **Aviator** - for Quiet Take-Offs and Landings.

File Format: PDF/Adobe Acrobat - View as HTML
For peace and quiet and peace of mind, you need the new **Aviator** ... breaks the
**light** beam while closing, the door will stop and reverse direction to ...
www.raynor.com/pdf/**Aviator**.pdf - Similar pages

### Surefire **Aviator** - Compare Prices, Reviews and Buy at NexTag ...

SureFire **Aviator Lights** (Green) at Cabela's · SureFire **Aviator Lights** (Green) at
.... Large inventory on all **Aviators** Free shipping on Surefire **Aviator** ...
www.nextag.com/surefire-**aviator**/search-html - 105k - Cached - Similar pages

### **Light** perpetual: **aviator's** memorial windows - BEATY D

**Light** perpetual: **aviator's** memorial windows; BEATY D. Offered by Rosemary Pugh Books.
www.antiqbook.co.uk/boox/rosema/37781.shtml - 4k - Cached - Similar pages

### Serengeti Medium **Aviator** Sunglasses - MyPilotStore.com

This can cause some glare as the **light** gets behind the lense. I'm thinking about
purchasing the Velocity **aviator**. It Base 8 curve should solve this problem. ...
www.mypilotstore.com/mypilotstore/sep/4479 - 27k - Cached - Similar pages

### Bright **lights** linked to Moorabbin death crash - theage.com.au

aviator light - Google Search

Tony Taggart, a chartered accountant and **aviator** describes Monday's accident as comparable to a car running a red **light**. "Aircraft get lost (visually) in ...
www.theage.com.au/articles/ 2002/08/02/1028157844148.html - 23k - Cached - Similar pages

## Aviator Sunglasses

Awesome styling on these beautiful blueblock **aviators**. Silver Frame with 400UV protection against harmful UV rays. **Light** and comfortable. A great value. ...
www.sunshadetree.com/**aviator**-sunglasses.html - 41k - Cached - Similar pages

## Specialized Search Dog SSD Kit

1 Surefire A2 **Aviator Light**, White LEDs qty. 1 Lithium Batteries (Dozen) qty.
1 Ballistic Goggles (ESS Advancer V-12) qty. 1 Prescription Inserts (Option), ...
www.diamondbacktactical.com/ Specialized-Search-Dog-SSD-Kit-P1645C268.aspx - 34k - Cached - Similar pages

## View topic - accessories for my mossberg 500

Aug 14, 2004 ... Surefire's **Aviator Light** (blue LED option) is set so the **light** trigger is about an 1/8 of an inch in front of my left forefinger with the ...
www.shotgunworld.com/bbs/viewtopic.php?t=21299 - 80k - Cached - Similar pages

## NEW! Tri-Lite Navigator LED **Aviation** Flashlight - TRILITE

This amazing LED technology **light** from PFP offers a host of benefits over any and all **aviation** flashlights. Tri-Color, Cleared for the option: Save night ...
www.tagpilotsupply.com/index. asp?PageAction=VIEWPROD&ProdID=924 - 46k - Cached - Similar pages

## Surefire **Aviator** Flashlight w/Red LED

Originally developed for professional **aviators** -- who needed a **light** bright enough to illuminate a 747's tail section from the ground, yet not so bright ...
www.camcor.com/cgi-bin/cat/id=1050954239 - 32k - Cached - Similar pages

## AirNav: KPVU - Provo Municipal Airport

Visual slope indicator: 4-**light** PAPI on left (3.00 degrees glide path), 2-**light** PAPI on ... 66%, local general **aviation**. 32%, transient general **aviation** ...
www.airnav.com/airport/PVU - 38k - Cached - Similar pages

## Lincoln takes flight—again - On Cars - Lincoln **Aviator** - Brief ...

There are more than 100 LEDs throughout the **Aviators** interior, plus an ambient **light** sensor that determines whether it's necessary to illuminate them or not ...
findarticles.com/p/articles/ mi_m0KJI/is_6_114/ai_87421698 - 41k - Cached - Similar pages

## Deep Flight Adventures: Deep Ocean Exploration by Sub in the Bahamas

Deep Flight **Aviator**: **light**-weight, high-powered composite airframe with wings, .
The Deep Flight **Aviator** - unique hydrobatic submersible craft ...
www.incredible-adventures.com/deep_**fligh**t1.html - 25k - Cached - Similar pages

## Reviews for SureFire A2 **Aviator** Compact Flashlight A2-HA LED ...

Aug 11, 2007 ... SureFire **Aviator** A 2 Olive Drab Anodized Pocket **Light** features two types of **light** sources: three long-runtime **light**-emitting diodes (LEDs) ...
www.opticsplanet.com/reviews/ reviews-surefire-handheld-flash**light**-a2-ha.html - 26k - Cached - Similar pages

## Surefire A2-HA **Aviator** Battery Powered LED Flashlights

aviator light - Google Search

LED and Xenon are two types of **light** sources in Surefire A2 **Aviator** flashlight.
Three long-runtime **light** emitting diodes (LEDs) provide low beam for **...**
www.nightvisionplanet.com/Surefire_A2_ **Aviator**_Battery_Powered_LED_Flash**light**_p/surefire-a2-ha.htm - 47k
- Cached - Similar pages



**1** 2 3 4 5 6 7 8 9 10     **Next**

| aviator light | Search |
|---|---|

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web** Images Maps News Shopping Gmail more ▼

Sign in



| aviator light | Search |

Advanced Search
Preferences

**Web**                                         Results **101 - 200** of about **433,000** for **aviator light**. (0.29 seconds)

### VIParrot.com Parrot food, toys, supplements, training - The ...
The **Aviator** Flight Line is very **light**. For small birds the entire Flight Line
lead and the **Aviator** Harness together weights less than 15 grams. ...
www.viparrot.com/index.php?act=viewProd&productId=5 - 19k - Cached - Similar pages

### The Parrot University: Flightline
The **Aviator** Flight Line is very **light**. For small birds the entire Flight Line
lead and the **Aviator** Harness together weights less than 15 grams. ...
www.theparrotuniversity.com/**aviator_flight**line.php - 19k - Cached - Similar pages

### Eagle Eyes **Aviator** Sunglasses | firstSTREET | sun reading glasses ...
Click for larger image: Eagle Eyes **Aviator** Sunglasses ... See Better in Low-**Light**
Conditions - with StimuLights™ $39.95 Add StimuLight™ Clip-Ons to Cart ...
www.firststreetonline.com/product.jsp?id=57954 - 38k - Cached - Similar pages

### Newsletter: Western Iowa Networks
... bottom of the cover page, so Reynolds moved them to the right side of the page
and used larger typefaces—**Aviator Light**, Arial, and Arial Condensed Bold. ...
www.dynamicgraphics.com/dgm/Article/28448 - 60k - Cached - Similar pages

### First **Light Aviation** - Accessories
Contact us by email at sales@first-**light**.net. Intercom Systems ... Chose the very
good "**Aviator**" microphone in your system and save money, or opt the simply ...
www.first-**light**.net/index.php?section=1&page=18 - 10k - Cached - Similar pages

### Helmet mounted **aviation** night vision illuminating device - Patent ...
1, also connected pivotally to the helmet 26 is an **aviator's** night vision imaging
system 28 which amplifies **light**. It is preferably of the type which uses ...
www.freepatentsonline.com/5083246.html - 35k - Cached - Similar pages

### Welcome to SecureAv
Indus **Aviation's Light** Sport **Aviators**' Model Code of Conduct. Seawind adopts
Seaplane Pilots' Model Code of Conduct. Seawind Pilots' Model Code of Conduct. ...
www.secureav.com/newdevelopments.html - 39k - Cached - Similar pages

### Amazon.co.uk: LED Lenser V2 **Aviator** Torch: DIY & Tools
Amazon.co.uk: LED Lenser V2 **Aviator** Torch: DIY & Tools. ... Incredibly compact,
LED Lenser **lights** provide up to 200 hours of **light** from one set of batteries ...
www.amazon.co.uk/ LED-Lenser-V2-**Aviator**-Torch/dp/B000VZENPM - 112k - Cached - Similar pages

### UFOMystic » Missing Millionaire **Aviator** Captured by Aliens

---

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

aviator light - Google Search

Feb 27, 2008 ... He told me that he had spotted a mysterious white **light** of circular ... 10 Comments to "Missing Millionaire **Aviator** Captured by Aliens" ...
www.ufomystic.com/wake-up-down-there/ steven-fossett-ufo-aliens/ - 42k - Cached - Similar pages

## FLASHLIGHTMAX

A2 **Aviator**. Designed for Pilots flying Cessna 152's to Boeing 747's. Originally developed for professional **aviators** -- who needed a **light** bright enough to ...
www.flash**light**max.com/A2.htm - 17k - Cached - Similar pages

## Constitution Party News Articles

Nov 10, 2006 ... Patrick Brady, from California, is a graduate of the Naval Academy and served as a naval **aviator**, **Light** Attack A-7B, C and E "Corsair II". ...
www.constitutionparty.com/news.php?aid=365 - 20k - Cached - Similar pages

## Surefire A2 **Aviator** Flashlight plus 10 FREE BATTERIES

Originally developed for professional **aviators** -- who needed a **light** bright enough to illuminate a 747's tail section from the ground, yet not so bright ...
www.lapolicegear.com/sua2av.html - 73k - Cached - Similar pages

## Trouble wiring up my map **lights** - YotaTech Forums

Oct 14, 2007 ... or baring that let me know where the two map wires go. Thanks **Aviator** For info the dome **light** is wired as follows: Black = constant 12V ...
www.yotatech.com/f116/ trouble-wiring-up-my-map-**lights**-102630/ - 62k - Cached - Similar pages

## Weapon **Lights** - D Batteries: Find, Compare, Read Reviews & Buy ...

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping, self-defense, and general use. Features two types of **light** sources: . ...
shopping.yahoo.com/ s:Flash**lights**:132606-Battery%20Type=D:132608-Flash**light**%20Type=Weapon%20**Lights** - 60k - Cached - Similar pages

## LEDs - Gallium Indium Nitride UV, violet, purple, blue, aqua ...

The SureFire A2 **Aviator** appears to be very well built, ... SureFire has confirmed that all current SureFire **lights** should be waterproof to about 33 feet/10 ...
led**lights**.home.att.net/a2.htm - 19k - Cached - Similar pages

## FontFreak - Commercial Fonts A5

Avenue Sans Heavy · Avenue Sans Small Caps · Avenue Small Caps · Avenue Volume · Avia Bold · Avia **Light** · Avia Regular · **Aviator** · **Aviator Light** Package ...
www.fontfreak.com/commercialfonts/fonts-a5.html - 30k - Cached - Similar pages

## Refinery29 Shops :: New :: Mannequin **Light** Tortoise **Aviator** Frame

Manufactured in the same factory as Balenciaga's frames, this large classic **aviator** shape comes in a sumptuous orange tie dye acetate.
www.refinery29shops.com/ product.php?productid=17612&cat=4 - 25k - Cached - Similar pages

## Powered parachute trailers, Classic Manufacturing powered ...

It is also available in a 26 foot length for **light** sport aircraft. The **Aviator** series trailers are all steel frame, and are Ziebart undercoated. ...
www.**lights**portaircraft.ca/ airventure-2006/classic-ppctrailers.html - 32k - Cached - Similar pages

## **Aviator's** Slang

aviator light - Google Search

Also, a term lovingly ascribed to the rescue helicopter by any **aviator** who **.....**
The glideslope indication **light** that pilots watch when they're trapping. **...**
www.tailhook.org/AVSLANG.htm - 43k - Cached - Similar pages

### Lincoln **Aviator** Fog **Light** > Why Buy New Lincoln **Aviator** Parts When ...
You will be able to locate affordable used Lincoln **Aviator** Fog **Light** in one easy
stop. There are no hassles or struggles to find only the most durable and **...**
www.automotix.net/ partshotline-lincoln-**aviator**-fog_**light**-requests.html - 43k - Cached - Similar pages

### Skydiving Gear: **Aviator**
My new **Aviator** is **light** weight too, and besides bieng very comfortable, it really
looks sexy!! And lastly, it is much more quiet in freefall than my old Pro **...**
www.dropzone.com/cgi-bin/gear/review.cgi?ID=135 - 38k - Cached - Similar pages

### Compare prices on SureFire **Aviator Lights** - Epinions.com
Epinions has the best comparison shopping information on SureFire **Aviator Lights**.
Compare prices from across the web and read reviews from other consumers **...**
www.epinions.com/pr-Headlamps_ Flash**lights**-SureFire_**Aviator_Lights** - 37k - Cached - Similar pages

### SureFire A2 **Aviator** White LED Flashlight +12 Free Batteries ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright **...**
www.knifeart.com/sura2avflas.html - 17k - Cached - Similar pages

### NBAA Training Guidelines for Single Pilot Operations of Very **Light** ...
This document provides the National Business **Aviation** Association-recommended
training guidelines for the next generation of very **light** jets (VLJ). **...**
web.nbaa.org/public/ops/safety/vlj/1.php - 20k - Cached - Similar pages

### Helmet Displays In **Aviation** - Glossary
Chromaticity: A description of the color property of **light** based on hue and **....**
Spatial disorientation (SD): When the **aviator** experiences loss of **...**
www.usaarl.army.mil/hmdbook/cp_011.htm - 27k - Cached - Similar pages

### CITY **LIGHTS** OUT IN AIR RAID TEST; **Aviators** Make Observations ...
**Lights** on land and **lights** on the ,naturally furnish far more detail to enable a
raider to locate particular buildings or works.The **aviators** from Governors **...**
query.nytimes.com/gst/ abstract.html?res=F50C13F83D5A11738DDDAC0894DE405B888DF1D3 - 19k
- Cached - Similar pages

### **Aviator** Wings - Army units in Vietnam Golf Shirts : A2Z Graphics ...
Master **Aviator** - 196th **Light** Infantry Brigade **...** Master **Aviator** - 198th **Light**
Infantry Brigade **...** Master **Aviator** - 199th **Light** Infantry Brigade **...**
www.cafepress.com/a2zgw/2593804 - 47k - Cached - Similar pages

### **Aviator** Sunglasses and Pilot Sunglasses from OpticPros.com Sun ...
Don't live with the pain from **aviator** sunglass frames smashed into your temples
another day, get our special Pro **Aviator** Sunglasses now! **Light** weight **...**
www.opticpros.com/ - 14k - Cached - Similar pages

### Academy of Model Aeronautics - Magazines

aviator light - Google Search

Ultra **Light** Flying Ultralight & the **Light** Plane Ultralight Glider Ultralight
Pilot Ultralight Sport US Air Services US **Aviator** Used Plane Flight Tests ...
www.modelaircraft.org/museum/maglist.aspx - 30k - Cached - Similar pages

### Erchonia 3LT™ Lasers

Deep Flight **Aviator**: **light**-weight, high-powered composite airframe with wings, .
The Deep Flight **Aviator** - unique hydrobatic submersible craft ...
www.en**light**enmentpath.com/page15.html - 56k - Cached - Similar pages

### Steve Fossett Challenges | Solo Round The World Balloon Flight

Steve Fossett and Bud **Light** Spirit of Freedom Achieve **Aviation** Milestone The
First Solo Round The World Balloon Flight. Fossett Reaches Ultimate Ballooning ...
www.stevefossett.com/html/ press_archives/balloon_04july02.html - 18k - Cached - Similar pages

### Ray-Ban 3025 **Aviator** Large Metal 58 Black/Gradient **Light** Blue Lens ...

Ray-Ban 3025 **Aviator** Large Metal 58 (Black/Gradient **Light** Blue Lens) - **Aviator**;
Read Ray-Ban 3025 **Aviator** Large Metal 58 product reviews, or select the ...
www.zappos.com/gs/n/p/dp/38261610/c/163548.html - 69k - Cached - Similar pages

### **Aviator** Sunglasses

**Aviator** Sunglasses Photochromic - Automatically adjusts to changing **light** conditions.
- **Aviator** Sunglasses Lens - Spectral Control® virtually eliminates ...
www.sunglassesgiant.com/**aviator**.html - 34k - Cached - Similar pages

### HeadlightArmor Clear, HID Blue, Racing Yellow, and Smoke **Light** kits

**Aviator** Headlight & Fog **Light** Protection Kit · Click To Enlarge · 03-05 **Aviator**
Headlight & Fog **Light** Protection Kit. List Price $84.95. Your Price ...
www.head**light**armor.com/ index.asp?PageAction=MFGSEARCH&ManfID=27&Page=1 - 60k
- Cached - Similar pages

### Amazon.com: SureFire Z59 Click-On Lock-out Tailcap Fits the ...

A lock out tail cap is a nice addition to any Surefire **light** that comes with a
... one for all my Surefires (and I have many) except the **Aviator light**. A+ ...
www.amazon.com/ SureFire-Lock-out-Tailcap-following-flash**lights**/dp/B000XQILZM - 178k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft

X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for
the best ecommerce websites.
www.pc**aviator**.com/dlstore/home.php?cat=36 - 85k - Cached - Similar pages

### DJ Equipment - American DJ **AVIATOR** 32 - American dj, **AVIATOR** ...

American dj, **AVIATOR** CONTROLLER, lighting controller ... Four **Light** Copilots in
one; 32 channel switcher with built-in chase controls; Audio in/Built in ...
www.platinum-records.com/ AMERICAN-DJ-**AVIATOR**-CONTROLLER-prod5401.htm - 71k - Cached - Similar pages

### Welcome to the New Jersey Astronomical Association

Tony Taggart, a chartered accountant and **aviator** describes Monday's accident as
comparable to a car running a red **light**. "Aircraft get lost (visually) in ...
www.njaa.org/**light**/lp15.html - 7k - Cached - Similar pages

### GameSpot Forums - Air Traffic Control - Joystick Opinions

aviator light - Google Search

If you say that the **aviator** is **light** compared to evo, then it must be frigging
**light**. I already consider the evo very **light**. When I bank all the way to one **...**
www.gamespot.com/pages/unions/forums/ show_msgs.php?topic_id=25071917&union_id=1310 - 73k
- Cached - Similar pages

### Kevin Kelly -- Cool Tools

Jun 6, 2007 ... SureFire A2 **Aviator Light** $140 (LED: green or white only) Available from Fox Fire
Rescue Police Equipment. Or $188 from Amazon **...**
www.kk.org/cooltools/archives/2007_06.php - 100k - Cached - Similar pages

### Miller Field during the 1920's and 1930's

In 1939, a concrete **aviation** tower replaced the original structure. The new tower
showed a green **light** for **aviators** and a white **light** (on range only) for **...**
www.geocities.com/miller_field/2030s.html - 20k - Cached - Similar pages

### Serengeti Medium **Aviator** Sunglasses - Mens Sunglasses at Peepers

Serengeti **Aviator** Series The lenses change as quickly as the scenery. When you're
on the road, the **light** can be unpredictable. Your eyes demand a level of **...**
www.peepers.com/womens-sunglasses/ **aviator**-sunglasses/serengetimedium**aviators**unglasses.cfm - 51k
- Cached - Similar pages

### Aviator

Ray Ban **Aviator** Satin Gunmetal CR-39 Brown Fade · Ray Ban **Aviator** Satin Gunmetal
CR-39 Grey Green · Ray Ban **Aviator** Satin Silver Poly **Light** Brown GSM **...**
www.sunglassextreme.com/shop-style-**aviator**.html - 162k - Cached - Similar pages

### Harvard-Boston **Aviation** Meet - 1910

Operating as it does in a very **light** mediium, the **aviator** can easly in a very
few seconds change his altitude, or his position laterally, so that he would **...**
www.early**aviators**.com/emeebo10.htm - 20k - Cached - Similar pages

### Review: The A2 **Aviator** Flashlight | Popular Science

Tested at an airport on a small aircraft, the **Aviator** was indeed a powerful little
instrument. Casting a substantially more even **light** than every other **...**
www.popsci.com/military-**aviation**-space/ article/2003-10/review-a2-**aviator**-flash**light** - 55k - Cached - Similar pages

### Sport **Aviation** Specialties- About Us- Michael Huffman & Barbara **...**

Published The Oklahoma **Aviator** newspaper- 2000-2004. Conduct FAA accepted
experimental **light**-sport repairman courses at locations all across the U.S.--19 **...**
www.sport**aviation**specialties.com/About_Us.htm - 28k - Cached - Similar pages

### Infrared filter system for fluorescent lighting - US Patent 6741024

These types of systems, known as **aviator** night vision systems, amplify **light** only
in the near infrared and infrared region. Thus, **aviator** night vision **...**
www.patentstorm.us/patents/6741024/description.html - 38k - Cached - Similar pages

### Lincoln **Aviator** Parts Genaral | Auto Parts Guide

The Lincoln **Aviator** Parts Genaral that you buy from us meet OEM **...** Lincoln **Aviator**
Bulb - Instrument **Light ...** Lincoln **Aviator** Wiper Blade Insert Set **...**
www.autoguide.net/apf/lincoln-engine_ parts/**aviator**-catalog.html - 65k - Cached - Similar pages

### Omaha's Army Navy Military Surplus

aviator light - Google Search

British **aviator** rescue **light**. new original surplus. do not work. ... Survival **light**
clips on to pilots harness for emergency rescue or **light**. new and ...
www.omahas.com/catalog/default.php?=&cPath=16_102 - 27k - Cached - Similar pages

### 2005 Lincoln **Aviator** Exterior Photos, Pictures & Images - Motor ...

View exterior 2005 Lincoln **Aviator** photos and pictures from all angles. ...
2005 Lincoln **Aviator** Headlight · 2005 Lincoln **Aviator** Tail **Light** ...
www.motortrend.com/cars/2005/ lincoln/**aviator**/photos/index.html - 42k - Cached - Similar pages

### Doug Ritter Special Edition eQ Hands-Free Multi-**Light**

Doug Ritter Special Edition eQ Hands-Free Multi-**Light** When I designed my Doug
Ritter Ultimate **Aviator** Survival Pak™ I needed a compact, very lightweight ...
www.dougritter.com/dr_eq.htm - 19k - Cached - Similar pages

### All Things **Aviation**: <font color="#CC0000">Sunglasses for Pilots ...

Jul 29, 2007 ... While they are useful for blocking reflected **light** from horizontal ... **Aviator**:
I am an ATP pilot with over 7000 hours of flying time in ...
all-things-**aviation**.blogspot.com/ 2007/07/sunglasses-for-pilots-beyond-image_13.html - 53k
- Cached - Similar pages

### Serengeti Small **Aviator** Champagne > Serengeti Sunglasses > UK ...

Lens **Light** Sensitive Gradient Lens Frame Type: **Aviator** Lens Colour: Drivers
gradient Frame Colour: Champagne Serengeti Small **Aviator** Gunmetal Polarised ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Serengeti-Sunglasses/Serengeti-Small-**Aviator**-Champagne/4677.htm
- 49k - Cached - Similar pages

### **Aviator** Sunglasses

Straight Arm **Aviator** Neutral Grey Lens Gun Frame $16.99, Extra Small Retro Colored
Rimmed Mirrored Lens **Aviator** Sunglasses **Light** Blue Rim ...
www.gogglesandglasses.com/**Aviator**_Sunglasses.html - 70k - Cached - Similar pages

### Retro 30s fonts available from FontHaus.com

$33.00. **Aviator Light** SG · **Aviator Light** SG, Spiece. MACPS, WINPS. $33.00 ...
$31.95. URW Glamour **light** · URW Glamour **light**, URW++. MACPS, WINPS, PCTT ...
www.fonthaus.com/products/ fonts/list_classification.cfm/FCID/116/ - 67k - Cached - Similar pages

### **Aviator** Wheels - Buy Lincoln **Aviator** Wheels

Some people like big **Aviator** Wheels and some people like **light** weight **Aviator**
Wheels. It's up to you to decide. The larger the wheel the heavier its going ...
www.yourhotcar.com/product/ list/All/Lincoln/**Aviator**/Wheels - 38k - Cached - Similar pages

### Landings: General **Aviation** Servers

Airport **Aviation** Centre: Australia's Archerfield airport **aviation** news, **light**
aircraft sales in , helpful pilot links for Aussie **Aviators**. ...
www.landings.com/_landings/pages/ga.html - 112k - Cached - Similar pages

### Doug Ritter Special Edition eQ Hands-Free Multi-**Light**

Doug Ritter Special Edition eQ Hands-Free Multi-**Light** When I designed my Doug
Ritter Ultimate **Aviator** Survival Pak™ I needed a compact, very lightweight ...
www.equipped.com/dr_eq.htm - 21k - Cached - Similar pages

### Surefire A2

aviator light - Google Search

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.cases4less.com/detail_surefire_a2.html - 19k - Cached - Similar pages

[PDF] **Doulton**
File Format: PDF/Adobe Acrobat - View as HTML
Mario, Alex the **Aviator**, **light**. brown. (6) Good. NR £20-. 30+. 219. HAT BOX SERIES.
FIGURES. Set 2, Si & Am. (2) Good. NR £30-40+. 220. HAT BOX SERIES ...
www.onlinebbr.com/auctions/ results/pdf_results/2006-06-04/innards.pdf - Similar pages

General **Aviation** - **Aviator** Sunglasses - Stefan Vorkoetter
The Randolph **Aviator** glasses have grey glass lenses that let through 15% of the
**light**, which is supposed to be about optimal. Randolph makes glasses for the ...
www.stefanv.com/**aviation**/sunglasses.html - 38k - Cached - Similar pages

Navy Command & Air Stations
NAS, Mayport, Current design with SH-60 Helo on map of Florida below gold **aviator**'s
wings, all on **light** blue triangle. $7.00 ...
www.ffmpartners.com/goldenwings/navypg8.htm - 37k - Cached - Similar pages

**Aviator** Sunglasses - Ray-Ban **Aviators** - Christian Dior **Aviator** ...
Armani **aviator** sunglasses with brown, gray or green tinted lenses work best in
moderate to bright **light** situations. Due to the neutralizing factor of these ...
sunglasses.lifetips.com/cat/60182/**aviator**-sunglasses/ - 108k - Cached - Similar pages

**Light** plane at TheFind.com - search, discover and compare prices
**Aviator** A very parametric... **Aviator** A very parametric **light** plane! Use the
randomize feature to generate many unique planes. AC 6.0+ ...
www.thefind.com/family/info-**light**-plane - 283k - Cached - Similar pages

Comprar Fuentes en Font Reactor -6
Aurelia™ Com **Light** Italic · Aurelius · Aureus Uncial · Auriol Complete Family Pack
... **Aviator Light** Package · Avnei Gad Black · Avnei Gad Bold ...
www.fontreactor.com/comprar-fuentes-400-6/ - 54k - Cached - Similar pages

Lincoln **Aviator** Headlight - Partstrain.com
So whenever your Lincoln **Aviator** headlight experiences trouble, make sure to
consider an ... Lincoln **Aviator** Fog **Light**. -- Lincoln **Aviator** Headlight ...
www.partstrain.com/ShopByDepartment/ Head**light**/LINCOLN/**AVIATOR** - 62k - Cached - Similar pages

SureFire A2 **Aviator** Compact Flashlight A2-HA LED, A2Aviator SHIPS ...
Two-stage tailcap switch of the Shurefire Flashlight enables user to instantly
select **light** output level. Sure-Fire Pocket Xenon / LED A2 **Aviator** Flashlight ...
www.tactical-store.com/ts-fs-fl-a2**aviator**.html - 38k - Cached - Similar pages

Compare Prices on Serengeti Small **Aviator** Sunglasses
Classic **Aviator** styling Patented Photochromic technology, so the lens automatically
adjusts to changing **light** conditions Distortion free, scratch resi. ...
www.shopping.com/xPC-Serengeti_ Serengeti_Small_**aviator**_Henna_Drivers_Gradient - 114k
- Cached - Similar pages

**Aviator** Sunglasses: Classic Style for a Cool Image

The dark teardrop-shaped lenses do a great job of covering every angle to keep
out as much **light** as possible. **Aviators** have continued to be popular among **...**
www.healthguidance.org/entry/8320/1/ **Aviator**-Sunglasses-Classic-Style-for-a-Cool-Image.html - 85k
- Cached - Similar pages

::: Now Playing: Street **Light** Youth: The **Aviator** - Free Video **...**
Watch Street **Light** Youth: The **Aviator** video clip, a free online video download
movie created April 16, 2006 - plays for 03:46 min/sec.
www.videodouble.com/video/ street-**light**-youth:-the-**aviator**-1224566/ - 33k - Cached - Similar pages

Sunglasses and Sunglasses Replicas » Uncategorized
Nov 6, 2007 **...** The dark teardrop shaped glasses protect the eye completely and do not let any
**light** come in. **Aviator** glasses have known to make a style **...**
www.sunglasseswholesalemall.com/?cat=1 - 21k - Cached - Similar pages

SureFire A2 **Aviator** flashlight
The SureFire **Aviator** has digital current regulation circuitry and a two stage
switch. The current regulation circuitry gives you a consistent level of **light** **...**
www.brightguy.com/products/ SureFire_A2_**Aviator**_Flash**light**.php - 33k - Cached - Similar pages

**AVIATOR** RB3340
RAYBAN **AVIATOR** RB 3340 (004/71) · RAYBAN **AVIATOR** RB 3340 (004/71) Lens Colour:
**Light** Natural Green Frame Colour: Silver RRP: £93.99 Our Price: £79.89 **...**
www.cyclestore.co.uk/rangeViewer.asp?categoryID=623 - 107k - Cached - Similar pages

[PDF] Human Factors & **Aviation** Medicine July-August 1990
File Format: PDF/Adobe Acrobat
A product that blocks 85. percent of available **light**, (the U.S. military
specification stan-. dard for **aviator**'s sunglasses and tinted visors which may have **...**
https://www.**flights**afety.org/hf/hf_jul-aug90.pdf - Similar pages

LINCOLN **AVIATOR** Accessories
Our Price: $42.99, Putco Universal LED Dome **Light** Kit · 2003-2007 Lincoln **Aviator**
4 Door Only Putco Chrome Door Handle Covers Our Price: $60.99 **...**
www.autoupgrade.net/Lincoln_ **Aviator**_Accessories_s/4055.htm - 150k - Cached - Similar pages

Lincoln **Aviator** Husky Liner Tan Cargo Liner - 2003-2005 Lincoln **...**
Replacement Fog **Light** - 2003-2005 Lincoln **Aviator** "FOG **LIGHT** ASSEMBLY, DRIVER OR
PASSENGER SIDE -- A High Quality, Direct Fit OE Replacement For Fog Lamp **...**
www.car-stuff.com/carparts/ lincoln**aviator**20032005huskylinerh21237531.html - 30k - Cached - Similar pages

2005 Lincoln **Aviator** Specifications, Standard Features, & 2005 **...**
Search for 2005 Lincoln **Aviator** specifications at AutoMallUSA.net; **...** -Driver
and passenger power heated partial-painted door mirrors indicator **lights** **...**
www.automallusa.net/2005/ lincoln/**aviator**/specifications.html - 44k - Cached - Similar pages

Serengeti Large **Aviator** Sunglasses :=: MoabSports.com
Serengeti Large **Aviator** Sunglasses with BLACK Frame and DRIVERS® GRADIENT Lens.
**...** Many sunglasses filter some UV **light**, but Serengeti lenses block **...**
www.moabsports.com/ web-pid-5222(SER)-Serengeti-Large-**Aviator**-Sunglasses-item.htm - 58k
- Cached - Similar pages

**Aviator** Free Flying Bird Harness and Leash

**Light** weight elastic cording allows safe flight and encourages proper flight
behaviors for free-flight training. The **Aviator** Harness wrist strap attaches to **...**
www.naturechest.com/**aviator**-harness.html - 32k - Cached - Similar pages

### Search by Foundry: Spiece Graphics - Fonts.com

Adonis Old Style **Light** Package Adonis Old Style **Light** Package Font ... **Aviator Light**
Package **Aviator Light** Package Font ...
www.fonts.com/findfonts/searchresults. htm?st=5&cid=Spiece+Graphics - 243k - Cached - Similar pages

### CALL Newsletter No. 00-5, **Aviation** Operations at the Joint ...

Effective coordination between **light** infantry and attack **aviation** can maximize the
**.....** Successful integration of Army attack **aviation** and **light** infantry ...
www.globalsecurity.org/military/ library/report/call/call_00-5_ch7.htm - 40k - Cached - Similar pages

### Westinghouse 52" **Aviator** Ceiling Fan, Brushed Nickel Finish

52" **Aviator** Ceiling Fan, Brushed Nickel Finish, 5 Reversible Plywood
Blades (Maple/Mahogany), **Light** Fixture with Opal Ribbed Glass. **Light** Kit: **Light**
Fixture ...
www.residential-landscape-**light**ing-design.com/ store/heaters_amp_fans_RLLD8353WST.htm - 32k
- Cached - Similar pages

### Culture Wars: **Aviator**

The **Aviator** was especially interesting in **light** of one of the less-acclaimed
biopics of the same year, namely, Kinsey, starring a generally wooden and glum ...
www.culturewars.com/2005/**Aviator**.htm - 32k - Cached - Similar pages

### Radiation Protection Eyewear Economy and Non-Prescription ...

The Maxx offers sufficient lateral protection, **light** weight with comfort grip nose
... The **Aviator** Metal 600 Pewter is a classic **Aviator** style frame with ...
www.supertechx-ray.com/a355-r.htm - 33k - Cached - Similar pages

### Greatland Laser - Rescue Lasers,Rescue Laser, Rescue Laser Flare ...

... Rescue Laser **Light**, Green Rescue Laser Flare, Rescue Laser Flare Magnum,
survival gear, flares, signaling devices, lifesaving equipment, **aviation** ...
https://www.greatlandlaser.com/ index.php?testimonials=yes - 18k - Cached - Similar pages

### ACCESSORIES,GUNSMOKE ENTERPRISES.,AR15,AR-15 RIFLES,M16,ar15/M-16 ...

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.gunsmokeenterprises.net/ACCESSORIES.htm - 36k - Cached - Similar pages

### Contemporary Bathroom Lighting

Description: Hinkley Lighting, **Aviator** Collection Bath **Light** 5272BN, Brushed
Nickel Finish - Etched Opal Glass , 5272BN, Hinkley Lighting , Bathroom ...
www.1stop**light**ing.com/fixture/ 4/contemporary-bathroom-**light**ing - 49k - Cached - Similar pages

### [PDF] **Aviator** Literature.qxd

File Format: PDF/Adobe Acrobat - View as HTML
the new **Aviator** garage door opener from Raynor. ... breaks the **light** beam.
while closing, the door. will stop and reverse. direction to full open. position. ...
www.fawleydoor.com/images/ Downloads/pdfs/openers/**aviator**.pdf - Similar pages

### Parachutes? Skydiving equipment? Shop ParaGear.com!

SFA2 SUREFIRE A2 **AVIATOR** OD FINISH SFA2 SUREFIRE A2 **AVIATOR** OD FINISH New A2
**Aviator** Originally developed for professional **aviators** -- who needed a **light** ...
www.paragear.com/templates/parachutes.asp?group=468 - 61k - Cached - Similar pages

### 2005 Lincoln **Aviator** Luxury 4WD car lease $598.98 - Huntersville, NC

2005 Lincoln **Aviator** Luxury 4WD car lease $598.98 - Huntersville, NC **Light** Green
color, Tan interior. Used Lincoln **Aviator** car lease with 19000 miles.
www.leasetrader.com/ 2005_Lincoln_**Aviator**_Luxury_4WD_117621.xhtml - 57k - Cached - Similar pages

### The Virginia **Aviation** Museum, 1930 Fleet Model #1

Major Reuben Fleet, an Army **aviator** and guiding **light** at Consolidated Aircraft
Corporation, hoped to sell the aircraft to civilian flight schools and the ...
www.eaa231.org/Museum/Fleet/Fleet.htm - 11k - Cached - Similar pages

### The **Light** Sensitive **Aviator** Sunglasses. - Clothing & Accessories ...

Buy The **Light** Sensitive **Aviator** Sunglasses. when you shop online at BizRate, a
price comparison search engine. Find the lowest prices on the web.
www.bizrate.com/sunglasses/oid753818237__start--80.html - 129k - Cached - Similar pages

### **Aviator** Sunglasses: Classic Style for a Cool Image

Jul 9, 2006 ... The dark teardrop-shaped lenses do a great job of covering every angle to keep
out as much **light** as possible. **Aviators** have continued to be ...
ezinearticles.com/ ?**Aviator**-Sunglasses:-Classic-Style-for-a-Cool-Image&id=239559 - 46k - Cached - Similar pages

### GunBroker.com guns: Oracle **aviator** compact kryton **light** w/case ...

NEW ORACLE **AVIATOR** COMPACT KRYTON BULB **LIGHT** WITH FULLY ADJUSTABLE HEAD,HIGH
QUALITY HEAVY DUTY MACHINED AIRCRAFT ALUMINUM ANODIZED SURFACE FINISH. ...
gunbroker.com/Auction/ViewItem.asp?Item=100244114 - 27k - Cached - Similar pages

### 2005 Lincoln **Aviator** | Auto Spectator

New interior colors: Camel with **Light** Parchment headliner. Design and Equipment.
The Lincoln **Aviator** was designed to complement the Lincoln Navigator inside ...
www.autospectator.com/cars/ models/0027987-2005-lincoln-**aviator** - 40k - Cached - Similar pages

### Sky's The Limit **Aviation** Product Listing - clocks

**Aviation** Clocks Price $32.99 Altimeter **Aviator** Alarm Clock Has rotating airplane
hands **Light** up 3.5" Also: Horizon-DG-VOR Call: 1-800-537-8785 Item #2502 ...
www.airplanegifts.com/store/commerce.cgi?product=clocks - 21k - Cached - Similar pages

### Pilots

The #1 ultralight and **light** sport aircraft weight shift trike information ...
Leather **aviator** bomber jackets and flight jackets from Avirex, Cooper, Alpha, ...
www.hotfrog.com/Products/Pilots - 50k - Cached - Similar pages

### SUREFIRE

SUREFIRE A2 **Aviator**- Blue LEDs (A2-HA-BL) Originally developed for professional
**aviators** -- who needed a **light** bright enough to illuminate a 747's tail ...
www.surefire-plus.com/ - 32k - Cached - Similar pages

### Compare Serengeti Small **Aviator** Sunglasses Prices - Shop for ...

Classic **Aviator** styling Patented Photochromic technology, so the lens automatically
adjusts to changing **light** conditions Distortion free, scratch resi... ...
www.mysimon.com/9015-11022_8-24256730.html - 131k - Cached - Similar pages

aviator light - Google Search

[Emilio Pucci **Aviator** style sunglasses | NET-A-PORTER.COM](#)
Turquoise metal framed **aviator** style sunglasses with **light** mirrored lenses.
Emilio Pucci sunglasses have thin Pucci print arms with oval design near hinge, ...
www.net-a-porter.com/product/32771 - 22k - <u>Cached</u> - <u>Similar pages</u>



◄ Gooooooooogle ►
**Previous**  <u>1</u>  **2**  <u>3</u>  <u>4</u>  <u>5</u>  <u>6</u>  <u>7</u>  <u>8</u>  <u>9</u>  <u>10</u>      **Next**

| aviator light | Search |

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Try Google Experimental</u>

©2008 Google - <u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>About Google</u>

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in



aviator light                                [ Search ]

Advanced Search
Preferences

**Web**    Books                           Results **201 - 300** of about **433,000** for **aviator light**. (0.40 seconds)

### Aviator Sunglasses
The dark teardrop-shaped lenses do a superb job of covering every angle to keep
out as much **light** as feasible. **Aviators** have continued to be admired among ...
www.everythingsunglasses.com/**Aviator**-Sunglasses.html - 8k - Cached - Similar pages

### Aviator Stuff » Blog Archive » Licensed to fly!
Views, Reviews & Information for **Aviators** and Their Friends ... definition outlined
in Federal **Aviation** Regulations Part 1.1 can be **Light** Sport Aircraft. ...
**aviators**tuff.com/licensed-to-fly/ - 20k - Cached - Similar pages

### Welcome to the Official Gyro Nation site
Gyroplane Pilots, download your copy of the "Gyroplane **Aviators**' Code of Conduct"
that has been adapted from the "**Light** Sport **Aviator's** Model Code of ...
gyronation.com/ - 28k - Cached - Similar pages

### MCAA announces its 2007 Aviation Awards [Archive] - Marine Corps ...
Alfred A. Cunningham **Aviator** of the Year Maj. C.W. Hasle, Marine **Light** Attack
Helicopter Squadron 169 Robert Guy Robinson Marine Naval Flight Officer of the ...
www.leatherneck.com/forums/ archive/index.php/t-50308.html - 6k - Cached - Similar pages

### The Future Of Personal Aviation - Forbes.com
New **light** jet engines are about to launch an entire new segment of **aviation** in
the form of personal jets. These fast, small jets may well open up ...
www.forbes.com/2003/11/20/cz_rk_1120**aviation**.html - Similar pages

### Sunglasses - Oakley Crosshair Pilot Sunglasses
Black Iridium lenses transmit 10% of **light** and are rated at an index of 3, making
them ideal for Sunny conditions. While not suitable for **aviation** use, ...
www.pilotmall.com/product/2756/sun - 42k - Cached - Similar pages

### SureFire A2 Aviator
SureFire A2 **Aviator**: Produced by Surefire ... for reading and close range
flood-**light** work. Overall, the A2 is a great **light** and a great ...
members.aol.com/qn9513/myhomepage/flash**light**a2.html - 5k - Cached - Similar pages

### Aviator Sunglasses: Classic Style for a Cool Image | Wholesale ...
Oct 22, 2007 ... The dark teardrop shaped glasses protect the eye completely and do not let any
**light** come in. **Aviator** glasses have known to make a style ...
www.wholesalesunglassesblog.com/2007/ 10/22/**aviator**-sunglasses-classic-style-for-a-cool-image/ - 38k
- Cached - Similar pages

### Led Lenser Aviator Torch - Independent Offers

**Sponsored Links**

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

The **Aviator** torch from Led Lenser is one gadget you shouldn't be without!
Featuring a cloverleaf 6-reflector system, 5 x high intensity white **light** chips ...
www.independentoffers.co.uk/ I-GG-**AVIATOR**-1/Led-Lenser-**Aviator**-Torch.htm - 13k - Cached - Similar pages

### **Aviator** Glares, Sun Glasses, Celebrity Lamp, Austria, Celebrity ...
Nov 30, 2007 **...** It features 40 pairs of mirrored **aviator** glasses and stands on a glistening,
linear stand along with a hilarious temple **light** switch. ...
www.elitechoice.org/2007/11/30/ 40-pairs-of-**aviator**-glares-form-celebrity-lamp/ - 48k - Cached - Similar pages

### The **Light** Sensitive **Aviator** Sunglasses. price comparison
Compare The **Light** Sensitive **Aviator** Sunglasses. prices before you buy to make
sure you get the best deal. Find a list of The **Light** Sensitive **Aviator** ...
shopping.msn.com/Prices/shp/?itemId=984900309 - 26k - Cached - Similar pages

### Tactical Concepts
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright **...**
www.tacticalconcepts.com.au/**lights**.shtml - 36k - Cached - Similar pages

### Movie Review - Shine a **Light** - eFilmCritic
As shot by Robert Richardson, who won an Oscar for his work on Scorsese's "The
**Aviator**," "Shine a **Light**" has an intimacy that few concert films provide. ...
efilmcritic.com/review.php?movie=17043&reviewer=382 - 52k - Cached - Similar pages

### Flying a Retro-Reflective Approach
First published in the New Mexico **Aviation** Division newsletter, "Fly New Mexico.
... To help orient the pilot for landing, we have had three **light** strobe **...**
www.sw**aviator**.com/html/issueon00/basicson00.html - 24k - Cached - Similar pages

### Shine A **Light** Sunglasses review at Kaboodle
Learn more about Shine A **Light** Sunglasses, learn other people's perspectives,
compare prices, ... Plastic **Aviator** Sunglasses. First picked by x0xsharicex0x ...
www.kaboodle.com/reviews/shine-a-**light**-sunglasses - 72k - Cached - Similar pages

### **Aviator** Flight Line - Bird Accessories - My Parrot Shop - Parrot ...
The **Aviator** Flight Line is very **light**. For small birds the entire Flight Line
lead and the **Aviator** Harness together weights less than 15 grams. ...
www.myparrotshop.com/bird-accessories/ **aviator**-flight-line/prod_313.html - 28k - Cached - Similar pages

### Ercoupe is Affordable Solution to School's Sport Pilot Needs ...
Mar 27, 2008 **...** The March 2008 the Oklahoma **Aviator** reported that Oklahoma's Chickasha Wings **...**
Going first to the vendors of new **light** sport-aircraft, ...
www.jetwhine.com/2008/03/ ercoupe-is-affordable-solution-to-schools-sport-pilot-needs/ - 24k
- Cached - Similar pages

### Airliners.net **Aviation** Industry News
Blind **aviator** half-way round the globe in micro **light** plane Source UPI - Africa
Monitoring [ More from source ] Posted 34 days 22 hours 59 minutes 59 **...**
www.airliners.net/.../ index.news.main?sheadline=NZ%20pilots%20die%20in%20micro-**light**%20plane%20crash -
42k - Cached - Similar pages

### door ajar **light** - Ford Forums - Mustang Forum, Ford Trucks and Cars

aviator light - Google Search

my door ajar **light** stays on even when all doors are closed. ... Ford Explorer |
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/door-ajar-**light**-48994/ - 84k - <u>Cached</u> - <u>Similar pages</u>

### AVIATOR LINCOLN USED: Questions and answers about Toshiba hd dvd ...

Copy and the low blue **light** waves cause a file Special Feature Run Time Machine,
**aviator** lincoln used The Oklahoma **Aviator**, it on Friday, 16 May 11, ...
preston796.isuisse.com/**aviator**-lincoln-used.html - 26k - <u>Cached</u> - <u>Similar pages</u>

### aviator glass - compare prices, research products, save money at ...

Lg. **Aviator**, Drivers Gradient Lens, Matte Black Frame. Matte black frame and
glass photochromic drivers gradient lens automatically adjust to changing **light** ...
www.become.com/shop?q=**aviator**+glass - 203k - <u>Cached</u> - <u>Similar pages</u>

### About Randolph's Vintage Military Pilot Sunglasses

low **light** situations encountered in haze and fog. Randolph Pilot Sunglass Models
Randolph offers four vintage pilot sunglass designs: 1. The "**AVIATOR**" ...
www.pilotpetesupplies.com/Randolph-all-about-info.html - 35k - <u>Cached</u> - <u>Similar pages</u>

### Aeromedix.com - Doug Ritter Essentials **Aviator** Survival Vest

1 Doug Ritter Special Edition MkII Photon Freedom Micro-**Light** w/ Cap Clip ...
Base price of the Doug Ritter Essentials **Aviator** Survival Vest is $675.00 ...
www.aeromedix.com/.../14/category_id/15/ product_id/1356/nm/Doug_Ritter_Essentials_**Aviator**_Survival_Vest -
31k - <u>Cached</u> - <u>Similar pages</u>

### Discover Fonts: Tag Cloud

Adonis Old Style SG-**Light** . Preview: Adonis Old Style SG-**Light** · Download | Permalink
... **Aviator** SG-**Light** . Preview: **Aviator** SG-**Light** · Download | Permalink ...
www.discoverfonts.com/tagcloud.aspx/1930s - 88k - <u>Cached</u> - <u>Similar pages</u>

### GadgetGuys.com

The A2 **Aviator**, as its name implies was originally created for **aviators** who needed
a bright **light** for equipment inspection and a dimmer **light** for use in the ...
www.gadgetguys.com/readreview.asp?ArticleID=68 - 14k - <u>Cached</u> - <u>Similar pages</u>

### [PDF] New Noga **Light** Ltd.

File Format: PDF/Adobe Acrobat - <u>View as HTML</u>
NL-93 ANVIS Goggles. **Aviator**'s NL Night Vision Imaging System. **Light** weight binoculars.
Comfortable to wear, easy to operate. Compatible with all helmets ...
www.sibat.mod.gov.il/NR/rdonlyres/ 5AC7C4E3-6A3A-4252-BAB5-2ACF67A14414/0/sod_newnoga**light**.pdf
- <u>Similar pages</u>

### Lincoln **Aviator** Accessories, Performance Parts

Tail **Light** Bezel Lincoln **Aviator** Chrome Tail **Light** Trim. Vehicle Electronics ...
Lincoln **Aviator** 04-05 Chrome Tail **Light** Trim. $89.99. Click for Details ...
www.slickcar.com/accessories/**aviator**_accessories.asp - 83k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln Navigator / Lincoln **Aviator** / Mark LT Lincoln vs Cadillac ...

Lincoln Navigator / Lincoln **Aviator** / Mark LT Lincoln vs Cadillac Forum - The
... 99 Lincoln Navigator AC problem · Daytime Running **Lights** · New **Aviator** ...
www.lincolnvscadillac.com/ Lincoln-cadillac-archive/forum/9-1.html - 33k - <u>Cached</u> - <u>Similar pages</u>

### Shop Online

aviator light - Google Search

Our **Aviator** is like no other product on the market. We let the buyer choose the
design, the **lights**, the flash patterns, and synchronization of all **light ...**
www.customemergency**light**ing.com/id47.html - 22k - <u>Cached</u> - <u>Similar pages</u>

### Women in **Aviation** 2007 Conference Information Center

The Sport Pilot/**Light**-Sport Aircraft Rule represents the biggest opportunity for
**aviators**, potential pilots, and **aviation** since the Wright Brothers lifted **...**
www.wai.org/07conference/2007_conf_edsessions.cfm - 22k - <u>Cached</u> - <u>Similar pages</u>

### Retro Turbo **aviator** sunglasses in pink :: SoSunglasses

Turbo **aviator** shape - Turbo embellishment to arms - Tinted **light** brown lenses.
- Highly polished durable frame. Maximum UV400 Lens feature, absorbing 99% of **...**
www.sosunglasses.co.uk/ Retro%20Turbo%20**aviator**%20in%20pink.htm - 17k - <u>Cached</u> - <u>Similar pages</u>

### Pilot Supplies

White round pads with a **light** blue ASA logo that will fit any **aviation** instrument.
Click here for more details. Regular Price $6.95 Avid **Aviator** Price $6.50 **...**
www.avid**aviator**.com/pilot_supplies.html - 56k - <u>Cached</u> - <u>Similar pages</u>

### Pink **Aviator** Sunglasses. Vw **Aviator** Style Sunglasses Vw Metal Vw **...**

Jimmy crystal pino **aviator** sunglasses with **light** rose swarovski crystals.
Chanell chanel purses ppurses puurses purrses pursses pursees pursess purses red **...**
edgjyymh.hostinggratisargentina.com/ donkey-w08/pink-**aviator**-sunglasses.html - 37k - <u>Cached</u> - <u>Similar pages</u>

### Ultralights and ultralight flying, aircrafts and **aviation ...**

Portal dedicated to the ultralight flying with news and banners and ads spaces
for sale. You can advertise your company, activity or site here and be **...**
www.**light**airplanes1.com/ - 116k - <u>Cached</u> - <u>Similar pages</u>

### Cabela's -- Guidebook Story

Like many great ideas, the concept for the A2 **Aviator** was born out of need.
Pilots, flying at night, needed a **light** that would enable them to run their **...**
www.cabelas.com/story-123/ross_surefire_a2_review/ 101/Surefire%252BA2%252B**Aviator**%252BField%252BTest.
shtml - 50k - <u>Cached</u> - <u>Similar pages</u>

### 2007 Lincoln **Aviator** vs. 2004 **Aviator** Concept - Autoblog

Below: Lincoln **Aviator** Concept from the 2004 Detroit show. concept **aviator** ....
I'm not too happy with the red and black "tail-**light**" across the back. **...**
www.autoblog.com/2005/10/28/ 2007-lincoln-**aviator**-vs-2004-**aviator**-concept/ - 78k - <u>Cached</u> - <u>Similar pages</u>

### Ford Motor Company - Featured Story - 2004 Lincoln **Aviator** Takes **...**

"Outwardly, you won't mistake **Aviator** for anything but a Lincoln," writes Greg
Zyla of Lee's Summit Journal (Mo.). New dark blue pearl and **light** French silk **...**
media.ford.com/newsroom/ feature_display.cfm?release=16303 - 19k - <u>Cached</u> - <u>Similar pages</u>

### A2 **Aviator**® - LED Combo Flashlight from SureFire

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three **...**
www.surefire.com/maxexp/main/ co_disp/displ/prrfnbr/900/sesent/00 - 37k - <u>Cached</u> - <u>Similar pages</u>

### **Aviator** Harness

**Light** weight elastic cording allows safe flight and encourages proper flight
behaviors for free-flight training. The **Aviator** Harness wrist strap attaches to ...
www.cjexoticbirdsupplies.com/**aviator**_harness.htm - 24k - Cached - Similar pages

### Search for 'hinkley' in Indoor Living - PriceGrabber.com

Hinkley Lighting Hinkley Lighting 5270BN **Aviator** 1-**Light** Wall Sconce in Brushed
Nickel. 1 WEEK Delivery Guarantee. No Return Fees. ...
www.pricegrabber.com/search.php?form_keyword=hinkley - Similar pages

### Don't hit me! - Flying Safety | Encyclopedia.com

I know a lot about you since I'm also a military **aviator**, but do you know much
about me, the civilian **aviator** in a **light** aircraft? ...
www.encyclopedia.com/doc/1G1-160641854.html - 48k - Cached - Similar pages

### Survive!: My Fight for Life in the High Sierras - Google Books Result

by Peter DeLeo - 2005 - Nature - 256 pages

The **light** is accompanied by a second **light** farther down the tower, signifying it's an **aviator-light**
tower on the eastern slope of the mountain range, ...
books.google.com/books?isbn=0743270061**...**

### WTS/WTT **Aviator** A2 again... - Knifeforums.com - Intelligent ...

Aug 13, 2007 ... Give me **Light**! » The Lighthouse BUY/SELL/TRADE » WTS/WTT **Aviator** A2 again. ...
I withdrew this **light** last fall but need to move it now. ...
www.knifeforums.com/forums/ showtopic.php?tid/789922/post/last/ - 42k - Cached - Similar pages

### Truthdig - Reports - A Shining **Light** Goes Out in Africa

May 8, 2007 ... Shining a **light**, journalists provide understanding. .... By DFC (a professional
**aviator**), May 9, 2007 at 2:55 am # (Unregistered commenter) ...
www.truthdig.com/report/item/ 20070508_a_shining_**light**_goes_out_in_africa/ - 72k - Cached - Similar pages

### What's a Bug Smasher Doing in My MOA? - Business - redOrbit

Jan 29, 2008 ... I know a lot about you because I'm also a military **aviator**, but do you know much
about me as the civilian **aviator** in a **light** aircraft? ...
www.redorbit.com/news/business/1233628/ whats_a_bug_smasher_doing_in_my_moa/index.html - 28k
- Cached - Similar pages

### 2005 Lincoln **Aviator** 4 Dr STD AWD SUV | Repository.com Wheels

This is a used 2005 Lincoln **Aviator** 4 Dr STD AWD SUV (4dr SUV) from Downtown Ford
Lincoln ... Adaptive **Light** Control4 Doorsair Conditioningpower Adjustable ...
repository.carsite.com/index. cfm?page=4&INVENTORY_ID=2173037 - 55k - Cached - Similar pages

### The Southern **Aviator**

Jul 21, 2006 ... The latest news in aircraft certification and production hovers mostly around
the two ends of the general **aviation** spectrum – Very **Light** ...
www.southern-**aviator**.com/editorial/articledetail. lasso?-token.key=13178&-token.src=column&-nothing - 17k
- Cached - Similar pages

### LED flashlights for law enforcement, the military, public safety ...

LED flashlights for law enforcement, the military, public safety agencies,
hunters (including scorpion hunters), forensics, crime scene investigations.
www.the**led**light.com/LEDFlash**lights**.html - 10k - Cached - Similar pages

### "Explorer | Mountaineer | **Aviator** " | Forum Profile | BoardReader

aviator light - Google Search

May 8, 2008 **...** Customize: Customize "'98 Explorer motor swap info :: Explorer | Mountaineer |
**Aviator** :. RE: Side view mirror **light** will not go off. **...**
boardreader.com/fp/Ford_Discussion_Forum_for_Must_14406/ Explorer_Mountaineer_**Aviator**_37015.html - 104k
- Cached - Similar pages

### Anywhere Map - Detail
**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. **...**
www.anywheremap.com/detail.aspx?ID=226 - 94k - Cached - Similar pages

### Luckyduck.com: Welcome!
The A2 **Aviator** is ideal for anyone spending long periods in the dark. **...**
powerful than a 3 D-cell flashlight and will **light** up anything you need to see, **...**
www.luckyduck.com/index.php?/shop/details/9 - 26k - Cached - Similar pages

### Ben Sherman 70's **Aviator** | Uncrate
Ben Sherman 70's **Aviator**. Bust out the polyester, chest hair, and gold chains:
**...** The squared shades are handmade with **light** amber tortoise shell acetate, **...**
www.uncrate.com/men/style/ sunglasses/ben-sherman-70s-**aviator**/ - 16k - Cached - Similar pages

### AvShop Pilot Shop - Oakley Crosshair Pilot Sunglasses for Women
Black Iridium lenses transmit 10% of **light** and are rated at an index of 3, making
them ideal for Sunny conditions. While not suitable for **aviation** use, **...**
www.avshop.com/product/ITEM6955/15 - 36k - Cached - Similar pages

### Lincoln **aviator** tail **light**, lincoln restoration expert
Lincoln **aviator** tail **light**, lincoln restoration expert, lincoln 175 tig welder,
lincoln nebraska independent escorts, lincoln parks noodle house.
members.lycos.nl/angelavi/vi1010.html - Similar pages

### Classic **aviator** sunglasses, Polarized **aviator** sunglasses, Mirrored **...**
Polarized **aviator** sunglasses. Polarized sunglasses can block out a greater part
of the horizontal **light** waves. Thus, only the vertical **light** waves are **...**
www.voguewear.com/**Aviator**-Sunglasses.html - 21k - Cached - Similar pages

### SureFire Illumination Tools, Flashlights, Tactical **Lights ...**
Originally developed for professional **aviators** who needed a **light** bright enough
to illuminate a 747's tail section from the ground yet not so bright that it **...**
https://www.expeditionexchange.com/surefire/ - 2k - Cached - Similar pages

### Bathroom Vanity **Lights** by Hinkley
Hinkley Lighting - **Aviator** 3-**Light** Vanity Strip in Brushed Nickel Magnifying Glass.
Hinkley Lighting - **Aviator** 3-**Light** Vanity Strip in Brushed Nickel **...**
www.csn**light**ing.com/ Bathroom-Vanity-**Lights**-by-Hinkley-C113360.html - 145k - Cached - Similar pages

### Various sunglasses Rayban - Compare all offers with Twenga
Rayban - Ray-Ban 3025 **Aviator** Silver Mirror 00359 Polarised **....** 12mm RRP: £120
Colour: Gunmetal Photochromic Lens **Light** Sensitive Frame Type: **Aviator**. **...**
www.twenga.co.uk/ dir-Fashion,Fashion-accessories,Various-sunglasses-6858 - 77k - Cached - Similar pages

### Serengeti Driver 5222 **Aviator** Sunglasses - Large - Awesome Avenue

These Serengti Large **Aviators** are THE CLASSIC SERENGETI SUNGLASSES! ... lens which
provides exceptional clarity and confidence in all **light** conditions (24% ...
www.ultimate80s.com/Products/ Serengeti-Driver-5222-**Aviator**-Sunglasses---Large__983.aspx - 42k
- Cached - Similar pages

### 2005 Lincoln **Aviator** Specifications - Complete Specs & Data at ...
Learn more about the vehicle of your choice with 2005 Lincoln **Aviator** ...
Driver and passenger power heated partial-painted door mirrors indicator **lights** ...
www.internetautoguide.com/car-specifications/ 09-int/2005/lincoln/**aviator**/index.html - 93k - Cached - Similar pages

### Porcelain and Ceramic Tiles AV **Light** 16 inch x16 inch Polished
Porcelain Tile- **Aviator** Series Accessories Opaline **Light** / 3.5"x12" / Bullnose
Natural, Bullnose Natural Click for Detail ...
flooring.builddirect.com/Porcelain-Tile/ porcelain-AV-**Light**/ProductDisplay_6933_p1_10055597.aspx - 70k
- Cached - Similar pages

### Used Lincoln **Aviator** For Sale in Calgary, Canada - Vast Autos
Find a Used Lincoln **Aviator** For Sale in Calgary, Canada. ... Third Row Seating,
Tinted Windows, Trailer Hitch, Vanity Mirror/**Light**, Xenon Headlights ...
www.vast.com/cars/used-for-sale-Lincoln. **Aviator**/location-Calgary--Canada - 96k - Cached - Similar pages

### North American **Aviator** - Adventure Flying
**Aviators** the world over, have used **light** aircraft to extend their vision of the
world. Most **aviators** that have gained some expertise in flying **light** ...
www.northamerican**aviator**.com/adventure_flying.html - 16k - Cached - Similar pages

### 2004 Lincoln **Aviator** Specifications, Data, and Car Specs at ...
View 2004 Lincoln **Aviator** specifications and car data for all vehicle ... -Door
entry **light** -Door pockets/bins for driver seat, passenger seat and rear ...
www.autobuyguide.com/2004/12-aut/ lincoln/**aviator**/specifications/index.html - 34k - Cached - Similar pages

### Clothing And Accessories online auctions at Clothing.eBay.com.au ...
Classic **Aviator Light** Brown Fashion Eyewear Sunglasses. PayPal Buyer Protection
Program, AU $5.49, AU $4.50. From Hong Kong ...
clothing.listings.ebay.com.au/Women_ Accessories_W0QQsacatZ29725QQsocmdZListingItemList - 131k
- Cached - Similar pages

### Boeing CH-47D Chinook and Visual Illusions.
Confusion of Ground **Lights** (Ground **Light** Misinterpretation). It is not uncommon
to confuse ground **lights** with stars. This occurs when an **aviator** unknowingly ...
www.chinook-helicopter.com/ standards/Illusions/Visual_Illusions.html - 27k - Cached - Similar pages

### ANVIS AN/PVS night vision goggles
The AN/AVS-6 provides imagery sufficient for an **aviator** to complete night time
missions down to starlight and extreme low **light** conditions. ...
www.x20.org/nightvision/ anvis_an_avs_6_night_goggles.htm - 56k - Cached - Similar pages

### Photo of the Wright Brothers' first flight signed by Orville Wright
Tiny tear at top edge, **light** creasing to lower margin, and **light** ... Famous **Aviator**
best known for being the first pilot to break the sound barrier. ...
www.maxrambod.com/**aviation**.htm - 14k - Cached - Similar pages

### John Ross Article

is a long way from creating another **aviator**, especially if his parents are
ambivalent (let alone hostile) to **aviation**. Second, the "**Light** Sport" category ...
www.john-ross.net/osh2.php - 18k - <u>Cached</u> - <u>Similar pages</u>

### LED Lenser V2 **Aviator** torch : LED Lenser torches - Airplan Flight
LED Lenser V2 **Aviator** torch (LEDV2AVIATOR) by LED Lenser torches - The **Aviator**
**...** to conventional torch bulbs which convert typically only 5% to **light**. ...
www.afeonline.com/shop/product_info.php?products_id=379 - 50k - <u>Cached</u> - <u>Similar pages</u>

### Alabama **Aviator** - Alabama Airports - Flight Schools in Alabama and ...
See the Best in **Aviation** Weekend Activites. 12/3/2007 - Experimental **Light** Sport
Aircraft Judgment Day is Looming. If you have not registered and certified **...**
www.alabama**aviator**.com/index.asp?record_no=11854 - 35k - <u>Cached</u> - <u>Similar pages</u>

### USED LINCOLN **AVIATOR** FOR SALE on TheBigLot.com
Are you looking to buy a 2004 LINCOLN **AVIATOR**? Save money and buy from private
seller. This suv is diamond dust white pearl with **light** dove grey leather **...**
www.thebiglot.com/car_listings/ LINCOLN_**AVIATOR**_for_sale.htm - 29k - <u>Cached</u> - <u>Similar pages</u>

### Planenews **Aviation** News Portal - **Light** Aircraft Crashed in Russia ...
May 5, 2008 ... Your **aviation** news and services. ... P96-Golf ultra **light** aircraft manufactured
by Tecnam (Italy) crashed in the Chelyabinsk Region of **...**
planenews.com/modules.php?name=News& file=article&sid=9333 - 40k - <u>Cached</u> - <u>Similar pages</u>

### Flying Solo: The **Aviator** and Libertarian Philosophy - Paul A ...
**...** view him in a more favorable **light**. The **Aviator** does acknowledge the dark
sides to Hughes's character and presents some of his more questionable deeds, **...**
mises.org/story/2609 - 248k - <u>Cached</u> - <u>Similar pages</u>

### Helmet mounted **aviation** night vision illuminating device - Patent ...
1, also connected pivotally to the helmet 26 is an **aviator's** night vision imaging
system 28 which amplifies **light**. It is preferably of the type which uses **...**
www.wikipatents.com/5083246.html - 109k - <u>Cached</u> - <u>Similar pages</u>

### Nomex **Aviator** Gloves
Cyalume **Light** Sticks (Chemical **Light** Sticks) · Drag Bags · Dry Bags / River
Crossing Bags ... Nomex **Aviator** Gloves. click on picture for full description **...**
www.kitbag.com.au/category24_1.htm - 26k - <u>Cached</u> - <u>Similar pages</u>

### SURE-FIRE FLASHLIGHT MODEL A2 AVAITOR - LIGHTING - SUREFIRE ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright **...**
www.wellingtonsurplus.com.au/.../**LIGHT**ING/ SUREFIRE+FLASH**LIGHTS**/LT3920/+SURE-FIRE+FLASH**LIGHT**
+MODEL+A2+AVAITOR - 31k - <u>Cached</u> - <u>Similar pages</u>

### 2004 Lincoln **Aviator** Specifications at Automobile Magazine
View comprehensive 2004 Lincoln **Aviator** specifications and data at Automobile
**...** too **light** or heavy, has the right balance between power and gas mileage, **...**
www.automobilemag.com/am/ 2004/lincoln/**aviator**/specifications.html - 88k - <u>Cached</u> - <u>Similar pages</u>

### **Aviation** Supplies & Academics: Preflight a Fixed Wing **Light**-Sport ...

Sport Pilot: Choosing the **Light**-Sport Aircraft that's Right for You ...
**Aviation** Supplies & Academics, Inc. 7005 132nd Place SE | Newcastle WA 98059-3153 ...
www.asa2fly.com/ Pref**light**-a-Fixed-Wing-**Light**-Sport-Aircraft-for-Sport-Pilots--P608_product1.aspx - 50k
- Cached - Similar pages

**[PDF]** unglasses ilots:
File Format: PDF/Adobe Acrobat - View as HTML
A sunglass frame should be sturdy enough to take some abuse. without breaking,yet
**light** enough to be comfortable.An **aviator**'s sunglasses should fit ...
www.faa.gov/pilots/safety/ pilotsafetybrochures/media/sunglasses.pdf - Similar pages

Visual Acuity with AN/PVS-5A Night Vision Goggles and Simulated ...
Because present generation flashblindness materials permit about 20 percent **light**
transmission in the one state (about the same as the **aviator's** ...
stinet.dtic.mil/oai/oai?verb=getRecord& metadataPrefix=html&identifier=ADA212673 - 6k - Cached - Similar pages

Used Cars, Magnolia AR :: 2005 Lincoln **Aviator** 43 : Magnolia Motor ...
Oct 7, 2007 ... Hi, Check out this vehicle: 2005 Lincoln **Aviator**. Verification Code ... 2005,
Lincoln, **Aviator**, **Light** Tundra Metallic ...
www.magnoliamotorcompany.com/ 2005_lincoln_**aviator**_43.php - 103k - Cached - Similar pages

VLJ MAGAZINE | VLJ Group Welcomes GMAA | Adam, Very, **Light** ...
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/ vlj_group_welcomes_gmaa.html - 27k - Cached - Similar pages

SafeAviator - Petzl Tactikka Plus
This **light** system seems to have been designed with **aviators** in mind. This headlamp
has a lens that is easily flipped up or down depending on your need for ...
www.safe**aviator**.com/index_files/Page864.htm - 83k - Cached - Similar pages

CafeFX Recreates The **Aviator's** Record-Setting | Design News
They tapped the radiosity **light** engine to calculate **light** bounce and ...
"Working on 'The **Aviator**' was very exciting for all of us," says Braet. ...
www.dexigner.com/design_news/610.html - 29k - Cached - Similar pages

SureFire A2 **Aviator** Dual Output Hybrid Tactical LED Xenon Bulb ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
mountsplus.com/thestore/prods/SUR-A2-HA-BL.html - 28k - Cached - Similar pages

The **Aviator** corrections
Mistakes, goofs, pictures, quotes, trailers and trivia for The **Aviator** and other
... In the long shot, his hands are actually lit by a hidden **light** to ...
www.moviemistakes.com/film4676/corrections - 36k - Cached - Similar pages

Surefire A2 **Aviator** review - CandlePowerForums
Oct 6, 2006 ... The A2 **Aviator** was the **light** that sparked my interest in high-end flashlights,
in a Surefire advertisement in Popular Science magazine. ...
www.candlepowerforums.com/vb/showthread.php?t=107355 - 154k - Cached - Similar pages

2003 Lincoln **Aviator**

aviator light - Google Search

Having mistakenly titled it Lincoln Navigator instead of **Aviator**, ... the roof
rack, door handles, **light** casings and, of course, the waterfall grill and ...
www.wheels.ca/article/28564 - 61k - Cached - Similar pages

### Lincoln **Aviator** Fog **Light** - Car Parts Wholesale

Home > Cars > Lincoln **Aviator** Parts > Fog **Light**. Lincoln **Aviator** Fog **Light**.
Lincoln **Aviator** 2003-2005 Fog **Light**. "FOG **LIGHT** ASSEMBLY, DRIVER OR PASSENGER ...
www.carpartswholesale.com/ parts/lincoln/**aviator**/fog_**light**.html - 72k - Cached - Similar pages

### Millerhaus Distributing

The image "http://site-lights.ws/images/cust. Brand New Item! **Aviator** Flight Line
System. includes both **light** and heavy leads. free shipping ...
www.millerhausdistributing.ws/page3.html - 46k - Cached - Similar pages

### [PDF] White **Light** Redundancy

File Format: PDF/Adobe Acrobat - View as HTML
Marine Corps Individual Assault Kit; an A2 **Aviator**,. a dual output incandescent/LED
**light** (the author's. favorite, especially useful with the red lamp or ...
www.surefireinstitute.com/ images/pdfs/White_**Light**_Article.pdf - Similar pages

### eBay – Ray-Ban sunglasses, RayBan sunglasses and rayban **aviator** ...

NEW Ray Ban **AVIATOR** Sunglass RayBan 3268 041/71 Pewter. This seller accepts PayPal
... ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 ...
clothing.listings.ebay.com/Sunglasses_Ray-Ban_
W0QQdfspZ32QQlopgZ2QQsacatZ79732QQsocmdZListingItemList - 123k - Cached - Similar pages

### Jim N Texas! » 2007» October

Oct 5, 2007 ... I have the ' **Aviator Light**' XM subscription which shows NEXRAD radar, echo tops,
TFRs, METARs, TAFs and precipitation. Don't tell XM, ...
grayraven.com/JimNtexas/?m=200710 - 52k - Cached - Similar pages

### YouTube - Street **Light** Youth: The **Aviator** (Part I)

Street **Light** Youth @ The Premier Pool Club Ipswich 20/01/06.
www.youtube.com/watch?v=sc1pRyYAlVw - 57k - Cached - Similar pages

### Doug Ritter Special Edition MkII Photon Freedom Micro-**light**

eQ Multi-**Light**. D.R. eQ Multi-**Light**™ · Pocket Survival Pak. Pocket Survival Pak™ ·
**Aviator** Survival Pak. Ultimate **Aviator** Survival ...
www.equipped.org/dr_photon.htm - 33k - Cached - Similar pages

### Sunfire **Aviator** Flashlight w/White LED

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.camcor.com/cgi-bin/cat/id=1050954398 - 30k - Cached - Similar pages

### New Balance Combed Cotton Liner (12 Pairs) - **Aviator**/Grey/Black ...

**Aviator**/Grey/Black, Pink/**Light** Blue/Fusion Green. Color: **Aviator**/Grey/Black.
New Balance Combed Cotton Liner (12 Pairs). View Larger Image ...
www.shoebuy.com/ new-balance-combed-cotton-liner/209447/458965 - 42k - Cached - Similar pages

### Detroit-D Lowered Lincoln **Aviator** on 22's (Black on Black) - Romeo ...

aviator light - Google Search

I switched over all my interior and exterior lighting from **light** bulbs to white
LED - over 120 LEDs all together. Detroit-D's 2003 Lincoln **Aviator** Romeo, ...
www.cardomain.com/ride/2193413 - 72k - Cached - Similar pages

### EAA e-Hotline Electronic Newsletter

Apr 6, 2007 **...** Fantasy Air USA of Sanford, North Carolina, U.S. Distributor of Fantasy Air
Allegro **Light** Sport Plane, has adopted the **Light**-Sport **Aviators'** ...
members.eaa.org/home/ehotline/070406.html - 56k - Cached - Similar pages



◄ Goooooooooogle ►

**Previous** 1 2 **3** 4 5 6 7 8 9 10     **Next**

aviator light            Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼

Sign in



| aviator light | Search |

Advanced Search
Preferences

**Web**                                          Results **301** - **400** of about **433,000** for **aviator** **light**. (0.60 seconds)

strobe **light**
sozluk.sourtimes.org/show.asp?t=strobe+**light** - Similar pages

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

Home Improvement,Replacement Window,Sunroom,Bathroom,Kitchen ...
May 19, 2008 ... lowe's home improvement **aviator light** lowe's home improvement bar stools lowe's
home improvement bathrooms lowe's home improvement blinds ...
wikihost.org/wikis/homepruved/ programm/gebo.prg?name=start - 49k - Cached - Similar pages

Lincoln **Aviator** Accessories - ShopSAR.com
Our Price: $99.00, 2004-2006 Lincoln **Aviator** Chrome Tail **Light** Bezels List Price:
$236.00 Our Price: $167.00. BV4005, PP42640, TL26846 ...
www.shopsar.com/Lincoln-**Aviator**-Accessories-s/156.htm - 79k - Cached - Similar pages

Taking flight: more than a glitzy Ford Explorer, the 2003 Lincoln ...
During our test drive of the 2003 **Aviator**, steering was feather-**light** around
town, but could provide aggressive feedback during high-speed cornering. ...
goliath.ecnext.com/coms2/gi_0199-3222096/ Taking-**flight**-more-than-a.html - 25k - Cached - Similar pages

Fossett Missing, Air Search Intensifies | **Aviation**
More than a dozen aircraft are searching for record-holding **aviator** Steve Fossett,
missing for more than 24 hours after Fossett took off in a **light** aircraft ...
www.**aviation**.com/flying/ 070904-steve-fossett-missing.html - 37k - Cached - Similar pages

White **Light**
From L to R the SureFire 6P, A2 **Aviator**, E2E w/TID, E2D Exec. Defender, M3 Combat
**Light**. The SureFire **lights** with strike bezels and the GG&G T.I.D.s are ...
www.demibarbito.com/white**light**.html - 24k - Cached - Similar pages

eBay Singapore Shop - RICHMUN Sunglasses,Collectables: RAY BAN ...
USA B&L RAY BAN 50 mm G-15 lenses for CARAVAN **AVIATOR**. S$ 50.31, Buy It Now ...
ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342. S$ 172.73 ...
stores.ebay.com.sg/RICHMUN-Sunglasses-Collectables_ RAY-
BAN_W0QQcolZ2QQdirZ1QQfsubZ15350438QQftidZ2QQtZkm - 79k - Cached - Similar pages

LINCOLN **AVIATOR** Wood Dash,Pillar Post,Rear Wing,Car Cover,Tonneau ...
2003 **AVIATOR** LINCOLN B&I and Putco Fender Trims · 2003 **AVIATOR** LINCOLN B&I Rocker
... EWD Side Molding Cover · 2003 **AVIATOR** LINCOLN EWD Tail **Light** Cover ...
www.exoticwooddash.com/SiteMapCategories. aspx?vmake=LINCOLN&vmodel=**AVIATOR**&vyear=2003 - 76k
- Cached - Similar pages

Aircraft carrier - Wikipedia, the free encyclopedia

aviator light - Google Search

A bright orange "source" **light** was shone into the mirror creating
the "ball" (or "meatball" in later USN parlance) which could be seen by the
**aviator** who ...
en.wikipedia.org/wiki/Aircraft_carrier - 169k - Cached - Similar pages

### Compare To Ray Ban Sunglasses - Large Polarized **Aviator**
This large **Aviator** features a light weight yet durable metal frame, polarized
lenses to reduce glare and full UV protection. **...**
www.thesunglassmanonline.com/ index.asp?PageAction=VIEWPROD&ProdID=1962 - 38k - Cached - Similar pages

### G by GUESS - Sunglasses - Find, Compare, and Buy at DealTime
G by GUESS Mono Lens **Aviator**. Masculine meets style. Meets 100% UV requirements.
Optically correct. Constant tint for bright **light** absorption. **...**
www.dealtime.com/xDN-sunglasses--gby_guess_merch - 75k - Cached - Similar pages

### Superpages Shopping: Health And Beauty > Personal Care > Eye Care ...
**Aviator** Metal Eyeglasses 39dollarglasses.com Store Rating 2.50 25 reviews,
**Aviator** Metal Eyeglasses Frame with **light** & thin Rx lenses, UV & Scratch coatings **...**
shopping.superpages.com/39dollarglasses--pl800206129 - 117k - Cached - Similar pages

### **Aviation** Gifts
Softly glowing cabin &amp; engine **lights** shine all night.<br /><br /> Perfect
for the **aviation** enthusiast or pilot in your life.0 points **...**
www.squidoo.com/**Aviation**gifts - 177k - Cached - Similar pages

### Maxfire LX Tactical **Light**
The package says this **light** is 12 times brighter than an AA flashlight. I compared
this **light** to the much more expensive Surefire **Aviator** A2 which belonged **...**
www.alpharubicon.com/prods/maxfiretemplar.htm - 5k - Cached - Similar pages

### Surefire A2 **Aviator**, by Brad - Outdoors-Magazine.com
be my jacket **light** in the winter, my BOB **light** in the summer, and even my camping
**light**. I feel that the **Aviator** is one of the most well-designed and **...**
outdoors-magazine.com/s_article.php?id_article=176 - 33k - Cached - Similar pages

### A-D
**Aviator** · **Aviator Light** ... Capone **Light** · ITC Caribbean Roman · Carl Beck ·
Carlisle · Carmela · Carmine Tango · Carnavale Delight **...**
www.paratype.ru/astore/reflist1.htm - 48k - Cached - Similar pages

### Full Spectrum **Light** Products: Ott sunglasses, Longstar **Light** bulb ...
OTT Full Spectrum Sun Glasses - **Aviator** style. $39.95. $36.95/ea. $34.95.
Other Full Spectrum **Light** Products:. LIT036. Longstar 30 watt Full Spectrum **Light** **...**
https://www.momentum98.com/ott.html - 67k - Cached - Similar pages

### Sunglasses
The new generation of **aviator** sunglasses: extremely **light** and flexible thanks to
very pure titanium and unmistakeable to no-screw lens mounting. **...**
shopping.ninemsn.com.au/.../**aviator**/347-9156/ forsale?text=category:sunglasses+Sunglassestype:**Aviator** - 133k
- Cached - Similar pages

### Bright **Lights** Film Journal | French & American Beauty

**Light**-spirited energy, a dash of social comment — Jour de Fete could be described,
... The **Aviator** (2004) also put me in mind of all things mid-20th century ...
www.bright**lights**film.com/52/frenchamerican.htm - 26k - <u>Cached</u> - <u>Similar pages</u>

## 5-13. Mike Lite (lip **light**)
NOTE MK-1, Mount Kit (NSN 6240-01-362-4902) mounts the lip **light** to the **aviator**'s
microphone. MK-1, Mount Kit is issued with an assortment of clips to ...
www.tpub.com/content/**aviation**andaccessories/ TM-1-8415-216-12P/css/TM-1-8415-216-12P_173.htm - 21k
- <u>Cached</u> - <u>Similar pages</u>

## Lincoln **Aviator** 2003 To 2005 Trailer Wiring Harness Without ...
Lincoln **Aviator** 2003 To 2005 Trailer Wiring Harness Without Factory Tow Package
40335 Lincoln ... left turn, taillight **light** / stop **light** for your trailer.
www.autoaccessconnect.com/av20trwihawi.html - 32k - <u>Cached</u> - <u>Similar pages</u>

## Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebuster ...
These Classic **Aviators** filter out all blue-spectrum **light** and eliminate glare,
resulting in sharp, high definition imagery. Lenses also feature shatterproof ...
www.fullspectrumeyewear.com/sunglasses/ blue-buster-sunglasses/**aviator**/**aviator**.html - 21k
- <u>Cached</u> - <u>Similar pages</u>

## SureFire A2 **Aviator** Compact Flashlight A2-HA LED FREE UPS Best ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 Light ...
SureFire A-2 OD Hard Compact **Aviator** Flash-**light** A2-HA; Two 123A Lithium ...
www.opticsplanet.net/ surefire-handheld-flash**light**-a2-ha.html - 64k - <u>Cached</u> - <u>Similar pages</u>

## Ar15 / M16 Weapons and Accessories
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.policeweaponsupply.com/Flash_**Lights**.html - 40k - <u>Cached</u> - <u>Similar pages</u>

## American DJ **Aviator**
The **Aviator** is designed for those who have a lot of fixtures and want to set it
and forget it. The **Aviator**-32 works like the four **Light** Co-Pilots. ...
www.star**light**-online.com/**aviator**sys.htm - 5k - <u>Cached</u> - <u>Similar pages</u>

## **Aviator** Amber Lager - Old Dominion Brewing Co. - Beer Advocate
**Aviator** Amber Lager, American Amber / Red Lager style beer from Old Dominion Brewing
... It was a little **light** for me but nice. A decent amber nonetheless. ...
beeradvocate.com/beer/profile/402/4737 - 24k - <u>Cached</u> - <u>Similar pages</u>

## eBay Store - LEDwholesalers Inc: Specialty **Light**: USB flex snake ...
LEDwholesalers Inc: Specialty **Light** - USB flex snake spot 7 LED **light** for Laptop
Apple Mac, ... 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU ...
stores.ebay.ca/LEDwholesalers-Inc_Specialty-**Light**_ W0QQcolZ4QQdirZ1QQfsubZ4766696QQftidZ2QQtZkm - 79k
- <u>Cached</u> - <u>Similar pages</u>

## Safety Glasses Orange Curing **Light**-SCS Ltd
UV Dental Curing **Light** Glasses. Orange lens to filter blue **light**. ... **Aviator** Style
Curing **Light** Glasses. Curing **Light** Glasses ...
www.scs-mall.com/ eye-protection-safety-glasses/products.asp?dept=27 - 21k - <u>Cached</u> - <u>Similar pages</u>

## XeVision HID Xenon & LED lighting technology for aerospace and ...

LED Technology High Performance Cree LED flashlights - the **aviator's** choice **...**
50 watt XV-36 HID landing **light** in cowling and two XePulse pulsed 50 watt **...**
www.xevision.com/ - 43k - Cached - Similar pages

### Aviator: Looking' Good the Classic Way

This unique design of the **aviator** sunglasses provided the most cover for the eye,
preventing as much of the eye as possible from being exposed to the **light. ...**
www.learnaboutsunglasses.com/**aviator**.html - 13k - Cached - Similar pages

### Buy A Used LINCOLN AVIATOR | AutoHopper.com

Interested in buying a used 2004 LINCOLN **AVIATOR**? I am selling one in HOWELL, NJ.
This suv is diamond dust white pearl with **light** dove grey leather leather **...**
www.autohopper.com/car_listings/LINCOLN_**AVIATOR**.asp - 30k - Cached - Similar pages

### Canadian Aviator Magazine - VLJ STATUS REPORT

Personal or very **light** jets — typically defined as carrying one to six seats,
**.....** In the next issue of Canadian **Aviator**, we'll follow-up with lesser-known **...**
www.canadian**aviator**magazine.com/content/view/65/144/ - 54k - Cached - Similar pages

### Product: Aviator Stainless Steel Tritium Watch

Watches -. **Aviator** Stainless Steel Tritium Watch ... Constructed out of Stainless
Steel and equipped with a Tritium **light** source makes this Smith & Wesson **...**
www.smith-wesson.com/webapp/wcs/stores/servlet/ ProductDisplay?catalogId=10001&storeId=10001&produ... -
43k - Cached - Similar pages

### Adventurous aviator Fossett reported missing

Sep 4, 2007 **...** US adventurer and world **aviation** record-holder Steve Fossett is **...** Steve Fossett's
Bellanca Citabria Super Decathlon is a **light** plane, **...**
www.cbc.ca/world/story/2007/09/04/fossett-missing.html - 32k - Cached - Similar pages

### Serengeti Medium Aviator - $84.99 - Sunglasses - EyeWear.com

Serengeti **Aviator** Series The lenses change as quickly as the scenery. When you're
on the road, the **light** can be unpredictable. Your eyes demand a level of **...**
www.eyewear.com/products/ serengeti-medium-**aviator**-15184.html - 26k - Cached - Similar pages

### Martin Scorsese bio: Shine a Light: The IMAX Experience Director

Silence (2008) The Rise of Theodore Roosevelt (2008) Shine a **Light** (2007) The
Departed (2006) The **Aviator** (2004) Dino (2002) Gangs of New York (2002) **...**
www.tribute.ca/people/Martin+Scorsese/3192/16086 - 31k - Cached - Similar pages

### Lincoln Aviator - Wikicars

The Lincoln **Aviator** was a mid-size luxury sport utility vehicle sold between **...**
Black; Charcoal Beige; Dark Blue Pearl; Ivy Parchment; **Light** French Silk **...**
wikicars.org/en/Lincoln_**Aviator** - 27k - Cached - Similar pages

### Aviator sunglasses | Wholesale Sunglasses Blog

Oct 29, 2007 **...** Polarized **aviator** sunglasses. Polarized sunglasses can block out a greater part
of the horizontal **light** waves. Thus, only the vertical **light ...**
www.wholesalesunglassblog.com/ 2007/10/29/**aviator**-sunglasses/ - 41k - Cached - Similar pages

### RIMLESS AVIATOR RB 3214 :: RAY-BAN

aviator light - Google Search

RAY-BAN RIMLESS **AVIATOR** RB 3214 RUTHENIUM/**LIGHT** BLUE GRADIENT SILVER MIRROR.
Colour: RUTHENIUM/**LIGHT** BLUE GRADIENT SILVER MIRROR (004/7C D) ...
www.otticanet.com/ray-ban.cfm?p_codice_ occhiale=RIMLESS_**AVIATOR**_RB_3214&glasses_type=2 - 36k
- Cached - Similar pages

### Adesso Architect Table Lamp - 3155, Adesso **Aviator** Table Lamp - 5160
**Aviator** Table Lamp. Each lamp has a half moon frosted glass shade with a satin steel
..... This advanced technology combines cool-burning **light** with energy ...
www.absolutehome.com/home/1/index1.html - 104k - Cached - Similar pages

### **Aviator** Sunglasses, Vintage **Aviator** Sunglasses, Cheap **Aviator** ...
We're your #1 source for Discount Vintage **Aviator** Sunglasses. ... when you ensure
your **aviator** sunglasses are coated with ultraviolet **light** protection. ...
www.impostercity.com/**Aviator**-c-61.html - 39k - Cached - Similar pages

### Imago Metrics: FR_<title>Imago Metrics: MAKO FInger **Light**
Originally designed for fighter pilots, the NVG version is designed to be used
in conjunction with the **aviator's** NVG while flying and operating in low-**light** ...
www.imagometrics.com/FLReviews/fngrlght.htm - 40k - Cached - Similar pages

### Lincoln **Aviator** Antilock Brake **Light** | Auto Parts For Lincoln ...
Lincoln Parts Outlet is the #1 Source For lincoln **aviator** antilock brake **light**,
auto parts for lincoln continental, lincoln Is intake system At Discounted ...
lincolnpartsoutlet.com/Car-and-Truck-Parts/Other-Parts - 42k - Cached - Similar pages

### LED Lenser V2 **Aviator** Price Comparison - Prices at idealo.co.uk
LED Lenser V2 **Aviator** Torch: price from £17.99 (23-May-2008) - find the cheapest
... LED Lenser Police Tech Focus · Varta L.E.D. 3-In-1 Head **Light** 3AAA ...
www.idealo.co.uk/compare/ 859977/led-lenser-v2-**aviator**.html - 32k - Cached - Similar pages

### Steelebrook **Aviation** Tools, Jacks and LED **Lights** for Grumman ...
**Aviation** Tools, Jacks and LED **Lights** for Grumman American AA1 Yankee, Lynx, T-Cat,
AA5 Traveler Cheetah Tiger, Homebuilt, Sport Aircraft.
www.steelebrook.com/index.htm - 24k - Cached - Similar pages

### 2004 Lincoln **Aviator** Wiring Diagram
Jan 14, 2005 ... Car Security and Convenience Forum, 2004 Lincoln **Aviator** Wiring Diagram, Car Alarms,
... Brake **Light**, **LIGHT** GREEN (+), AT SWITCH ABOVE PEDAL ...
www.the12volt.com/installbay/forum_posts.asp~TID~47735 - 79k - Cached - Similar pages

### 2004 Lincoln **Aviator** Standard Equipment and Specs
Center high mounted stop **light**. Driver and passenger airbags ... Cars.com does
not have NHTSA crash-test ratings for the 2004 Lincoln **Aviator** Ultimate. ...
www.cars.com/go/crp/research.jsp?section=features& crpPage=features.jsp&makeid=28&modelid=6348... - 134k
- Cached - Similar pages

### UL Pilot to Sport Pilot - Golden Age **Aviation** in Cushing, OK.
Oklahoma **Aviator** in Cushing, OK. Your window to Oklahoma **Aviation**...Past ...
Were you a registered ultra **light** pilot prior to September 1, 2004? Hawk-UL ...
www.oklahoma**aviator**.com/ GAA_ul_pilot_to_sport_pilot.shtml - 9k - Cached - Similar pages

### SureFire Tactical **Lights** - Replacement Lamps

SureFire MA02 - 50 Lumen Lamp for A2 **Aviator**. The MA02 lamp assembly fits A2
**Aviator** flashlights and produces 50 lumens of **light** for one hour. ...
www.copquest.com/18-1300.htm - 25k - Cached - Similar pages

### SureFire LED Weapon **Lights**: Find, Compare, Read Reviews & Buy ...

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: ...
shopping.yahoo.com/ s:Flash**lights**:132608-Flash**light**%20Type=Weapon%20**Lights**:4168-Brand=SureFire:4430-
Bulb%2... - 60k - Cached - Similar pages

### Ray Ban Sunglasses: **Aviator**, Predator, Balorama, Polarized RB Eyewear

RB Ray Ban Sunglasses: **Aviator**, Predator, Balorama, Polarized RB Eyewear. ...
The materials for the frames are in ultra-**light** resins, special metals and ...
www.eyewearandsunglasses.com/1-ray-ban-sunglasses.htm - 32k - Cached - Similar pages

### Eagle Eyes **Aviator** Sun Glasses Eagle Eyes Sunglasses - Buy It Now!

EAGLE EYES "**Aviator**" have been enjoyed by millions of people worldwide that demand
... harmful UV rays in and darkening useful, vision-enhancing **light** rays. ...
www.dutchguard.com/ee-**aviator**-p-sun.html - 52k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**

The products are associated with **aviation** and personal security for law enforcement
and ... MK3 LIP **LIGHT** is an enhanced version of our previous lip **lights**. ...
www.s-lite.com/ - 23k - Cached - Similar pages

### Lincoln **Aviator** Parts - Lincoln **Aviator** Accessories at Auto Parts ...

We stock Lincoln **Aviator** Parts and Accessories and offer free shipping on most US
... 2003-2005 Lincoln **Aviator** - Replacement Passenger Side Fog **Light** ...
www.autopartswarehouse.com/ models/lincoln~**aviator**~makemodel.html - 202k - Cached - Similar pages

### 2004 Lincoln Next-Generation **Aviator** Concept

"The next-generation **Aviator** is a new kind of Lincoln; ... The seats feature a
combination of **light** and dark plush leathers with textured leather accents on ...
www.seriouswheels.com/cars/ top-2004-Lincoln-Next-Generation-**Aviator**-Concept.htm - 27k
- Cached - Similar pages

### CASCO "JEB'S" DEMI JET JUMP **AVIATOR LIGHT** Tg. M su eBay.it Jet e ... - [ Translate this page ]

Trova CASCO "JEB'S" DEMI JET JUMP **AVIATOR LIGHT** Tg. M nella categoria Moto ricambi
e accessori, Caschi e Visiere, Jet e Demi-Jet su eBay.it.
cgi.ebay.it/ws/eBayISAPI.dll?ViewItem& item=200180025907&indexURL= - 151k - Cached - Similar pages

### Refinery29 Shops :: Men :: Mannequin **Light** Tortoise **Aviator** Frame

Manufactured in the same factory as Balenciaga's frames, this large classic
**aviator** shape comes in a sumptuous orange tie dye acetate.
www.refinery29shops.com/product. php?productid=17612&cat=108 - 25k - Cached - Similar pages

### [PDF] I T E M O M W T Best regards

File Format: PDF/Adobe Acrobat - View as HTML
It is emphasized that ambiguous information from **lights** for **aviation** and ...
Thus a marine **light** signal code must not mean a different thing to an **aviator**. ...
www.ieawind.org/Task_11/InvitetoMeet/ Invitations%20/Invitation_46_Obstacle_Marking.pdf - Similar pages

### **Aviation** Today :: Categories :: Commercial

aviator light - Google Search

At A Glance: Cessna Aircraft and Eclipse **Aviation** plan to begin delivering very
**light** jet (VLJ) models this year. Each aircraft training program includes: ...
www.avtoday.com/categories/commercial/?skp=5370 - 36k - Cached - Similar pages

### Sywell Aerodrome - Events - **Light** Aircraft Fly-In
Sywell Aerodrome. Sywell One of the best General **Aviation** Airfields in the UK
... Early Season **Light** Aircraft Fly-In ... **Aviator** Hotel on 01604 642111.
www.sywellaerodrome.co.uk/april2007flyin.php - 8k - Cached - Similar pages

### 2005 Lincoln **Aviator** New Car Buyer's Guide
Rounding out the changes to the 2005 Lincoln **Aviator** are the addition of three
exterior colors and one for the interior. Camel with **light** parchment ...
www.autobytel.com/.../viewGuide/year_si/2005/ make_vch/Lincoln/model_vch/**Aviator**/xml/2005-lincoln-**aviator**.xml
- 33k - Cached - Similar pages

### Surefire A2 **Aviator** Torch/Flashlight - Mind Your Fingers
Extremely compact (shirt pocket size) dual-output hybrid flashlight for **aviation**,
camping, self-defense, and general use. Features two types of **light** ...
www.mindyourfingers.co.uk/P112.html - 78k - Cached - Similar pages

### Movie review: 'The **Aviator**' | Metromix Chicago
Written by John Logan ("Gladiator and "Any Given Sunday") "The **Aviator**" begins
with Hughes as a boy with his indulgent mother, bathed in golden **light**. ...
chicago.metromix.com/movies/review/ movie-review-the-**aviator**/159391/content - 25k - Cached - Similar pages

### simMarket: PC **AVIATOR** - MEGASCENERY X - DALLAS/FORT WORTH
Jun 8, 2007 **...** This is a boxed product and will be despatched by PC **Aviator** USA. .... No...
it's not just random **lights** - NightScene Technology knows where ...
secure.simmarket.com/product_info.php?products_id=2431 - 61k - Cached - Similar pages

### General **Aviation** Aircraft
A two seat, 125 hp, general **aviation** **light** plane. A full ver 1.9 Plane, Panel,
Sound Pkg. The aircraft modeled, Reg_ID:G-BYMP is privately owned. ...
www.farmboyzimsf**lights**ims.com/GA.html - 32k - Cached - Similar pages

### Shine A **Light** - Trailers, Videos, Clips, Episodes and Previews for ...
Oscar-winning cinematographer Robert Richardson (JFK and The **Aviator**) supervised
... Shine A **Light** In theaters September 21. Oscar-winning filmmaker Martin ...
video.tvguide.com/Shows/Shine%20A%20**Light** - 72k - Cached - Similar pages

### ARMY HAS NEW **LIGHT** TO GUIDE AIR RAIDERS; Flare Suspended by ...
U feet it will : **light** a circular area one and a half miler In diameter. When on
a bombi:y raid, an **aviator** flies at a low height, more generally keeping 5 ...
query.nytimes.com/gst/ abstract.html?res=FA091FFE3C5D147A93C3AA178CD85F4C8185F9 - 7k
- Cached - Similar pages

### VEDALO HD Sunglasses by ColorEyes
Rimless Small **Aviator** glasses with an ultra-**light** design. Will fit most faces.
Copper-Rose lenses come with a Copper frame. ...
www.marvgolden.com/sunglasses/coloreyes.htm - 34k - Cached - Similar pages

### **Aviator** » Designers sunglasses for men and women

aviator light - Google Search

The Ray Ban 3030 **Aviator** frames also have an extended piece behind the ear to
keep the sunglasses in place. Lenses are available in **light** gray, ...
dbsunglasses.com/category/style/**aviator**/ - 29k - Cached - Similar pages

**[PDF]** **TAA5025 general aviation services.indd**
File Format: PDF/Adobe Acrobat - View as HTML
6400 S. **Aviator** Ln. M-F 7-6. Flight training school. JIM'S AIRCRAFT. 822-1919 or
883-7104. 6244 S. **Aviator** Ln. M-F 8-5, Sat 8-12. Maintenance on **light** ...
www.tucsonairport.org/media/ryanrunway_map.pdf - Similar pages

**Keyword Album: USE**
Keywords: Robert Blevins, Blevins, HH-65, 65, helicopter, **aviation**, **aviator**,
lighthouse, **light** house, folly beach, south carolina, air station charleston, ...
cgig.uscg.mil/media/main.php?g2_ view=keyalbum.KeywordAlbum&g2_keyword=USE - 42k
- Cached - Similar pages

**Clip-on power source for an aviator's night vision imaging system ...**
The ANVIS power source works well during its intended primary use mode of providing
visual clues to **aviators** during low-**light** flight conditions. ...
www.freepatentsonline.com/6081094.html - 37k - Cached - Similar pages

**Thirty Thousand Feet - Aviation Merchandise**
Ace's Pilot Shop On line pilot shop with logbooks, aircraft accessories, training
aids, books, videos, **aviation** software, **lights**, computers, training guides ...
www.thirtythousandfeet.com/products.htm - 77k - Cached - Similar pages

**Vanity Strip Lights, Contemporary Strip Lights, Transitional Strip ...**
Hinkley Lighting - **Aviator** 1-**Light** Wall Sconce in Brushed Nickel · Hinkley Lighting -
**Aviator** 1-**Light** Wall Sconce in Brushed Nickel $70.20 Free Shipping! ...
www.justvanities.com/Vanity-Strip-**Lights**-C15173.html - 134k - Cached - Similar pages

**Making Light: Wise up**
Dec 13, 2006 ... Welcome to Making **Light's** comments section. ... As I keep saying: he's an **aviator**,
and thus not to be trusted in government. ...
nielsenhayden.com/making**light**/archives/008389.html - 54k - Cached - Similar pages

**Aviator - RSS Archive**
Or you can stick with the classic **aviator** (which is what I prefer for my face
shape), especially ones with thin **light**-toned earpieces. ...
www.topblogarea.com/rss/**Aviator**.htm - 33k - Cached - Similar pages

**39dollarglasses.com -- Metal Eyeglasses - Prescription eyeglasses**
Metal Frame eyeglasses with **light** & thin Rx lenses, ... **Aviator** Frame with **light** &
thin Rx lenses, UV & Scratch coatings, and polished edges ... $39.00 ...
www.39dollarglasses.com/11000.html - 48k - Cached - Similar pages

**Improving student naval aviator aircraft carrier landing performance**
focused through a Fresnel lens so that the **light** is only vis- .... most difficult,
tasks that a naval **aviator** will ever perform. ...
doi.wiley.com/10.1002/pfi.193 - Similar pages

**Free Shipping on All Bathroom Vanity Lights, Major Savings On All ...**

aviator light - Google Search

Hinkley Lighting 5270BN - **Aviator** 1-**Light** Wall Sconce in Brushed Nickel ·
Hinkley Lighting 5270BN - **Aviator** 1-**Light** Wall Sconce in Brushed Nickel ...
www.bathroomfurnituredirect.com/ Vanity-**Lights**-C36112.html - 136k - Cached - Similar pages

**Bathroom Vanity Lights, Bath Vanity Lights, Bathroom Vanity Strip ...**
Hinkley Lighting 5270BN - **Aviator** 1-**Light** Wall Sconce in Brushed Nickel Magnifying
Glass. Hinkley Lighting 5270BN - **Aviator** 1-**Light** Wall Sconce in Brushed ...
www.everyfaucet.com/Vanity-**Lights**-C26652.html - 144k - Cached - Similar pages

**Aviator Shooting Glasses / HiDefSpex Aviator Shooting Glasses -- Orvis**
The design of these **aviator** shooting glasses positions the lens close to the eye for
... LTM stands for **light** transmission--the higher the percentage, ...
www.orvis.com/store/ product_choice.asp?pf_id=92GK&dir_id=1089&group_id=1127&cat_id=13298&... - 52k
- Cached - Similar pages

**CGTalk - Little Aviator, A.baldasseroni (3D)**
Jan 14, 2006 ... I usually do use standard **lights**, but not with the proficiency you .... My idea
was to make a little male **aviator**, but surely if so many ...
forums.cgsociety.org/archive/index.php/t-44325.html - 26k - Cached - Similar pages

**Radiation Safety Glasses, Leaded Eyeware**
Click here to view: **Aviator** Metal 600 Antique Gold Radiation Glasses ... High-Lite
Transmission Lenses with 20% More Visible **Light**, 1.80 High Index Lenses. ...
www.phillips-safety.com/ Radiation-Protection/Non-Prescription.htm - 28k - Cached - Similar pages

**2008 Lincoln Aviator Review Pricing**
The 2008 Lincoln **Aviator** is spacious, comfortable and elegant SUV. ... cargo area
**light** Memorized settings memorized settings for 2 drivers memorized ...
www.allautoreviews.com/auto_reviews/ lincoln/lincoln-**aviator**.htm - 79k - Cached - Similar pages

**PUMA Paso Roble Light Matte Brown/Dark Brown Lens - Aviator at ...**
PUMA Paso Roble (**Light** Matte Brown/Dark Brown Lens) - **Aviator**; Read PUMA Paso
Roble product reviews, or select the PUMA Paso Roble size, width, ...
www.zappos.com/gs/ puma-paso-roble-**light**-matte-brown-dark-brown-lens-**aviator**.shtml - 71k
- Cached - Similar pages

**Flickr: freshface32's Photostream**
The Duke **Aviator** Sunglasses Gold **light** $24.00 price includes shipping ...
Two fresh Retro **Aviator** Sunglasses white smoke $24.00 price includes shipping ...
www.flickr.com/photos/freshface32/ - 46k - Cached - Similar pages

**Light aircraft lands on top of another in TX - Airwarriors**
Go Back, Airwarriors > Naval **Aviator's** Forum > Miscellaneous · Reload this Page
**Light** aircraft lands on top of another in TX ...
www.airwarriors.com/forum/showthread.php?p=439327 - 42k - Cached - Similar pages

**Block Radius - Block Radius**
**Aviators** in **Light** Mirror Lens (Buy 3 Get Free Shipping) · **Aviators** in **Light** Mirror
Lens (Buy 3 Get Free Shipping) $12.99, Retro Plastic **Aviator** II (Buy 3 ...
www.blockradius.com/ - 27k - Cached - Similar pages

**One night in the war on terror | American Handgunner | Find ...**

An Emerson CQC-7 rode in his Camelbak BT hydration unit/backpack, along with a
SureFire C2 Centurion flashlight, and a SureFire **Aviator light** was stashed ...
findarticles.com/p/articles/ mi_m0BTT/is_178_29/ai_n15628941 - 43k - <u>Cached</u> - <u>Similar pages</u>

### The wings of change: The Register-Guard, Eugene, Ore.
Mar 23, 2008 **...** Eckertson became certified as a sport pilot for **light**-sport aircraft (LSA), a
class of **aviator** below private pilot that has been offered ...
www.registerguard.com/csp/cms/sites/dt. cms.support.viewStory.cls?cid=80332&sid=39&fid=1 - 39k
- <u>Cached</u> - <u>Similar pages</u>

### Polarized Sunglasses, Clip on sunglasses, Polarized Clip-ons ...
RA Series, **Aviator** Bifocal Sunglasses, Reading Sunglasses with Spring Temples.
$28.95 **...** 10) RA 250 Gunmetal Frame with **Light** Gray lens. ...
www.polarizedoptics.com/catalog/product_info. php?
products_id=390&osCsid=ffb7791b7df652ace541241b74af6c24 - 31k - <u>Cached</u> - <u>Similar pages</u>

### vB Easy Archive - Ran Ban **Aviator**
Got a pair of BRAND NEW Ray Ban **Aviator** Sunglasses for sale with orignal case
and everything Colour: **light** brown lens Bought at $92.95 + tax ...
www.howardforums.com/archive/topic/159589-1.html - 5k - <u>Cached</u> - <u>Similar pages</u>

### Roost 2007
Our Coast Guard **aviation** history is long and distinguished and tonight we **...**
another caution **light** - they worry about everything - usually about the lack **...**
www.aoptero.org/roost07dc/Roost07.php - 10k - <u>Cached</u> - <u>Similar pages</u>

### F-100 Super Sabre US Air Force Jet Fighter Model Planes, Plastic ...
Deep Flight **Aviator**: **light**-weight, high-powered composite airframe with wings, ·
The Deep Flight **Aviator** - Unique Hydrobatic Submersible Craft ...
yellowairplane.com/Models_Fighters/ airplane_models_F-100_Super_Sabre.html - 50k - <u>Cached</u> - <u>Similar pages</u>

### Tactical Flashlights For Home Defense - Popular Mechanics
SureFire's most technically advanced **light** is the A2 **Aviator** Digital Plus.
This is the first handheld with an on-board microprocessor that adjust the digital current ...
www.popularmechanics.com/ outdoors/adventures/1278126.html?page=3 - 40k - <u>Cached</u> - <u>Similar pages</u>

### Chief Aircraft Inc - Aircraft Parts - Michelin Aircraft Tires
It also features Michelin's tough MX1000 tread compound for long life and a
specialized sidewall compound to protect against ultraviolet **light**. **Aviator** ...
www.chiefaircraft.com/ airsec/Aircraft/Tires/Michelin.html - 19k - <u>Cached</u> - <u>Similar pages</u>

### Cars and Trucks for sale in NC
2005 Lincoln **Aviator Light** Tundra Clearc - Matthews NC 28105 · 2005 Lincoln
**Aviator** Silver Birch Clearc - Matthews NC 28105 ...
www.autonetclassifieds.com/ carsforsale/Vehicles.aspx?State=NC - 272k - <u>Cached</u> - <u>Similar pages</u>

### Paintball gloves reviewed - BlackHawk and Hellstorm
**Light** enough to use in most any weather, the Stealth **Aviators** offer hi-tech
protection with a tailored fit. Being able to quickly pull out a pod or work a **...**
www.specialopspaintball.com/articles/glovesreview.asp - 28k - <u>Cached</u> - <u>Similar pages</u>

### Aqua **Light** Swimming Mask - Pool Toys - Swimming Goggles & Masks ...

The Aqua **Light** Swim Mask lets little swimmers explore underwater all day - and
night - long. That's because this **aviator**-style mask comes equipped with dual **...**
www.toysplash.com/Product/Aqua**Light**SwimmingMask - 38k - Cached - Similar pages

## Florida Gun Exchange

A2 **Aviator** Originally developed for professional **aviators** -- who needed a **light**
bright enough to illuminate a 747's tail section from the ground, **...**
www.floridagunexchange.com/ asp/prodtype.asp?prodtype=114 - 128k - Cached - Similar pages



**Previous** 1 2 3 **4** 5 6 7 8 9 10        **Next**

aviator light                                    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web** Images Maps News Shopping Gmail more ▼

Sign in

 aviator light [ Search ]

Advanced Search
Preferences

**Web** Books Video    Results **401 - 500** of about **405,000** for **aviator light**. (0.68 seconds)

### The effects of **light** characteristics on avian mortality at lighthouses
**aviator** safety and flashing or strobe **light** systems sat-. isfy current governmental
regulations on obstruction. lighting (Transport Canada 2000). ...
www.blackwell-synergy.com/ doi/pdf/10.1111/j.0908-8857.2003.03183.x - Similar pages

### Amron International, Inc.
Surefire MA02 Lamp Assembly for **Aviator** The MA02 lamp assembly fits A2 **Aviator**
flashlights and produces 50 lumens of **light** for 1 hour. ...
www.amronintl.com/tactical/browseb.cfm?id=34 - 43k - Cached - Similar pages

### Millite - Operational Finger Flashlights
The Millite is a finger mounted ultra bright LED flash **light**. It was specially
designed for **aviators** and military professionals and is rugged, powerful and ...
www.zahal.org/millite/p1.htm - 24k - Cached - Similar pages

### Men's Soccer Team set to play Polytechnic Saturday at **Aviator** Field
Sep 27, 2007 ... The venue for the game has been changed to **Aviator** Field. ... Follow road to 65th
Street Exit, at **light** make a right. ...
www.mountsaintvincent.edu/2976.htm - 22k - Cached - Similar pages

### Surefire 2
Surefire A2 **Aviator**, LED White, Red, Green, Blue or Yellow-Green LED's.
Originally developed for professional **aviators** -- who needed a **light** bright enough ...
www.enforce-logic.co.uk/surefire_2.htm - 52k - Cached - Similar pages

### US Army Combat Readiness/Safety Center » BestPractices » Lessons ...
Ground **light** misinterpretation. This illusion can occur when ground **lights** are
confused with stars or other aircraft. An **aviator** who confuses ground **lights** ...
https://.../BestPractices/detail.asp?iData=10& iCat=606&iChannel=29&nChannel=BestPractices - 58k
- Cached - Similar pages

### **Aviator** Glasses - Compare Prices, Reviews and Buy at NexTag ...
Hinkley **Aviator** One-**Light** Bath Fixture. This contemporary one-**light** bath fixture
is finished in brushed nickel and accented with sharp etched opal glass. ...
www.nextag.com/**aviator**-glasses/search-html - 114k - Cached - Similar pages

### White **Aviator** - Compare Prices, Reviews and Buy at NexTag - Price ...
Making an astonishing impression, this **Aviator** is sure to take the spot **light**
with its inquisitive dial. - Case: Polished stainless steel - Dial Color: ...
www.nextag.com/white-**aviator**/search-html - 109k - Cached - Similar pages

### Amazon.com: **Aviator** Long-Sleeve Work Shirt **Light** Blue L-L: Apparel

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Amazon.com: **Aviator** Long-Sleeve Work Shirt **Light** Blue LL: Apparel.
www.amazon.com/.../o/ASIN/ B00007I7OV%253FSubscriptionId=1HVCHF1SXF821QCXT6G2 - 135k
- Cached - Similar pages

## Amazon.com: **Aviator**™ 5-blade 52-inch Ceiling Fan, **Light** Fixture ...
Amazon.com: **Aviator**™ 5-blade 52-inch Ceiling Fan, **Light** Fixture with Opal Ribbed
Glass: Kitchen & Dining.
www.amazon.com/ **Aviator**-5-blade-52-inch-Ceiling-Fixture/dp/B0002YPPUY - 142k - Cached - Similar pages

## Lincoln **Aviator** Brake Pads | Always In Stock - EBC, Akebono, 03-05
App: 2003-2005 Lincoln **Aviator** Brand: EBC Part #: DP61686 Notes: "EBC GREENSTUFF
6000 SERIES 4x4 SUV AND **LIGHT** TRUCK BRAKE PAD SET -- Made From Select ...
www.racepages.com/parts/brake_pads/lincoln/**aviator**.html - 55k - Cached - Similar pages

## Serengeti Pergusa **Aviator** Sunglasses - MyPilotStore.com
Serengeti Pergusa **Aviator** Sunglasses by Serengeti Eyewear 6956 6958 6959 6960
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4470 - 26k - Cached - Similar pages

## Serengeti Velocity Titanium **Aviator** Sunglasses - MyPilotStore.com
Serengeti Velocity Titanium **Aviator** Sunglasses by Serengeti Eyewear 6935 6691
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4475 - 26k - Cached - Similar pages

## **Aviator** SGA-**Light** : Font File Details : MyFonts
Here's a partial character map for **Aviator** SGA-**Light**. This is for quick reference
only and may not constitute the entire character set provided in the font. ...
www.myfonts.com/fonts/spiecegraphics/ **aviator**-sg/**aviator**-sga-**light**/mac-ttf/230104/ - 17k - Cached - Similar pages

## **Aviator** SGA-**Light** : Font File Details : MyFonts
Here's a partial character map for **Aviator** SGA-**Light**. This is for quick reference
only and may not constitute the entire character set provided in the font. ...
www.myfonts.com/.../230090/ ?s=Lazy+movers+quit+hard-packing+of+papier-mache+jewelry+boxes.+&case=lower
- 17k - Cached - Similar pages

## Clip-on power source for an **aviator's** night vision imaging system ...
The ANVIS power source works well during its intended primary use mode of providing
visual clues to **aviators** during low-**light** flight conditions. ...
www.patentstorm.us/patents/6081094/fulltext.html - 38k - Cached - Similar pages

## Clip-on power source for an **aviator's** night vision imaging system ...
The ANVIS power source works well during its intended primary use mode of providing
visual clues to **aviators** during low-**light** flight conditions. ...
www.patentstorm.us/patents/6081094-description.html - 28k - Cached - Similar pages

## Search by Foundry: FontHaus - Fonts.com
Adonis Old Style **Light** Package Adonis Old Style **Light** Package Font .... **Aviator Light**
Package **Aviator Light** Package Font ...
www.fonts.com/findfonts/searchresults. htm?st=5&cid=FontHaus - 245k - Cached - Similar pages

## Randolph Info Page

Limits the transmittance of blue **light**, thus increasing contrast and visual acuity.
Randolph Engineering and **Aviation** have been partners for many, ...
www.tagpilotsupply.com/index. asp?PageAction=Custom&ID=52 - 35k - Cached - Similar pages

### Sky's The Limit **Aviation** Product Listing - clocks
**Aviation** Clocks Price $32.99 Altimeter **Aviator** Alarm Clock Has rotating airplane
hands **Light** up 3.5" Also: Horizon-DG-VOR Call: 1-800-537-8785 Item #2502 ...
airplanegifts.com/store/commerce.cgi?product=clocks - 21k - Cached - Similar pages

### 2005 Lincoln **Aviator** Specs, Engine Performance & Other Car ...
Find a comprehensive list of 2005 Lincoln **Aviator** car specs at ... Driver and
passenger power heated partial-painted door mirrors indicator **lights** ...
www.motortrend.com/cars/2005/ lincoln/**aviator**/specifications/index.html - 53k - Cached - Similar pages

### 2003 Lincoln **Aviator** Specs, Engine Performance & Other Car ...
Find a comprehensive list of 2003 Lincoln **Aviator** car specs at ... Door entry **light**.
-. Door pockets/bins for driver seat, passenger seat and rear seats ...
www.motortrend.com/cars/2003/ lincoln/**aviator**/specifications/index.html - 52k - Cached - Similar pages

### Millite Finger **Light** White LED
Also available - Millite Finger **Light** NVG, specially designed for **aviators** using
Gen II/III class A&B **Aviator** Night Vision imaging systems (ANVIS). ...
www.brightguy.com/products/ Millite_Finger_**Light**_White_LED.php - 28k - Cached - Similar pages

### Millite Finger **Light** NVG LED
Features of Millite Finger **Light** NVG LED: - LED covered with a unique NVG compatible
optical filter designed for **aviators** using Gen II/III class A&B **Aviator** ...
www.brightguy.com/products/ Millite_Finger_**Light**_NVG_LED.php - 28k - Cached - Similar pages

### RAYBAN **AVIATOR** RB3025 L2823/ 0092 - £78.19
RAYBAN **AVIATOR** RB3025 L2823/ 0092. (product ID: 11773). Lens Size: 58mm ...
**Light** And Motion Stella 180 Li-Ion **Light** 07/08 Cyclestore clearance range of ...
www.cyclestore.co.uk/productDetails.asp?productID=11773 - 108k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Step Up The Challenge And Enjoyment Of Your Flight Simulator VFR & IFR Cross
Country Flying With The High Performance Mooney M20J.
www.pc**aviator**.com/dlstore/product.php?productid=398 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...
Piper Cherokee 180F For FS2004 and FSX X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product. php?productid=22&cat=5&page=1 - 42k - Cached - Similar pages

### SERENGETI MEDIUM **AVIATOR** SUNGLASSES - 6826
These lenses eliminate the "blue blur". The blue in the **light** spectrum is where
the strain occurs. The Serengeti **Aviator** sunglass lens have scratch/impact ...
www.boonesky.com/ index.asp?PageAction=VIEWPROD&ProdID=3707 - 50k - Cached - Similar pages

### SERENGETI SUNGLASSES - MEDIUM **AVIATOR** - 5223
These lenses eliminate the "blue blur". The blue in the **light** spectrum is where
the strain occurs. The Serengeti **Aviator** sunglass lens have scratch/impact ...
www.boonesky.com/ index.asp?PageAction=VIEWPROD&ProdID=3224 - 30k - Cached - Similar pages

aviator light - Google Search

## eBay Blogs - All Things **Aviation**

Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces such as water ...
blogs.ebay.co.uk/jet**aviator**7 - 57k - Cached - Similar pages

## Airbag **light** flashing code 51 - Ford Forums - Mustang Forum, Ford ...

Oct 17, 2007 ... The airbag **light** is flashing the 51 code, then it stays on solid while ...
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ airbag-**light**-flashing-code-51-a-153816/ - 72k - Cached - Similar pages

### O/D **light** flashing - Ford Forums - Mustang Forum, Ford Trucks and Cars

My O/D **light** started flashing and the transmission would not shift correctly.
... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/o-d-**light**-flashing-156899/ - 99k - Cached - Similar pages

## 2004 Lincoln **Aviator** Specifications, Standard Features, & 2004 ...

Search for 2004 Lincoln **Aviator** specifications at AutoMallUSA.net; ... -Door
entry **light** -Door pockets/bins for driver seat, passenger seat and rear seats ...
www.automallusa.net/2004/ lincoln/**aviator**/specifications.html - 44k - Cached - Similar pages

## ray ban mirrored **aviators** - - Shopping.com

Ray Ban sunglasses **Aviator** RB3320 042/8Z : Satin silver frame / **Light** brown. ....
Ray Ban sunglasses **Aviator** RB3243 004/7C : Gunmetal frame / APX **Light** blue ...
www.shopping.com/-ray+ban+mirrored+**aviators** - 187k - Cached - Similar pages

## Sunglasses and Sunglasses Replicas » Blog Archive » **Aviator** ...

Nov 6, 2007 ... The dark teardrop shaped glasses protect the eye completely and do not let any
**light** come in. **Aviator** glasses have known to make a style ...
www.sunglasseswholesalemall.com/?p=10 - 11k - Cached - Similar pages

## Kim Landscaping Lighting, Sea Gull Disk Lighting

Description: Fixture With Five **Lights** PP8605BN, Fixture With Two **Lights** PP8602BN,
Fixture With One **Light** PP8601BN, 4 **Light** Bath Bracket 5105-04-55, **Aviator** ...
www.1stop**light**ing.com/fixture/3/indexb368.html - 46k - Cached - Similar pages

## Discover Fonts: Tag Cloud

Adonis Old Style SG-**Light** · Preview: Adonis Old Style SG-**Light** · Download | Permalink
... **Aviator** SG-**Light**. Preview: **Aviator** SG-**Light** · Download | Permalink ...
www.discoverfonts.com/tagcloud.aspx/1920s - 88k - Cached - Similar pages

## Ray-Ban 3025 **Aviator** Photochromic Brown 0014I > Ray-Ban Sunglasses ...

Colour: Photochromic Brown 0014I Lens **Light** Sensitive Frame Type: **Aviator** Lens
Colour: Brown Frame Colour: Gold Ray-Ban 3025 **Aviator** Black L2823 (£78.00) ...
www.sunglasses-shop.co.uk/.../Ray-Ban-Sunglasses/ Ray-Ban-3025-**Aviator**-Photochromic-Brown-0014I/2969.htm
- 53k - Cached - Similar pages

### Carrera Champion **Light** Havana > Carrera Sunglasses > UK Sunglasses

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Carrera-Sunglasses/Carrera-Champion-**Light**-Havana/4470.htm - 49k
- Cached - Similar pages

### Lights, LED Lights, Outdoor Lights & Hunting Lights : Cabelas
Discover high performance **lights**, LED **lights**, outdoor **lights** and hunting **lights**
that intensify the ... Alaskan Guide Headlamps · Surefire A2 **Aviator Light** ...
www.cabelas.com/subcat-1/cat20091.shtml - 52k - Cached - Similar pages

### Lincoln Aviator Parts - Lincoln Aviator Accessories | Car Stuff
Replacement Passenger Side Fog **Light** 2003-2005 Lincoln **Aviator**. "FOG **LIGHT**
ASSEMBLY, DRIVER OR PASSENGER SIDE -- A High Quality, Direct Fit OE Replacement ...
www.car-stuff.com/lincoln**aviator**parts.htm - 200k - Cached - Similar pages

### Omaha's Army Navy Military Surplus - BRITISH WW2 LIFE PRESERVER LIGHT
BRITISH WW2 LIFE PRESERVER **LIGHT**. AVA1824. Click to enlarge. Original GI.
Original GI. British **aviator** rescue **light**. new original surplus. do not work ...
www.omahas.com/catalog/product_info.php?products_ id=1870&osCsid2=8d0vo6jej4sgfvrqbinatu9lv3 - 20k
- Cached - Similar pages

### Doug Ritter Aviator Survival Paks
Click here to place your order for a Doug Ritter **Aviator** Survivor Pak™ ...
Doug Ritter Special Editon Essential Gear™ eQ Hands-Free Multi-**Light** ...
www.dougritter.com/DR-**aviator**_survival_pak_contents.htm - 167k - Cached - Similar pages

### Survive!: My Fight for Life in the High Sierras - Google Books Result
by Peter Deleo - 2005 - Biography & Autobiography
The **light** is accompanied by a second **light** farther down the tower, signifying it's an **aviator-light**
tower on the eastern slope of the mountain range, ...
books.google.com/books?isbn=0743276566**...**

### Lincoln Aviator Maintenance and Repair - CarSpace Automotive Forums
Apr 21, 2008 ... #649 of 656: Problems with break **lights** on my **aviator** 03 by marta5 ... Whats wrong
with my break **light**?They DO NOT work when i drive or back ...
townhall-talk.edmunds.com/direct/view/.ef22f48/641 - 63k - Cached - Similar pages

### Sport Aviator - www.masportaviator.com
Once the charger's red **light** blinks, the battery pack is ready to go. ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ va.asp?ArticleName=Cox%20P-47%20Thunderbolt - 38k - Cached - Similar pages

### Lincoln Aviator Engine Parts - Engine Part - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... Our Lincoln **Aviator**
engine parts are built to strongly withstand wear and tear giving you ...
www.partstrain.com/ShopByDepartment/ Engine_Parts/LINCOLN/**AVIATOR** - 55k - Cached - Similar pages

### Compare Serengeti Sunglasses - Aviator Large Prices - Shop for ...
Serengeti Large **Aviator** Drivers Gradient Sunglasses (**Aviator**) Photochromatic -
Automatically adjusts to changing **light** conditions. ...
www.mysimon.com/9015-11022_8-26020886.html - 112k - Cached - Similar pages

### Serengeti Small Aviator Rx Prescription Sun Glasses w/ FREE UPS
The lenses of the Sun Glasses are specially tailored to fit the **light** ...
Serengeti Prescription Small **Aviator** Sun Glasses lens are the preferred lens of ...
www.eyewearplanet.com/ serengeti-**aviator**-prescription-sunglasses.html - 78k - Cached - Similar pages

### Serengeti Driver 7095 Aviator Sunglasses - Small - Awesome Avenue

"Sunglasses - Serengeti Driver 7095 **Aviator** Sunglasses - Small ... lens which
provides exceptional clarity and confidence in all **light** conditions (24% ...
www.ultimate80s.com/Products/ Serengeti-Driver-7095-**Aviator**-Sunglasses---Small__980.aspx - 42k
- Cached - Similar pages

### Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebuster ...
**Aviator** Frame w/Blue **Light** Busting Lens. Classic Bluebuster Sunglasses,
Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebusters, Blue **Light** ...
www.maximumeyewear.com/productfolder/ blue-buster-sunglasses/classic/classic.html - 12k
- Cached - Similar pages

### Canine **Aviator** Coats
**Light** Brown **Aviator** Dog Coat Dress your dear dog in the tip-top height of style
in our **light** brown **Aviator** Raincoat with synthetic Sherpa lining. ...
www.poochiekingdom.com/ccdw/canine**aviator**coats.shtml - 11k - Cached - Similar pages

### AvShop Pilot Shop - Oakley Crosshair Pilot Sunglasses
Black Iridium lenses transmit 10% of **light** and are rated at an index of 3, making
them ideal for Sunny conditions. While not suitable for **aviation** use, ...
www.avshop.com/product/ITEM6640/402 - 38k - Cached - Similar pages

### **Aviator** Sunglasses - Mysterious - Dangerous -Intriguing
Jan 3, 2007 ... **Aviator** Sunglasses are made to be **light** and sturdy. **Aviator** Sunglasses come with
the recognizable oval polycarbonate lenses made in various ...
ezinearticles.com/ ?**Aviator**-Sunglasses---Mysterious---Dangerous--Intriguing&id=403453 - 45k
- Cached - Similar pages

### **aviator** Police **Light** Sound - Buy Lincoln **aviator** Police **Light** Sound
**aviator** Police **Light** Sound custom parts for your Lincoln. Lincoln Police **Light**
Sound at great value for your **aviator**.
www.yourhotcar.com/product/list/ All/Lincoln/**aviator**/Police_**Light**_Sound - 39k - Cached - Similar pages

### Sn contemporary pendant **lights** at TheFind.com - search, discover ...
PLC Lighting Contemporary/Modern 1812-SN - **Aviator** Multi-**Light** $368.00.
Cooking.com · PLC Lighting... PLC Lighting Contemporary/Modern 357-SN - ...
www.thefind.com/homefurnishings/ info-sn-contemporary-pendant-**lights** - 260k - Cached - Similar pages

### Used Lincoln **Aviator** Parts > Lincoln **Aviator** Parts For Sale ...
Used 2003 Lincoln **Aviator** Turn Signal **Light**. 2003 Lincoln **Aviator**, Turn Signal
**Light** Driver Rear I only need the lense cover - the **light** works only plastic ...
www.automotix.net/ partshotline-lincoln-**aviator**-requests.html - 75k - Cached - Similar pages

### VLJ MAGAZINE | The Promise of VLJs | Jet, **Light**, Very, Jets, Personal
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/the_promise_of_vljs.html - 26k - Cached - Similar pages

### Bathroom Lighting - PriceGrabber.com
Hinkley Lighting 5270BN **Aviator** 1-**Light** Wall Sconce in Brushed Nickel. 1 WEEK
Delivery Guarantee. No Return Fees. Additional year of warranty. ...
indoors.pricegrabber.com/bathroom-**light**ing/p/1445/ - Similar pages

### [PDF] New Noga **Light** Ltd.

**File Format:** PDF/Adobe Acrobat - View as HTML
NL-93 ANVIS Goggles - **Aviator**'s Night Vision Imaging System. New Noga **Light**'s
NL-93 is a lightweight ANVIS. Binocular that can be mounted on a variety of ...
www.eurosatory.mod.gov.il/pdfs/SOD_NewNoga**Light**.pdf - Similar pages

### Aircraft Accidents and Incidents Associated with Visual ...
Descriptors : *PILOTS, *BRIGHTNESS, *LIGHT SOURCES, *VISUAL
PERCEPTION, *EXPOSURE(PHYSIOLOGY), *AVIATION ACCIDENTS, *NIGHT FLIGHT, CIVIL **AVIATION**, ...
stinet.dtic.mil/oai/oai?&verb=getRecord& metadataPrefix=html&identifier=ADA465917 - 7k - Cached - Similar pages

### 2005 Lincoln **Aviator** Photos & Pictures at InternetAutoGuide.com
View 2005 Lincoln **Aviator** photos at InternetAutoGuide.com; choose between interior
and exterior ... 2005 **Aviator** tail **light** · 2005 **Aviator** front door handle ...
www.internetautoguide.com/car-photos/ 09-int/2005/lincoln/**aviator**/index.html - 83k - Cached - Similar pages

### LINCOLN **Aviator** driving **light** - PIAA 2100X Xtreme White SMR ...
Add safety with style to your LINCOLN **Aviator** with the PIAA 2100X SMR driving
lamp NOW! Excellent visibility and wider range of **light** that allows you to see ...
www.eautoworks.com/html/ORD-1-1-1-98383.cfm - 24k - Cached - Similar pages

### Anywhere Map - Detail
**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=160 - 95k - Cached - Similar pages

### **Aviator**, **Aviation** & Pilot Flashlight Stories from SureFire
I bought the SureFire A2 **Aviator**® because the **light** was designed for **aviators**.
While somewhat costly compared to the other **lights**, I knew I had to add it to ...
www.surefire.com/maxexp/main/ co_disp/displ/sesent/00/keyrf5/98/strfnbr/6 - 41k - Cached - Similar pages

### Army Cadet **Aviator** canteen abd 2 waterproof containers
Cyalume **Light** Sticks (Chemical **Light** Sticks) · Drag Bags · Dry Bags / River
Crossing Bags ... Army Cadet **Aviator** Hip Flask Plus Two Survival Containers ...
www.kitbag.com.au/category815_1.htm - 26k - Cached - Similar pages

### All Things **Aviation**
While polarized lenses are very popular, they are not recommended for use in the
**aviation** environment. While they are useful for blocking reflected **light** ...
all-things-**aviation**.blogspot.com/ - 69k - Cached - Similar pages

### Surefire LED runtime vs. Arc LS [Archive] - CandlePowerForums
Mar 1, 2002 ... I hope SF puts the 5mm rather than the 3mm nichias in the **aviator** so there will
be more usable **light**. Question: In regards to the L1 as ...
www.candlepowerforums.com/ vb/archive/index.php/t-5641.html - 16k - Cached - Similar pages

### **Aviation** Gifts
Softly glowing cabin &amp; engine **lights** shine all night.<br /><br /> Perfect
for the **aviation** enthusiast or pilot in your life.0 points ...
www.squidoo.com/**aviation**gifts - 177k - Cached - Similar pages

### Taking flight: more than a glitzy Ford Explorer, the 2003 Lincoln ...

aviator light - Google Search

During our test drive of the 2003 **Aviator**, steering was feather-**light** around
town, but could provide aggressive feedback during high-speed cornering. ...
goliath.ecnext.com/coms2/summary_0199-3222096_ITM - 31k - Cached - Similar pages

### Serengeti Large **Aviator** Sunglasses (62mm, black) - Sporty's Pilot Shop
Ray-Ban **Aviator** (62mm)... Zaon Portable Collision Avoidance System... Suction Cup
Instrument **Light**... IFR Tri-Fold Kneeboard by Sporty's. ...
www.sportys.com/acb/showdetl. cfm?DID=19&Product_ID=1915 - 106k - Cached - Similar pages

### Gianni Versace - **Aviator** Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ... VERSACE 0VE2070
104/513 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES * VERSACE CASE PLUS ...
shopping.aol.com/**aviator**+sunglasses/sunglasses-type-1429/ manufacturer-vendors_gianni-versace-VERSA/ - 175k
- Cached - Similar pages

### PROGR-S**aviator** Serengeti Small **Aviator** Rx Progressive Sun Glasses ...
The lenses of the Sun Glasses are specially tailored to fit the **k** ...
Serengeti Perscription Small **Aviator** Progressive Sun Glasses lens are the ...
www.shoptics.com/si-rx-progr-s**aviator**.html - 65k - Cached - Similar pages

### Midair Collision Avoidance
But once in awhile a conscientious general **aviation** pilot would be showing a
landing **light**, and we would see the traffic immediately. ...
www.sw**aviator**.com/html/issued00j01/hangard00j01.html - 23k - Cached - Similar pages

### Canadian **Aviator** Magazine - VLJ Part II
In the November/December 2006 issue of Canadian **Aviator**, we looked at the six
frontrunners in Very **Light** Jet market. In this edition, some less known but ...
www.canadian**aviator**magazine.com/content/view/92/144/ - 47k - Cached - Similar pages

### Reviews for Serengeti **Aviator** Sunglasses - View or add your review!
With Serengeti **Aviator** Sunglasses there is no such thing for your eyes as an
average day. **Light** changes continually from sun-up to sundown. ...
www.opticsplanet.com/reviews/ reviews-serengeti-driversgradient-**aviator**.html - 35k - Cached - Similar pages

### SureFire Illumination Tools, Flashlights, Tactical **Lights** ...
Originally developed for professional **aviators** who needed a **light** bright enough
to illuminate a 747's tail section from the ground yet not so bright that it ...
www.expeditionexchange.com/surefire/ - 2k - Cached - Similar pages

### Refractive Eye Surgery: Is It Time For The **Aviator**?
The retina is the inner layer of the eye that senses **light**, helps you see. ....
Class I and II are approved by the FAA rules for commercial **aviation** and ...
members.eaa.org/home/medical/articles/Refractive%20Eye%20Surgery_ %20Is%20It%20Time%20For%20The%
20**Aviator**_.asp - 31k - Cached - Similar pages

### Cocoons **Aviator** XL OveRX Sunglasses - Mens Sunglasses at Peepers
... amber, copper or yellow tints) encase the eyes in a cocoon of filtered **light**,
... The **Aviator** (XL) is the largest style in the Cocoons line. ...
www.peepers.com/mens-sunglasses/ **aviator**-sunglasses/cocoons**aviator**xlsunglasses1.cfm - 66k
- Cached - Similar pages

### 2005 Lincoln **Aviator** Standard Equipment and Specs

aviator light - Google Search

Center high mounted stop **light**. Driver and passenger airbags **...** Cars.com does
not have NHTSA crash-test ratings for the 2005 Lincoln **Aviator** Luxury. **...**
www.cars.com/go/crp/research.jsp?section=features& crpPage=features.jsp&makeid=28&modelid=6348... - 134k
- Cached - Similar pages

### Serengeti **Aviator** Sunglasses

Serengeti **Aviator** Sunglasses - Features on some models. - Photochromatic -
Automatically adjusts to changing **light** conditions. **...**
www.sunglassesgiant.com/seavsu.html - 19k - Cached - Similar pages

### Sunglasses

Ray Ban sunglasses **Aviator** RB 3243... More 004/7C : Unisex, Gunmetal metal frame,
APX **Light** blue, silver gradient mirror plastic lenses, wrap shaped. **...**
shopping.ninemsn.com.au/results/sunglasses/ bcatid1225/**aviator**/347-9156/forsale?text=category:sunglasses+S... -
132k - Cached - Similar pages

### Infuser **Aviator** EPX- JHM Technologies

Infuser **Aviator** EPX ™ Semi-Automatic Plural Component Epoxy **....** Click To Download
**Aviator** EPX.PDF File · - Return to RTM / RTM **Light** Machine Page - **...**
www.rtmcomposites.com/Infuser**aviator**epx.html - 27k - Cached - Similar pages

### Brief: Summer 2000 The Hook magazine

There weren't any high-intensity deck **lights**, centerline strobes or centerline drop
**...** Being a Naval **Aviator** in that era was indeed a high-risk occupation, **...**
www.tailhook.org/BrfWi00.htm - 9k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**

THE **AVIATOR'S** COMBAT MISSION **LIGHT** is a selectable beam, variable intensity **light**
designed specifically for combat **aviators** which includes all the features **...**
www.s-lite.com/categories.php?id=6 - 16k - Cached - Similar pages

### The Southern **Aviator**

Feb 2, 2007 **...** For more information: Sport-**Aviation**-Expo.com. BY THE NUMBERS During a forum
presented by the **Light** Aircraft Manufacturers Association **...**
www.southern-**aviator**.com/editorial/articledetail. lasso?-token.key=13949&-token.src=index&-nothing - 19k
- Cached - Similar pages

### Hand mounted **aviation** night vision illuminating device - Patent **...**

There are presently on the market **aviator's** night vision imaging systems **....**
In addition, the **light** color is green and has a frequency in the range of 562 **...**
www.freepatentsonline.com/5124892.html - 32k - Cached - Similar pages

### United States Marine Corps **Aviation** - Wikipedia, the free encyclopedia

1stLt Alfred A. Cunningham, first Marine Corps **aviator** **.....** The Marine **light**
attack helicopter squadrons (HMLA) are composite squadrons of AH-1W **...**
en.wikipedia.org/wiki/ United_States_Marine_Corps_**Aviation** - 125k - Cached - Similar pages

### Men's Sunglasses

The **Light** Sensitive... More **Aviator** Sunglasses automatically adjust to changing
**light** conditions. Bushnell Sports Optics are preferred by airline pilots and **...**
shopping.msn.com/.../ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator**+price:150-199.99 - 103k
- Cached - Similar pages

### SureFire Weapon **Lights**: Find, Compare, Read Reviews & Buy Online **...**

aviator light - Google Search

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: . ...
shopping.yahoo.com/ s:Flash**lights**:132608-Flash**light**%20Type=Weapon%20**Lights**:4168-Brand=SureFire - 60k
- Cached - Similar pages

### Jim N Texas! » Blog Archive » Anywhere Map Review
I have the ' **Aviator Light**' XM subscription which shows NEXRAD radar, echo tops,
TFRs, METARs, TAFs and precipitation. Don't tell XM, but I'm also seeing ...
grayraven.com/JimNtexas/?p=372 - 66k - Cached - Similar pages

### SI-SG-**Aviator** Serengeti **Aviator** Sunglasses w/ FREE UPS
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.opticsplanet.net/ printable-serengeti-driversgradient-**aviator**.html - 27k - Cached - Similar pages

### Sunglasses Brown Gradient **Light** Gold Sunglasses - Clothing ...
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ·
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ...
www.bizrate.com/sunglasses/products_ _keyword--sunglasses+brown+gradient+**light**+gold.html - 111k
- Cached - Similar pages

### Sunglasses, Men's Accessories, Clothing, Shoes Accessories on eBay ...
ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342. This seller accepts PayPal,
S$ 172.49 ... ITALY RAY BAN CHROME BLACK SUNGLASSES **AVIATOR** RB 3295 ...
clothing-shoes-accessories.listings.ebay.com.sg/ Mens-
Accessories_Sunglasses_W0QQsacatZ79732QQsocmdZListin... - 108k - Cached - Similar pages

### SUREFIRE **lights**
[ SUREFIRE **lights** - SUREFIRE_lights - shooting supplies gun accessories Scope rings
... [ SureFire A2 **Aviator** Dual Output Hybrid Tactical LED Xenon Bulb ...
mountsplus.com/thestore/SUREFIRE_**lights**.html - 38k - Cached - Similar pages



### YouTube - Street **Light** Youth - The **Aviator**, The Twist 20 ...
Street **Light** Youth live at The Twist, Colchester April 20 2007.
2 min 24 sec - ⭐⭐⭐⭐⭐
www.youtube.com/watch?v=G03FSU4Fqqg



### Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester ...
3 min 46 sec - ⭐⭐⭐⭐⭐
www.youtube.com/watch?v=vz_-VFkQZ2E

### Lincoln takes flight—again - On Cars - Lincoln **Aviator** - Brief ...
There are more than 100 LEDs throughout the **Aviators** interior, plus an ambient
**light** sensor that determines whether it's necessary to illuminate them or not ...
findarticles.com/p/articles/ mi_m0KJI/is_6_114/ai_87421698/pg_1 - 42k - Cached - Similar pages

### Oakley Inmate Polarized **Light** W/Black Iridium Polarized - **Aviator** ...
Oakley Inmate Polarized (**Light** W/Black Iridium Polarized) - **Aviator**; Read Oakley
Inmate Polarized product reviews, or select the Oakley Inmate Polarized ...
www.zappos.com/gs/n/p/dp/39684190/c/164544.html - 69k - Cached - Similar pages

### FREE SHIPPING 9 Red **Light** LED 650 nm **Aviator** Flashlight - eBay ...

eBay: Find FREE SHIPPING 9 Red **Light** LED 650 nm **Aviator** Flashlight in the Consumer
Electronics , Gadgets Other Electronics , Laser Pointers , Other category **...**
cgi.ebay.com/ FREE-SHIPPING-9-Red-**Light**-LED-650-nm-**Aviator**-
Flash**light**_W0QQitemZ220238796339QQcmdZViewItem?... - 115k - Cached - Similar pages



**Previous**  1  2  3  4  **5**  6  7  8     **Next**

aviator light
[Search]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web Images Maps News Shopping Gmail more ▼

Sign in



aviator light                                    Search

Advanced Search
Preferences

**Web**   Video                              Results **501** - **600** of about **435,000** for **aviator** **light**. (**1.16** seconds)

### Avalon Pendant 1308, Avalon Pendant 94630-AO, Avalon Mini Pendant 1301
Description: Hinkley Lighting, **Aviator** Collection Bath **Light** 5270BN, Brushed
Nickel Finish - Etched Opal Glass , 5270BN, Hinkley Lighting , Bathroom ...
www.1stop**light**ing.com/fixture/1/index72.html - 47k - Cached - Similar pages

### Lincoln **Aviator** Parts - Partstrain.com
Like your original Lincoln **Aviator** parts, Parts Train's auto replacement parts
are made with ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByVehicle/LINCOLN/**AVIATOR** - 60k - Cached - Similar pages

### Lincoln **Aviator** Bumper - Partstrain.com
The Lincoln **Aviator** bumper comes in easy installation. It uses a high quality
metal material ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Bumper/LINCOLN/**AVIATOR** - 55k - Cached - Similar pages

### Lincoln **Aviator** Hood - Partstrain.com
If you want to purchase a new Lincoln **Aviator** hood, you can choose from the two
common types ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ ShopByDepartment/Hood/LINCOLN/**AVIATOR** - 54k - Cached - Similar pages

### Lincoln **Aviator** Mirror - Mirrors - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... At Auto Parts
Train, every exceptional quality Lincoln **Aviator** mirror we offer comes with ...
www.partstrain.com/ShopByDepartment/ Mirror/LINCOLN/**AVIATOR** - 48k - Cached - Similar pages

### RAYBAN **AVIATOR** RB3044 L2848 52MM - £76.49
RAYBAN **AVIATOR** RB3044 L2848 52MM. (product ID: 11794). Our price: £76.49 ...
CATEYE HL LD 150 5 LED WHITE FRONT **LIGHT** Cyclestore clearance range of the ...
www.cyclestore.co.uk/productDetails.asp?productID=11794 - 107k - Cached - Similar pages

### RAYBAN **AVIATOR** RB3322 004/13 - £79.89
RAYBAN **AVIATOR** RB3322 004/13. (product ID: 11829) ... **Light** And Motion ARC Ni-MH
Front **Light** 07/08 Cyclestore clearance range of. **Light** And Motion ARC Ni-MH ...
www.cyclestore.co.uk/productDetails.asp?productID=11829 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3211 004/71 - £73.94
RAYBAN **AVIATOR** RB 3211 004/71. (product ID: 11762) ... Cateye TL LD610 Rear **Light**
Cyclestore clearance range of the latest bikes and cycling products ...
www.cyclestore.co.uk/productDetails. asp?productID=11762&categoryID=624 - 108k - Cached - Similar pages

### DIM SOME STREETS TO FOIL AIR RAIDS; Tuesday Night's Tests Show ...

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

LESS **LIGHT** ON BRIDGES Glare of City Less Pronouncedwith Sky Signs Darkened-- Further
... **Aviators** were again sent up last night for further observations. ...
query.nytimes.com/gst/ abstract.html?res=F70E1FF83D5A11738DDDAF0894DE405B888DF1D3 - 9k
- Cached - Similar pages

### CHASES A ZEPPELIN ON PITCH-DARK NIGHT; British **Aviator** Describes a ...
CHASES A ZEPPELIN ON PITCH-DARK NIGHT British **Aviator** Describes a Game of ...
The Zeppelin' Ears, On the eastern horizon there is a gleam of new **light** as ...
query.nytimes.com/gst/ abstract.html?res=F60A15FB3B5C13738DDDAC0894DF405B858DF1D3 - 7k
- Cached - Similar pages

### AIRSHIPS SAIL OVER PARIS ASP SUBURBS; Aeroplanes and Dirigibles De ...
FOG PREVENTS PARADE **Aviator** Makes Fifty-Mile Trip, Crossing the Capital, to Dine
with His invalid Mother. Special Cable to THE NEW YORK TIMES. ...
query.nytimes.com/gst/ abstract.html?res=F60815F834591B728DDDAE0994DF405B808DF1D3 - 5k
- Cached - Similar pages

### 2004 Midsize Luxury V8 SUVs Comparison Test
The test track revealed that the **Aviator** was the only 'ute that couldn't run to
60 mph in under 8 seconds nor trip the quarter-mile **lights** in under 16. ...
www.edmunds.com/insideline/do/ Drives/Comparos/articleId=103303/pageId=60867 - 47k - Cached - Similar pages

### 2005 Lincoln **Aviator** Consumer Review
Vehicle: 2005 Lincoln **Aviator** Luxury AWD 4dr SUV (4.6L 8cyl 5A); Review:
2003 **Aviator** owned for 2 years. Have 48000 miles. Minimal problems (broken **light** ...
www.edmunds.com/lincoln/ **aviator**/2005/consumerreview.html - 85k - Cached - Similar pages

### NOTES & THEORIES: Through a pair of glasses darkly: the glamour of ...
The result was the classic **aviator** with a **light**-metal frame with pear-shaped
lenses designed to cover the whole of the eye's asymmetric field-of-vision. ...
findarticles.com/p/articles/ mi_qn4159/is_20060618/ai_n16490852 - 42k - Cached - Similar pages

### See and avoid! | Combat Edge | Find Articles at BNET.com
I know a lot about you since I fly the F-16, but do you know much about me, the
civilian **aviator** in my **light** aircraft? I fly an experimental aircraft with a ...
findarticles.com/p/articles/ mi_m0JCA/is_5_16/ai_n24239695 - 41k - Cached - Similar pages

### Servicing the new **light** trucks | Motor | Find Articles at BNET.com
Servicing the new **light** trucks from Motor in Autos provided free by Find ...
The **Aviator** is built off the Ford Explorer platform, and looks much like a ...
findarticles.com/p/articles/ mi_qa3828/is_200301/ai_n9212163/pg_2 - 40k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
This is another reason why Green RC Models airplanes are so **light**. .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masport**aviator**.com/ va.asp?ArticleName=Green%20Models%20Butterfly%20ARF - 59k
- Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
That is not a truly **light** wing loading when a 60-sized trainer like the Alpha
... Sport **Aviator** gets this question so many times that we wanted to answer it ...
www.masport**aviator**.com/ va.asp?ArticleName=Hobbico%20FlyZone%20Aero%20Voyager - 35k
- Cached - Similar pages

aviator light - Google Search

### Sport **Aviator** - www.masportaviator.com
Model **Aviation's** Sport **Aviator**is dedicated to helping new RC airplane pilots ...
The Thunder Tiger P-40 Warhawk is an over-powered, extremely **light** foam ...
www.maspor**taviator**.com/index.asp - 28k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Piper acquired its first **light** twin design when they purchased the Stinson ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.maspor**taviator**.com/ntp/pipertwincommanche.asp - 15k - Cached - Similar pages

## Compare Valentino Sunglasses, 5378/S, **Aviator**, Frames/ Lenses ...
Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ ·
Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ C.. ...
www.mysimon.com/9015-11022_8-38601531.html - 74k - Cached - Similar pages

### "led camper **lights**" | Flashlights at mySimon
Surefire A2-HA-GN A2 **Aviator** Flashlight Hard Anodized w/Green LEDs · $195.00.
Go to Store · Windup LED Flashlight, Crank Powered **Lights** picture ...
www.mysimon.com/9000-11032_ 8-0.html?sdcq=keyword-led+camper+**lights** - 249k - Cached - Similar pages

## Used Lincoln Parts Leads June 27, 2007 (i.e. Tail **Light**, Bumper ...
Jun 27, 2007 ... 2004 Lincoln **Aviator**, SUV, V-8, Gas/Carburetor, 4x2, Need Left rear taillight,
Any Tail **Light**, Driver (Redondo Beach, California 90278) ...
www.automotix.net/20070627-used-lincoln-parts.html - 46k - Cached - Similar pages

### Used Lincoln Parts Leads September 18, 2007 (i.e. Headlight ...
Sep 18, 2007 ... 2003 Lincoln **Aviator**, SUV, Any Headlight Assembly, Driver (Kennett, Missouri
63857) Contact Buyer. Used 2003 Lincoln **Aviator** Fog **Light** ...
www.automotix.net/20070918-used-lincoln-parts.html - 46k - Cached - Similar pages

### Lincoln **Aviator** Wheel/Tire > Why Buy New Lincoln **Aviator** Parts ...
2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-wheeltire-requests.html - 48k - Cached - Similar pages

## Image intensity degradation tester - US Patent 5335060
Therefore, blue, green, and even yellow **light** is invisible through the filter.
A filter having this capability is part of the **Aviator** Night Vision System ...
www.patentstorm.us/patents/5335060-description.html - 24k - Cached - Similar pages

### **Aviator's** night vision system - US Patent 4953963
An **aviator's** night vision system (10) includes a small, compact, ... to thereby
amplify **light** entering lenses 62 and 64 as viewed by an **aviator** from eye ...
www.patentstorm.us/patents/4953963/description.html - 29k - Cached - Similar pages

## 2004 Lincoln **Aviator** Specifications - Complete Specs & Data at ...
Learn more about the vehicle of your choice with 2004 Lincoln **Aviator** ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and rear ...
www.internetautoguide.com/car-specifications/ 09-int/2004/lincoln/**aviator**/index.html - 89k - Cached - Similar pages

## 2003 Lincoln **Aviator** Specifications - Complete Specs & Data at ...

Learn more about the vehicle of your choice with 2003 Lincoln **Aviator** ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and rear ...
www.internetautoguide.com/car-specifications/ 09-int/2003/lincoln/**aviator**/index.html - 89k - Cached - Similar pages

### E-LSA Certification/Condition Inspection Course - Golden Age ...
Oklahoma **Aviator** in Cushing, OK. Your window to Oklahoma **Aviation**...Past ...
can now certify their aircraft as an Experimental **Light** Sport Aircraft (E-LSA). ...
www.oklahoma**aviator**.com/GAA_e-lsa_certification.shtml - 5k - Cached - Similar pages

### Gianni Versace - **Aviator** Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES. * VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES * VERSACE CASE PLUS CLEANING ...
shopping.aol.com/**aviator**+sunglasses/sunglasses-dept-9027/ manufacturer-vendors_gianni-versace-VERSA/ - 174k
- Cached - Similar pages

### Helmet Displays In **Aviation** - Forward
Such devices are based on **light** amplification. Over the next 25 years, 3rd
generation I2 tubes (**Aviator**'s Night Vision Imaging System - ANVIS) and other ...
www.usaarl.army.mil/hmdbook/cp_0001_forward.htm - 14k - Cached - Similar pages

### Guess Sunglasses - PriceGrabber.com
**Aviator** style frame Bold plastic frames and arms Meets 100% UV requirements.
Optically correct. Constant tint for bright **light** absorption. ...
clothing.pricegrabber.com/sunglasses/guess/p/1429/3/ - Similar pages

### The AnarchAngel: Flashlights
Jan 16, 2006 ... The **Aviator** is a bloody great flashlight. It has two modes (momentary, and steady
on), and two different **light** sources; either a 3 led ...
anarchangel.blogspot.com/2006/01/flash**lights**.html - 38k - Cached - Similar pages

### Polarized Sunglasses, Clip on sunglasses, Polarized Clip-ons ...
Style: **Aviator** shape, extremely Comfortable and **Light** weight. This Frame is ideal
for Medium and Large Faces. Dimensions: Lens Height= 51 mm or 2.00 inches ...
www.polarizedoptics.com/catalog/product_info. php?
products_id=408&osCsid=f5f7eba63479b0d9603d80ad6f8788ed - 28k - Cached - Similar pages

### Doug Ritter **Aviator** Survival Paks
Our Doug Ritter **Aviator** Survival Paks™ are not **light**, we don't claim that; just
much lighter compared to a kit of equal performance using more traditional ...
www.dougritter.com/DR-**aviator**_survival_pak_faq.htm - 125k - Cached - Similar pages

### Metal **aviators** at TheFind.com - search, discover and compare prices
Metal **Aviators**. $15.00. OCshades.com · Ray-Ban - 3025 **Aviator**... Ray-Ban - 3025
**Aviator** Medium Metal 55 (Black/Gradient **Light** Blue Lens) - Eyewear. $100.00 ...
www.thefind.com/jewelry/info-metal-**aviators** - 269k - Cached - Similar pages

### Vehicle tail **light** lens - Patent D555816
LA Car.com, Turning Up the Heat: Lincoln **Aviator**, Jan. ... The ornamental design
for a vehicle tail **light** lens, as shown and described. Description: ...
www.freepatentsonline.com/D555816.html - 20k - Cached - Similar pages

### IR **Light** for use with night vision goggles - Patent 4547701

aviator light - Google Search

Heretofore, **aviator's** night vision imaging goggles have been designed to operate
at **light** levels down to overcast starlight conditions. ...
www.freepatentsonline.com/4547701.html - 28k - <u>Cached</u> - <u>Similar pages</u>

**Aviator's** night vision system - Patent 4953963

An **aviator's** night vision system (10) includes a small, compact, ... Night vision
goggles, that is goggles that receive ambient **light** and multiply it up to ...
www.freepatentsonline.com/4953963.html - 36k - <u>Cached</u> - <u>Similar pages</u>

Sporty's Flashlight Buyer's Guide

Surefire A2 **Aviator** Flashlight, Smith & Wesson Captain's Flashlight, Streamlight
Night Com, Dual Color LED **Light**, Flexible Neck LED **Light** ...
www.sportys.com/flash**light**guide/ - 91k - <u>Cached</u> - <u>Similar pages</u>

User Test of Beacon, **Light**, Pathfinder, Project Nr AB 2059 and AVN ...

The **lights** when coded (flashing) were visible and attracted the **aviators** at ranges
in excess of five statute miles and at absolute altitudes of 1000 feet. ...
stinet.dtic.mil/oai/oai?verb=getRecord& metadataPrefix=html&identifier=ADA030733 - 6k - <u>Cached</u> - <u>Similar pages</u>

Announcing: The Aviatrix! Fantastic new modification for Surefire ...

Apr 20, 2007 ... Support your local chicken The Ultimate **Light**: Surefire A2 **Aviator** - Thread Index!
Announcing: Aviatrix mods for Surefire A2 **Aviators**! ...
www.candlepowerforums.com/vb/showthread.php?t=162090 - 158k - <u>Cached</u> - <u>Similar pages</u>

Thread Index - Surefire A2 **Aviator** information - CandlePowerForums

Sep 9, 2007 ... Surefire A2 Runtime Tests - **Light** Output runtimes of various batteries compared!
Surefire A2 **Aviator** Accessories ====================== ...
www.candlepowerforums.com/vb/showthread.php?p=2026550 - 158k - <u>Cached</u> - <u>Similar pages</u>

**Aviator** T-Shirts and Gifts : CafePress.com : Shop Over 150 Million ...

CafePress has over 16900 unique , **aviator** designs on more than 411000 T-Shirts
... See This Design On:. **Aviation** - Fly Ash Grey T-Shirt**Light** T-Shirt $19.99 ...
www.cafepress.com/buy/**aviator**/-/pg_10 - 193k - <u>Cached</u> - <u>Similar pages</u>

Lighting Remote Airfields: A Passive Approach

SW **Aviator** Magazine. 3909 Central NE Albuquerque, NM 87108 ... In the case of
runway lighting, the **light** source is the airplane's landing **light**, ...
www.sw**aviator**.com/html/issueAM00/**light**ingAM00.html - 24k - <u>Cached</u> - <u>Similar pages</u>

Clyde, Cessna

Southwest **Aviator** is a flying magazine for pilots and **aviation** enthusiasts ...
One can hardly broach the topic of **light** aircraft without thinking of Cessna. ...
www.sw**aviator**.com/html/issueJF04/Clyde.html - 24k - <u>Cached</u> - <u>Similar pages</u>

Planenews **Aviation** News Portal - **Light** Aircraft Goes Missing in ...

Welcome to Planenews **Aviation** News Portal! Sat May 24 8:13:08 EDT ... A search
is under way today for a **light** aircraft feared missing in bad weather in the ...
planenews.com/modules.php?name=News& file=article&sid=9132 - 40k - <u>Cached</u> - <u>Similar pages</u>

Planenews **Aviation** News Portal - **Light**-Sport Aircraft Segment is ...

Sep 15, 2007 ... **Light** Aircrafts We all know there's an **aviation** boom. But, the heaviest surge
seems to be in its lightest segment. The newly simplified and ...
planenews.com/modules.php?name=News& file=article&sid=7854 - 40k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

### Planenews **Aviation** News Portal - Cessna, Cirrus Top **Light** Sport ...
Jan 19, 2008 ... **Light** Aircrafts Sebring, Fla.: Cessna Aircraft Company and Cirrus Design ...
by a half-dozen manufacturers at the U.S. Sport **Aviation** Expo. ...
planenews.com/modules.php?name=News& file=article&sid=8544 - 40k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Pergusa Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Pergusa Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-**aviator**-pergusa-sunglasses.html - 77k - Cached - Similar pages

### Serengeti Rx Prescription Medium **Aviator** Sunglasses w/ FREE UPS
Serengeti Rx Medium **Aviator** Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-medium-**aviator**-sunglasses.html - 79k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Napoli Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Napoli Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-sport-**aviator**-napoli-sunglasses.html - 78k - Cached - Similar pages

### Kevin Kelly -- Cool Tools
SureFire A2 **Aviator Light** $140 (LED: green or white only) Available from Fox Fire
Rescue Police Equipment. Or $188 from Amazon (LED: white only) ...
www.kk.org/cooltools/archives/ cat_general_purpose_tools.php - 341k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
MK3 LIP **LIGHT** is an enhanced version of our previous lip **lights**. ... IN NIGHT
COMBAT OPERATIONS, **aviators** often operate with night vision goggles (NVG), ...
www.s-lite.com/products.php?id=22 - 19k - Cached - Similar pages

### Brushed Nickel 3 **Light** Vanity Home Lighting - Home & Garden ...
Find deals on Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel
5273BN - Forte Lighting 5126-03-55 Brushed Nickel Bath and Vanity Contemporary ...
www.bizrate.com/home**light**ing/products_ _keyword--brushed+nickel+3+**light**+vanity.html - 175k
- Cached - Similar pages

### Westinghouse Lighting **Aviator** Ceiling Fan Home Lighting - Home ...
Compare prices on westinghouse lighting **aviator** ceiling fan Home Lighting. ...
Outdoor **Light** Or Patio **Light** Or Torch Or Lantern Or String **Lights**, ...
www.bizrate.com/home**light**ing/products__keyword--westinghouse+**light**ing+**aviator**+ceiling+fan.html - 68k
- Cached - Similar pages

### **Aviator** Sunglasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--**aviator**+sunglasses.html - 191k - Cached - Similar pages

### Serengeti Napoli **Aviator** Sunglasses - MyPilotStore.com
Serengeti Napoli **Aviator** Sunglasses by Serengeti Eyewear 6940 - No matter ...
Serengeti lenses block 95% of blue **light**, virtually eliminating the eye strain ...
www.mypilotstore.com/mypilotstore/sep/4469 - 24k - Cached - Similar pages

aviator light - Google Search

### VedaloHD Roma Large Square **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Roma Large Square **Aviator** Sunglasses by VedaloHD - Large Square **Aviator**.
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5366 - 28k - Cached - Similar pages

### VedaloHD Vasto Medium **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Vasto Medium **Aviator** Sunglasses by VedaloHD - Updated **aviator**. ...
They are blue **light** and infrared effective and exceed all American, Australian, ...
www.mypilotstore.com/mypilotstore/sep/5363 - 25k - Cached - Similar pages

### Men's Sunglasses
Nose and temple grips help keep these **aviator**-style sunglasses on your face.
Note that these sunglasses darken in response to UV **light**, and that vehicle ...
shopping.msn.com/.../bcatid6719/**aviator**/2330-4512164/ forsale?text=category:sunglasses+Sunglassestype:
**Aviator** - 103k - Cached - Similar pages

### Men's Sunglasses
This little gem is a classic **aviator** style encased in C-5... More alloy. ...
All Kaenon Polarized SR-91 lenses filter out all harmful UV and Blue **light**. ...
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator** -
105k - Cached - Similar pages

### Women's Sunglasses
More **aviator** styling for your beautiful face. Seven base shield. ... ProtectionBlue
**Light** FiltersAnti-Reflective CoatingFree Binoculars With Purchase! ...
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:womens-sunglasses+Sunglassestype:**Aviator** -
100k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Cessna U206G Stationair 6 II With Regular, Amphibian and Cargo Models X-Cart:
full-featured PHP/MySQL shopping cart software & ecommerce solutions for the ...
www.pc**aviator**.com/dlstore/product.php?productid=123 - 41k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly The Cessna Skylane 182 RG With FSX & 2004 X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=18 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly A 1978 Cessna 182 Q With FSX & 2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=202 - 43k - Cached - Similar pages

### SureFire SC2 Spare Carrier for SureFire Flash **Light** Lamps MA02 ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light** pad
Regular price: $32.50 Sale price: $25.00, pad ...
www.opticsplanet.net/ surefire-battery-lamp-carrier-sc2.html - 74k - Cached - Similar pages

### Serengeti **Aviator** Prescription Sunglasses FREE UPS - Serengetti ...
Serengeti Small **Aviator** Rx Prescription Sun Glasses w/ FREE UPS ... The lenses
of the Sun Glasses are specially tailored to fit the **light** conditions in any ...
www.opticsplanet.net/ serengeti-**aviator**-prescription-sunglasses.html - 156k - Cached - Similar pages

aviator light - Google Search

[SureFire LED Flashlights: Find, Compare, Read Reviews & Buy Online ...](#)
SureFire **Aviator Lights** (Green) at Cabela's. Originally developed for professional
**aviators** who needed a **light** bright enough to illuminate a 747's tail ...
shopping.yahoo.com/ s:Flash**lights**:4168-Brand=SureFire:4430-Bulb%20Type=LED - 51k - Cached - Similar pages

[Airplane Night **Lights** - Compare Prices, Reviews and Buy at NexTag ...](#)
**Light** up your favorite **aviator's** night with the soft glow of this prop plane.
Little kids can take off for dreamland and "big kids" can recall their trips ...
www.nextag.com/airplane-night-**lights**/search-html - 59k - Cached - Similar pages

[Black **Aviator** Glasses - Compare Prices, Reviews and Buy at NexTag ...](#)
Stylish oversized **aviator** glasses. Lenses have a **light** flash. Available Colors:
Black, Dark Gunmetal/Smoke Lens. No user ratings [rate this item] ...
www.nextag.com/black-**aviator**-glasses/search-html - 106k - Cached - Similar pages

[Serengeti Small **Aviator** - Compare Prices, Reviews and Buy at ...](#)
Serengeti Small **Aviator** - 18 results like the Serengeti Small **Aviator**, ...
the Serengeti lens automatically adjusts to changing **light** conditions. ...
www.nextag.com/serengeti-small-**aviator**/search-html - 97k - Cached - Similar pages

[Check Engine **Light** 2000 Mountaineer - Ford Forums - Mustang Forum ...](#)
Sympton: -Check Engine **Light** -Car starts fine, but then immediately rattles/shakes as
... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ check-engine-**light**-2000-mountaineer-155474/ - 83k - Cached - Similar pages

[oil change warning **light** - Ford Forums - Mustang Forum, Ford ...](#)
... Crossovers > Ford Explorer | Ford Explorer Sport Trac | Mercury Mountaineer |
Lincoln **Aviator** · oil change warning **light** oil change warning **light** ...
www.fordforums.com/f57/oil-change-warning-**light**-147976/ - 83k - Cached - Similar pages

[2003 Ford Explorer EB **Light** Assembly Installation - Ford Forums ...](#)
My Driver side head **light** assembly has been knocked in twice the. ... Ford Explorer |
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2003-ford-explorer-eb-**light**-assembly-installation-138088/ - 80k - Cached - Similar pages

[2 CHRISTMAS TREE **LIGHT** BULBS **AVIATOR** BOY & LANTERN - eBay (item ...](#)
eBay: Find 2 CHRISTMAS TREE **LIGHT** BULBS **AVIATOR** BOY & LANTERN in the Collectibles ,
Holiday, Seasonal , Christmas Vintage Pre-1946 , **Lights** category on ...
cgi.ebay.com/2-CHRISTMAS-TREE-**LIGHT**-BULBS-**AVIATOR**--BOY-& -
LANTERN_W0QQitemZ300227543503QQcmdZViewItem?... - 75k - Cached - Similar pages

[9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU - eBay ...](#)
eBay: Find 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU in the Consumer
Electronics , Gadgets Other Electronics , Laser Pointers , Other category ...
cgi.ebay.com/ 9-LED-Red-650-nm-**Light-Aviator**-3-AAA-Torch-Astronomy-
BU_W0QQitemZ230255645450QQcmdZViewItem?... - 112k - Cached - Similar pages

[2004 Lincoln **Aviator** Specs, Engine Performance & Other Car ...](#)
Find a comprehensive list of 2004 Lincoln **Aviator** car specs at ... Door entry **light**.
-. Door pockets/bins for driver seat, passenger seat and rear seats ...
www.motortrend.com/cars/2004/ lincoln/**aviator**/specifications/index.html - 53k - Cached - Similar pages

[2005 Lincoln **Aviator** Tail **light** Photo - Motor Trend Magazine](#)

aviator light - Google Search

View an exterior 2005 Lincoln **Aviator** Tail **light** photo at Motor Trend Magazine
online, or browse our full collection of vehicle photos.
www.motortrend.com/cars/2005/lincoln/ **aviator**/photos/exterior/tail_**light**.html - 42k - Cached - Similar pages

Used 2004 Lincoln **Aviator** for Sale in Auto Classifieds - Page 8 ...
Lincoln **Aviator** Premium. $19285 | 38835 miles. San Antonio, Texas. **Light** French
Silk Metallic 5-door SUV, 38835 miles, AUTO 5SPD, 4.6L V8. Stock# 803109. ...
www.motortrend.com/used_cars/ 09/2004/lincoln/**aviator**/page8.html - 151k - Cached - Similar pages

Giorgio Armani 568 **Light** Gold > Giorgio Armani Sunglasses > UK ...
Bridge: 11mm RRP: £135 Colour: **Light** Gold Gradient Lens Frame Type: **Aviator** Lens
Colour: Gradient brown Frame Colour: **Light** gold Giorgio Armani 568 Gold ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Giorgio-Armani-Sunglasses/Giorgio-Armani-568-**Light**-Gold/3183.htm -
47k - Cached - Similar pages

Carrera Sign 3 **Light** Gold > Carrera Sunglasses > UK Sunglasses
The Carrera Sign 3 is an exciting **aviator** sunglass which looks great. Sign 3 KJC
Lens: 58mm Arm: 140mm Bridge: 14mm RRP: £64 Colour: **Light** Gold ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Carrera-Sunglasses/Carrera-Sign-3-**Light**-Gold/4464.htm - 48k
- Cached - Similar pages

Serengeti Medium **Aviator** Henna > Serengeti Sunglasses > UK Sunglasses
Buy discounted Serengeti Medium **Aviator** HennaSerengeti Sunglasses Sunglasses ...
All Serengeti lenses are photochromatic meaning they react to UV **light** ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Serengeti-Sunglasses/Serengeti-Medium-**Aviator**/471.htm - 49k
- Cached - Similar pages

Sunglasses, Men's Accessories, Clothing, Shoes Accessories on eBay ...
ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342. This seller accepts PayPal,
S$ 172.73 ... USA B&L RAY BAN 50 mm G-15 lenses for CARAVAN **AVIATOR** ...
clothing-shoes-accessories.listings.ebay.com.sg/ Mens-
Accessories_Sunglasses_W0QQfclZ3QQsacatZ79732QQsocmd... - 109k - Cached - Similar pages

Amazon.com: Grundig G6 **Aviator** AM/FM, aircraft band and Shortwave ...
Weighing in at only 7 ounces, the Grundig G6 **Aviator** is **light** enough to take
anywhere. An included AC adapter provides power when at home or the office, ...
www.amazon.com/ Grundig-G6-**Aviator**-aircraft-Shortwave/dp/B0014T5UM4 - 229k - Cached - Similar pages

Amazon.com: Classic **Aviator** Sunglasses with Corning XDF ...
These Photochromatic **aviator** sunglasses react to UV **Light** and not to visible **light**.
Photochromatic lenses feature some of the most advanced technology found ...
www.amazon.com/ Classic-**Aviator**-Sunglasses-Corning-PHOTOCHROMATIC/dp/B000FESNGE - 189k
- Cached - Similar pages

Serengeti **Aviator** Sunglasses, Small - 6782
Serengeti Small **Aviator** Sunglasses, Black Frame, Drivers Gradient ... Serengeti
lenses block 100% of UVB **light** and no less than 98.5% of UVA rays, ...
www.tagpilotsupply.com/index. asp?PageAction=VIEWPROD&ProdID=953 - 36k - Cached - Similar pages

ray ban tortoise Plastic Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses RB4096 710/13 : **Light** tortoise frame / Gradient brown le. ...
Ray Ban sunglasses RB 4096 710/ 13 : Unisex, **Light** tortoise plastic frame, ...
www.shopping.com/xDN-sunglasses-ray_ ban-tortoise-sn_lens_material_plastic - 72k - Cached - Similar pages

aviator light - Google Search

### Oakley Anti-Reflective $0 - $70 Sunglasses - **aviator**, designer ...
Gold Iridium allows 12% **light** transmission through the lens to your eyes. Sunny...
More at Technical-Gear Sunglasses. Technical-Gear Sunglasses ...
www.shopping.com/xDN-sunglasses--brand_ oakley-anti_reflective-price_range_0_70 - 101k
- Cached - Similar pages

### Cabela's -- Surefire **Aviator** Lamp Assembly
Image of Surefire L4 LumaMax Digital Series **Light** ... Surefire **Aviator** replacement
bulb, November 21, 2006 By lizardfdx from Tucson, AZ. "Outstanding bulb. ...
www.cabelas.com/link-12/product/0021240517357a.shtml - 84k - Cached - Similar pages

### Flashlights
SureFire **Aviator** Lights Originally developed for professional **aviators** who needed
a **light** bright enough to illuminate a 747's tail section from the ground, ...
www.cabelas.com/information/ HuntingOptics/**Lights**--Flash**lights**.html - 21k - Cached - Similar pages

### Scorsese News: 'Shine a **Light**' preview
"Shine a **Light**" starts from a rare premise: it's like having two old friends
.... ing hand to Beatles DVD · 'Shine a **Light**' preview · '**Aviator**' follow-up in ...
martin-scorsese.blogspot.com/ 2007/09/shine-**light**-preview.html - 59k - Cached - Similar pages

### [PDF] **Aviator**'s Night Vision Imaging System (ANVIS) AN/AVS-6
File Format: PDF/Adobe Acrobat - View as HTML
The **Aviator**'s Night Vision Imaging System (ANVIS) AN/AVS-6 is a ... enables flight
operations under very low (starlight) ambient **light** conditions. ...
peosoldier.army.mil/factsheets/SEQ_SSL_ANVIS.pdf - Similar pages

### Smith Optics Serpico White/Platinum Lens - **Aviator** at Zappos.com
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-white-platinum-lens-**aviator**.shtml - 79k - Cached - Similar pages



### Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester ...
3 min 46 sec - ⭐⭐⭐⭐⭐
www.youtube.com/watch?v=vz_-VFkQZ2E

### YouTube - Street **Light** Youth: Northbound On The Jugular Line
Street **Light** Manifesto Keasby Nights. 03:56 From: munkyrabbi. Views: 16605.
Street **Light** Youth - The **Aviator**, The Twist 20 April 2007 ...
www.youtube.com/watch?v=zb7R4juZN3s&feature=related - 96k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In San Antonio, TX - Yahoo! Autos
2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, 5 door, Stock# A3830A. Dealer:. Ken Batchelor Cadillac Saab Hummer ...
autos.yahoo.com/used-cars/ tx-san_antonio-lincoln-**aviator**.html - 68k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Las Vegas, NV - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO 5SPD,
5 door, Stock# N19091A. Dealer:. Acura of Las Vegas. Phone:. 866-545-5656 ...
autos.yahoo.com/used-cars/ nv-las_vegas-lincoln-**aviator**.html - 57k - Cached - Similar pages

### Lincoln **Aviator** - CarSpace Automotive Forums

Feb 1, 2008 **...** Lincoln **Aviator** discussion in the CarSpace automotive forums by **...** Now it stays on as a solid **light**. Fortunately, the info I read in this **...**
townhall-talk.edmunds.com/direct/view/.ef07083 - 75k - <u>Cached</u> - <u>Similar pages</u>



**Previous** <u>1</u> <u>2</u> <u>3</u> <u>4</u> <u>5</u> 6 <u>7</u> <u>8</u>     **Next**

| aviator light | Search |

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Try Google Experimental</u>

©2008 Google - <u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>About Google</u>



**Web** Images Maps News Shopping Gmail more ▼

Sign in

aviator light _____ [ Search ]

Advanced Search
Preferences

**Web**   Video                          Results **601 - 700** of about **425,000** for **aviator light**. (**1.21** seconds)

### Serengeti **Aviator** Sunglasses, Small - 6782
Serengeti Small **Aviator** Sunglasses, Black Frame, Drivers Gradient ... Serengeti
lenses block 100% of UVB **light** and no less than 98.5% of UVA rays, ...
www.tagpilotsupply.com/index. asp?PageAction=VIEWPROD&ProdID=953 - 36k - Cached - Simila...

### See and avoid! | Combat Edge | Find Articles at BNET.com
I know a lot about you since I fly the F-16, but do you know much about me, the
civilian **aviator** in my **light** aircraft? I fly an experimental aircraft with a ...
findarticles.com/p/articles/ mi_m0JCA/is_5_16/ai_n24239695 - 41k - Cached - Similar pages

### Servicing the new **light** trucks | Motor | Find Articles at BNET.com
Servicing the new **light** trucks from Motor in Autos provided free by Find ...
The **Aviator** is built off the Ford Explorer platform, and looks much like a ...
findarticles.com/p/articles/ mi_qa3828/is_200301/ai_n9212163/pg_2 - 40k - Cached - Similar pages

### 2005 Lincoln **Aviator** Consumer Review
Vehicle: 2005 Lincoln **Aviator** Luxury AWD 4dr SUV (4.6L 8cyl 5A); Review:
2003 **Aviator** owned for 2 years. Have 48000 miles. Minimal problems (broken **light** ...
www.edmunds.com/lincoln/ **aviator**/2005/consumerreview.html - 85k - Cached - Similar pages

### ray ban tortoise Plastic Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses RB4096 710/13 : **Light** tortoise frame / Gradient brown le. ...
Ray Ban sunglasses RB 4096 710/ 13 : Unisex, **Light** tortoise plastic frame, ...
www.shopping.com/xDN-sunglasses-ray_ ban_tortoise-sn_lens_material_plastic - 72k - Cached - Similar pages

### Oakley Anti-Reflective $0 - $70 Sunglasses - **aviator**, designer ...
Gold Iridium allows 12% **light** transmission through the lens to your eyes. Sunny...
More at Technical-Gear Sunglasses. Technical-Gear Sunglasses ...
www.shopping.com/xDN-sunglasses--brand_ oakley-anti_reflective-price_range_0_70 - 101k
- Cached - Similar pages

### Rimless Golden Sunglasses - **aviator**, designer, polarized, discount ...
Delicate blue tint and subtle silver flash mirrored lenses **Light** weight rimless
... Ray Ban sunglasses **Aviator** RB3274 001/71 : Gold frame / APX Grey/green ...
www.shopping.com/ xDN-sunglasses--rimless-sn_frame_color_golden - 183k - Cached - Similar pages

### Compare Prices on Serengeti Sunglasses - **Aviator** Large
Compare Prices on Serengeti Sunglasses - **Aviator** Large from these stores, eBay,
... Photochromatic - Automatically adjusts to changing **light** conditions. ...
www.shopping.com/xPC-Serengeti_Serengeti_
Sunglasses_**Aviator**_Large_Frame_Matte_Black_Lens_Drivers_Gradient - 105k - Cached - Similar pages

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

aviator light - Google Search

### Ray-Ban $100 - $110 Gradient Sunglasses - **aviator**, designer ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades ...
www.shopping.com/xDN-Sunglasses--brand_ ray_ban-price_range_100_110-sn_lens_feature_gradient - 183k
- Cached - Similar pages

### 2003 Lincoln **Aviator** Specifications - Complete Specs & Data at ...
Learn more about the vehicle of your choice with 2003 Lincoln **Aviator** ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and rear ...
www.internetautoguide.com/car-specifications/ 09-int/2003/lincoln/**aviator**/index.html - 89k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
That is not a truly **light** wing loading when a 60-sized trainer like the Alpha
**...** Sport **Aviator** gets this question so many times that we wanted to answer it ...
www.masport**aviator**.com/ va.asp?ArticleName=Hobbico%20FlyZone%20Aero%20Voyager - 35k
- Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Model **Aviation's** Sport **Aviator**is dedicated to helping new RC airplane pilots ...
The Thunder Tiger P-40 Warhawk is an over-powered, extremely **light** foam ...
www.masport**aviator**.com/index.asp - 28k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Piper acquired its first **light** twin design when they purchased the Stinson ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ntp/pipertwincommanche.asp - 15k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Stinson had designed a great **light**, twin-engined airplane called, **....** The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masport**aviator**.com/ntp/pipercherokee.asp - 22k - Cached - Similar pages

### "led camper **lights**" | Flashlights at mySimon
Surefire A2-HA-GN A2 **Aviator** Flashlight Hard Anodized w/Green LEDs · $195.00.
Go to Store · Windup LED Flashlight, Crank Powered **Lights** picture ...
www.mysimon.com/9000-11032_ 8-0.html?sdcq=keyword-led+camper+**lights** - 249k - Cached - Similar pages

### Cabela's -- Surefire **Aviator** Lamp Assembly
Image of Surefire L4 LumaMax Digital Series **Light** ... Surefire **Aviator** replacement
bulb, November 21, 2006 By lizardfdx from Tucson, AZ. "Outstanding bulb. ...
www.cabelas.com/link-12/product/0021240517357a.shtml - 84k - Cached - Similar pages

### Flashlights
SureFire **Aviator** **Lights** Originally developed for professional **aviators** who needed
a **light** bright enough to illuminate a 747's tail section from the ground, ...
www.cabelas.com/information/ HuntingOptics/**Lights**--Flash**lights**.html - 21k - Cached - Similar pages

### Used Lincoln Parts Leads September 18, 2007 (i.e. Headlight ...
Sep 18, 2007 **...** 2003 Lincoln **Aviator**, SUV, Any Headlight Assembly, Driver (Kennett, Missouri
63857) Contact Buyer. Used 2003 Lincoln **Aviator** Fog **Light** ...
www.automotix.net/20070918-used-lincoln-parts.html - 46k - Cached - Similar pages

### Lincoln **Aviator** Wheel/Tire > Why Buy New Lincoln **Aviator** Parts ...

aviator light - Google Search

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-wheeltire-requests.html - 48k - Cached - Similar pages

### Lincoln **Aviator** Audio Equipment > Why Buy New Lincoln **Aviator** ...

2003 Lincoln **Aviator** 4-Door, V-8, Automatic-OD, RWD, Audio Equipment from side
to side, **light** Parchment Looking For a entertainment system roof mount, ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio_equipment-requests.html - 47k - Cached - Similar pages

### Used Lincoln Parts Leads November 20, 2006 (i.e. Tail **Light** ...

For example, on November 20, 2006 we processed part requests for 2004 Lincoln
**Aviator** Center Cap, 2002 Lincoln LS Grille, 2001 Lincoln LS Tail **Light**, ...
www.automotix.net/20061120-used-lincoln-parts.html - 43k - Cached - Similar pages

### **Aviator's** night vision system - US Patent 4953963

An **aviator's** night vision system (10) includes a small, compact, ... to thereby
amplify **light** entering lenses 62 and 64 as viewed by an **aviator** from eye ...
www.patentstorm.us/patents/4953963/description.html - 29k - Cached - Similar pages

### Scorsese News: 'Shine a **Light**' preview

"Shine a **Light**" starts from a rare premise: it's like having two old friends
.... ing hand to Beatles DVD · 'Shine a **Light**' preview · **'Aviator'** follow-up in ...
martin-scorsese.blogspot.com/ 2007/09/shine-**light**-preview.html - 59k - Cached - Similar pages

### [PDF] **Aviator's** Night Vision Imaging System (ANVIS) AN/AVS-6

File Format: PDF/Adobe Acrobat - View as HTML
The **Aviator's** Night Vision Imaging System (ANVIS) AN/AVS-6 is a ... enables flight
operations under very low (starlight) ambient **light** conditions. ...
peosoldier.army.mil/factsheets/SEQ_SSL_ANVIS.pdf - Similar pages

### CHASES A ZEPPELIN ON PITCH-DARK NIGHT; British **Aviator** Describes a ...

CHASES A ZEPPELIN ON PITCH-DARK NIGHT British **Aviator** Describes a Game of ...
The Zeppelin' Ears, On the eastern horizon there is a gleam of new **light** as ...
query.nytimes.com/gst/ abstract.html?res=F60A15FB3B5C13738DDDAC0894DF405B858DF1D3 - 7k
- Cached - Similar pages

### AIRSHIPS SAIL OVER PARIS ASP SUBURBS; Aeroplanes and Dirigibles De ...

FOG PREVENTS PARADE **Aviator** Makes Fifty-Mile Trip, Crossing the Capital, to Dine
with His invalid Mother. Special Cable to THE NEW YORK TIMES. ...
query.nytimes.com/gst/ abstract.html?res=F60815F834591B728DDDAE0994DF405B808DF1D3 - 5k
- Cached - Similar pages

### AIRSHIP IN DANGER AS ITS MOTOR STOPS; Cromwell Dixon, 500 Feet Up ...

4 -- To-morrow will be the big day at the Harvard **aviation** meet. The $10000 race
to Boston **Light** and all the eleven other events on the programme, ...
query.nytimes.com/gst/ abstract.html?res=F20911F7355D16738DDDAC0894D1405B808DF1D3 - 10k
- Cached - Similar pages

### CUSHING'S MEN TELL OF GERMAN AIR ATTACK; **Aviator** Manoeuvred to ...

CUSHING S MEN TELL OF GERMAN AIR ATTACK **Aviator** Manoeuvred to Drop Bomb Into
Funnel -- Ample **Light** to See Ship's Flag. Special to The New York Times. ...
query.nytimes.com/gst/ abstract.html?res=F20F10FD385C13738DDDA90A94DD405B858DF1D3 - 4k
- Cached - Similar pages

aviator light - Google Search

### Planenews **Aviation** News Portal - **Light**-Sport Aircraft Segment is ...

Sep 15, 2007 **...** **Light** Aircrafts We all know there's an **aviation** boom. But, the heaviest surge
seems to be in its lightest segment. The newly simplified and **...**
planenews.com/modules.php?name=News& file=article&sid=7854 - 40k - Cached - Similar pages

### Planenews **Aviation** News Portal - Cessna, Cirrus Top **Light** Sport ...

Jan 19, 2008 **...** **Light** Aircrafts Sebring, Fla.: Cessna Aircraft Company and Cirrus Design **...**
by a half-dozen manufacturers at the U.S. Sport **Aviation** Expo. **...**
planenews.com/modules.php?name=News& file=article&sid=8544 - 40k - Cached - Similar pages

### Planenews **Aviation** News Portal - 1st Mid-Atlantic **Light** Sport ...

Aug 20, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds **....** Atlantic region for **Light**
Sport Aircraft and Sport Pilots. Don''"t miss it! **...**
planenews.com/modules.php?name=News& file=article&sid=5616 - 43k - Cached - Similar pages

### Planenews **Aviation** News Portal - China launches indigenously-made ...

An indigenously-made five-seater **light** aircraft dubbed as China's first, has made
its **...** The General Administration of Civil **Aviation** of China accepted the **...**
planenews.com/modules.php?name=News& file=article&sid=3161 - 41k - Cached - Similar pages

### Planenews **Aviation** News Portal - Super-**Light** Airplane Makes Flying ...

Jul 9, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds. Receive news by email: **...**
It's so **light**, four men can lift it. Full Story. **...**
planenews.com/modules.php?name=News& file=article&sid=5349 - 51k - Cached - Similar pages

### Serengeti Rx Prescription Medium **Aviator** Sunglasses w/ FREE UPS

Serengeti Rx Medium **Aviator** Sunglasses - Take the wheel. **...** color and quality
for driving, with the versatility to adjust to changing **light** conditions. **...**
www.eyewearplanet.com/ serengeti-rx-medium-**aviator**-sunglasses.html - 79k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Napoli Sunglasses w/ FREE UPS

Serengeti Rx **Aviator** Napoli Sunglasses - Take the wheel. **...** color and quality
for driving, with the versatility to adjust to changing **light** conditions. **...**
www.eyewearplanet.com/ serengeti-rx-sport-**aviator**-napoli-sunglasses.html - 78k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Velocity Sunglasses w/ FREE UPS

Serengeti Rx **Aviator** Velocity Sunglasses - Take the wheel. **...** color and quality
for driving, with the versatility to adjust to changing **light** conditions. **...**
www.eyewearplanet.com/ serengeti-rx-prescription-velocity-sunglasses-8-base-metal-frame-drivers-gradient-l... -
78k - Cached - Similar pages

### Clyde, Cessna

Southwest **Aviator** is a flying magazine for pilots and **aviation** enthusiasts **...**
One can hardly broach the topic of **light** aircraft without thinking of Cessna. **...**
www.sw**aviator**.com/html/issueJF04/Clyde.html - 24k - Cached - Similar pages

### Thread Index - Surefire A2 **Aviator** information - CandlePowerForums

Sep 9, 2007 **...** Surefire A2 Runtime Tests - **Light** Output runtimes of various batteries compared!
Surefire A2 **Aviator** Accessories ===================== **...**
www.candlepowerforums.com/vb/showthread.php?p=2026550 - 158k - Cached - Similar pages

### Westinghouse Lighting **Aviator** Ceiling Fan Home Lighting - Home ...

aviator light - Google Search

Compare prices on westinghouse lighting **aviator** ceiling fan Home Lighting. **...**
Outdoor **Light** Or Patio **Light** Or Torch Or Lantern Or String **Lights**, **...**
www.bizrate.com/home**light**ing/products_ _keyword--westinghouse+**light**ing+**aviator**+ceiling+fan.html - 68k
- Cached - Similar pages

### **Aviator** Sunglasses Sunglasses - Clothing & Accessories - BizRate **...**
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. **...**
www.bizrate.com/sunglasses/ products__keyword--**aviator**+sunglasses.html - 191k - Cached - Similar pages

### Versace Or Prada Or Gucci Or Chanel Or Dior Or Designer, **Aviator ...**
VERSACE 0VE2070 104/513 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES **...**
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES **...**
www.bizrate.com/sunglasses/frame-style--**aviator**/ products__att623991--40824-_keyword--versace+or+prada
+or... - 174k - Cached - Similar pages

### 3 **Light** Lighting Home Lighting - Home & Garden - BizRate - Compare **...**
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN **...**
www.bizrate.com/home**light**ing/ products__keyword--3+**light**+**light**ing.html - 179k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft **...**
Fly The Cessna Skylane 182 RG With FSX & 2004 X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=18 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft **...**
Fly A 1978 Cessna 182 Q With FSX & 2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=202 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft **...**
Your Very Own True-to-life Recreation of the Beechcraft V35 V-Tail Bonanza to
Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL **...**
www.pc**aviator**.com/dlstore/product.php?productid=204 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft **...**
Beechcraft Mentor T34B for FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=23 - 42k - Cached - Similar pages

## Smith Optics Serpico White/Platinum Lens - **Aviator** at Zappos.com
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: **...**
www.zappos.com/gs/ smith-optics-serpico-white-platinum-lens-**aviator**.shtml - 79k - Cached - Similar pages

### Serengeti Medium **Aviator** - Free Shipping Both Ways & 365-Day **...**
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm **...**
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye **...**
www.zappos.com/n/p/p/7277741.html - 61k - Cached - Similar pages

## YouTube - Street **Light** Youth: Northbound On The Jugular Line

aviator light - Google Search

Street **Light** Manifesto Keasby Nights. 03:56 From: munkyrabbi. Views: 16605.
Street **Light** Youth - The **Aviator**, The Twist 20 April 2007 ...
www.youtube.com/watch?v=zb7R4juZN3s&feature=related - 96k - Cached - Similar pages

### YouTube - The **Aviator** - Trailer [dutch subs]
Street **Light** Youth: The **Aviator** · Street **Light** Youth: The **Aviator**. 03:46 From: Vaya.
Views: 2321. Speed Racer (2008) Trailer 4 ...
www.youtube.com/watch?v=G76j4cYHFH0 - 82k - Cached - Similar pages



### YouTube - Street **Light** Manifesto Keasby Nights
Street **Light** Youth: The **Aviator** · Street **Light** Youth: The ...
3 min 56 sec - ★★★★★
www.youtube.com/watch?v=HHSR6CXXfP0

### Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester ...
3 min 46 sec - ★★★★★
www.youtube.com/watch?v=vz_-VFkQZ2E

### VedaloHD Roma Large Square **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Roma Large Square **Aviator** Sunglasses by VedaloHD - Large Square **Aviator**.
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5366 - 28k - Cached - Similar pages

### VedaloHD Vasto Medium **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Vasto Medium **Aviator** Sunglasses by VedaloHD - Updated **aviator**. ...
They are blue **light** and infrared effective and exceed all American, Australian, ...
www.mypilotstore.com/mypilotstore/sep/5363 - 25k - Cached - Similar pages

### VedaloHD Marino **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Marino **Aviator** Sunglasses by VedaloHD - This **aviator** has a sleek look to it
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/4937 - 27k - Cached - Similar pages

### VedaloHD Alba Rimless Small **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Alba Rimless Small **Aviator** Sunglasses by VedaloHD - Rimless Round, ...
They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5372 - 25k - Cached - Similar pages

### oil change warning **light** - Ford Forums - Mustang Forum, Ford ...
... Crossovers > Ford Explorer | Ford Explorer Sport Trac | Mercury Mountaineer |
Lincoln **Aviator** · oil change warning **light** oil change warning **light** ...
www.fordforums.com/f57/oil-change-warning-**light**-147976/ - 83k - Cached - Similar pages

### 2003 Ford Explorer EB **Light** Assembly Installation - Ford Forums ...
My Driver side head **light** assembly has been knocked in twice the. ... Ford Explorer |
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2003-ford-explorer-eb-**light**-assembly-installation-138088/ - 80k - Cached - Similar pages

### 2002 Ford Explorer Sport -- Left Rear Signal **Light** not blinking ...
My left rear signal **light** does not blink. The bulb actually **lights** up when you
turn on ... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2002-ford-explorer-sport-left-rear-signal-**light**-not-blinking-155711/ - 79k
- Cached - Similar pages

aviator light - Google Search

## Men's Sunglasses

This little gem is a classic **aviator** style encased in C-5... More alloy. **...**
All Kaenon Polarized SR-91 lenses filter out all harmful UV and Blue **light**. **...**
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator** -
105k - Cached - Similar pages

### Women's Sunglasses

More **aviator** styling for your beautiful face. Seven base shield. **...** ProtectionBlue
**Light** FiltersAnti-Reflective CoatingFree Binoculars With Purchase! **...**
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:womens-sunglasses+Sunglassestype:**Aviator** -
100k - Cached - Similar pages

### Men's Sunglasses

More **aviator**-style Kline Sunglasses. The Klines' square metal alloy frames are
**light** and strong, and the polycarbonate lenses give you a clear view of **...**
shopping.msn.com/.../ forsale?text=category:sunglasses+sale:1+Sunglassestype:**Aviator**+price:90-129.99 - 101k
- Cached - Similar pages

### New Balance Golf Clothing

Men's Hats/Gloves - Width Sizing - **Aviator** - So **light** you... More will never know
it's there! This cotton mesh adjustable cap is perfect for running, golf, **...**
shopping.msn.com/.../bcatid9639/new-balance/ 2-120926/forsale?text=category:golf-clothing+Brand:New-Balance -
84k - Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In San Antonio, TX - Yahoo! Autos

2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, 5 door, Stock# A3830A. Dealer:. Ken Batchelor Cadillac Saab Hummer **...**
autos.yahoo.com/used-cars/ tx-san_antonio-lincoln-**aviator**.html - 68k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Las Vegas, NV - Yahoo! Autos

2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO 5SPD,
5 door, Stock# N19091A. Dealer:. Acura of Las Vegas. Phone:. 866-545-5656 **...**
autos.yahoo.com/used-cars/ nv-las_vegas-lincoln-**aviator**.html - 57k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Phoenix, AZ - Yahoo! Autos

2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk, 4.6L V8, AUTO 5SPD, 4X2, 5
door, Stock# P827. Dealer:. Chapman Auto Mall. Phone:. 877-284-9802 **...**
autos.yahoo.com/used-cars/ az-phoenix-lincoln-**aviator**.html - 82k - Cached - Similar pages

### Details of Used 2004 Lincoln **Aviator**, Coatesville, PA - Yahoo! Autos

Used 2004 Lincoln **Aviator** in Coatesville PA - listing details. **...** Delayed/Fade
Courtesy **Lights**, Illuminated Entry System, Cargo Area **Light**, **...**
autos.yahoo.com/used-cars/lincoln-**aviator**-cars237568348 - 42k - Cached - Similar pages

## Black **Aviator** Glasses - Compare Prices, Reviews and Buy at NexTag **...**

Stylish oversized **aviator** glasses. Lenses have a **light** flash. Available Colors:
Black, Dark Gunmetal/Smoke Lens. No user ratings [rate this item] **...**
www.nextag.com/black-**aviator**-glasses/search-html - 106k - Cached - Similar pages

### Serengeti Small **Aviator** - Compare Prices, Reviews and Buy at **...**

Serengeti Small **Aviator** - 18 results like the Serengeti Small **Aviator**, **...**
the Serengeti lens automatically adjusts to changing **light** conditions. **...**
www.nextag.com/serengeti-small-**aviator**/search-html - 97k - Cached - Similar pages

## Serengeti **Aviator** Sunglasses - Compare Prices, Reviews and Buy at ...

Serengeti **Aviator** Sunglasses - 73 results like the Serengeti **Aviator** Wire ...
inside the lenses to adjust to **light**, causing them to lighten and darken . **...**
www.nextag.com/serengeti-**aviator**-sunglasses/search-html - 109k - Cached - Similar pages

## Lincoln **Aviator** - Compare Prices, Reviews and Buy at NexTag ...

WEATHERTECH In Channel Side Window Vent Visors Rear Deflectors Only - **Light**
Lincoln **Aviator** 2003 to · WEATHERTECH In Channel Side Window Vent Visors Rear **...**
www.nextag.com/lincoln-**aviator**/search-html - 120k - Cached - Similar pages

## Amazon.com: Classic **Aviator** Sunglasses with Corning XDF ...

These Photochromatic **aviator** sunglasses react to UV **Light** and not to visible **light**.
Photochromatic lenses feature some of the most advanced technology found ...
www.amazon.com/ Classic-**Aviator**-Sunglasses-Corning-PHOTOCHROMATIC/dp/B000FESNGE - 189k
- Cached - Similar pages

## Amazon.com: Customer Reviews: SureFire A2 **Aviator** Tactical LED Max ...

SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 lumens/LED: 3 lumens, ...
I recently got this **light** for Christmas and I love this **light**. ...
www.amazon.com/review/ product/B000E204CS?showViewpoints=1 - 130k - Cached - Similar pages

## Amazon.com: Serengeti Napoli Drivers Gradient Sunglasses (**Aviator** ...

Serengeti lenses also block almost 95% of blue **light**, a color in the visible **...**
Serengeti **Aviator** Navigator - Matte Black Frame & Drivers Gradient Lens **...**
www.amazon.com/ Serengeti-Drivers-Gradient-Sunglasses-**Aviator**/dp/B000R2YYFS - 183k
- Cached - Similar pages

## 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU - eBay ...

eBay: Find 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU in the Consumer
Electronics , Gadgets Other Electronics , Laser Pointers , Other category ...
cgi.ebay.com/ 9-LED-Red-650-nm-**Light-Aviator**-3-AAA-Torch-Astronomy-
BU_W0QQitemZ230255450450QQcmdZViewItem?... - 112k - Cached - Similar pages

## Lincoln **Aviator** Hood - Partstrain.com

If you want to purchase a new Lincoln **Aviator** hood, you can choose from the two
common types **...** Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ ShopByDepartment/Hood/LINCOLN/**AVIATOR** - 54k - Cached - Similar pages

## Lincoln **Aviator** Mirror - Mirrors - Partstrain.com

Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... At Auto Parts
Train, every exceptional quality Lincoln **Aviator** mirror we offer comes with ...
www.partstrain.com/ShopByDepartment/ Mirror/LINCOLN/**AVIATOR** - 48k - Cached - Similar pages

## Lincoln **Aviator** Grille - Partstrain.com

The condition of your Lincoln **Aviator** grille should also be your concern if you
want your car ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Grille/LINCOLN/**AVIATOR** - 60k - Cached - Similar pages

## Lincoln **Aviator** Carpet - Carpets - Partstrain.com

We sell our great quality Lincoln **Aviator** carpet at very low wholesale prices,
so call us now **...** Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Carpet/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

aviator light - Google Search

### Serengeti **Aviator** Prescription Sunglasses FREE UPS - Serengeti ...
Serengeti Small **Aviator** Rx Prescription Sun Glasses w/ FREE UPS ... The lenses
of the Sun Glasses are specially tailored to fit the **light** conditions in any ...
www.opticsplanet.net/ serengeti-**aviator**-prescription-sunglasses.html - 156k - Cached - Similar pages

### Serengeti Small **Aviator** Rx Progressive Sun Glasses with FREE ...
Serengeti Rx Small **Aviator** Progressive Sunglasses are a stylish choice perfectly
... The lenses of the Sun Glasses are specially tailored to fit the **light** ...
www.opticsplanet.net/ serengeti-progressive-rx-large-**aviator**-sunglasses.html - 164k - Cached - Similar pages

### Used 2004 Lincoln **Aviator** for Sale in Auto Classifieds - Page 8 ...
Lincoln **Aviator** Premium. $19285 | 38835 miles. San Antonio, Texas. **Light** French
Silk Metallic 5-door SUV, 38835 miles, AUTO 5SPD, 4.6L V8. Stock# 803109. ...
www.motortrend.com/used_cars/ 09/2004/lincoln/**aviator**/page8.html - 151k - Cached - Similar pages

### Used Maryland Lincoln **Aviator** Premium Cars For Sale - Motor Trend ...
Lincoln **Aviator** Premium. $18995 | 39000 miles. Mount Airy, Maryland. **Light** Gold
5-door AWD SUV, 39000 miles, AUTO 5SPD, 4.6L V8. Stock# J50006. ...
www.motortrend.com/used_cars/ 53/maryland/lincoln/**aviator**/premium/index.html - 90k - Cached - Similar pages

### 2004 Lincoln **Aviator** Luxury Sport Utility for Sale in Shrewsbury ...
Find the pre-owned 2004 Lincoln **Aviator** Luxury Sport Utility you have been ...
**Light** French Silk Metallic 5-door AWD SUV, 60105 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/14/2004/lincoln/ **aviator**/luxury/massachusetts/shrewsbury/218094522/113/index.
html - 55k - Cached - Similar pages

### Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 9 ...
Lincoln **Aviator** Luxury. $21500 | 53130 miles. East Petersburg, Pennsylvania.
**Light** Green 5-door AWD SUV, 53130 miles, AUTO 5SPD, 4.6L V8. Stock# J23015. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page9.html - 150k - Cached - Similar pages

### Carrera Sign 3 **Light** Gold > Carrera Sunglasses > UK Sunglasses
The Carrera Sign 3 is an exciting **aviator** sunglass which looks great. Sign 3 KJC
Lens: 58mm Arm: 140mm Bridge: 14mm RRP: £64 Colour: **Light** Gold ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Carrera-Sunglasses/Carrera-Sign-3-**Light**-Gold/4464.htm - 48k
- Cached - Similar pages

### Serengeti Medium **Aviator** Henna > Serengeti Sunglasses > UK Sunglasses
Buy discounted Serengeti Medium **Aviator** HennaSerengeti Sunglasses Sunglasses ...
All Serengeti lenses are photochromatic meaning they react to UV **light** ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Serengeti-Sunglasses/Serengeti-Medium-**Aviator**/471.htm - 49k
- Cached - Similar pages

### **Aviator** Sunglasses : **Aviator** Collection : **Aviator** Styles
If you have heard anyone saying that **aviator** sunglasses are out then they are
... QNL, Emporio Armani 9453 **Light** Gold, £85.00, Emporio Armani Sunglasses ...
www.sunglasses-shop.co.uk/**aviator**-sunglasses. asp?page=16&Search=**aviator** - 60k - Cached - Similar pages

### March 2006 : Sunglasses of the month Ray-Ban Mirrored **Aviators** ...
The Ray-Ban 3025 mirrored **aviator** is one of our best selling models. ...
gold mirror lenses (W3277) and rose frame with **light** gradient mirror lens (030/3E). ...
www.sunglasses-shop.co.uk/ sunglasses-of-the-month/march-2006.asp - 40k - Cached - Similar pages

aviator light - Google Search

## RAYBAN **AVIATOR** RB 3211 004/71 - £73.94
RAYBAN **AVIATOR** RB 3211 004/71. (product ID: 11762) ... Cateye TL LD610 Rear **Light**
Cyclestore clearance range of the latest bikes and cycling products ...
www.cyclestore.co.uk/productDetails. asp?productID=11762&categoryID=624 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB3293 004/71 - £79.89
RAYBAN **AVIATOR** RB3293 004/71. (product ID: 11813). Lens Colour: APX Grey/Green
... LUPINE PASSUBIO XL **LIGHT** SET. LUPINE PASSUBIO XL **LIGHT** SET £237.50 ...
www.cyclestore.co.uk/productDetails.asp?productID=11813 - 107k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3211 032/8G - £73.94
RAYBAN **AVIATOR** RB 3211 032/8G. (product ID: 11763). Lens Colour: APX Gradient Grey
... CATEYE SL LD100 COMPACT SAFETY **LIGHT** FRONT LED ...
www.cyclestore.co.uk/productDetails.asp?productID=11763 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 4087 (601/71) - £73.94
RAYBAN **AVIATOR** RB 4087 (601/71). (product ID: 11842). Lens Colour: Poly. ...
Blackburn System X4 Front **Light** 2008. Blackburn System X4 Front **Light** 2008 ...
www.cyclestore.co.uk/productDetails.asp?productID=11842 - 108k - Cached - Similar pages

## Lincoln **Aviator** - CarSpace Automotive Forums
Feb 1, 2008 ... Lincoln **Aviator** discussion in the CarSpace automotive forums by ... Now it stays
on as a solid **light**. Fortunately, the info I read in this ...
townhall-talk.edmunds.com/direct/view/.ef07083 - 75k - Cached - Similar pages

## **Aviator's** night vision system - Patent 4953963
An **aviator's** night vision system (10) includes a small, compact, ... Night vision
goggles, that is goggles that receive ambient **light** and multiply it up to ...
www.freepatentsonline.com/4953963.html - 36k - Cached - Similar pages

## S-Lite Battery Powered Personal LED **lights**
THE DISPOSABLE MEDICAL **LIGHT** was adapted from the Mk8 finger **light** as a low-cost
disposable **light** ... Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack ...
www.s-lite.com/products.php?id=35 - 18k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
This unit is the most versatile lip **light** available having a range of dimming
either the 3 floods ... Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack ...
www.s-lite.com/categories.php?id=5 - 15k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
The original Finger **light** was developed for use by the military in 1985. ...
Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack · Disposable Medical ...
www.s-lite.com/categories.php?id=7 - 15k - Cached - Similar pages

## Cars - Lincoln **Aviator**
In 2006, the **Aviator** will be replaced by the Lincoln MKX ... lincoln **aviator** nerf
bar · lincoln **aviator** oxygen sensor · lincoln **aviator** parking **light** ...
listing-index.ebay.com/cars/Lincoln_Aviator.html - 27k - Cached - Similar pages

## eBay Blogs - Sunglasses For Pilots - Beyond The Image

aviator light - Google Search

Jul 19, 2007 **...** Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces **...**
blogs.ebay.com/jet**aviator**7/entry/ Sunglasses-For-Pilots-Beyond-The-Image/_W0QQidZ208193019 - 39k
- Cached - Similar pages



◄ **Previous**  1  2  3  4  5  6  7  8  9    **Next** ►

---

aviator light                                    Search

**Search within results** | **Language Tools** | **Search Tips** | **Try Google Experimental**

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web** Images Maps News Shopping Gmail more ▼

Sign in

 aviator light [ Search ]

Advanced Search
Preferences

**Web**   Video                                  Results **701 - 800** of about **1,540,000** for **aviator light**. (**1.08** seconds)

### Serengeti Medium **Aviator** - Free Shipping Both Ways & 365-Day ...
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/n/p/p/7277741.html - 61k - Cached - Similar pages

### Amazon.com: Customer Reviews: SureFire A2 **Aviator** Tactical LED Max ...
SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 lumens/LED: 3 lumens, ...
I recently got this **light** for Christmas and I love this **light**. ...
www.amazon.com/review/ product/B000E204CS?showViewpoints=1 - 130k - Cached - Similar pages

### Amazon.com: Serengeti Napoli Drivers Gradient Sunglasses (**Aviator** ...
Serengeti lenses also block almost 95% of blue **light**, a color in the visible ...
Serengeti **Aviator** Navigator - Matte Black Frame & Drivers Gradient Lens ...
www.amazon.com/ Serengeti-Drivers-Gradient-Sunglasses-**Aviator**/dp/B000R2YYFS - 183k
- Cached - Similar pages

### Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ...
Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ... The batteries
have a 10 year shelf life, my **light** has the white xenon bulb and the ...
www.amazon.com/ SureFire-**Aviator**-Tactical-LED-Output/dp/B000E204CS - 172k - Cached - Similar pages

### Amazon.com: Archmaker's review of The **Aviator's Wife**
The **Aviator's** Wife The **Aviator's** Wife 1572525398 Philippe Marlaud Fox Lorber The
**Aviator's** Wife Movies & TV The Woman Always Decides This **light** yet ...
www.amazon.com/review/ R5KREE63EYLZC?ASIN=1572525398&nodeID= - 121k - Cached - Similar pages

### Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm ...
Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm Eyeglasses:
Apparel. ... Elite Metal **Aviator** Sunglasses with Mirror Lens - 1375 ...
www.amazon.com/ Heuer-TH7101-Col-005-Rimless-Eyeglasses/dp/B0011WD2UG - 149k - Cached - Similar pages

### Amazon.com: Customer Reviews: Saitek **Aviator** Dual Throttle ...
The only cons I have noticed is that the **Aviator** is a bit on the **light** side and
maybe could use another POV hat, but can't really expect much for the low ...
www.amazon.com/ Saitek-**Aviator**-Throttle-Joystick-PS33/dp/customer-reviews/B000I62PEK - 200k
- Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
This unit is the most versatile lip **light** available having a range of dimming
either the 3 floods ... Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack ...
www.s-lite.com/categories.php?id=5 - 15k - Cached - Similar pages

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

aviator light - Google Search

### S-Lite Battery Powered Personal LED **lights**
The original Finger **light** was developed for use by the military in 1985. ...
Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack · Disposable Medical ...
www.s-lite.com/categories.php?id=7 - 15k - Cached - Similar pages

## Planenews **Aviation** News Portal - 1st Mid-Atlantic **Light** Sport ...
Aug 20, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds .... Atlantic region for **Light**
Sport Aircraft and Sport Pilots. Don''t miss it! **...**
planenews.com/modules.php?name=News& file=article&sid=5616 - 43k - Cached - Similar pages

### Planenews **Aviation** News Portal - China launches indigenously-made ...
An indigenously-made five-seater **light** aircraft dubbed as China's first, has made
its ... The General Administration of Civil **Aviation** of China accepted the ...
planenews.com/modules.php?name=News& file=article&sid=3161 - 41k - Cached - Similar pages

### Planenews **Aviation** News Portal - Super-**Light** Airplane Makes Flying ...
Jul 9, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds. Receive news by email: **...**
It's so **light**, four men can lift it. Full Story. ...
planenews.com/modules.php?name=News& file=article&sid=5349 - 51k - Cached - Similar pages

### Planenews **Aviation** News Portal - Overwheling Response for **Light** ...
Nov 10, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds **...** The flight test program for
Cessna's **Light** Sport Aircraft (LSA) concept is on track, ...
planenews.com/modules.php?name=News& file=article&sid=6156 - 40k - Cached - Similar pages

### Planenews **Aviation** News Portal - **Light** Aircraft Safety Improving.
Jan 10, 2006 **...** General **aviation**, often referred to as the "**light** aircraft" industry, has
dramatically improved safety in the past 15 years. **...**
planenews.com/modules.php?name=News& file=article&sid=4424 - 41k - Cached - Similar pages

### Planenews **Aviation** News Portal - Cessna Studying **Light** Sport ...
Jun 6, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds **...** **Light** Aircrafts Cessna Aircraft
is studying the feasibility of designing and building a ...
planenews.com/modules.php?name=News& file=article&sid=5189 - 52k - Cached - Similar pages

### Planenews **Aviation** News Portal - Honda Begins Sales of its ...
Oct 18, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds ... Honda Begins Sales of its
HondaJet Advanced **Light** Jet. ...
planenews.com/modules.php?name=News& file=article&sid=6030 - 40k - Cached - Similar pages

## Mounting means for use of ground system type goggles as **aviators** ...
Some of the requirements of an **aviators** goggles are that the mounting system be
**light** weight and have quick vertical flip up to stow position capabilities ...
www.freepatentsonline.com/4987608.html - 44k - Cached - Similar pages

## Cabela's -- **Aviator** Rabbit Fur Hat
It's **light** weight, soft rabbit fur that dosen't give you that stocking hat hair
... "I purchased two **Aviator** Rabbit hats, one for the grandson and nephew. ...
www.cabelas.com/prod-1/0051379951368a.shtml - 112k - Cached - Similar pages

## AIRSHIP IN DANGER AS ITS MOTOR STOPS; Cromwell Dixon, 500 Feet Up ...

4 -- To-morrow will be the big day at the Harvard **aviation** meet. The $10000 race
to Boston **Light** and all the eleven other events on the programme, ...
query.nytimes.com/gst/ abstract.html?res=F20911F7355D16738DDDAC0894D1405B808DF1D3 - 10k
- Cached - Similar pages

### CUSHING'S MEN TELL OF GERMAN AIR ATTACK; **Aviator** Manoeuvred to ...
CUSHING S MEN TELL OF GERMAN AIR ATTACK **Aviator** Manoeuvred to Drop Bomb Into
Funnel -- Ample **Light** to See Ship's Flag. Special to The New York Times. ...
query.nytimes.com/gst/ abstract.html?res=F20F10FD385C13738DDDA90A94DD405B858DF1D3 - 4k
- Cached - Similar pages

### Sheila Scott, 61, British **Aviator** - New York Times
LEAD: Sheila Scott, a British **aviator** who in 1971 became the first woman to pilot
a flight circling the world by way of the North Pole in a **light** aircraft, ...
query.nytimes.com/gst/fullpage. html?res=940DEEDF113BF932A15753C1A96E948260 - 40k
- Cached - Similar pages

### AIRPLANES OVER CITY FLY IN BATTLE LINES; Great Crowds See 22 ...
The most elaborate **aviation** display in the history of New York was an incidental
... both--wings and an electric **light** pole, but leaving the **aviator** unhurt. ...
query.nytimes.com/gst/ abstract.html?res=F30F1FF83C5A11738DDDAC0894DF405B888DF1D3 - 12k
- Cached - Similar pages

### FIND ARMY **AVIATORS** IN SEA.; Life Savers Rescue Sperry and Dewey in ...
Lawrence Sperry, the inventor and **aviator**, and Captain Leo A. Dewey, ... off the
Block Island **Light**, where they had been forced to descend in the ocean. ...
query.nytimes.com/gst/ abstract.html?res=F10815FC3D5412738FDDAB0894D8415B868DF1D3 - 3k
- Cached - Similar pages

### GIANT BATTLEPLANE NEW IDEA IN **AVIATION**; Italy Plans Machine With ...
I, , a single **aviator** started from Salonikt, flew to Softa, dropped four bombs
.... These are fastened beneath the wings; which aid In reflecting the **light** ...
query.nytimes.com/gst/ abstract.html?res=FB0A16F9385E11738DDDAC0894D0405B878DF1D3 - 16k
- Cached - Similar pages

### **AVIATORS** GATHER FOR BELMONT FLIGHT; English and French Aeronauts ...
... **light** at night and the other force beginning early in the morning. ....
Of the American **aviators**, it is expected that Charles K. Hamilton, Drexel. ...
query.nytimes.com/gst/ abstract.html?res=F40C13F6395D11738DDDA00894D8415B808DF1D3 - 13k
- Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Your Very Own True-to-life Recreation of the Beechcraft V35 V-Tail Bonanza to
Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pc**aviator**.com/dlstore/product.php?productid=204 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Beechcraft Mentor T34B for FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites. ...
www.pc**aviator**.com/dlstore/product.php?productid=23 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

aviator light - Google Search

The Aircraft That Gets You Anywhere - Now For FSX X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce ...
www.pc**aviator**.com/dlstore/product.php?productid=377 - 45k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...
Highly optimized so extremely **light** on frame rates as is needed to fly it into
the detailed ... AIM **Aviation**, 4X-AJZ (Israel) Super Cub, amphibian, 160hp ...
www.pc**aviator**.com/dlstore/product.php?productid=366 - 46k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
6 High Quality General **Aviation** Aircraft For FSX & FS2004 X-Cart: full-featured
PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pc**aviator**.com/dlstore/product.php?productid=399 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly The GlassAir III with Microsoft Flight Simulator X and 2004 X-Cart: full-featured
PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pc**aviator**.com/dlstore/product.php?productid=233 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Own This GA Classic - The Piper PA28R Arrow X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=390 - 42k - Cached - Similar pages

### Versace Or Prada Or Gucci Or Chanel Or Dior Or Designer, **Aviator** ...
VERSACE 0VE2070 104/513 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES ...
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/frame-style--**aviator**/ products__att623991--40824-__keyword--versace+or+prada
+or... - 174k - Cached - Similar pages

### 3 **Light** Lighting Home Lighting - Home & Garden - BizRate - Compare ...
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ...
www.bizrate.com/home**light**ing/ products__keyword--3+**light**+**light**ing.html - 179k - Cached - Similar pages

### Womens B0029 (**Light** Gold) - Clothing & Accessories - BizRate ...
Buy Womens B0029 (**Light** Gold) when you shop online at BizRate, a price comparison
search ... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products_ _keyword--hugo+boss+sunglasses+**light**+gold.html - 134k
- Cached - Similar pages

### Brown **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/products_ _keyword--brown+**aviator**+sunglasses.html - 181k - Cached - Similar pages

### GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD - Clothing & Accessories ...
Buy GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD when you shop online at BizRate,
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products_ _keyword--armani+sunglasses+brown+gradient+**light**.html - 135k
- Cached - Similar pages

### **Aviator** Women's Shoes - Clothing & Accessories - BizRate - Compare ...

aviator light - Google Search

Womens 3025 **Aviator** Large Metal 58 (Black/G-15xlt Lens, Arista/Pink Silver Gradient
Mirror Lens, Black/Gradient **Light** Blue Lens, Black/Gold Mirror Lens, ...
www.bizrate.com/womensshoes/ products__keyword--**aviator**.html - 174k - Cached - Similar pages

### Dark Black **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
Compare prices on dark black **aviator** sunglasses Sunglasses. ... Womens Paso
Roble (**Light** Matte Brown/Dark Brown Lens, Matte Black/Grey ...
www.bizrate.com/sunglasses/products_ _keyword--dark+black+**aviator**+sunglasses.html - 105k
- Cached - Similar pages

## Lincoln **Aviator** Audio Equipment > Why Buy New Lincoln **Aviator** ...
2003 Lincoln **Aviator** 4-Door, V-8, Automatic-OD, RWD, Audio Equipment from side
to side, **light** Parchment Looking For a entertainment system roof mount, ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio_equipment-requests.html - 47k - Cached - Similar pages

### Used Lincoln Parts Leads November 20, 2006 (i.e. Tail **Light** ...
For example, on November 20, 2006 we processed part requests for 2004 Lincoln
**Aviator** Center Cap, 2002 Lincoln LS Grille, 2001 Lincoln LS Tail **Light**, ...
www.automotix.net/20061120-used-lincoln-parts.html - 43k - Cached - Similar pages

### Used Lincoln Parts Leads November 10, 2007 (i.e. Tail **Light**, Tail ...
Nov 10, 2007 ... Shop Online For Auto Body Parts, **Lights**, Wheels, Engines & Used Auto ...
Lincoln **Aviator** Back Glass, 1994 Lincoln Contennial Tail **Light**, ...
www.automotix.net/20071110-used-lincoln-parts.html - 44k - Cached - Similar pages

### Lincoln **Aviator** Interior > Why Buy New Lincoln **Aviator** Parts When ...
2004 Lincoln **Aviator** SUV, Seat, Rear Rear Full size rear bucket seats (orig.
would have had console between) in Parchment (**Light** tan) color. Left and Right. ...
www.automotix.net/ partshotline-lincoln-**aviator**-interior-requests.html - 57k - Cached - Similar pages

### Used Lincoln Parts Leads March 25, 2008 (i.e. Fog **Light**, Backup **Light**)
Mar 25, 2008 ... For example, on March 25, 2008 we processed part requests for 2003 Lincoln **Aviator**
Outside Mirror Glass, 1990 Lincoln Mark VI Fog **Light**, ...
www.automotix.net/20080325-used-lincoln-parts.html - 45k - Cached - Similar pages

### Used Lincoln Parts Leads February 06, 2008 (i.e. Rear Suspension ...
Feb 6, 2008 ... 2003 Lincoln **Aviator**, Any Turn Signal **Light**, Driver Rear, I only need the lense
cover - the **light** works only plastic cover os cracked ...
www.automotix.net/20080206-used-lincoln-parts.html - 46k - Cached - Similar pages

### Lincoln **Aviator** Parts - Auto Body Parts Store
Description: Grille Guard Rampage Dakar Bar, Universal Front Dual Purpose Grille
Guard & **Light** Bar, Black Off Road Coat. Fit: 2003 - 2005 Lincoln **Aviator** ...
www.automotix.net/bodyparts/ lincoln-**aviator**-inventory.html - 75k - Cached - Similar pages

## VedaloHD Marino **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Marino **Aviator** Sunglasses by VedaloHD - This **aviator** has a sleek look to it
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/4937 - 27k - Cached - Similar pages

### VedaloHD Alba Rimless Small **Aviator** Sunglasses - MyPilotStore.com

aviator light - Google Search

VedaloHD Alba Rimless Small **Aviator** Sunglasses by VedaloHD - Rimless Round, **...**
They are blue **light** and infrared effective and exceed all American, **...**
www.mypilotstore.com/mypilotstore/sep/5372 - 25k - Cached - Similar pages

### Serengeti Large **Aviator** Sunglasses - MyPilotStore.com
Serengeti Large **Aviator** Sunglasses by Serengeti Eyewear 5222 - No matter what
**...** Serengeti lenses block 95% of blue **light**, virtually eliminating the eye **...**
www.mypilotstore.com/mypilotstore/sep/4483 - 25k - Cached - Similar pages

## 2002 Ford Explorer Sport -- Left Rear Signal **Light** not blinking ...
My left rear signal **light** does not blink. The bulb actually **lights** up when you
turn on ... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2002-ford-explorer-sport-left-rear-signal-**light**-not-blinking-155711/ - 79k
- Cached - Similar pages

## Lincoln **Aviator** Grille - Partstrain.com
The condition of your Lincoln **Aviator** grille should also be your concern if you
want your car ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Grille/LINCOLN/**AVIATOR** - 60k - Cached - Similar pages

### Lincoln **Aviator** Carpet - Carpets - Partstrain.com
We sell our great quality Lincoln **Aviator** carpet at very low wholesale prices,
so call us now ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Carpet/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheels - Wheel - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... Order our
top-of-the-line Lincoln **Aviator** wheels and watch your car rev with enhanced ...
www.partstrain.com/ShopByDepartment/ Wheels/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheel Cover - Wheel Covers - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light**. -- Lincoln **Aviator**
Headlight. -- Lincoln **Aviator** Parking **Light** ...
www.partstrain.com/ShopByDepartment/ Wheel_Cover/LINCOLN/**AVIATOR** - 59k - Cached - Similar pages

## Men's Sunglasses
More **aviator**-style Kline Sunglasses. The Klines' square metal alloy frames are
**light** and strong, and the polycarbonate lenses give you a clear view of ...
shopping.msn.com/.../ forsale?text=category:sunglasses+sale:1+Sunglassestype:**Aviator**+price:90-129.99 - 101k
- Cached - Similar pages

### New Balance Golf Clothing
Men's Hats/Gloves - Width Sizing - **Aviator** - So **light** you... More will never know
it's there! This cotton mesh adjustable cap is perfect for running, golf, ...
shopping.msn.com/.../bcatid9639/new-balance/ 2-120926/forsale?text=category:golf-clothing+Brand:New-Balance -
84k- Cached - Similar pages

### Women's Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/results/womens-sunglasses/ bcatid7088/amazon/12-12/**aviator**/2330-4512164/forsale?
text=... - 94k - Cached - Similar pages

### Men's Socks & Underwear

Available Colors: **Aviator**/Grey/Black, Pink/**Light** Blue/Fusion Green. At Shoebuy.com |
Details. Free Shipping! Free Returns! ...
shopping.msn.com/.../shoebuy.com/12-200/ forsale?text=category:mens-socks-underwear+Seller:Shoebuy.com -
104k - Cached - Similar pages

## Men's Sunglasses

Serengeti 's lenses block 95% of blue **light**, virtually eliminating the ...
Lightweight metal **aviator** style frames. Glass lenses offer 100% UV protection. ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/zappos.com/12-149/forsale?
text=catego... - 98k - Cached - Similar pages

## Camping **Lights** & Lanterns

Camping **Lights** & Lanterns: Product information, price comparisons and user ...
Surefire A2 **Aviator** Incandescent & Blue LED Flashlight (Black) A2-HA-BL ...
shopping.msn.com/.../ forsale?text=category:camping-**lights**-lanterns+price:140-249.99&av=12-5664549 - 96k
- Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In Phoenix, AZ - Yahoo! Autos

2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk, 4.6L V8, AUTO 5SPD, 4X2, 5
door, Stock# P827. Dealer:. Chapman Auto Mall. Phone:. 877-284-9802 ...
autos.yahoo.com/used-cars/ az-phoenix-lincoln-**aviator**.html - 82k - Cached - Similar pages

## Details of Used 2004 Lincoln **Aviator**, Coatesville, PA - Yahoo! Autos

Used 2004 Lincoln **Aviator** in Coatesville PA - listing details. ... Delayed/Fade
Courtesy **Lights**, Illuminated Entry System, Cargo Area **Light**, ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars237568348 - 42k - Cached - Similar pages

## Details of Used 2003 Lincoln **Aviator**, Hudson, NH - Yahoo! Autos

Used 2003 Lincoln **Aviator** in Hudson NH - listing details. ... Delayed/Fade Courtesy
**Lights**, Illuminated Entry System, Cargo Area **Light**, Cargo Capacity: Rear ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars253196664 - 41k - Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In Richmond, VA - Yahoo! Autos

2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, AWD, 5 door, Stock# NJ45114A. Dealer:. Sheehy Ford Lincoln Mercury ...
autos.yahoo.com/used-cars/ va-richmond-lincoln-**aviator**.html - 73k - Cached - Similar pages

## 2004 Lincoln **Aviator** Luxury Sport Utility for Sale in Shrewsbury ...

Find the pre-owned 2004 Lincoln **Aviator** Luxury Sport Utility you have been ...
**Light** French Silk Metallic 5-door AWD SUV, 60105 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/14/2004/lincoln/ **aviator**/luxury/massachusetts/shrewsbury/218094522/113/index.
html - 55k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 9 ...

Lincoln **Aviator** Luxury. $21500 | 53130 miles. East Petersburg, Pennsylvania.
**Light** Green 5-door AWD SUV, 53130 miles, AUTO 5SPD, 4.6L V8. Stock# J23015. ...
www.motortrend/used_cars/ 09/2005/lincoln/**aviator**/page9.html - 150k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 10 ...

Lincoln **Aviator** Luxury. $23994 | 15856 miles. Saugus, Massachusetts. **Light** French
Silk Metallic 5-door AWD SUV, 15856 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page10.html - 149k - Cached - Similar pages

aviator light - Google Search

### 2003 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2003 Lincoln **Aviator** Luxury Sport Utility car ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and ...
www.motortrend.com/cars/2003/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

### Used Will County Lincoln **Aviator** Cars For Sale In - Motor Trend ...
Lincoln **Aviator** Luxury. $22995 | 0 miles. Joliet, Illinois. **Light** French Silk
5-door AWD SUV, AUTO 5SPD, 4.6L V8. Stock# 82319A. ...
www.motortrend.com/used_cars/ 55/illinois/will/lincoln/**aviator**/index.html - 59k - Cached - Similar pages

### 2004 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2004 Lincoln **Aviator** Luxury Sport Utility car ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and ...
www.motortrend.com/cars/2004/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

### Used South Carolina Lincoln **Aviator** Luxury Cars For Sale - Motor ...
Lincoln **Aviator** Luxury. $18499 | 43138 miles. Hardeeville, South Carolina.
**Light** French Silk 4-door 4X4 SUV, 43138 miles, Automatic, 8 Cylinders. ...
www.motortrend.com/used_cars/53/ south_carolina/lincoln/**aviator**/luxury/index.html - 76k - Cached - Similar pages

### **Aviator** Sunglasses : **Aviator** Collection : **Aviator** Styles
If you have heard anyone saying that **aviator** sunglasses are out then they are
... QNL, Emporio Armani 9453 **Light** Gold, £85.00, Emporio Armani Sunglasses ...
www.sunglasses-shop.co.uk/**aviator**-sunglasses. asp?page=16&Search=**aviator** - 60k - Cached - Similar pages

### March 2006 : Sunglasses of the month Ray-Ban Mirrored **Aviators** ...
The Ray-Ban 3025 mirrored **aviator** is one of our best selling models. ...
gold mirror lenses (W3277) and rose frame with **light** gradient mirror lens (030/3E). ...
www.sunglasses-shop.co.uk/ sunglasses-of-the-month/march-2006.asp - 40k - Cached - Similar pages

### Serengeti **Aviator** Sunglasses - Compare Prices, Reviews and Buy at ...
Serengeti **Aviator** Sunglasses - 73 results like the Serengeti **Aviator** Wire ...
inside the lenses to adjust to **light**, causing them to lighten and darken . ...
www.nextag.com/serengeti-**aviator**-sunglasses/search-html - 109k - Cached - Similar pages

### Lincoln **Aviator** - Compare Prices, Reviews and Buy at NexTag ...
WEATHERTECH In Channel Side Window Vent Visors Rear Deflectors Only - **Light**
Lincoln **Aviator** 2003 to · WEATHERTECH In Channel Side Window Vent Visors Rear ...
www.nextag.com/lincoln-**aviator**/search-html - 120k - Cached - Similar pages

### JULBO Teardrop Glacier Glasses: Compare Prices, View Price History ...
The Julbo Teardrop is a glacier glass with a modified **aviator** style for coverage
and comfort. The lenses are Alti-spectron X6 which blocks 95% visible **light** ...
www.nextag.com/JULBO--2700200/ **aviator**-sunglasses/brand-html - 43k - Cached - Similar pages

### Lighting - By PLC LIGHTING - Chandeliers - Compare Prices, Reviews ...
9/7/07), PLC LIGHTING **Aviator** 16 **Light** Chandelier in Satin Nickel - PLC-1812-SN,
PLC LIGHTING Fusion 20-**Light** Chandelier in Satin Nickel 6030SN, ...
www.nextag.com/PLC-**LIGHT**ING-**Light**ing--a-Indoor+**Light**ing+Type-_ -Chandeliers--zz2700469zPLC
+**LIGHT**INGzB10z5-... - 106k - Cached - Similar pages

aviator light - Google Search

### Aviator Jacket - Compare Prices, Reviews and Buy at NexTag - Price ...
Men New Balance Gazelle Full Zip Jacket - **Aviator**/Brighton Blue. Cadence **Light**
Dobby is lightweight, quick drying and breathable. Reflective graphic on back **...**
www.nextag.com/**aviator**-jacket/search-html - 105k - Cached - Similar pages

### Compare Prices on Serengeti Sunglasses - Aviator Large
Compare Prices on Serengeti Sunglasses - **Aviator** Large from these stores, eBay,
**...** Photochromatic - Automatically adjusts to changing **light** conditions. **...**
www.shopping.com/xPC-Serengeti_Serengeti_
Sunglasses_**Aviator**_Large_Frame_Matte_Black_Lens_Drivers_Gradient - 105k - Cached - Similar pages

### Ray-Ban $100 - $110 Gradient Sunglasses - aviator, designer ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades **...**
www.shopping.com/xDN-Sunglasses--brand_ ray_ban-price_range_100_110-sn_lens_feature_gradient - 183k
- Cached - Similar pages

### Ray Ban Ray Ban Sunglasses Aviator RB3320 - - Shopping.com
Ray Ban sunglasses **Aviator** RB 3320 042/ 8Z : Unisex, Satin silver metal frame,
**Light** brown, silver gradient mirror (Polycarbonate) polycarbonate lenses. **...**
www.shopping.com/ xPC-Ray-Ban-Ray-Ban-Sunglasses-**Aviator**-RB3320 - 159k - Cached - Similar pages

### Rimless Ray Ban Sunglasses - aviator, designer, polarized ...
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades **...**
www.shopping.com/xDN-sunglasses--rimless-ray_ban - 159k - Cached - Similar pages

### christian dior sunglasses Golden Sunglasses - aviator, designer ...
Christian Dior sunglasses Dior Sport 2 3YG/AS : **Light** gold frame / Mauve le
Featured Item **....** Frame Type: **Aviator** Sunglasses, Frame Material: Bi- Injected, **...**
www.shopping.com/xDN-sunglasses-christian_ dior_sunglasses-sn_frame_color_golden - 182k
- Cached - Similar pages



### YouTube - Street Light Manifesto Keasby Nights
Street **Light** Youth: The **Aviator** · Street **Light** Youth: The **...**
3 min 56 sec - ⭐⭐⭐⭐⭐
www.youtube.com/watch?v=HHSR6CXXfP0

### RAYBAN AVIATOR RB 3211 032/8G - £73.94
RAYBAN **AVIATOR** RB 3211 032/8G. (product ID: 11763). Lens Colour: APX Gradient Grey
**...** CATEYE SL LD100 COMPACT SAFETY **LIGHT** FRONT LED **...**
www.cyclestore.co.uk/productDetails.asp?productID=11763 - 108k - Cached - Similar pages

### RAYBAN AVIATOR RB 4087 (601/71) - £73.94
RAYBAN **AVIATOR** RB 4087 (601/71). (product ID: 11842). Lens Colour: Poly. **...**
Blackburn System X4 Front **Light** 2008. Blackburn System X4 Front **Light** 2008 **...**
www.cyclestore.co.uk/productDetails.asp?productID=11842 - 108k - Cached - Similar pages

### AVIATOR RB3044
RAYBAN **AVIATOR** RB3044 L0207 52MM RRP: £89.99 Our Price: £76.49 **...** Giant Recon
0.1 Front **light** Cyclestore clearance range of the latest bikes and cycling **...**
www.cyclestore.co.uk/rangeViewer.asp?categoryID=626 - 103k - Cached - Similar pages

### RAYBAN AVIATOR RB3320

aviator light - Google Search

RAYBAN **AVIATOR** RB3320. ... CATEYE HL-EL450 FRONT **LIGHT** Cyclestore clearance range
of the latest bikes and cycling products. CATEYE HL-EL450 FRONT **LIGHT** ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=641 - 104k - <u>Cached</u> - <u>Similar pages</u>

#### RAYBAN **AVIATOR** RB 3340 (006/71) - £79.89
RAYBAN **AVIATOR** RB 3340 (006/71). (product ID: 11756). Lens Colour: **Light** Natural
Green Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11756&catID=623 - 108k - <u>Cached</u> - <u>Similar pages</u>

#### RAYBAN **AVIATOR** RB 3340 (002/8G) - £79.89
RAYBAN **AVIATOR** RB 3340 (002/8G). (product ID: 11751). Lens Colour: Gradient **Light**
Blue Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11751&catID=623 - 108k - <u>Cached</u> - <u>Similar pages</u>

### Sport **Aviator** - www.masportaviator.com
Stinson had designed a great **light**, twin-engined airplane called, .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masport**aviator**.com/ntp/pipercherokee.asp - 22k - <u>Cached</u> - <u>Similar pages</u>

#### Sport **Aviator** - www.masportaviator.com
Three large **light** fixtures are spread across the length of the walls, ....
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ va.asp?ArticleName=Indoor%20Electric%20Festival - 53k - <u>Cached</u> - <u>Similar pages</u>

### eBay Blogs - Sunglasses For Pilots - Beyond The Image
Jul 19, 2007 ... Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces ...
blogs.ebay.com/jet**aviator**7/entry/ Sunglasses-For-Pilots-Beyond-The-Image/_W0QQidZ208193019 - 39k
- <u>Cached</u> - <u>Similar pages</u>

### eBay Store - **Aviator** Sunglasses: Ray Ban Style Sunglasses ...
We also sell Mirror **Aviators**, **aviator** sun glasses items on eBay. ... or fully
polarized, except when the **light** is normal (perpendicular) to the surface. ...
stores.ebay.com/Primal-Culture - 77k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Parts | Lincoln Parts
... Lincoln **Aviator Light** Bar · Lincoln **Aviator Light** Bulb · Lincoln **Aviator Light**
Guard Kit · Lincoln **Aviator Light** Mount · Lincoln **Aviator Light** Mount ...
www.lincoln-auto-parts.info/**aviator**/index.php - 78k - <u>Cached</u> - <u>Similar pages</u>

### Pilot Bank - pilotbank **aviation** business directory - **Light** Aircraft
PilotBank - Last Minute, Top Deals, holidays, Travel directory,airline flight
tickets, hotels,hotel,travel companies, hot air balloon trips, glider lessons, ...
www.pilotbank.co.uk/index.php?option=com_ sobi2&catid=8&Itemid=44&limit=21&limitstart=42 - 143k
- <u>Cached</u> - <u>Similar pages</u>

### THE **AVIATOR** FLIGHT LINE BIRDS BIRD TIE OUT NIB - eBay (item ...
Wrist strap attaches to the lead of the **Aviator** Flight Line and you no longer
need to hold on. The **Aviator** Flight Line is very **light** ...
cgi.ebay.com/THE-**AVIATOR**-F**LIGHT**-LINE-BIRDS--BIRD-TIE-OUT-NIB_
W0QQitemZ350056393652QQcmdZViewItem?IMSfp=TL... - 119k - <u>Cached</u> - <u>Similar pages</u>

### GIORGIO ARMANI 448 **AVIATOR** SUNGLASSES GOLD NEW-AUTH - eBay (item ...

BRAND NEW & AUTHENTIC! GIORGIO ARMANI SUNGLASSES. **LIGHT** GOLD **AVIATOR** FRAME WITH
GA LOGO ON SIDES. SUNGLASSE COME WITH A HARD CASE ...
cgi.ebay.com/GIORGIO-ARMANI-448-**AVIATOR**-SUNGLASSES-GOLD-NEW-AUTH_
W0QQitemZ290233238530QQcmdZViewItem?IMSf... - 126k - Cached - Similar pages

**eBay Motors: Lincoln : Aviator (item 280230075309 end time Jun-03 ...**
Find Lincoln : **Aviator** in the eBay Motors , Cars Trucks , Lincoln , **Aviator**
category on eBay ... **Light** French Silk Metallic with Camel Leather Interior ...
cgi.ebay.com/ebaymotors/ Cars-Trucks___2005-05-**AVIATOR**-AWD-FACT-W-T-ABS-TRACT-NAVI-
TRAIL_W0QQitemZ28023007... - 269k - Cached - Similar pages

**"black light price" - Shopping.com**
Ray Ban sunglasses **Aviator** Large Metal RB 3025 58mm 002/ 3F : Unisex, Black metal
frame, Gradient **Light** BLue tempered glass lenses,... More at UnitedShades. ...
au.shopping.com/-black+**light**+price - 132k - Cached - Similar pages



**Previous** 1 2 3 4 5 6 7 **8** 9     **Next**

| aviator light | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - **Google Home** - **Advertising Programs** - **Business Solutions** - **About Google**

**Web** Images Maps News Shopping Gmail more ▼

Sign in



| aviator light | | Search |

Advanced Search
Preferences

**Web**                                    Results **801** - **900** of about **1,540,000** for **aviator light**. (0.49 seconds)

**Serengeti Medium Aviator - Free Shipping Both Ways & 365-Day ...**
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/n/p/p/7277741.html - 61k - Cached - Similar pages

**Smith Optics Serpico Gold/Sienna Brown Lens - ZCategory Sunglasses ...**
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-gold-sienna-brown-lens-z-category.shtml - 78k - Cached - Similar pages

**Serengeti Medium Aviator Shiny Gold/Drivers Gradient Lens ...**
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/gs/ serengeti-medium-aviator-shiny-gold-drivers-gradient-lens-driving.shtml - 73k
- Cached - Similar pages

**Smith Optics Serpico Gold/Sienna Brown Lens - Monster Melons at ...**
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-gold-sienna-brown-lens-monster-melons.shtml - 79k
- Cached - Similar pages

**Sport Aviator - www.masportaviator.com**
Stinson had designed a great **light**, twin-engined airplane called, .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masport**aviator**.com/ntp/pipercherokee.asp - 22k - Cached - Similar pages

**Sport Aviator - www.masportaviator.com**
Three large **light** fixtures are spread across the length of the walls, ....
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ va.asp?ArticleName=Indoor%20Electric%20Festival - 53k - Cached - Similar pages

**S-Lite Battery Powered Personal LED lights**
The original Finger **light** was developed for use by the military in 1985. ...
Lip **Light** · Titan Light · Finger **Light** · **Aviator** Pack · Disposable Medical ...
www.s-lite.com/categories.php?id=7 - 15k - Cached - Similar pages

**Planenews Aviation News Portal - China launches indigenously-made ...**
An indigenously-made five-seater **light** aircraft dubbed as China's first, has made
its ... The General Administration of Civil **Aviation** of China accepted the ...
planenews.com/modules.php?name=News& file=article&sid=3161 - 41k - Cached - Similar pages

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

aviator light - Google Search

Planenews **Aviation** News Portal - Super-**Light** Airplane Makes Flying ...
Jul 9, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds. Receive news by email: **...**
It's so **light**, four men can lift it. Full Story. **...**
planenews.com/modules.php?name=News& file=article&sid=5349 - 51k - Cached - Similar pages

Planenews **Aviation** News Portal - Overwheling Response for **Light** ...
Nov 10, 2006 **...** Planenews **aviation** RSS XML newsfeeds news feeds **...** The flight test program for
Cessna's **Light** Sport Aircraft (LSA) concept is on track, **...**
planenews.com/modules.php?name=News& file=article&sid=6156 - 40k - Cached - Similar pages

Planenews **Aviation** News Portal - **Light** Aircraft Safety Improving.
Jan 10, 2006 **...** General **aviation**, often referred to as the "**light** aircraft" industry, has
dramatically improved safety in the past 15 years. **...**
planenews.com/modules.php?name=News& file=article&sid=4424 - 41k - Cached - Similar pages

Planenews **Aviation** News Portal - Cessna Studying **Light** Sport ...
Jun 6, 2006 **...** Planenews **aviation** RSS XML newsfeed news feeds **...** **Light** Aircrafts Cessna Aircraft
is studying the feasibility of designing and building a **...**
planenews.com/modules.php?name=News& file=article&sid=5189 - 52k - Cached - Similar pages

**Aviator** Sunglasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. **...**
www.bizrate.com/sunglasses/ products__keyword--**aviator**+sunglasses.html - 191k - Cached - Similar pages

Versace Or Prada Or Gucci Or Chanel Or Dior Or Designer, **Aviator** ...
VERSACE 0VE2070 104/513 **LIGHT** BROWN GRADIENT **AVIATOR** SUNGLASSES **...**
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES **...**
www.bizrate.com/sunglasses/frame-style--**aviator**/ products__att623991--40824-__keyword--versace+or+prada
+or... - 174k - Cached - Similar pages

3 **Light** Lighting Home Lighting - Home & Garden - BizRate - Compare ...
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN **...**
www.bizrate.com/home**light**ing/ products__keyword--3+**light**+**light**ing.html - 179k - Cached - Similar pages

Brushed Nickel Vanity **Lights** Home Lighting - Home & Garden ...
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN **...**
www.bizrate.com/home**light**ing/products_ _keyword--brushed+nickel+vanity+**lights**.html - 174k
- Cached - Similar pages

Womens B0029 (**Light** Gold) - Clothing & Accessories - BizRate ...
Buy Womens B0029 (**Light** Gold) when you shop online at BizRate, a price comparison
search **...** Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. **...**
www.bizrate.com/sunglasses/products_ _keyword--hugo+boss+sunglasses+**light**+gold.html - 134k
- Cached - Similar pages

Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ...
Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three **...**
www.amazon.com/ SureFire-**Aviator**-Tactical-LED-Output/dp/B000V5WKS4 - 139k - Cached - Similar pages

aviator light - Google Search

## Amazon.com: Grundig G6 **Aviator** AM/FM, aircraft band and Shortwave ...
Weighing in at only 7 ounces, the Grundig G6 **Aviator** is **light** enough to take
anywhere. An included AC adapter provides power when at home or the office, ...
www.amazon.com/Grundig-G6-**Aviator**-aircraft-Shortwave/ dp/product-description/B0014T5UM4 - 112k
- Cached - Similar pages

## Amazon.com: Serengeti Napoli Drivers Gradient Sunglasses (**Aviator** ...
Serengeti lenses also block almost 95% of blue **light**, a color in the visible ...
Serengeti **Aviator** Navigator - Matte Black Frame & Drivers Gradient Lens ...
www.amazon.com/ Serengeti-Drivers-Gradient-Sunglasses-**Aviator**/dp/B000R2YYFS - 183k
- Cached - Similar pages

## Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ...
Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ... The batteries
have a 10 year shelf life, my **light** has the white xenon bulb and the ...
www.amazon.com/ SureFire-**Aviator**-Tactical-LED-Output/dp/B000E204CS - 172k - Cached - Similar pages

## Amazon.com: Archmaker's review of The **Aviator's** Wife
The **Aviator's** Wife The **Aviator's** Wife 1572525398 Philippe Marlaud Fox Lorber The
**Aviator's** Wife Movies & TV The Woman Always Decides This **light** yet ...
www.amazon.com/review/ R5KREE63EYLZC?ASIN=1572525398&nodeID= - 121k - Cached - Similar pages

# PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...
Piper Cherokee 180F For FS2004 and FSX X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product. php?productid=22&cat=5&page=2 - 42k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly A 1978 Cessna 182 Q With FSX & 2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=202 - 43k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...
Piper Cherokee 180F For FS2004 and FSX X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product. php?productid=22&cat=5&bestseller - 42k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Your Very Own True-to-life Recreation of the Beechcraft V35 V-Tail Bonanza to
Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pc**aviator**.com/dlstore/product.php?productid=204 - 43k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Beechcraft Mentor T34B for FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=23 - 42k - Cached - Similar pages

# Lincoln **Aviator** Audio > Why Buy New Lincoln **Aviator** Parts When ...
2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio-requests.html - 52k - Cached - Similar pages

aviator light - Google Search

### Lincoln **Aviator** Stereo > Why Buy New Lincoln **Aviator** Parts When ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-stereo-requests.html - 41k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Audio Equipment > Why Buy New Lincoln **Aviator** ...

2003 Lincoln **Aviator** 4-Door, V-8, Automatic-OD, RWD, Audio Equipment from side
to side, **light** Parchment Looking For a entertainment system roof mount, ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio_equipment-requests.html - 47k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Hub > Why Buy New Lincoln **Aviator** Parts When Used ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-hub-requests.html - 41k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Carburetor > Why Buy New Lincoln **Aviator** Parts ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-carburetor-requests.html - 42k - <u>Cached</u> - <u>Similar pages</u>

### CUSHING'S MEN TELL OF GERMAN AIR ATTACK; **Aviator** Manoeuvred to ...

CUSHING S MEN TELL OF GERMAN AIR ATTACK **Aviator** Manoeuvred to Drop Bomb Into
Funnel -- Ample **Light** to See Ship's Flag. Special to The New York Times. ...
query.nytimes.com/gst/ abstract.html?res=F20F10FD385C13738DDDA90A94DD405B858DF1D3 - 4k
- <u>Cached</u> - <u>Similar pages</u>

### Sheila Scott, 61, British **Aviator** - New York Times

LEAD: Sheila Scott, a British **aviator** who in 1971 became the first woman to pilot
a flight circling the world by way of the North Pole in a **light** aircraft, ...
query.nytimes.com/gst/fullpage. html?res=940DEEDF113BF932A15753C1A96E948260 - 40k
- <u>Cached</u> - <u>Similar pages</u>

### AIRPLANES OVER CITY FLY IN BATTLE LINES; Great Crowds See 22 ...

The most elaborate **aviation** display in the history of New York was an incidental
... both--wings and an electric **light** pole, but leaving the **aviator** unhurt. ...
query.nytimes.com/gst/ abstract.html?res=F30F1FF83C5A11738DDDAC0894DF405B888DF1D3 - 12k
- <u>Cached</u> - <u>Similar pages</u>

### FIND ARMY **AVIATORS** IN SEA.; Life Savers Rescue Sperry and Dewey in ...

Lawrence Sperry, the inventor and **aviator**, and Captain Leo A. Dewey, ... off the
Block Island **Light**, where they had been forced to descend in the ocean. ...
query.nytimes.com/gst/ abstract.html?res=F10815FC3D5412738FDDAB0894D8415B868DF1D3 - 3k
- <u>Cached</u> - <u>Similar pages</u>

### GIANT BATTLEPLANE NEW IDEA IN **AVIATION**; Italy Plans Machine With ...

I, , a single **aviator** started from Salonikt, flew to Softa, dropped four bombs
.... These are fastened beneath the wings; which aid In reflecting the **light** ...
query.nytimes.com/gst/ abstract.html?res=FB0A16F9385E11738DDDAC0894D0405B878DF1D3 - 16k
- <u>Cached</u> - <u>Similar pages</u>

### eBay Blogs - Sunglasses For Pilots - Beyond The Image

aviator light - Google Search

Jul 19, 2007 ... Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces ...
blogs.ebay.com/jet**aviator**7/entry/ Sunglasses-For-Pilots-Beyond-The-Image/_W0QQidZ208193019 - 39k
- Cached - Similar pages

### VedaloHD Alba Rimless Small **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Alba Rimless Small **Aviator** Sunglasses by VedaloHD - Rimless Round, ...
They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5372 - 25k - Cached - Similar pages

### Serengeti Large **Aviator** Sunglasses - MyPilotStore.com
Serengeti Large **Aviator** Sunglasses by Serengeti Eyewear 5222 - No matter what
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4483 - 25k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Las Vegas, NV - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO 5SPD,
5 door, Stock# N19091A. Dealer:. Acura of Las Vegas. Phone:. 866-545-5656 ...
autos.yahoo.com/used-cars/ nv-las_vegas-lincoln-**aviator**.html - 57k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Phoenix, AZ - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk, 4.6L V8, AUTO 5SPD, 4X2, 5
door, Stock# P827. Dealer:. Chapman Auto Mall. Phone:. 877-284-9802 ...
autos.yahoo.com/used-cars/ az-phoenix-lincoln-**aviator**.html - 82k - Cached - Similar pages

### Details of Used 2004 Lincoln **Aviator**, Coatesville, PA - Yahoo! Autos
Used 2004 Lincoln **Aviator** in Coatesville PA - listing details. ... Delayed/Fade
Courtesy **Lights**, Illuminated Entry System, Cargo Area **Light**, ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars237568348 - 42k - Cached - Similar pages

### Details of Used 2003 Lincoln **Aviator**, Hudson, NH - Yahoo! Autos
Used 2003 Lincoln **Aviator** in Hudson NH - listing details. ... Delayed/Fade Courtesy
**Lights**, Illuminated Entry System, Cargo Area **Light**, Cargo Capacity: Rear ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars253196664 - 41k - Cached - Similar pages

### Men's Sunglasses
More **aviator**-style Kline Sunglasses. The Klines' square metal alloy frames are
**light** and strong, and the polycarbonate lenses give you a clear view of ...
shopping.msn.com/.../ forsale?text=category:sunglasses+sale:1+Sunglassestype:**Aviator**+price:90-129.99 - 101k
- Cached - Similar pages

### New Balance Golf Clothing
Men's Hats/Gloves - Width Sizing - **Aviator** - So **light** you... More will never know
it's there! This cotton mesh adjustable cap is perfect for running, golf, ...
shopping.msn.com/.../bcatid9639/new-balance/ 2-120926/forsale?text=category:golf-clothing+Brand:New-Balance -
84k- Cached - Similar pages

### Women's Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/results/womens-sunglasses/ bcatid7088/amazon.com/12-12/**aviator**/2330-4512164/forsale?
text=... - 94k - Cached - Similar pages

### Men's Socks & Underwear

aviator light - Google Search

Available Colors: **Aviator**/Grey/Black, Pink/**Light** Blue/Fusion Green. At Shoebuy.com |
Details. Free Shipping! Free Returns! **...**
shopping.msn.com/.../shoebuy.com/12-200/ forsale?text=category:mens-socks-underwear+Seller:Shoebuy.com -
104k - Cached - Similar pages

## Men's Sunglasses
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the **...**
Lightweight metal **aviator** style frames. Glass lenses offer 100% UV protection. **...**
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/zappos.com/12-149/forsale?
text=catego... - 98k - Cached - Similar pages

## Lincoln **Aviator** Carpet - Carpets - Partstrain.com
We sell our great quality Lincoln **Aviator** carpet at very low wholesale prices,
so call us now **...** Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light ...**
www.partstrain.com/ShopByDepartment/ Carpet/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheels - Wheel - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light ...** Order our
top-of-the-line Lincoln **Aviator** wheels and watch your car rev with enhanced **...**
www.partstrain.com/ShopByDepartment/ Wheels/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheel Cover - Wheel Covers - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light**. -- Lincoln **Aviator**
Headlight. -- Lincoln **Aviator** Parking **Light ...**
www.partstrain.com/ShopByDepartment/ Wheel_Cover/LINCOLN/**AVIATOR** - 59k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 9 ...
Lincoln **Aviator** Luxury. $21500 | 53130 miles. East Petersburg, Pennsylvania.
**Light** Green 5-door AWD SUV, 53130 miles, AUTO 5SPD, 4.6L V8. Stock# J23015. **...**
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page9.html - 150k - Cached - Similar pages

### Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 10 ...
Lincoln **Aviator** Luxury. $23994 | 15856 miles. Saugus, Massachusetts. **Light** French
Silk Metallic 5-door AWD SUV, 15856 miles, AUTO 5SPD, 4.6L V8. **...**
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page10.html - 149k - Cached - Similar pages

### 2003 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2003 Lincoln **Aviator** Luxury Sport Utility car **...**
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and **...**
www.motortrend.com/cars/2003/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

### Used Will County Lincoln **Aviator** Cars For Sale In - Motor Trend ...
Lincoln **Aviator** Luxury. $22995 | 0 miles. Joliet, Illinois. **Light** French Silk
5-door AWD SUV, AUTO 5SPD, 4.6L V8. Stock# 82319A. **...**
www.motortrend.com/used_cars/ 55/illinois/will/lincoln/**aviator**/index.html - 59k - Cached - Similar pages

### 2004 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2004 Lincoln **Aviator** Luxury Sport Utility car **...**
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and **...**
www.motortrend.com/cars/2004/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

## VLJ MAGAZINE | How We Travel | **Light**, Very, Jet, Ndash, Airtaxi

It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/how_we_travel.html - 28k - <u>Cached</u> - <u>Similar pages</u>

### VLJ MAGAZINE | European Private Jet Developments | Vlj, Market ...

It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/ - 29k - <u>Cached</u> - <u>Similar pages</u>

### VLJ MAGAZINE | Eclipse ECJ VLJ | Global, the, Very, Respondents, Shows

It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/eclipse_ecj_vlj.html - 26k - <u>Cached</u> - <u>Similar pages</u>

### VLJ MAGAZINE | European Private Jet Developments | Vlj, Market ...

It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/?include=133595 - 29k - <u>Cached</u> - <u>Similar pages</u>

## Baby **Aviator** - Compare Prices, Reviews and Buy at NexTag - Price ...

**Light** up your favorite **aviator's** night with the soft glow of this prop plane.
Little kids can take off for dreamland and "big kids" can recall their trips ...
www.nextag.com/baby-**aviator**/search-html - 98k - <u>Cached</u> - <u>Similar pages</u>

### Serengeti **Aviator** Sunglasses - Compare Prices, Reviews and Buy at ...

Serengeti **Aviator** Sunglasses - 73 results like the Serengeti **Aviator** Wire ...
inside the lenses to adjust to **light**, causing them to lighten and darken . ...
www.nextag.com/serengeti-**aviator**-sunglasses/search-html - 109k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** - Compare Prices, Reviews and Buy at NexTag - ...

WEATHERTECH In Channel Side Window Vent Visors Rear Deflectors Only - **Light**
Lincoln **Aviator** 2003 to · WEATHERTECH In Channel Side Window Vent Visors Rear ...
www.nextag.com/lincoln-**aviator**/search-html - 120k - <u>Cached</u> - <u>Similar pages</u>

### JULBO Teardrop Glacier Glasses: Compare Prices, View Price History ...

The Julbo Teardrop is a glacier glass with a modified **aviator** style for coverage
and comfort. The lenses are Alti-spectron X6 which blocks 95% visible **light** ...
www.nextag.com/JULBO--2700200/ **aviator**-sunglasses/brand-html - 43k - <u>Cached</u> - <u>Similar pages</u>

### Lighting - By PLC LIGHTING - Chandeliers - Compare Prices, Reviews ...

9/7/07), PLC LIGHTING **Aviator** 16 **Light** Chandelier in Satin Nickel - PLC-1812-SN,
PLC LIGHTING Fusion 20-**Light** Chandelier in Satin Nickel 6030SN, ...
www.nextag.com/PLC-**LIGHT**ING-**Light**ing--a-Indoor+**Light**ing+Type-_-Chandeliers--zz2700469zPLC
+**LIGHT**INGzB10z5-... - 106k - <u>Cached</u> - <u>Similar pages</u>

## Anywhere Map - Detail

**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=91 - 76k - <u>Cached</u> - <u>Similar pages</u>

### Anywhere Map - Detail

aviator light - Google Search

**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=220 - 100k - Cached - Similar pages

Anywhere Map - Detail
**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=134 - 75k - Cached - Similar pages

NOTES & THEORIES: Through a pair of glasses darkly: the glamour of ...
The result was the classic **aviator** with a **light**-metal frame with pear-shaped
lenses designed to cover the whole of the eye's asymmetric field-of-vision. ...
findarticles.com/p/articles/ mi_qn4159/is_20060618/ai_n16490852/pg_1 - 43k - Cached - Similar pages

**Aviator's** night vision system - Patent 4953963
An **aviator's** night vision system (10) includes a small, compact, ... Night vision
goggles, that is goggles that receive ambient **light** and multiply it up to ...
www.freepatentsonline.com/4953963.html - 36k - Cached - Similar pages

Infrared filter system for fluorescent lighting - Patent 6515413
These types of systems, known as **aviator** night vision systems, amplify **light** only
in the near infrared and infrared region. Thus, **aviator** night vision ...
www.freepatentsonline.com/6515413.html - 47k - Cached - Similar pages

Mounting means for use of ground system type goggles as **aviators** ...
Some of the requirements of an **aviators** goggles are that the mounting system be
**light** weight and have quick vertical flip up to stow position capabilities ...
www.freepatentsonline.com/4987608.html - 44k - Cached - Similar pages

SureFire SC3 Spare Carrier for SureFire Flashlight Lamps MA02 ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light**. pad,
New Item SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 ...
www.opticsplanet.net/ surefire-battery-lamp-carrier-sc3.html - 63k - Cached - Similar pages

Serengeti Small **Aviator** Rx Progressive Sun Glasses with FREE ...
Serengeti Rx Small **Aviator** Progressive Sunglasses are a stylish choice perfectly
... The lenses of the Sun Glasses are specially tailored to fit the **light** ...
www.opticsplanet.net/ serengeti-progressive-rx-large-**aviator**-sunglasses.html - 164k - Cached - Similar pages

SureFire SC1 Spare Carrier for SureFire Flashlight Lamps P60, P61 ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light**. pad,
New Item SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 ...
www.opticsplanet.net/ surefire-battery-lamp-carrier-sc1.html - 71k - Cached - Similar pages

March 2006 : Sunglasses of the month Ray-Ban Mirrored **Aviators** ...
The Ray-Ban 3025 mirrored **aviator** is one of our best selling models. ...
gold mirror lenses (W3277) and rose frame with **light** gradient mirror lens (030/3E). ...
www.sunglasses-shop.co.uk/ sunglasses-of-the-month/march-2006.asp - 40k - Cached - Similar pages

**Aviator** Sunglasses Deep Lens Gunmetal > **Aviator** Sunglasses > UK ...

aviator light - Google Search

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ **Aviator**-Sunglasses/**Aviator**-Sunglasses-Deep-Lens-Gunmetal/2886.
htm - 48k - Cached - Similar pages

### Nueu Sunglasses 601 Mirrored **Aviator** Silver > Nueu Sunglasses > UK ...

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Nueu-Sunglasses/Nueu-Mirrored-**Aviator**-Silver/828.htm - 48k
- Cached - Similar pages

### Search for Sunglasses : **aviator**

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/ search.asp?Search=**Aviator**%20Sunglasses - 73k - Cached - Similar pages

### Nueu Sunglasses 601 Mirrored **Aviator** Silver > Nueu Sunglasses > UK ...

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/Nueu-Sunglasses/ Nueu-Sunglasses-601-Mirrored-**Aviator**-Silver/828.
htm - 48k - Cached - Similar pages

## Compare Prices on Serengeti Sunglasses - **Aviator** Large

Compare Prices on Serengeti Sunglasses - **Aviator** Large from these stores, eBay,
... Photochromatic - Automatically adjusts to changing **light** conditions. ...
www.shopping.com/xPC-Serengeti_Serengeti_
Sunglasses_**Aviator**_Large_Frame_Matte_Black_Lens_Drivers_Gradient - 105k - Cached - Similar pages

### Ray-Ban $100 - $110 Gradient Sunglasses - **aviator**, designer ...

Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades ...
www.shopping.com/xDN-Sunglasses--brand_ ray_ban-price_range_100_110-sn_lens_feature_gradient - 183k
- Cached - Similar pages

### Ray Ban Ray Ban Sunglasses **Aviator** RB3320 - - Shopping.com

Ray Ban sunglasses **Aviator** RB 3320 042/ 8Z : Unisex, Satin silver metal frame,
**Light** brown, silver gradient mirror (Polycarbonate) polycarbonate lenses. ...
www.shopping.com/ xPC-Ray-Ban-Ray-Ban-Sunglasses-**Aviator**-RB3320 - 159k - Cached - Similar pages

### Serengeti Medium **Aviator** Sunglasses

Classic **Aviator** styling Patented Photochromic technology, so the lens automatically
adjusts to changing **light** conditions Distortion free, scratch resi. ...
www.shopping.com/ xPO-Serengeti_Serengeti_Medium_**aviator**_Henna_Drivers_Gradient - 219k
- Cached - Similar pages

## RAYBAN **AVIATOR** RB 4087 (601/71) - £73.94

RAYBAN **AVIATOR** RB 4087 (601/71). (product ID: 11842). Lens Colour: Poly. ...
Blackburn System X4 Front **Light** 2008. Blackburn System X4 Front **Light** 2008 ...
www.cyclestore.co.uk/productDetails.asp?productID=11842 - 108k - Cached - Similar pages

### **AVIATOR** RB3044

RAYBAN **AVIATOR** RB3044 L0207 52MM RRP: £89.99 Our Price: £76.49 ... Giant Recon
0.1 Front **light** Cyclestore clearance range of the latest bikes and cycling ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=626 - 103k - Cached - Similar pages

aviator light - Google Search

### RAYBAN **AVIATOR** RB3320

RAYBAN **AVIATOR** RB3320. ... CATEYE HL-EL450 FRONT **LIGHT** Cyclestore clearance range
of the latest bikes and cycling products. CATEYE HL-EL450 FRONT **LIGHT** ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=641 - 104k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3340 (006/71) - £79.89

RAYBAN **AVIATOR** RB 3340 (006/71). (product ID: 11756). Lens Colour: **Light** Natural
Green Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11756&catID=623 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3340 (002/8G) - £79.89

RAYBAN **AVIATOR** RB 3340 (002/8G). (product ID: 11751). Lens Colour: Gradient **Light**
Blue Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11751&catID=623 - 108k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Velocity Sunglasses w/ FREE UPS

Serengeti Rx **Aviator** Velocity Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-prescription-velocity-sunglasses-8-base-metal-frame-drivers-gradient-l... -
78k - Cached - Similar pages

### eBay Store - **Aviator** Sunglasses: Ray Ban Style Sunglasses ...

We also sell Mirror **Aviators**, **aviator** sun glasses items on eBay. ... or fully
polarized, except when the **light** is normal (perpendicular) to the surface. ...
stores.ebay.com/Primal-Culture - 77k - Cached - Similar pages

### Lincoln **Aviator** Parts | Lincoln Parts

... Lincoln **Aviator Light** Bar · Lincoln **Aviator Light** Bulb · Lincoln **Aviator Light**
Guard Kit · Lincoln **Aviator Light** Mount · Lincoln **Aviator Light** Mount ...
www.lincoln-auto-parts.info/**aviator**/index.php - 78k - Cached - Similar pages

### Pilot Bank - pilotbank **aviation** business directory - **Light** Aircraft

PilotBank - Last Minute, Top Deals, holidays, Travel directory,airline flight
tickets, hotels,hotel,travel companies, hot air balloon trips, glider lessons, ...
www.pilotbank.co.uk/index.php?option=com_ sobi2&catid=8&Itemid=44&limit=21&limitstart=42 - 143k
- Cached - Similar pages

### THE **AVIATOR** FLIGHT LINE BIRDS BIRD TIE OUT NIB - eBay (item ...

Wrist strap attaches to the lead of the **Aviator** Flight Line and you no longer
need to hold on. The **Aviator** Flight Line is very **light** ...
cgi.ebay.com/THE-**AVIATOR**-FLIGHT-LINE-BIRDS--BIRD-TIE-OUT-NIB_
W0QQitemZ350056393652QQcmdZViewItem?IMSfp=TL... - 119k - Cached - Similar pages

### GIORGIO ARMANI 448 **AVIATOR** SUNGLASSES GOLD NEW-AUTH - eBay (item ...

BRAND NEW & AUTHENTIC! GIORGIO ARMANI SUNGLASSES. **LIGHT** GOLD **AVIATOR** FRAME WITH
GA LOGO ON SIDES. SUNGLASSE COME WITH A HARD CASE ...
cgi.ebay.com/GIORGIO-ARMANI-448-**AVIATOR**-SUNGLASSES-GOLD-NEW-AUTH_
W0QQitemZ290233238530QQcmdZViewItem?IMSf... - 126k - Cached - Similar pages

### eBay Motors: Lincoln : **Aviator** (item 280230075309 end time Jun-03 ...

Find Lincoln : **Aviator** in the eBay Motors , Cars Trucks , Lincoln , **Aviator**
category on eBay ... **Light** French Silk Metallic with Camel Leather Interior ...
cgi.ebay.com/ebaymotors/ Cars-Trucks___2005-05-**AVIATOR**-AWD-FACT-W-T-ABS-TRACT-NAVI-
TRAIL_W0QQitemZ28023007... - 269k - Cached - Similar pages

### SUREFIRE A2 **Aviator** Flashlight - Blue LEDs (A2-HA-BL) - SUREFIRE A2

SUREFIRE A2 **Aviator**- Blue LEDs (A2-HA-BL) Originally developed for professional
**aviators** -- who needed a **light** bright enough to illuminate a 747's tail ...
www.surefire-plus.com/surefire/SUR-A2-HA-BL.html - 18k - Cached - Similar pages

### "black **light** price" - Shopping.com

Ray Ban sunglasses **Aviator** Large Metal RB 3025 58mm 002/ 3F : Unisex, Black metal
frame, Gradient **Light** BLue tempered glass lenses,... More at UnitedShades. ...
au.shopping.com/-black+**light**+price - 132k - Cached - Similar pages

### Prescription **Aviator** glasses? - Yahoo! Answers

so you kind of want **light**-colored sunglasses in place of real glasses? do you
use glasses often? idk...i personally wouldnt wear **aviators** like my regular ...
answers.yahoo.com/question/ index?qid=20070902112732AAyiiPI - 26k - Cached - Similar pages



◄ Goooooooooogle ►

**Previous**  1  2  3  4  5  6  7  8  9  10        **Next**

| aviator light | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - **Google Home** - **Advertising Programs** - **Business Solutions** - **About Google**

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in



| aviator light | | Search |

Advanced Search
Preferences

**Web**                                    Results **901** - **1000** of about **1,540,000** for **aviator light**. (0.46 seconds)

### Planenews **Aviation** News Portal - Honda Begins Sales of its ...
Oct 18, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... Honda Begins Sales of its HondaJet Advanced **Light** Jet. ...
planenews.com/modules.php?name=News& file=article&sid=6030 - 40k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Your Very Own True-to-life Recreation of the Beechcraft F33A Bonanza to Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pc**aviator**.com/dlstore/product.php?productid=203 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
The Aircraft That Gets You Anywhere - Now For FSX X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for the best ecommerce ...
www.pc**aviator**.com/dlstore/product.php?productid=377 - 45k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...
Highly optimized so extremely **light** on frame rates as is needed to fly it into the detailed ... AIM **Aviation**, 4X-AJZ (Israel) Super Cub, amphibian, 160hp ...
www.pc**aviator**.com/dlstore/product.php?productid=366 - 46k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
6 High Quality General **Aviation** Aircraft For FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pc**aviator**.com/dlstore/product.php?productid=399 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly The GlassAir III with Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pc**aviator**.com/dlstore/product.php?productid=233 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Own This GA Classic - The Piper PA28R Arrow X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=390 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=384 - 45k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Special Effects ...

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

aviator light - Google Search

Casts realistic **light** out into 3D space, creating stunning visuals and a more
... PC **Aviator** Inc ... FOR BEST EFFECT WATCH THIS VIDEO WITH YOUR **LIGHTS** OUT ...
www.pc**aviator**.com/dlstore/product.php?productid=415 - 42k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Special Effects ...
Casts realistic **light** out into 3D space, creating stunning visuals and a more
... PC **Aviator** Inc ... FOR BEST EFFECT WATCH THIS VIDEO WITH YOUR **LIGHTS** OUT ...
www.pc**aviator**.com/dlstore/product.php?productid=414 - 42k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Product Categories - Realize YOUR Dream To Fly
For PC **Aviator** News, Please Join Our Mailing List .... The Diamond DA20 Katana
is a **light**, 2-seat aircraft, although i. ...
www.pc**aviator**.com/shop/viewCategory.php?s=0&c=27 - 76k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Scenery :: MegaSceneryX ...
This 1400 square mile area is designed for **light** aircraft VFR flying and seeing
... Publisher: PC **Aviator** Inc. Developer/Author: Aerosoft Australia Pty Ltd ...
www.pc**aviator**.com/dlstore/product.php?productid=435 - 43k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Modern Military Aircraft ...
PC **Aviator** Inc ... Customised flashing beacon **light** with rotation effect reflections.
... Landing and taxi **lights** with reflective lenses. ...
www.pc**aviator**.com/dlstore/product.php?productid=385 - 46k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Special Effects
PC **Aviator** Inc ... Casts realistic **light** out into 3D space, creating stunning
visuals and a more immersive flying experience with FSX ...
www.pc**aviator**.com/dlstore/home.php?cat=32 - 49k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Product Description - Realize YOUR Dream To Fly
For PC **Aviator** News, Please Join Our Mailing List .... Customised flashing beacon
**light** with rotation effect reflections. Gear **lights** with reflections. ...
www.pc**aviator**.com/shop/viewAProduct.php?pid=722 - 38k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: Special Effects
PC **Aviator** Inc ... Casts realistic **light** out into 3D space, creating stunning
visuals and a more immersive flying experience with FS2004 ...
www.pc**aviator**.com/dlstore/home.php?cat=4 - 51k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: Scenery :: MegaCity ...
No... it's not just random **lights** - NightScene Technology knows where every ...
Publisher: PC **Aviator** Inc. Developer/Author: Aerosoft Australia Pty Ltd ...
www.pc**aviator**.com/dlstore/product.php?productid=155 - 45k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: Scenery :: MegaCity ...
No... it's not just random **lights** - NightScene Technology knows where every ...
Publisher: PC **Aviator** Inc. Developer/Author: Aerosoft Australia Pty Ltd ...
www.pc**aviator**.com/dlstore/product.php?productid=293 - 46k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Product Description - Realize YOUR Dream To Fly
For PC **Aviator** News, Please Join Our Mailing List .... No... it\'s not just random
**lights** - NightScene Technology knows where every **light** emitting source in ...
www.pc**aviator**.com/shop/viewAProduct.php?pid=641 - 39k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

## PC **Aviator** Product Description - Realize YOUR Dream To Fly
For PC **Aviator** News, Please Join Our Mailing List **....** Ultimate Terrain X night
lighting consists of points of **light** that represent things like street ...
www.pc**aviator**.com/shop/viewAProduct.php?pid=902 - 40k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: Textures :: Airport ...
PC **Aviator** Inc ... Higher Details For Default Runways; Real **Light** Bloom Effects;
Real Spot **Light** Effects; Works With FSX Acceleration; Works With FSX Deluxe ...
www.pc**aviator**.com/dlstore/product.php?productid=298 - 42k - Cached - Similar pages

## Brown **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/products__keyword--brown+**aviator**+sunglasses.html - 181k - Cached - Similar pages

## GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD - Clothing & Accessories ...
Buy GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD when you shop online at BizRate,
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products__keyword--armani+sunglasses+brown+gradient+**light**.html - 135k
- Cached - Similar pages

## Gradient **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ·
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ...
www.bizrate.com/sunglasses/products__keyword--gradient+**aviator**+sunglasses.html - 182k - 12 hours ago
- Cached - Similar pages

## Gradient **Aviator** Sunglasses - Clothing & Accessories - BizRate ...
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ·
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ...
www.bizrate.com/sunglasses/ products__keyword--gradient+**aviator**.html - 181k - 12 hours ago
- Cached - Similar pages

## **Aviator** Women's Shoes - Clothing & Accessories - BizRate - Compare ...
Womens 3025 **Aviator** Large Metal 58 (Black/G-15xlt Lens, Arista/Pink Silver Gradient
Mirror Lens, Black/Gradient **Light** Blue Lens, Black/Gold Mirror Lens, ...
www.bizrate.com/womensshoes/ products__keyword--**aviator**.html - 174k - Cached - Similar pages

## Dark Black **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
Compare prices on dark black **aviator** sunglasses Sunglasses. ... Womens Paso
Roble (**Light** Matte Brown/Dark Brown Lens, Matte Black/Grey ...
www.bizrate.com/sunglasses/products__keyword--dark+black+**aviator**+sunglasses.html - 105k
- Cached - Similar pages

## **Aviator** Glasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--**aviator**+glasses.html - 192k - Cached - Similar pages

## Silver Frame **Aviator** Sunglasses Sunglasses - Clothing ...

aviator light - Google Search

Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ Crystals ·
Valentino... the name itself, so famous in haute couture, has. **...**
www.bizrate.com/sunglasses/products__keyword--silver+frame+**aviator**+sunglasses.html - 191k
- Cached - Similar pages

**Aviators** Men's Jackets & Coats - Clothing & Accessories - BizRate **...**
Men's New Balance Gazelle Full Zip Jacket - **Aviator**/Brighton Blue · Cadence **Light**
Dobby is lightweight, quick drying and breathable. **...**
www.bizrate.com/mensjackets_coats/ products__keyword--mens+retro+**aviators**.html - 144k
- Cached - Similar pages

Christian Dior Sunglasses WINDSHIELD 2 in **LIGHT** GOLD / GRAY AMBER **...**
These Christian Dior WINDSHIELD 2 Sunglasses in **LIGHT** GOLD / GRAY AMBER are 100%
**...** Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. **...**
www.bizrate.com/sunglasses/oid652233276.html - 137k - Cached - Similar pages

**Aviator** Shades Sunglasses - Clothing & Accessories - BizRate **...**
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. **...**
www.bizrate.com/sunglasses/ products__keyword--**aviator**+shades.html - 192k - Cached - Similar pages

Roberto Cavalli Sunglasses FEBE 122S in **LIGHT** GRAY / GOLD METAL **...**
These Roberto Cavalli FEBE 122S Sunglasses in **LIGHT** GRAY / GOLD METAL FRAME are 100%
**...** Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. **...**
www.bizrate.com/sunglasses/oid652232003.html - 135k - Cached - Similar pages

Silver Lens **Aviator** Glasses Sunglasses - Clothing & Accessories **...**
Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ Crystals ·
Valentino... the name itself, so famous in haute couture, has. **...**
www.bizrate.com/sunglasses/products__keyword--silver+lens+**aviator**+glasses.html - 182k
- Cached - Similar pages

TAG Heuer TH7103 Col.005 **Light** Grey Rimless Frame 53mm Eyeglasses **...**
Buy TAG Heuer TH7103 Col.005 **Light** Grey Rimless Frame 53mm Eyeglasses when you shop
**...** Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. **...**
www.bizrate.com/sunglasses/oid737011353.html - 133k - Cached - Similar pages

Night Vision Green Led - Camping & Hiking Gear - BizRate - Compare **...**
A2 **Aviator**? Originally developed for professional **aviators** -- who needed a **light**
bright enough to illuminate a 747's tail section from the ground, **...**
www.bizrate.com/camping_hikinggear/ products__keyword--night+vision+green+led.html - 96k
- Cached - Similar pages

Gold Bridge **Aviator** Sunglasses - Clothing & Accessories - BizRate **...**
Compare prices on gold bridge **aviator** Sunglasses. Online shopping for Clothing
**...** Mens KC6001 (Dark Shiny Gunmetal/Solid Smoke Lens, **Light** Shiny Gold/Solid **...**
www.bizrate.com/sunglasses/products__keyword--gold+bridge+**aviator**.html - 96k - Cached - Similar pages

**Aviator** Shades Sunglasses Sunglasses - Clothing & Accessories **...**
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts online from Hammacher Schlemmer. **...**
www.bizrate.com/sunglasses/products__keyword--**aviator**+shades+sunglasses.html - 191k
- Cached - Similar pages

aviator light - Google Search

### Led Tactical **Lights** - Camping & Hiking Gear - BizRate - Compare ...

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three ...
www.bizrate.com/camping_hikinggear/ products__keyword--led+tactical+**lights**.html - 159k - Cached - Similar pages

### Sunglasses **Aviator**, $130 - $210 Sunglasses - Clothing ...

The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__att259818--039751682-002511703__keyword--sunglasses+**aviator**.html -
190k - Cached - Similar pages

### TAG Heuer TH7102 Col.005 **Light** Grey Rimless Frame 52mm Eyeglasses ...

Buy TAG Heuer TH7102 Col.005 **Light** Grey Rimless Frame 52mm Eyeglasses when you shop
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/oid737001976.html - 131k - Cached - Similar pages

### $140 - $200, Surefire, Flashlight - Camping & Hiking Gear ...

A2 **Aviator**? Originally developed for professional **aviators** -- who needed a **light**
bright enough to illuminate a 747's tail section from the ground, ...
www.bizrate.com/.../products__att259--435662-_ _att259818--039751682-002510704__att662074--360749-.html -
157k - Cached - Similar pages

### Lincoln **Aviator** Air Injection Pump > Why Buy New Lincoln **Aviator** ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-air_injection_pump-requests.html - 42k - Cached - Similar pages

### Lincoln **Aviator** Coil Spring > Why Buy New Lincoln **Aviator** Parts ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-coil_spring-requests.html - 42k - Cached - Similar pages

### Used Lincoln Parts Leads November 20, 2006 (i.e. Tail **Light** ...

For example, on November 20, 2006 we processed part requests for 2004 Lincoln
**Aviator** Center Cap, 2002 Lincoln LS Grille, 2001 Lincoln LS Tail **Light**, ...
www.automotix.net/20061120-used-lincoln-parts.html - 43k - Cached - Similar pages

### Used Lincoln Parts Leads November 10, 2007 (i.e. Tail **Light**, Tail ...

Nov 10, 2007 ... Shop Online For Auto Body Parts, **Lights**, Wheels, Engines & Used Auto ...
Lincoln **Aviator** Back Glass, 1994 Lincoln Contennial Tail **Light**, ...
www.automotix.net/20071110-used-lincoln-parts.html - 44k - Cached - Similar pages

### Lincoln **Aviator** Interior > Why Buy New Lincoln **Aviator** Parts When ...

2004 Lincoln **Aviator** SUV, Seat, Rear Rear Full size rear bucket seats (orig.
would have had console between) in Parchment (**Light** tan) color. Left and Right. ...
www.automotix.net/ partshotline-lincoln-**aviator**-interior-requests.html - 57k - Cached - Similar pages

### Used Lincoln Parts Leads March 25, 2008 (i.e. Fog **Light**, Backup **Light**)

Mar 25, 2008 ... For example, on March 25, 2008 we processed part requests for 2003 Lincoln **Aviator**
Outside Mirror Glass, 1990 Lincoln Mark VI Fog **Light**, ...
www.automotix.net/20080325-used-lincoln-parts.html - 45k - Cached - Similar pages

### Used Lincoln Parts Leads February 06, 2008 (i.e. Rear Suspension ...

aviator light - Google Search

Feb 6, 2008 ... 2003 Lincoln **Aviator**, Any Turn Signal **Light**, Driver Rear, I only need the lense cover - the **light** works only plastic cover os cracked ...
www.automotix.net/20080206-used-lincoln-parts.html - 46k - Cached - Similar pages

#### Lincoln **Aviator** Parts - Auto Body Parts Store

Description: Grille Guard Rampage Dakar Bar, Universal Front Dual Purpose Grille Guard & **Light** Bar, Black Off Road Coat. Fit: 2003 - 2005 Lincoln **Aviator** ...
www.automotix.net/bodyparts/ lincoln-**aviator**-inventory.html - 75k - Cached - Similar pages

## **AVIATORS** GATHER FOR BELMONT FLIGHT; English and French Aeronauts ...

... **light** at night and the other force beginning early in the morning. ...
Of the American **aviators**, it is expected that Charles K. Hamilton, Drexel. ...
query.nytimes.com/gst/ abstract.html?res=F40C13F6395D11738DDDA00894D8415B808DF1D3 - 13k
- Cached - Similar pages

#### New Inventions That Add to War's Terrors; U.S. Military Observer ...

In the immediate vicinity of these beacons are the landing stages, huge sheets
of very thick glass through which shine **light**. to guide the **aviator**. ...
query.nytimes.com/gst/ abstract.html?res=F3061FF63E591A7A93CBA81788D85F428185F9 - 21k
- Cached - Similar pages

#### WRIGHT AND PUPIL FLY SEVEN MINUTES; **Aviator** and Signal Officer ...

Although tie anemometer showed a very **light** breeze, lhe **aviators** ,'ed fitful
gusts in the air. Throughout the flight the frequent )ing and rising of lhe ...
query.nytimes.com/gst/ abstract.html?res=FB0F13FE3D5412738DDDAA0994D8415B898CF1D3 - 3k
- Cached - Similar pages

#### COFFYN, THE **AVIATOR**, BADLY HURT IN AUTO; Falls from Central Park ...

Both bravely tried to make **light** of the **aviator** s injuries to .give him courage.
' And just think, Frank," said ,Irs. Coffyn, trying hard to smile at her ...
query.nytimes.com/gst/ abstract.html?res=F00A13F83F5813738DDDA80A94DB405B828DF1D3 - 9k
- Cached - Similar pages

#### **AVIATOR'S** VIEW OF AIRCRAFT IN THE WAR; Claude Grahame-White and ...

**AVIATOR** S VIEW OF AIRCRAFT IN THE WAR Claude Grahame-White and Harry Harper
Discuss Future of Aerial Warfare in the **Light** of Recent Experiences in Europe ...
query.nytimes.com/gst/ abstract.html?res=F10811FD3D5512738FDDAA0994DE405B858DF1D3 - 11k
- Cached - Similar pages

#### FLIERS IN CLOUDLAND WHEN NIGHT COMES; Signal **Lights** Started by the ...

FLIERS IN CLOUDLAND WHEN NIGHT COMES Signal **Lights** Started by the Wrights to
Bring Down Jonhstone and Hoxsey. MIX-UP STIRS **AVIATORS** Conflicting Orders About ...
query.nytimes.com/gst/ abstract.html?res=F3061FF8345D16738DDDAE0A94D8415B808DF1D3 - 33k
- Cached - Similar pages

#### BEHIND THE WHEEL/2003 Lincoln **Aviator**; Now, a Scale Model Of ...

The **Aviator** has received similar treatment, and its cabin is drop-dead gorgeous.
My silver test model wore two-tone leather -- a luscious cream ("**light** ...
query.nytimes.com/gst/fullpage. html?res=9B0CE0DE133DF930A15751C0A9659C8B63 - 48k
- Cached - Similar pages

#### SAW CONTALMAISON STORMED BY BRITISH; Frederick H. Allen, Here from ...

aviator light - Google Search

British aeroplanes were flitting overhead, but were invisible to tee eye.
except when the **aviator** dropped a **light** bomb as a guide to the gunners down below. **...**
query.nytimes.com/gst/ abstract.html?res=F20F14FD355B17738DDDAC0A94DF405B868DF1D3 - 8k
- Cached - Similar pages

**WRIGHT IN FLIGHT WITH BROOKINS; Inventor Hurls Bombs at Mimic ...**
**...** not make an attempt to win the $10000 prize in a flight to Boston **Light**. **....**
It is a.lso probable that John B. Moissunt, the young American **aviator**, **...**
query.nytimes.com/gst/ abstract.html?res=F1071EF8395D11738DDDA80994D1405B808DF1D3 - 10k
- Cached - Similar pages

**BEHIND THE WHEEL/2003 Lincoln Aviator; Now, a Scale Model Of ...**
The **Aviator** has received similar treatment, and its cabin is drop-dead gorgeous.
My silver test model wore two-tone leather -- a luscious cream ("**light ...**
query.nytimes.com/gst/ fullpage.html?res=9B0CE0DE133DF930A15751C0A9659C8B63&sec=&spon= - 48k
- Cached - Similar pages

**AEROPLANE ABOVE OUTGOING OLYMPIC; Tom Sopwith, Airman, Sails Over ...**
GREETINGS FROM 1,O00 FEET But Whether His Letters Reached the Liner's Deck **Aviator**
Doesn't Know -- Silver Cup His Reward. Out of the **light** mist which the **...**
query.nytimes.com/gst/ abstract.html?res=FB0D10FE3E5D16738DDDA00A94DE405B818DF1D3 - 14k
- Cached - Similar pages

**Men's Sunglasses**
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the **...**
Lightweight metal **aviator** style frames. Glass lenses offer 100% UV protection. **...**
shopping.msn.com/.../ forsale?text=category:sunglasses+Sunglassestype:**Aviator**+freeship:1+price:150-199.99 -
97k - Cached - Similar pages

**Men's Sunglasses**
Nose and temple grips help keep these **aviator**-style sunglasses on your face.
Note that these sunglasses darken in response to UV **light**, and that vehicle **...**
shopping.msn.com/.../2330-4512164/ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator**&edt=1 -
105k - Cached - Similar pages

**Camping Lights & Lanterns**
Camping **Lights** & Lanterns: Product information, price comparisons and user **...**
Surefire A2 **Aviator** Incandescent & Blue LED Flashlight (Black) A2-HA-BL **...**
shopping.msn.com/.../ forsale?text=category:camping-**lights**-lanterns+price:140-249.99&av=12-5664549 - 96k
- Cached - Similar pages

**Women's Sunglasses**
VERSACE 0VE2060B 116/913 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES ·
VERSACE 0VE2060B 116/913 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES by Versace **...**
shopping.msn.com/results/womens-sunglasses/ bcatid7088/**aviator**/2330-4512164/forsale?text=category:womens-
s... - 98k - Cached - Similar pages

**Men's Sunglasses**
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the eye strain
and fatigue **...** The lenses are large and have a rectangular **aviator** shape. **...**
shopping.msn.com/.../ forsale?text=category:sunglasses+Sunglassestype:**Aviator**+price:150-199.99&page=3 - 107k
- Cached - Similar pages

**Versace Women's Sunglasses**

VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/.../ forsale?text=category:sunglasses+Seller:Amazon.com+Brand:Versace+Sunglassestype:
**Aviator** - 97k - Cached - Similar pages

### Serengeti Men's Sunglasses
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the eye ...
Serengeti sunglasses [**Aviator**] Small **Aviator** 7094 : Satin gunmetal frame / . ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/serengeti/2-4195092/forsale?text=cate... -
103k - Cached - Similar pages

### Men's Sunglasses
Nose and temple grips help keep these **aviator**-style sunglasses on your face.
Note that these sunglasses darken in response to UV **light**, and that vehicle ...
shopping.msn.com/.../2330-4512164/ forsale?text=category:sunglasses+Sunglassestype:**Aviator**&av=12-49 - 99k
- Cached - Similar pages

### Men's Sunglasses
Give your look a jump start with these fashionable classic **aviator** style ...
Neox tint technology blocks more **light** that causes damage and less of the **light** ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/forsale?text=category:sunglasses+Sung...
- 91k - Cached - Similar pages

### Used South Carolina Lincoln **Aviator** Luxury Cars For Sale - Motor ...
Lincoln **Aviator** Luxury. $18499 | 43138 miles. Hardeeville, South Carolina.
**Light** French Silk 4-door 4X4 SUV, 43138 miles, Automatic, 8 Cylinders. ...
www.motortrend.com/used_cars/53/ south_carolina/lincoln/**aviator**/luxury/index.html - 76k - Cached - Similar pages

### Used Michigan Lincoln **Aviator** Cars For Sale - Motor Trend Magazine
Lincoln **Aviator** Luxury. $17421 | 40468 miles. Sterling Heights, Michigan.
**Light** French Silk Metallic 5-door AWD SUV, 40468 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 52/michigan/lincoln/**aviator**/index.html - 94k - Cached - Similar pages

### Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 6 ...
Lincoln **Aviator** Luxury. $19999 | 43138 miles. Hardeeville, South Carolina.
**Light** French Silk 4-door 4X4 SUV, 43138 miles, Automatic, 8 Cylinders. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page6.html - 149k - Cached - Similar pages

### 2005 Lincoln **Aviator** Grill & Front View Photo - Motor Trend Magazine
View an exterior 2005 Lincoln **Aviator** Grill & Front View photo at Motor Trend
... 2005 Lincoln **Aviator** Tail **Light** · 2005 Lincoln **Aviator** Front Door Handle ...
www.motortrend.com/cars/2005/lincoln/ **aviator**/photos/exterior/grill_front_view.html - 42k - Cached - Similar pages

### 2005 Lincoln **Aviator** Front Driver Side Door Photo - Motor Trend ...
View an exterior 2005 Lincoln **Aviator** Front Driver Side Door photo at Motor ...
2005 Lincoln **Aviator** Tail **Light** · 2005 Lincoln **Aviator** Front Door Handle ...
www.motortrend.com/cars/2005/lincoln/ **aviator**/photos/exterior/front_driver_side_door.html - 42k
- Cached - Similar pages

### Used Michigan Lincoln **Aviator** Luxury Cars For Sale - Motor Trend ...
Lincoln **Aviator** Luxury. $17421 | 40468 miles. Sterling Heights, Michigan.
**Light** French Silk Metallic 5-door AWD SUV, 40468 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 53/michigan/lincoln/**aviator**/luxury/index.html - 80k - Cached - Similar pages

### 2005 Lincoln **Aviator** Luxury Sport Utility for Sale in Richmond ...
Find the pre-owned 2005 Lincoln **Aviator** Luxury Sport Utility you have been ...
**Light** French Silk Metallic 5-door AWD SUV, 43725 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/14/2005/lincoln/ **aviator**/luxury/virginia/richmond/219474586/113/index.html - 57k
- Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Richmond, VA - Yahoo! Autos
2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, AWD, 5 door, Stock# NJ45114A. Dealer:. Sheehy Ford Lincoln Mercury ...
autos.yahoo.com/used-cars/ va-richmond-lincoln-**aviator**.html - 73k - Cached - Similar pages

### Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm ...
Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm Eyeglasses:
Apparel. **...** Elite Metal **Aviator** Sunglasses with Mirror Lens - 1375 ...
www.amazon.com/ Heuer-TH7101-Col-005-Rimless-Eyeglasses/dp/B0011WD2UG - 149k - Cached - Similar pages

### Amazon.com: Customer Reviews: Saitek **Aviator** Dual Throttle ...
The only cons I have noticed is that the **Aviator** is a bit on the **light** side and
maybe could use another POV hat, but can't really expect much for the low ...
www.amazon.com/ Saitek-**Aviator**-Throttle-Joystick-PS33/dp/customer-reviews/B000I62PEK - 200k
- Cached - Similar pages

### Amazon.com: Serengeti Velocity 555nm Sunglasses (**Aviator**): Sports ...
Amazon.com: Serengeti Velocity 555nm Sunglasses (**Aviator**): Sports & Outdoors.
**...** The Serengeti 555 nm gray/green lens maximizes yellow and green **light** ...
www.amazon.com/ Serengeti-Velocity-555nm-Sunglasses-**Aviator**/dp/B000MWJGMO - 146k
- Cached - Similar pages

### Amazon.com: Serengeti Medium **Aviator** Drivers Gradient Sunglasses ...
Serengeti Velocity Drivers Gradient Sunglasses (**Aviator**) ... The Serengeti 555nm
gray/green lens maximizes yellow and green **light** transmission. ...
www.amazon.com/ Serengeti-**Aviator**-Drivers-Gradient-Sunglasses/dp/B000R36CL6 - 188k
- Cached - Similar pages

### Nueu Sunglasses 703 Square **Aviator** Gunmetal > Nueu Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/Nueu-Sunglasses/ Nueu-Sunglasses-703-Square-**Aviator**-
Gunmetal/4510.htm - 49k - Cached - Similar pages

### Nueu Sunglasses 702 New **Aviator** Bronze > Nueu Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Nueu-Sunglasses/Nueu-Sunglasses-702-New-**Aviator**-Bronze/4509.
htm - 48k - Cached - Similar pages

### Ray-Ban 4107 **Light** Havana Polarised > Ray-Ban Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Ray-Ban-Sunglasses/Ray-Ban-4107-**Light**-Havana-polarised/4760.htm
- 50k - Cached - Similar pages

### Ray-Ban 3025 **Aviator** Sunglasses : **Aviators**

aviator light - Google Search

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/ popularsunglasses/ray-ban-3025-**aviator**.asp - 57k - Cached - Similar pages

## Ray-Ban 3025 **Aviator** Silver Mirror W3277 > Ray-Ban Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/Ray-Ban-Sunglasses/ Ray-Ban-3025-**Aviator**-Silver-Mirror-W3277/405.
htm - 53k - Cached - Similar pages

## Rimless Ray Ban Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/xDN-sunglasses--rimless-ray_ban - 159k - Cached - Similar pages

### christian dior sunglasses Golden Sunglasses - **aviator**, designer ...
Christian Dior sunglasses Dior Sport 2 3YG/AS : **Light** gold frame / Mauve le
Featured Item .... Frame Type: **Aviator** Sunglasses, Frame Material: Bi- Injected, ...
www.shopping.com/xDN-sunglasses-christian_ dior_sunglasses-sn_frame_color_golden - 182k
- Cached - Similar pages

### Ray Ban Ray Ban sunglasses **Aviator** Rimless RB3214 - - Shopping.com
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/ xPC-Ray-Ban-Ray-Ban-sunglasses-**Aviator**-Rimless-RB3214 - 147k - Cached - Similar pages

### ray ban 3214 Sunglasses - **aviator**, designer, polarized, discount ...
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/xDN-sunglasses-ray_ban_3214 - 184k - Cached - Similar pages

### sunglass $190 - $18215 Revo Sunglasses - **aviator**, designer ...
Frame Type: **Aviator** Classic , Frame Material: Metal, Lens Type: Polarized Glass
... **Light** Management System works as a true visual aspect... More at Zappos.com ...
www.shopping.com/ xDN-sunglasses-sunglass-price_range_190_18215-revo - 137k - Cached - Similar pages

### ray ban tortoise Gradient Sunglasses - **aviator**, designer ...
Ray Ban sunglasses **Aviator** RB4082 642/13 : Tortoise frame / Gradient brown ...
Ray Ban sunglasses RB4096 710/13 : **Light** tortoise frame / Gradient brown le... ...
www.shopping.com/xDN-sunglasses-ray_ ban_tortoise-sn_lens_feature_gradient - 130k - Cached - Similar pages

## VLJ MAGAZINE | Welcome to VLJ MAGAZINE®! | Aircraft, Jets, Epic ...
The very **light** jet (VLJ) has already achieved US certification, but there is no
date in sight for the European certification, according to Eclipse **Aviation** ...
www.vljmag.com/ - 39k - Cached - Similar pages

### VLJ MAGAZINE | VLJ News | News, Vlj, Stop, One,
The very **light** jet (VLJ) has already achieved US certification, but there is no
date in sight for the European certification, according to Eclipse **Aviation** ...
www.vljmag.com/vlj_news.html - 29k - Cached - Similar pages

## **Aviator** Jacket - Compare Prices, Reviews and Buy at NexTag - Price ...

Men New Balance Gazelle Full Zip Jacket - **Aviator**/Brighton Blue. Cadence **Light**
Dobby is lightweight, quick drying and breathable. Reflective graphic on back ...
www.nextag.com/**aviator**-jacket/search-html - 105k - Cached - Similar pages

### **aviator** sunglasses - Find the Best Deals, Shop for Low Prices, and ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades. ...
au.shopping.com/-**aviator**+sunglasses - 182k - Cached - Similar pages

### Robert N. Buck Dies at 93; Was Record-Setting **Aviator** - New York Times
May 20, 2007 **...** By the time he was 18, Mr. Buck had set 14 junior **aviation** records. These included
the junior altitude record for **light** planes, ...
www.nytimes.com/2007/05/20/us/20buck.html - Similar pages

### Robert N. Buck Dies at 93; Was Record-Setting **Aviator** - New York Times
By the time he was 18, Mr. Buck had set 14 junior **aviation** records. These included
the junior altitude record for **light** planes, which he broke in July 1930 **...**
www.nytimes.com/2007/05/20/us/20buck.html?n=Top/ Reference/Times%20Topics/People/F/Fox,%20Margalit
- Similar pages

### Robert N. Buck Dies at 93; Was Record-Setting **Aviator** - New York Times
May 20, 2007 **...** By the time he was 18, Mr. Buck had set 14 junior **aviation** records. These included
the junior altitude record for **light** planes, ...
www.nytimes.com/2007/05/20/us/20buck.html?fta=y - Similar pages



◀ Goooooooooogle

**Previous**  1  2  3  4  5  6  7  8  9  **10**

---

aviator light                                          Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Product Search

My Shopping List

Google

Products

| Search Products | Search the Web |

Advanced Product Search
Preferences

Show Google Checkout ▶ items only  Showing all items

Show grid view

Sort by relevance  [Go]

Results 1 - 100 of about 7,790 for aviator light. (0.40 seconds)



Ray-Ban Original **Aviator** Sunglasses - **LIGHT** PINK, No Size ONZE
The original favorites with metal frame. Available in shiny silver with gradient grey lens; shiny gold with green lens;
shiny black with green lens. ...
Add to Shopping List
**$130.00**
Saks Fifth Avenue
★★★★☆ 23 seller ratings



PLC **Lighting** PLC-1812-SN **Aviator** Contemporary Chandelier
Telescopic from 34" to 46".
Add to Shopping List
**$316.99**
ArcaelianLighting.com
★★★★★ 322 seller ratings



Italian Full Body Porcelain Tile - **Aviator** Series AV **Light** / 16 ...
Minimum Order: $5000.00-The **Aviator** Series is a full-bodied porcelain tile which ... The **Aviator** Series is available in both
a natural, low-sheen, ...
Add to Shopping List
**$5.71**
BuildDirect
★★★★☆ 76 seller ratings



The **Light** Sensitive **Aviator** Sunglasses.
The **Light** Sensitive **Aviator** Sunglasses automatically adjust to changing **light** conditions. Bushnell Sports Optics
are preferred by airline pilots and ...
Add to Shopping List
**$169.95**
Hammacher Schlemmer
★★★★☆ 30 seller ratings



Edge I-Wear Sunglasses - Celeb **Aviator** I / Frame: **Light** Grey Lens ...
Edge I-Wear Sunglasses - Celeb **Aviator** I / Frame: **Light** Grey Lens: Dark Grey-Edge I-Wear Sunglasses - Celeb
**Aviator** I / Frame: **Light** Grey Lens: Dark Grey ...
- Google Checkout ▶
Add to Shopping List
**$9.99**
EyeSwax.com
★★★★☆ 584 seller ratings



Ray-Ban sunglasses **Aviator** Large Metal RB3025 58mm 002/3F - Black ...
Ray Ban sunglasses **Aviator** Large Metal RB 3025 58mm 002/3F - Unisex, Black metal frame, Gradient **Light**
Blue tempered glass lenses, drop shaped.
Add to Shopping List
**$129.00**
UnitedShades.com
★★★★☆ 102 seller ratings



I TOOK a LOOK at Dayton **Aviation** Herit., Ohio - Women's **Light** T-Shirt
I TOOK a LOOK at Dayton **Aviation** Herit, Ohio Women's **Light** T-Shirt, brought to you by the official 'I TOOK a
LOOK Online Store! Collect an 'I TOOK a LOOK ...
Add to Shopping List
**$18.99**
I Took a Look Online...



Ray-Ban sunglasses **Aviator** Large Metal RB3025 58mm W3187 - Silver...
Ray Ban sunglasses **Aviator** Large Metal RB 3025 58mm W3187 - Unisex, Silver metal frame, Photocromic **Light**
Grey tempered glass lenses, drop shaped.
Add to Shopping List
**$149.00**
UnitedShades.com
★★★★☆ 102 seller ratings



Italian Full Body Porcelain Tile - **Aviator** Series AV **Light** / 16 ...
Minimum Order: $1000.00-The **Aviator** Series is a full-bodied porcelain tile which ... The **Aviator** Series is available in both
a natural, low-sheen, ...
Add to Shopping List
**$4.03**
BuildDirect
★★★★☆ 76 seller ratings



I TOOK a LOOK at Dayton **Aviation** Herit., Ohio - Kids **Light** T-Shirt
I TOOK a LOOK at Dayton **Aviation** Herit, Ohio Kids **Light** T-Shirt, brought to you by the official 'I TOOK a LOOK'
Online Store! Collect an 'I TOOK a LOOK ...
Add to Shopping List
**$17.99**
I Took a Look Online...

Sponsored Links

Siemens Airfield Solution
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

20%–50% off Lighting Sale
Authorized Dealer, 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com
Google Checkout ▶

Pilot Lights
Indicator/Pilot Lights at Digi-Key.
#1 In Availability - Ship Same Day.
www.digikey.com

Pilot Lights
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

Lighting Superstore
World's Largest Selection of
Lighting, Low Prices & Free S/H!
www.CSNLighting.com
Google Checkout ▶

Push Buttons-Pilot Lights
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

Flight Light Inc.
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

Aviator light
Huge Selection. Compare Prices.
Find Fighting
Like.com/lighting

http://www.google.com/products?q=aviator+light&num=100&hl=en&lr=&ct=154...t&sa=N&tab=wk&oi=property_suggest&mode&resnum=0&ct=property-revision&sf=1=1 (of 6) (5/27/2008 9:15:15 AM)

aviator light - Google Product Search

**Ray Ban sunglasses Aviator Large Metal RB3025 55mm W3241 - Silver...**
Ray Ban sunglasses Aviator Large Metal RB 3025 55mm W3241 - Unisex, Silver metal frame, Photocromic **Light** Grey tempered glass lenses, drop shaped.

**$149.00**
UnitedShades.com
★★★★★ 102 seller ratings

Add to Shopping List

**Hinkley Aviator Two-Light Bath Fixture**
This contemporary two-**light** bath fixture is finished in brushed nickel and accented with sharp etched glass. The backplate dimensions are 4 3/4"H x 7 ...

**$106.20**
Bellacor
★★★★★ 1,235 seller ratings

Add to Shopping List

**I TOOK a LOOK at Dayton Aviation Herit... Ohio - Light T-Shirt**
I TOOK a LOOK at Dayton **Aviation** Herit... Ohio **Light** T-Shirt, brought to you by the official 'I TOOK a LOOK Online Store! Collect an 'I TOOK a LOOK product ...

**$19.99**
I Took a Look Online...

**Ray Ban sunglasses Aviator Large Metal RB3025 55mm 00Z3F - Black...**
Ray Ban sunglasses Aviator Large Metal RB 3025 55mm 00Z3F - Unisex, Black metal frame, Gradient **Light** Blue tempered glass lenses, drop shaped.

**$129.00**
UnitedShades.com
★★★★★ 102 seller ratings

Add to Shopping List

**Hinkley Aviator Three-Light Bath Fixture**
This contemporary three-**light** bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 4 3/4"H x 7 ...

**$142.20**
Bellacor
★★★★★ 1,235 seller ratings

Add to Shopping List

**Classic Aviator Light Brown Fashion Eyewear Sunglasses**
Shipping Fee: $5.00. Beady-eyed Brown Fashion Eyewear Sunglasses, in an ostentatiously stylish and elegant for collectionUV400 protection standards.

**$4.99**
Sourcingmap.com

**World's Greatest Aviator - Light T-Shirt**
World's Greatest Aviator (Style A) **Light** T-Shirt, brought to you by the Fun Gift Store! Great customized gift for the world's greatest **Aviator**! ...

**$19.99**
Fun Gift Store

Add to Shopping List

**Hinkley Aviator One-Light Bath Fixture**
This contemporary one-**light** bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 7 1/4"H x 4 ...

**$70.20**
Bellacor
★★★★★ 1,235 seller ratings

Add to Shopping List

**SureFire Aviator Lights (Green)**
Originally developed for professional **aviators** who needed a **light** bright enough to illuminate a 747's tall section from the ground, yet not so bright that ...

Google Checkout

Add to Shopping List

**$194.99**
Choze Accessories ...
★★★★★ 1 seller rating

**Hinkley Aviator Bath Lighting**
Brushed Nickel Finish With Etched Opal Glass Shades.

**$177.00**
Littman Brothers Lig...

Add to Shopping List

**Hinkley Aviator Four-Light Bath Fixture**
This contemporary four-**light** bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 4 3/4"H x 7 ...

**$178.20**
Bellacor
★★★★★ 1,235 seller ratings

Add to Shopping List

**5273BN Hinkley Lighting Aviator Three- Light Wall Sconce in ...**
5273BN Hinkley **Lighting Aviator** Three- **Light** Wall Sconce in Brushed Nickel Features contemporary shaped etched opal glassWall sconce from Hinkley ...

**$142.20**
Five Rivers Lighting

aviator light - Google Product Search

1812-SN - PLC Lighting Aviator Pendant
1812-SN - PLC Lighting Aviator Pendant.
Add to Shopping List

**$304.20**
Lighting By Gregory
★★★★☆ 84 seller ratings

PLC Lighting Aviator Sixteen-Light Halogen Chandelier
- Seedy Frost Glass - Telescopes from 34" to 46" - Bulbs Included PLC Lighting - 1812-SN.
Add to Shopping List

**$294.00**
Bellacor
★★★★★ 1,235 seller ratings

5274BN Hinkley Lighting Aviator Four-Light Wall Sconce in Brushed ...
5270BN Hinkley Lighting Aviator Four-Light Wall Sconce in Brushed NickelFeatures contemporary shaped etched
opal glassWall sconce from Hinkley ...
Add to Shopping List

**$178.20**
Five Rivers Lighting

Ray Ban Aviator Satin Silver Poly Light Brown GSM
Rayban Aviator Satin Silver Poly Light Brown GSM. Order all your Rayban sunglasses and eyewear online today. We
are an authorized dealer of Rayban ...
Add to Shopping List

**$128.95**
Sunglassextreme.com
★★★★☆ 20 seller ratings

Ceiling Lighting Propellor Plane Aviator Fly Captain
The aviator or engineer in your life will adore this contemporary design of a ...HEIGHT: 16" DIAMETER: 19"
MAX WATTAGE: 60 LIGHTS: 1 BULB TYPE: MED FINISH ...

**$295.00**
www.lacdedecor.com
★★★★★ 1 seller rating

5272BN Hinkley Lighting Aviator Two-Light Wall Sconce in Brushed ...
5270BN Hinkley Lighting Aviator Two-Light Wall Sconce in Brushed NickelFeatures contemporary shaped etched
opal glassWall sconce from Hinkley Lighting9-1/4H ...
Add to Shopping List

**$106.20**
Five Rivers Lighting

World's Greatest Aviator - Women's Light T-Shirt
World's Greatest Aviator (Style F) Women's Light T-Shirt, brought to you by the Fun Gift Store! Great customized gift for
the world's greatest Aviator! ...
Add to Shopping List

**$18.99**
Fun Gift Store

Aviator 4 Piece Crib Set-Light Blue
Your child will be flying high into dream clouds with this four-piece Aviator crib set. This set is has a quilt made of
100-percent cotton with a fluffy ...
Add to Shopping List

**$149.99**
comfortablehome.co...

World's Greatest Aviator - Kids Light T-Shirt
World's Greatest Aviator (Style A) Kids Light T-Shirt, brought to you by the Fun Gift Store! Great customized gift for
the world's greatest Aviator! ...
Add to Shopping List

**$17.99**
Fun Gift Store

Aviator Brushed Nickel Vanity Light Hinkley (5270BN)
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
8.25 inches high, 5 inches wide, ...
Add to Shopping List

**$85.75**
LightingShowroom.com
★★★★☆ 30 seller ratings

PLC Lighting Aviator Pendant Lite 1812 SN
From PLC Lighting, this Aviator Pendant Lite 1812-SN is both stylish and functional with sleek lines and symmetry that
is typical of PLC Lighting ...
Add to Shopping List

**$301.95**
Lunawarehouse.com
★★★★★ 7 seller ratings

Aviator Brushed Nickel Vanity Light Hinkley (5274BN)
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high, 32.75 inches wide, ...
Add to Shopping List

**$178.20**
LightingShowroom.com
★★★★☆ 30 seller ratings

http://www.google.com/products?q=aviator+light&num=10&hl=en&sa=B&rls=HL...1&sa=N&tab=wf&cr=property_suggestion&rcmum=0&cr=property-revision&ed=1 (1 of 6) [5/27/2008 9:15:15 AM]

aviator light - Google Product Search

**Aviator 16 Light Chandelier in Satin Nickel**
A touch of spring pervades the dawn with the **Aviator** chandelier. These twelve seedy frost glass flower bud shaped **lights** are suspended by cables as they ...

Add to Shopping List

$304.20
AffordableLamps.com
★★★★☆ 16 seller ratings

**Aviator Brushed Nickel Vanity Light Hinkley (5273BN)**
Collection: **Aviator** Type: Vanity Lamps & Bath **Light** Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions: 9.25 inches high, 23.5 inches wide, ...

Add to Shopping List

$142.20
LightingShowroom.com
★★★★☆ 30 seller ratings

**1812 SN - PLC Lighting - Aviator Halogen Pendant**
Collection: **Aviator**: Width/Diameter: 40", Height: 18", Lamp: 16-20w bulb(s), - Desc: Telescopic from 34" to 46" Supplied with hang straight swivel for ...

Add to Shopping List

$417.28
Lighting Design Expe...

**VibraLITE 3 - Light Blue Aviator**
VibraLITE 3 **Light** Blue **Aviator** - **Light** Blue/White with White/**Light** Blue Velcro Band (children and adults) The **Aviator** series of watches are the workhorses ...

Add to Shopping List

$49.95
vibewatches.com

**PLC Lighting Aviator Contemporary Chandelier - PLC-1812-SN**
Brand: PLC Lighting Height: 18" Width / Diameter: 40" Canopy: 8" Shade: Matte Opal Finish: Satin Nickel Lamping: 20W x 16 12V G4 halogen bulb (bulb ...

Add to Shopping List

$304.20
Arcadian Lighting
★★★★☆ 122 seller ratings

**Aviator Brushed Nickel Vanity Light Hinkley (5272BN)**
Collection: **Aviator** Type: Vanity Lamps & Bath **Light** Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions: 9.25 inches high, 14.25 inches wide, ...

Add to Shopping List

$106.20
LightingShowroom.com
★★★★☆ 30 seller ratings

**Aviator 4-Light Vanity Strip in Brushed Nickel by Hinkley Lighting**
**Aviator** collection offers simple lines and a classic look. ... Features: -**Aviator** collection -Solid Brass in Brushed Nickel finish -Opal etched glass shades ...

Add to Shopping List

$178.20
StudentMarket.com
★★★★☆ 24 seller ratings

**Surfer Playing Aviator Today Kids Light T-Shirt**
Nothing beats riding waves on my board in the ocean. I play at work and in the surf. Being an **aviator** pays the bills, surfing feeds my soul.

Add to Shopping List

$17.99
Tim Soukup

**Ray-Ban - 3025 Aviator Medium Metal 55 (Black/Gradient Light Blue...**
Ray-Ban - 3025 **Aviator** Medium Metal 55 (Black/Gradient **Light** Blue Lens) - Eyewear: Top off your look with a simply classic pair of Ray Ban sunglasses. ...

Add to Shopping List

$100.00
easties

**Ray-Ban - 3025 Aviator Large Metal 58 (Black/Gradient Light Blue...**
Ray-Ban - 3025 **Aviator** Large Metal 58 (Black/Gradient **Light** Blue Lens) - Eyewear: Top off your look with a simply classic pair of Ray Ban sunglasses. ...

Add to Shopping List

$100.00
easties

**NEW! Tri-Lite Navigator LED Aviation Flashlight**
This creative **lighting** solution frees up energy and attention, and allows an **aviator** ... **light** from PFP offers a host of benefits over any and all **aviation** ...

Add to Shopping List

$18.99
Touch and Go Pilot S...

**A2-HA-WH Aviator**
Compact (pocket sized), dual-output hybrid flashlight for **aviation**. ... Features two types of **light** sources: three long-runtime **light** emitting diodes (LEDs) ...

Add to Shopping List

$195.00
Universal Police Sup...

http://www.google.com/products?q=aviator+light&num=10&hl=en&lr=&cr=174...1&sa=N&tab=wi&ui=property_suggestion&ctrsom=0&ct=property-revision&oid=1:4:o19j15/27/2008 9:15:15 AM]

aviator light - Google Product Search

**Small Round Aviator II - 6470 (3 Colors)**
Available in 3 Colors.

$9.99
UrbanBoundaries

Add to Shopping List

**Roberto Cavalli Light Havana Signature Aviators**
Roberto Cavalli kicks it up a notch with these amazing hot aviators. They pair well with a casual wardrobe for the girl always on the go ...

$450.00
NikaBulik.com

Add to Shopping List

**5270BN Hinkley Lighting Aviator Wall Sconce in Brushed Nickel**
5270BN Hinkley Lighting Aviator Wall Sconce in Brushed Nickel/Wall sconces from Hinkley Lighting9-1/4H x 5W inches with 5-1/2-inch extension7-1/4H x 4-3/4W ...

$70.20
Five Rivers Lighting

Add to Shopping List

**I Love My Aviator Infant Creeper**
I Love My Aviator Infant Creeper features a red heart to show your love and My Aviator in your choice of font and color. Can be customized with an American, ...

$22.60
ILoveHeartShirts.com

Add to Shopping List

**Coolest People are from Dayton Aviation Herit... OH - Women's Light...**
The Coolest People are from Dayton Aviation Herit., Ohio Women's Light T-Shirt, brought to you by the "My City is Cool" Online Store! ...

$18.99
My City is Cool

Add to Shopping List

**I Love My Aviator Kids T-Shirt**
I Love My Aviator Kids T-Shirt features a red heart to show your love and My Aviator in your choice of font and color. Can be customized with an American, ...

$19.95
ILoveHeartShirts.com

Add to Shopping List

**3025 Aviator Medium Metal 55**
Top off your look with a simply classic pair of Ray Ban sunglasses. Lightweight metal frames. Glass or polycarbonate lenses offer 100% UV protection. ...

$100.00
Zappos.com
★★★★★ 1,771 seller ratings

Add to Shopping List

**Coolest People are from Dayton Aviation Herit... OH - Kids Light T ...**
The Coolest People are from Dayton Aviation Herit., Ohio Kids Light T-Shirt, brought to you by the "My City is Cool" Online Store! ...

$17.99
My City is Cool

Add to Shopping List

**Famous Spring Hinged Shaped Aviator - 25N**
Famous Spring Hinged Shaped Aviator - 25N.

$7.99
UrbanBoundaries

Add to Shopping List

**Blue TEAM AVIATOR Baby Onesie**
Team AVIATOR Baby Onesie to show that you are on TEAM AVIATOR and ... Our TEAM AVIATOR t-shirts are available for men, women, kids, baby and gift items.

$22.60
Team Name Shirts

Add to Shopping List

**Coolest People are from Dayton Aviation Herit... OH - Light T-Shirt**
The Coolest People are from Dayton Aviation Herit., Ohio Light T-Shirt, brought to you by the "My City is Cool" Online Store! If the people from your city ...

$19.99
My City is Cool

Add to Shopping List

**The Next Frontier" Spring Hinged Aviator Inspired Sunglass - 6910"**
The Next Frontier" Spring Hinged Aviator Inspired Sunglass - 6910"

$9.99
UrbanBoundaries

Add to Shopping List

aviation light - Google Product Search

**AVIATION ART HANGAR - Night Lights by Robert Bailey (Mosquito)**
Prints are signed by the artist and numbered Choose from the following: 400 Limited Editions... $220 40 Artist's
Prods... $245 20 Remarque Editions. ...
Add to Shopping List

**$220.00**
AVIATION ART HANGAR...

**1927 CROUSE HINDS AIRPORT LIGHT EQUIPMENT AVIATION AD**
This is one of 100s of 1920s to 1940s original aviation ads I have for sale. 12x9.
Add to Shopping List

**$7.50**
antiquepapershop.com

**Classic Aviator - Shaped Lens 5550**
Available in 4 colors.
Add to Shopping List

**$9.99**
UrbanBoundaries

**Three Mile Aviation Light w/ Switch A702**
Made for Runways and Obstruction Lights and Helipad.
Add to Shopping List

**$1,249.99**
Solarhome.org

**"Travels Light, Green - Historic Aviation and Aircraft Gifts ...**
"Helium Balloons were one of aviation's first successes. Since 1783 balloons have traveled the skies, often in
unintended directions. ...

**$29.00**
Museum Store Company...

**Ohio OH Aviation State Light T-Shirt**
Ohio Aviation State. From the Wright brothers to Armstrong the cornbelt or deers eye state loved by all Ohians
from Cincinnati to Columbus.
Add to Shopping List

**$19.99**
Hot n Funky T-shirt ...

**2005 Lincoln Aviator Parking Light Connector**
MOTORCRAFT Parking Light Connector WPT109 (1U2Z14S41HA,482WPT109) for 2005 LINCOLN AVIATOR with
4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Brown; ...
Add to Shopping List

**$22.79**
RockAuto.com
★★★★★ 1,112 seller ratings

**2005 Lincoln Aviator Daytime Running Light Resistor Connector**
MOTORCRAFT Daytime Running Light Resistor Connector WPT455 for 2005 LINCOLN AVIATOR with 4.6L 281cid V8
FI (H) Engine. (05 LINCOLN AVIATOR) Grey; ...
Add to Shopping List

**$44.79**
RockAuto.com
★★★★★ 1,112 seller ratings

**Sport Pilot DVD - Light-Sport Aircraft**
Sport Pilot DVD - Light-Sport Aircraft by Aviation Supplies & Academics (ASA)Item Number: F2F-SPORTASA has
teamed up with renowned sport aviation expert ...
Add to Shopping List

**$24.95**
Pilotwear & Aviation...

**Light Em Up Balloon Mousepad**
Colorful close-up light show glow of a hot air balloon at night. Hot air balloons in the Festival of Colors, a ballooning glow
and launch in Arizona with a ...
Add to Shopping List

**$15.99**
Lyle Ford

**1st AVN Vietnam Women's Light T-Shirt**
This design featuring the 1st Aviation Brigade patch is available on long or short sleeve shirts, ... Colors: Light Pink,
Light Yellow, Light Blue. ...
Add to Shopping List

**$18.99**
Military Vet Shop

**Light Em Up Balloon Mini Button**
Colorful close-up light show glow of a hot air balloon at night. Hot air balloons in the Festival of Colors, a ballooning glow
and launch in Arizona with a ...

**$2.99**
Lyle Ford

http://www.google.com/products?q=aviation+light&num=100&hl=en&lr=&rls=11+&sa=N&tab=wi&um=property_/suggestions&itemset=0&ct=property/revision&od=11ft-c/9j15/27/2009 9:15:15 AM]

aviator light - Google Product Search

**Light Em Up Balloon Ornament (Round)**
Colorful close-up **light** show glow of a hot air balloon at night. Hot air balloons in the Festival of Colors, a ballooning glow and launch in Arizona with a ...

Add to Shopping List

$9.99
Lyle Ford

**1st AVN BDE Light T-Shirt**
This design featuring the 1st **Aviation** Brigade patch is available on long or short ... Colors: Ash Grey, Natural, **Light** Blue. Sizes: Small, Medium, Large, ...

Add to Shopping List

$19.99
Military Vet Shop

**49th ID Women's Light T-Shirt**
Our 100% cotton women's tee is preshrunk, durable and guaranteed. 5.6 oz. 100% cotton. Standard fit. Colors: **Light** Pink, **Light** Yellow, **Light** Blue, ...

Add to Shopping List

$18.99
Military Vet Shop

**SureFire A2-HA-RD Aviator Digital Flashlight**
This digitally-regulated 2-in-1 flashlight features a 2-stage switch that activates red LEDs for close-up work or the high output lamp when you need full ...

Add to Shopping List

$195.00
Bass Pro Shops
★★★★☆ 14 seller ratings

**Anchor Light, Large Bronze Authentic Models**
Among the handful of classic ship 's lanterns the anchor **light** stands out for its commanding looks and ... A hand made glass lens distributes **light** 360 ...

Add to Shopping List

$349.99
MookieGifts.com

**ASA Preflight a Fixed Wing Light-Sport Aircraft for Sport Pilots**
Learn proper preflight procedures and how to perform a routine preflight inspection of a **light**-sport aircraft (LSA) airplane to ensure a safe and enjoyable.

Google Checkout

$32.47
www.AviationLogs.com
★★★★★ 2 seller ratings

**ASA Flying Light Retractable(ASA-FLY-RG)**
LeRoy Cook's guided tour through the most popular high-performance single-engine airplanes.

Google Checkout

$13.47
www.AviationLogs.com
★★★★★ 2 seller ratings

**2003 2004 2005 Lincoln Aviator Fog Light Lens - Lincoln 03 04 05 ...**
... 4000 Model **Lights** Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln **Aviator** Fog **Light** Lens - Lincoln 03 04 05 Fog **Light** Lens.

Google Checkout

$14.99
Auto Parts Train
★★★★☆ 26 seller ratings

**2003 2004 2005 Lincoln Aviator Driving Light - Lincoln 03 04 05 ...**
... Deep UNIVERSAL MOUNT Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln Aviator Driving **Light** - Lincoln 03 04 05 Driving **Light**.

Google Checkout

$61.29
Auto Parts Train
★★★★☆ 26 seller ratings

**2003 2004 2005 Lincoln Aviator Fog Light - Lincoln 03 04 05 Fog Light**
... 2 1/2" Deep UNIVERSAL MOUNT Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln **Aviator** Fog **Light** - Lincoln 03 04 05 Fog **Light**.

Add to Shopping List

$61.32
Auto Parts Train
★★★★☆ 26 seller ratings

**Surefire A2 Aviator Flashlight**
Surefire A2 **Aviator** Flashlight Surefire's A2 **Aviator** is a compact, dual-output ... It features two types of **light** sources: three long-runtime **light** emitting ...

Add to Shopping List

$195.00
Highland Hiker

**American DJ AVIATOR 32**
Four **Light** Coplots in one32 channel switcher with built-in chase controls Audio In/Built in microphone 32 channel DMX switcher Use with the **Aviator**-SP8 or ...

Add to Shopping List

$149.95
Platinum Records

aviator light - Google Product Search

**SureFire A2 Aviator Compact Flashlight A2-HA LED**
SureFire A2 Aviator Compact Flashlight A2-HA LED SureFire Aviator A 2 Olive Drab Anodized Pocket Light features two types of light sources: three ...
Add to Shopping List
$195.00
Tactical-Store.com

**SureFire A2 Aviator Incandescent & LED Flashlight with Yellow ...**
... the SureFire Weapon Light was born and low light law enforcement & military ... SureFire's A2 Aviator®
Incandescent Flashlight delivers high performance ...
· Google Checkout ™ ·
Add to Shopping List
$94.95
B&H Photo-Video-Audi...
★★★★★ 9,315 seller ratings

**JANE'S POCKET BOOK OF LIGHT AIRCRAFT.**
Interior - faint cigarette odor, otherwise clean and tight with no previous ownership marks. Exterior - faint crease on spine, very light edge wear. VG.
$10.00
Capricorn Books

**"SureFire Aviator A2 Flashlight, Yellow Green LED"**
...hybrid flashlight for aviation, camping, self-defense, and general use. Features two types of light sources: three long-runtime light-emitting diodes ...
Add to Shopping List
$212.55
http://www.gr8gear.c...

**SureFire Red Lens A2 Aviator Compact LED Flashlight Measures 5.6"**
SFA2HARD A2 Aviator RedExtremely compact (shirt pocket size) dual-output ... Features two types of light sources: three long-runtime light-emitting diodes ...
Add to Shopping List
$195.00
Knifecenter.com

**Red Medium Hanging Hot Air Balloons Travels Light**
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels Light Red Hot Air Balloon ...
$29.99
MookieGifts.com

**SureFire Green A2 Aviator Compact LED Flashlight Measures 5.6"**
SFA2HAGN A2 Aviator GreenExtremely compact (shirt pocket size) ... Features two types of light sources: three long-runtime light-emitting diodes (LEDs) ...
Add to Shopping List
$195.00
Knifecenter.com

**Sunfire Aviator Flashlight w/Blue LED (A2-HA-BL)**
Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail section from the ground, yet not so bright ...
Add to Shopping List
$195.00
Camcor, Inc.
★★★★★ 104 seller ratings

**Navy, Jax, Sub-Hunters and Light Strikers**
128 pages, numerous color photographs. Covers lightly scuffed, else a clean, tight copy. London, United Kingdom 1990 8vo - over 7 ¾ tall 0850459761
$15.00
Old Saratoga Books

**SureFire Aviator LED Flashlight**
"A2 Aviator Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail section from the ground, ...
Add to Shopping List
$195.00
Keeup Electronics S...

**35 x 23 Northern Lights Large Poster**
Aurora Borealis, or Northern Lights, appears over Bear Lake in Alaska in January of 2005. USAF photo by Senior Airman Joshua Strang.
$19.99
CafePress.com
★★★★☆ 55 seller ratings

**Surefire Aviator A2 Xexon and LED Flashlight, White, Red, Green or ...**
Surefire Aviator A2 Flashlight, A2 Aviator Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail ...
$195.00
Filmtools



aviator light - Google Product Search



**Hanging Hot Air Balloons Travels Light, Blue**
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels **Light** Blue Hot Air Balloon. ...
[ Add to Shopping List ]
**$29.99**
MookieGifts.com

**Yellow Medium Hanging Hot Air Balloon Travels Light**
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Hot Air Balloon Travels **Light** in Yellow. ...
[ Add to Shopping List ]
**$29.99**
MookieGifts.com

**Us Navy Light Strike**
Seller: Millions of Peaches USA - Condition: New - Trade paperback (US). Glued binding.
[Google Checkout]
[ Add to Shopping List ]
**$86.33**
Alibris

**Surefire Flashlights A2 Aviator Incandescent & Blue LED Flashlight ...**
Surefire A2-HA-BL A2 **Aviator** Incandescent & Blue LED Flashlight (Black) Flashlights.
[Google Checkout]
[ Add to Shopping List ]
**$194.95**
B&H Photo-Video-Audi...
★★★★★ 9,315 seller ratings

**AMERICAN DJ AVIATOR**
The **Aviator**-32 works like the four **Light** Co-Pilots. Each **Aviator**-SP8 is an eight channel pack. A total of four packs would be needed to run all 32 channels ...
[ Add to Shopping List ]
**$149.99**
DJTRONIX.COM FREE S...
★★☆☆☆ 5 seller ratings

**Rainbow Medium Hanging Hot Air Balloon Travels Light**
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels **Light** Rainbow Hot Air Balloon. ...
[ Add to Shopping List ]
**$29.99**
MookieGifts.com

Refine product results for: **aviator light**

Price range
- Under $10
- $10 - $30
- $30 - $200
- Over $200

$ [ ] to $ [ ] Go

Brands
- Garmin
- Hella
- Hinkley lighting
- Pilot
- Prox
- surefire

Stores
- Alibris
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BoonesSky Aviation
- DrillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford
- Majestic.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pixwear & Aviation...
- Quattrosales from Cal...
- Quattrosales.com on C...
- RidePros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com
- www.PicCenter.com

Seller rating
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating

[ ] to [ ] Go

Gooooooooogle ►
Result Page:  1 2 3 4 5 6 7 8 9 10  **Next**

[ aviator light ]  [ Search Products ]  [ Search the Web ]

Information for Sellers - Help

Google does not charge for inclusion in its search results or accept payment for better placement.

Google Home - Advertising Solutions - Business Solutions - About Google
©2008 Google - Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

Google | aviator light |

[Search Products] [Search the Web]

Advanced Product Search
Preferences

**Products**

Show Google Checkout 🛒 | Items only  **Showing all items**

Results 101 - 200 of about 7,790 for **aviator light**. (0.55 seconds)

Show grid view                                                Sort by relevance | Go |

**A2 Aviator® White LED**
Extremely compact (shirt pocket size) dual-output hybrid flashlight for **aviation**, camping, self-defense, and general use. Features two types of **light** ...
Add to Shopping List

**$169.99**
The Ramsey Outdoor S...
★★★★★ 2 seller ratings

**The Reich Intruders: RAF Light Bomber Raids in World War II**
... wartime headlines, but low-level, fast-moving surprise raids flown by small formations of fleet-footed and skilfully piloted twin-engine **light** bombers. ...
Add to Shopping List

**$103.12**
Alibris

**Airlife's World Aircraft: the Complete Reference to Civil ...**
Seller: PlumCircle USA - Condition: Very Good - May have remainder mark. Alphabetic reference to today's civil and military aircraft. ...
Add to Shopping List

**$9.90**
Alibris

**Surefire Aviator Flashlight w/Red LED (A2-HA-RD)**
A2 Aviator-Originally developed for professional **aviators** -- who needed a **light** bright enough to illuminate a 747's tail section from the ground. ...
Add to Shopping List

**$195.00**
Camcor, Inc.
★★★★★ 104 seller ratings

**Light Aircraft Recognition**
This guide to recognition of **light** aircraft is the perfect companion to Plymouth Press' award-winning Guide to Airport Airplanes. Peter March gives all the ...
Add to Shopping List

**$71.55**
Alibris

**SureFire White Lens A2 Aviator Compact LED Flashlight Measures. 5.6"**
SFA2HAWH- A2 **Aviator** WhiteExtremely compact (shirt pocket size) ... Features two types of **light** sources: three long-runtime **light**-emitting diodes (LEDs) ...
Add to Shopping List

**$195.00**
Knifecenter.com

**Surefire Flashlights A2 - Aviator - Hybrid LED/Incandescent Flashlight**
"Surefire A2 - **Aviator** - Hybrid LED/Incandescent Flashlight -Rugged aerospace-grade aluminum body, Mil-Spec Type III hard anodized in olive drab O-ring ...
Add to Shopping List

**$195.00**
Dungareers.net
★★★★★ 3 seller ratings

**De Haviland Dh60 Moth: the World's Most Successful Light Aeroplane**
Seller: More Books USA - Condition: Fine - This book follows on from Midland's earlier successful book on the De Haviland Tiger Moth and examines the ...
Add to Shopping List

**$99.00**
Alibris

**SureFire® A2 Aviator Flashlight**
WITH A HIGH AND LOW BEAM IN A SINGLE LONG RUNNING FLASHLIGHT IT S PERFECT FOR PLACEMENT IN YOUR FLIGHT SUIT BACKPACK OR POCKET YOU LL ONLY NOTICE IT WHEN...
Add to Shopping List

**$195.99**
U.S. Cavalry
★★★★★ 42 seller ratings

**Sport Pilot: Choosing the Light Sport Aircraft That's Right For You**
(Regulations, Ultralights and Ultralight Trainers, **Light**-Sport Aircraft and Sport Pilot, Experimental and General **Aviation**) Section 2: Evaluating Your ...
Add to Shopping List

**$23.95**
Touch and Go Pilot S...

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=100 (1 of 9) [5/27/2008 9:15:45 AM]

aviator light - Google Product Search



**FIXEDLIGHT SPORT AIRCRAFT at BudgetPilot.com Pilot Shop**
Preflight a Fixed Wing **Light**-Sport Aircraft for Sport Pilots lets viewers ... This DVD is for the beginner pilot, as well as the experienced **aviator** wanting ...

Add to Shopping List

$49.95
BudgetPilot.com



**Aviator Pendant Lite 1812 SN**
Manufactured by PLC **Lighting** – this **Aviator** Pendant Lite 1812-SN is both fashionable and functional with sleek lines and symmetry that is typical of PLC ...

Add to Shopping List

$277.15
InvitingLighting



**SureFire Flashlight - A2 AVIATOR TWO STAGE HYBRID GRAY**
The A2 **Aviator** is dual output hybrid flashlight that provides two types of **light** ... The low **light** is red for work in darkness where maintaining your night ...

Add to Shopping List

$195.00
Top Gun Supply
★★★★★ 1 seller rating



**Green Medium Hanging Hot Air Balloons Travels Light**
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels **Light** Green Hot Air Balloon, ...

Add to Shopping List

$29.99
MookieGifts.com



**SureFire Blue Lens A2 Aviator Compact LED Flashlight Measures 5.6"**
SFA2HABL: A2 **Aviator** BlueExtremely compact (shirt pocket size) dual-output ... Features two types of **light** sources: three long-runtime **light**-emitting diodes ...

Add to Shopping List

$195.00
Knifecenter.com



**The Story Of The British Light Aeroplane**
**Light** blue cloth with gilt lettering. Spine faded at headchase of spine where dust jacket has large large chips missing. Dust jacket is price-clipped....

$32.50
Dan Glaeser Books



**SUREFIRE A2 Aviator Yellow-Green LED Flashlight (A2-HA-YG)**
SUREFIRE A2 **Aviator** Yellow-Green LED Flashlight Originally developed for professional **aviators** -- who needed a **light** bright enough to illuminate a 747's ...

Add to Shopping List

$195.00
Camcor, Inc.
★★★★★ 104 seller ratings



**SureFire Yellow-Green Lens A2 Aviator Compact LED Flashlight 5.6"**
SFA2HAYG: A2 **Aviator** yellow-green/Extremely compact (shirt pocket size) ... Features two types of **light** sources: three long-runtime **light**-emitting diodes ...

Add to Shopping List

$195.00
Knifecenter.com



**Pelican L4 Led Light Black [1830]**
The **light** weight,slim profile design fits neatly in your pocket and ... it won't cause sparks and is safe to use inelectrical environments.BLACK_L4 LED **LIGHT**

Add to Shopping List
- Google Checkout ▸

$16.59
www.AviationLogs.com
★★★★★ 2 seller ratings



**Pelican Yellow Mini System Light Pack [1950Y]**
Includes the MityLite with batteries, spare lamp, Lite bender, two night vision discs (red and blue/green), spare o-ring and a stainless steel split ring. ...

Add to Shopping List
- Google Checkout ▸

$20.49
www.AviationLogs.com
★★★★★ 2 seller ratings



**Pelican Black Mini System Light Pack [1950]**
Includes the MityLite® with batteries, spare lamp, Lite bender, two night vision discs (red and blue/green), spare o-ring and a stainless steel split ring. ...

Add to Shopping List
- Google Checkout ▸

$20.49
www.AviationLogs.com
★★★★★ 2 seller ratings



**Pelican L1 Light Attachment System Blk [1945CB]**
The kit includes the L1 LED light with batteries, rotating L1 **light** attachment ... Easily install this **light** on your headset, kneeboard, instrument panel or ...

Add to Shopping List
- Google Checkout ▸

$38.98
www.AviationLogs.com
★★★★★ 2 seller ratings

aviation light - Google Product Search

**Mic Light Nvg Green [ML-8]**
A slight push on the switch (with the lip or tongue) causes momentary **light**, while a further push keeps the **light** on until another push turns the **light** off. ...
Google Checkout
Add to Shopping List

$47.19
www.AviationLogs.com
★★★★★ 2 seller ratings

**ASA Sport Pilot: Choosing the Light-Sport Aircraft thats Right ...**
This DVD-with-booklet compares the **Light-Sport Aircraft** types and their ultralight cousins to help you make a truly informed decision on which type is right ...
Google Checkout
Add to Shopping List

$17.47
www.AviationLogs.com
★★★★★ 2 seller ratings

**Tri-color Hands-free Aviation Light**
...3-color LED technologyoffers a host of benefits over other other **aviation** flashlightsl ... between standard red or cool aqua **light** at the push of a button. ...
Google Checkout
Add to Shopping List

$24.95
AvShop Pilot Shop
★★★★★ 1 seller rating

**New Balance - Lightning Dry Lo Cut (12 Pairs)**
New Balance Lightning Dry Lo Cut (12 Pairs) Athletic Socks: Lightning Dry technology provides moisture management. The compression arch supports stability ...
Add to Shopping List

$47.95
Shoebuy.com
★★★★★ 1,088 seller ratings

**The North Face Prophecy Boys' Hiking Shoe**
The North Face Prophecy Boys' Hiking Shoe **Aviator** Blue/Alloy Grey 4. Set your kid loose in the mountains, woods, or desert with The North Face's versatile ...
Add to Shopping List

$44.95
Backcountry.com
★★★★★ 742 seller ratings

**New Balance - Lightning Dry No Show (12 Pairs)**
New Balance Lightning Dry No Show (12 Pairs) Athletic Socks: Lightning Dry technology provides moisture management. The compression arch supports stability ...
Add to Shopping List

$47.95
Shoebuy.com
★★★★★ 1,088 seller ratings

**Blue TEAM AVIATION PHOTOGRAPHY Baby Onesie**
Team **AVIATION** PHOTOGRAPHY Baby Onesie to show that you are on TEAM **AVIATION** ... Our TEAM **AVIATION** PHOTOGRAPHY t-shirts are available for men, women, kids, ...
Add to Shopping List

$22.60
Team Name Shirts

**I Love Aviation Infant Creeper**
I Love **Aviation** Infant Creeper features a red heart to show your love and **Aviation** in your choice of font and color. Can be customized with an American, ...
Add to Shopping List

$22.60
ILoveHeartShirts.com

**TEAM AVIATION Baby Onesie**
Team **AVIATION** Baby Onesie to show that you are on TEAM **AVIATION** and ... Our TEAM **AVIATION** t-shirts are available for men, women, kids, baby and gift items.
Add to Shopping List

$22.60
Team Name Shirts

**I Love Aviation Kids T-Shirt**
... a red heart to show your love and **Aviation** in your choice of font and color ... Show what you love with a I Love **Aviation** T-Shirt, t-shirts, and clothing.
Add to Shopping List

$19.95
ILoveHeartShirts.com

**I Love Aviation Photography Kids T-Shirt**
I Love **Aviation** Photography Kids T-Shirt features a red heart to show your love and **Aviation** Photography in your choice of font and color ...
Add to Shopping List

$19.95
ILoveHeartShirts.com

**I Love Aviators Infant Creeper**
I Love **Aviators** Infant Creeper features a red heart to show your love and **Aviators** in your choice of font and color. Can be customized with an American, ...
Add to Shopping List

$22.60
ILoveHeartShirts.com

aviation light - Google Product Search



160th Special Operations Aviation Ash Grey T-Shirt
160th Special Operations Aviation (Airborne) Ash Grey T-Shirt.

Add to Shopping List

**$26.99**
The Masonic Shop



I Love Aviators Kids T-Shirt
... a red heart to show your love and **Aviators** in your choice of font and color. ... Show what you love with a I Love **Aviators** T-Shirt, t-shirts, and clothing.

Add to Shopping List

**$19.95**
ILoveHeartShirts.com



I Love Aviation Photography Infant Creeper
I Love Aviation Photography Infant Creeper features a red heart to show your love and **Aviation** Photography in your choice of font and color ...

Add to Shopping List

**$22.60**
ILoveHeartShirts.com



Gucci brown signature horsebit large aviators
... modern sunglasses from the ultimate fashion intelligencer, Gucci. Gucci brown signature horsebit large **aviators**. Available in - No Size.

Add to Shopping List

**$204.00**
Bluefly.com
★★★★★ 1845 seller ratings



Aviator Chandelier
Chandelier in Satin Nickel with seedy frost glass. Uses sixteen 20w G4 lamps (included). Telescopic arm allows for adjustable height. ...

Add to Shopping List

**$287.30**
Lamps By Us



AVIATION ART HANGAR - Stealth From the Sea by K. Price Randel (F ...
Choose from these Museum Quality Canvas Giclees: 13" x 20"...$225 15.5" x 24"...$375 19.5" x 30"...$485 326" x 40"...$795 Situation: Conceptual: A Navy ...

Add to Shopping List

**$225.00**
AVIATION ART HANGAR ...



1929 GRAYBAR AIRPORT LIGHTING AVIATION AD
This is one of 100s of 1920s to 1940s original **aviation** ads I have for sale. 12x9. Shipping = $3.00 in the US.

Add to Shopping List

**$7.50**
antiquepapershop.com



"C" Co. 3-25 Aviation "Lighting Dustoff" 45th OIF patch
"C" Co. 3-25 **Aviation** "Lighting Dustoff" 45th OIF patch.

Add to Shopping List

**$6.00**
Military patches, in...



"C" Co. 3-25 Aviation "Lighting Dustoff" OIF patch
"C" Co. 3-25 **Aviation** "Lighting Dustoff" OIF patch measures 4 inches and is new.

Add to Shopping List

**$6.00**
Military patches, in...



"C" Co. 3-25 Aviation "Lighting Dustoff" Hawaii patch
This "C" Co. 3-25 **Aviation** "Lighting Dustoff" Hawaii patch measures 5 inches and is new.

Add to Shopping List

**$7.00**
Military patches, in...



Surefire Aviator Dual Switch Flashlight Camping/Travel White
**Aviator** Dual Switch Flashlight is perfect for anyone needing a high and low beam in a single long-running flashlight. In other words, it's perfect for ...

Add to Shopping List

**$195.00**
Paragon Sports



CLEARANCE ASA Preflight a Fixed Wing Light-Sport Aircraft for ...
... as the experienced **aviator** wanting a refresher or transitioning aircraft. ... that captures the thrill and adventure of flying a **light**-sport aircraft. ...

Add to Shopping List

**$25.00**
AvShop Pilot Shop
★★★★★ 1 seller rating

aviator light - Google Product Search

**q4559x_600par64/vnsp, aircraft landing high output**
PAR 64 SPECIALTY APPLICATIONS W/ SCREW TERMINALS SKU:1001275 Volts:28 Watts:600.

- Google - Checkout ▶

Add to Shopping List

$54.25
Bulbster
★★★★★ 60 seller ratings

**EVV**
SKU:1003036.

Add to Shopping List

$14.84
Bulbster
★★★★★ 60 seller ratings

**200par46/3nsp**
PAR 46 W/ MEDIUM SIDE PRONGS SKU:1001441 Volts:120 Watts:200.

Add to Shopping List

$24.00
Bulbster
★★★★★ 60 seller ratings

**jf6.6a-200w/gz9.5**
200W 6.6A SKU:1001068 Base:GY9.5 BASE **AVIATION**.

- Google - Checkout ▶

Add to Shopping List

$22.80
Bulbster
★★★★★ 60 seller ratings

**jf10v-100w/cap**
1978X SPECIAL SLEEVE 100W 10V SKU:1001852 **AVIATION**.

Add to Shopping List

$20.54
Bulbster
★★★★★ 60 seller ratings

**jf6.6a-100w/pk30d**
100W 6.6A SKU:1001062 Base:PK30D BASE **AVIATION**.

Add to Shopping List

$26.40
Bulbster
★★★★★ 60 seller ratings

**200par46/3mfl**
PAR 46 W/ MEDIUM SIDE PRONGS SKU:1001439 Volts:120 Watts:200.

- Google - Checkout ▶

Add to Shopping List

$24.00
Bulbster
★★★★★ 60 seller ratings

**Mustang Survival Damage Tolerant Life Preserver (DTLP) - Aviation**
(US Patent 6453840) The MD4025 FR **Aviation** DTLP is primarily designed for tactical rotary wing aircrew conducting operations in hostile environments. ...

$803.25
Columbus Supply
★★★★☆ 10 seller ratings

**POP-LIGHT ILLUMINATED MAGNIFIER**
The perfect compact magnifier for reading small type in low **light**. The protective case keeps the lens safe from scratching. Press both buttons to eject lens ...

Add to Shopping List

$7.95
BooneSky Aviation

**Aviator Bunny Kids Light T-Shirt**
**Aviator** Bunny The pint-sized version of our popular adult favorite, our 100% cotton, Hanes Authentic Tagless T-Shirt. It's preshrunk and durable - just what ...

Add to Shopping List

$21.99
Pink Ink Art T-shirt

**Aviator Bunny Little Brother Kids Light T-Shirt**
Our **AVIATOR** BUNNY BIG & LITTLE BROTHER matching designs are a cute way to show who's who in your family, featuring a bunny pilot and bright colors. ...

Add to Shopping List

$21.99
Pink Ink Art T-shirt

**PLC -1812_SN - Satin Nickel - Aviator 12 Lt Chandelier-1812-SN**
**Aviator** 12 Lt Chandelier 1812-SN is both stylish and functional with sleek lines and symmetry that is typical of PLC **Lighting**. Adds a contemporary feel to ...

Add to Shopping List

$299.99
Upscale Lighting

http://www.google.com/products?q=aviator+light&num=100&hl=en&start=80/...&sa=N&start=100/[1 of 9] [5/27/2008 9:15:45 AM]

aviation light - Google Product Search

**Telemecanique Pilot Light XB4BV33**
Telemecanique XB4BV33 Pilot Light Pilot Lights Pilot Light Color Green Bulb Voltage 120 VAC Transformer Type.

Add to Shopping List

Google Checkout

$66.12
DrillSpot.com
★★★★★ 188 seller ratings

**A8 ALLEN BRADLEY 800T OILTIGHT PILOT CONTROL LIGHT NIB**
CATALOG # 800T-Q24 HEAVY DUTY OILTIGHT PILOT CONTROL LIGHT UNIT FILAMENT TYPE SERIES N 24 V 60 Hz Comes as shown. Please check out the pictures below this ...

Add to Shopping List

$24.99
REX!. Industries

**Be a Sport Pilot: Learn to Fly a Fixed Wing Light-Sport Aircraft**
... a pilot flying a fixed wing, 3-axis (airplane) light-sport aircraft. ... that captures the thrill and adventure of flying a light-sport aircraft. ...

Add to Shopping List

$49.95
Pilotshop.com
★★★★★ 1 seller rating

**Telemecanique Pilot Light XB4BVB1**
Telemecanique XB4BVB1 Pilot Light Pilot Lights Pilot Light Color White Bulb Voltage 24 Volts.

Add to Shopping List

Google Checkout

$40.00
DrillSpot.com
★★★★★ 188 seller ratings

**Air Force One Magnet W/Light & Sound**
Air Force One Magnet W/Light & Sound by DaronItem Number: TT5811Air Force One Magnet W/Light & Sound.

Add to Shopping List

$3.95
Pilotwear & Aviation...

**#1950Y YELLOW MINI SYSTEM LIGHT PACK**
... Blue/Green Lens P/N: 1950N -- Mini System Light Pack / Neon-Yellow with Blue/Green Lens P/N: 1950Y -- Mini System Light Pack / Yellow with Blue/Green Lens.

Add to Shopping List

$18.80
Majistic.com Aviatio...

**57 Chevy Bel Air Hot Light Green (1:18)**
57 Chevy Bel Air Hot LtGreen (1:18) by Yat MingItem Number: YM92109G.

Add to Shopping List

$35.95
Pilotwear & Aviation...

**1995-1999Toyota TercelRacing Series Wing w/Light**
With a 26" light. Fits 1995, 1996, 1997, 1998, 1999 Toyota Tercel. IMPORTANT ORDERING INFORMATIONIIWhat a great way to personalize your vehicle! ...

Add to Shopping List

$310.00
StreetBeatCustoms.co...

**Telemecanique Pilot Light XB4BV34**
Telemecanique XB4BV34 Pilot Light Pilot Lights Pilot Light Color Red Bulb Voltage 120 VAC Transformer Type.

Add to Shopping List

Google Checkout

$66.12
DrillSpot.com
★★★★★ 188 seller ratings

**KV-1 1942 Heavy Tank Light Green (1:72)**
KV-1 1942 Heavy Tank Light Green (1:72) by EasyModelItem Number: EM36289Plastic model, finely detailed in 1/72.

Add to Shopping List

$16.95
Pilotwear & Aviation...

**Telemecanique Pilot Light XB4BVB4**
Telemecanique XB4BVB4 Pilot Light Pilot Lights Pilot Light Color Red Bulb Voltage 24 Volts With LED.

Add to Shopping List

Google Checkout

$40.00
DrillSpot.com
★★★★★ 188 seller ratings

**LIGHT BAR 4/14V at BudgetPilot.com Pilot Shop**
LB4028.

$56.00
BudgetPilot.com

http://www.google.com/products?q=aviation+light&num=100&hl=en&scoring=&start=60&sa=N&start=100 (6 of 9) [5/27/2008 9:15:45 AM]

aviation light - Google Product Search

**Telemecanique Pilot Light ZB6CV1**
Telemecanique ZB6CV1 Pilot Light Pilot Lights Pilot Light Light Module 4VW69-4VW74 Color White Use with
Contact Block 4VW81-4VW85 16 Millimeters.
Add to Shopping List

$5.56
DrillSpot.com
★★★★★ 188 seller ratings

**Honeywell Obstruction Lighting - 9LC Control - ICAO Type A-2/3 ...**
... 9LC Series Controllers: Lighting controls combine digital circuitry with ... to yield the industry's most
comprehensive obstruction lighting controls. ...
Add to Shopping List

$2,472.00
Genesis Lamp - Light...

**Telemecanique Pilot Light ZB6DV4**
Telemecanique ZB6DV4 Pilot Light Pilot Lights Pilot Light Light Module Color Red Use with Contact Block 4VW81-
4VW85 16 Millimeters Rectangular.
Add to Shopping List

$5.37
DrillSpot.com
★★★★★ 188 seller ratings

**Labconco FlaskScrubber Washers, Labconco 4420310 Undercounter ...**
... Labconco Undercounter Flaskscrubber With Window And Interior Light is a ... Washers with a viewing window in the
door have a 25W interior light that ...
Add to Shopping List

$9,529.95
Shoplics

**#tec3 60" Brass Pool Table Light with 3 Economy Metal Sha**
economy pool table light 60 inches long, finial light bar, metal shades. Available in black, blue, brass, burgundy, and green.
Add to Shopping List

$130.81
Majestic.com Availo...

**Braniff International Ultra 727-200 "Light Blue Ultra" (1:200)**
Braniff International Ultra 727-200 "Light Blue Ultra" (1:200) by InFlight 200Item Number: IF7220InFlight 200
Braniff International Ultra 727-200 RED ...
Add to Shopping List

$79.99
Pilotwear & Aviation...

**Dynamo 3 LED Light**
Dynamo 3 LED Light by eGearItem Number: EGDY50/7SKU: DY-507INFO: Powered by 3-phase alternator motor
and rechargeable NiMh batteries, which never need ...
Add to Shopping List

$17.96
Pilotwear & Aviation...

**Northwest Orient Airlines System Route Map**
Circa 1950's folded 8 x 9 stapled paper brochure with 22pages of maps and a milage chart. Stratocruiser silhouettes on
the front cover.
Add to Shopping List

$25.00
Pacific Rim Used Boo...

**Dabmar D-3500 Bollard Light - D-3500**
This item is eligible for our Winter Sale. Click here for details.Brand: Dabmar Height: 42" Width: 30" Material: Cast
Aluminum Usually Leaves Warehouse In: ...
Add to Shopping List

$224.99
Arcadian Lighting
★★★★★ 122 seller ratings

**eQ Hands-Free Multi-Light**
eiQ Hands-Free Multi-Light by eGearItem Number: EG1340A clever LED light that's the ultimate in hand free lighting.
Used with the strap, it's an extremely ...
Add to Shopping List

$11.66
Pilotwear & Aviation...

**Honeywell Obstruction Lighting - 9LC Control - FAA Type A-0 - SVL0342**
Honeywell Obstruction Lighting - 9LC Series Controllers: Lighting controls combine digital circuitry ... to yield the industry's most
comprehensive obstruction lighting controls. ...

$1,076.00
Genesis Lamp - Light...

**Light Em Up Balloon Ornament (Oval)**
Hot air balloon firing up at night for a balloon glow event.

$9.99
CafePress.com
★★★☆☆ 55 seller ratings

aviation light - Google Product Search

**Seaplane Landing Sites In Washington State**
1979 8.5 X 11 inch spiral bound paperback with 73 pages and many maps. **Aviation**. Pacific. Northwest.
$20.00
Pacific Rim Used Boo...
Add to Shopping List

**Labconco Flask-Scrubber Washers, Labconco 4420310 Undercounter...**
... Undercounter Flaskscrubber With Window And Interior **Light** combines one of ... Interior **Light** by Labconco is trusted in laboratories around the world. ...
$9,529.95
Microscopes.com
Add to Shopping List    Google Checkout

**1-Watt Luxeon Snake Light**
1-Watt Luxeon Snake **Light** by eGearItem Number: EG1360.
$43.16
Pilotwear & Aviation...
Add to Shopping List

**Retro Black and White Plane Kids T-Shirt**
The most comfortable t-shirt ever! Our 100% cotton, Hanes Beefy-T is preshrunk, durable and guaranteed.
$17.99
Christmas-tees
Add to Shopping List

**Cairo Dome Lantern Authentic Models**
...shapes remind one of domes in ancient Cairo and Isfahan. Ornate holes **light** up at night, resembling eastern palace windows. Gold finials, six sided.
$319.99
MookieGifts.com
Add to Shopping List

**Cessna 172 Cessna 182 Underwing Courtesy Light**
Cessna Underwing / Courtesy **Light**. It fits Cessna 172, Cessna 182 as well as several other models.
$24.99
DFW AirParts
★★★★★ 2 seller ratings
Add to Shopping List    Google Checkout

**#t413 60" Brass Pool Table Light with 3 Blue Plastic Shad**
pool table **light** 48 inches long comes with 3 blue plastic shades, plain **light** bar.
$191.19
Majestic.com Aviatio...
Add to Shopping List

**Cessna Wing Tip Nav / Strobe Light Power Supply**
Cessna Wing Tip Nav / Strobe **Light** Power Supply. Manufactured by Aeroflash. P/N 152-0024. Cessna P/N C622010-0101. 28V. List price $613.00 new! ...
$89.99
DFW AirParts
★★★★★ 2 seller ratings
Add to Shopping List    Google Checkout

**Adesso Aviator Torchiere - 5161**
Aviator Torchiere Each lamp has a half moon frosted glass shade with a satin steel base Chrome accent on base and shade Full range dimmer switch on pole 2 r...
$149.50
HomeClick
★★★★☆ 181 seller ratings
Add to Shopping List    Google Checkout

**#tb3 60" Brass Pool Table Light with 3 Brass Plastic Shad**
pool table **light** 60 inches long, comes with 3 brass metal shades, finial **light** bar.
$231.44
Majestic.com Aviatio...
Add to Shopping List

**#E69 DUO HEADLAMP W/5 LED LIGHTS**
...LED's give of a vey diffuse, white **light**, ideal for proximal activities. ... Strap / Batteries NOT Included P/N: E69 -- DUO Head Lamp with 5 LED **Lights**.
$81.04
Majestic.com Aviatio...
Add to Shopping List

**WINGTIP POSITION LIGHT/GRN/14V at BudgetPilot.com Pilot Shop**
W1285PR14.
$179.00
BudgetPilot.com
Add to Shopping List

aviator light - Google Product Search



**LIGHT WEDGE 2-1/4/28VPMA at BudgetPilot.com Pilot Shop**
LW2005.
[ Add to Shopping List ]
$56.00
BudgetPilot.com

**#H410 60" Brass Pool Table Light with 3 Black Plastic Sha**
pool table **light** 48 inches long comes with 3 black plastic shades, plain **light** bar.
[ Add to Shopping List ]
$191.19
Majestic.com Aviatio...

**Aircraft Annunciator Light / Switch Indicator, 087198029**
Aircraft Annunciator **Light** / Switch Indicator, P/N 087198029. It is in good condition.
[ Add to Shopping List ] [ Google Checkout ]
$34.99
DFW AirParts
★★★★★ 2 seller ratings

**METTLER TOLEDO CLASSIC LIGHT (PL-S) TOPLOADING BALANCES, 210 GX...**
CLASSIC **LIGHT** BALANCES ARE IDEAL FOR EASY WEIGHING TASKS. EACH UNIT COMES STANDARD WITH A VERSATILE RS232 INTERFACE, AND OFFERS A CHOICE OF APPLICATIONS. ...
[ Add to Shopping List ]
$784.00
Cole-Parmer Instrume...

**Honeywell Obstruction Lighting – 9LC Control – FAA Type A-23 ...**
... 120VAC Honeywell 9LC Series Controllers: **Lighting** controls combine digital ... to yield the industry's most comprehensive obstruction **lighting** controls ...
[ Add to Shopping List ]
$2,940.00
Genesis Lamp - Light...

**Be A Sport Pilot, Learn to Fly a Fixed Wing Light-Sport Aircraft**
... production company specializing in adventure sport **aviation** productions. ... Paul is Producer of over forty films on ultralights and **light** sport. ...
[ Add to Shopping List ]
$49.95
Amazon.com
★★★★☆ 3,947 seller ratings

• www.PicCenter.com

Refine product results for: **aviator light**

**Price range**
• Under $10
• $10 – $30
• $30 – $200
• Over $200
• $ [ ] to $ [ ] [ Go ]

**Brands**
• Garmin
• Hella
• Hinkley lighting
• Pilot
• Prox

• sunefire

**Stores**
• Alibris
• AvShop Pilot Shop
• B&H Photo-Video-Audi...
• Biblio.com Books
• BoonsSky Aviation

• DrillSpot.com
• eAutoWorks.com
• eBay
• Fotosearch
• Lyle Ford

• Majestic.com Aviatio...
• Military Vet Shop
• PilotMall.com Aviati...
• Pilotwear & Aviation...
• Quatrosales from Cat...

• Quatrosales.com on C...
• RidePros.com
• UnbeatableSale
• Underbid.com
• www.AviationLogs.com

**Seller rating**
• 4 stars and up
• 3 stars and up
• 2 stars and up
• Has a rating
• [ ] to [ ] [ Go ]

◀ Go o o o o o o o o o g l e ▶
Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 **Next**

[ aviator light ] [ Search Products ] [ Search the Web ]

Information for Sellers - Help

Google does not charge for inclusion in its search results or accept payment for better placement.

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - 🛒 Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News Shopping Gmail more ▼

My Shopping List

**Google** [aviator light                    ] [Search Products] [Search the Web]

Checkout ▯

**Products**

Show: Google Checkout ▯ · Items only · **Showing all items**

Show grid view ·    Sort by relevance    ·    Advanced Product Search
Preferences

Results 201 - 300 of about 7,807 for aviator light. (0.89 seconds)

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20%–50% off Lighting Sale**
Authorized Dealer, 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com
Google Checkout ▯

**Pilot Lights**
Indicator/Pilot Lights at Digi-Key.
#1 In Availability - Ship Same Day.
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting, Low Prices & Free S/H!
www.CSNLighting.com
Google Checkout ▯

**Push Buttons–Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

**Pilot Lights**
Directory of Indicator Lights
Providers. Find it on Business.com
www.business.com

**MAXPULSE LANDING LIGHT CONTROL at BudgetPilot.com Pilot Shop**
MaxPulse the Complete Compact, Light Weight, Powerful, Solid State Landing **Light** Control/Pulser Specifications:
Voltage Range: 12 to 35VDC Max Current: 10 ...

**$180.00**
BudgetPilot.com

Add to Shopping List

**#401 60° Brass Pool Table Light with 3 Green Plastic Sha**
pool table **light** 48 inches long comes with 3 green plastic shades, plain **light** bar.

**$191.19**
Majestic.com Aviatio...

Add to Shopping List

**ELDEMA CR03-ACS-N123**
Price $7.38 / ea20074 Lens Style SHORT FLAT220015 Color AMBER220033 Volts 110VAC220189 Finish(2)
CLEAR ANODIZE220010181 Part# EDCR03ACSN12320262 Ordering Code ...

**$7.38**
BulBtronics

Add to Shopping List

**Cessna 152, Cessna 172 / Aeroflash Strobe Light Power Supply**
Cessna 152, Cessna 172 Strobe **Light** Power Supply. Manufactured by Aeroflash for Cessna. P/N C622008-0102
or 778263. 24V. Very clean item. ...

**$79.99**
DFW AirParts
★★★★★ 2 seller ratings

Add to Shopping List

**Twin Beech Bonanza / Grimes Interior Light**
Twin Beech Bonanza Interior **Light**. Manufactured by Grimes. Beech P/N 50-534840-29. Grimes P/N 15-0190. No **light**
bulb with it.

**$39.99**
DFW AirParts
★★★★★ 2 seller ratings

Add to Shopping List

**Flood Light for TEPUGM Series Trade Show Booths**
Flood **Light**: This 200 watt flood **light** is for the TEPUGM series fo trade show booths. This adjustable flood **lights** is held
in place by the attached clamp...

**$131.45**
Displays2go
★★★★★ 100 seller ratings

Add to Shopping List

**Aircraft the Story of Powered Flight**
Numerous illustrations in black and white and color.: Color illustrations, 4to 11 - 13 tall; 128 pages London ND Illustrated
by John Young 0856740063.

**$8.85**
Gray Dogs Books

Add to Shopping List

**Cessna 172, Cessna 182, Cessna 206 Strobe Light Power Supply**
Cessna 172, Cessna 182, Cessna 206 Strobe **Light** Power Supply. Manufactured by Aeroflash. P/N 808028. Cessna P/
N C622006-0102. 28V. List $164.00. ...

**$69.99**
DFW AirParts
★★★★★ 2 seller ratings

Add to Shopping List

**Flood Light for TE10HP & TE3HP Series Trade Show Displays**
Trade Show Display **Light**- Don't let poor **lighting** run the valuable time you ... This 50 watt adjustable flood **light**
illuminates a wide area of your trade ...

**$129.00**
Displays2go
★★★★★ 100 seller ratings

Add to Shopping List

**Aircraft Instrument Panel Light Dimming Rheostat, 0144**
Aircraft Instrument Panel **Light** Dimming Rheostat. P/N 0144. 25W, 8 Ohm. This type rheostat is used in production
aircraft to dim instrument panel **lights**. ...

**$14.99**
DFW AirParts
★★★★★ 2 seller ratings

Add to Shopping List

aviator light - Google Product Search

**Aviator Pillar Posts**
Select for your Lincoln Aviator a stainless pillar post set for the highest ... Rest assured that all of our Lincoln Aviator pillar posts are made to last. ...
Add to Shopping List

$67.99
HNCTrims

**1990–1993 Toyota CelicaSuper Style Wing w/ 26" Light**
With a 26" **light**. Fits 1990, 1991, 1992, 1993 Toyota Celica. IMPORTANT ORDERING INFORMATIONIIWhat a great way to personalize your vehicle! ...
Add to Shopping List

$310.00
StreetBeatCustoms.co...

**Fifty Five DSL Luke 'SNX/0K '67 Aviator Sunglasses Shades**
2008 Eyewear Collection.
Add to Shopping List

$219.00
A-List Eyewear

**Hydrometer for Light Liquids (0.700–1.000)**
Hydrometer for light density liquids. Housed in a reusable storage tube.

$3.99
Christianbook.com
★★★★★ 3,034 seller ratings

**Glider, Plane, Airplane, Aircraft, Light Aircraft, Tailplane, Aviation**
RLF232, REL-FFS016SR-143.gif, REL-FFS016SR-143, REL-FFS016SR-143, Glider Plane Air Aircraft Light Tail Aviation Outdoors Sky Cloudy Day Three People Two ...
Add to Shopping List

$99.00
Fotosearch

**Coast® LED-Lenser LL7736D V² 6 LED Cockpit Aviation flashlight 1 ...**
LED-Lenser's technology brings you the World's most advanced handheld lighting devices for aviation & cockpit use. They offer you all the many advantages of ...
Add to Shopping List

$32.49
Quality-Items-Flashl...

**Surefire A2 Aviator A2-HA RD Red LED IBNIBI**
Surefire A2 Aviator w/ Red LED Manufacturer: Surefire Manufacturer Part#: ... Features two types of light sources: three long-runtime light emitting diodes ...
Add to Shopping List

$180.00
GunBroker.com

**Surefire A2 Aviator A2-HA WH White LED IBNIBI**
Surefire A2 Aviator w/ White LED Manufacturer: Surefire Manufacturer Part#: A2-HA ... Features two types of light sources: three long-runtime light emitting ...
Add to Shopping List

$180.00
GunBroker.com

**52728N - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator Material: Solid Brass, Width/Diameter: 14.25", Height: 9.25", Depth/Extension: 5.25", Height from Outlet Box: 7", Back Plate Width: ...
Add to Shopping List  · Google Checkout

$106.20
1STOPlighting - Your...
★★★★★ 61 seller ratings

**52738N - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator Material: Solid Brass, Width/Diameter: 23.5", Height: 9.25", Depth/Extension: 5.5", Height from Outlet Box: 7", Back Plate Width: 7.25" ...
Add to Shopping List  · Google Checkout

$142.20
1STOPlighting - Your...

**1812 SN - PLC Lighting- Aviator Halogen Pendant**
Collection: Aviator. Width/Diameter: 40", Height: 18", Lamp: 16-20w bulb(s). - Desc: Telescopic from 34" to 46" Supplied with hang straight swivel for ...
Add to Shopping List  · Google Checkout

$417.28
1STOPlighting - Your...
★★★★★ 61 seller ratings

**52718N - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator. Material: Solid Brass, Width/Diameter: 17", Height: 6.25", Lamp: 3-60w bulb(s). - Desc: Brushed Nickel finish featuring a sharp ...
Add to Shopping List  · Google Checkout

$124.20
1STOPlighting - Your...
★★★★★ 61 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=200 (2 of 9) [5/27/2008 9:16:50 AM]

aviator light - Google Product Search

**52708N - Hinkley Lighting- Aviator Collection Bath Light**
Collection: **Aviator**. Material: Solid Brass, Width/Diameter: 5", Height: 8.25", Depth/Extension: 5.25", Height from Outlet Box: 4.75", Back Plate Width: ...

Add to Shopping List

**$70.20**
1STOPlighting - Your ...
★★★★★ 61 seller ratings

**5274BN - Hinkley Lighting- Aviator Collection Bath Light**
Collection: **Aviator**. Material: Solid Brass, Width/Diameter: 32.75", Height: 9.25", Depth/Extension: 5.5", Height from Outlet Box: 7", Back Plate Width: ...

Add to Shopping List

**$178.20**
1STOPlighting - Your ...
★★★★★ 61 seller ratings

**The Hottest Girls are from Dayton Aviation Herit.. OH - Women's ...**
The Hottest Girls are from Dayton **Aviation** Herit.. Ohio Women's **Light** T-Shirt, brought to you by the 'My City is Hot' Online Store ...

Add to Shopping List

**$18.99**
My City is Hot

**Live Love Aviation Kids Light T-Shirt**
You live for and love **aviation**, avionics, jets, airplanes, helicopters, hot air balloons and gliders. Great gift for pilots, hang gliders, parachuters.

Add to Shopping List

**$17.99**
100 Percent Gear

**Live Love Aviation Women's Light T-Shirt**
You live for and love **aviation**, avionics, jets, airplanes, helicopters, hot air balloons and gliders. ... Colors: **Light** Pink, **Light** Yellow, **Light** Blue. ...

Add to Shopping List

**$18.99**
100 Percent Gear

**The Hottest Girls are from Dayton Aviation Herit.. OH - Kids Light...**
The Hottest Girls are from Dayton **Aviation** Herit.. Ohio Kids **Light** T-Shirt, brought to you by the 'My City is Hot' Online Store! ...

Add to Shopping List

**$17.99**
My City is Hot

**Live Love Aviation Light T-Shirt**
You live for and love **aviation**, avionics, jets, airplanes, helicopters, ... Colors: Ash Grey, Natural, **Light** Blue. Sizes: Small, Medium, Large, X-Large, ...

Add to Shopping List

**$19.99**
100 Percent Gear

**Coyote Aviator with Elk Hide**
Coyote Fur With Elk **Aviator** Hat. Genuine coyote fur and elk **aviator** style hat. This very special hat is made with genuine coyote fur and gorgeous elk outer ...

Add to Shopping List

**$249.00**
FurSource.com
★★★★☆ 3 seller ratings

**Preflight a Fixed Wing Light Sport Airc**
**Aviation**-Soaring and Ultralight.

Add to Shopping List

**$49.95**
Powells.com

**BULBTRONICS 1497**
Price $5.19 / ea20033 Volts 6.5V20041 Base BA15D / DC BAYONET20035 Watts 17.8W20197 Finish(3) CLEAR20044 Amps/MA 2.75A20029 Shape S820081 Lumens, CP ...

Add to Shopping List

**$5.19**
Bulbtronics

**22" Acrylic Lowbay**
Induction **Lighting** Practically maintenance-free, induction **lighting** offers many features that make it an attractive **light** source and is emerging as one of ...

Add to Shopping List

**$485.00**
access discounts

**MBT GP64 9x9 Gel Pack**
Brighten up your **light** show by adding a variety of colored gels. ... Dark Golden Amber, Flame Red)Pack D (Magenta, **Light** Red, Deep Orange, Deep Lavender)

Add to Shopping List

**$5.29**
GearTree.com
★★★★☆ 13 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&lr=&sa=N&start=200 (1 of 9) [5/27/2008 9:16:50 AM]

aviator light - Google Product Search

**Venlux Happylight Sunlight Simulator**
Venlux Happylight sunlight simulator delivers the color of outdoor **lighting** indoors. ... **light** or need to sit in front of for a prescribed period of time. ...
Add to Shopping List

$249.00
BuyLightFixtures.com

**operator:** flimhat.com/buyme
adorn your head.
Add to Shopping List

$10.99
CafePress.com
★★★★☆ 55 seller ratings

**General Aviation Firefighting for Structural Firefighters**
Description :There are more than 17000 general **aviation** airports in the United ... how to deal effectively and safely with a general **aviation** incident. ...
Add to Shopping List

$56.49
Traffic safety produ...

**Honeywell Obstruction Lighting - 9LC Control - FAA Type A-1 ...**
... 120VAC Honeywell 9LC Series Controllers: **Lighting** controls combine digital ... to yield the industry's most comprehensive obstruction **lighting** controls. ...
Add to Shopping List

$1,760.38
Genesis Lamp

**CDI/GARMIN GPS150/1a V LIGHTING**
CDI/GARMIN GPS150/14° **LIGHTING.**
Add to Shopping List

$952.60
latitude_outfitter_c...

**Honeywell Obstruction Lighting - 9LC Control - ICAO Type A-2/3 ...**
... 240VAC Honeywell 9LC Series Controllers: **Lighting** controls combine digital ... to yield the industry's most comprehensive obstruction **lighting** controls. ...
Add to Shopping List

$2,470.89
Genesis Lamp

**Honeywell Obstruction Lighting - 9LC Control - FAA Type A-2/3 ...**
... Step-up XFMR 120VAC Honeywell 9LC Series Controllers: **Lighting** controls ... to yield the industry's most comprehensive obstruction **lighting** controls. ...
Add to Shopping List

$2,888.15
Genesis Lamp

**Klein Tools: Aviation Snips: Straight Cutting**
Forged and heat treated steel blades for strength and durability. Regular blades have the capacity of cutting 18 gauge cold-rolled sheet metal. ...
Add to Shopping List

$17.15
Win's Lighting & Ele...
★★★★★ 3 seller ratings

**Aviator 16 Light Chandelier in Satin Nickel**
PLC Lighting 1812SN **Aviator** Ships Free + Coupon - Call 1-800-MY-LAMPS - A touch of spring pervades the dawn with the **Aviator** chandelier ...
Add to Shopping List

$304.20
AffordableLamps.com ...

**PLC Contemporary Lighting - Pendants - Aviator**
Lamp/Bulb: 16 x 20W - 12V - G4 (Included) Glass/Crystal/Lens: Seedy Frost Height: 18" Width: 40" Note: Telescopic from 34" to 46" Finish Shown: Satin Nickel ...
Add to Shopping List

$304.20
MyKnobs.com
★★★★★ 1 seller rating

**2003 Lincoln Aviator Fog Light For 2003 Aviator**
... level possible when ordering a 2003 Lincoln **Aviator** New Fog **Light** ... no shipping fees when your 2003 Lincoln **Aviator** Hid Fog **Light** order is $50.
Add to Shopping List

$823.54
Race Pages

**2005 Lincoln Aviator Fog Light For 2005 Aviator**
2005 Lincoln **Aviator** New Fog **Light** are one of the most surefire investments ... When you get a 2005 Lincoln **Aviator** Fog **Light** Bulb you can bet you'll get ...
Add to Shopping List

$54.04
Race Pages

aviator light - Google Product Search

**04 Lincoln Aviator Fog Light For 04 Aviator**
... test first the 04 Lincoln **Aviator** aftermarket Fog **Lights** to make sure they ... great prices on our top-of-the-line 04 Lincoln **Aviator** Fog **Light** Bulb parts.
Add to Shopping List

**$117.44**
Race Pages

**03 Lincoln Aviator Fog Light For 03 Aviator**
Give us a call toll-free regarding any 03 Lincoln **Aviator** Hid Fog **Light** questions ... Our 03 Lincoln **Aviator** Fog **Light** Bulb will be a perfect fit for your ...
Add to Shopping List

**$42.06**
Race Pages

**05 Lincoln Aviator Fog Light For 05 Aviator**
Ordering 05 Lincoln **Aviator** Fog **Light** Bulb online is fast and simple, however, ... know you can order your next 05 Lincoln **Aviator** Hid Fog **Light** online 24 hou...
Add to Shopping List

**$61.29**
Race Pages

**2004 Lincoln Aviator Fog Light For 2004 Aviator**
2004 Lincoln **Aviator** Fog Driving **Light** are one of the most sensible ... any 2004 Lincoln **Aviator** Fog **Light** Bulb support you may necessitate, at any time! ...
Add to Shopping List

**$823.62**
Race Pages

**Vintage Aviator Kids Light T-Shirt**
The pint-sized version of our popular adult favorite, our 100% cotton, Hanes Authentic Tagless T-Shirt. It's preshrunk and durable – just what a playful...
Add to Shopping List

**$17.99**
Job Gear & T-shirts

**Hinkley Lighting Aviator 2-Light Vanity Strip in Brushed Nickel**
Hinkley **Lighting Aviator** collection offers simple lines and a classic look. Featured with solid brass in a brushed nickel finish, the opal etched glass ...

**$106.20**
GSN Lighting
★★★★½  20 seller ratings

**Hinkley Lighting 5272 - Aviator Two Light Bath/Vanity strip**
... Finish: Brushed Nickel Glass: Etched Opal Glass **Light** Bulb: (2)100w A19 Med F Incand The **Aviator** collection boasts finely-crafted contemporary pieces in ...
Add to Shopping List

**$106.20**
LightingUniverse
★★★★½  338 seller ratings

**PLC Lighting 1812-SN - Aviator Multi-Light Pendant**
PLC **Lighting** Contemporary / Modern Multi **Light** / Island Pendants, Finish: Satin ... The **Aviator** is supplied with a hang straight swivel for sloped ceilings, ...
Add to Shopping List

**$368.00**
LightingUniverse
★★★★½  338 seller ratings

**Hinkley Lighting 5274 - Aviator Four Light Bath/Vanity strip**
... Finish: Brushed Nickel Glass: Etched Opal Glass **Light** Bulb: (4)100w A19 Med F Incand The **Aviator** collection boasts finely-crafted contemporary pieces in ...
Add to Shopping List

**$178.20**
LightingUniverse
★★★★½  338 seller ratings

**Sport Pilot DVD - Light-Sport Aircraft**
Sport Pilot DVD - **Light**-Sport Aircraft by Aviation Supplies & Academics (ASA)Item Number: F2F-SPORTASA has teamed up with renowned sport **aviation** expert ...
Add to Shopping List

**$24.95**
AviationSupermart

**Surefire Flashlights A2 Aviator Incandescent & Red LED Flashlight ...**
Surefire A2-HA-RD A2 **Aviator** Incandescent & Red LED Flashlight (Black) Flashlights.
Add to Shopping List

**$194.95**
B&H Photo-Video-Audi...

**Surefire Flashlights A2 Aviator Incandescent & Blue LED Flashlight ...**
Surefire A2-HA-BL A2 **Aviator** Incandescent & Blue LED Flashlight (Black) Flashlights.
Add to Shopping List

**$194.95**
B&H Photo-Video-Audi...

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=50&sa=N&start=50 (1 of 9) [5/27/2008 9:16:59 AM]

aviator light - Google Product Search

**Surefire Flashlights A2 Aviator Flashlight PHOTO GEAR FLASHLIGHTS ...**
Surefire A2-HA-YG A2 **Aviator** Flashlight, Yellow-Green Illumination, Made in the USA Flashlights.
Add to Shopping List    Google Checkout
$194.95
B&H Photo-Video-Audi...

**Surefire Flashlights A2 Aviator Incandescent & Green LED ...**
Surefire A2-HA-GN A2 **Aviator** Incandescent & Green LED Flashlight (Black) Flashlights.
Add to Shopping List    Google Checkout
$194.95
B&H Photo-Video-Audi...

**Hinkley Lighting 5274BN Brushed Nickel Aviator Contemporary ...**
**Aviator** 4 **Light** Bathroom Fixture/Etched Opal Glass Backplate: 7-1/4" W x 4-3/4" H Extends: 5-1/2", height from center of outlet box: 6"4-100w Max Medium Base ...
Add to Shopping List
$178.20
Improvement Direct
★★★★★ 188 seller ratings

**Chandelier - Aviator - 1812-SN**
... A touch of spring pervades the dawn with the **Aviator** chandelier. These twelve seedy frost glass flower bud shaped **lights** are suspended by cables as they ...
Add to Shopping List
$305.00
WeGotLites.com
★★★★★ 1 seller rating

**US Naval Aviation Light T-Shirt**
5.6 oz. 100 cotton. Standard fit. Colors: Ash Grey, Natural, **Light** Blue. Sizes: Small, Medium, Large, X-Large, 2X-Large
Add to Shopping List
$26.19
Quatrosales.com on C...

**French Lantern Authentic Models**
It was a heart stopping moment encountering this lantern at an obscure auction in Paris. Utilitarian, attractive and historical to boot Somehow French tool ...
$299.99
MookieGifts.com

**Airplane Maintenance**
Previous owners name inside. (Ref. #ACC-AV27). London 1940 6 x 9-1/2 Tall **Aviation.**
$25.46
A Collector's Choice ...

**Warbirds Nightlight**
3 5/8 Width X 3 1/4 Height X 1 1/2 Depth Each night **light** includes a ... The night **light** frame will come in a finish to match the colors in the design, ...
$20.00
Enchanted Lantern

**Starboard Lantern, Green Authentic Models**
Starboard Lantern, Green 14.25 x 6.75 x 18.5" Candles not included Rich red and green for port and starboard. Expertly aged, classic French Tole, ...
$139.99
MookieGifts.com

**Winair airplane Name: YS-11A**
Very nice printed postcard before 2007. In mint condition. To save on shipping costs, please look for other listings by ivanhoe. For any possible questions ...
Add to Shopping List    Google Checkout
$1.00
Playle's Online Auct...

**NUVO Lighting (Satco) 76-530 (76530)**
2 **Light** - 14" - Flood **Light**, Exterior - PAR38 w/Adjustable Swivel & Motion Sensor **Light** Fixture.
Add to Shopping List    Google Checkout
$34.99
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**NUVO Lighting (Satco) 76-520 (76520)**
1 **Light** - 5" - Flood **Light**, Exterior - PAR38 w/Adjustable Swivel **Light** Fixture.
Add to Shopping List    Google Checkout
$8.99
LightBulbEmporium.co...
★★★★★ 31 seller ratings




aviation light - Google Product Search

**NUVO Lighting (Satco) 76-195 (76195)**
2 **Light** - 13" - Flush Mount - Ribbed Ice Glass **Light** Fixture.
[Google Checkout]
Add to Shopping List

$17.99
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Preflight a Fixed Wing Light-Sport Aircraft: For Sport Pilots**
The correct procedures for completing a preflight inspection of a fixed wing **light**-sport aircraft are thoroughly explained and demonstrated in this ...
Add to Shopping List

$49.95
Barnes & Noble.com
★★★★☆ 346 seller ratings

**PHOTON MICRO-LIGHT II PERSONAL FLASHLIGHT - WHITE**
Worlds smallest and brightest flashlight. LED technology fits on any keychain then you forget it's there. Can be seen for over a mile ...
Add to Shopping List

$16.95
BooneSky Aviation

**LIGHT SOURCE - STEADY WHITE LIGHT (LS-6A)**
**Light** Source LS-6A **LIGHT** SOURCE: This sugar cube sized **light** will emit a steady WHITE **light** continuously for up to 1 week on one 9 V battery. ...
Add to Shopping List

$19.50
BooneSky Aviation

**ZIPKA LED LIGHT /RETRACTING STR**
The Zipka is the little sister of the Tikka. A retractable dyneema cord replaces the elasticated headband, making it even more compact and lightweight than ...
Add to Shopping List

$41.18
BooneSky Aviation

**MIKE-LITE ( Mic Light) - WHITE & IR LIGHT (ML-19)**
Use White for NVG compatible **light**. Use IR to enhance ambient **light** with NVGs. ... police, aviators, sportsmen, hunters, fisherman, mechanics and many ...
Add to Shopping List

$58.76
BooneSky Aviation

**L4 LED LIGHT - BLACK**
The L4 is a handy, unbelievably bright LED **light** that's powered by 3 AAAA alkaline ... The **light** weight, slim profile design fits neatly in your pocket and ...
Add to Shopping List

$19.29
BooneSky Aviation

**MIKE-LITE ( Mic Light) - NVG GREEN & WHITE LIGHT (ML-14)**
This **light** will provide the same or better **light** as the previous version of the ... police, aviators, sportsmen, hunters, fisherman, mechanics and many ...
Add to Shopping List

$58.76
BooneSky Aviation

**302MRAICX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v Flk**
302MRAICX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v FlkThis product contains: Lytepoints 3 3/4" Air Seal Ic 12v Flk302MRAICX - Lightolier LytePoints ...
[Google Checkout]
Add to Shopping List

$96.56
Lighting By Gregory
★★★★☆ 84 seller ratings

**302MRAICEX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v Flk**
302MRAICEX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v FlkThis product contains: Lytepoints 3 3/4" Air Seal Ic ...
Add to Shopping List

$119.83
Lighting By Gregory
★★★★☆ 84 seller ratings

**Adesso Aviator Torchiere - 5161**
Aviator Torchiere Each lamp has a half moon frosted glass shade with a satin steel base Chrome accent on base and shade Full range dimmer switch on pole 2 x ...
Add to Shopping List

$150.15
AbsoluteHome.com
★★★★☆ 509 seller ratings

**Up Up and Away Airplane Kids Light T-Shirt**
Cute plane t shirts, apparel, buttons and more make great airplane and **aviation** gifts. A cute future pilot present for a boy or girl. ...
Add to Shopping List

$22.99
Chrissy H. Studios,...

http://www.google.com/products?q=aviation+light&num=100&hl=en&sa=N&start=50+0.1 (1527/2008 9:16:50 AM)

aviator light - Google Product Search

**Hinkley Aviator Series 5271 Wall Sconce**
17" wide x 6.25" tall Aviator Bath series bath bracket in a brushed nickel finish with etched opal glass. Uses three 60wt standard base bulbs. ...
Add to Shopping List
[Google Checkout]
$124.20
Search Lighting.com

**He-111H-14, Blitz bomber (1:72) - Lights and Sounds model**
Featuring a special interactive electronic light and sound "Bombing Mission" ... search light and bomb flashes and authentic sounds including engines, ...
Add to Shopping List
$95.95
Diecast Airplane

**SUREFIRE AVIATOR FLSHLIGHT RED**
Extremely compact (shirt pocket size) dual-output hybrid flashlight for aviation, camping, self-defense, and general use.
Add to Shopping List
$195.00
Aircraft Spruce and ...
★★★★★ 1 seller rating

**Flashlights A2-HA-YG - SureFire A2 Aviator Compact Flashlight A2 ...**
... LED start-onSwitch lockout prevents accidental activation during transport or storagePackage Contents:SureFire A-2 OD Hard Compact Aviator Flash-light A2-
Add to Shopping List
$195.00
Shoplos.com

**AVIATOR QUIDLITE LED GREEN**
The new Aviator's QuiqLite is the newest personal light device for pilots. Extra Bright LED, available with Red, Green, White or Blue Light. Handy poc...
Add to Shopping List
$21.80
Aircraft Spruce and ...
★★★★★ 1 seller rating

**Surefire A2 Aviator White LED**
Surefire A2 Aviator White LED.
Add to Shopping List
$195.00
Impact Guns Online S...

**Hinkley 5272BN Aviator Bath Strip**
The Hinkley Lighting Aviator 2 Light Indoor Bath Strip 5272BN is part of the transitional style Aviator collection by Hinkley Lighting. Width: 14.25 inches. ...
Add to Shopping List
$106.20
Farreys.com
★★★☆☆ 1 seller rating

**Hinkley 5273BN Aviator Bath Strip**
The Hinkley Lighting Aviator 3 Light Indoor Bath Strip 5273BN is part of the transitional style Aviator collection by Hinkley Lighting. Width: 23.5 inches. ...
Add to Shopping List
$142.20
Farreys.com
★★★☆☆ 1 seller rating

**LED Lenser V2 Aviator Professional Torch**
LED Lenser V2 Aviator Professional Torch The LED Lenser Professional range ... Features Cloverleaf 6 reflector system 5 x high intensity white light chips ...
Add to Shopping List
$51.55
OutdoorGB.com

**Hinkley 5270BN Aviator Wall Mounted Sconce**
The Hinkley Lighting Aviator 1 Light Indoor Wall Mounted Sconce 5270BN is part of the transitional style Aviator collection by Hinkley Lighting. ...
Add to Shopping List
$70.20
Farreys.com
★★★☆☆ 1 seller rating

**Hinkley 5274BN Aviator Bath Strip**
The Hinkley Lighting Aviator 4 Light Indoor Bath Strip 5274BN is part of the transitional style Aviator collection by Hinkley Lighting. Width: 32.5 inches. ...
Add to Shopping List
$178.20
Farreys.com
★★★☆☆ 1 seller rating

**Satco 90-231 (90231)**
4" Polished Brass Finish Wired Holder Includes Hardware.
Add to Shopping List
$4.20
LightBulbEmporium.co...
★★★★★ 31 seller ratings

aviator light - Google Product Search



**Satco 90-1336 (901336)**
Silver Beaded Square Clip-On Shade - Top 3", Bottom 4", Side 4"

Add to Shopping List    · Google Checkout ᐅ

**$7.43**
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Satco 50-727 (50727)**
Lexan White Ball/Globe 6" Diameter, 3-11/64" Filter.

Add to Shopping List    · Google Checkout ᐅ

**$4.85**
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Satco 45505/Aircraft, Navigation (S4319)**
50W 28V PAR36 Screw Terminal Base Sealed Beam Incandescent Lamp.

Add to Shopping List    · Google Checkout ᐅ

**$9.75**
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Satco 80-1497 (801497)**
660W-600V Fixed T12 Slimline Single Pin Fluorescent Socket Lampholder.

Add to Shopping List    · Google Checkout ᐅ

**$1.43**
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**USHIO QIH120-300T/S (1001288)**
300W 120V Metal Sleeve w/Lead Wire Base Double Ended Clear Quartz Infrared Heater Lamp.

Add to Shopping List    · Google Checkout ᐅ

**$12.99**
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Westinghouse 78407 Brushed Nickel Aviator Contemporary / Modern 52 ...**
52" 5 Blade Brushed Nickel ceiling fanMaple/Mahogany reversible plywood bladesIncludes 1-light fixture with opal ribbed glassUse one E-11 base Halogen bulb ...

Add to Shopping List    · Google Checkout ᐅ

**$334.00**
Improvement Direct
★★★★★ 188 seller ratings

**Refine product results for: aviator light**

**Price range**
· Under $10
· $10 - $30
· $30 - $200
· Over $200

$ [____] to $ [____] [Go]

**Brands**
· Garmin
· Hella
· Hinkley lighting
· Pilot
· Prox

· sunfire

**Stores**
· Alibris
· AvShop Pilot Shop
· B&H Photo-Video-Audi...
· Biblio.com Books
· BoonesSky Aviation

· DrillSpot.com
· eAutoWorks.com
· eBay
· Fotosearch
· Lyle Ford

· Majestic.com Aviatio...
· Military Vet Shop
· PilotMall.com Aviati...
· Pilotwear & Aviation...
· Quattrosales from Cat...

· Quattrosales.com on C...
· RidePros.com
· UnbeatableSale
· Underbid.com
· www.AviationLogs.com

· www.PixCenter.com

**Seller rating**
· 4 stars and up
· 3 stars and up
· 2 stars and up
· Has a rating

[____] to [____] [Go]

◄ Previous 1 2 3 4 5 6 7 8 9 10 11 12 Next ►

Gooooooooooogle

Result Page: Previous 1 2 3 4 5 6 7 8 9 10 11 12 Next
Google does not charge for inclusion in its search results or accept payment for better placement.

aviator light [_____]    Search Products    Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - ⚡ Accepts Google Checkout. Learn more

aviator light - Google Product Search

My Shopping List

Google
Products

[ aviator light ]  Search Products   Search the Web

Advanced Product Search
Preferences

Results 301 - 400 of about 7,807 for aviator light. (0.94 seconds)

Sponsored Links

Aircraft Lighting
Huge selection of aviation supplies
Save with our low price guarantee!
www.SkyGeek.com

Aviator light
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Show Google Checkout items only  Showing all items

Show grid view          Sort by relevance

**IPCW LEDT-343CB - RidePros.com**
Fuse the hottest looks with the latest in tail **light** style and technology. IPCW LED Tail **Lights** set your ride on fire with clean looks, long-lasting quality ...
$333.95 RidePros.com
Add to Shopping List

**IPCW LEDT-351CB - RidePros.com**
Fuse the hottest looks with the latest in tail **light** style and technology. IPCW LED Tail **Lights** set your ride on fire with clean looks, long-lasting quality ...
$315.95 RidePros.com
Add to Shopping List

**IPCW CWT-CE517CB - RidePros.com**
IPCW CWT-CE517CB IPCW Euro Tail **Lights**. **Light** 'em up the way they do across the pond: IPCW Euro Tail **Lights**. Pick from up to 4 sophisticated styles like ...
$310.95 RidePros.com
Add to Shopping List

**Transair Mail airplane on airfield**
Very nice printed postcard before 2006. In mint condition. To save on shipping costs, please look for other listings by ivanhoe. For any possible questions ...
$1.00 Playle's Online Auct...
Add to Shopping List

**12920 - Superna ControlBox II Automation Control - at Smarthome #12920**
12920 - This networking device allows quick and easy installation of a home automation solution in any environment. You can also use it to experience ...
$1,300.00 Smarthome
★★★★★ 166 seller ratings
Add to Shopping List

**TUFLOC 8 Compartment 15Hx14Wx14D Security LockBox**
ModuBox® Lockboxes secure evidence, property and guns. The units are manufactured from heavy (12/14 gauge) welded steel and feature Medeco® high-security ...
$467.95 Strennel.com Worldwi...
Add to Shopping List

**Streamlight Jr. Luxeon LED Pilot Flashlight**
Battery Two AA alkaline Bulb Luxeon LED Material Machined aluminum housing with anodized finish; shock and water resistant; unbreakable polycarbonate lens. ...
$29.00 Specialty Aviation S...
Add to Shopping List

**Luftschiff LZ6**
Luftschiff LZ6 / good condition.
$1.00 Playle's Online Auct...
Add to Shopping List

**ColorChecker Chart**
...dark skin, **light** skin, blue sky, foliage, blue flower and bluish green. ... but also reflect **light** the same way in all parts of the visible spectrum. ...
$69.00 Lights On
Add to Shopping List

**MBT FM50002 Super Fogger**
"Super Fogger UL Listed! Designed for mobile DJs, bands, clubs and theatres. Affordable and compact, this unit comes with external remote and 25 cable. ...
$135.00 Event Horizon & Serv...
Add to Shopping List

aviator light - Google Product Search

MBT FM9000Z Pro Super Fogger
"1000 Watt heater. Output: 10000 Cubic feet per Minute. Warm-up time: 5 minutes. Fog fluid tank:1.5 liters. Includes on-off remote, hanging bracket."
[Add to Shopping List]

**$239.50**
Event Horizon & Serv...

SPARROW AVIONICS LW2014 - **LIGHT WEDGE** 2-1 / 4" / 14V / PMA
... a good rule of thumb is that for every post **light** removed, three NULITEs can be ... without any modification to the aircrafts **lighting** circuit. ...
[Add to Shopping List]

**$52.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

WHELEN ENGINEERING A600PR28 - POSITION **LIGHT** / 28V
WHELEN ENGINEERING A600PR28 / Model A600 PGPR Series **Light** Head. Wing Tip anticollision, / forward position and tail position **lights**, all / in one compact ...
[Add to Shopping List]

**$224.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

SPARROW AVIONICS LB4014 - **LIGHT BAR** 4" / 14V
... epoxy / 6¢ Two each Mil Spec. incandescent lamps / 6¢ Meets FAR 25.853 burn requirements / 6¢ Limited lifetime warranty / 6¢ **Lighting** is 100% linear (ie ...
[Add to Shopping List]

**$52.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

The North Face Prophecy Boys' Hiking Shoe
The North Face Prophecy Boys' Hiking Shoe **Aviator** Blue/Alloy Grey 4.5. Set your kid loose in the mountains, woods, or desert with The North Face's versatile ...
[Add to Shopping List]

**$44.95**
ExploreI64.com
★★★★★ 2 seller ratings

I'm All About Flying **Aviation** Women's Pink T-Shirt
What to wear to Oshkosh or any fly-in this summer! A bright red airplane flies out of a blue sky, GREAT gift for the pilot, aeronautics student or lover of ...
[Add to Shopping List]

**$22.99**
Scarebaby

Marine **Aviation** Kids T-Shirt
The world's most versatile **aviators**: United States Marine Corps. USMC! The pint-sized version of our popular adult favorite, our 100% cotton, ...
[Add to Shopping List]

**$21.59**
Quatrosales from Caf...

Low and Slow **Aviation** Women's Pink T-Shirt
Low and slow, it's a phrase every good pilot knows. Refers to old vintage aircraft, so buffs will love this design. If they're into stick and rudder flying ...
[Add to Shopping List]

**$22.99**
Scarebaby

Marine **Aviation** Ash Grey T-Shirt
The world's most versatile **aviators**: United States Marine Corps. USMC! ... Colors: Ash Grey, Natural, **Light** Blue. Sizes: Small, Medium, Large, X-Large, ...
[Add to Shopping List]

**$19.89**
Quatrosales from Caf...

Dawn Patrol **Aviation** Kids T-Shirt
What a great design to give to the pilot or **aviation** buff in your life! Dawn patrol, with a great little biplane! A Scarebaby Design exclusive. ...
[Add to Shopping List]

**$19.99**
Scarebaby

**Aviator Lights & Lighting**
**Aviator Lights & Lighting** X-Pel Headlight Protection Lincoln **Aviator** 2005 05 ... **Lights & Lighting** 05 Lincoln **Aviator** car safety rok-gards rock guard ...

**$74.95**
AutoAnything.com
★★★★★ 473 seller ratings

WHELEN ENGINEERING A350CNIW28 - A350CNIWBKLG28 / 28V / POSTLIGHT
WHELEN ENGINEERING A350CNIW28 - Instrument post **light** assemblies designed to illuminate the instrument panel and function / as instrument mounting bolts. ...

**$39.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

aviation light - Google Product Search

**WHELEN ENGINEERING A350CNSH28 - A350CNCLBKSH28 / 28V / POSTLIGHT**
WHELEN ENGINEERING A350CNSH28 - Instrument post **light** assemblies designed to illuminate the instrument panel and function / as instrument mounting bolts. ...
[Add to Shopping List]

**$39.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**WHELEN ENGINEERING A350CNWBS4 - A350CNIWBKSH14 /14V / POSTLIGHT**
WHELEN ENGINEERING A350CNWBS4 - Instrument post **light** assemblies designed to ... bolts These post **light** assemblies come with or without a connector nut, ...
[Add to Shopping List]

**$39.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**HQI-E 400-D (NAV)**
... makes them perfect for illuminating factories and other large halls. Applications: General **lighting** with downlights in factories offices and warehouses.
[Add to Shopping List]

**$68.57**
Luminaires, Lighting ...

**RC ALLEN 12-1200-09L 28V / LIGHT**
Used with 50 MV Shunt 12-902 Series.
[Add to Shopping List]

**$437.95**
Aircraft Spruce and ...
★★★★★ 1 seller rating

**Hydrometer Light Liquids**
Hydrometers for liquids with different densities. Range .700-1.000 in .01 divisions, overall length 29cm. The hydrometers bulb and stem are made of chemical ...
[Add to Shopping List]

**$7.50**
Infozaia.com

**"Itty Bitty" Book Light**
This is the original best-selling "Itty-bitty" book **light** that has been a ... The quiet, no-glare adjustable book **light** creates just the right **light** for ...
[Add to Shopping List]

**$29.95**
Historic Aviation

**Allen and Heath PA28**
28 input Stereo Live Mixer [n] The PA range (PA12, PA20 and PA28) are robust compact mixers with a straight forward layout and buckets of functionality, ...
[Add to Shopping List]  · Google ✓ Checkout ☐

**$1,299.00**
Midwest Pro Sound & ...

**UMA Enterprises, Inc. 24-inch Circular Wall Plate 21985**
This decorative floral wall plate adds a touch of springtime and uplifts the mood in any interior space. Plumes of leaves and flowers reach towards the ...
[Add to Shopping List]

**$39.95**
Destination Lighting
★★★★★ 4 seller ratings

**Omnisistem Pilot 250 Wash**
Features: [n] POWER: 117V/60Hz [n] LAMP:Philips MSD 250/2 discharge lamp [n] Color Temperature: 6700°K [n] COLORS: Cyan, Yellow, Magenta color mixing plus a ...
[Add to Shopping List]  · Google ✓ Checkout ☐

**$1,349.00**
Midwest Pro Sound & ...

**Stained Glass F-117 Suncatcher**
This is the F-117 night **light** and suncatcher. The night **light** is Opalescent Gray. The sun catcher is Antique Steel Blue which is a dark blackish blue ...
[Add to Shopping List]

**$25.95**
www.herograve.us

**Flightlight**
Flightlight by **Aviation** Supplies & Academics (ASA)Item Number: ASA-FL2-AThis flashlight has white and red lenses for preflight and night flying, ...
[Add to Shopping List]

**$16.95**
AviationSupermart

**ASA's Flightlight Pen**
ASA's Flightlight Pen by **Aviation** Supplies & Academics (ASA)Item Number: ... This product saves pilots from using an overhead **light** when writing in a ...
[Add to Shopping List]

**$6.95**
AviationSupermart

aviator light - Google Product Search



**AL300 - AL 300 AREA HAT**
The SmartStem system is easy, all eight Area Hats fit any of out three Stems. Solid brass construction with a beautiful aged look, each Area Hat comes with ...

**$30.49**
A&H Turf and Special...



**Hella Fog Lights Lincoln Aviator Fog Lights**
Hella Fog Lights provides superior quality for your Lincoln Aviator. Each Hella Lincoln Aviator Fog Lights meets or exceeds SAE standards for automobiles. ...
Add to Shopping List

**$60.34**
Car Parts Stuff
★★★★☆ 2 seller ratings



**Hella Fog Light Lens Lincoln Aviator Fog Light Lens**
Hella Fog Light Lens provides superior quality for your Lincoln Aviator. Each Hella Lincoln Aviator Fog Light Lens meets or exceeds SAE standards for ...
Add to Shopping List

**$10.03**
Car Parts Stuff
★★★★☆ 2 seller ratings



**Hella Fog Light Kits Lincoln Aviator Fog Light Kits**
Hella Fog Light Kits provides superior quality for your Lincoln Aviator. Each Hella Lincoln Aviator Fog Light Kits meets or exceeds SAE standards for ...
Add to Shopping List

**$90.44**
Car Parts Stuff
★★★★☆ 2 seller ratings



**Hella Fog Light Lincoln Aviator Fog Light**
Hella Fog Light provides superior quality for your Lincoln Aviator. Each Hella Lincoln Aviator Fog Light meets or exceeds SAE standards for automobiles. ...

**$117.93**
Car Parts Stuff
★★★★☆ 2 seller ratings



**Lincoln Aviator Fog Lights - Lincoln Aviator Fog Lights 2003 - 2005**
... Universal Xenon Euro Beam Clear Lens Light Kit Includes 9" Round Die-Cast Metal Red Lamps With D2S .35 Watt Xenon Bulb, Ballast, Wiring Harness, ...

**$603.96**
Car Junky
★★★★★ 3 seller ratings



**Lincoln Aviator Fog Light - Lincoln Aviator Fog Lights 2003 - 2005**
HELLA FF1000 SERIES UNIVERSAL HALOGEN DRIVING LAMP KIT 7" ROUND CLEAR - SOLD INDIVIDUALLY Bright As Daylight Far Reaching Beam Produced By FF Reflector. ...

**$77.35**
Car Junky
★★★★★ 3 seller ratings



**Lincoln Aviator Fog Light Kits - Lincoln Aviator Fog Light Kits ...**
HELLA MODEL 550 UNIVERSAL DRIVING LAMP KIT CLEAR RECTANGULAR - Universal 55 Watt Halogen Driving Light Kit Includes 2 Model 550 Rectangular Black High ...
Add to Shopping List

**$90.64**
Car Junky
★★★★★ 3 seller ratings



**Lincoln Aviator Fog Light Lens - Lincoln Aviator Fog Light Lens ...**
HELLA CLEAR LENS COVER FOR FF300 MODEL LIGHTS - Clear Lens For Cool Blue FF300 Model Lights Sold Individually.
Add to Shopping List

**$10.03**
Car Junky
★★★★★ 3 seller ratings



**Hella Lincoln Aviator Fog Light Lens 2005 2004 2003**
HELLA CLEAR LENS COVER FOR RALLYE 4000 MODEL LIGHTS - Clear Lens For Cool Blue Rallye 4000 Model Lights Sold Individually.
Add to Shopping List

**$10.41**
1 Motor Mart
★★★★☆ 10 seller ratings



**Hella Lincoln Aviator Driving Light 2005 2004 2003**
HELLA MICRO FF SERIES UNIVERSAL COMPACT HALOGEN DRIVING LAMP RECTANGULAR 4" CLEAR - SOLD INDIVIDUALLY Far Reaching Beam Produced By FF Reflector Technology ...
Add to Shopping List

**$60.95**
1 Motor Mart
★★★★☆ 10 seller ratings



**Hella Lincoln Aviator Fog Light 2005 2004 2003**
HELLA MICRO FF SERIES UNIVERSAL COMPACT HALOGEN FOG LAMP RECTANGULAR 4" CLEAR - SOLD INDIVIDUALLY Broad Area Beam Produced By FF Reflector Technology ...
Add to Shopping List

**$60.95**
1 Motor Mart
★★★★☆ 10 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&show=&start=300 (4 of 9) [5/27/2008 9:17:25 AM]

aviator light - Google Product Search

**Hella Fog Light Lincoln Aviator 05 04 03 MICRO FF SERIES UNIVERSAL ...**
... 3 3/8" High 4 5/8" Wide 2 1/2" Deep UNIVERSAL MOUNT Sold Individually. Fits :03 Lincoln Aviator. 04 Lincoln
Aviator. 05 Lincoln **Aviator** Fog **Lights**.
Add to Shopping List

**$77.55**
InnerAuto
★★★☆☆ 2 seller ratings

**Hinkley Lighting 5273BN Brushed Nickel Aviator Contemporary ...**
Hinkley Lighting H5273,Bathroom Fixtures,Brushed Nickel,**Aviator**,Indoor **Lighting** 3 Lights **Aviator** 3 Light
Bathroom FixtureEtched Opal GlassBackplate- 7-1/4" ...
Google Checkout
Add to Shopping List

**$142.20**
Lighting Direct
★★★★☆ 125 seller ratings

**Hinkley Lighting 5274BN Brushed Nickel Aviator Contemporary ...**
Hinkley Lighting H5274,Bathroom Fixtures,Brushed Nickel,**Aviator**,Indoor **Lighting** 4 Lights **Aviator** 4 Light
Bathroom FixtureEtched Opal GlassBackplate- 7-1/4" ...
Google Checkout
Add to Shopping List

**$178.20**
Lighting Direct
★★★★☆ 125 seller ratings

**PLC Lighting 1812-SN Satin Nickel Aviator Contemporary / Modern 16 ...**
PLC **Lighting** PLC 1812,Chandeliers, Satin Nickel,**Aviator**,Indoor **Lighting**,Up **Lighting Aviator** Halogen ChandelierO.
VH. Telescopic from 34" to 46"Lamp: 16 x 20W ...
Add to Shopping List

**$338.00**
Lighting Direct
★★★★☆ 125 seller ratings

**Hinkley Lighting 5270BN Brushed Nickel Aviator Contemporary ...**
Hinkley **Lighting** H5270,Wall Sconces,Brushed Nickel,**Aviator**,Indoor **Lighting**,Reversible **Aviator** 1 Light
Wall SconcesEtched Opal GlassBackplate- 4-3/4" W x ...
Add to Shopping List

**$70.20**
Lighting Direct
★★★★☆ 125 seller ratings

**Lincoln Aviator F1-light - Black w/ Polished Lip 18x7.5 Wheels ...**
... such as Zen F1-**light** and other auto accessories and filled the gap... your car a luxurious look, look no further than
the Zen F1-**light** car rims. ...
Add to Shopping List

**$1,070.00**
Progressive Auto Par...

**Lincoln Aviator F1-light - Black w/ Polished Lip 17x7 Wheels ...**
General: Zen F1-**light** - East Of West, Zen is The BestWhen there was a demand of a ... such as Zen F1-**light** and
other auto accessories and filled the gap. ...
Add to Shopping List

**$116.25**
Progressive Auto Par...

**Flying the Light Retractables by LeRoy Cook**
Flying the **Light** Retractables is an informative journey through the ... what you need and want to know about flying
these **light** retractable-gear airplanes. ...
Add to Shopping List

**$18.99**
PilotMall.com Aviati...

**CLEARANCE AvSoft Lights and Switch Guide Software**
The **Lights** and Switch Guide allow for students to edit text and questions, ... Functionality of all cockpit features, such
as cockpit **lights**, switches, ...
Add to Shopping List

**$14.95**
PilotMall.com Aviati...

**Guardian Dual Function LED Red Signal Light**
The Guardian is the lightest, brightest, toughest **light** in its class! ... Omni-directional **light** - Can be seen from all sides
with our unique optics. ...
Add to Shopping List

**$9.95**
PilotMall.com Aviati...

**Skylite LED Flight Light**
This is the perfect compact **light** for pilots! The Skylite LED flashlight illuminates in two ... Use the white **light** for
general **lighting**, night preflights, ...
Add to Shopping List

**$27.99**
PilotMall.com Aviati...

**Lefts_e at Light-Up Pen (Green LED)**
Green **light** preserves night vision just as well as red **light**. However, green **light** hasa major advantage in **aviation**
settings -- green does not wash out ...
Add to Shopping List

**$7.95**
PilotMall.com Aviati...

http://www.google.com/products?q=aviator+light&num=100&hl=en&lr=&sa=N&start=50 (3 of 9) [5/27/2008 9:17:25 AM]

aviation light - Google Product Search

**Designer Style Ashley Womens Rhinestone Aviator Sunglasses**
For the casual or Dressed to the Nines sophisticate, City **Lights** sunglasses. ... City **Lights** have 100% ultra-violet protection and offer comfort and style. ...

Add to Shopping List

**$12.95**
www.outletrebel.com

**60184 50R20TTC 60pk**
50R20/TC 50 Watt R20 Medium Base, 130 volt, 5000hr, Toughcoat, 60 bulb pack.

Add to Shopping List

**$359.40**
SAYlighting.com

**1963 Electric Light & Power Ad w/ Skybolt Missile**
This is a 1963 ad for a Investor-owned Electric **Light** and Power Companies w/ Skybolt Missile! The size of the ad is approximately 5x7inches. ...

Add to Shopping List

**$9.99**
Vintage Paper Ads

**Londons Times Funny Science Cartoons - Aviation April Fools Jokes ...**
**Aviation** April Fools Jokes **Light** Switch Cover is new and handcrafted utilizing unique process resulting in a stunning high gloss ceramic-like finish. ...

Add to Shopping List

**$11.75**
3dRose.com

**Flying Ultralights**
Flying Ultralights by **Aviation** Supplies & Academics (ASA)Item Number: ... each phase- Airmanship in general **aviation-** Air exercises skills and techniques, ...

Add to Shopping List

**$14.95**
AviationSupermart

**Preflight a Fixed Wing Light-sport Aircraft For Sport Pilots**
Preflight a Fixed Wing. **Light**-sport Aircraft For Sport Pilots.

Add to Shopping List

**$38.18**
BiggerBooks.com
★★★☆☆ 19 seller ratings

**Westinghouse 78407 Brushed Nickel Aviator Contemporary / Modern 52 ...**
Westinghouse **Aviator** Indoor Ceiling Fans Brushed Nickel **Aviator** Fans 52" 5 ... fan Maple/Mahogany reversible plywood bladesIncludes 1-**light** fixture with opal. ...

Google Checkout ☑

Add to Shopping List

**$334.00**
Lighting Direct
★★★★☆ 125 seller ratings

**MAKING PERFECT LANDINGS IN LIGHT AIRPLANES**
Shows how pilots can develop a keen sense of awareness to recognize and understand different landing situations and evaluate the airplane's capacity to meet ...

Add to Shopping List

**$19.19**
Books4u.net

**Sport Pilot: Choosing the Light-Sport Aircraft That's Right for ...**
ISBN - 1560275960X Studio: **Aviation** Supplies & Academics Format: DVD.

Google Checkout ☑

Add to Shopping List

**$19.36**
Inkleaf
★★★★☆ 3 seller ratings

**52738N_Hinkley Lighting AVIATOR 3LT BATH VANITY model number ...**
... model number 52738N, by Hinkley **Lighting** From the **Aviator** Collection from Hinkley LightingFinish: Brushed NickelWattage: 3-100 med23 1/2 Inches Wide x 9 ...

Google Checkout ☑

Add to Shopping List

**$141.60**
Soho Lighting
★★★★☆ 11 seller ratings

**5274BN_Hinkley Lighting AVIATOR 4LT BATH VANITY model number ...**
... model number 5274BN, by Hinkley **Lighting** From the **Aviator** Collection from Hinkley LightingFinish: Brushed NickelWattage: 4-100 med32 3/4 Inches Wide x 9 ...

Google Checkout ☑

Add to Shopping List

**$177.60**
Soho Lighting
★★★★☆ 11 seller ratings

**5270BN_Hinkley Lighting AVIATOR 1LT BATH VANITY model number ...**
... model number 5270BN, by Hinkley **Lighting** From the **Aviator** Collection from Hinkley LightingFinish: Brushed NickelWattage: 1-100 med6 Inches Wide x 8 1/4 ...

Google Checkout ☑

Add to Shopping List

**$69.60**
Soho Lighting
★★★★☆ 11 seller ratings

aviator light - Google Product Search

**5271BN, Hinkley Lighting AVIATOR FLUSH 3LT BATH VANITY model ...**
... model number 5271BN, by Hinkley **Lighting** From the **Aviator** Collection from Hinkley LightingFinish:
Brushed Nickel Wattage: 3-60 med17 Inches DiameterWide ...
Add to Shopping List

**$123.60**
Soho Lighting
★★★★★ 11 seller ratings

**Hinkley Lighting AVIATOR 2LT BATH VANITY model number 5272BN**
FREE SHIPPING! on the **AVIATOR** 2LT BATH VANITY, model number 5272BN, by Hinkley **Lighting**. Use coupon
code "clearance" for an extra 5% discount. ...
Add to Shopping List

**$106.20**
Soho Lighting
★★★★★ 11 seller ratings

**Hinkley Lighting AVIATOR 4LT BATH VANITY model number 5274BN**
FREE SHIPPING! on the **AVIATOR** 4LT BATH VANITY, model number 5274BN, by Hinkley **Lighting**. Use coupon
code "clearance" for an extra 5% discount. ...
Add to Shopping List

**$178.20**
Soho Lighting
★★★★★ 11 seller ratings

**Hinkley Lighting AVIATOR FLUSH 3LT BATH VANITY model number 5271BN**
FREE SHIPPING! on the **AVIATOR** FLUSH 3LT BATH VANITY, model number 5271BN, by Hinkley **Lighting**. Use
coupon code "clearance" for an extra 5% discount. ...
Add to Shopping List

**$124.20**
Soho Lighting
★★★★★ 11 seller ratings

**ELSC-LC1-SA-LR2-B-AL**
ELSC-LC1-SA-LR2-B-AL

**$144.54**
Emergency Lighting

**ELSC-LC1-SA-LG1-B-AL**
ELSC-LC1-SA-LG1-B-AL

**$134.64**
Emergency Lighting

**Malaga Airport**
Visit airports from around the world with these great DVDs from World Air Routes Malaga Airport by Just Planes (DVDs)
Add to Shopping List

**$27.95**
Aviation Audio Video

**Eurofly A320 & A330-200**
Airline Cockpit Video from Just Planes DVDs Eurofly A320 & A330-200 by Just Planes (DVDs)Item Number:
JPEEZ7Airline Cockpit Video DVD's from Just Planes ...
Add to Shopping List

**$27.95**
Aviation Audio Video

**FlightLITE Super-bright LED Personal Illuminator**
Waterproof, dustproof26 continuous hour battery lifeWhite and red **light** ... at the angle needed to clear the dome of the
eat cup, giving a better aimed **light** ...
Add to Shopping List

**$21.95**
PilotMall.com Aviati...

**Pelican L4 1830 LED Flashlight**
The Pelican L-4 is a streamlined LED precision **light** made of rugged Xenoy... It has a brilliant 8 Lumen stream of **light**
with an extremely long 50 hour ...
Add to Shopping List

**$19.99**
PilotMall.com Aviati...

**Aviator Brushed Nickel Vanity Light Hinkley (5274BN)**
Collection **Aviator** Type: Vanity Lamps & Bath **Light** Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high, 32.75 inches wide, ...
Add to Shopping List

**$178.20**
InterStore
★★★★★ 1 seller rating

**PLC Lighting - Pendant - Aviator - 1812 SN**
Height - 18"; Color / Finish - Satin Nickel; Glass Type - Decorative; Bulb Type - Medium; Bulb Wattage - 20; Width - 40";
Bulb Count - 16; "16 Bulbs ...

**$264.40**
InterStore
★★★★★ 1 seller rating

http://www.google.com/products?q=aviator+light&num=100&hl=en&xa=N&start=500 (7 of 9) [5/27/2008 9:17:25 AM]

aviator light - Google Product Search

**Aviator** Brushed Nickel Vanity **Light** Hinkley (5272BN)
Collection: **Aviator** Type: Vanity Lamps & Bath **Light** Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high, 14.25 inches wide, ...
Add to Shopping List

**$106.20**
InterStore
★★★★★ 1 seller rating

**Aviator** Brushed Nickel Vanity **Light** Hinkley (5273BN)
Collection: **Aviator** Type: Vanity Lamps & Bath **Light** Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high, 23.5 inches wide, ...
Add to Shopping List

**$142.20**
InterStore
★★★★★ 1 seller rating

Hinkley **Lighting AVIATOR 4LT BATH VANITY** model number 5274BN-HKL Bath
**AVIATOR** 4LT BATH VANITY, model number 5274BN, by Hinkley **Lighting** From the **Aviator** Collection from
Hinkley LightingFinish: Brushed NickelWattage: 4-100 ...
Add to Shopping List

**$178.20**
InterStore
★★★★★ 1 seller rating

Hinkley **Lighting AVIATOR 2LT BATH VANITY** model number 5272BN-HKL Bath
**AVIATOR** 2LT BATH VANITY, model number 5272BN, by Hinkley **Lighting** From the **Aviator** Collection from
Hinkley LightingFinish: Brushed NickelWattage: 2-100 ...
Add to Shopping List

**$106.20**
InterStore
★★★★★ 1 seller rating

Hinkley **Lighting AVIATOR 1LT BATH VANITY** model number 5270BN-HKL Bath
**AVIATOR** 1LT BATH VANITY, model number 5270BN, by Hinkley **Lighting** From the **Aviator** Collection from
Hinkley LightingFinish: Brushed NickelWattage: 1-100 medi5 ...
Add to Shopping List

**$70.20**
InterStore
★★★★★ 1 seller rating

Hinkley **Lighting AVIATOR 3LT BATH VANITY** model number 5273BN-HKL Bath
**AVIATOR** 3LT BATH VANITY, model number 5273BN, by Hinkley **Lighting** From the **Aviator** Collection from
Hinkley LightingFinish: Brushed NickelWattage: 3-100 ...
Add to Shopping List

**$142.20**
InterStore
★★★★★ 1 seller rating

Hinkley **Lighting AVIATOR FLUSH 3LT BATH VANITY** model number 5271BN ...
**AVIATOR** FLUSH 3LT BATH VANITY, model number 5271BN, by Hinkley **Lighting** From the **Aviator** Collection
from Hinkley LightingFinish: Brushed NickelWattage: 3-60 ...
Add to Shopping List

**$124.20**
InterStore
★★★★★ 1 seller rating

NORTHSTAR **LIGHTING** SF4671LS120H FNFP (SF4671LS120H)
LIGHT FIXTURE.
Add to Shopping List

**$497.50**
www.PicCenter.com

AREA **LIGHTING** RESEARCH AT-15 FNFP (AT15)
PHOTOELECTRIC FOR OUTDOOR **LIGHTING** 120VAC 2000W LL.
Add to Shopping List

**$17.50**
www.PicCenter.com

AREA **LIGHTING** RESEARCH SP3402LED FNFP (SP3402LED)
INVERTER
Add to Shopping List

**$5,100.00**
www.PicCenter.com

5109-AN, Hudson Valley **Lighting** NAUGATUCK PENDANT model number HVL ...
... model number 5109-AN, by Hudson Valley **Lighting** Finish: ANTIQUE NICKELDimensions:8"W x 69"HLamps: (1)
100 Watt MEDIUM BASE Bulb 1 LIGHT PENDANT.
Add to Shopping List

**$358.50**
Soho Lighting
★★★★★ 11 seller ratings

Hinkley **Lighting Aviator** Wall Sconce - 5273BN - Brushed Nickel
Hinkley **Aviator** Wall Sconce - 5273BN - Brushed Nickel
Add to Shopping List

**$142.20**
LightingPlaza.com



aviator light - Google Product Search

**Hinkley Lighting Aviator Wall Sconce - 5274BN - Brushed Nickel**
Hinkley Lighting Aviator Wall Sconce - 5274BN - Brushed Nickel.
**$178.20**
LightingPlaza.com
Add to Shopping List

**VU-1804, Hudson Valley Lighting BOOTH BATH BAR model number HVL-VU ...**
HVL-VU-1804, Dimensions 40" W x 4-1/4" H x 5-1/2" E 4 100 HALOGEN Bulbs BOOTH BATH BAR, model number
VU-1804, by Hudson Valley Lighting Dimensions 40" W x ...
**$259.50**
Soho Lighting
★★★★★ 11 seller ratings
Add to Shopping List
Google Checkout

**Flashlights A2-HA-YG - SureFire A2 Aviator Compact Flashlight A2 ...**
SureFire A2 Aviator Compact Flashlight A2-HA LED FS-FL-A2Aviator-A2-HA-YG Anodized Pocket Light features two
types of light sources: three long-runtime ...
**$195.00**
OpticsPlanet.net
★★★★☆ 41 seller ratings
Add to Shopping List

**Checkride Essentials_Commercial**
Checkride Essentials_Commercial.
**$7.60**
BiggerBooks.com
★★☆☆☆ 19 seller ratings

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
WeatherTech(R) Side Window Deflectors offer you fresh air enjoyment with an original equipment look. They are crafted
in Germany from the finest 3mm ...
**$66.95**
nuLine.com
★★★★★ 204 seller ratings
Add to Shopping List

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Product is chrome plated ABS plastic & attaches over existing factory handles, tail lights, & mirrors. No drilling or removing
is required of factory ...
**$123.50**
nuLine.com
★★★★★ 204 seller ratings
Add to Shopping List

**Refine product results for: aviator light**

Price range
- Under $10
- $10 – $30
- $30 – $200
- Over $200
$ [ ] to $ [ ] Go

Brands
- Garmin
- Hella
- Hinkley lighting
- Pilot
- Prox

- surefire

Stores
- Allbris
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BoonsSky Aviation

- DrillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford

- Majestic.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pilotwear & Aviation...
- Quattrosales from Cat...

- Quattrosales.com on C...
- RidePros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com

- www.PicCenter.com

Seller rating
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating
[ ] to [ ] Go

Result Page: ◀ Previous  1 2 3 **4** 5 6 7 8 9 10 11 12 13  Next ▶

Gooooooooooogle

Google does not charge for inclusion in its search results or accept payment for better placement.

[aviator light]  Search Products   Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - Accepts Google Google Checkout. Learn more

aviator light - Google Product Search

My Shopping List

# Google

**Products**

[ aviator light ] [ Search Products ] [ Search the Web ]     Advanced Product Search / Preferences

Show Google Checkout ▶ items only  **Showing all items**

Results 401 - 500 of about 7,807 for aviator light. (1.00 seconds)

Show grid view.     Sort by relevance ▾  Go



**Hinkley Lighting Aviator** Wall Sconce – 5270BN - Brushed Nickel
**Aviator** Collection Wall Sconce Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 5W,
9 1/4H, 5 1/2Ex4 3/4W, ...  - Google Checkout ▶
Add to Shopping List

**$70.20**
HomeAnnex
★★★★☆ 882 seller ratings



**PLC LIGHTING AVIATOR CHANDELIER** - 1812-SN - Satin Nickel
PLC **Lighting Aviator** Chandelier Lamping: 16 x 20W - 12V G4 (included) Width: 40 Height: 18 Telescopic: 34-46
Glass: Seedy Frost Supplied with hang straight ...
Add to Shopping List

**$304.20**
HomeAnnex
★★★★☆ 882 seller ratings



**10 PACK MULTICOLORED BALLOON LIGHTS**
These Balloon lights are a all in one unit, a self sealing valve, a 14" white balloon and a 6" ribbon. It has multicolored
LEDs and 3 modes. Slow Blink, ...
**Adesso Aviator Torchiere**
Full range dimmer switch on pole. 2 x 150 Watt. 71? Height. 16? Width. 16? Depth. Shade: 5?
Height, 18? Width, 4.75? Depth.
Add to Shopping List

**$18.99**
eCRATER.com

**$121.26**
TheCozyPineapple
★★★☆☆ 4 seller ratings



**PS5500-11-45 Taglio by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURERS CATALOG
HERE: Link to Manufacturer/Size: Shade is 4 2/3" x 10 3/4"H. Canopy is 5" ...
Add to Shopping List

**$330.75**
Lighting On The Net
★★★★☆ 93 seller ratings



**WF120-10-45-18Q Solo by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURERS CATALOG
HERE: Link to Manufacturer/Size: Shade is 3"W x 10 1/4"H x 3"D. Backplate ...
Add to Shopping List

**$159.25**
Lighting On The Net
★★★★☆ 93 seller ratings



**FRPC1852-0-45 Scintillo Tri by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURERS CATALOG
HERE: Link to Manufacturer/Size: Shade is 6-1/4" x 3-1/4"H. Turning is ...
Add to Shopping List

**$158.38**
Lighting On The Net
★★★★☆ 93 seller ratings



**BV743-10-45 Borg by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURERS CATALOG
HERE: Link to Manufacturer/Size: Shade is 4"W x 4-3/4"H. Single backplate ...
Add to Shopping List

**$234.50**
Lighting On The Net
★★★★☆ 93 seller ratings



**PF825-10-45-13Q Single Cylinder by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURERS CATALOG
HERE: Link to Manufacturer/Size: Shade is 2-3/8" x 7-1/4"H. Canopy is 5" ...
Add to Shopping List

**$199.50**
Lighting On The Net
★★★★☆ 93 seller ratings



**PC1852-0-45 Scintillo Tri by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURERS CATALOG
HERE: Link to Manufacturer/Size: Shade is 6-1/4" x 3-1/4"H. Canopy is 5" ...
Add to Shopping List

**$182.00**
Lighting On The Net
★★★★☆ 93 seller ratings

Sponsored Links

Siemens Airfield Solution
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

20%–50% off Lighting Sale
Authorized Dealer. 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com
Google Checkout ▶

Pilot Lights
Indicator/Pilot Lights at DigiKey.
#1 In Availability - Ship Same Day.
www.digikey.com

Pilot Lights
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

Lighting Superstore
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
Google Checkout ▶

Push Buttons-Pilot Lights
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

Flight Light Inc.
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

Aviator Lamp
Easy Online Motorcraft Catalog
Buy Motorcraft Lincoln Parts Here
www.oehq.com

aviator light - Google Product Search

**FRPC3410-99-45-29A Undula by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG HERE: Link to Manufacturer/Size: Shade is 4-1/2" x 4-5/8"H. Turning is ...

Add to Shopping List

**$113.75**
Lighting On The Net
★★★★½ 93 seller ratings

**Giorgio Armani GA 446S GA446 / S 0CFU GA446 / S 0CFV GA446 / S - 0CFV**
Giorgio Armani sunglasses display craftsmanship & sophistication. The GA-446/S is designed with a LIGHTWEIGHT & DURABLE modern metal frame for superb ...

Add to Shopping List

**$224.99**
DreamShades.com
★★★★★ 1 seller rating

**0754640159-B01: Beyond Wittgenstein's Poker: New Light on Popper ...**
Beyond Wittgenstein's Poker: New Light on Popper and Wittgenstein, by Peter Munz.

Add to Shopping List

**$120.59**
Advkya LLC
★★★★½ 6 seller ratings

**Ray Ban sunglasses Aviator RB3320 042/8Z _ Satin silver frame ...**
Ray Ban sunglasses Aviator RB 3320 042/8Z : Unisex, Satin silver metal frame, Light brown, silver gradient mirror (Polycarbonate) polycarbonate lenses, ...

Add to Shopping List

**$134.00**
UnitedShades.com
★★★★★ 102 seller ratings

**Ray Ban sunglasses Aviator Wings III Oval RB3184 006/7C - Mat...**
Ray Ban sunglasses Aviator Wings III Oval RB 3184 006/7C : Unisex, Mat black metal frame, Light blue, gradient silver mirror tempered glass lenses, drop shaped.

Add to Shopping List

**$145.00**
UnitedShades.com
★★★★★ 102 seller ratings

**Ray Ban sunglasses Aviator Rimless RB3214 004/7C : Gunmetal frame ...**
Ray Ban sunglasses Aviator Rimless RB 3214 004/7C : Unisex, Gunmetal rimless frame, Light blue, silver gradient mirror plastic lenses, drop shaped.

Add to Shopping List

**$113.00**
UnitedShades.com
★★★★★ 102 seller ratings

**Ray Ban sunglasses Aviator RB3243 004/7C : Gunmetal frame / APX...**
Ray Ban sunglasses Aviator RB 3243 004/7C : Unisex, Gunmetal metal frame, APX Light blue, silver gradient mirror plastic lenses, wrap shaped.

Add to Shopping List

**$104.00**
UnitedShades.com
★★★★★ 102 seller ratings

**Classic Aviator Light Brown Fashion Eyewear Sunglasses**
Classic Aviator Light Brown Fashion Eyewear Sunglasses Model Number: a0801040uxd0128 Beady-eyed Brown Fashion Eyewear Sunglasses, in an ostentatiously ...

**$9.99**
eCRATER.com

**Kelco Ponderosa 3Light Stairwell - 5034PD-8030 - N/A**
Kelco Ponderosa 3Light Stairwell - 5034PD-8030 - N/A.

Add to Shopping List

**$401.40**
LightingPlaza.com

**The Light Sensitive Aviator Sunglasses**
... professional drivers for their ability to automatically adjust to changing light conditions, ... eliminating 'veiling glare' caused by blue light waves. ...

Add to Shopping List

**$169.95**
SHOP.COM

**Aircraft Cessna Wing Tip Strobe Light / Power Supply by dfwairparts**
ITEM DESCRIPTION Cessna Wing self-contained Tip Strobe Light Power Supply (right side). Manufactured by Aeroflash for Cessna. P/N C6220010-0101. ...

Add to Shopping List

**$49.99**
blujay.com

**Aircraft Cessna / Aeroflash Strobe Light Power Supply by dfwairparts**
ITEM DESCRIPTION Cessna Strobe Light Power Supply. Manufactured by Aeroflash for Cessna. P/N C6220008-0102 or 798819. 24V. Very clean item. ...

Add to Shopping List

**$69.99**
blujay.com

aviation light - Google Product Search

**Lot of NEW Aircraft Light Bulbs, GE1047 by dfwairparts**
ITEM DESCRIPTION Lot of 10ea NEW Aircraft **Light** Bulbs. Manufactured by General Electric. P/N GE1047. 26V bulbs. Please email us if you have any questions or ...
Add to Shopping List

**$9.99**
blujay.com

**Istock M1-A3 CRF50 TTR50 (LIGHT) M1A3260224**
Istock M1-A3 CRF50,TTR50 **(LIGHT)** M1A3260224.
Add to Shopping List

**$221.93**
PowersportSuperstore...

**Istock M1-A3 CRF50 TTR50 EXT (LIGHT) M1A3275224**
Istock M1-A3 CRF50,TTR50,TTR50 EXT **(LIGHT)** M1A3275224.
Add to Shopping List

**$221.93**
PowersportSuperstore...

**Hinkley Aviator Flush Mount Ceiling Light**
This contemporary flush mount ceiling **light** is finished in brushed nickel and accented with sharp etched opal glass. Hinkley - 5271BN
Add to Shopping List

**$124.20**
Bellacor
★★★★★ 1,235 seller ratings

**Biker's Choice Instrument & Lighting WixTech**
Biker's Choice Instrument & **Lighting** WixTech.
Add to Shopping List

**$19.99**
PowersportSuperstore...

**Biker's Choice Instrument & Lighting Adjure**
Biker's Choice Instrument & **Lighting** Adjure.
Add to Shopping List

**$19.99**
PowersportSuperstore...

**Biker's Choice Instrument & Lighting Biketronix**
Biker's Choice Instrument & **Lighting** Biketronix.
Add to Shopping List

**$19.99**
PowersportSuperstore...

**Airlife's World Aircraft: the Complete Reference to Civil ...**
Seller: dixieland books USA - Condition: Very Good - 1840371153 clean inside-cover shows minor wear, spine tight, no dust jacket, has remainder mark. ...
Add to Shopping List    Google Checkout

**$15.00**
Alibris

**Flying the Light Retractables**
... airplane enthusiasts on a tour of 10 of the most popular high-performance, single-engine airplane models, commonly referred to as **light** retractables. ...
Add to Shopping List    Google Checkout

**$15.15**
Alibris

**Light Aircraft Recognition (Ian Allan Abc)**
This guide to recognition of **light** aircraft is the perfect companion to Plymouth Press' award-winning Guide to Airport Airplanes. Peter March gives all the ...
Add to Shopping List    Google Checkout

**$20.94**
Alibris

**Ilyushin Il-28 Beagle: Light Attack Bomber**
Seller: More Books USA - Condition: Fine - .
Add to Shopping List

**$195.37**
Alibris

**Ilyushin Il-28 Beagle: Light Attack Bomber By Gordon, Yefim**
Seller: Wild Middle Aged Women USA - Condition: New - New book-2002-first edition. No marks, stains, tears or other damage.
Add to Shopping List

**$68.19**
Alibris

aviator light - Google Product Search

**Pstc-36 Pilot Light Cont36' 17323106**
WATERHEATER THERMOCOUPLE Universal fit. LGTH. 36 Package Shipping Size 4.25 x 6.50 x 6.00 (not product dimensions)
**$12.99**
SHOP.COM

[Add to Shopping List]

**PINK LED INTERIOR LIGHTS LINCOLN AVIATOR & NAVIGATOR**
NEON's LED 'LIGHT EMITTING DIODE' Give's off virtually no heat, ... draw very little current, and will not burn out like other **light** sources. ...
**$15.99**
eBay

[Add to Shopping List]

**03-06 LINCOLN AVIATOR ANGEL EYES FOG LIGHTS lamps 04-05**
Bling-Light's new OE series fog **lights** with built-in halo rings gives off a cool, even glow and the cutting-edge halogen fog **light** resides in the center ...
**$71.77**
eBay

[Add to Shopping List]

**BLUE LED INTERIOR LIGHTS LINCOLN AVIATOR**
... Interior **Lights** White Cycle Kit FYRE FLYS DELUXE LED INTERIOR **LIGHT** KIT ... Kit Contents: You Are Bidding On One 4 **Light** Kit COLOR = BLUE 4 SEPARATE ...
**$16.99**
eBay

[Add to Shopping List]

**Piper Neon Sign Light Display Aircraft Aviation d027**
Piper Neon Sign **Light** Display Aircraft **Aviation** d027 We gladly combine shipping to save you money! 20% Combine shipping discount Click HERE for detail. ...
**$6.99**
eBay

[Add to Shopping List]

**Hinkley Lighting Aviator Wall Sconce - 5273**
**Aviator** Collection Wall Sconce Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 23 1/2W, 9 1/4H, 5 1/2Ext 7 1/4W, ...
**$142.20**
Underbid.com
★☆☆☆☆ 2 seller ratings

[Add to Shopping List]

**Hinkley Lighting Aviator Wall Sconce - 5272**
**Aviator** Collection Wall Sconce Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 14 1/4W, 9 1/4H, 5 1/2Ext 7 1/4W, ...
**$106.20**
Underbid.com
★☆☆☆☆ 2 seller ratings

[Add to Shopping List]

**Be a Sport Pilot: Learn to Fly a Fixed Wing Light-Sport Aircraft.**
Be a Sport Pilot: Learn to Fly a Fixed Wing **Light**-Sport Aircraft. dvd. ISBN 1560275871. **Aviation** Supplies & Academics, Inc. Like New Near perfect copy. ...
**$46.50**
Bibliophile Bookbase

[Add to Shopping List]

**Preflight a Fixed Wing Light-Sport Aircraft. For Sport Pilots.**
Preflight a Fixed Wing **Light**-Sport Aircraft. For Sport Pilots. dvd. ISBN 1560275863. **Aviation** Supplies & Academics, Inc. New Brand new mint condition, ...
**$47.00**
Bibliophile Bookbase

[Add to Shopping List]

**SUREFIRE A2-HA-RD Aviator LED Flashlight A2 Red NEW**
Brand New In Stock Factory Sealed Surefire A2-HA-RD **Aviator** RED Tel: 866-755-1529 ... Features two types of **light** sources: three long-runtime **light** emitting ...
**$149.99**
eBay

[Add to Shopping List]

**SUREFIRE A2-HA-GN Aviator LED Flashlight A2 Green NEW**
Brand New In Stock Factory Sealed Surefire A2-HA-GN **Aviator** Green Tel: ... Features two types of **light** sources: three long-runtime **light** emitting diodes ...
**$149.99**
eBay

[Add to Shopping List]

**7 Red and 12 White LED AVIATOR Flashlight 2 switches BK**
7 Red and 12 White LED **AVIATOR** Flashlight 2 switches BK Click to Enlarge This is a ... The white color is very bright and delivers great **light** just like any ...
**$12.00**
eBay

[Add to Shopping List]

http://www.google.com/products?q=aviator+light&num=100&hl=en&show=SSA&58=&sa=N&start=600 (4 of 9) [5/27/2008 9:17:52 AM]

aviator light - Google Product Search



**NIB Surefire A2-HA-WH Aviator**
This is a NIB Surefire A2-HA-WH Aviator Flashlight. ... Two **lights** in one: high-output Xenon spotlight surrounded by three low-intensity LEDs. ...
Add to Shopping List

$135.00
eBay



**Making Perfect Landings in Light Airplanes by Ron Fowler**
Ron Fowler. Making Perfect Landings in **Light** Airplanes. paperback. ISBN 1560276312. **Aviation** Supplies & Academics, Inc. Like New Near perfect copy. ...
Add to Shopping List

$18.50
Bibliophile Bookbase



**Sport Pilot: Choosing the Light-Sport Aircraft That's Right for You.**
Sport Pilot: Choosing the **Light**-Sport Aircraft That's Right for You. dvd. ISBN 156027560X. **Aviation** Supplies & Academics, Inc. New Brand new mint condition. ...
Add to Shopping List

$24.00
Bibliophile Bookbase



**ALLEN BRADLEY 800MR-PT26WK PILOT LIGHT WHITE QTY 4 NEW**
ALLEN BRADLEY 800MR-PT26WK PILOT **LIGHT** WHITE. This is a Lot purchase of Four (4) at single low price. > CONDITION All equipment is sold AS-IS, ...
Add to Shopping List

$99.99
eBay



**05 Lincoln Aviator Polarg L08 Super White 18W Hybrid Lens Type 912 ...**
2005 Lincoln **Aviator** (fits Tail **Light**) L08 Polarg 921 Super White 21W Glass Base Single filament. manufacturer part no: 921, 912, 516, 579, 917, 918, 920, ...
Add to Shopping List

$17.95
eAutoWorks.com



**05 Lincoln Aviator 3156 High Intensity super bright LED light bulb**
2003-2005 Lincoln **Aviator** 3156 Super Bright LED **light** bulbs (OEM package light bulb ) with build-in 12 super LED ...
Add to Shopping List

$12.95
eAutoWorks.com



**5271BN Hinkley Lighting Aviator Flush Mount in Brushed Nickel**
5271BN Hinkley **Lighting Aviator** Flush Mount in Brushed Nickel/Flush mount from Hinkley Lighting/Features contemporary shaped etched opal glass/6 1/2H x 17 ...
Add to Shopping List

$124.20
Five Rivers Lighting



**05 Lincoln Aviator High Intensity Super Bright LED 1.75in Dome ...**
2005 Lincoln **Aviator** (fits Interior Dome **Light**) Super Ultra Bright LED Dome **Light** Bulbs in 1.75" With build-in 9 Super Bright LED Available In Ultra Violet. ...
Add to Shopping List

$16.95
eAutoWorks.com



**03-05 Lincoln Aviator 5 watts pure blue 3156 high power LED light ...**
2003-2005 Lincoln **Aviator** (fits Back-up/Reverse **Light**) Pure Blue 3156 Luxeon 5 Watt LED automotive **light** bulbs (OEM light bulb). ...
Add to Shopping List

$19.95
eAutoWorks.com



**03-05 Lincoln Aviator 3156 3 watts high power Bright amber LED ...**
2003-2005 Lincoln **Aviator** (fits Back-up/Reverse **Light**) Max Power Amber 3156 Luxeon 3 watts LED automotive **light** bulbs (OEM light bulb). ...
Add to Shopping List

$19.95
eAutoWorks.com



**03-05 Lincoln Aviator 3156 5 watts high power Bright amber LED ...**
2003-2005 Lincoln **Aviator** (fits Back-up/Reverse **Light**) Max Power Amber 3156 Luxeon 5 watts LED automotive **light** bulbs (OEM light bulb). ...
Add to Shopping List

$23.95
eAutoWorks.com




**03-05 Lincoln Aviator Most Powerful Red LED 3156 automotive light bulb**
2003-2005 Lincoln **Aviator** (fits Back-up/Reverse **Light**) Super Bright Red 3156 5 Watt LED automotive **light** bulbs (OEM light bulb). ...
Add to Shopping List

$23.95
eAutoWorks.com



aviator light - Google Product Search

**03-05 Lincoln Aviator 3 watts pure blue 3156 high power LED light ...**
2003-2005 Lincoln Aviator (fits Back-up/Reverse Light) Pure Blue 3156 Luxeon 3 Watt LED automotive light bulbs (OEM light bulb) ...

Add to Shopping List

$15.95
eAutoWorks.com

**03-05 Lincoln Aviator 5 watts 3156 pure white super bright LED ...**
2003-2005 Lincoln Aviator (fits Back-up/Reverse Light) Super high power pure white 3156 Luxeon 5 watts LED automotive light bulbs (OEM light bulb). ...

Add to Shopping List

$23.95
eAutoWorks.com

**SureFire MA02 Flashlight Replacement Lamp Assembly for Aviator A2 ...**
... SureFire MA02 Flashlight Replacement Lamp Assembly for Aviator A2 Light Package Contents: SureFire A2 Aviator Bulb Assembly MA02 (NSN 6240-01-531-7044) ...

Add to Shopping List

$25.00
Tactical-Store.com

**SureFire MA02 Flashlight Replacement Lamp Assembly for Aviator A2 ...**
... SureFire A2 Aviator flashlights and produces 50 lumens of light for 1 hour. Package Contents:SureFire A2 Aviator Bulb Assembly MA02 (NSN 6240-01-531-7044) ...

Add to Shopping List

$25.00
Opticsplanet
★★★☆☆ 651 seller ratings

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
PriceSmarter.com is your best source for Side window deflector for Lincoln Aviator 2003 thru 2005 Front Pair Light 70323.

Add to Shopping List

$66.95
PriceSmarter.com
★★★☆☆ 3 seller ratings

**2005 LINCOLN AVIATOR - CHROME ABS TAIL LIGHT BEZEL. (1 PAIR ...**
-CHROME ABS TAIL LIGHT BEZEL. (1 PAIR)-

Add to Shopping List

$138.89
Wheels and Caps
★★★★★ 1 seller rating

**Lincoln Aviator Dash Trim Kit 03-05 - 39 pieces - Light Blue ...**
General: Wood / Carbon Fiber / Aluminum Dash Trim KitsEver felt like your car was missing something important? Well it ist Dash Trim Kits are one of the ...

Add to Shopping List

$248.88
eBonza.com

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
PriceSmarter.com is your best source for Side window deflector for Lincoln Aviator 2003 thru 2005 Front & Rear Set Light 72323.

Add to Shopping List

$106.95
PriceSmarter.com
★★★☆☆ 3 seller ratings

**Covercraft Weathershield HP Car Cover Lincoln Aviator 2003 / 03 ...**
Covercraft Weathershield HP Car Cover Lincoln Aviator 2003 / 03 Light Blue T2 C16440PL.

Add to Shopping List

$391.95
TheNerds.net

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Free Shipping Available! - no 27135 Chrome Truck Accessories: Create a custom look for your vehicle! Install using 3M automotive tape. ...

Add to Shopping List

$136.77
Ablackhorse Store

**Side window deflector for Lincoln Aviator 2003 thru 2005 Rear Pair ...**
PriceSmarter.com is your best source for Side window deflector for Lincoln Aviator 2003 thru 2005 Rear Pair Light 71280.

Add to Shopping List

$52.00
PriceSmarter.com
★★★☆☆ 3 seller ratings

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 15060**
... up to 30 days prior to shipment for custom manufacturing. PriceSmarter.com is your best source for Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 15060.

$133.42
PriceSmarter.com
★★★☆☆ 3 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&lr=&start=50&sa=N&scan=400 (6 of 9) [5/27/2008 9:17:52 AM]

aviator light - Google Product Search

**72323 WeatherTech In Channel Side Window Vent Visors Complete ...**
72323 WeatherTech In Channel Side Window Vent Visors Complete Front & Rear Set Deflectors - **Light** Lincoln **Aviator** 2003/03.
Add to Shopping List — Google Checkout
$64.58
TheNerds.net

**Covercraft Weathershield HP Car Cover Lincoln Aviator 2005 / 05 ...**
Covercraft Weathershield HP Car Cover Lincoln **Aviator** 2005 / 05 **Light** Blue T2 C16440PL
Add to Shopping List — Google Checkout
$391.95
TheNerds.net

**Covercraft Weathershield HP Car Cover Lincoln Aviator 2004 / 04 ...**
Covercraft Weathershield HP Car Cover Lincoln **Aviator** 2004 / 04 **Light** Blue T2 C16440PL.
Add to Shopping List — Google Checkout
$391.95
TheNerds.net

**Preflight A Fixed Wing Light-Sport Aircraft, For Sport Pilots**
Preflight A Fixed Wing **Light**-Sport Aircraft. For Sport Pilots.
Add to Shopping List
$28.76
A1Books
★★★★☆ 732 seller ratings

**Be A Sport Pilot: Learn To Fly A Fixed Wing Light-Sport Aircraft**
Be A Sport Pilot: Learn To Fly A Fixed Wing **Light**-Sport Aircraft.
Add to Shopping List — Google Checkout
$28.76
A1Books
★★★★☆ 732 seller ratings

**Surefire Aviator Lamp Assembly**
Provides a brilliant tactical-level beam with over three times the **light** of a big two D-cell flashlight. Bright enough to temporarily blind and disorient a ...
Add to Shopping List
$24.99
Cabela's
★★★★☆ 92 seller ratings

**Surefire Spares Carrier (Exec/aviator spares)**
Don't run out of **light** when you need it. These impact-resistant, watertight ... reflectors Lamps without attached reflectors Executive and **Aviator** Series.
Add to Shopping List
$16.99
Cabela's
★★★★☆ 92 seller ratings

**Versace Aviator Shield Sunglasses**
Gradient lens. Rhinestone detail on front and sides.
Add to Shopping List
$285.00
Bloomingdale's
★★★★☆ 168 seller ratings

**Plantronics MS30-3 Light Aviation Headset, Amplified Mic w/ P-055...**
MS30-3 (HS0177-38) StarSet **Light aviation** headset, amplified microphone (carbon equivalent), 5-foot cord, with one each PJ055 and PJ068 plugs ...
Add to Shopping List
$179.97
Headset Zone for Pla...

**Plantronics MS50/T30-3 Light Aviation Headset, Amplified Mic with ...**
Plantronics **Light Aviation** Headset - PJ-056 / PJ-068 Dual Plug Low Impedance. This is a two-plug version of our popular boom-mike set. ...
Add to Shopping List
$149.95
Headset Zone for Pla...

**PREFLIGHT A FIXED WING LIGHT-**
Brand new.
Add to Shopping List
$89.50
Biblio.com Books

**2005 Lincoln Aviator Brake Light Fail Switch**
MOTORCRAFT Brake **Light** Fail Switch SW5034 (FOOY13480B,4S4SW5034) for 2005 LINCOLN **AVIATOR** with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN **AVIATOR**) ...
Add to Shopping List
$15.86
RockAuto.com
★★★★☆ 1,112 seller ratings

http://www.google.com/products?q=aviator+light&num=100&lr=value=503&839&Aa=98&start=90 (7 of 9) [5/27/2008 9:17:52 AM]

aviation light - Google Product Search

**2003 Lincoln Aviator - LoadWarrior Off Road Light Bracket by ...**
2003 Lincoln Aviator LoadWarrior Off Road Light Bracket by Yakima For Use With LoadWarrior Lights and Wiring Not Included. For use with the Load Warrior ...
Add to Shopping List

$30.63
LincolnPartsPeople.c...

**2004 Lincoln Aviator - LoadWarrior Off Road Light Bracket by ...**
2004 Lincoln Aviator LoadWarrior Off Road Light Bracket by Yakima For Use With LoadWarrior Lights and Wiring Not Included. For use with the Load Warrior ...
Add to Shopping List

$30.63
LincolnPartsPeople.c...

**Westinghouse Aviator 52" Contemporary Ceiling Fan Brushed Nickel ...**
The Aviator Ceiling Fan Features: Brushed Nickel Finish with Reversible Maple ... 3/4" Inside Diameter Downrod Included Light Kit Included. Using. One 100 ...

$159.95
Online Home Goods St...

**2003 2004 2005 Lincoln Aviator Underbody Light Kit - Lincoln 03 04 ...**
This part fits these applications - 2003 2004 2005 Lincoln Aviator Underbody Light Kit - Lincoln 03 04 05 Underbody Light Kit.
Add to Shopping List

$90.93
Auto Parts Train
★★★★☆ 26 seller ratings

**2003 2004 2005 Lincoln Aviator Driving Light Kit - Lincoln 03 04 ...**
This part fits these applications - 2003 2004 2005 Lincoln Aviator Driving Light Kit - Lincoln 03 04 05 Driving Light Kit.
Add to Shopping List

$77.42
Auto Parts Train
★★★★☆ 26 seller ratings

**2003 2004 2005 Lincoln Aviator Fog Light Bulb - Lincoln 03 04 05 ...**
... Replacement Bulb Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln Aviator Fog Light Bulb - Lincoln 03 04 05 Fog Light Bulb.
Add to Shopping List

$102.66
Auto Parts Train
★★★★☆ 26 seller ratings

**1996-2003 2004 2005 Lincoln Aviator Fog Light Kit - Lincoln 96-03 ...**
... Lamp Depth Is Only 2 3/4". This part fits these applications - 1996-2003 2004 2005 Lincoln Aviator Fog Light Kit - Lincoln 96-03 04 05 Fog Light Kit.
Add to Shopping List

$188.31
Auto Parts Train
★★★★☆ 26 seller ratings

**Ripoffs CO-153 Holster for SureFire, Aviator and Scorpion Flashlights**
This product is suitable for use with the following: Streamlight Night Com Scorpion LED Strion TwinTask 2 Lithium Sure Fire A2 Aviator M2 Centurion L2 ...

$14.42
Flimtools

**SureFire A2 Aviator White LED Flashlight +12 Free Batteries**
FREE $25.00 VALUE Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail section from the ground, ...

$195.00
KnifeArt.com

**Surefire Aviator Lamp Assembly for A2 Aviator**
MA02 The MA02 lamp assembly fits A2 Aviator flashlights and produces 50 lumens of light for 1 hour.
Add to Shopping List

$25.00
BatteryJunction.com
★★★★☆ 26 seller ratings

**Surefire Flashlight Lamps MA02 Lamp Assembly (Replacement) MA02 ...**
Surefire MA02 MA02 Lamp Assembly for the A2 Aviator Flashlight (Replacement) Lamps.
Add to Shopping List

$24.95
B&H Photo-Video-Audi...
★★★★★ 9,315 seller ratings

**Aviator Brushed Nickel Flush Mount (Bath) Hinkley (5271BN)**
Collection: Aviator Type: Flush Mount Ceiling Lights & Fixtures (Bath) Finish: Brushed Nickel Glass: Opal Etched Dimensions: 6.5 inches high, ...

$124.20
LightingShowroom.com
★★★★☆ 20 seller ratings

http://www.google.com/products?q=aviator+light&num=100&btn=value=50/4439+/&oa=N&start=400.0 of 9) [5/27/2008 9:17:52 AM]

aviator light - Google Product Search

**The Airman's Year Book and Light Aeroplane Manual, 1935**
DJ has some spotting and shelf wear. (Ref.#ACC-AV21) London, England 1935 6 x 9 Tall **Aviation** Good.

Add to Shopping List

$171.35
A Collector's Choice...

**Surefire Aviator Lamp Assembly**
Provides a brilliant tactical-level beam with over three times the **light** of a big two D-cell flashlight. Bright enough to temporarily blind and disorient a...

Add to Shopping List    Google Checkout ▸

$24.99
Choice Accessories... ...
★★★★★ 1 seller rating

**Petzl Tikka Head Light Tilt Soft [E43PS]**
3 LED headlamp Long burn time 3 LED lamp produces flood beam **lighting** with a ... Easy to use and practical one **lighting** level, beam can easily aimed where ...

Add to Shopping List    Google Checkout ▸

$27.95
www.AviationLogs.com
★★★★★ 2 seller ratings

**New Balance - Combed Cotton Liner (12 Pairs)**
New Balance Combed Cotton Liner (12 Pairs) Athletic Socks: Features combed cotton for a soft feel and comfort. The compression arch supports stability and ...

Add to Shopping List    Google Checkout ▸

$43.95
Shoebuy.com
★★★★★ 1,058 seller ratings

**Westinghouse Lighting Aviator Ceiling Fan**
Finished with brushed nickel, the Westinghouse **Lighting Aviator** Ceiling Fan moves air at an exceptional rate, creating an added comfort to your favorite ...

Add to Shopping List

$203.99
Ceiling Fan Supersto...

**4405, 30par36/vnsp, spot lamp**
PAR 36 SPECIALTY APPLICATIONS W/ SCREW TERMINALS SKU:1001460 Volts:12.8 Watts:30.

Add to Shopping List

$13.77
Bulbster
★★★★★ 60 seller ratings

Refine product results for: **aviator light**

Price range
- Under $10
- $10 - $30
- $30 - $200
- Over $200
- $ [    ] to $ [    ] [Go]

Brands
- Garmin
- Hella
- Hinkley lighting
- Pilot
- Prox
- surefire

Stores
- Alibris
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BoonsSky Aviation
- DrillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford
- Majestic.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pilotwear & Aviation...
- Quattrosales from Car...
- Quattrosales.com on C...
- RidePros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com
- www.PicCenter.com

Seller rating
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating
- [    ] to [    ] [Go]

◀ Goooooooooooogle ▶
Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 **Next**
Google does not charge for inclusion in its search results or accept payment for better placement.

[ aviator light          ]    [ Search Products ]    [ Search the Web ]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - ▸ Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

Google‸

| aviator light | Search Products | Search the Web |

Advanced Product Search
Preferences

**Products**

Show Google ‸ Checkout  · **Items only**  Showing all items

Show grid view

Sort by relevance  Go

Results 501 - 600 of about 7,807 for **aviator light**. (1.02 seconds)

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20–50% off Lighting Sale**
Authorized Dealer, 110% Low Price.
Free Shipping, No Tax, New Styles.
www.LightingUniverse.com
Google ‸ Checkout 

**Pilot Lights**
Instant Availability, Pricing
Specs, Quality Components & Service
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting. Low Prices & Free SHI
www.CSNLighting.com
Google ‸ Checkout 

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

WADE 15060 - Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06
Product is chrome plated ABS plastic and attaches over existing factory handles, tail **lights**, and mirrors. No drilling
or removing is required of factory ...
Add to Shopping List

**$115.97**
KENZO ELECTRONICS
★★★★☆ 66 seller ratings

WEATHERTECH 72323 - Side window deflector for Lincoln **Aviator** 2003 ...
WEATHERTECH 72323 - WeatherTech® Side Window Deflectors offer you fresh air enjoyment with an original
equipment look. They are crafted in Germany from the ...
Add to Shopping List

**$80.97**
KENZO ELECTRONICS
★★★★☆ 66 seller ratings

Telemecanique Pilot **Light** Head ZB4BV06
Telemecanique ZB4BV06 Pilot **Light** Head Pilot Lights Pilot **Light** Light Head Head Color Blue 22 Millimeters For BA9 Lamp
**Light** Modules Chrome.
Add to Shopping List

**$5.06**
DrillSpot.com
★★★★★ 188 seller ratings

0.5 Watt Stretch **Light**
0.5 Watt Stretch **Light** by eGearItem Number: EGLT-13030Features: * Hand-held for Directional **Light** * Lantern for
Area **Light** * New Collimator provides ...
Add to Shopping List

**$17.96**
Pilotwear & Aviation...

Telemecanique Pilot **Light** Head ZB4BV033
Telemecanique ZB4BV033 Pilot **Light** Head Pilot Lights Pilot **Light** Light Head Head Color Green 22 Millimeters For LED
**Light** Modules Chrome.
Add to Shopping List

**$5.06**
DrillSpot.com
★★★★★ 188 seller ratings

Telemecanique Pilot **Light** Head ZB4BV05
Telemecanique ZB4BV05 Pilot **Light** Head Pilot Lights Pilot **Light** Light Head Head Color Yellow 22 Millimeters For BA9 Lamp
**Light** Modules Chrome.
Add to Shopping List

**$5.06**
DrillSpot.com
★★★★★ 188 seller ratings

Adesso **Aviator** Table Lamp - 5160
**Aviator** Table Lamp Each lamp has a half moon frosted glass shade with a ... 5" Depth Shade 5" Height 16" Width 4
75" Depth'**Aviator** Table Lamp Each lamp has ...
Add to Shopping List

**$92.00**
HomeClick
★★★★☆ 1,381 seller ratings

Telemecanique Pilot **Light** Head ZB5AV033
Telemecanique ZB5AV033 Pilot **Light** Head Pilot Lights Pilot **Light** Light Head Head Color Green 22 Millimeters For LED Light
Module Plastic.
Add to Shopping List

**$4.32**
DrillSpot.com
★★★★★ 188 seller ratings

**LIGHT** DIMMING KIT(56W)0-32VDC at BudgetPilot.com Pilot Shop
The Kit includes a MIL-SPEC POTENTIOMETER, MIL-SPEC Power transistor mounted to a heatsink and a wiring
harness. Includes: Rheostat, harness, dimmer ...
Add to Shopping List

**$258.96**
BudgetPilot.com

Cessna 172 Cessna 182 Underwing Courtesy **Light** & Cover
Cessna 172 Cessna 182 Underwing Courtesy **Light** & Cover. It fits Cessna 172, Cessna 182 as well as several other models.
...

**$44.99**
DFW AirParts
★★★★★ 2 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=500 (1 of 9) [5/27/2008 9:18:28 AM]

aviation light - Google Product Search

**3 LED Flexible Clip Light, 3 "AAA"**
... clip can be attached to just about anything to provide the ultimate in hands-free **lighting**. It's an ideal clip-on book **light**, perfect for close-up work, ...

[ Add to Shopping List ]

$17.96
Pilotwear & Aviation...

**25 WATT HALOGEN TAIL LIGHT** 14V at BudgetPilot.com Pilot Shop
A5554AH14,

[ Add to Shopping List ]

$153.00
BudgetPilot.com

**Digi-Code 12/24 Volt Light-Commercial Receiver DC5112 310MHz**
12/24 Volt These receivers are intended for use where range is possibly a problem. Complete with an industrial style antenna and pre-fitted with a type F ...

[ Add to Shopping List ]

$45.00
AAAREMOTES Gate & Ga...
★★★★★ 222 seller ratings

**Hitch Step by Pilot w/ LED Brake Light - Fits 2 inch receiver - 18 ...**
Multi purpose Utility Hitch Step with red LED Brake **Light**. Truck Pilot Hitch Step CR-600L CR600L CR605L Acura Buick BMW Cadillac Chevrolet Chevy Chrysler ...

[ Add to Shopping List ]

$62.88
Ultimate Auto Access...

**Custom Accessories #16502 No Smoking Light**
No Smoking Dash Glow **Light**. Replaces Cigarette Lighter, On/Off Switch Tell Your Passengers You Do Not Want Smoking In Your Car.

[ Add to Shopping List ]

$4.46
HomeandBeyond.com
★★★★★ 2 seller ratings

**Lot of 6 Allen-Bradley Pilot Light Covers 800TN26G (JJ1A)**
CAP FOR PILOT **LIGHT** STANDARD GREEN LISTS AT $6.00 EACH.

[ Add to Shopping List ]

$23.99
Mara Industrial Supp...

**Signal24U 001 - Signal24U Ford Mustang 3rd Brake Light "Blinking ...**
Avoid becoming another statistic with a SIGNAL24U blinking brake **light** ... sends three blinking pulses to your third brake **light** prior to **lighting** it solid. ...
Google Checkout ⚡

[ Add to Shopping List ]

$21.95
AutoTruckToys.com
★★★★★ 36 seller ratings

**Berko RUX PILOT LIGHT (Heater On)**
Berko RUX PILOT **LIGHT** (Heater On) Instructions For detailed product literature, please review: BERKO RUX X Series Heater Explosion Proof Unit Heater ...

[ Add to Shopping List ]

$550.00
H-Mac Systems, Online...

**Light Duty Earphone for VXA-210, VXA-150, VXA-100 Transceivers**
**Light** Duty Earphone for VXA-210, VXA-150 and VXA-100 **Aviation** Transceivers.
Google Checkout ⚡

[ Add to Shopping List ]

$12.00
Touch and Go Pilot S...

**Trade Show Display Light Box Panel**
Bring **light** to your trade show display and watch the traffic build!This well-designed lightbox panel is specially made to fit with Flexible Panel displays. ...

[ Add to Shopping List ]

$292.00
Siegel Display Produ...

**Tools Aviation Personal Battery Caddy Original Model - 12 AA - 4 ...**
The Tools **Aviation** Personal Caddy is an innovative way to store batteries. ... Limited Warranty Tools **Aviation**, LLC warrants this product. ...

[ Add to Shopping List ]

$13.95
Lighthound

**Hinkley Aviator Series 5273 Bath Bracket**
23.5" wide x 9.25" tall x 5.5" deep **Aviator** Bath series bath bracket in a brushed nickel finish with etched opal glass. Can be mounted up or down. ...

[ Add to Shopping List ]

$142.20
SearchLighting.com

aviator light - Google Product Search

**Hinkley Aviator Series 5274 Bath Bracket**
32.75" wide x 9.25" tall x 5.5" deep **Aviator** Bath series bath bracket in a brushed nickel finish with etched opal glass. Can be mounted up or down, ...

Add to Shopping List    [Google Checkout]

$178.20
Search-Lighting.com

**Sunglasses in Light Mirror Lens - Gold/Mirror**
Color description (example Brown/Black) refers to Frame Color / Lens Color.

Add to Shopping List

$12.99
YoMart.com

**NGS International Harvester Bendix P & D Karb-Kit**
Zenith Carburator tune-up kit. 63, 63M & 263M Series.

Add to Shopping List

$11.22
Travelall Parts

**StowAway2 License Lighted Plate Holder**
This license plate holder and **light** is designed for use with the ... into the wire harness of the StowAway®2 and comes with a **light**, bracket and hardware.

Add to Shopping List

$19.99
Dick's Sporting Good...
★★★★☆ 1,872 seller ratings

**TPC Wall Plate Adapter #WIC865**
TPC Advanced Technology Wall Plate Adapter.

Add to Shopping List

$80.00
Meci1Online

**Hinkley Aviator Brushed Nickel Flush Mount Ceiling Light - 5271**
5271 - Contemporary Brushed Nickel Ceiling **Light** by Hinkley. Dimensions: Height: 6-1/2" Width: 17". . Number of Bulbs: 3. . Maximum Wattage: 60W. ...

Add to Shopping List    [Google Checkout]

$125.00
Lighting Showplace
★★★★☆ 17 seller ratings

**Westinghouse Lighting 52" Aviator Ceiling Fan in Brushed Nickel**
Westinghouse **Lighting** The **Aviator** ceiling fan is aptly named with its strong wing-shaped blades. Not so coincidentally, this fan moves air at an exceptional ...

Add to Shopping List    [Google Checkout]

$268.00
CSN Lighting
★★★★☆ 20 seller ratings

**Hinkley Lighting 5271-BN - Aviator Flush Mount**
... Finish: Brushed Nickel Glass: Etched Opal Glass **Light** Bulb: (3)60w A19 Med F Incand The **Aviator** collection boasts finely-crafted contemporary pieces in ...

Add to Shopping List    [Google Checkout]

$124.20
LightingUniverse
★★★★☆ 338 seller ratings

**Tripod Floor Lamp Authentic Models**
Early telescopes and land surveying instruments were traditionally mounted on wood tripods. On uneven ground tripods are easy to adjust, so the instrument ...

Add to Shopping List

$149.99
MookieGifts.com

**2004-2006 Lincoln Aviator Chrome Tail Light Bezels**
* For the 2004, 2005, 2006 Lincoln **Aviator** Chrome Tail **Light** Bezel Trim. This four piece, right and left tail **light** trim set is made from high-strength ABS. ...

Add to Shopping List

$167.00
ShopSAR.com - Superi...

**RAY-BAN RIMLESS AVIATOR RB 3214 RUTHENIUM/LIGHT BLUE GRADIENT ...**
Genuine sunglasses RAY-BAN RIMLESS **AVIATOR** RB 3214 Colour: 0047C D RUTHENIUM/LIGHT BLUE GRADIENT SILVER MIRROR 2006-2007 collection Now 15% Off.

Add to Shopping List

$129.00
Otticanet Sunglasses

**CCI Chrome Taillight Bezel / Tail Light Covers-Lincoln Aviator ...**
CCI Chrome Taillight Bezel / Tail **Light** Covers - Add the look of expensive chrome to your ride with the imposter series chrome tail **light** covers ...

Add to Shopping List

$44.95
BigBoys-CustomToys...
★★★★☆ 6 seller ratings

http://www.google.com/products?q=aviator+light&aq=f&sa=N&start=560 (1 of 9) [5/27/2008 9:18:28 AM]

aviator light - Google Product Search

**Surefire Flashlights A2 Aviator Incandescent & LED Flashlight with ...**
Surefire A2HAWHCG A2 Aviator Incandescent & LED Flashlight with Green Case (OD Green) Flashlights.
Google Checkout
Add to Shopping List

$204.95
B&H Photo-Video-Audi...

**Surefire Flashlights A2 Aviator Incandescent & LED Flashlight with ...**
Surefire A2HAWHCB A2 Aviator Incandescent & LED Flashlight with Black Case (OD Green) Flashlights.
Add to Shopping List

$204.95
B&H Photo-Video-Audi...

**Surefire Aviator A2 XENON Lamp**
Surefire MA02 XENON Lamp. Fits SureFire Aviator A2 flashlight.
Add to Shopping List

$25.00
BrightGuy Flashlight...
★★★★★ 2 seller ratings

**A2 Aviator Flashlight, (HA) White LEDs / Xenon Lamp - Free Shipping***
The SureFire A2 Aviator flashlight features three LEDs surrounding a main Xenon ... The current regulation circuitry gives you a consistent level of light ...
Add to Shopping List

$195.00
BrightGuy Flashlight...
★★★★★ 2 seller ratings

**Hinkley Aviator Brushed Nickel 3 Bulb Bathroom Lighting - HK5273**
HK5273 - Contemporary Brushed Nickel Bathroom Lighting by Hinkley. Dimensions: Height: 9-1/4" Width: 23-1/2"... Extension From Wall: 5-1/2"....
Add to Shopping List

$143.00
Lighting Showplace
★★★★½ 17 seller ratings

**Hinkley Aviator Brushed Nickel 4 or More Bulb Bathroom Lighting - 5274**
5274 - Contemporary Brushed Nickel Bathroom Lighting by Hinkley. Dimensions: Height: 9-1/4" Width: 32-1/2"... Extension From Wall: 5-1/2"....
Add to Shopping List

$179.00
Lighting Showplace
★★★★½ 17 seller ratings

**Hinkley Aviator Brushed Nickel 2 Bulb Bathroom Lighting - HK5272**
HK5272 - Contemporary Brushed Nickel Bathroom Lighting by Hinkley. Dimensions: Height: 9-1/4" Width: 14-1/4"... Extension From Wall: 5-1/2"....
Add to Shopping List

$107.00
Lighting Showplace
★★★★½ 17 seller ratings

**Warbirds Motion Lamp**
Just plug your Motion Lamp in and the warmth of the light bulb will make the ... Each Motion Lamp includes one design insert a 25 watt light bulb and has a ...
Add to Shopping List

$50.00
Enchanted Lantern

**German Light Field Artillery, 1935-1945 (Schiffer Military ...**
German light artillery as used on all fronts and with a variety of sizes and capabilities., b/w photographs, line drawings, 8 1/4 x 11 3/4 ...
Add to Shopping List

$8.65
Burberry Books

**TIKKA HEAD LIGHT - TILT - TRADITIONAL (E43PT)**
... (E43PT) The 3 LED lamp produces flood beam lighting with a long burn time. ... Easy to use and practical one lighting level, beam can easily aimed where ...
Add to Shopping List

$27.95
BooneSky Aviation

**92VSWH - Lightolier Powerarc Visor Shield Aluminum**
92VSWH - Lightolier Powerarc Visor Shield AluminumThis product contains: Powerarc Visor Shield Aluminum92VSWH - Lightolier TrackCategory: Lightolier
Add to Shopping List

$117.24
Lighting By Gregory
★★★★½ 84 seller ratings

**Hinkley 5271BN Aviator Ceiling Mount**
The Hinkley Lighting Aviator 3 Light Indoor Ceiling Mount 5271BN is part of the transitional style Aviator collection by Hinkley Lighting. Width: 17 inches, ...
Add to Shopping List

$124.20
Farreys.com
★★★½ 1 seller rating

aviator light - Google Product Search

**Surefire MA02 LAMP, INCAND., 50 LUMEN FOR A2 AVIATOR (87/088)**
Surefire MA02 Surefire/Flashlight Replacement Lamp Fits A2 Aviator 50 Lumens (MA02 LAMP, INCAND, 50 LUMEN FOR A2 AVIATOR 87/088)
[Add to Shopping List]

$25.00
Service Lighting

**Bayonets, Bugles & Bonnets: Experiences of Hard Soldering With...**
Bayonets, Bugles & Bonnets: Experiences of Hard Soldering With the 71st Foot - the Highland Light Infantry.
[Add to Shopping List]

$12.67
eCampus.com
★★★☆☆ 122 seller ratings

**Streamlight Clipmate clip on LED Pilot Flashlight**
The Clipmate is a great cockpit lighting tool. It's versatile clip and 360 degree ... Black Bodied lights in Green or white LED are generally in stock ...
[Add to Shopping List]

$21.95
Specialty Aviation S...

**FLUSH MOUNT JACK HOUSING/BLACK**
FLUSH MOUNT JACK HOUSING/BLACK
[Add to Shopping List]

$18.92
latitude_outfitter_c...

**9LCA Series Spare Part Kit - 9LCA23-SPK - FAA**
9LCA Series Spare Part Kit - 9LCA23-SPK - FAA: Description - Spare Parts Kit for 9LCA23LL00AA.
[Add to Shopping List]

$763.00
Genesis Lamp - Light...

**9LCA Series Spare Part Kit - 9LCA0-SPK - FAA**
9LCA Series Spare Part Kit - 9LCA0-SPK - FAA: Description - Spare Parts Kit for 9LCA001000AA.
[Add to Shopping List]

$336.00
Genesis Lamp - Light...

**Streamlight SL20X Rechargeable Flashlight**
Great for Night operations either by pilots or ground crew and line staff. Please note that the base price does not include a charger. ...
[Add to Shopping List]

$83.97
Specialty Aviation S...

**EC410 ExStik Conductivity/TDS/Salinity Kit**
Extech EC410 ExStik Conductivity/TDS/Salinity Kit.
[Add to Shopping List]

$119.99
GoodMart.com
★★★☆☆ 4 seller ratings

**Streamlight Slinger Rechargeable Pilot Flashlight**
Battery Nickel-cadmium 3.6 Volt. 1.8 amp hour, sub-C; rechargeable up to 1000 times. Bulb 3.7 Volt, 6 watt, xenon gas filled bi-pin, spare bulb in tail cap. ...
[Add to Shopping List]

$62.97
Specialty Aviation S...

**9LCA Series Spare Part Kit - 9LCA1-SPK - FAA**
9LCA Series Spare Part Kit - 9LCA1-SPK - FAA: Description - Spare Parts Kit for 9LCA111L00AA.
[Add to Shopping List]

$499.00
Genesis Lamp - Light...

**Aircraft Ceiling Fan Pulls**
... hang them from any location in your office or home! Airplanes, helicopters, and emblems currently available: A-10, Apache, Aviator Helmet, Blackhawk, B-1,
[Add to Shopping List]

$10.95
www.herogear.us

**Hinkley Aviator Brushed Nickel 1 Bulb Wall Sconce - 5270**
5270 - Contemporary Brushed Nickel Wall Sconce by Hinkley. Dimensions: Height: 9-1/4" Width: 5". Extension From Wall: 5-1/2" ...
[Add to Shopping List]

$71.00
Lighting Showplace
★★★★☆ 17 seller ratings

http://www.google.com/products?q=aviator+light&num=10&hl=en&show=50&start=50&sa=N&start=50 (1 of 9) [5/27/2008 9:18:28 AM]

aviator light - Google Product Search



ASA Sport Pilot Fixed Wing Kit: Sport Pilot flight training kit ...
... need start learning how to fly a fixed wing **light**-sport aircraft (LSA), ... a Fixed Wing **Light**-Sport Aircraft/Weather to Fly for Sport Pilots with Paul ...

Add to Shopping List

$71.96
SkyGeek



ASA Preflight a Fixed Wing **Light**-Sport Aircraft for Sport Pilots ...
Sport Pilots fly lower and slower than General **Aviation** pilots, ... in a 5-step system specific to Sport Pilots and **light**-sport aircraft operations. ...

Add to Shopping List

$35.96
SkyGeek



FLITELite Hands Free Pilots **Light**, with AVCOMM Wireboom headset ...
FLITELite Hands Free Pilots **Light**, with AVCOMM Wireboom headset adapter for Model AC454. This adapter will NOT fit smaller AC200 wireboom headsets. ...

Add to Shopping List

$44.95
SkyGeek



Kuda Mounting Base Lincoln **Aviator** 2003 03 **Light Parchment 51061** ...
Kuda Mounting Base Lincoln **Aviator** 2003 03 **Light** Parchment 51061 **Light** Parchment. Technology has certainly made our lives more convenient. ...

Add to Shopping List

$72.95
AutoAnything.com
★★★★★ 473 seller ratings



Kuda Mounting Base Lincoln **Aviator** 2005 05 **Light Parchment 51061** ...
Kuda Mounting Base Lincoln **Aviator** 2005 05 **Light** Parchment 51061 **Light** Parchment. Technology has certainly made our lives more convenient. ...

Add to Shopping List

$72.95
AutoAnything.com
★★★★★ 473 seller ratings



Covercraft Weathershield HP Car Cover Lincoln **Aviator** 2004 04 ...
Covercraft Weathershield HP Car Cover Lincoln **Aviator** 2004 04 **Light** Blue C16440PL. Can old dogs learn new tricks? Covercraft proved it's possible by ...

Add to Shopping List

$391.95
AutoAnything.com
★★★★★ 473 seller ratings



Kuda Mounting Base Lincoln **Aviator** 2004 04 **Light Parchment 51061** ...
Kuda Mounting Base Lincoln **Aviator** 2004 04 **Light** Parchment 51061 **Light** Parchment. Technology has certainly made our lives more convenient. ...

Add to Shopping List

$72.95
AutoAnything.com
★★★★★ 473 seller ratings



Kuda iPod Mounting System Lincoln **Aviator** 2003 03 51061/900001 ...
Kuda iPod Mounting System Lincoln **Aviator** 2003 03 51061/900001 **Light** Parchment. First came the wheel. Centuries later, there was sliced bread. ...

Add to Shopping List

$120.95
AutoAnything.com
★★★★★ 473 seller ratings



Kuda iPod Mounting System Lincoln **Aviator** 2004 04 51061/900001 ...
Kuda iPod Mounting System Lincoln **Aviator** 2004 04 51061/900001 **Light** Parchment. First came the wheel. Centuries later, there was sliced bread. ...

Add to Shopping List

$120.95
AutoAnything.com
★★★★★ 473 seller ratings



Hella Fog **Light** Kit Lincoln **Aviator** Fog **Light** Kit
Hella Fog **Light** Kit provides superior quality for your Lincoln **Aviator**. Each Hella Lincoln **Aviator** Fog **Light** Kit meets or exceeds SAE standards for ...

Add to Shopping List

$165.38
Car Parts Stuff
★☆☆☆☆ 2 seller ratings



Hella Fog **Light** Bulb Lincoln **Aviator** Fog **Light** Bulb
Hella Fog **Light** Bulb provides superior quality for your Lincoln **Aviator**. Each Hella Lincoln **Aviator** Fog **Light** Bulb meets or exceeds SAE standards for ...

Add to Shopping List

$7.00
Car Parts Stuff
★☆☆☆☆ 2 seller ratings



Lincoln **Aviator** Fog **Light** Kit - Lincoln **Aviator** Fog **Light** Kit 2003 ...
... Universal 55 Watt Halogen Blue Glass Lens FOG **Light** Kit Includes 2 Model FF50 Oval Black High Impact ABS Lamps With 2 H7 55Watt Halogen Bulbs, ...

Add to Shopping List

$108.74
Car Junky
★★★★★ 3 seller ratings

aviator light - Google Product Search



**Hella Lincoln Aviator Fog Light Bulb 2005 2004 2003**
HELLA H7 REPLACEMENT BULB - H7 55 Watt Replacement Bulb Sold Individually.
Add to Shopping List

**$8.60**
1 Motor Mart
★★★★☆ 10 seller ratings



**Best Electronics Underbody Light Kit Lincoln Aviator 05 04 03 ...**
... Limited Lifetime Manufacturer's Warranty Excluding Breakage. Fits: 03 Lincoln Aviator, 04 Lincoln Aviator, 05 Lincoln Aviator Underbody Light Kit.
Add to Shopping List

**$90.35**
InnerAuto
★★★☆☆ 2 seller ratings



**2003-2005 Lincoln Aviator Fog Light Kit KC Hilite Daylighter 05 04 ...**
... 03 Lincoln Fog Light Kit, 04 Lincoln Fog Light Kit, 05 Lincoln Aviator Fog Light Kit, Lincoln Aviator KC Hilite Daylighter, KC Hilite Fog Light Kit.
Add to Shopping List  Google Checkout

**$125.77**
Auto Parts Warehouse
★★★★☆ 204 seller ratings



**KC Hilite Fog Light Kit Lincoln Aviator 05 04 03 02 01 00 99 98 97 ...**
... 99 Lincoln Aviator, 00 Lincoln Aviator, 01 Lincoln Aviator, 02 Lincoln Aviator, 03 Lincoln Aviator, 04 Lincoln Aviator, 05 Lincoln Aviator Fog Light Kit
Add to Shopping List

**$128.95**
InnerAuto
★★★☆☆ 2 seller ratings



**2003-2005 Lincoln Aviator Driving Light Kit Rampage 05 04 03 2004**
... 03 Lincoln Aviator Driving Light Kit, 04 Lincoln Aviator Driving Light Kit, 05 Lincoln Aviator Driving Light Kit, 2003 Lincoln Driving Light Kit, ...
Add to Shopping List  Google Checkout

**$95.96**
Auto Parts Warehouse
★★★★☆ 204 seller ratings



**2003-2005 Lincoln Aviator Fog Light Replacement Passenger Side 05 ...**
... Fog Light, 03 Lincoln Aviator Fog Light, 04 Lincoln Aviator Fog Light, 05 Lincoln Aviator Fog Light, 2003 Lincoln Fog Light, 2004 Lincoln Fog Light, ...
Add to Shopping List  Google Checkout

**$135.95**
Auto Parts Warehouse
★★★★☆ 204 seller ratings



**Hella Fog Light Lincoln Aviator 05 04 03 RALLYE 4000 FF UNIVERSAL ...**
... Aviator 05 04 03 RALLYE 4000 FF UNIVERSAL HALOGEN LAMP - Sold Individually. Fits: 03 Lincoln Aviator, 04 Lincoln Aviator, 05 Lincoln Aviator Fog Light.
Add to Shopping List

**$116.95**
InnerAuto
★★★☆☆ 2 seller ratings



**Hella Lincoln Aviator Driving Light Kit 2005 2004 2003**
HELLA MODEL 500 UNIVERSAL DRIVING LAMP KIT CLEAR 6" ROUND - Universal 55 Watt Halogen Driving Light Kit Includes 2 Model 500 Round Black High Impact ABS ...
Add to Shopping List

**$74.95**
1 Motor Mart
★★★★☆ 10 seller ratings



**Best Electronics Lincoln Aviator Underbody Light Kit 2005 2004 2003**
BEST ELECTRONICS, UNDERCAR FLAT LED LIGHT KIT, COMPLETE KIT, GREEN -- LED Illumination Adds Style To Your Ride Whether Driving Or Hanging Out, ...
Add to Shopping List

**$90.35**
1 Motor Mart
★★★★☆ 10 seller ratings



**2003-2005 Lincoln Aviator Fog Light Kit KC Hilite 05 04 03 2004**
... 04 Lincoln Aviator Fog Light Kit, 05 Lincoln Aviator Fog Light Kit, 2003 Lincoln Aviator Fog Light Kit, 2004 Lincoln Fog Light Kit, 2005 Lincoln Fog Light Kit, ...
Add to Shopping List

**$103.17**
Auto Parts Warehouse
★★★★☆ 204 seller ratings



**Hella Fog Light Bulb Lincoln Aviator 05 04 03 H3 REPLACEMENT - 55 ...**
Hella Fog Light Bulb Lincoln Aviator 05 04 03 H3 REPLACEMENT - 55 Watt Sold is a high quality stock replacement part. HELLA H3 REPLACEMENT BULB - H3 55 Watt ...
Add to Shopping List

**$4.56**
InnerAuto
★★★☆☆ 2 seller ratings



**Hella Driving Light Kit Lincoln Aviator 05 04 03 MODEL 500 ...**
... Switch Lamp Dimensions 5 3/8" Diameter By 2 5/8" Deep UNIVERSAL MOUNT. Fits: 03 Lincoln Aviator, 04 Lincoln Aviator, 05 Lincoln Aviator Driving Light Kit.
Add to Shopping List

**$74.95**
InnerAuto
★★★☆☆ 2 seller ratings

aviator light - Google Product Search

2003-2005 Lincoln **Aviator** Fog **Light** Kit KC Hilite Slimlite 05 04 ...
... Fog **Light** Kit, 05 Lincoln **Aviator** Fog **Light** Kit, 2003 Lincoln Fog **Light** Kit, ... Fog **Light** Kit, Lincoln **Aviator** KC Hilite Slimlite, KC Hilite Fog **Light** Kit.

- Google Checkout

Add to Shopping List

$187.74
Auto Parts Warehouse
★★★★☆ 204 seller ratings

Hella Fog **Light** Lens Lincoln **Aviator** 05 04 03 CLEAR COVER FOR ...
Hella Fog **Light** Lens Lincoln **Aviator** 05 04 03 CLEAR COVER FOR RALLYE 4000 MODEL is a high quality stock replacement part. HELLA CLEAR LENS COVER FOR RALLYE ...

Add to Shopping List

$14.95
InnerAuto
★★★☆☆ 2 seller ratings

Hella Lincoln **Aviator** Fog **Light** Kit 2005 2004 2003
HELLA MODEL 500 UNIVERSAL FOG LAMP KIT CLEAR 6" ROUND - Universal 55 Watt Halogen Fog **Light** Includes 2 Model 500 Round Black High Impact ABS Lamps With ...

Add to Shopping List

$80.00
1 Motor Mart
★★★★☆ 10 seller ratings

Hella Fog **Light** Kit Lincoln **Aviator** 05 04 03 FF100 SERIES ...
... Lamp Dimensions 2 9/16" High By 4 5/8" Wide By 3 3/4" Deep UNIVERSAL MOUNT. Hella Fog **Light** Kit Lincoln **Aviator** 05 04 03 FF100 SERIES UNIVERSAL LAMP CLEAR.

Add to Shopping List

$130.78
InnerAuto
★★★☆☆ 2 seller ratings

Side window deflector for Lincoln **Aviator** 2003 thru 2005 Front...
WeatherTech?Side Window Deflectors offer you fresh air enjoyment with an original equipment look. They are crafted in Germany from the finest 3mm ...

Add to Shopping List

$87.73
Megahanson Online Sho...
★☆☆☆☆ 1 seller rating

**Lights** - Headlight For 2003-2004-2005-2006 Lincoln **Aviator**...
New **Lights** - Headlight For 2003-2004-2005-2006 Lincoln **Aviator** Headlamp halogen LH Replacement for OEM Number 2C5Z-13008AB.

Add to Shopping List

$345.58
QE Parts Headquarter...
★★★★★ 1 seller rating

Wade Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06 15060
... tail **lights**, and mirrors. no drilling or removing is required of factory installed parts.number of pieces: 2note: application may vary from image.no ...

Add to Shopping List

$144.81
UnbeatableSale
★★★★☆ 25 seller ratings

Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06
Product is chrome plated ABS plastic and attaches over existing factory handles, tail **lights**, and mirrors.No drilling or removing is required of factory ...

Add to Shopping List

$138.38
Gift SuperWarehouse

Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06
Chrome Truck Accessories. Create a custom look for your vehicle! Install using 3M automotive tape. Product is chrome plated ABS plastic and attaches o.

Add to Shopping List

$126.85
Megahanson Online Sho...
★☆☆☆☆ 1 seller rating

Aluminum CaraBeamer Clip **Light**
A powerful, efficient LED **Light** for your flight bag or jacket! ... Put the CaraBeamer Clip **Light** on your keychain, clip to your jacket or attach it to ...

Add to Shopping List

$4.95
PilotMall.com Aviati...

Petzl Tikka Plus LED Head **Light**
Using the latest battery-stretching LED technology, the Tikka Plus **light** shines brilliantly in the hands-free **lighting** market. ...

Add to Shopping List

$33.95
PilotMall.com Aviati...

Ultimate **Light** Weight Flight Kit
This amazing flight case is loaded with unique features. DuPont 1000-denier Cordura Plus nylon makes it tough and sturdy plus resistant to ramp and rain ...

Add to Shopping List

$199.00
PilotMall.com Aviati...

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=500 (4 of 9) [5/27/2008 9:18:28 AM]

aviator light - Google Product Search



**Refine product results for: aviator light**

**Price range**
- Under $10
- $10 - $30
- $30 - $200
- Over $200

$ [     ] to $ [     ] [ Go ]

**Brands**
- Garmin
- Hella
- Hinkley Lighting
- Pilot
- Prox

- sunfire

**Stores**
- Alibris
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BoonesSky Aviation

**Alico MR-J6C-N Standoff - Adjustable Aircraft Cable**
"FREE SHIPPING -- Manufacturer: Alico **Lighting**. Part Number: MRJ6C-N. Product ... **Lighting** Category: Rail System Accessories. Dimensions: 12" Length..."
[ Add to Shopping List ]

**$30.60**
Nova Lighting Store
★★★★☆ 25 seller ratings

**Lincoln LS/Aviator/Neigator/Town Car B LED Lights**
Motors: Lincoln LS/**Aviator**/Neigator/Town Car B LED Lights.
[ Add to Shopping List ]

**$17.99**
My_Tweet

**Valentino Sunglasses, 5378/s, Aviator, Silver Frames/ Light Brown ...**
Valentino Sunglasses, 5378/s, **Aviator**, Silver Frames/ **Light** Brown Lenses/ Crystals.
[ Add to Shopping List ]

**$99.95**
Turisticino

**Vintage 80s Rockin' Racer Light Blue Aviator Sunglasses**
Vintage 80s Rockin' Racer **Light** Blue **Aviator** Sunglasses.
[ Add to Shopping List ]

**$16.00**
Shop 3L3

**Bayonets, Bugles & Bonnets: Experiences of Hard Soldiering With ...**
[ Add to Shopping List ]

**$12.09**
BooksForChristians.c...

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 - Wade 27135**
Prodcuts chrome plated ABS plastic and attaches over existing factory handles, tail **lights**, and mirrors. No drilling or removing is required of factory ...
[ Add to Shopping List ] [ Google Checkout ]

**$120.61**
storceboxsois.com
★★★★★ 4 seller ratings

▼ Gooooooooooooooogle ▲
Result Page: **Previous** 1 2 3 4 5 6 **7** 8 9 10 11 12 13 14 15 **Next**
Google does not charge for inclusion in its search results or accept payment for better placement.

- Majestic.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pikxwear & Aviation...
- Quatrosales from Cal...

- DrillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford

- Quatrosales.com on C...
- RidePros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com

- www.PicCenter.com

[ aviator light ] [ Search Products ] [ Search the Web ]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - [G] Accepts Google Checkout. Learn more

**Seller rating**
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating

[     ] to [     ] [ Go ]

aviator light - Google Product Search

My Shopping List

## Google

| aviator light | | Search Products | Search the Web |

Advanced Product Search
Preferences

**Products**

Show Google Checkout ⬚ items only  **Showing all items**

Results 601 - 700 of about 703 for **aviator light**. (0.94 seconds)

Show grid view.        Sort by relevance

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20-50% off Lighting Sale**
Authorized Dealer, 110% Low Price.
Free Shipping. No Tax. New Styles.
www.LightingUniverse.com
Google Checkout ⬚

**Pilot Lights**
Indicator/Pilot Lights at Digi-Key.
#1 in Availability - Ship Same Day.
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
Google Checkout ⬚

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Lighting**
Indoor & Outdoor Lighting Fixtures
Shop With Ease, No Restocking Fee
www.LightingDirect.com
Google Checkout ⬚

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

Google Checkout ⬚

**Aviator With Factory HID parking light** LINCOLN **Aviator** With ...
... Replacement Upgrade **Light** Bulb parking **light light** bulb upgrade -- LINCOLN **Aviator** With Factory HID parking **light light** bulb upgrade 03-05 Super Bright ...
**Add to Shopping List**
$12.95
www.extremestyling.c...

LINCOLN **Aviator** license plate **light** bulb upgrade bulb upgrade by Led
... Wedge Bulbs license plate **light** bulb upgrade **light** bulb -- LINCOLN **Aviator** With Factory HID license plate **light light** upgrade **light** bulb 03-05 T11 Wide Angle Super ...
**Add to Shopping List**
$19.95
www.extremestyling.c...

LINCOLN **Aviator** rear signal **light** bulb rear LED turn signal **light** ...
... Dial 3157 Automotive Replacement Upgrade **Light** Bulb signal **light** bulb rear turn signal blinker **light** bulb -- LINCOLN **Aviator** Without Factory HID signal **light** ...
**Add to Shopping List**
$12.95
www.extremestyling.c...

LINCOLN **Aviator** replacement license plate **light** bulb upgrade LED...
... LED Dial Wedge Bulbs license plate **light** upgrade **light** bulb -- LINCOLN **Aviator** Without Factory HID license plate **light** upgrade **light** bulb 03-05 T11 Wide ...
**Add to Shopping List**
$19.95
www.extremestyling.c...

LINCOLN **Aviator** super bright blinker **light** bulb rear LED turn ...
... Super White LED Dial 3157 Automotive Replacement Upgrade **Light** Bulb signal **light** bulb rear signal blinker **light** bulb -- LINCOLN **Aviator** With Factory HID ...
**Add to Shopping List**
$12.95
www.extremestyling.c...

LINCOLN **Aviator** signal **light** bulb upgrade front turn signal ...
... Super White LED Dial 3157 Automotive Replacement Upgrade **Light** Bulb signal **light** bulb front turn signal blinker **light** bulb -- LINCOLN **Aviator** Without Factory ...
**Add to Shopping List**
$12.95
www.extremestyling.c...

LINCOLN **Aviator** taillight **light** bulb rear taillight **light** bulb by Led
... Super White LED Dial 3157 Automotive Replacement Upgrade **Light** Bulb taillight rear tail **light** bulb -- LINCOLN **Aviator** Without Factory HID taillight rear ...
**Add to Shopping List**
$12.95
www.extremestyling.c...

**Green Color** LINCOLN **Aviator** replacement license plate **light** bulb ...
... Green or Amber license plate **light** upgrade **light** bulb -- LINCOLN **Aviator** Without Factory HID license plate **light** upgrade **light** bulb 03-05 T11 Super ...
**Add to Shopping List**
$10.95
www.extremestyling.c...

Lumatech Corporation XKR-DW HARDWIRE RETRO KIT (97010)
Lumatech Corporation XKR-DW Exl **Light** Hardwire Retrofit Kit (XKR-DW HARDWIRE RETRO KIT 97/010)
$31.53
Service Lighting

Maxa Beam Large Storage Case
MaxaBeam Large Storage Case.
**Add to Shopping List**
$292.70
BrightGuy Flashlight...
★★★★★ 1 seller rating

aviator light - Google Product Search

**Lincoln Aviator ProX Headlights Cover 03-05 - Color: Clear, Fog ...**
The Laminate Film Covers give your **lights** a distinctive character. ... Protect your **lighting** from debris, rocks, gravel, salt, insects and mild contacts and ...
Add to Shopping List

**$34.99**
Auto Accessory Suppl...

**Lincoln Aviator | Chrome ABS Chrome Light Trim 04-05 - Position ...**
... CHROME **LIGHT** TRIM (European Market)These Custom Chrome Chrome **Light** Trims install in minutes with no cutting or drilling. ...
Add to Shopping List

**$107.25**
Auto Accessory Suppl...

**Preflight a Fixed Wing Light-Sport Aircraft for Sport Pilots**
... a routine preflight inspection of a **light**-sport aircraft (LSA) airplane to ... as the experienced **aviator** wanting a refresher or transitioning aircraft. ...

**$49.95**
Pilotshop.com
★★★★★ 1 seller rating

**Surefire A2 Aviator Flashlight With Green Leds New**
Surefire A2 **Aviator** Flashlight With Green Leds New.

**$85.00**
TurtleticIc

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Install using 3M automotive tape. Product is chrome plated ABS plastic and attaches over existing factory handles tail **lights** and mirrors. N.
Add to Shopping List

**$122.59**
RatedRSuperstore.com
★★★★☆ 1 seller rating

**SES Chrome Pillar Post Trim Lincoln Aviator 2004 04 P101 SES ...**
Chrome Accessories 04 Lincoln **Aviator** ses chrome pillar post trim chrome door trim. SES Chrome Pillar Post Trims are custom crafted for your specific make, ...
Add to Shopping List

**$69.95**
AutoAnything.com
★★★★★ 473 seller ratings

**SES Chrome Pillar Post Trim Lincoln Aviator 2008 08 P101 SES ...**
Chrome Accessories 08 Lincoln **Aviator** ses chrome pillar post trim chrome door trim. SES Chrome Pillar Post Trims are custom crafted for your specific make, ...
Add to Shopping List

**$69.95**
AutoAnything.com
★★★★★ 473 seller ratings

**Oracle aluminum aviator sub-compact light**
NEW HEAVY DUTY ORACLE **AVIATOR** SUB-COMPACT **LIGHT** WITH ADJUSTABLE FOCUS HEAD.HIGH QUALITY ANODIZED SURFACE.HEAVY DUTY MACHINED AIRCRAFT ALUMINUM.SHOCK PROOF ...

**$8.00**
GunBroker.com

**PROVOX FREEHANDS HME REPLACEMENT DEVICE LIGHT**
PROVOX FREEHANDS HME REPLACEMENT DEVICE. VALVE FOR **LIGHT** MEMBRANE.

**$315.19**
BestMedicalSupply.co...

**Wade 15060 Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06 Wade 15060 Covers at low price.
Add to Shopping List

**$123.36**
KaanzaStore.com

**TPC Light Guide #A3020**
TPC **Light** guide for the Advance Plasma Arc Curing **Light**.
Add to Shopping List

**$120.00**
Med1Online

**Adesso Aviator Torchiere - 5161**
**Aviator** Torchiere Each lamp has a half moon frosted glass shade with a satin steel base Chrome accent on base and shade Full range dimmer switch on pole 2 x ...
Add to Shopping List

**$149.50**
HomeLuxuryBrands.com

http://www.google.com/products?q=aviator+light&num=100&btn=value=593.839+1&scoring=r&hl=en&start=69612(of 9) [5/27/2008 9:19:01 AM]

aviator light - Google Product Search

**Shutter Aviator Sunglasses Shades | Neon (green)**
Shutter Aviator Sunglasses Shades | Neon (green)
Add to Shopping List

**$18.00**
Shop 3L3

**Hinkley Lighting Aviator Surface Mount Light - 5271BN - Brushed Nickel**
Hinkley Lighting Aviator Surface Mount Light - 5271BN - Brushed Nickel.
Add to Shopping List

**$124.20**
LightingPlaza.com

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Product is chromeplated ABS plastic and attaches over existing factory handles, tail lights, and mirrors. No drilling or removing is required of factory ...
Add to Shopping List

**$129.96**
PrestoMart

**Hinkley Lighting Aviator Surface Mount Light - 5271BN - Brushed Nickel**
Aviator Collection Surface Mount Light Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 17D, 6 1/2H 3-60w Med SKU: 5271BN ...
- Google Checkout
Add to Shopping List

**$124.20**
HomeAnnex
★★★★☆ 882 seller ratings

**Aviation Part Inspection Lamp LED Flashlight 1 watt**
...laptop components, etc. This flashlight is ideal for aviation technicians, electricians, jewelers, metalsmiths, locksmiths, mechanics, machinists, etc.
Add to Shopping List

**$6.97**
order-quik.com

**Illuminating Experiences Le Klint 1 light wall with cord and plug ...**
Illuminating Experiences Le Klint 1 light wall with cord and plug beech - LK335B - Beech.
Add to Shopping List

**$537.52**
LightingPlaza.com

**KAL-G-G104 Atlantis glass/shade fits All models by Kalco**
Standard Ground Shipping/Atlantis seashells 3pc set (pectin, cone, turitella)May be bought without fixture if ordered in multiples of TWELVE(12)
Add to Shopping List

**$7.20**
Lighting On The Net
★★★★☆ 93 seller ratings

**Lincoln Aviator Chrome ABS Chrome Light Trim 04-05 - Position: Head ...**
... ABS CHROME LIGHT TRIM (European Market) These Custom Chrome Light Trims are ... Our chrome head light trims are nothing less than the trims manufactured ...
Add to Shopping List

**$112.50**
Autoinmovers.com

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 Wide 15060 Covers Taillight Covers.
Add to Shopping List

**$113.00**
Wholesale Clearing

**New Generation Oversized D-ring Aviator Sunglass - White Light**
New Generation Oversized D-ring Aviator Sunglass - White Light
Add to Shopping List

**$11.99**
Turisticno

**Aviator 3-light Flush Mount In Brushed Nickel**
Small Parcel Ships in 3 to 5 days Aviator collection offers simple lines and a ... Features: *Aviator collection *Solid Brass in Brushed Nickel finish *Opal ...
Add to Shopping List

**$124.20**
SHOP.COM

**Aviator 5-blade 52-inch Ceiling Fan, Light Fixture With Opal ...**
Aviator Series Ceiling Fan 5 Blades with Maple/Mahogany Plywood Finish Brushed Nickel Fan Finish Fan Fixture with Opal Ribbed Glass Light Kit Use100 Watt ...
Add to Shopping List

**$318.09**
SHOP.COM

http://www.google.com/products?q=aviator+light&num=100&hl=en&show=550A859-Aksa=N&start=6091/3 of 9 (1/27/2009 9:19:01 AM)

aviator light - Google Product Search

**Lincoln Aviator Dash Trim Kit 7ll Wood Carbon And Aluminum 03-05 ...**
'General: Dash Trim Kit 7 Wood Carbon and Aluminum The kits are one of the most essential and vital upgrades to a vehicles Dash appearance. ...
[ Add to Shopping List ]

**$410.96**
SHOP.COM

PICTURE COMING SOON

**Hinkley 5274BN AVIATOR BATH**
Hinkley 5274BN AVIATOR BATH.
[ Add to Shopping List ]

**$178.20**
Lights2You.Com

PICTURE COMING SOON

**Hinkley 5272BN AVIATOR BATH**
Hinkley 5272BN AVIATOR BATH.
[ Add to Shopping List ]

**$106.20**
Lights2You.Com

PICTURE COMING SOON

**Hinkley 5271BN AVIATOR BATH**
Hinkley 5271BN AVIATOR BATH.
[ Add to Shopping List ]

**$124.20**
Lights2You.Com

PICTURE COMING SOON

**Hinkley 5273BN AVIATOR BATH**
Hinkley 5273BN AVIATOR BATH.
[ Add to Shopping List ]

**$142.20**
Lights2You.Com

**Mettler Toledo Software Labx Light Balance 11120317 Software Labx ...**
... Labx Light Balance Software Labx Light Balance is a reliable and dependable ... Light Balance.Description:
SOFTWARE LABX LIGHT BALANCEUnit: Each (Please ...
[ Google Checkout ]

**$1,275.95**
Microscopes.com

image not available

**Allen Bradley Pilot Light 800t-pd16 800tpd16 120v Ac**
Allen Bradley Pilot Light 800t-pd16 800tpd16 120v Ac.
[ Google Checkout ]

**$9.00**
Shop 3L3

**Custom Accessories #16502 No Smoking Light**
No Smoking Dash Glow Light, Replaces Cigarette Lighter, On/Off Switch Tell Your Passengers You Do Not Want Smoking In Your Car. ...
[ Add to Shopping List ]

**$4.55**
SHOP.COM

**Hinkley Lighting Aviator Surface Mount Light - 5271**
Aviator Collection Surface Mount Light Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 17D, 6 1/2H 1×60w Med ...
[ Add to Shopping List ]

**$124.20**
Underbid.com
★☆☆☆☆ 2 seller ratings

**2004-2006 Lincoln Aviator Chrome Tail Light Bezels**
For the 2004, 2005, 2006 Lincoln Aviator Chrome Tail Light Bezel Trim. This four piece,right and left light trim sets made from high-strength ABS. ...
[ Add to Shopping List ]

**$196.39**
Underbid.com
★☆☆☆☆ 2 seller ratings

**Satco S70-231 (S70231)**
4" Polished Brass Wired Fixture Holder Carded Packaging
[ Add to Shopping List ]

**$5.25**
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Bdigital Alaska Blue 79 in. - Bdigital BD10079**
Bdigital BD10079 category: Studio Lighting Background; Bdigital Alaska Blue 79 in. - Bdigital BD10079 description:
Bdigital BD10079 Bdigital Alaska Blue 79 ...
[ Add to Shopping List ]

**$50.99**
ACE Photo & Digital
★★★★☆ 1,081 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&show=50;85;39;1&sa=N&start=600 (4 of 9) [5/27/2008 9:19:03 AM]

aviation light - Google Product Search

**Bdigital Alaska Blue 26 in .. - Bdigital BD10026**
Bdigital BD10026 category, Studio **Lighting** Background. Bdigital Alaska Blue 26 in. - Bdigital Alaska Blue 26 ... - Bdigital BD10026 description:
Bdigital BD10026 Bdigital Alaska Blue 26 ...

Add to Shopping List

**$19.99**
ACE Photo & Digital
★★★★★ 1,061 seller ratings

**Light Pollution Handbook by Kohei Narisada, Duco Schreuder**
Kohei Narisada, Duco Schreuder: **Light** Pollution Handbook. hardcover. ISBN 1402026865X. Springer. New Brand new, multiple copies available.

Add to Shopping List

**$299.00**
Bibliophile Bookbase

**Sport Pilot Checkride: How to Fly Through Your Pracical Test in a ...**
Sport Pilot Checkride: How to Fly Through Your Pracical Test in a **Light**-sport Aircraft.

Add to Shopping List

**$38.18**
BiggerBooks.com
★☆☆☆☆ 19 seller ratings

**Sunbox Sunpipe Sunscoop Skylight Component**
All one sees from inside the room is a white ceiling-mounted **light** diffuser glowing brightly with all the natural daylight **light** the sky has to offer. ...

Add to Shopping List
- Google Checkout ▶

**$50.18**
CSN Lighting
★★★★☆ 20 seller ratings

**EUROFASE AIRCRAFT CABLE SUPPORT - O6MCO5**
EuroFase Fundamentals Aircraft Cable Support Not suitable for use as current carrying.

Add to Shopping List
- Google Checkout ▶

**$1.11**
Underbid.com
★☆☆☆☆ 2 seller ratings

**Satin & Clear Glass Aviator Plane Chandelier Satin Nickel Finish ...**
This wonderfully detailed plane has a Satin Nickel finish with satin and clear glass. It is 19 inches wide by 16 inches high with a 16 inch ext. ...

Add to Shopping List

**$279.00**
Lighting For You

**iSHOCK M1-A3 CRF70XLX/DR2 EXT[LIGHT] M1A3275205 [ T 970372 ]**
Ishock Suspension Suspension Photo is for reference only. Colors may vary. Descriptions are generic. Read TITLE and any NOTES under title carefully. ...

Add to Shopping List

**$221.95**
Motorcycle Accessory...

**Sure-Fire MA02 Lamp, 50 Lumens, Fits A2 Aviator**
Sure-Fire MA02 Lamp, 50 Lumens, Fits A2 Aviator.

Add to Shopping List

**$24.99**
Oso Grande Knife & T...

**Balances And Scales 11120317 - Mettler Toledo Software Labx Light...**
Mettler Toledo Software Labx **Light** Balance 11120317 Software Labx **Light** Balance M1-BL-11120317 promising quality with an affordable price. ...

Add to Shopping List

**$1,275.95**
OpticsPlanet.net
★★★★★ 41 seller ratings

**Kalco Ponderosa 3Light Stairwell - 5044PD-1336 - N/A**
Kalco Ponderosa 3Light Stairwell - 5044PD-1336 - N/A.

Add to Shopping List

**$385.20**
LightingPlaza.com

**Kalco Hapsburg Xlg Porchlight Ptd Bb - 9070BB - N/A**
Kalco Hapsburg Xlg Porchlight Ptd Bb - 9070BB - N/A.

Add to Shopping List

**$268.20**
LightingPlaza.com

**Craftmade At TCS Repl. Hub - AT-9GS-TCS - Graystone Phoenix**
Craftmade At TCS Repl. Hub - AT-9GS-TCS - Graystone Phoenix.

Add to Shopping List

**$9.90**
LightingPlaza.com

aviator light - Google Product Search

Kalco Tribecca Large Pendant Ptd To - 4301TO-G21D - N/A
Kalco Tribecca Large Pendant Ptd To - 4301TO-G21D - N/A
**$538.20**
LightingPlaza.com

Oracle **aviator** compact kryton **light** w/case
NEW ORACLE AVIATOR COMPACT KRYTON BULB LIGHT WITH FULLY ADJUSTABLE HEAD.HIGH QUALITY HEAVY DUTY MACHINED AIRCRAFT ALUMINUM ANODIZED SURFACE FINISH ...
Add to Shopping List
**$9.00**
GunBroker.com

2005 Lincoln **Aviator** Back Up **Light** Bulb
WAGNER Back Up Light Bulb 3156 for 2005 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Miniature Lamp-Boxed RockAuto.com. All the ...
Add to Shopping List
**$1.29**
RockAuto.com
★★★★★ 1,112 seller ratings

2004 Lincoln **Aviator** Back Up **Light** Bulb
WAGNER Back Up Light Bulb 3156 for 2004 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (04 LINCOLN AVIATOR) Miniature Lamp-Boxed RockAuto.com. All the ...
Add to Shopping List
**$1.29**
RockAuto.com
★★★★★ 1,112 seller ratings

2004 Lincoln **Aviator** Tail **Light** Bulb
WAGNER Tail Light Bulb 3157 for 2004 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (04 LINCOLN AVIATOR) Miniature Lamp-Boxed Compare to original ...
Add to Shopping List
**$0.56**
RockAuto.com
★★★★★ 1,112 seller ratings

2005 Lincoln **Aviator** Parking **Light** Bulb
WAGNER Parking Light Bulb 3157/NALL for 2005 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Long Life Miniature-Boxed OE TYPE; ...
Add to Shopping List
**$2.52**
RockAuto.com
★★★★★ 1,112 seller ratings

2003 Lincoln **Aviator** Brake **Light** Fail Switch
MOTORCRAFT Brake Light Fail Switch SW6282 (4L2Z13480AB,4545W6282) for 2003 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (03 LINCOLN AVIATOR) ...
Add to Shopping List
**$50.79**
RockAuto.com
★★★★★ 1,112 seller ratings

2005 Lincoln **Aviator** Tail **Light** Bulb
WAGNER Tail Light Bulb 3157 for 2005 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Miniature Lamp-Boxed Compare to original ...
Add to Shopping List
**$0.56**
RockAuto.com
★★★★★ 1,112 seller ratings

2004 Lincoln **Aviator** License **Light** Bulb
WAGNER License Light Bulb 168 for 2004 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (04 LINCOLN AVIATOR) Miniature Lamp-Boxed OE TYPE RockAuto.com ...
Add to Shopping List
**$0.40**
RockAuto.com
★★★★★ 1,112 seller ratings

Craftmade 20T4Qdax 12V - Tunsten. - 58663
Craftmade 20T4Qdax 12V - Tunsten.
Google Checkout ▶
Add to Shopping List
**$5.20**
Underbird.com
★☆☆☆☆ 2 seller ratings

Hinkley **Aviator** Series 5272 Bath Bracket
14.25" wide x 9.25" tall x 5.5" deep Aviator Bath series bath bracket in a brushed nickel finish with etched opal glass. Can be mounted up or down... ...
**$106.20**
SearchLighting.com

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Clear; Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 -Color: Clear; Fog Lights: Not Included [prox-89000]
**$29.99**
ISROX PERFORMANCE

http://www.google.com/products?q=aviator+light&num=10&hl=en-value=503&SN=8&aw=N&start=600&of=9 (1/5/27/2008 9:19:05 AM)

aviator light - Google Product Search

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Smoke; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Smoke; Fog **Lights**: Not Included [prox-89000]
Add to Shopping List
**$29.99**
ISROX PERFORMANCE

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Yellow; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Yellow; Fog **Lights**: Not Included [prox-89000]
Add to Shopping List
**$29.99**
ISROX PERFORMANCE

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Red; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Red; Fog **Lights**: Included [prox-89000]
Add to Shopping List
**$39.99**
ISROX PERFORMANCE

Lincoln **Aviator** | Chrome ABS Chrome **Light** Trim 04-05 - Position ...
Lincoln **Aviator** | Chrome ABS Chrome **Light** Trim 04-05 - Position: Head **Light** [XM-TLT123-AV]
Add to Shopping List
**$97.50**
ISROX PERFORMANCE

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Charcoal; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Charcoal; Fog **Lights**: Included [prox-89000]
Add to Shopping List
**$39.99**
ISROX PERFORMANCE

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Yellow; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Yellow; Fog **Lights**: Included [prox-89000]
Add to Shopping List
**$39.99**
ISROX PERFORMANCE

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Smoke; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Smoke; Fog **Lights**: Included [prox-89000]
Add to Shopping List
**$39.99**
ISROX PERFORMANCE

Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Blue; Fog ...
Lincoln **Aviator** ProX Headlights Cover 03-05 - Color: Blue; Fog **Lights**: Included [prox-89000]
Add to Shopping List
**$39.99**
ISROX PERFORMANCE

**Lighted Ear Curette Microloop**
Features: LIGHTED EAR CURETTE MICROLOOP - Product Information:LIGHTED EAR CURETTE MICROLOOP - Condition: New Dimensions: Length: 9.8IN Width: 6IN Height: ...
- Google Checkout
Add to Shopping List
**$108.00**
eGeneralMedical•com
★★★★☆ 1 seller rating

**Lighted Ear Curette Angleloop**
Features: LIGHTED EAR CURETTE ANGLELOOP - Product Information:LIGHTED EAR CURETTE ANGLELOOP - Condition: New Dimensions: Length: 9.8IN Width: 6IN Height: ...
- Google Checkout
Add to Shopping List
**$108.00**
eGeneralMedical•com
★★★★☆ 1 seller rating

Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06 from Wade
Wade 15060 - 400 in stock as of 05/26/08 04:41 - International Shipping Available - DDDSD419178 no Chrome Tail **Light** Cover Lincoln **Aviator** 4 Pc 04-06 from Wade.
**$125.41**
Jcwhitney.com
★★☆☆☆ 43 seller ratings

**Light** of the Universe: Being an Account of the Flight Beyond the ...
Seller: dromanabooks AUS - Condition: Very Good - 152p blue jacket, gold lettering, pale green cover with dark brown lettering, which is worn at corners, ...
Add to Shopping List
**$40.07**
Alibris

aviation light - Google Product Search

**Craftmade Argos TCS Replacement - CH-9SL-TCS - Saddled Leather**
Craftmade Argos TCS Replacement - CH-9SL-TCS - Saddled Leather.
**$9.90**
LightingPlaza.com

image not available
Add to Shopping List

**FM 20-100 Army Ground Forces Light Aviation-1947**
... personnel of Army Ground Forces units who are concerned with organic **light aviation**. ... maintenance, and supply of Army Ground Forces **light aviation**. ...
**$5.00**
MilSpecManuals

image not available
Add to Shopping List

**Development of Organic Light Aviation in the Army Ground Forces in ...**
... organic **light aviation** into the force structure during World War II. ... led to the development of organic **light aviation** will perhaps assist future ...
**$5.00**
MilSpecManuals

image not available
Add to Shopping List

**Basic and Advanced Light Plane Maintenance – (The Light Plane ...**
... fine with only **light** shellwear - no tears...texts are light and clean...230, ... seven volume library fully detailing what every **Light** Plane owner needs...
**$95.00**
Old Growth Books

image not available
Add to Shopping List

**HAPPY LANDINGS THE RECOLLECTIONS OF A LIGHT-HEARTED AIRMAN**
England: Airlife, (1984). First Edition. Near Fine in a Very Good, price-dipped DJ.
**$25.00**
Hoffmans Bookshop

image not available
Add to Shopping List

**Happy Landings The Recollections of a Light-hearted Airman**
Size is 8vo Hard Cover w/Dust Jacket 222 pp(INDEX) Clean, tight & bright. NO ink names, bookplates, DJ tears etc. UK 1984 64 B/W Photos.
**$18.50**
Edconroybooks.com

image not available
Add to Shopping List

**Light Plane Firewall Forward Top End (Light Plane Maintenance Library)**
Nice Tight Clean copy I 230 pages. 1987 9 x 6 x 0.5 Good+ 0961519622.
**$4.74**
TheBookScene.com

image not available
Add to Shopping List

**EGT systems: Basic and advanced light plane maintenance (The Light ...**
Tight copy I **Light** general wear: 171 pages. 1989 8vo over 7.75 - 9.75" tall Good+ 0961313986.
**$4.74**
TheBookScene.com

image not available
Add to Shopping List

**Body Maintenance: Basic and Advanced Light Plane Maintenance**
Moderate wear around edges of DJ, scuffing, nicks, otherwise book itself is in near fine condition, clean, tight copy. Norwalk, Connecticut, USA 1987 8vo ...
**$3.99**
Recyclepedia Booksto...

image not available
Add to Shopping List

**Wings for you (A Book About Aviation)**
r, pasted note to endpaper) Blue boards; illustrations NY: 1942,
**$20.00**
Riverrun Books And P...

image not available
Add to Shopping List

**Navigation Tables for Mariners and Aviators.**
) Black boards Wash DC: 1941,
**$12.50**
Riverrun Books And P...

image not available
Add to Shopping List

**Into The Glory The Miracle-filled Story Of The Jungle Aviation And ...**
1974,
**$24.25**
Born Again Used Book...

image not available
Add to Shopping List

aviator light - Google Product Search

**YOUNG AMERICA'S AVIATION ANNUAL, 1945**
PAGES 16 TO 20 HAVE A SEMI-CIRCLE CUT OUT FROM EDGES, DOES NOT EFFECT TEXT. NEW YORK 1944 ILLUSTRATED.
$16.00
Vintage-Books.com
Add to Shopping List

**TM 5-811-5 Army Aviation Lighting-1991**
002359--TM 5-811-5 Army Aviation Lighting-1991 69 Pages 1991 THIS DOCUMENT IS FURNISHED ON CDROM FORMAT Criteria herein are applicable to all Army airfields ...
$5.00
MilSpecManuals
Add to Shopping List

**FLYING LIGHT AIRCRAFT**
VGVG, DJ NOT PRICED, AVIATION.
$9.00
RAC Books
Add to Shopping List

**STRAIGHT ON TILL MORNING : The Biography of Beryl Markham**
Profiles a remarkable twentieth-century woman who became Africa's first female thoroughbred trainer and its first female bush pilot, her turbulent private ...
$10.00
Fyrbyrd Bookshop
Add to Shopping List

**Air War Volume One**
Garden City NY 1971 No DJ.
$6.00
Pomfret Street Books
Add to Shopping List

**German Light Field Artillery: 1935-1945 (Schiffer Military ...**
German Light Field Artillery: 1935-1945 (Schiffer Military/Aviation History)
$8.96
AbeBooks
★★★★☆ 732 seller ratings
Add to Shopping List    Google Checkout

Refine product results for: aviator light

**Price range**
- Under $10
- $10 - $30
- $30 - $200
- Over $200

$[ ] to $[ ] Go

**Brands**
- Garmin
- Hella
- Hinkley lighting
- Pilot
- Prox

- surefire

**Stores**
- Alibris
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BooneSky Aviation

- DillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford

- Majesticc.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pilotwear & Aviation...
- Quattrosales from Cal...

- Quattrosales.com on C...
- RidePros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com

- www.PixCenter.com

**Seller rating**
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating

[ ] to [ ] Go

Result Page: ◄ Previous  1 2 3 4 5 6 7 8  Next ►
Goooooooogle

Search Products    Search the Web
Information for Sellers - Help

Google does not charge for inclusion in its search results or accept payment for better placement.

Google Home - Advertising Solutions - Business Solutions - About Google
©2008 Google     Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

Google | aviator light |

[ Search Products ] [ Search the Web ]

Advanced Product Search
Preferences

**Products**

Show Google Checkout 🛒 items only · **Showing all items**    Results **701 - 703** of about **703** for **aviator light**. (0.98 seconds)

Show grid view    Sort by relevance



Sponsored Links

**Aviator light**
Huge Selection, Compare Prices.
Find lighting.
Like.com/lighting
$8.50
LightingScene.com

image not available

**Fuel and Oil Systems: Basic and Advanced Light Plane Maintenance ...**
Nice Tight Clean copy 1988 12.25 x 7 x 1.25 Good+ 0961313927.

[ Add to Shopping List ]

$12.00

Odd Volume Bookstore

image not available

**Instrument/Commercial Exercises**
This Instrument Rating Exercise Book is designed to accompany material in the Instrument Rating Manual. Englewood, Colo. 1994.

[ Add to Shopping List ]

image not available

**Pilot's Operating Handbook Cessna 1978 Turbo Centurion Cessna ...**
Pilot's Operating Handbook Cessna 1978 Turbo Centurion Cessna Model T210M.

[ Add to Shopping List ]

$25.00

Pacific Rim Used Boo...

Refine product results for: **aviator light**

Result Page: ◀ **Previous** 1 2 3 4 5 6 7 **8**

Goooooooogle

[ aviator light ]

[ Search Products ] [ Search the Web ]

Information for Sellers - Help

Google does not charge for inclusion in its search results or accept payment for better placement.

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - 🛒 Accepts Google Checkout Learn more

http://www.google.com/products?q=aviator+light&num=100&hl=en&oe=ISO-8859-1&sa=N&start=700 [5/27/2008 9:19:27 AM]

aviator light - Google Product Search

My Shopping List

Google™   | aviator light |    | Search Products | | Search the Web |

Advanced Product Search
Preferences

## Products

Your search - **aviator light** - did not match any products.

Suggestions:

· Make sure all words are spelled correctly.
· Try different keywords.
· Try more general keywords.

You can also try your keywords on Google Web Search.

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20-50% off Lighting Sale**
Authorized Dealer, 110% Low Price.
Free Shipping, No Tax. New Styles.
www.LightingUniverse.com
Google Checkout

**Pilot Lights**
Instant Availability, Pricing
Specs. Quality Components & Service
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
Google Checkout

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

Lighting

aviator light - Google Product Search

aviator light

Search Products    Search the Web

Information for Sellers - Help

Google does not charge for inclusion in its search results or accept payment for better placement.

Indoor & Outdoor Lighting Fixtures
Shop With Ease, No Restocking Fee
www.LightingDirect.com
Google Checkout

Flight **Light** Inc.
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

Google™

[aviator light]

Search Products     Search the Web

Advanced Product Search
Preferences

## Products

Your search - **aviator light** - did not match any products.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.

You can also try your keywords on Google Web Search.

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20%–50% off Lighting Sale**
Authorized Dealer, 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com
[Google Checkout]

**Pilot Lights**
Instant Availability, Pricing
Specs. Quality Components & Service
www.digikey.com

**Lighting Superstore**
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
[Google Checkout]

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

**Aviator Lamp**

aviator light - Google Product Search

Low Prices & Huge Inventory
Buy Motorcraft Lincoln Parts Here
www.oehq.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Google does not charge for inclusion in its search results or accept payment for better placement.

aviator light

Search Products    Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - Accepts Google Checkout Learn more

aviator light - Google Product Search

My Shopping List

Google™

[ aviator light ]

Search Products    Search the Web

Advanced Product Search
Preferences

## Products

Your search - **aviator light** - did not match any products.

Suggestions:

· Make sure all words are spelled correctly.
· Try different keywords.
· Try more general keywords.

You can also try your keywords on Google Web Search.

Sponsored Links

Siemens Airfield Solution
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

20-50% off Lighting Sale
Authorized Dealer, 110% Low Price.
Free Shipping, No Tax. New Styles.
www.LightingUniverse.com
Google Checkout 🛒

Pilot **Lights**
Instant Availability, Pricing
Specs. Quality Components & Service
www.digikey.com

Pilot **Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

Lighting Superstore
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
Google Checkout 🛒

Push Buttons-Pilot **Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Flight Light** Inc.

aviator light - Google Product Search

Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Google does not charge for inclusion in its search results or accept payment for better placement.

aviator light

Search Products

Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - 🚀 Accepts Google Checkout Learn more

# EXHIBIT D

# aviator™ 2x2



**FOCAL POINT®**

## FEATURES

High efficiency architectural recessed fluorescent luminaire.

Aviator's blend of sweeping curves and contemporary lines compliment today's architecture.

Aviator's center lamp chamber provides minimal contrast between the diffuser and side reflectors creating even illumination and comfort.

Aviator features a shallow 3.3" housing height which flies under the radar of most plenum obstructions.

The lamp diffuser has been designed with an upper and lower track that accepts individual or combinations of accent strips.

### shielding options


accent strip


round accent strip

square accent strip

### color options


red


green


blue

april 2008

## DIMENSIONAL DATA



3.3"
84mm

24.00"
609.6mm

Overall height for luminaire with Air Return is 4.304"

### lamping options


BIAX LAMPS




T5/T5HO LAMPS


T8 LAMPS

## PERFORMANCE



2–Lamp T5HO
77% Efficiency
1030 cd @ 0°

fixture type:

project name:

## DETAILS

### mounting

for lay–in grid, specify G1, G2 or G3.


g1
15/16"


g2
9/16"


g3
slot 9/16

### drywall frame kit

specify "DF" Drywall Frame Kit for drywall ceiling conditions.



Use tie–wire or screws to secure frame kit.

cut out dimensions:
2': Min: 24.25"
    Max: 24.563"

## SPECIFICATIONS

### construction

One piece 20 Ga. steel reflector and housing.
20 Ga. steel ends form finishing housing.
Side access 20 Ga. steel ballast compartment.
Seismic brackets supplied as standard.

Weight:    17 lbs

### optic

20 Ga. steel reflectors finished in matte satin white powder coat.
.095" thick frosted white acrylic lamp diffusers with linear micro–prism pattern.
Optional .020" thick acrylic accent strip available in round or square pattern.

### electrical

Electronic ballasts are thermally protected and have a Class "P" rating.
Consult factory for dimming specifications and availability.
UL and cUL listed.

### finish

Polyester powder coat applied over a 5-stage pre–treatment.
Optional Matte Stain White with anti–microbial coating provides 99.99% protection against a broad spectrum of micro–organisms.

## ORDERING

| | | |
|---|---|---|
| **luminaire series** | | _____ |
| Aviator | FAR | |
| **nominal size** | | _____ |
| 2' x 2' | 22 | |
| **shielding** | | _____ |
| Acrylic Diffuser | AC | |
| Acrylic Diffuser with Round Accent Strip | RA | |
| Acrylic Diffuser with Square Accent Strip | SA | |
| **optional color strip** (Leave blank for no color) | | _____ |
| Red | R | |
| Green | G | |
| Blue | B | |
| **lamp quantity** | | _____ |
| One Lamp (Biax only) | 1 | |
| Two Lamps | 2 | |
| **lamp type** | | _____ |
| 40 Watt Biax | BX40 | |
| 55 Watt Biax | BX55 | |
| T5 | T5 | |
| T5HO | T5HO | |
| T8 | T8 | |
| **ballast** | | _____ |
| Electronic Instant Start <10% THD (BX40 only) | E | |
| Electronic Program Start <10% THD | S | |
| Electronic Dimming Ballast | D | |
| Electronic Step Dimming (2T5 only) | DA | |
| **voltage** | | _____ |
| 120 Volt | 120 | |
| 277 Volt | 277 | |
| 347 Volt | 347 | |
| **mounting** | | _____ |
| 15/16" Grid | G1 | |
| 9/16" Grid | G2 | |
| 9/16" Slot Tee | G3 | |
| **factory options** | | |
| Air Return (Overall height for luminaire with Air Return is 4.304") | AR | _____ |
| Chicago Plenum | CP | _____ |
| Drywall Frame Kit (Cut out dimensions: Min: 24.25"/Max: 24.563") | DF | _____ |
| Emergency Battery Pack | EM | _____ |
| HLR/GLR Fuse | FU | _____ |
| Flex Whip | FW | _____ |
| Include 3000K Lamp | L830 | _____ |
| Include 3500K Lamp | L835 | _____ |
| Include 4100K Lamp | L841 | _____ |
| Master Satellite | MS | _____ |
| Separate Circuit | SC | _____ |
| **finish** | | _____ |
| Matte Satin White | WH | |
| Matte Satin White with Anti–Microbial Coating | WHA | |

RECESSED

Focal Point L.L.C. 4201 South Pulaski Rd, Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.8484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

# aviator™ 2x4



FOCAL POINT®

## FEATURES

High efficiency architectural recessed fluorescent luminaire.

Aviator's blend of sweeping curves and contemporary lines compliment today's architecture.

Aviator's center lamp chamber provides minimal contrast between the diffuser and side reflectors creating even illumination and comfort.

Aviator features a shallow 3.3" housing height which flies under the radar of most plenum obstructions.

The lamp diffuser has been designed with an upper and lower track that accepts individual or combinations of accent strips.

### shielding options



accent strip        round accent        square accent
                    strip               strip

### color options



red                 green               blue

april 2008

## DIMENSIONAL DATA



3.3" [84mm]

24.00"
609.6mm

Overall height for luminaire with Air Return is 4.304"

### lamping options



T5/T5HO LAMPS



T8 LAMPS

## PERFORMANCE



2–Lamp T5
83% Efficiency
1578 cd @ 10°

fixture type:

project name:

RECESSED

## DETAILS

### mounting

for lay–in grid, specify G1, G2 or G3.


g1
15/16"


g2
9/16"


g3
slot 9/16

### drywall frame kit

specify "DF" Drywall Frame Kit for drywall ceiling conditions.


Use tie–wire or screws to secure frame kit.


cut out dimensions:
2': Min: 24.125"
    Max: 24.563"
4': Min: 48.125"
    Max: 48.563"

## SPECIFICATIONS

### construction

One piece 20 Ga. steel reflector and housing.
20 Ga. steel ends form finishing housing.
Side access 20 Ga. steel ballast compartment.
Seismic brackets supplied as standard.

Weight:    25 lbs

### optic

20 Ga. steel reflectors finished in matte satin white powder coat.
.095" thick frosted white acrylic lamp diffusers with linear micro–prism pattern.
Optional .020" thick acrylic accent strip available in round or square pattern.

### electrical

Electronic ballasts are thermally protected and have a Class "P" rating.
Consult factory for dimming specifications and availability.
UL and cUL listed.

### finish

Polyester powder coat applied over a 5-stage pre–treatment.
Optional Matte Stain White with anti–microbial coating provides 99.99% protection against a broad spectrum of micro–organisms.

## ORDERING

### luminaire series
Aviator    FAR    _____

### nominal size
2' x 4'    24    _____

### shielding
_____
Acrylic Diffuser    AC
Acrylic Diffuser with Round Accent Strip    RA
Acrylic Diffuser with Square Accent Strip    SA

### optional color strip
(Leave blank for no color)    _____
Red    R
Green    G
Blue    B

### lamp quantity
_____
One Lamp    1
(T5/T5HO only)
Two Lamps    2

### lamp type
_____
T8    T8
T5    T5
T5HO    T5HO

### ballast
_____
Electronic Instant Start <10% THD    E
(T8 only)
Electronic Program Start <10% THD    S
Electronic Dimming Ballast    D
Electronic Step Dimming    DA
(2T5 only)

### voltage
_____
120 Volt    120
277 Volt    277
347 Volt    347

### mounting
_____
15/16" Grid    G1
9/16" Grid    G2
9/16" Slot Tee    G3

### factory options
Air Return    AR    _____
(Overall height for luminaire with Air Return is 4.304")
Chicago Plenum    CP    _____
Drywall Frame Kit    DF    _____
(Cut out dimensions: Min: 24.25"/Max: 24.563" Min: 48.25"/Max 48.563")
Emergency Battery Pack    EM    _____
HLR/GLR Fuse    FU    _____
Flex Whip    FW    _____
Include 3000K Lamp    L830    _____
Include 3500K Lamp    L835    _____
Include 4100K Lamp    L841    _____
Master Satellite    MS    _____
Separate Circuit    SC    _____

### finish
_____
Matte Satin White    WH
Matte Satin White with Anti–Microbial Coating    WHA

Focal Point L.L.C. 4201 South Pulaski Rd, Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.8484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

# EXHIBIT E



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

## NOTICE OF REVIVAL OF APPLICATION

PETER N. JANSSON
JANSSON SHUPE & MUNGER LTD.
245 MAIN ST STE M
RACINE WI 53403-1034

| | |
|---|---|
| **SERIAL NUMBER:** | 76/567090 |
| **MARK:** | AVIATOR |
| **OWNER:** | Ruud Lighting, Inc. |
| **REVIVAL DATE:** | October 24, 2006 |

The above referenced application was revived on the date shown above.

The file will be forwarded to the appropriate section of the Office for further action.  For example, if the abandonment resulted from failure to timely file a response to an Office Action, your file will be forwarded to the Examining Attorney; if the abandonment resulted from a failure to timely file a Statement of Use or Extension of Time to File a Statement of Use, your file will be forwarded to the Intent to Use Section.

To verify the status and location of your application, please wait approximately three weeks, then check the Trademark Application and Registration Retrieval (TARR) system located at the USPTO website: www.uspto.gov, or call the Trademark Assistance Center at 1-800-786-9199.

ORIGINAL

PTO Form 2195 (Rev 5/2006)
OMB No. 0651-0054 (Exp. 11/30/2008)

# Petition to Revive Abandoned Application - Failure to File Timely Statement of Use or Extension Request of Use

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76567090 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **DATE OF NOTICE OF ABANDONMENT** | 08/15/2006 |
| **MARK SECTION** | |
| MARK | AVIATOR |
| **PETITION** | |
| PETITION STATEMENT | Applicant has firsthand knowledge that the failure to file an SOU or Extension Request by the specific deadline was unintentional, and requests the USPTO to revive the abandoned application. |
| NOTICE OF ALLOWANCE | Notice of Allowance was received by applicant |
| **EXTENSION OF TIME TO FILE STATEMENT OF USE** | |
| **OWNER SECTION** | |
| NAME | Ruud Lighting, Inc. |
| STREET | 9201 Washington Avenue |
| CITY | Racine |
| STATE | WI |
| ZIP/POSTAL CODE | 53406 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| NAME | Peter N. Jansson |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 011 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| **EXTENSION SECTION** | |
| EXTENSION PERIOD(S) | 1 |
| ALLOWANCE MAIL DATE | 02/14/2006 |
| **PAYMENT SECTION** | |
| SUBTOTAL AMOUNT | 100 |
| NUMBER OF CLASS | 1 |
| SUBTOTAL AMOUNT | 150 |

| TOTAL AMOUNT | 250 |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATURE | /peter n jansson/ |
| SIGNATORY NAME | Peter N. Jansson |
| SIGNATORY DATE | 10/24/2006 |
| SIGNATORY POSITION | Attorney for Applicant |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Oct 24 10:16:51 EDT 2006 |
| TEAS STAMP | USPTO/PSE-6912812538-2006 1024101651854714-76567090 -250197cc6b0b9bb369298e22 a8c6d8c5422-DA-1192-20061 024101600525006 |

PTO Form 2195 (Rev 5/2006)
OMB No. 0651-0054 (Exp. 11/30/2008)

## Petition to Revive Abandoned Application - Failure to File Timely Statement of Use or Ex

To the Commissioner for Trademarks:

**MARK:** AVIATOR
**SERIAL NUMBER:** 76567090

### PETITION
Applicant has firsthand knowledge that the failure to file an SOU or Extension Request by the specific deadline was unintentional, and requests the USPTO to revive the abandoned application.

### EXTENSION OF TIME TO FILE STATEMENT OF USE
The applicant, Ruud Lighting, Inc., residing at 9201 Washington Avenue, Racine, WI US 53406, requests revival of the application identified above, and submits extension(s) of time to file the Statement of Use under 37 C.F.R. Section 2.89.    The Notice of Allowance mailing date was 02/14/2006.

For International Class: 011, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

The applicant is filing extension number(s): 1.

The applicant hereby appoints Peter N. Jansson to submit this Petition to Revive Abandoned Application - Failure to File Timely Statement of Use or Extension Request of Use on behalf of the applicant.

A fee payment in the amount of $250 will be submitted with the form.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made

on information and belief are believed to be true.


Signature: /peter n jansson/     Date: 10/24/2006
Signatory's Name: Peter N. Jansson
Signatory's Position: Attorney for Applicant

Serial Number: 76567090
Internet Transmission Date: Tue Oct 24 10:16:51 EDT 2006
TEAS Stamp: USPTO/PSE-6912812538-2006102410165185471
4-76567090-250197cc6b0b9bb369298e22a8c6d
8c5422-DA-1192-20061024101600525006

RAM SALE NUMBER:  1192
RAM ACCOUNTING DATE:  20061024

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2006/10/24                                                      76/567090

| Description | Fee Code | Transaction | Total Fees Paid |
| --- | --- | --- | --- |
| POA | 7005 | 2006/10/24 | 100 |
| ESU | 7004 | 2006/10/24 | 150 |



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Oct 17, 2006

## NOTICE OF ABANDONMENT

PETER N. JANSSON
JANSSON SHUPE & MUNGER LTD.
245 MAIN ST STE M
RACINE WI 53403-1034

| | |
|---|---|
| **SERIAL NUMBER:** | 76/567090 |
| **MARK:** | AVIATOR |
| **APPLICANT:** | Ruud Lighting, Inc. |

THE ABOVE IDENTIFIED TRADEMARK APPLICATION WAS ABANDONED ON 08/15/2006 FOR THE FOLLOWING REASON:

APPLICANT FAILED TO FILE A STATEMENT OF USE (SOU) OR REQUEST FOR AN EXTENSION OF TIME TO FILE A STATEMENT OF USE (EXTENSION REQUEST).   TRADEMARK ACT 1(d)(4), 15 U.S.C. 1051 (d)(4); 37 C.F.R. 2.65(c).

**YOU CAN REQUEST REINSTATEMENT OF THE APPLICATION FOR NO FEE IF:**

* YOU HAVE PROOF THAT THE STATEMENT OF USE OR EXTENSION REQUEST WAS RECEIVED IN THE USPTO ON OR BEFORE THE DUE DATE - SUCH AS A POSTCARD WITH A USPTO MAILROOM DATE STAMP; OR,
* YOU MAILED OR FAXED THE STATEMENT OF USE OR EXTENSION REQUEST ON OR BEFORE THE DUE DATE WITH A CERTIFICATE OF MAILING OR FACSIMILE TRANSMISSION, IN ACCORDANCE WITH USPTO RULE 2.197, 37 CFR SEC. 2.197.

**YOU MUST SUBMIT A COPY OF THE PREVIOUSLY SUBMITTED TIMELY STATEMENT OF USE OR EXTENSION REQUEST WITHIN 2 MONTHS OF THE DATE PRINTED AT THE TOP OF THIS NOTICE ALONG WITH ONE OF THE TYPES OF PROOF SET OUT ABOVE. YOU MAY FAX THIS INFORMATION TO THE INTENT TO USE UNIT AT 571-273-9550.**

**IF YOU DO NOT HAVE THE PROOF NECESSARY FOR REINSTATEMENT, YOU CAN REQUEST REVIVAL OF THE APPLICATION, UNDER USPTO RULE 2.66, 37 CFR SEC. 2.66, BY:**

* FILING A "PETITION TO REVIVE" **WITHIN 2 MONTHS** OF THE DATE PRINTED AT THE TOP OF THIS NOTICE, INDICATING THAT THE REASON FOR THE DELAY IN RESPONDING BY THE DUE DATE WAS "UNINTENTIONAL";
* PAYING THE PETITION FEE OF $100, MADE PAYABLE TO THE COMMISSIONER OF TRADEMARKS; AND
* IF YOU RECEIVED THE NOTICE OF ALLOWANCE YOU MUST ALSO INCLUDE A COPY OF THE STATEMENT OF USE OR EXTENSION REQUEST AND THE REQUIRED FEES, INCLUDING ANY FEES FOR EXTENSION REQUESTS THAT SHOULD HAVE BEEN FILED IF THE APPLICATION HAD NEVER BEEN ABANDONED. IF YOU DID NOT RECEIVE THE NOTICE OF ALLOWANCE, INCLUDE A STATEMENT THAT YOU DID NOT RECEIVE THE NOTICE OF ALLOWANCE.

**FOR FURTHER INFORMATION CALL 1-800-786-9199**