## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| FOCAL POINT, L.L.C., ) | Civil Action No. 08-cv-02859 |
| ) | |
| Plaintiff, ) | |
| ) | Judge Kennelly |
| v. ) | |
| ) | Magistrate Judge Denlow |
| RUUD LIGHTING, INC., ) | |
| ) | |
| Defendant. ) | Jury Trial Demanded |

## NOTICE OF MOTION

To:   Peter N. Jansson
      Jansson Shupe & Munger, Ltd.
      245 Main Street
      Racine, Wisconsin 53403
      Telephone: (262) 632-6900
      Facsimile: (262) 632-2257

Please take notice that on Tuesday, May 27, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Honorable Judge Mathew F. Kennelly, or anyone sitting in his place, in courtroom 2103 at 219 South Dearborn Street, Chicago, Illinois, and then and there present Focal Point's Motion for Leave to File Its Preliminary Response to Ruud Lighting, Inc.'s Motion for a TRO and Preliminary Injunction in Excess Of Page Limitation, copies of which are hereby served upon you, this 27th day of May, 2008.

                                                    Respectfully submitted,

Dated:  May 27, 2008                By: /s/ Michael L. Krashin
                                              Erik S. Maurer (6275467)
                                                    emaurer@bannerwitcoff.com
                                              Michael L. Krashin (6286637)
                                                    mkrashin@bannerwitcoff.com
                                              BANNER & WITCOFF, LTD.
                                              10 S. Wacker Drive – Suite 3000
                                              Chicago, Illinois  60606
                                              Telephone:  (312) 463-5000
                                              Facsimile:   (312) 463-5001

                                              **Attorneys for Plaintiff Focal Point, L.L.C.**

## CERTIFICATE OF SERVICE

On May 27, 2008, I electronically filed the foregoing Notice of Motion through the Court's ECF system, which will send a notice via electronic filing to all counsel of record, including counsel of record for the Defendant as indicated below:

>Peter N. Jansson
>Jansson Shupe & Munger, Ltd.
>245 Main Street
>Racine, Wisconsin 53403
>Telephone: (262) 632-6900
>Facsimile: (262) 632-2257

    /s/ Michael L. Krashin
ATTORNEYS FOR FOCAL POINT