UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Focal Point, L.L.C.
                        Plaintiff,

v.                                          Case No.: 1:08−cv−02859
                                          Honorable Matthew F. Kennelly

Ruud Lighting, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Hearing held on motion for TRO. Motion is denied is denied for the reasons stated in open court [12] [15]. Motion for leave to file brief in excess of 15 pages [16] is granted. Status hearing set for 6/12/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.