

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JUN - 6 2008
JUN - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| FOCAL POINT, L.L.C., | ) | Civil Action No. 08-cv-02859 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| RUUD LIGHTING, INC., | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |

## NOTICE OF REFILING OF EXHIBITS A & C TO FOCAL POINT'S PRELIMINARY RESPONSE TO RUUD LIGHTING, INC.'S MOTION FOR A TRO AND PRELIMINARY INJUNCTION

Please take notice that Plaintiff Focal Point, L.L.C. is manually filing Exhibits A & C to

Focal Point's Preliminary Response to Ruud Lighting, Inc.'s Motion for a TRO and Preliminary

Injunction (Docket Entry No. 16). These manually filed exhibits are replacements for the exhibits

that were electronically filed on May 27, 2008, and they are being manually filed at the request of the

Clerk's office due to the quality of certain images reproduced in Exhibits A & C.

Respectfully submitted,

Dated: June 6, 2008                    By:

Erik S. Maurer (6275467)
emaurer@bannerwitcoff.com
Michael L. Krashin (6286637)
mkrashin@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000

Facsimile:   (312) 463-5001

**Attorneys for Plaintiff Focal Point, L.L.C.**

## CERTIFICATE OF SERVICE

I certify that on June 6, 2008, true and correct copies of the foregoing Notice of Filing and

manually filed Exhibits A & C will be served by First Class Mail on counsel of record for the

Defendant listed below.

> Peter N. Jansson
> Jansson Shupe & Munger, Ltd.
> 245 Main Street
> Racine, Wisconsin 53403
> Telephone: (262) 632-6900
> Facsimile: (262) 632-2257

_____
ATTORNEYS FOR FOCAL POINT

3

# EXHIBIT A



BANNER & WITCOFF, LTD.
INTELLECTUAL PROPERTY LAW

TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

ERIK S. MAURER
emaurer@bannerwitcoff.com

May 19, 2008

**VIA EMAIL** (pjansson@janlaw.com)
**CONFIRMATION VIA U.S. MAIL**

Peter N. Jansson
Jansson Shupe & Munger, Ltd.
245 Main Street
Racine, Wisconsin 53403

> Settlement
> Correspondence
> Subject to Rule 408,
> Fed. R. Ev.

      Re:    "AVIATOR"
           Our File No. 011687.00086

Dear Peter:

        This letter responds to your May 9, 2008 letter, which we have carefully reviewed. Focal Point, LLC's ("Focal Point's") planned use of "AVIATOR" does not infringe any rights of Ruud Lighting ("Ruud"). More to the point, there is no likelihood that consumers would be confused as a result of Focal Point's planned use of "AVIATOR" for its products.

        At the outset, it is important to note that "AVIATOR" is a common noun that is widely used by many entities as a trademark, including by several entities in the lighting industry. Records of the U.S. Trademark Office indicate that there are over 40 trademark registrations for marks that include "AVIATOR." The multiple uses of "AVIATOR" in the lighting industry include a Federal trademark registration for "AVIATOR" for flashlights owned by SureFire; Hinkley Lighting's use of "AVIATOR" for various lighting products, including wall and ceiling mounted bathroom fixtures; and Adesso Lighting's use of "AVIATOR" for a floor lamp. These uses are in addition to Ruud's use of "AVIATOR" and Focal Point's planned use of "AVIATOR."

        Furthermore, as you know, Ruud was not the first to use or register the trademark "AVIATOR" in the lighting field. In fact, when Ruud first applied with the Trademark Office to register "AVIATOR," the Trademark Office rejected Ruud's application in view of SureFire's registration for "AVIATOR," also for lighting products. Ruud then forcefully and repeatedly argued to the Trademark Office why there was no likelihood of confusion. Ruud explained that the issue of likelihood of confusion centers on various factors, such as a comparison of the products at issue, the level of sophistication of customers, the degree of care exercised by the customers, and whether the products involved are competitive. Indeed, as Ruud told the Trademark Office, "[s]imply because the goods in question both involve lighting does not per se require a finding of likelihood of confusion." As we discuss below,

CHICAGO, IL
WASHINGTON, DC
BOSTON, MA
PORTLAND, OR

Peter N. Jansson
May 19, 2008
Page 2 of 4

in Ruud's arguments to the Trademark Office, Ruud made several key assertions that
underscore why, in this case, there is no likelihood of confusion.

     Turning to the specifics of this situation, Ruud and Focal Point's goods are quite
distinct. As you note in your May 9 letter, Ruud's registration for "AVIATOR" is narrowly
limited to very specific products, namely, "outdoor pole-mounted or wall-mounted electrical
parking, roadway and area lighting fixtures." In Ruud's trademark application, you
explained to the Trademark Office that Ruud's products are intended to be used as "large
fixed-mount outdoor lighting fixtures for parking lots, roadways, shopping malls and other
public places." You also submitted to the Trademark Office a photograph of what you said
was your client's fixtures. This picture, reproduced below, presumably shows the subject
outdoor, pole-mounted or wall-mounted mounted fixtures lighting a parking area of a city
street.



     In contrast, Focal Point's application (Serial No. 77/403,905) covers very different
goods, namely "indoor, ceiling mounted, recessed electric lighting fixtures used in office or
commercial settings." As you know, Focal Point is an architectural lighting manufacturer.
Focal Point makes products for use indoors in office or educational settings, for example,
recessed in the ceilings of an accounting firm office. Focal Point does not make products
that are intended to be used outdoors, nor does it make pole mounted products or products for
lighting parking lots or roads. Focal Point does not sell any products, much less products that
will be branded "AVIATOR," of the type that are even close to the goods described in your
client's registration. Thus, there simply is no overlap in the products.

Peter N. Jansson
May 19, 2008
Page 3 of 4

Moreover, the relevant inquiry is whether customers of the products would likely be confused. Here, Ruud told the Trademark Office that customers of Ruud's "AVIATOR" fixtures were "sophisticated purchasers, who exercise extra case." Ruud also told the Trademark Office – when explaining why Surefire's goods were distinguishable – that "the goods of both parties are not impulse items bought casually, but are items carefully purchased by sophisticated purchases."

Additionally, a potential customer looking to purchase an outdoor, pole-mounted product to light a parking lot would not look to Focal Point or Focal Point's products. Focal Point makes no such products. The same is true of Focal Point's potential customers of its "AVIATOR" product; they would not look to Focal Point for outdoor, pole-mounted parking lot lights.

Thus, for these additional reasons, we fail to see how "sophisticated purchasers" who "exercise extra care" in the purchase of expensive, specialty products such as outdoor, pole-mounted fixtures for lighting parking lots would likely be confused if Focal Point introduced, under the name "AVIATOR," indoor, ceiling mounted, recessed architectural fixtures for use in office or educational settings. Both of our clients' products are expensive products, typically purchased in quantity and only after the purchaser has exercised a certain degree of care and attention to the purchasing decision. Given Ruud's admissions about the sophistication of its customers for its specialty products, coupled with the lack of competition between our clients' products, confusion is not likely.

In summary, there is no likelihood of confusion here for a variety of reasons, including at least: the many uses of the common noun "AVIATOR" by others, including in the lighting industry; the significant differences between our clients' products; the sophistication of customers; the lack of competition between the products; and the admissions Ruud made to the Trademark Office to obtain registration of its "AVIATOR" mark. Again, as Ruud correctly told the Trademark Office, "simply because the goods in question both involve lighting does not per se require a finding of likelihood of confusion."

Please be assured that Focal Point takes intellectual property rights very seriously. To that end, we have filed a declaratory judgment action in the District Court for the Northern District of Illinois seeking a declaration that Focal Point does not infringe any alleged rights that Ruud may own in "AVIATOR." A copy of the complaint and its exhibits is enclosed. You can find all of the prosecution statements cited above in Exhibit D to the Complaint.

We have not yet served the complaint because Focal Point would like to resolve this matter – and avoid the time, expense, and inconvenience of litigation – if at all possible. Unfortunately, the facts here convinced Focal Point that it had little choice but to seek declaratory relief to protect its rights.

Peter N. Jansson
May 19, 2008
Page 4 of 4

That said, we trust that the information provided above and in the complaint resolve this matter.  If you would like to discuss this matter further, please feel free to contact me directly at (312) 463-5407.  Focal Point looks forward to an amicable resolution of this dispute.

Sincerely,

Erik S. Maurer

ESM:kjm

# EXHIBIT C

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in

# Google

| aviator light | | **Search** | Advanced Search |
|---|---|---|---|
| | | | Preferences |

**Web**   Shopping   Video   Books               Results 1 - 100 of about **433,000** for **aviator light**. (0.49 seconds)

Shopping results for **aviator light**



Ray-Ban Original **Aviator** Sunglasses ...   $130.00 - Saks Fifth Avenue
PLC Lighting PLC-1812-SN **Aviator** ...   $316.99 - ArcadianLighting.com
SureFire **Aviator Lights** (Red)   $194.99 - Cabela's

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**lighting**

Cabela's -- SureFire **Aviator Lights**
Originally developed for professional **aviators** who needed a **light** bright enough
to illuminate a 747's tail section from the...
www.cabelas.com/prod-1/0026282516164a.shtml - 96k - Cached - Similar pages

Cool Tool: SureFire A2 **Aviator Light**
Jun 8, 2007 ... SureFire A2 **Aviator Light**. Super-bright, dual-output torch conserves juice.
surefire-a2.jpg. I own four G2s as well as SureFire's Defender ...
www.kk.org/cooltools/archives/001724.php - 19k - Cached - Similar pages

Anywhere Wx - **Aviation** Weather
$50/month includes **all aviator light** products plus:. **Aviator** Package. Update Rate.
Lightning:. 5 minutes. Winds Aloft:. 12 minutes. ECHO Tops:. 7.5 minutes ...
www.anywheremap.com/**aviation**-weather.aspx - 44k - Cached - Similar pages

Anywhere Map- XM WX Subscription Options
$50/month includes all **aviator light** products plus:. **Aviator** Package. Update Rate.
Lightning:. 5 minutes. Winds Aloft:. 12 minutes. Surface Analysis Maps: ...
www.anywheremap.com/pages/XMWXPackages.aspx - 32k - Cached - Similar pages

**Aviator Light** Package
Download **Aviator Light** Package, provided on ITCFonts.com from FontHaus. **Aviator Light**
Package is available in PostScript for Macintosh, Windows. .
www.itcfonts.com/fonts/font/ pid/400968/**Aviator+Light**+Package/detail - 38k - Cached - Similar pages

**Aviator Light** Package
Download **Aviator Light** Package, provided on ITCFonts.com from FontHaus. **Aviator Light**
Package is available in PostScript for Macintosh, Windows. .
www.itcfonts.com/Fonts/detail.htm?pid=400968 - 38k - Cached - Similar pages

**Aviator Light** Package Font - Fonts.com
Download **Aviator Light** Package, provided on Fonts.com from FontHaus. **Aviator Light**
Package is available in PostScript for Macintosh, Windows. .
www.fonts.com/findfonts/detail.htm?pid=400968 - 50k - Cached - Similar pages

Surefire A2-Ha-Wh **Aviator Light** White Led Olive Drab - Joe's ...

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three ...
www.joessportinggoods.us/3051.html - 28k - Cached - Similar pages

### eBay.com.sg: ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB ...

Find ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 in the Clothing,
Shoes Accessories category on eBay.com.sg.
cgi.ebay.com.sg/ ITALY-RAY-BAN-SUNGLASSES-**AVIATOR-LIGHT**-ADAPTIVE-RB-
3342_W0QQitemZ170221637604QQihZ007QQca... - 100k - Cached - Similar pages

#### eBay.com.sg: ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB ...

Find ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 in the Clothing,
Shoes Accessories category on eBay.com.sg.
cgi.ebay.com.sg/ws/eBayISAPI.dll?ViewItem& item=170219393247&indexURL= - 98k - Cached - Similar pages

### NWT GYMBOREE **AVIATOR LIGHT** BLUE ROLL UP PANTS 5T - eBay (item ...

eBay: Find NWT GYMBOREE **AVIATOR LIGHT** BLUE ROLL UP PANTS 5T in the Clothing,
Shoes Accessories , Infants Toddlers , Boys' Clothing , Size 5T , Jeans Pants ...
cgi.ebay.com/NWT-GYMBOREE-**AVIATOR-LIGHT**-BLUE-ROLL-UP-PANTS-5T_
W0QQitemZ110255838823QQihZ001QQcategoryZ147... - 98k - Cached - Similar pages

#### ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 - eBay ...

eBay: Find ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342 in the Clothing,
Shoes Accessories , Men's Accessories , Sunglasses , Ray-Ban category on ...
cgi.ebay.com/ ITALY-RAY-BAN-SUNGLASSES-**AVIATOR-LIGHT**-ADAPTIVE-RB-
3342_W0QQitemZ180246471431QQcmdZViewItem?... - 107k - Cached - Similar pages

### **Aviator Light** Package - Font Search Engine

Font Search Engine offers a huge selection of fonts for Windows and Macintosh.
Download **Aviator Light** Package.
www.fontsearchengine.com/Aviator-Light-Package.html - 13k - Cached - Similar pages

### Lincoln **Aviator** SUV Accessories & Parts

Lincoln **Aviator** Exterior Accessories. Lincoln **Aviator Lights** & Lighting ...
Lincoln **Aviator Light** Covers and Accessories ... Lincoln **Aviator** Tail **Lights** ...
www.autoanything.com/suv/ lincoln/aviator/95A4A41A1071.aspx - 302k - Cached - Similar pages

### Polarized Sunglasses, Clip on sunglasses, Polarized Clip-ons ...

Style: **Aviator**, **Light** wight and Comfortable. This frame is ideal for medium and
large faces. The P470 is available in the following colors : ...
www.polarizedoptics.com/catalog/ product_info.php?cPath=27&products_id=53 - 29k - Cached - Similar pages

### SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 ...

SureFire MA02 Lamp Assembly fits SureFire A2 **Aviator** flashlights and produces 50
lumens of **light** for 1 hour. Package Contents:. SureFire A2 **Aviator** Bulb ...
www.opticsplanet.net/ surefire-lamp-led-conversion-kit-ma02.html - 55k - Cached - Similar pages

#### Serengeti **Aviator** Sunglasses 40%OFF FREE UPS Small Large **Aviators** ...

Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.opticsplanet.net/ serengeti-driversgradient-aviator.html - 77k - Cached - Similar pages

### Product Reviews and Comments - Pacific Tactical Solutions

My co-pilot had the "name brand" **aviator light** that cost four times as much.
The Wolf Eyes Sniper 6TX was brighter (both white **light** and red LED), ...
www.pts-flash**light**s.com/category.aspx?uid=58 - 46k - Cached - Similar pages

## Inhabitat » CELEBRITY LAMP made from **aviator** sunglasses
Unfortunately the lamps no longer take advantage of the "old use" for **aviators**;
each lamp consumes 40 new pairs of sunglasses that will never see the **light** ...
www.inhabitat.com/2008/05/ 19/deeply-madly-living-celebrity-lamp/ - 99k - Cached - Similar pages

## **Aviator** SG-**Light** : Font File Details : MyFonts
Font File Details for the font **Aviator** SG-**Light**. ... Here's a partial character
map for **Aviator** SG-**Light**. This is for quick reference only and may not ...
www.myfonts.com/fonts/spiecegraphics/ **aviator**-sg/**light**/win-t1/230089/ - 17k - Cached - Similar pages

### **Aviator** SGA-**Light** : Font File Details : MyFonts
Here'sa partial character map for **Aviator** SGA-**Light**. This is for quick reference
only and may not constitute the entire character set provided in the font. ...
www.myfonts.com/fonts/spiecegraphics/ **aviator**-sg/**aviator**-sga-**light**/win-t1/230091/ - 17k - Cached - Similar pages

## Lincoln **Aviator** Fog **Light** - Fog **Lights** - Partstrain.com
All day long, our online store is ready to take your orders for outstanding
Lincoln **Aviator** fog **light**; visit us anytime.
www.partstrain.com/ShopByDepartment/ Fog_**Light**/LINCOLN/AVIATOR - 60k - Cached - Similar pages

## Lincoln **Aviator** Fog **Light** | Always In Stock - Replacement, Rampage ...
Capture comfort in knowing that your Lincoln **Aviator** Fog **Light** will be securely
purchased through our online checkout or even by phone!
www.racepages.com/parts/fog_**light**/lincoln/**aviator**.html - 53k - Cached - Similar pages

## Jim N Texas! » **Aviation & Space**
I have the ' **Aviator Light**' XM subscription which shows NEXRAD radar, echo tops,
TFRs, METARs, TAFs and precipitation. Don't tell XM, but I'm also seeing ...
grayraven.com/JimNtexas/?cat=2 - 91k - Cached - Similar pages

## [PDF] **Aviation** Support News
File Format: PDF/Adobe Acrobat - View as HTML
channels as well as the **Aviator Light** weather package. Go to http://www.xmradio.com/
for. more information on these services and their subscription pricing. ...
www.garmin.com/**aviation**/newsletters/AvNews_Q206.pdf - Similar pages

## IndUS **Aviation**, Inc
IndUS **Aviation**, Inc. has successfully completed the first **Light** Sport Aircraft
standards external compliance audit.. Click for more ...
www.indusav.com/ - 32k - Cached - Similar pages


### YouTube - Street **Light** Youth - The **Aviator**
Street **Light** Youth - Colchester Arts Centre 20/7/2007.
2 min 26 sec - ★★★★★
www.youtube.com/watch?v=7WgotvklfpM

## YouTube - Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester, Essex, England 28/03/06.
www.youtube.com/watch?v=vz_-VFkQZ2E - 57k - Cached - Similar pages

aviator light - Google Search

Refinery29 Shops :: Stores :: Object Stores :: Silver Lining ...
Mannequin **Light** Tortoise **Aviator** Frame. $295.00 From Silver Lining. Manufactured in
the same factory as Balenciaga's frames, this large classic **aviator** ...
silverlining.refinery29shops.com/ product.php?productid=17612&cat=369 - 25k - <u>Cached</u> - <u>Similar pages</u>

Flashlight Reviews and LED Modifications
The Surefire A2 **Aviator** is a very unique **light**. Surefire has blended several
different technologies into one compact multipurpose **light**. ...
www.flashlightreviews.com/reviews/surefire_a2.htm - 28k - <u>Cached</u> - <u>Similar pages</u>

Classic **Aviator Light** Brown Fashion Sunglasses,fashion sunglasses ...
Order your Classic **Aviator Light** Brown Fashion Eyewear Sunglasses, best sunglasses,
ski goggles, and swimming goggles for your fashion and sports needs.
www.cheaponlineglasses.com/ Classic-**Aviator-Light**-Brown-Fashion-Eyewear-Sunglasses-sku-a08010400ux0128-
fro... - 25k - <u>Cached</u> - <u>Similar pages</u>

Lincoln **Aviator** 04-05 Chrome Tail **Light** Trim-Lincoln Chrome Tail ...
Vehicle Exterior products by KS including Lincoln **Aviator** 04-05 Chrome Tail **Light**
Trim. We also offer Chrome Tail **Light** Trim for many of today's most ...
www.slickcar.com/productdetails.asp?ProductID=4742 - 86k - <u>Cached</u> - <u>Similar pages</u>

Lincoln **Aviator Lights** > Why Buy New Lincoln **Aviator** Parts When ...
You will be guaranteed to have the best used Lincoln **Aviator Lights** with
affordability and in a timely manner. You will feel safe and secure ordering the ...
www.automotix.net/ partshotline-lincoln-**aviator-lights**-requests.html - 50k - <u>Cached</u> - <u>Similar pages</u>

Police Security Military Tactical Equipment Products Australia New ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.legear.com.au/product-p/surefire-a2.htm - 45k - <u>Cached</u> - <u>Similar pages</u>

FRENCH **AVIATORS** DUBIOUS.; Aero Club Wants More **Light** -- Time Short ...
There is a very compact wireless equipment, he said, being used by foreign **aviators**
which is very **light** and that might be installed in the machine for the ...
query.nytimes.com/gst/ abstract.html?res=F30710F7345F13738DDDA80994DA405B848DF1D3 - 5k
- <u>Cached</u> - <u>Similar pages</u>

Sunglasses in **Aviation**
Several issues on the use of sunglasses should be reinforced to **aviators**, including:.
Sunglasses with **light** transmittance less than 15% may reduce effective ...
www.aoa.org/x5349.xml - 25k - <u>Cached</u> - <u>Similar pages</u>

Oklahoma **Aviator** in Cushing, OK. Your window to Oklahoma **Aviation** ...
Golden Age **Aviation**, Inc. publishes The Oklahoma **Aviator** and is a key provider
of services and information for sport pilots, sport pilot students, and **light** ...
www.oklahomaaviator.com/ - 11k - <u>Cached</u> - <u>Similar pages</u>

Surefire A2 **Aviator**, by Brad - Outdoors-Magazine.com
Surefire A2 **Aviator**. On 4 March 2005, by Brad. Digitally regulated hybrid **aviation**
**light** from Surefire. While some Surefire **lights** are some of the ...
outdoors-magazine.com/spip.php?article176 - 33k - <u>Cached</u> - <u>Similar pages</u>

Geoff Wellum - First **Light** : The Digital **Aviator**

aviator light - Google Search

I have just read Geoff Wellum's book 'First **Light**' for the second time and
confirmed it in my mind as the definitive account of life as a fighter pilot ...
www.thedigital**aviator**.com/blog/?p=325 - 38k - <u>Cached</u> - <u>Similar pages</u>

### eBay.co.uk Shops – classic, Sunglasses, Hair Accessories, Bags ...
Classic **Aviator Light** Brown Fashion Eyewear Sunglasses. Buy It Now, £1.99, £2.50.
From Hong Kong. PayPal Buyer Protection Programme ...
search.stores.ebay.co.uk/classic_ Girls-Accessories_W0QQdfspZ32QQsacatZ15628QQsofpZ4 - 132k
- <u>Cached</u> - <u>Similar pages</u>

### Spiece Graphics fonts and font families at FontHaus
$33.00. Astoria Antique **Light** SG (OT Std) · Astoria Antique **Light** SG (OT Std),
Spiece. OT. $39.00. **Aviator Light** SG · **Aviator Light** SG, Spiece ...
www.fonthaus.com/products/fonts/ list_supplier.cfm/supplier/spiecegraphics/ - 69k - <u>Cached</u> - <u>Similar pages</u>

### Surefire **Aviator** A2 Flashlight. One Xenon Blub & Three LED **Lights**.
Surefire **Aviator** A2 Xexon and LED Flashlight. White, Red, Green or Blue LED -
Available with White, Red, Green or Blue LED Surefire products are not ...
www.filmtools.com/suava2flgr.html - 31k - <u>Cached</u> - <u>Similar pages</u>

### Strange **light** formation over Washington D. C. reported by **Aviator** ...
12 years of **aviation** experience immediately told me that was no helicopter, and
certainly not a flare. Meteors burn up and the **light** extinguishes. ...
www.ufocasebook.com/washingtondc102605.html - 13k - <u>Cached</u> - <u>Similar pages</u>

### Amazon.com: Profile for Ryan Hatch
A MUST for pretty much every Surefire **light**, April 10, 2008 ... I have bought
one for all my Surefires (and I have many) except the **Aviator light**. A+ ...
www.amazon.com/gp/pdp/profile/AZ0OO7ENQK9SM - 108k - <u>Cached</u> - <u>Similar pages</u>

### S-Lite Battery Powered Personal LED **lights**
THE **AVIATOR** PACK contains the all of the **lights** and accessories that are most
often requested by combat **aviators**. The kit contains the following **lights** and ...
www.s-lite.com/products.php?id=30 - 18k - <u>Cached</u> - <u>Similar pages</u>

### **Light** Brown **Aviator** Dog Coat
Dress your dear dog in our **light** brown **Aviator** dog coat with synthetic sherpa lining.
www.poochiekingdom.com/ccdw/lightbrownaviatorcoat.shtml - 11k - <u>Cached</u> - <u>Similar pages</u>

### Ray-Ban 3025 **Aviator** Medium Metal 55 Black/Gradient **Light** Blue ...
Ray-Ban 3025 **Aviator** Medium Metal 55 (Black/Gradient **Light** Blue Lens) - **Aviator**;
Read Ray-Ban 3025 **Aviator** Medium Metal 55 product reviews, or select the ...
www.zappos.com/gs/n/p/dp/38261718/c/163548.html - 68k - <u>Cached</u> - <u>Similar pages</u>

### The **Light** Sensitive **Aviator** Sunglasses. - Clothing & Accessories ...
Buy The **Light** Sensitive **Aviator** Sunglasses. when you shop online at BizRate, a
price comparison search engine. Find the lowest prices on the web.
www.bizrate.com/sunglasses/oid753818237.html - 132k - <u>Cached</u> - <u>Similar pages</u>

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft
X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for
the best ecommerce websites.
www.pcaviator.com/dlstore/home.php?cat=5 - 85k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

## SureFire A2 **Aviator** Dual Output Hybrid Tactical LED Xenon Bulb ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.mountsplus.com/miva/merchant.mvc?page=MSP/ PROD/22_FLASHLIGHTS/SUR-A2-HA-BL - 33k
- Cached - Similar pages

## Lincoln **aviator** tail **light**, lincoln peewee football
Lincoln **aviator** tail **light**, lincoln peewee football, ketv lincoln, lincoln
quicklube, kennedy dallas lincoln vehicle.
members.lycos.nl/aliire/re1010.html - 19 hours ago - Similar pages

## SureFire A2 **Aviator** Digital Flashlights
SureFire A2 **Aviator** Digital Flashlights. SureFire A2 **Aviator** Digital Flashlights.
Originally developed for professional **aviators** who need a **light** bright ...
www.copquest.com/18-1025.htm - 22k - Cached - Similar pages

## Serengeti **Aviator** Sunglasses, **Aviator** SHIPS FREE on orders $29.95 & up
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.tactical-store.com/ts-si-sg-**aviator**.html - 53k - Cached - Similar pages

## Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebuster ...
These Classic **Aviators** filter out all blue-spectrum **light** and eliminate glare,
resulting in sharp, high definition imagery. Lenses also feature shatterproof ...
www.maximumeyewear.com/productfolder/ blue-buster-sunglasses/**aviator**/**aviator**.html - 12k
- Cached - Similar pages

## Serengeti **Aviator** Sunglasses w/ FREE UPS
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.eyewearplanet.com/ serengeti-driversgradient-**aviator**.html - 74k - Cached - Similar pages

## Surefire A2 **Aviator** Flashlight
Surefire A2 **Aviator** Surefire A2 **Aviator** flashlight Surefire A2 flashlight Surefire
A2 **light** Surefire A2 **Aviator** Surefire A2 **Aviator** flashlight Surefire A2 ...
www.batterystation.com/surefire_A2.htm - 30k - Cached - Similar pages

## Lincoln **Aviator** Maintenance and Repair - CarSpace Automotive Forums
May 18, 2008 ... I think this is what is going on with my 03 **aviator**. I got the misfire flashing
engine **light** and had it towed to the dealer in Jan 08. ...
townhall-talk.edmunds.com/direct/view/.ef22f48 - 63k - Cached - Similar pages

## LINCOLN **Aviator** performance parts, accessories and **light** bulbs upgrade
LINCOLN **Aviator** performance parts, accessories and **light** bulbs upgrade. Convert your
LINCOLN **Aviator** to a real head-turner now.
www.eautoworks.com/html/makeModel-LINCOLN-**Aviator**.htm - 17k - Cached - Similar pages

## GunBroker.com guns: Oracle aluminum **aviator** sub-compact **light** ...
NEW HEAVY DUTY ORACLE **AVIATOR** SUB-COMPACT **LIGHT**,WITH ADJUSTABLE FOCUS HEAD,HIGH
QUALITY ANODIZED SURFACE,HEAVY DUTY MACHINED AIRCRAFT ALUMINUM,SHOCK PROOF ...
gunbroker.com/Auction/ViewItem.asp?Item=100253297 - 38k - Cached - Similar pages

aviator light - Google Search

## Early Contributions to **Aviation**
These include Doolittle's reminiscences of the first blind flight; Basset's
detailed account of the early beacon **light** system; and British **aviator** Sir ...
www.fathom.com/course/10701016/index.html - 9k - Cached - Similar pages

## **Aviator** Serengeti **Aviator** Sunglasses FREE S&H, 41% OFF
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.shoptics.com/si-sg-**aviator**.html - 76k - Cached - Similar pages

## Aircraft for sale at **Aviators** HotLine - Parts, avionics, insurance
**Aviators** Hot Line MagEzine To read this month's issue click on the cover above ·
**Light Aviation** View this month's issue of **Light Aviation**. Want more from ...
www.**aviators**hotline.com/ - 40k - Cached - Similar pages

## B-55 Baron N6734G - Avidyne EX500
That is accomplished with an account with XM which offers two levels of service:
**Aviator** and **Aviator Light**. We chose the full **Aviator** service that includes ...
www.fwshome.com/ex500wishlist.html - 26k - Cached - Similar pages

## [PDF] Model A2-HA-xx
File Format: PDF/Adobe Acrobat - View as HTML
The A2 **Aviator**. ®. is fitted with three LEDs (**Light**. Emitting Diodes) surrounding
an incandescent. main lamp. Powered by two 3-volt lithium ...
www.surefire.com/images/manuals/a2_**aviator**_manual.pdf - Similar pages

## [PDF] Gobosh **Aviation** – The Next Big Thing
File Format: PDF/Adobe Acrobat - View as HTML
aircraft specifically for the American **light** sport **aviator**. One look at a Gobosh
aircraft. and the difference is obvious. "We quickly discovered that there ...
www.gobosh.aero/press_releases/ GPR%2007-01%20The%20Next%20Big%20Thing.pdf - Similar pages

## The **Light** Sensitive **Aviator** Sunglasses. reviews and ratings
Browse The **Light** Sensitive **Aviator** Sunglasses. reviews and ratings at MSN Shopping
or submit your own rating and review to help other shoppers.
shopping.msn.com/Reviews/shp/?itemId=984900309 - 29k - Cached - Similar pages

## VLJ MAGAZINE | Can Very **Light** Jet Air Taxis Save Us From Atlanta's ...
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/can_very_**light**_jet_air_taxis_save_us_from_atlantas_hartsfield_airport.html - 31k
- Cached - Similar pages

## [PDF] Headrest Applications Nov 1, 2007 (All).xls
File Format: PDF/Adobe Acrobat - View as HTML
Lincoln **Aviator**, **Light** Parchment. 947020. 2004-2006. Lincoln **Aviator**, Dove Gray.
947022. 2006. Lincoln **Aviator**, Camel. Lincoln Navigator. Lexus GS ...
www.gcimobile.net/pdf/app_gui_122.pdf - Similar pages

## Surefire A2 **Aviator** Flashlight - Sporty's Pilot Shop
Consisting of a xenon bulb and 3 red LEDs, the **Aviator** is perfect for preflight
and in the cockpit. The xenon bulb puts out 50 lumens of **light** and the red ...
www.sportys.com/acb/showdetl. cfm?Product_ID=10152&DID=19 - 109k - Cached - Similar pages

aviator light - Google Search

### ByDanJohnson.com - Light-Sport Aircraft
And GA News provides every-other-week coverage oriented to general aviation pilots
and aviators interested in Light Sport Aircraft. ...
www.bydanjohnson.com/index.cfm?b=6 - Similar pages

### Serengeti Aviator Sunglasses [Aviator] - R1,824.00 : TechnoPro ...
Spectral Control Lens System of Serengeti Aviator Sunglasses- Serengeti's patented
Spectral Control filters interact with the full spectrum of light, ...
shop.technopro.co.za/ serengeti-aviator-sunglasses-p-508.html - 51k - Cached - Similar pages

### Sport Aviator - www.masportaviator.com
See them all in Sport Aviator's Ultra-Light Section. Hobbico FlyZone Aero Voyager ·
One of the few low-cost electric RTF trainers that performs like a small ...
www.masportaviator.com/fh_ultralights.asp - 57k - Cached - Similar pages

### Aviation Flashlights and Aviator LED Flashlight at Sale Prices ...
Hundreds of flashlights at Sale prices. Choices include LED flashlights, flashlight,
surefire flashlight, pelican flashlight, Dorcy and many more to choose ...
www.coolflashlights.com/aviation-flashlights.html - 48k - Cached - Similar pages

### Sitemap - www.little-london.com
... Leather Aviator Light Brown - £100.00 - Light Brown- Brn Lense · Mirror Glam
Oversized Sunglasses - £100.00 - Light Brown- Brn Mirror · 10000 Studs Belt ...
www.little-london.com/SiteMap.aspx - 114k - Cached - Similar pages

### L&L Light Sport Aviation
Light Sport Aircraft (LSA's) have been flying safely over the European countryside
for years. With their recent FAA approval in the USA, L&L Aviation is ...
www.landlsportaviation.com/ - 9k - Cached - Similar pages

### SureFire Personal Lights at OneStopKnifeShop.com
SUREFIRE A2 AVIATOR - Originally developed for professional aviators -- who needed
a light bright enough to illuminate a 747's tail section from the ground, ...
www.1sks.com/store/surefire-personal-lights.html - 73k - Cached - Similar pages

### American Cinematographer: The Aviator
So we used a Maxi Nine-light on a dimmer, and we'd blast it to full and ...
Did you have other opportunities to employ this technique in The Aviator? ...
www.theasc.com/magazine/jan05/aviator/page2.html - 19k - Cached - Similar pages

### General Aviation - Ryan Airfield - Ryan Services Directory
Heavy maintenance on light aircraft 6249 S. Aviator Ln. 520-883-0060 ...
Maintenance on light aircraft · Annuals and M&R inspections 6244 S. Aviator Ln. ...
www.tucsonairport.org/ga/html/ga_ryan_svcdirectory.html - 23k - Cached - Similar pages

### A2 Aviator - Choose: White, Red, Green, Blue or Yellow/Green
Originally developed for professional aviators -- who needed a light bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.cutleryshoppe.com/index. asp?PageAction=VIEWPROD&ProdID=7534 - 41k - Cached - Similar pages

### ArenaMaps.com | Aviator Sports & Recreation | Brooklyn | NY | USA

aviator light - Google Search

1.5 miles (watch for **Aviator** building and sign on the left). Entrance to Floyd
Bennett Field is approx. 0.75 mile. Turn left at the last traffic **light** (just ...
www.arenamaps.com/arenas/4759.htm - 26k - Cached - Similar pages

## RTM / **Light** RTM Injection Machines
The Infuser **Aviator** stands alone in its price class in having all of the advanced
... DT08™ RTM **Light** Vacuum system -: designed specifically for your closed ...
www.rtmcomposites.com/rtm**light**equip.htm - 28k - Cached - Similar pages

## Lincoln spoilers and lips for Lincoln cars and SUVs. 2008 Lincoln ...
2008 Lincoln **Aviator**, Continental, LS, Navigator, Town Car and Zephyr. ...
2003 - 2007 Lincoln **Aviator** SUV Spoiler. NO **LIGHT** EXPLORER FACTORY STYLE ...
www.cardata.com/spoilers/lincoln_spoilers.htm - 40k - Cached - Similar pages

## SERENGETI VELOCITY TITANIUM **AVIATOR** - 6691
Many sunglasses filter some UV **light**, but Serengeti lenses block virtually 100% of
... Customers interested in SERENGETI VELOCITY TITANIUM **AVIATOR** were also ...
www.boonesky.com/ index.asp?PageAction=VIEWPROD&ProdID=3227 - 49k - Cached - Similar pages

## Survive!: My Fight for Life in the High Sierras - Google Books Result
by Peter DeLeo - 2005 - Nature - 256 pages
The **light** is accompanied by a second **light** farther down the tower, signifying it's an **aviator-light**
tower on the eastern slope of the mountain range, ...
books.google.com/books?isbn=0743270061...

## Lenses that change with the sun - Ray-Ban **Light** Adaptive **Aviator** ...
Lenses that change with the sun - Ray-Ban **Light** Adaptive **Aviator** ...microwire.info,
Singapore - 33 minutes agoThe commitment to technology and quality ...
www.goggleset.com/ lenses-that-change-with-the-sun-ray-ban-**light**-adaptive-**aviator**-microwireinfo.php - 50k
- Cached - Similar pages

## [PDF] Raynor **Aviator** - for Quiet Take-Offs and Landings.
File Format: PDF/Adobe Acrobat - View as HTML
For peace and quiet and peace of mind, you need the new **Aviator** ... breaks the
**light** beam while closing, the door will stop and reverse direction to ...
www.raynor.com/pdf/**Aviator**.pdf - Similar pages

## Surefire **Aviator** - Compare Prices, Reviews and Buy at NexTag ...
SureFire **Aviator Lights** (Green) at Cabela's · SureFire **Aviator Lights** (Green) at
.... Large inventory on all **Aviators** Free shipping on Surefire **lights** ...
www.nextag.com/surefire-**aviator**/search-html - 105k - Cached - Similar pages

## **Light** perpetual: **aviator's** memorial windows - BEATY D
**Light** perpetual: **aviator's** memorial windows; BEATY D. Offered by Rosemary Pugh Books.
www.antiqbook.co.uk/boox/rosema/37781.shtml - 4k - Cached - Similar pages

## Serengeti Medium **Aviator** Sunglasses - MyPilotStore.com
This can cause some glare as the **light** gets behind the lense. I'm thinking about
purchasing the Velocity **aviator**. It Base 8 curve should solve this problem. ...
www.mypilotstore.com/mypilotstore/sep/4479 - 27k - Cached - Similar pages

## Bright **lights** linked to Moorabbin death crash - theage.com.au

aviator light - Google Search

Tony Taggart, a chartered accountant and **aviator** describes Monday's accident as comparable to a car running a red **light**. "Aircraft get lost (visually) in ...
www.theage.com.au/articles/ 2002/08/02/1028157844148.html - 23k - Cached - Similar pages

## **Aviator** Sunglasses
Awesome styling on these beautiful blueblock **aviators**. Silver Frame with 400UV protection against harmful UV rays. **Light** and comfortable. A great value. ...
www.sunshadetree.com/**aviator**-sunglasses.html - 41k - Cached - Similar pages

## Specialized Search Dog SSD Kit
1 Surefire A2 **Aviator Light**, White LEDs qty. 1 Lithium Batteries (Dozen) qty.
1 Ballistic Goggles (ESS Advancer V-12) qty. 1 Prescription Inserts (Option), ...
www.diamondbacktactical.com/ Specialized-Search-Dog-SSD-Kit-P1645C268.aspx - 34k - Cached - Similar pages

## View topic - accessories for my mossberg 500
Aug 14, 2004 ... Surefire's **Aviator Light** (blue LED option) is set so the **light** trigger is about an 1/8 of an inch in front of my left forefinger with the ...
www.shotgunworld.com/bbs/viewtopic.php?t=21299 - 80k - Cached - Similar pages

## NEW! Tri-Lite Navigator LED **Aviation** Flashlight - TRILITE
This amazing LED technology **light** from PFP offers a host of benefits over any and all **aviation** flashlights. Tri-Color, Cleared for the option: Save night ...
www.tagpilotsupply.com/index. asp?PageAction=VIEWPROD&ProdID=924 - 46k - Cached - Similar pages

## Surefire **Aviator** Flashlight w/Red LED
Originally developed for professional **aviators** -- who needed a **light** bright enough to illuminate a 747's tail section from the ground, yet not so bright ...
www.camcor.com/cgi-bin/cat/id=1050954239 - 32k - Cached - Similar pages

## AirNav: KPVU - Provo Municipal Airport
Visual slope indicator: 4-**light** PAPI on left (3.00 degrees glide path), 2-**light** PAPI on ... 66%, local general **aviation**. 32%, transient general **aviation** ...
www.airnav.com/airport/PVU - 38k - Cached - Similar pages

## Lincoln takes flight—again - On Cars - Lincoln **Aviator** - Brief ...
There are more than 100 LEDs throughout the **Aviators** interior, plus an ambient **light** sensor that determines whether it's necessary to illuminate them or not ...
findarticles.com/p/articles/ mi_m0KJI/is_6_114/ai_87421698 - 41k - Cached - Similar pages

## Deep Flight Adventures: Deep Ocean Exploration by Sub in the Bahamas
Deep Flight **Aviator**: **light**-weight, high-powered composite airframe with wings, .
The Deep Flight **Aviator** - unique hydrobatic submersible craft ...
www.incredible-adventures.com/deep_flight1.html - 25k - Cached - Similar pages

## Reviews for SureFire A2 **Aviator** Compact Flashlight A2-HA LED ...
Aug 11, 2007 ... SureFire **Aviator** A 2 Olive Drab Anodized Pocket **Light** features two types of **light** sources: three long-runtime **light**-emitting diodes (LEDs) ...
www.opticsplanet.com/reviews/ reviews-surefire-handheld-flashlight-a2-ha.html - 26k - Cached - Similar pages

## Surefire A2-HA **Aviator** Battery Powered LED Flashlights

aviator light - Google Search

LED and Xenon are two types of **light** sources in Surefire A2 **Aviator** flashlight.
Three long-runtime **light** emitting diodes (LEDs) provide low beam for ...
www.nightvisionplanet.com/Surefire_A2_ **Aviator**_Battery_Powered_LED_Flash**light**_p/surefire-a2-ha.htm - 47k
- Cached - Similar pages



**1** **2** **3** **4** **5** **6** **7** **8** **9** **10**    **Next**

---

aviator light                                    **Search**

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in

 **Google**

| aviator light | | **Search** | Advanced Search |
| --- | --- | --- | --- |
| | | | Preferences |

---

**Web**                    Results **101 - 200** of about **433,000** for **aviator light**. (0.29 seconds)

VIParrot.com Parrot food, toys, supplements, training - The ...
The **Aviator** Flight Line is very **light**. For small birds the entire Flight Line
lead and the **Aviator** Harness together weights less than 15 grams. ...
www.viparrot.com/index.php?act=viewProd&productId=5 - 19k - Cached - Similar pages

The Parrot University: Flightline
The **Aviator** Flight Line is very **light**. For small birds the entire Flight Line
lead and the **Aviator** Harness together weights less than 15 grams. ...
www.theparrotuniversity.com/aviator_flightline.php - 19k - Cached - Similar pages

Eagle Eyes **Aviator** Sunglasses | firstSTREET | sun reading glasses ...
Click for larger image: Eagle Eyes **Aviator** Sunglasses ... See Better in Low-**Light**
Conditions - with StimuLights™ StimuLight™ Clip-Ons to Cart ... $39.95 Add
www.firststreetonline.com/product.jsp?id=57954 - 38k - Cached - Similar pages

Newsletter: Western Iowa Networks
... bottom of the cover page, so Reynolds moved them to the right side of the page
and used larger typefaces—**Aviator Light**, Arial, and Arial Condensed Bold. ...
www.dynamicgraphics.com/dgm/Article/28448 - 60k - Cached - Similar pages

First **Light Aviation** - Accessories
Contact us by email at sales@first-light.net. Intercom Systems ... Chose the very
good "**Aviator**" microphone in your system and save money, or get the simply ...
www.first-light.net/index.php?section=1&page=18 - 10k - Cached - Similar pages

Helmet mounted **aviation** night vision illuminating device - Patent ...
1, also connected pivotally to the helmet 26 is an **aviator's** night vision imaging
system 28 which amplifies **light**. It is preferably of the type which uses ...
www.freepatentsonline.com/5083246.html - 35k - Cached - Similar pages

Welcome to SecureAv
Indus **Aviation's Light** Sport **Aviators'** Model Code of Conduct. Seawind adopts
Seaplane Pilots' Model Code of Conduct. Seawind Pilots' Model Code of Conduct. ...
www.secureav.com/newdevelopments.html - 39k - Cached - Similar pages

Amazon.co.uk: LED Lenser V2 **Aviator** Torch: DIY & Tools
Amazon.co.uk: LED Lenser V2 **Aviator** Torch: DIY & Tools. ... Incredibly compact,
LED Lenser **lights** provide up to 200 hours of **light** from one set of batteries ...
www.amazon.co.uk/ LED-Lenser-V2-**Aviator**-Torch/dp/B000VZENPM - 112k - Cached - Similar pages

UFOMystic » Missing Millionaire **Aviator** Captured by Aliens

**Sponsored Links**

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**lighting**

aviator light - Google Search

Feb 27, 2008 ... He told me that he had spotted a mysterious white **light** of circular ... 10 Comments
to "Missing Millionaire **Aviator** Captured by Aliens" ...
www.ufomystic.com/wake-up-down-there/ steven-fossett-ufo-aliens/ - 42k - Cached - Similar pages

## FLASHLIGHTMAX
A2 **Aviator**. Designed for Pilots flying Cessna 152's to Boeing 747's. Originally
developed for professional **aviators** -- who needed a **light** bright enough to ...
www.flash**light**max.com/A2.htm - 17k - Cached - Similar pages

## Constitution Party News Articles
Nov 10, 2006 ... Patrick Brady, from California, is a graduate of the Naval Academy and served as
a naval **aviator**, **Light** Attack A-7B, C and E "Corsair II". ...
www.constitutionparty.com/news.php?aid=365 - 20k - Cached - Similar pages

## Surefire A2 **Aviator** Flashlight plus 10 FREE BATTERIES
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.lapolicegear.com/sua2av.html - 73k - Cached - Similar pages

## Trouble wiring up my map **lights** - YotaTech Forums
Oct 14, 2007 ... or baring that let me know where the two map wires go. Thanks **Aviator** For info
the dome **light** is wired as follows: Black = constant 12V ...
www.yotatech.com/f116/ trouble-wiring-up-my-map-**lights**-102630/ - 62k - Cached - Similar pages

## Weapon **Lights** - D Batteries: Find, Compare, Read Reviews & Buy ...
Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: . ...
shopping.yahoo.com/ s:Flash**lights**:132606-Battery%20Type=D:132608-Flash**light**%20Type=Weapon%20**Lights** -
60k - Cached - Similar pages

## LEDs - Gallium Indium Nitride UV, violet, purple, blue, aqua ...
The SureFire A2 **Aviator** appears to be very well built, ... SureFire has confirmed
that all current SureFire **lights** should be waterproof to about 33 feet/10 ...
led**lights**.home.att.net/a2.htm - 19k - Cached - Similar pages

## FontFreak - Commercial Fonts A5
Avenue Sans Heavy · Avenue Sans Small Caps · Avenue Small Caps · Avenue Volume ·
Avia Bold · Avia **Light** · Avia Regular · **Aviator** · **Aviator Light** Package ...
www.fontfreak.com/commercialfonts/fonts-a5.html - 30k - Cached - Similar pages

## Refinery29 Shops :: New :: Mannequin **Light** Tortoise **Aviator** Frame
Manufactured in the same factory as Balenciaga's frames, this large classic
**aviator** shape comes in a sumptuous orange tie dye acetate.
www.refinery29shops.com/ product.php?productid=17612&cat=4 - 25k - Cached - Similar pages

## Powered parachute trailers, Classic Manufacturing powered ...
It is also available in a 26 foot length for **light** sport aircraft. The **Aviator**
series trailers are all steel frame, and are Ziebart undercoated. ...
www.**light**sportaircraft.ca/ airventure-2006/classic-ppctrailers.html - 32k - Cached - Similar pages

## **Aviator's** Slang

aviator light - Google Search

Also, a term lovingly ascribed to the rescue helicopter by any **aviator** who .....
The glideslope indication **light** that pilots watch when they're trapping. ...
www.tailhook.org/AVSLANG.htm - 43k - Cached - Similar pages

## Lincoln **Aviator** Fog **Light** > Why Buy New Lincoln **Aviator** Parts When ...
You will be able to locate affordable used Lincoln **Aviator** Fog **Light** in one easy
stop. There are no hassles or struggles to find only the most durable and ...
www.automotix.net/ partshotline-lincoln-**aviator**-fog_**light**-requests.html - 43k - Cached - Similar pages

## Skydiving Gear: **Aviator**
My new **Aviator** is **light** weight too, and besides bieng very comfortable, it really
looks sexy!! And lastly, it is much more quiet in freefall than my old Pro ...
www.dropzone.com/cgi-bin/gear/review.cgi?ID=135 - 38k - Cached - Similar pages

## Compare prices on SureFire **Aviator Lights** - Epinions.com
Epinions has the best comparison shopping information on SureFire **Aviator Lights**.
Compare prices from across the web and read reviews from other consumers ...
www.epinions.com/pr-Headlamps_ Flash**lights**-SureFire_**Aviator_Lights** - 37k - Cached - Similar pages

## SureFire A2 **Aviator** White LED Flashlight +12 Free Batteries ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.knifeart.com/sura2avflas.html - 17k - Cached - Similar pages

## NBAA Training Guidelines for Single Pilot Operations of Very **Light** ...
This document provides the National Business **Aviation** Association-recommended
training guidelines for the next generation of very **light** jets (VLJ). ...
web.nbaa.org/public/ops/safety/vlj/1.php - 20k - Cached - Similar pages

## Helmet Displays In **Aviation** - Glossary
Chromaticity: A description of the color property of **light** based on hue and ....
Spatial disorientation (SD): When the **aviator** experiences loss of ...
www.usaarl.army.mil/hmdbook/cp_011.htm - 27k - Cached - Similar pages

## CITY **LIGHTS** OUT IN AIR RAID TEST; **Aviators** Make Observations ...
**Lights** on land and **lights** on the ,naturally furnish far more detail to enable a
raider to locate particular buildings or works.The **aviators** from Governors ...
query.nytimes.com/gst/ abstract.html?res=F50C13F83D5A11738DDDAC0894DE405B888DF1D3 - 19k
- Cached - Similar pages

## **Aviator** Wings - Army units in Vietnam Golf Shirts : A2Z Graphics ...
Master **Aviator** - 196th **Light** Infantry Brigade ... Master **Aviator** - 198th **Light**
Infantry Brigade ... Master **Aviator** - 199th **Light** Infantry Brigade ...
www.cafepress.com/a2zgw/2593804 - 47k - Cached - Similar pages

## **Aviator** Sunglasses and Pilot Sunglasses from OpticPros.com Sun ...
Don't live with the pain from **aviator** sunglass frames smashed into your temples
another day, get our special Pro **Aviator** Sunglasses now! **Light** weight ...
www.opticpros.com/ - 14k - Cached - Similar pages

## Academy of Model Aeronautics - Magazines

Ultra **Light** Flying Ultralight & the **Light** Plane Ultralight Glider Ultralight
Pilot Ultralight Sport US Air Services US **Aviator** Used Plane Flight Tests ...
www.modelaircraft.org/museum/maglist.aspx - 30k - Cached - Similar pages

## Erchonia 3LT™ Lasers

Deep Flight **Aviator**: l**ight**-weight, high-powered composite airframe with wings, .
The Deep Flight **Aviator** - unique hydrobatic submersible craft ...
www.en**light**enmentpath.com/page15.html - 56k - Cached - Similar pages

## Steve Fossett Challenges | Solo Round The World Balloon Flight

Steve Fossett and Bud **Light** Spirit of Freedom Achieve **Aviation** Milestone The
First Solo Round The World Balloon Flight. Fossett Reaches Ultimate Ballooning ...
www.stevefossett.com/html/ press_archives/balloon_04july02.html - 18k - Cached - Similar pages

## Ray-Ban 3025 **Aviator** Large Metal 58 Black/Gradient **Light** Blue Lens ...

Ray-Ban 3025 **Aviator** Large Metal 58 (Black/Gradient **Light** Blue Lens) - **Aviator**;
Read Ray-Ban 3025 **Aviator** Large Metal 58 product reviews, or select the ...
www.zappos.com/gs/n/p/dp/38261610/c/163548.html - 69k - Cached - Similar pages

## **Aviator** Sunglasses

**Aviator** Sunglasses Photochromic - Automatically adjusts to changing **light** conditions.
- **Aviator** Sunglasses Lens - Spectral Control® virtually eliminates ...
www.sunglassesgiant.com/**aviator**.html - 34k - Cached - Similar pages

## HeadlightArmor Clear, HID Blue, Racing Yellow, and Smoke **Light** kits

**Aviator** Headlight & Fog **Light** Protection Kit · Click To Enlarge · 03-05 **Aviator**
Headlight & Fog **Light** Protection Kit. List Price $84.95. Your Price ...
www.headlightarmor.com/ index.asp?PageAction=MFGSEARCH&ManfID=27&Page=1 - 60k
- Cached - Similar pages

## Amazon.com: SureFire Z59 Click-On Lock-out Tailcap Fits the ...

A lock out tail cap is a nice addition to any Surefire **light** that comes with a
... one for all my Surefires (and I have many) except the **Aviator light**. A+ ...
www.amazon.com/ SureFire-Lock-out-Tailcap-following-flash**lights**/dp/B000XQILZM - 178k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft

X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for
the best ecommerce websites.
www.pc**aviator**.com/dlstore/home.php?cat=36 - 85k - Cached - Similar pages

## DJ Equipment - American DJ **AVIATOR** 32 - American dj, **AVIATOR** ...

American dj, **AVIATOR** CONTROLLER, lighting controller ... Four **Light** Copilots in
one; 32 channel switcher with built-in chase controls; Audio in/Built in ...
www.platinum-records.com/ AMERICAN-DJ-**AVIATOR**-CONTROLLER-prod5401.htm - 71k - Cached - Similar pages

## Welcome to the New Jersey Astronomical Association

Tony Taggart, a chartered accountant and **aviator** describes Monday's accident as
comparable to a car running a red **light**. "Aircraft get lost (visually) in ...
www.njaa.org/**light**/lp15.html - 7k - Cached - Similar pages

## GameSpot Forums - Air Traffic Control - Joystick Opinions

aviator light - Google Search

If you say that the **aviator** is **light** compared to evo, then it must be frigging
**light**. I already consider the evo very **light**. When I bank all the way to into ...
www.gamespot.com/pages/unions/forums/ show_msgs.php?topic_id=25071917&union_id=1310 - 73k
- Cached - Similar pages

## Kevin Kelly -- Cool Tools

Jun 6, 2007 ... SureFire A2 **Aviator Light** $140 (LED: green or white only) Available from Fox Fire
Rescue Police Equipment. Or $188 from Amazon ...
www.kk.org/cooltools/archives/2007_06.php - 100k - Cached - Similar pages

## Miller Field during the 1920's and 1930's

In 1939, a concrete **aviation** tower replaced the original structure. The new tower
showed a green **light** for **aviators** and a white **light** (on range only) for ...
www.geocities.com/miller_field/2030s.html - 20k - Cached - Similar pages

## Serengeti Medium **Aviator** Sunglasses - Mens Sunglasses at Peepers

Serengeti **Aviator** Series The lenses change as quickly as the scenery. When you're
on the road, the **light** can be unpredictable. Your eyes demand a level of ...
www.peepers.com/womens-sunglasses/ aviator-sunglasses/serengetimediumaviatorsunglasses.cfm - 51k
- Cached - Similar pages

## Aviator

Ray Ban **Aviator** Satin Gunmetal CR-39 Brown Fade · Ray Ban **Aviator** Satin Gunmetal
CR-39 Grey Green · Ray Ban **Aviator** Satin Silver Poly **Light** Brown GSM ...
www.sunglassextreme.com/shop-style-aviator.html - 162k - Cached - Similar pages

## Harvard-Boston **Aviation** Meet - 1910

Operating as it does in a very **light** medium, the **aviator** can easly in a very
few seconds change his altitude, or his position laterally, so that he would ...
www.earlyaviators.com/emeebo10.htm - 20k - Cached - Similar pages

## Review: The A2 **Aviator** Flashlight | Popular Science

Tested at an airport on a small aircraft, the **Aviator** was indeed a powerful little
instrument. Casting a substantially more even **light** than every other ...
www.popsci.com/military-aviation-space/ article/2003-10/review-a2-aviator-flashlight - 55k - Cached - Similar pages

## Sport **Aviation** Specialties- About Us- Michael Huffman & Barbara ...

Published The Oklahoma **Aviator** newspaper- 2000-2004. Conduct FAA accepted
experimental **light**-sport repairman courses at locations all across the U.S.--19 ...
www.sportaviationspecialties.com/About_Us.htm - 28k - Cached - Similar pages

## Infrared filter system for fluorescent lighting - US Patent 6741024

These types of systems, known as **aviator** night vision systems, amplify **light** only
in the near infrared and infrared region. Thus, **aviator** night vision ...
www.patentstorm.us/patents/6741024/description.html - 38k - Cached - Similar pages

## Lincoln **Aviator** Parts Genaral | Auto Parts Guide

The Lincoln **Aviator** Parts Genaral that you buy from us meet OEM ... Lincoln **Aviator**
Bulb - Instrument **Light** ... Lincoln **Aviator** Wiper Blade Insert Set ...
www.autoguide.net/apf/lincoln-engine_ parts/aviator-catalog.html - 65k - Cached - Similar pages

## Omaha's Army Navy Military Surplus

aviator light - Google Search

British **aviator** rescue **light**. new original surplus. do not work. ... Survival **light**
clips on to pilots harness for emergency rescue or **light**. new and ...
www.omahas.com/catalog/default.php?=&cPath=16_102 - 27k - <u>Cached</u> - <u>Similar pages</u>

## 2005 Lincoln **Aviator** Exterior Photos, Pictures & Images - Motor ...
View exterior 2005 Lincoln **Aviator** photos and pictures from all angles. ...
2005 Lincoln **Aviator** Headlight · 2005 Lincoln **Aviator** Tail **Light** ...
www.motortrend.com/cars/2005/ lincoln/**aviator**/photos/index.html - 42k - <u>Cached</u> - <u>Similar pages</u>

## Doug Ritter Special Edition eQ Hands-Free Multi-**Light**
Doug Ritter Special Edition eQ Hands-Free Multi-**Light** When I designed my Doug
Ritter Ultimate **Aviator** Survival Pak™ I needed a compact, very lightweight ...
www.dougritter.com/dr_eq.htm - 19k - <u>Cached</u> - <u>Similar pages</u>

## All Things **Aviation**: <font color="#CC0000">Sunglasses for Pilots ...
Jul 29, 2007 ... While they are useful for blocking reflected **light** from horizontal ... **Aviator**:
I am an ATP pilot with over 7000 hours of flying time in ...
all-things-**aviation**.blogspot.com/ 2007/07/sunglasses-for-pilots-beyond-image_13.html - 53k
- <u>Cached</u> - <u>Similar pages</u>

## Serengeti Small **Aviator** Champagne > Serengeti Sunglasses > UK ...
Lens **Light** Sensitive Gradient Lens Frame Type: **Aviator** Lens Colour: Drivers
gradient Frame Colour: Champagne Serengeti Small **Aviator** Gunmetal Polarised ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Serengeti-Sunglasses/Serengeti-Small-**Aviator**-Champagne/4677.htm
- 49k - <u>Cached</u> - <u>Similar pages</u>

## **Aviator** Sunglasses
Straight Arm **Aviator** Neutral Grey Lens Gun Frame $16.99, Extra Small Retro Colored
Rimmed Mirrored Lens **Aviator** Sunglasses **Light** Blue Rim ...
www.gogglesandglasses.com/**Aviator**_Sunglasses.html - 70k - <u>Cached</u> - <u>Similar pages</u>

## Retro 30s fonts available from FontHaus.com
$33.00. **Aviator Light** SG · **Aviator Light** SG, Spiece. MACPS, WINPS. $33.00 ...
$31.95. URW Glamour **light** · URW Glamour **light**, URW++. MACPS, WINPS, PCTT ...
www.fonthaus.com/products/ fonts/list_classification.cfm/FCID/116/ - 67k - <u>Cached</u> - <u>Similar pages</u>

## **Aviator** Wheels - Buy Lincoln **Aviator** Wheels
Some people like big **Aviator** Wheels and some people like **light** weight **Aviator**
Wheels. It's up to you to decide. The larger the wheel the heavier its going ...
www.yourhotcar.com/product/ list/All/Lincoln/**Aviator**/Wheels - 38k - <u>Cached</u> - <u>Similar pages</u>

## Landings: General **Aviation** Servers
Airport **Aviation** Centre: Australia's Archerfield airport **aviation** news, **light**
aircraft sales in , helpful pilot links for Aussie **Aviators**. ...
www.landings.com/_landings/pages/ga.html - 112k - <u>Cached</u> - <u>Similar pages</u>

## Doug Ritter Special Edition eQ Hands-Free Multi-**Light**
Doug Ritter Special Edition eQ Hands-Free Multi-**Light** When I designed my Doug
Ritter Ultimate **Aviator** Survival Pak™ I needed a compact, very lightweight ...
www.equipped.com/dr_eq.htm - 21k - <u>Cached</u> - <u>Similar pages</u>

## Surefire A2

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.cases4less.com/detail_surefire_a2.html - 19k - Cached - Similar pages

**[PDF] Doulton**
File Format: PDF/Adobe Acrobat - View as HTML
Mario, Alex the **Aviator**, **light**. brown. (6) Good. NR £20-. 30+. 219. HAT BOX SERIES.
FIGURES. Set 2, Si & Am. (2) Good. NR £30-40+. 220. HAT BOX SERIES ...
www.onlinebbr.com/auctions/ results/pdf_results/2006-06-04/innards.pdf - Similar pages

## General **Aviation** - **Aviator** Sunglasses - Stefan Vorkoetter
The Randolph **Aviator** glasses have grey glass lenses that let through 15% of the
**light**, which is supposed to be about optimal. Randolph makes glasses for the ...
www.stefanv.com/**aviation**/sunglasses.html - 38k - Cached - Similar pages

## Navy Command & Air Stations
NAS, Mayport, Current design with SH-60 Helo on map of Florida below gold **aviator's**
wings, all on **light** blue triangle. $7.00 ...
www.ffmpartners.com/goldenwings/navypg8.htm - 37k - Cached - Similar pages

## **Aviator** Sunglasses - Ray-Ban **Aviators** - Christian Dior **Aviator** ...
Armani **aviator** sunglasses with brown, gray or green tinted lenses work best in
moderate to bright **light** situations. Due to the neutralizing factor of these ...
sunglasses.lifetips.com/cat/60182/**aviator**-sunglasses/ - 108k - Cached - Similar pages

## **Light** plane at TheFind.com - search, discover and compare prices
**Aviator** A very parametric... **Aviator** A very parametric **light** plane! Use the
randomize feature to generate many unique planes. AC 6.0+ ...
www.thefind.com/family/info-**light**-plane - 283k - Cached - Similar pages

## Comprar Fuentes en Font Reactor -6
Aurelia™ Com **Light** Italic · Aurelius · Aureus Uncial · Auriol Complete Family Pack
... **Aviator Light** Package · Avnei Gad Black · Avnei Gad Bold ...
www.fontreactor.com/comprar-fuentes/400-6/ - 54k - Cached - Similar pages

## Lincoln **Aviator** Headlight - Partstrain.com
So whenever your Lincoln **Aviator** headlight experiences trouble, make sure to
consider an ... Lincoln **Aviator** Fog **Light**. -- Lincoln **Aviator** Headlight ...
www.partstrain.com/ShopByDepartment/ Head**light**/LINCOLN/**AVIATOR** - 62k - Cached - Similar pages

## SureFire A2 **Aviator** Compact Flashlight A2-HA LED, A2Aviator SHIPS ...
Two-stage tailcap switch of the Shurefire Flashlight enables user to instantly
select **light** output level. Sure-Fire Pocket Xenon / LED A2 **Aviator** Flashlight ...
www.tactical-store.com/ts-fs-fl-a2**aviator**.html - 38k - Cached - Similar pages

## Compare Prices on Serengeti Small **Aviator** Sunglasses
Classic **Aviator** styling Patented Photochromic technology, so the lens automatically
adjusts to changing **light** conditions Distortion free, scratch resi. ...
www.shopping.com/xPC-Serengeti_ Serengeti_Small_**aviator**_Henna_Drivers_Gradient - 114k
- Cached - Similar pages

## **Aviator** Sunglasses: Classic Style for a Cool Image

aviator light - Google Search

The dark teardrop-shaped lenses do a great job of covering every angle to keep
out as much **light** as possible. **Aviators** have continued to be popular among ...
www.healthguidance.org/entry/8320/1/ **Aviator**-Sunglasses-Classic-Style-for-a-Cool-Image.html - 85k
- Cached - Similar pages

::: Now Playing: Street **Light** Youth: The **Aviator** - Free Video ...

Watch Street **Light** Youth: The **Aviator** video clip, a free online video download
movie created April 16, 2006 - plays for 03:46 min/sec.
www.videodouble.com/video/ street-**light**-youth:-the-**aviator**-1224566/ - 33k - Cached - Similar pages

Sunglasses and Sunglasses Replicas » Uncategorized

Nov 6, 2007 ... The dark teardrop shaped glasses protect the eye completely and do not let any
**light** come in. **Aviator** glasses have known to make a style ...
www.sunglasseswholesalemall.com/?cat=1 - 21k - Cached - Similar pages

SureFire A2 **Aviator** flashlight

The SureFire **Aviator** has digital current regulation circuitry and a two stage
switch. The current regulation circuitry gives you a consistent level of **light** ...
www.brightguy.com/products/ SureFire_A2_**Aviator**_Flash**light**.php - 33k - Cached - Similar pages

**AVIATOR** RB3340

RAYBAN **AVIATOR** RB 3340 (004/71) · RAYBAN **AVIATOR** RB 3340 (004/71) Lens Colour:
**Light** Natural Green Frame Colour: Silver RRP: £93.99 Our Price: £79.89 ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=623 - 107k - Cached - Similar pages

[PDF] Human Factors & **Aviation** Medicine July-August 1990

File Format: PDF/Adobe Acrobat
A product that blocks 85. percent of available **light**, (the U.S. military
specification stan-. dard for **aviator's** sunglasses and tinted visors which may have ...
https://www.**flight**safety.org/hf/hf_jul-aug90.pdf - Similar pages

LINCOLN **AVIATOR** Accessories

Our Price: $42.99, Putco Universal LED Dome **Light** Kit · 2003-2007 Lincoln **Aviator**
4 Door Only Putco Chrome Door Handle Covers Our Price: $60.99 ...
www.autoupgrade.net/Lincoln_ **Aviator**_Accessories_s/4055.htm - 150k - Cached - Similar pages

Lincoln **Aviator** Husky Liner Tan Cargo Liner - 2003-2005 Lincoln ...

Replacement Fog **Light** - 2003-2005 Lincoln **Aviator** "FOG **LIGHT** ASSEMBLY, DRIVER OR
PASSENGER SIDE -- A High Quality, Direct Fit OE Replacement For Fog Lamp ...
www.car-stuff.com/carparts/ lincoln**aviator**20032005huskylinerh21237531.html - 30k - Cached - Similar pages

2005 Lincoln **Aviator** Specifications, Standard Features, & 2005 ...

Search for 2005 Lincoln **Aviator** specifications at AutoMallUSA.net; ... -Driver
and passenger power heated partial-painted door mirrors indicator **lights** ...
www.automallusa.net/2005/ lincoln/**aviator**/specifications.html - 44k - Cached - Similar pages

Serengeti Large **Aviator** Sunglasses :=: MoabSports.com

Serengeti Large **Aviator** Sunglasses with BLACK Frame and DRIVERS® GRADIENT Lens.
... Many sunglasses filter some UV **light**, but Serengeti lenses block ...
www.moabsports.com/ web-pid-5222(SER)-Serengeti-Large-**Aviator**-Sunglasses-item.htm - 58k
- Cached - Similar pages

**Aviator** Free Flying Bird Harness and Leash

aviator light - Google Search

**Light** weight elastic cording allows safe flight and encourages proper flight
behaviors for free-flight training. The **Aviator** Harness wrist strap attaches to ...
www.naturechest.com/**aviator**-harness.html - 32k - Cached - Similar pages

## Search by Foundry: Spiece Graphics - Fonts.com

Adonis Old Style **Light** Package Adonis Old Style **Light** Package Font ... **Aviator Light**
Package **Aviator Light** Package Font ...
www.fonts.com/findfonts/searchresults. htm?st=5&cid=Spiece+Graphics - 243k - Cached - Similar pages

## CALL Newsletter No. 00-5, **Aviation** Operations at the Joint ...

Effective coordination between **light** infantry and attack **aviation** can maximize the
..... Successful integration of Army attack **aviation** and **light** infantry ...
www.globalsecurity.org/military/ library/report/call/call_00-5_ch7.htm - 40k - Cached - Similar pages

## Westinghouse 52" **Aviator** Ceiling Fan, Brushed Nickel Finish

52" **Aviator** Ceiling Fan, Brushed Nickel Finish, 5 Reversible Plywood
Blades (Maple/Mahogany), **Light** Fixture with Opal Ribbed Glass. **Light** Kit: **Light**
Fixture ...
www.residential-landscape-**light**ing-design.com/ store/heaters_amp_fans_RLLD8353WST.htm - 32k
- Cached - Similar pages

## Culture Wars: **Aviator**

The **Aviator** was especially interesting in **light** of one of the less-acclaimed
biopics of the same year, namely, Kinsey, starring a generally wooden and glum ...
www.culturewars.com/2005/**Aviator**.htm - 32k - Cached - Similar pages

## Radiation Protection Eyewear Economy and Non-Prescription ...

The Maxx offers sufficient lateral protection, **light** weight with comfort grip nose
... The **Aviator** Metal 600 Pewter is a classic **Aviator** style frame with ...
www.supertechx-ray.com/a355-r.htm - 33k - Cached - Similar pages

## Greatland Laser - Rescue Lasers,Rescue Laser, Rescue Laser Flare ...

... Rescue Laser **Light**, Green Rescue Laser Flare, Rescue Laser Flare Magnum,
survival gear, flares, signaling devices, lifesaving equipment, **aviation** ...
https://www.greatlandlaser.com/ index.php?testimonials=yes - 18k - Cached - Similar pages

## ACCESSORIES,GUNSMOKE ENTERPRISES.,AR15,AR-15 RIFLES,M16,ar15/M-16 ...

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.gunsmokeenterprises.net/ACCESSORIES.htm - 36k - Cached - Similar pages

## Contemporary Bathroom Lighting

Description: Hinkley Lighting, **Aviator** Collection Bath **Light** 5272BN, Brushed
Nickel Finish - Etched Opal Glass , 5272BN, Hinkley Lighting , Bathroom ...
www.1stop**light**ing.com/fixture/ 4/contemporary-bathroom-**light**ing - 49k - Cached - Similar pages

## [PDF] **Aviator** Literature.qxd

File Format: PDF/Adobe Acrobat - View as HTML
the new **Aviator** garage door opener from Raynor. ... breaks the **light** beam.
while closing, the door. will stop and reverse. direction to full open. position. ...
www.fawleydoor.com/images/ Downloads/pdfs/openers/**aviator**.pdf - Similar pages

## Parachutes? Skydiving equipment? Shop ParaGear.com!

aviator light - Google Search

SFA2 SUREFIRE A2 **AVIATOR** OD FINISH SFA2 SUREFIRE A2 **AVIATOR** OD FINISH New A2
**Aviator** Originally developed for professional **aviators** -- who needed a **light** ...
www.paragear.com/templates/parachutes.asp?group=468 - 61k - Cached - Similar pages

## 2005 Lincoln **Aviator** Luxury 4WD car lease $598.98 - Huntersville, NC
2005 Lincoln **Aviator** Luxury 4WD car lease $598.98 - Huntersville, NC **Light** Green
color, Tan interior. Used Lincoln **Aviator** car lease with 19000 miles.
www.leasetrader.com/ 2005_Lincoln_**Aviator**_Luxury_4WD_117621.xhtml - 57k - Cached - Similar pages

## The Virginia **Aviation** Museum, 1930 Fleet Model #1
Major Reuben Fleet, an Army **aviator** and guiding **light** at Consolidated Aircraft
Corporation, hoped to sell the aircraft to civilian flight schools and the ...
www.eaa231.org/Museum/Fleet/Fleet.htm - 11k - Cached - Similar pages

## The **Light** Sensitive **Aviator** Sunglasses. - Clothing & Accessories ...
Buy The **Light** Sensitive **Aviator** Sunglasses. when you shop online at BizRate, a
price comparison search engine. Find the lowest prices on the web.
www.bizrate.com/sunglasses/oid753818237__start--80.html - 129k - Cached - Similar pages

## **Aviator** Sunglasses: Classic Style for a Cool Image
Jul 9, 2006 ... The dark teardrop-shaped lenses do a great job of covering every angle to keep
out as much **light** as possible. **Aviators** have continued to be ...
ezinearticles.com/ ?**Aviator**-Sunglasses:-Classic-Style-for-a-Cool-Image&id=239559 - 46k - Cached - Similar pages

## GunBroker.com guns: Oracle **aviator** compact kryton **light** w/case ...
NEW ORACLE **AVIATOR** COMPACT KRYTON BULB **LIGHT** WITH FULLY ADJUSTABLE HEAD,HIGH
QUALITY HEAVY DUTY MACHINED AIRCRAFT ALUMINUM ANODIZED SURFACE FINISH. ...
gunbroker.com/Auction/ViewItem.asp?Item=100244114 - 27k - Cached - Similar pages

## 2005 Lincoln **Aviator** | Auto Spectator
New interior colors: Camel with **Light** Parchment headliner. Design and Equipment.
The Lincoln **Aviator** was designed to complement the Lincoln Navigator inside ...
www.autospectator.com/cars/ models/0027987-2005-lincoln-**aviator** - 40k - Cached - Similar pages

## Sky's The Limit **Aviation** Product Listing - clocks
**Aviation** Clocks Price $32.99 Altimeter **Aviator** Alarm Clock Has rotating airplane
hands **Light** up 3.5" Also: Horizon-DG-VOR Call: 1-800-537-8785 Item #2502 ...
www.airplanegifts.com/store/commerce.cgi?product=clocks - 21k - Cached - Similar pages

## Pilots
The #1 ultralight and **light** sport aircraft weight shift trike information ...
Leather **aviator** bomber jackets and flight jackets from Avirex, Cooper, Alpha, ...
www.hotfrog.com/Products/Pilots - 50k - Cached - Similar pages

## SUREFIRE
SUREFIRE A2 **Aviator**- Blue LEDs (A2-HA-BL) Originally developed for professional
**aviators** -- who needed a **light** bright enough to illuminate a 747's tail ...
www.surefire-plus.com/ - 32k - Cached - Similar pages

## Compare Serengeti Small **Aviator** Sunglasses Prices - Shop for ...
Classic **Aviator** styling Patented Photochromic technology, so the lens automatically
adjusts to changing **light** conditions Distortion free, scratch resi. ...
www.mysimon.com/9015-11022_8-24256730.html - 131k - Cached - Similar pages

## Emilio Pucci **Aviator** style sunglasses | NET-A-PORTER.COM
Turquoise metal framed **aviator** style sunglasses with **light** mirrored lenses.
Emilio Pucci sunglasses have thin Pucci print arms with oval design near hinge, ...
www.net-a-porter.com/product/32771 - 22k - Cached - Similar pages



**Previous** 1  **2**  3  4  5  6  7  8  9 10     **Next**

---

| aviator light | **Search** |

**Search within results** | **Language Tools** | **Search Tips** | **Try Google Experimental**

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in

Google    | aviator light                          |    **Search**    Advanced Search
                                                                      Preferences

**Web**  Books                              Results **201 - 300** of about **433,000** for **aviator light**. (0.40 seconds)

### Aviator Sunglasses
The dark teardrop-shaped lenses do a superb job of covering every angle to keep
out as much **light** as feasible. **Aviators** have continued to be admired among ...
www.everythingsunglasses.com/**Aviator**-Sunglasses.html - 8k - Cached - Similar pages

### Aviator Stuff » Blog Archive » Licensed to fly!
Views, Reviews & Information for **Aviators** and Their Friends ... definition outlined
in Federal **Aviation** Regulations Part 1.1 can be **Light** Sport Aircraft. ...
**aviator**stuff.com/licensed-to-fly/ - 20k - Cached - Similar pages

### Welcome to the Official Gyro Nation site
Gyroplane Pilots, download your copy of the "Gyroplane **Aviators'** Code of Conduct"
that has been adapted from the "**Light** Sport **Aviator's** Model Code of ...
gyronation.com/ - 28k - Cached - Similar pages

### MCAA announces its 2007 Aviation Awards [Archive] - Marine Corps ...
Alfred A. Cunningham **Aviator** of the Year Maj. C.W. Hasle, Marine **Light** Attack
Helicopter Squadron 169 Robert Guy Robinson Marine Naval Flight Officer of the ...
www.leatherneck.com/forums/ archive/index.php/t-50308.html - 6k - Cached - Similar pages

### The Future Of Personal Aviation - Forbes.com
New **light** jet engines are about to launch an entire new segment of **aviation** in
the form of personal jets. These fast, small jets may well open up ...
www.forbes.com/2003/11/20/cz_rk_1120**aviation**.html - Similar pages

### Sunglasses - Oakley Crosshair Pilot Sunglasses
Black Iridium lenses transmit 10% of **light** and are rated at an index of 3, making
them ideal for Sunny conditions. While not suitable for **aviation** use, ...
www.pilotmall.com/product/2756/sun - 42k - Cached - Similar pages

### SureFire A2 Aviator
SureFire A2 **Aviator**: Produced by Surefire ... for reading and close range
flood-**light** work. Overall, the A2 is a great **light** and a great ...
members.aol.com/qn9513/myhomepage/flash**light**a2.html - 5k - Cached - Similar pages

### Aviator Sunglasses: Classic Style for a Cool Image | Wholesale ...
Oct 22, 2007 ... The dark teardrop shaped glasses protect the eye completely and do not let any
**light** come in. **Aviator** glasses have known to make a style ...
www.wholesalesunglassesblog.com/2007/ 10/22/**aviator**-sunglasses-classic-style-for-a-cool-image/ - 38k
- Cached - Similar pages

### Led Lenser Aviator Torch - Independent Offers

Sponsored Links

### Aviator light
Huge Selection. Compare Prices.
Find lighting
Like.com/**lighting**

The **Aviator** torch from Led Lenser is one gadget you shouldn't be without!
Featuring a cloverleaf 6-reflector system, 5 x high intensity white **light** chips ...
www.independentoffers.co.uk/ I-GG-**AVIATOR**-1/Led-Lenser-**Aviator**-Torch.htm - 13k - Cached - Similar pages

## **Aviator** Glares, Sun Glasses, Celebrity Lamp, Austria, Celebrity ...

Nov 30, 2007 ... It features 40 pairs of mirrored **aviator** glasses and stands on a glistening,
linear stand along with a hilarious temple **light** switch. ...
www.elitechoice.org/2007/11/30/ 40-pairs-of-**aviator**-glares-form-celebrity-lamp/ - 48k - Cached - Similar pages

## The **Light** Sensitive **Aviator** Sunglasses. price comparison

Compare The **Light** Sensitive **Aviator** Sunglasses. prices before you buy to make
sure you get the best deal. Find a list of The **Light** Sensitive **Aviator** ...
shopping.msn.com/Prices/shp/?itemId=984900309 - 26k - Cached - Similar pages

## Tactical Concepts

Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.tacticalconcepts.com.au/**lights**.shtml - 36k - Cached - Similar pages

## Movie Review - Shine a Light - eFilmCritic

As shot by Robert Richardson, who won an Oscar for his work on Scorsese's "The
**Aviator**," "Shine a **Light**" has an intimacy that few concert films provide. ...
efilmcritic.com/review.php?movie=17043&reviewer=382 - 52k - Cached - Similar pages

## Flying a Retro-Reflective Approach

First published in the New Mexico **Aviation** Division newsletter, "Fly New Mexico.
... To help orient the pilot for landing, we have had three **light** strobe ...
www.swaviator.com/html/issueon00/basicson00.html - 24k - Cached - Similar pages

## Shine A **Light** Sunglasses review at Kaboodle

Learn more about Shine A **Light** Sunglasses, learn other people's perspectives,
compare prices, ... Plastic **Aviator** Sunglasses. First picked by x0xsharicex0x ...
www.kaboodle.com/reviews/shine-a-**light**-sunglasses - 72k - Cached - Similar pages

## **Aviator** Flight Line - Bird Accessories - My Parrot Shop - Parrot ...

The **Aviator** Flight Line is very **light**. For small birds the entire Flight Line
lead and the **Aviator** Harness together weights less than 15 grams. ...
www.myparrotshop.com/bird-accessories/ **aviator**-flight-line/prod_313.html - 28k - Cached - Similar pages

## Ercoupe is Affordable Solution to School's Sport Pilot Needs ...

Mar 27, 2008 ... The March 2008 the Oklahoma **Aviator** reported that Oklahoma's Chickasha Wings ...
Going first to the vendors of new **light** sport-aircraft, ...
www.jetwhine.com/2008/03/ ercoupe-is-affordable-solution-to-schools-sport-pilot-needs/ - 24k
- Cached - Similar pages

## Airliners.net **Aviation** Industry News

Blind **aviator** half-way round the globe in micro **light** plane Source UPI - Africa
Monitoring [ More from source ] Posted 34 days 22 hours 59 minutes 59 ...
www.airliners.net/.../ index.news.main?sheadline=NZ%20pilots%20die%20in%20micro-**light**%20plane%20crash -
42k - Cached - Similar pages

## door ajar **light** - Ford Forums - Mustang Forum, Ford Trucks and Cars

aviator light - Google Search

my door ajar **light** stays on even when all doors are closed. ... Ford Explorer |
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/door-ajar-**light**-48994/ - 84k - <u>Cached</u> - <u>Similar pages</u>

## **AVIATOR** LINCOLN USED: Questions and answers about Toshiba hd dvd ...

Copy and the low blue **light** waves cause a file Special Feature Run Time Machine,
**aviator** lincoln used The Oklahoma **Aviator**, it on Friday, 16 May 11, ...
preston796.isuisse.com/**aviator**-lincoln-used.html - 26k - <u>Cached</u> - <u>Similar pages</u>

## **aviator** glass - compare prices, research products, save money at ...

Lg. **Aviator**, Drivers Gradient Lens, Matte Black Frame. Matte black frame and
glass photochromic drivers gradient lens automatically adjust to changing **light** ...
www.become.com/shop?q=**aviator**+glass - 203k - <u>Cached</u> - <u>Similar pages</u>

## About Randolph's Vintage Military Pilot Sunglasses

low **light** situations encountered in haze and fog. Randolph Pilot Sunglass Models
Randolph offers four vintage pilot sunglass designs: 1. The "**AVIATOR**" ...
www.pilotpetesupplies.com/Randolph-all-about-info.html - 35k - <u>Cached</u> - <u>Similar pages</u>

## Aeromedix.com - Doug Ritter Essentials **Aviator** Survival Vest

1 Doug Ritter Special Edition MkII Photon Freedom Micro-**Light** w/ Cap Clip ...
Base price of the Doug Ritter Essentials **Aviator** Survival Vest is $675.00 ...
www.aeromedix.com/.../14/category_id/15/ product_id/1356/nm/Doug_Ritter_Essentials_**Aviator**_Survival_Vest -
31k - <u>Cached</u> - <u>Similar pages</u>

## Discover Fonts: Tag Cloud

Adonis Old Style SG-**Light**. Preview: Adonis Old Style SG-**Light** · Download | Permalink
... **Aviator** SG-**Light**. Preview: **Aviator** SG-**Light** · Download | Permalink ...
www.discoverfonts.com/tagcloud.aspx/1930s - 88k - <u>Cached</u> - <u>Similar pages</u>

## GadgetGuys.com

The A2 **Aviator**, as its name implies was originally created for **aviators** who needed
a bright **light** for equipment inspection and a dimmer **light** for use in the ...
www.gadgetguys.com/readreview.asp?ArticleID=68 - 14k - <u>Cached</u> - <u>Similar pages</u>

## [PDF] New Noga **Light** Ltd.

File Format: PDF/Adobe Acrobat - <u>View as HTML</u>
NL-93 ANVIS Goggles. **Aviator's** Night Vision Imaging System. **Light** weight binoculars.
Comfortable to wear, easy to operate. Compatible with all helmets ...
www.sibat.mod.gov.il/NR/rdonlyres/ 5AC7C4E3-6A3A-4252-BAB5-A2CF67A14414/0/sod_newnoga**light**.pdf
- <u>Similar pages</u>

## Lincoln **Aviator** Accessories, Performance Parts

Tail **Light** Bezel Lincoln **Aviator** Chrome Tail **Light** Trim. Vehicle Electronics ...
Lincoln **Aviator** 04-05 Chrome Tail **Light** Trim. $89.99. Click for Details ...
www.slickcar.com/accessories/**aviator**_accessories.asp - 83k - <u>Cached</u> - <u>Similar pages</u>

## Lincoln Navigator / Lincoln **Aviator** / Mark LT Lincoln vs Cadillac ...

Lincoln Navigator / Lincoln **Aviator** / Mark LT Lincoln vs Cadillac Forum - The
... 99 Lincoln Navigator AC problem · Daytime Running **Lights** · New **Aviator** ...
www.lincolnvscadillac.com/ Lincoln-cadillac-archive/forum/9-1.html - 33k - <u>Cached</u> - <u>Similar pages</u>

## Shop Online

aviator light - Google Search

Our **Aviator** is like no other product on the market. We let the buyer choose the
design, the **lights**, the flash patterns, and synchronization of all **light** ...
www.customemergency**lighting**.com/id47.html - 22k - Cached - Similar pages

## Women in **Aviation** 2007 Conference Information Center

The Sport Pilot/**Light**-Sport Aircraft Rule represents the biggest opportunity for
**aviators**, potential pilots, and **aviation** since the Wright Brothers lifted ...
www.wai.org/07conference/2007_conf_edsessions.cfm - 22k - Cached - Similar pages

## Retro Turbo **aviator** sunglasses in pink :: SoSunglasses

Turbo **aviator** shape - Turbo embellishment to arms - Tinted **light** brown lenses.
- Highly polished durable frame. Maximum UV400 Lens frame, absorbing 99% of ...
www.sosunglasses.co.uk/ Retro%20Turbo%20**aviator**%20in%20pink.htm - 17k - Cached - Similar pages

## Pilot Supplies

White round pads with a **light** blue ASA logo that will fit any **aviation** instrument.
Click here for more details. Regular Price $6.95 Avid **Aviator** Price $6.50 ...
www.avid**aviator**.com/pilot_supplies.html - 56k - Cached - Similar pages

## Pink **Aviator** Sunglasses. Vw **Aviator** Style Sunglasses Vw Metal Vw ...

Jimmy crystal pino **aviator** sunglasses with **light** rose swarovski crystals.
Chanell chanel purses ppurses puurses purrses pursses pursees pursess purses red ...
edgjyymh.hostinggratisargentina.com/ donkey-w08/pink-**aviator**-sunglasses.html - 37k - Cached - Similar pages

## Ultralights and ultralight flying, aircrafts and **aviation** ...

Portal dedicated to the ultralight flying with news and banners and ads spaces
for sale. You can advertise your company, activity or site here and be ...
www.**light**airplanes1.com/ - 116k - Cached - Similar pages

## Cabela's -- Guidebook Story

Like many great ideas, the concept for the A2 **Aviator** was born out of need.
Pilots, flying at night, needed a **light** that would enable them to run their ...
www.cabelas.com/story-123/ross_surefire_a2_review/ 101/Surefire%252BA2%252B**Aviator**%252BField%252BTest.
shtml - 50k - Cached - Similar pages

## 2007 Lincoln **Aviator** vs. 2004 **Aviator** Concept - Autoblog

Below: Lincoln **Aviator** Concept from the 2004 Detroit show. concept **aviator** ....
I'm not too happy with the red and black "tail-**light**" across the back. ...
www.autoblog.com/2005/10/28/ 2007-lincoln-**aviator**-vs-2004-**aviator**-concept/ - 78k - Cached - Similar pages

## Ford Motor Company - Featured Story - 2004 Lincoln **Aviator** Takes ...

"Outwardly, you won't mistake **Aviator** for anything but a Lincoln," writes Greg
Zyla of Lee's Summit Journal (Mo.). New dark blue pearl and **light** French silk ...
media.ford.com/newsroom/ feature_display.cfm?release=16303 - 19k - Cached - Similar pages

## A2 **Aviator**® - LED Combo Flashlight from SureFire

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three ...
www.surefire.com/maxexp/main/ co_disp/displ/prrfnbr/900/sesent/00 - 37k - Cached - Similar pages

## **Aviator** Harness

aviator light - Google Search

**Light** weight elastic cording allows safe flight and encourages proper flight
behaviors for free-flight training. The **Aviator** Harness wrist strap attaches to ...
www.cjexoticbirdsupplies.com/**aviator**_harness.htm - 24k - Cached - Similar pages

### Search for 'hinkley' in Indoor Living - PriceGrabber.com
Hinkley Lighting Hinkley Lighting 5270BN **Aviator** 1-**Light** Wall Sconce in Brushed
Nickel. 1 WEEK Delivery Guarantee. No Return Fees. ...
www.pricegrabber.com/search.php?form_keyword=hinkley - Similar pages

### Don't hit me! - Flying Safety | Encyclopedia.com
I know a lot about you since I'm also a military **aviator**, but do you know much
about me, the civilian **aviator** in a **light** aircraft? ...
www.encyclopedia.com/doc/1G1-160641854.html - 48k - Cached - Similar pages

### Survive!: My Fight for Life in the High Sierras - Google Books Result
by Peter DeLeo - 2005 - Nature - 256 pages
The **light** is accompanied by a second **light** farther down the tower, signifying it's an **aviator-light**
tower on the eastern slope of the mountain range, ...
books.google.com/books?isbn=0743270061...

### WTS/WTT **Aviator** A2 again... - Knifeforums.com - Intelligent ...
Aug 13, 2007 ... Give me **Light**! » The Lighthouse BUY/SELL/TRADE » WTS/WTT **Aviator** A2 again. ...
I withdrew this **light** last fall but need to move it now. ...
www.knifeforums.com/forums/ showtopic.php?tid/789922/post/last/ - 42k - Cached - Similar pages

### Truthdig - Reports - A Shining **Light** Goes Out in Africa
May 8, 2007 ... Shining a **light**, journalists provide understanding. .... By DFC (a professional
**aviator**), May 9, 2007 at 2:55 am # (Unregistered commenter) ...
www.truthdig.com/report/item/ 20070508_a_shining_**light**_goes_out_in_africa/ - 72k - Cached - Similar pages

### What's a Bug Smasher Doing in My MOA? - Business - redOrbit
Jan 29, 2008 ... I know a lot about you because I'm also a military **aviator**, but do you know much
about me as the civilian **aviator** in a **light** aircraft? ...
www.redorbit.com/news/business/1233628/ whats_a_bug_smasher_doing_in_my_moa/index.html - 28k
- Cached - Similar pages

### 2005 Lincoln **Aviator** 4 Dr STD AWD SUV | Repository.com Wheels
This is a used 2005 Lincoln **Aviator** 4 Dr STD AWD SUV (4dr SUV) from Downtown Ford
Lincoln ... Adaptive **Light** Control4 Doorsair Conditioningpower Adjustable ...
repository.carsite.com/index. cfm?page=4&INVENTORY_ID=2173037 - 55k - Cached - Similar pages

### The Southern **Aviator**
Jul 21, 2006 ... The latest news in aircraft certification and production hovers mostly around
the two ends of the general **aviation** spectrum -- Very **Light** ...
www.southern-**aviator**.com/editorial/articledetail. lasso?-token.key=13178&-token.src=column&-nothing - 17k
- Cached - Similar pages

### LED flashlights for law enforcement, the military, public safety ...
LED flashlights for law enforcement, the military, public safety agencies,
hunters (including scorpion hunters), forensics, crime scene investigations.
www.theled**light**.com/LEDFlash**lights**.html - 10k - Cached - Similar pages

### "Explorer | Mountaineer | **Aviator** " | Forum Profile | BoardReader

aviator light - Google Search

May 8, 2008 ... Customize: Customize "98 Explorer motor swap info :: Explorer | Mountaineer |
**Aviator** :. RE: Side view mirror **light** will not go off. ...
boardreader.com/fp/Ford_Discussion_Forum_for_Must_14406/ Explorer_Mountaineer_**Aviator**_37015.html - 104k
- Cached - Similar pages

## Anywhere Map - Detail

**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=226 - 94k - Cached - Similar pages

## Luckyduck.com: Welcome!

The A2 **Aviator** is ideal for anyone spending long periods in the dark. ...
powerful than a 3 D-cell flashlight and will **light** up anything you need to see, ...
www.luckyduck.com/index.php?/shop/details/9 - 26k - Cached - Similar pages

## Ben Sherman 70's **Aviator** | Uncrate

Ben Sherman 70's **Aviator**. Bust out the polyester, chest hair, and gold chains:
... The squared shades are handmade with **light** amber tortoise shell acetate, ...
www.uncrate.com/men/style/ sunglasses/ben-sherman-70s-**aviator**/ - 16k - Cached - Similar pages

## AvShop Pilot Shop - Oakley Crosshair Pilot Sunglasses for Women

Black Iridium lenses transmit 10% of **light** and are rated at an index of 3, making
them ideal for Sunny conditions. While not suitable for **aviation** use, ...
www.avshop.com/product/ITEM6955/15 - 36k - Cached - Similar pages

## Lincoln **aviator** tail **light**, lincoln restoration expert

Lincoln **aviator** tail **light**, lincoln restoration expert, lincoln 175 tig welder,
lincoln nebraska independent escorts, lincoln parks noodle house.
members.lycos.nl/angelavi/vi1010.html - Similar pages

## Classic **aviator** sunglasses, Polarized **aviator** sunglasses, Mirrored ...

Polarized **aviator** sunglasses. Polarized sunglasses can block out a greater part
of the horizontal **light** waves. Thus, only the vertical **light** waves are ...
www.voguewear.com/**Aviator**-Sunglasses.html - 21k - Cached - Similar pages

## SureFire Illumination Tools, Flashlights, Tactical **Lights** ...

Originally developed for professional **aviators** who needed a **light** bright enough
to illuminate a 747's tail section from the ground yet not so bright that it ...
https://www.expeditionexchange.com/surefire/ - 2k - Cached - Similar pages

## Bathroom Vanity **Lights** by Hinkley

Hinkley Lighting - **Aviator** 3-**Light** Vanity Strip in Brushed Nickel Magnifying Glass.
Hinkley Lighting - **Aviator** 3-**Light** Vanity Strip in Brushed Nickel ...
www.csn**lighting**.com/ Bathroom-Vanity-**Lights**-by-Hinkley-C113360.html - 145k - Cached - Similar pages

## Various sunglasses Rayban - Compare all offers with Twenga

Rayban - Ray-Ban 3025 **Aviator** Silver Mirror 00359 Polarised .... 12mm RRP: £120
Colour: Gunmetal Photochromic Lens **Light** Sensitive Frame Type: **Aviator**. ...
www.twenga.co.uk/ dir-Fashion,Fashion-accessories,Various-sunglasses-6858 - 77k - Cached - Similar pages

## Serengeti Driver 5222 **Aviator** Sunglasses - Large - Awesome Avenue

aviator light - Google Search

These Serengti Large **Aviators** are THE CLASSIC SERENGETI SUNGLASSES! ... lens which
provides exceptional clarity and confidence in all **light** conditions (24% ...
www.ultimate80s.com/Products/ Serengeti-Driver-5222-**Aviator**-Sunglasses---Large__983.aspx - 42k
- Cached - Similar pages

## 2005 Lincoln **Aviator** Specifications - Complete Specs & Data at ...
Learn more about the vehicle of your choice with 2005 Lincoln **Aviator** ...
Driver and passenger power heated partial-painted door mirrors indicator **lights** ...
www.internetautoguide.com/car-specifications/ 09-int/2005/lincoln/**aviator**/index.html - 93k - Cached - Similar pages

## Porcelain and Ceramic Tiles AV **Light** 16 inch x16 inch Polished
Porcelain Tile- **Aviator** Series Accessories Opaline **Light** / 3.5"x12" / Bullnose
Natural, Bullnose Natural Click for Detail ...
flooring.builddirect.com/Porcelain-Tile/ porcelain-AV-**Light**/ProductDisplay_6933_p1_10055597.aspx - 70k
- Cached - Similar pages

## Used Lincoln **Aviator** For Sale in Calgary, Canada - Vast Autos
Find a Used Lincoln **Aviator** For Sale in Calgary, Canada. ... Third Row Seating,
Tinted Windows, Trailer Hitch, Vanity Mirror/**Light**, Xenon Headlights ...
www.vast.com/cars/used-for-sale-Lincoln. **Aviator**/location-Calgary--Canada - 96k - Cached - Similar pages

## North American **Aviator** - Adventure Flying
**Aviators** the world over, have used **light** aircraft to extend their vision of the
world. Most **aviators** that have acquired some expertise in flying **light** ...
www.northamerican**aviator**.com/adventure_flying.html - 16k - Cached - Similar pages

## 2004 Lincoln **Aviator** Specifications, Data, and Car Specs at ...
View 2004 Lincoln **Aviator** specifications and car data for all vehicle ... -Door
entry **light** -Door pockets/bins for driver seat, passenger seat and rear ...
www.autobuyguide.com/2004/12-aut/ lincoln/**aviator**/specifications/index.html - 34k - Cached - Similar pages

## Clothing And Accessories online auctions at Clothing.eBay.com.au ...
Classic **Aviator Light** Brown Fashion Eyewear Sunglasses. PayPal Buyer Protection
Program, AU $5.49, AU $4.50. From Hong Kong ...
clothing.listings.ebay.com.au/Women_ Accessories_W0QQsacatZ29725QQsocmdZListingItemList - 131k
- Cached - Similar pages

## Boeing CH-47D Chinook and Visual Illusions.
Confusion of Ground **Lights** (Ground **Light** Misinterpretation). It is not uncommon
to confuse ground **lights** with stars. This occurs when an **aviator** unknowingly ...
www.chinook-helicopter.com/ standards/Illusions/Visual_Illusions.html - 27k - Cached - Similar pages

## ANVIS AN/PVS night vision goggles
The AN/AVS-6 provides imagery sufficient for an **aviator** to complete night time
missions down to starlight and extreme low **light** conditions. ...
www.x20.org/nightvision/ anvis_an_avs_6_night_goggles.htm - 56k - Cached - Similar pages

## Photo of the Wright Brothers' first flight signed by Orville Wright
Tiny tear at top edge, **light** creasing to lower margin, and **light** ... Famous **Aviator**
best known for being the first pilot to break the sound barrier. ...
www.maxrambod.com/**aviation**.htm - 14k - Cached - Similar pages

## John Ross Article

aviator light - Google Search

is a long way from creating another **aviator**, especially if his parents are
ambivalent (let alone hostile) to **aviation**. Second, the **"Light** Sport" category ...
www.john-ross.net/osh2.php - 18k - Cached - Similar pages

## LED Lenser V2 **Aviator** torch : LED Lenser torches - Airplan Flight

LED Lenser V2 **Aviator** torch (LEDV2AVIATOR) by LED Lenser torches - The **Aviator**
... to conventional torch bulbs which convert typically only 5% to **light**. ...
www.afeonline.com/shop/product_info.php?products_id=379 - 50k - Cached - Similar pages

## Alabama **Aviator** - Alabama Airports - Flight Schools in Alabama and ...

See the Best in **Aviation** Weekend Activites. 12/3/2007 - Experimental **Light** Sport
Aircraft Judgment Day is Looming. If you have not registered and certified ...
www.alabamaaviator.com/index.asp?record_no=11854 - 35k - Cached - Similar pages

## USED LINCOLN **AVIATOR** FOR SALE on TheBigLot.com

Are you looking to buy a 2004 LINCOLN **AVIATOR**? Save money and buy from private
seller. This suv is diamond dust white pearl with **light** dove grey leather ...
www.thebiglot.com/car_listings/ LINCOLN_AVIATOR_for_sale.htm - 29k - Cached - Similar pages

## Planenews **Aviation** News Portal - **Light** Aircraft Crashed in Russia ...

May 5, 2008 ... Your **aviation** news and services. ... P96-Golf ultra **light** aircraft manufactured
by Tecnam (Italy) crashed in the Chelyabinsk Region of ...
planenews.com/modules.php?name=News& file=article&sid=9333 - 40k - Cached - Similar pages

## Flying Solo: The **Aviator** and Libertarian Philosophy - Paul A ...

... view him in a more favorable **light**. The **Aviator** does acknowledge the dark
sides to Hughes's character and presents some of his more questionable deeds, ...
mises.org/story/2609 - 248k - Cached - Similar pages

## Helmet mounted **aviation** night vision illuminating device - Patent ...

1, also connected pivotally to the helmet 26 is an **aviator's** night vision imaging
system 28 which amplifies **light**. It is preferably of the type which uses ...
www.wikipatents.com/5083246.html - 109k - Cached - Similar pages

## Nomex **Aviator** Gloves

Cyalume **Light** Sticks (Chemical **Light** Sticks) · Drag Bags · Dry Bags / River
Crossing Bags ... Nomex **Aviator** Gloves. click on picture for full description ...
www.kitbag.com.au/category24_1.htm - 26k - Cached - Similar pages

## SURE-FIRE FLASHLIGHT MODEL A2 AVAITOR - LIGHTING - SUREFIRE ...

Originally developed for professional **aviators** – who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.wellingtonsurplus.com.au/.../**LIGHT**ING/ SUREFIRE+FLASH**LIGHT**S/LT3920/+SURE-FIRE+FLASH**LIGHT**
+MODEL+A2+AVAITOR - 31k - Cached - Similar pages

## 2004 Lincoln **Aviator** Specifications at Automobile Magazine

View comprehensive 2004 Lincoln **Aviator** specifications and data at Automobile
... too **light** or heavy, has the right balance between power and gas mileage, ...
www.automobilemag.com/am/ 2004/lincoln/**aviator**/specifications.html - 88k - Cached - Similar pages

## **Aviation** Supplies & Academics: Preflight a Fixed Wing **Light**-Sport ...

aviator light - Google Search

Sport Pilot: Choosing the **Light**-Sport Aircraft that's Right for You ...
**Aviation** Supplies & Academics, Inc. 7005 132nd Place SE | Newcastle WA 98059-3153 ...
www.asa2fly.com/ Preflight-a-Fixed-Wing-**Light**-Sport-Aircraft-for-Sport-Pilots--P608_product1.aspx - 50k
- Cached - Similar pages

**[PDF]** unglasses ilots:
File Format: PDF/Adobe Acrobat - View as HTML
A sunglass frame should be sturdy enough to take some abuse, without breaking,yet
**light** enough to be comfortable.An **aviator**'s sunglasses should fit ...
www.faa.gov/pilots/safety/ pilotsafetybrochures/media/sunglasses.pdf - Similar pages

Visual Acuity with AN/PVS-5A Night Vision Goggles and Simulated ...
Because present generation flashblindness materials permit about 20 percent **light**
transmission in the open state (about the same as the **aviator's** ...
stinet.dtic.mil/oai/oai?verb=getRecord& metadataPrefix=html&identifier=ADA212673 - 6k - Cached - Similar pages

Used Cars, Magnolia AR :: 2005 Lincoln **Aviator** 43 : Magnolia Motor ...
Oct 7, 2007 ... Hi, Check out this vehicle: 2005 Lincoln **Aviator**. Verification Code ... 2005,
Lincoln, **Aviator, Light** Tundra Metallic ...
www.magnoliamotorcompany.com/ 2005_lincoln_**aviator**_43.php - 103k - Cached - Similar pages

VLJ MAGAZINE | VLJ Group Welcomes GMAA | Adam, Very, **Light** ...
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/ vlj_group_welcomes_gmaa.html - 27k - Cached - Similar pages

SafeAviator - Petzl Tactikka Plus
This **light** system seems to have been designed with **aviators** in mind. This headlamp
has a lens that is easily flipped up or down depending on your need for ...
www.safeaviator.com/index_files/Page864.htm - 83k - Cached - Similar pages

CafeFX Recreates The **Aviator's** Record-Setting | Design News
They tapped the radiosity **light** engine to calculate **light** bounce and ...
"Working on 'The **Aviator'** was very exciting for all of us," says Braet. ...
www.dexigner.com/design_news/610.html - 29k - Cached - Similar pages

SureFire A2 **Aviator** Dual Output Hybrid Tactical LED Xenon Bulb ...
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
mountsplus.com/thestore/prods/SUR-A2-HA-BL.html - 28k - Cached - Similar pages

The **Aviator** corrections
Mistakes, goofs, pictures, quotes, trailers and trivia for The **Aviator** and other
... In the long shot, his hands are actually lit by a hidden **light** to ...
www.moviemistakes.com/film4676/corrections - 36k - Cached - Similar pages

Surefire A2 **Aviator** review - CandlePowerForums
Oct 6, 2006 ... The A2 **Aviator** was the **light** that sparked my interest in high-end flashlights,
in a Surefire advertisement in Popular Science magazine. ...
www.candlepowerforums.com/vb/showthread.php?t=107355 - 154k - Cached - Similar pages

2003 Lincoln **Aviator**

aviator light - Google Search

Having mistakenly titled it Lincoln Navigator instead of **Aviator**, ... the roof
rack, door handles, **light** casings and, of course, the waterfall grill and ...
www.wheels.ca/article/28564 - 61k - Cached - Similar pages

## Lincoln **Aviator** Fog **Light** - Car Parts Wholesale
Home > Cars > Lincoln **Aviator** Parts > Fog **Light**. Lincoln **Aviator** Fog **Light**.
Lincoln **Aviator** 2003-2005 Fog **Light**. "FOG **LIGHT** ASSEMBLY, DRIVER OR PASSENGER ...
www.carpartswholesale.com/ parts/lincoln/**aviator**/fog_**light**.html - 72k - Cached - Similar pages

## Millerhaus Distributing
The image "http://site-images.ws/images/cust. Brand New Item! **Aviator** Flight Line
System. includes both **light** and heavy leads. free shipping ...
www.millerhausdistributing.ws/page3.html - 46k - Cached - Similar pages

## [PDF] White **Light** Redundancy
File Format: PDF/Adobe Acrobat - View as HTML
Marine Corps Individual Assault Kit; an A2 **Aviator**,. a dual output incandescent/LED
**light** (the author's. favorite, especially useful with the red lamp or ...
www.surefireinstitute.com/ images/pdfs/White_**Light**_Article.pdf - Similar pages

## eBay – Ray-Ban sunglasses, RayBan sunglasses and rayban **aviator** ...
NEW Ray Ban **AVIATOR** Sunglass RayBan 3268 041/71 Pewter. This seller accepts PayPal
... ITALY RAY BAN SUNGLASSES **AVIATOR** **LIGHT** ADAPTIVE RB 3342 ...
clothing.listings.ebay.com/Sunglasses_Ray-Ban_
W0QQdfspZ32QQlopgZ2QQsacatZ79732QQsocmdZListingItemList - 123k - Cached - Similar pages

## Jim N Texas! » 2007» October
Oct 5, 2007 ... I have the ' **Aviator Light**' XM subscription which shows NEXRAD radar, echo tops,
TFRs, METARs, TAFs and precipitation. Don't tell XM, ...
grayraven.com/JimNtexas/?m=200710 - 52k - Cached - Similar pages

## YouTube - Street **Light** Youth: The **Aviator** (Part I)
Street **Light** Youth @ The Premier Pool Club Ipswich 20/01/06.
www.youtube.com/watch?v=sc1pRyYAIVw - 57k - Cached - Similar pages

## Doug Ritter Special Edition MkII Photon Freedom Micro-**light**
eQ Multi-**Light**. D.R. eQ Multi-**Light**™ · Pocket Survival Pak. Pocket Survival Pak™ ·
**Aviator** Survival Pak. Ultimate **Aviator** Survival ...
www.equipped.org/dr_photon.htm - 33k - Cached - Similar pages

## Sunfire **Aviator** Flashlight w/White LED
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.camcor.com/cgi-bin/cat/id=1050954398 - 30k - Cached - Similar pages

## New Balance Combed Cotton Liner (12 Pairs) - **Aviator**/Grey/Black ...
**Aviator**/Grey/Black, Pink/**Light** Blue/Fusion Green. Color: **Aviator**/Grey/Black.
New Balance Combed Cotton Liner (12 Pairs). View Larger Image ...
www.shoebuy.com/ new-balance-combed-cotton-liner/209447/458965 - 42k - Cached - Similar pages

## Detroit-D Lowered Lincoln **Aviator** on 22's (Black on Black) - Romeo ...

aviator light - Google Search

I switched over all my interior and exterior lighting from **light** bulbs to white
LED - over 120 LEDs all together. Detroit-D's 2003 Lincoln **Aviator** Romeo, ...
www.cardomain.com/ride/2193413 - 72k - Cached - Similar pages

## EAA e-Hotline Electronic Newsletter
Apr 6, 2007 ... Fantasy Air USA of Sanford, North Carolina, U.S. Distributor of Fantasy Air
Allegro **Light** Sport Plane, has adopted the **Light**-Sport **Aviators'** ...
members.eaa.org/home/ehotline/070406.html - 56k - Cached - Similar pages



**Previous** <u>1</u>  <u>2</u>  **3**  <u>4</u>  <u>5</u>  <u>6</u>  <u>7</u>  <u>8</u>  <u>9</u> <u>10</u>       **Next**

---

| aviator light | | **Search** |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

**Web** <u>Images</u> <u>Maps</u> <u>News</u> <u>Shopping</u> <u>Gmail</u> <u>more</u> ▼

<span style="float:right"><u>Sign in</u></span>

 **Google**

| aviator light | **Search** |

<u>Advanced Search</u>
<u>Preferences</u>

## Web

Results **301 - 400** of about 433,000 for <u>**aviator light**</u>. (0.60 seconds)

Sponsored Links

#### strobe **light**
sozluk.sourtimes.org/show.asp?t=strobe+light - <u>Similar pages</u>

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
like.com/**lighting**

#### Home Improvement,Replacement Window,Sunroom,Bathroom,Kitchen ...
May 19, 2008 ... lowe's home improvement **aviator light** lowe's home improvement bar stools lowe's
home improvement bathrooms lowe's home improvement blinds ...
wikihost.org/wikis/homepruved/ programm/gebo.prg?name=start - 49k - <u>Cached</u> - <u>Similar pages</u>

#### Lincoln **Aviator** Accessories - ShopSAR.com
Our Price: $99.00, 2004-2006 Lincoln **Aviator** Chrome Tail **Light** Bezels List Price:
$236.00 Our Price: $167.00. BV4005, PP42640, TL26846 ...
www.shopsar.com/Lincoln-**Aviator**-Accessories-s/156.htm - 79k - <u>Cached</u> - <u>Similar pages</u>

#### Taking flight: more than a glitzy Ford Explorer, the 2003 Lincoln ...
During our test drive of the 2003 **Aviator**, steering was feather-**light** around
town, but could provide aggressive feedback during high-speed cornering. ...
goliath.ecnext.com/coms2/gi_0199-3222096/ Taking-**flight**-more-than-a.html - 25k - <u>Cached</u> - <u>Similar pages</u>

#### Fossett Missing, Air Search Intensifies | **Aviation**
More than a dozen aircraft are searching for record-holding **aviator** Steve Fossett,
missing for more than 24 hours after Fossett took off in a **light** aircraft ...
www.**aviation**.com/flying/ 070904-steve-fossett-missing.html - 37k - <u>Cached</u> - <u>Similar pages</u>

#### White **Light**
From L to R the SureFire 6P, A2 **Aviator**, E2E w/TID, E2D Exec. Defender, M3 Combat
**Light**. The SureFire **lights** with strike bezels and the GG&G T.I.D.s are ...
www.demibarbito.com/white**light**.html - 24k - <u>Cached</u> - <u>Similar pages</u>

#### eBay Singapore Shop - RICHMUN Sunglasses,Collectables: RAY BAN ...
USA B&L RAY BAN 50 mm G-15 lenses for CARAVAN **AVIATOR**. S$ 50.31, Buy It Now ...
ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342. S$ 172.73 ...
stores.ebay.com.sg/RICHMUN-Sunglasses-Collectables_ RAY-
BAN_W0QQcolZ2QQdirZ1QQfsubZ15350438QQftidZ2QQtZkm - 79k - <u>Cached</u> - <u>Similar pages</u>

#### LINCOLN **AVIATOR** Wood Dash,Pillar Post,Rear Wing,Car Cover,Tonneau ...
2003 **AVIATOR** LINCOLN B&I and Putco Fender Trims · 2003 **AVIATOR** LINCOLN B&I Rocker
... EWD Side Molding Cover · 2003 **AVIATOR** LINCOLN EWD Tail **Light** Cover ...
www.exoticwooddash.com/SiteMapCategories. aspx?vmake=LINCOLN&vmodel=**AVIATOR**&vyear=2003 - 76k
- <u>Cached</u> - <u>Similar pages</u>

#### Aircraft carrier - Wikipedia, the free encyclopedia

aviator light - Google Search

A bright orange "source" **light** was shone into the mirror creating
the "ball" (or "meatball" in later USN parlance) which could be seen by the
**aviator** who ...
en.wikipedia.org/wiki/Aircraft_carrier - 169k - Cached - Similar pages

## Compare To Ray Ban Sunglasses - Large Polarized **Aviator**
This large **Aviator** features a **light** weight yet durable metal frame, polarized
lenses to reduce glare and full UV protection. ...
www.thesunglassmanonline.com/ index.asp?PageAction=VIEWPROD&ProdID=1962 - 38k - Cached - Similar pages

## G by GUESS - Sunglasses - Find, Compare, and Buy at DealTime
G by GUESS Mono Lens **Aviator**. Masculine meets style. Meets 100% UV requirements.
Optically correct. Constant tint for bright **light** absorption. ...
www.dealtime.com/xDN-sunglasses--gby_guess_merch - 75k - Cached - Similar pages

## Superpages Shopping: Health And Beauty > Personal Care > Eye Care ...
**Aviator** Metal Eyeglasses 39dollarglasses.com Store Rating 2.50 25 reviews,
**Aviator** Metal Eyeglasses Frame with **light** & thin Rx lenses, UV & Scratch coatings ...
shopping.superpages.com/39dollarglasses--pl800206129 - 117k - Cached - Similar pages

## **Aviation** Gifts
Softly glowing cabin &amp; engine **lights** shine all night.<br /><br /> Perfect
for the **aviation** enthusiast or pilot in your life.0 points ...
www.squidoo.com/**Aviation**gifts - 177k - Cached - Similar pages

## Maxfire LX Tactical **Light**
The package says this **light** is 12 times brighter than an AA flashlight. I compared
this **light** to the much more expensive Surefire **Aviator** A2 which belonged ...
www.alpharubicon.com/prods/maxfiretemplar.htm - 5k - Cached - Similar pages

## Surefire A2 **Aviator**, by Brad - Outdoors-Magazine.com
be my jacket **light** in the winter, my BOB **light** in the summer, and even my camping
**light**. I feel that the **Aviator** is one of the most well-designed and ...
outdoors-magazine.com/s_article.php?id_article=176 - 33k - Cached - Similar pages

## A-D
**Aviator** · **Aviator Light** ... Capone **Light** · ITC Caribbean Roman · Carl Beck ·
Carlisle · Carmela · Carmine Tango · Carnavale Delight ...
www.paratype.ru/astore/reflist1.htm - 48k - Cached - Similar pages

## Full Spectrum **Light** Products: Ott sunglasses, Longstar **Light** bulb ...
OTT Full Spectrum Sun Glasses - **Aviator** style. $39.95. $36.95/ea. $34.95.
Other Full Spectrum **Light** Products:. LIT036. Longstar 30 watt Full Spectrum **Light** ...
https://www.momentum98.com/ott.html - 67k - Cached - Similar pages

## Sunglasses
The new generation of **aviator** sunglasses: extremely **light** and flexible thanks to
very pure titanium and unmistakeable to no-screw lens mounting. ...
shopping.ninemsn.com.au/.../**aviator**/347-9156/ forsale?text=category:sunglasses+Sunglassestype:**Aviator** - 133k
- Cached - Similar pages

## Bright **Lights** Film Journal | French & American Beauty

aviator light - Google Search

**Light**-spirited energy, a dash of social comment — Jour de Fete could be described,
... The **Aviator** (2004) also put me in mind of all things mid-20th century ...
www.bright**light**sfilm.com/52/frenchamerican.htm - 26k - Cached - Similar pages

## 5-13. Mike Lite (lip **light**)
NOTE MK-1, Mount Kit (NSN 6240-01-362-4902) mounts the lip **light** to the **aviator's**
microphone. MK-1, Mount Kit is issued with an assortment of clips to ...
www.tpub.com/content/**aviation**andaccessories/ TM-1-8415-216-12P/css/TM-1-8415-216-12P_173.htm - 21k
- Cached - Similar pages

## Lincoln **Aviator** 2003 To 2005 Trailer Wiring Harness Without ...
Lincoln **Aviator** 2003 To 2005 Trailer Wiring Harness Without Factory Tow Package
40335 Lincoln ... left turn, tail**light light** / stop **light** for your trailer.
www.autoaccessconnect.com/av20trwihawi.html - 32k - Cached - Similar pages

## Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebuster ...
These Classic **Aviators** filter out all blue-spectrum **light** and eliminate glare,
resulting in sharp, high definition imagery. Lenses also feature shatterproof ...
www.fullspectrumeyewear.com/sunglasses/ blue-buster-sunglasses/aviator/aviator.html - 21k
- Cached - Similar pages

## SureFire A2 **Aviator** Compact Flashlight A2-HA LED FREE UPS Best ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light** ...
SureFire A-2 OD Hard Compact **Aviator** Flash-**light** A2-HA; Two 123A Lithium ...
www.opticsplanet.net/ surefire-handheld-flash**light**-a2-ha.html - 64k - Cached - Similar pages

## Ar15 / M16 Weapons and Accessories
Originally developed for professional **aviators** -- who needed a **light** bright enough
to illuminate a 747's tail section from the ground, yet not so bright ...
www.policeweaponsupply.com/Flash_**Light**s.html - 40k - Cached - Similar pages

## American DJ **Aviator**
The **Aviator** is designed for those who have a lot of fixtures and want to set it
and forget it. The **Aviator**-32 works like the four **Light** Co-Pilots. ...
www.star**light**-online.com/aviatorsys.htm - 5k - Cached - Similar pages

## **Aviator** Amber Lager - Old Dominion Brewing Co. - Beer Advocate
**Aviator** Amber Lager, American Amber / Red Lager style beer from Old Dominion Brewing
... It was a little **light** for me but nice. A decent amber nonetheless. ...
beeradvocate.com/beer/profile/402/4737 - 24k - Cached - Similar pages

## eBay Store - LEDwholesalers Inc: Specialty **Light**: USB flex snake ...
LEDwholesalers Inc: Specialty **Light** - USB flex snake spot 7 LED **light** for Laptop
Apple Mac, ... 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU ...
stores.ebay.ca/LEDwholesalers-Inc_Specialty-**Light**_ W0QQcolZ4QQdirZ1QQfsubZ4766696QQftidZ2QQtZkm - 79k
- Cached - Similar pages

## Safety Glasses Orange Curing **Light**-SCS Ltd
UV Dental Curing **Light** Glasses. Orange lens to filter blue **light**. ... **Aviator** Style
Curing **Light** Glasses. Curing **Light** Glasses ...
www.scs-mall.com/ eye-protection-safety-glasses/products.asp?dept=27 - 21k - Cached - Similar pages

## XeVision HID Xenon & LED lighting technology for aerospace and ...

aviator light - Google Search

LED Technology High Performance Cree LED flashlights - **the aviator's** choice ...
50 watt XV-36 HID landing **light** in cowling and two XePulse pulsed 50 watt ...
www.xevision.com/ - 43k - Cached - Similar pages

## Aviator: Looking' Good the Classic Way
This unique design of the **aviator** sunglasses provided the most cover for the eye,
preventing as much of the eye as possible from being exposed to the **light**. ...
www.learnaboutsunglasses.com/**aviator**.html - 13k - Cached - Similar pages

## Buy A Used LINCOLN **AVIATOR** | AutoHopper.com
Interested in buying a used 2004 LINCOLN **AVIATOR**? I am selling one in HOWELL, NJ.
This suv is diamond dust white pearl with **light** dove grey leather leather ...
www.autohopper.com/car_listings/LINCOLN_**AVIATOR**.asp - 30k - Cached - Similar pages

## Canadian **Aviator** Magazine - VLJ STATUS REPORT
Personal or very **light** jets — typically defined as carrying one to six seats,
..... In the next issue of Canadian **Aviator**, we'll follow-up with lesser-known ...
www.canadian**aviator**magazine.com/content/view/65/144/ - 54k - Cached - Similar pages

## Product: **Aviator** Stainless Steel Tritium Watch
Watches -. **Aviator** Stainless Steel Tritium Watch ... Constructed out of Stainless
Steel and equipped with a Tritium **light** source makes this Smith & Wesson ...
www.smith-wesson.com/webapp/wcs/stores/servlet/ ProductDisplay?catalogId=10001&storeId=10001&produ... -
43k - Cached - Similar pages

## Adventurous **aviator** Fossett reported missing
Sep 4, 2007 ... US adventurer and world **aviation** record-holder Steve Fossett is ... Steve Fossett's
Bellanca Citabria Super Decathlon is a **light** plane, ...
www.cbc.ca/world/story/2007/09/04/fossett-missing.html - 32k - Cached - Similar pages

## Serengeti Medium **Aviator** - $84.99 - Sunglasses - EyeWear.com
Serengeti **Aviator** Series The lenses change as quickly as the scenery. When you're
on the road, the **light** can be unpredictable. Your eyes demand a level of ...
www.eyewear.com/products/ serengeti-medium-**aviator**-15184.html - 26k - Cached - Similar pages

## Martin Scorsese bio: Shine a **Light**: The IMAX Experience Director
Silence (2008) The Rise of Theodore Roosevelt (2008) Shine a **Light** (2007) The
Departed (2006) The **Aviator** (2004) Dino (2002) Gangs of New York (2002) ...
www.tribute.ca/people/Martin+Scorsese/3192/16086 - 31k - Cached - Similar pages

## Lincoln **Aviator** - Wikicars
The Lincoln **Aviator** was a mid-size luxury sport utility vehicle sold between ...
Black; Charcoal Beige; Dark Blue Pearl; Ivy Parchment; **Light** French Silk ...
wikicars.org/en/Lincoln_**Aviator** - 27k - Cached - Similar pages

## **Aviator** sunglasses | Wholesale Sunglasses Blog
Oct 29, 2007 ... Polarized **aviator** sunglasses. Polarized sunglasses can block out a greater part
of the horizontal **light** waves. Thus, only the vertical **light** ...
www.wholesalesunglassblog.com/ 2007/10/29/**aviator**-sunglasses/ - 41k - Cached - Similar pages

## RIMLESS **AVIATOR** RB 3214 :: RAY-BAN

aviator light - Google Search

RAY-BAN RIMLESS **AVIATOR** RB 3214 RUTHENIUM/**LIGHT** BLUE GRADIENT SILVER MIRROR.
Colour: RUTHENIUM/**LIGHT** BLUE GRADIENT SILVER MIRROR (004/7C D) ...
www.otticanet.com/ray-ban.cfm?p_codice_ occhiale=RIMLESS_**AVIATOR**_RB_3214&glasses_type=2 - 36k
- Cached - Similar pages

## Adesso Architect Table Lamp - 3155, Adesso **Aviator** Table Lamp - 5160
**Aviator** Table Lamp. Each lamp has a half moon frosted glass shade with a satin steel
..... This advanced technology combines cool-burning **light** with energy ...
www.absolutehome.com/home/1/index1.html - 104k - Cached - Similar pages

## **Aviator** Sunglasses, Vintage **Aviator** Sunglasses, Cheap **Aviator** ...
We're your #1 source for Discount Vintage **Aviator** Sunglasses. ... when you ensure
your **aviator** sunglasses are coated with ultraviolet **light** protection. ...
www.impostercity.com/**Aviator**-c-61.html - 39k - Cached - Similar pages

## Imago Metrics: FR  <title>Imago Metrics: MAKO Finger **Light**
Originally designed for fighter pilots, the NVG version is designed to be used
in conjunction with the **aviator's** NVG while flying and operating in low-**light** ...
www.imagometrics.com/FLReviews/fngright.htm - 40k - Cached - Similar pages

## Lincoln **Aviator** Antilock Brake **Light** | Auto Parts For Lincoln ...
Lincoln Parts Outlet is the #1 Source For lincoln **aviator** antilock brake **light**,
auto parts for lincoln continental, lincoln is intake system At Discounted ...
lincolnpartsoutlet.com/Car-and-Truck-Parts/Other-Parts - 42k - Cached - Similar pages

## LED Lenser V2 **Aviator** Price Comparison - Prices at idealo.co.uk
LED Lenser V2 **Aviator** Torch: price from £17.99 (23-May-2008) - find the cheapest
... LED Lenser Police Tech Focus · Varta L.E.D. 3-In-1 Head **Light** 3AAA ...
www.idealo.co.uk/compare/ 859977/led-lenser-v2-**aviator**.html - 32k - Cached - Similar pages

## Steelebrook **Aviation** Tools, Jacks and LED **Lights** for Grumman ...
**Aviation** Tools, Jacks and LED **Lights** for Grumman American AA1 Yankee, Lynx, T-Cat,
AA5 Traveler Cheetah Tiger, Homebuilt, Sport Aircraft.
www.steelebrook.com/index.htm - 24k - Cached - Similar pages

## 2004 Lincoln **Aviator** Wiring Diagram
Jan 14, 2005 ... Car Security and Convenience Forum, 2004 Lincoln **Aviator** Wiring Diagram, Car Alarms,
... Brake **Light**, **LIGHT** GREEN (+), AT SWITCH ABOVE PEDAL ...
www.the12volt.com/installbay/forum_posts.asp~TID~47735 - 79k - Cached - Similar pages

## 2004 Lincoln **Aviator** Standard Equipment and Specs
Center high mounted stop **light**. Driver and passenger airbags ... Cars.com does
not have NHTSA crash-test ratings for the 2004 Lincoln **Aviator** Ultimate. ...
www.cars.com/go/crp/research.jsp?section=features& crpPage=features.jsp&makeid=28&modelid=6348... - 134k
- Cached - Similar pages

## UL Pilot to Sport Pilot - Golden Age **Aviation** in Cushing, OK.
Oklahoma **Aviator** in Cushing, OK. Your window to Oklahoma **Aviation**...Past ...
Were you a registered ultra **light** pilot prior to September 1, 2004? Hawk-UL ...
www.oklahomaaviator.com/ GAA_ul_pilot_to_sport_pilot.shtml - 9k - Cached - Similar pages

## SureFire Tactical **Lights** - Replacement Lamps

aviator light - Google Search

SureFire MA02 - 50 Lumen Lamp for A2 **Aviator**. The MA02 lamp assembly fits A2
**Aviator** flashlights and produces 50 lumens of **light** for one hour. ...
www.copquest.com/18-1300.htm - 25k - Cached - Similar pages

## SureFire LED Weapon **Lights**: Find, Compare, Read Reviews & Buy ...
Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: . ...
shopping.yahoo.com/ s:Flashlights:132608-Flashlight%20Type=Weapon%20Lights:4168-Brand=SureFire:4430-
Bulb%2... - 60k - Cached - Similar pages

## Ray Ban Sunglasses: **Aviator**, Predator, Balorama, Polarized RB Eyewear
RB Ray Ban Sunglasses: **Aviator**, Predator, Balorama, Polarized RB Eyewear. ...
The materials for the frames are in ultra-**light** resins, special metals and ...
www.eyewearandsunglasses.com/1-ray-ban-sunglasses.htm - 32k - Cached - Similar pages

## Eagle Eyes **Aviator** Sun Glasses Eagle Eyes Sunglasses - Buy It Now!
EAGLE EYES "**Aviator**" have been enjoyed by millions of people worldwide that demand
... harmful UV rays in and darkening useful, vision-enhancing **light** rays. ...
www.dutchguard.com/ee-aviator-p-sun.html - 52k - Cached - Similar pages

## S-Lite Battery Powered Personal LED **lights**
The products are associated with **aviation** and personal security for law enforcement
and ... MK3 LIP **LIGHT** is an enhanced version of our previous lip **lights**. ...
www.s-lite.com/ - 23k - Cached - Similar pages

## Lincoln **Aviator** Parts - Lincoln **Aviator** Accessories at Auto Parts ...
We stock Lincoln **Aviator** Parts and Accessories and offer free shipping on most US
... 2003-2005 Lincoln **Aviator** - Replacement Passenger Side Fog **Light** on ...
www.autopartswarehouse.com/ models/lincoln~aviator~makemodel.html - 202k - Cached - Similar pages

## 2004 Lincoln Next-Generation **Aviator** Concept
"The next-generation **Aviator** is a new kind of Lincoln; ... The seats feature a
combination of **light** and dark plush leathers with textured leather accents on ...
www.seriouswheels.com/cars/ top-2004-Lincoln-Next-Generation-Aviator-Concept.htm - 27k
- Cached - Similar pages

## CASCO "JEB'S" DEMI JET JUMP **AVIATOR LIGHT** Tg. M su eBay.it Jet e ... - [ Translate this page ]
Trova CASCO "JEB'S" DEMI JET JUMP **AVIATOR LIGHT** Tg. M nella categoria Moto ricambi
e accessori, Caschi e Visiere, Jet e Demi-Jet su eBay.it.
cgi.ebay.it/ws/eBayISAPI.dll?ViewItem& item=200180025907&indexURL= - 151k - Cached - Similar pages

## Refinery29 Shops :: Men :: Mannequin Light Tortoise **Aviator** Frame
Manufactured in the same factory as Balenciaga's frames, this large classic
**aviator** shape comes in a sumptuous orange tie dye acetate.
www.refinery29shops.com/product. php?productid=17612&cat=108 - 25k - Cached - Similar pages

## [PDF] I T E M O M W T Best regards
File Format: PDF/Adobe Acrobat - View as HTML
It is emphasized that ambiguous information from **lights** for **aviation** and ...
Thus a marine **light** signal code must not mean a different thing to an **aviator**. ...
www.ieawind.org/Task_11/InvitetoMeet/ Invitations%20/Invitation_46_Obstacle_Marking.pdf - Similar pages

## **Aviation** Today :: Categories :: Commercial

aviator light - Google Search

At A Glance: Cessna Aircraft and Eclipse **Aviation** plan to begin delivering very
**light** jet (VLJ) models this year. Each aircraft training program includes: ...
www.avtoday.com/categories/commercial/?skp=5370 - 36k - Cached - Similar pages

## Sywell Aerodrome - Events - **Light** Aircraft Fly-In

Sywell Aerodrome. Sywell One of the best General **Aviation** Airfields in the UK
... Early Season **Light** Aircraft Fly-In ... **Aviator** Hotel on 01604 642111.
www.sywellaerodrome.co.uk/april2007flyin.php - 8k - Cached - Similar pages

## 2005 Lincoln **Aviator** New Car Buyer's Guide

Rounding out the changes to the 2005 Lincoln **Aviator** are the addition of three
exterior colors and one for the interior. Camel with **light** parchment ...
www.autobytel.com/.../viewGuide/year_si/2005/ make_vch/Lincoln/model_vch/**Aviator**/xml/2005-lincoln-**aviator**.xml
- 33k - Cached - Similar pages

## Surefire A2 **Aviator** Torch/Flashlight - Mind Your Fingers

Extremely compact (shirt pocket size) dual-output hybrid flashlight for **aviation**,
camping, self-defense, and general use. Features two types of **light** ...
www.mindyourfingers.co.uk/P112.html - 78k - Cached - Similar pages

## Movie review: 'The **Aviator**' | Metromix Chicago

Written by John Logan ("Gladiator and "Any Given Sunday") "The **Aviator**" begins
with Hughes as a boy with his indulgent mother, bathed in golden **light**. ...
chicago.metromix.com/movies/review/ movie-review-the-aviator/159391/content - 25k - Cached - Similar pages

## simMarket: PC **AVIATOR** - MEGASCENERY X - DALLAS/FORT WORTH

Jun 8, 2007 ... This is a boxed product and will be despatched by PC **Aviator** USA. .... No...
it's not just random **lights** - NightScene Technology knows where ...
secure.simmarket.com/product_info.php?products_id=2431 - 61k - Cached - Similar pages

## General **Aviation** Aircraft

A two seat, 125 hp, general **aviation** **light** plane. A full ver 1.9 Plane, Panel,
Sound Pkg. The aircraft modeled, Reg_ID:G-BYMP is privately owned. ...
www.farmboyzimsflightsims.com/GA.html - 32k - Cached - Similar pages

## Shine A **Light** - Trailers, Videos, Clips, Episodes and Previews for ...

Oscar-winning cinematographer Robert Richardson (JFK and The **Aviator**) supervised
... Shine A **Light** In theaters September 21. Oscar-winning filmmaker Martin ...
video.tvguide.com/Shows/Shine%20A%20Light - 72k - Cached - Similar pages

## ARMY HAS NEW **LIGHT** TO GUIDE AIR RAIDERS; Flare Suspended by ...

U feet it will : **light** a circular area one and a half miler In diameter. When on
a bombi:y raid, an **aviator** flies at a low height, more generally keeping 5 ...
query.nytimes.com/gst/ abstract.html?res=FA091FFE3C5D147A93C3AA178CD85F4C8185F9 - 7k
- Cached - Similar pages

## VEDALO HD Sunglasses by ColorEyes

Rimless Small **Aviator** glasses with an ultra-**light** design. Will fit most faces.
Copper-Rose lenses come with a Copper frame. ...
www.marvgolden.com/sunglasses/coloreyes.htm - 34k - Cached - Similar pages

## **Aviator** » Designers sunglasses for men and women

aviator light - Google Search

The Ray Ban 3030 **Aviator** frames also have an extended piece behind the ear to keep the sunglasses in place. Lenses are available in **light** gray, ...
dbsunglasses.com/category/style/**aviator**/ - 29k - Cached - Similar pages

[PDF] TAA5025 general **aviation** services.indd
File Format: PDF/Adobe Acrobat - View as HTML
6400 S. **Aviator** Ln. M-F 7-6. Flight training school. JIM'S AIRCRAFT. 822-1919 or 883-7104. 6244 S. **Aviator** Ln. M-F 8-5, Sat 8-12. Maintenance on **light** ...
www.tucsonairport.org/media/ryanrunway_map.pdf - Similar pages

Keyword Album: USE
Keywords: Robert Blevins, Blevins, HH-65, 65, helicopter, **aviation**, **aviator**, lighthouse, **light** house, folly beach, south carolina, air station charleston, ...
cgig.uscg.mil/media/main.php?g2_ view=keyalbum.KeywordAlbum&g2_keyword=USE - 42k - Cached - Similar pages

Clip-on power source for an **aviator's** night vision imaging system ...
The ANVIS power source works well during its intended primary use mode of providing visual clues to **aviators** during low-**light** flight conditions. ...
www.freepatentsonline.com/6081094.html - 37k - Cached - Similar pages

Thirty Thousand Feet - **Aviation** Merchandise
Ace's Pilot Shop On line pilot shop with logbooks, aircraft accessories, training aids, books, videos, **aviation** software, **lights**, computers, training guides ...
www.thirtythousandfeet.com/products.htm - 77k - Cached - Similar pages

Vanity Strip **Lights**, Contemporary Strip **Lights**, Transitional Strip ...
Hinkley Lighting - **Aviator** 1-**Light** Wall Sconce in Brushed Nickel · Hinkley Lighting - **Aviator** 1-**Light** Wall Sconce in Brushed Nickel $70.20 Free Shipping! ...
www.justvanities.com/Vanity-Strip-**Lights**-C15173.html - 134k - Cached - Similar pages

Making **Light**: Wise up
Dec 13, 2006 ... Welcome to Making **Light's** comments section. ... As I keep saying: he's an **aviator**, and thus not to be trusted in government. ...
nielsenhayden.com/making**light**/archives/008389.html - 54k - Cached - Similar pages

**Aviator** - RSS Archive
Or you can stick with the classic **aviator** (which is what I prefer for my face shape), especially ones with thin **light**-toned earpieces. ...
www.topblogarea.com/rss/**Aviator**.htm - 33k - Cached - Similar pages

39dollarglasses.com -- Metal Eyeglasses - Prescription eyeglasses
Metal Frame eyeglasses with **light** & thin Rx lenses, ... **Aviator** Frame with **light** & thin Rx lenses, UV & Scratch coatings, and polished edges ... $39.00 ...
www.39dollarglasses.com/11000.html - 48k - Cached - Similar pages

Improving student naval **aviator** aircraft carrier landing performance
focused through a Fresnel lens so that the **light** is only vis- .... most difficult, tasks that a naval **aviator** will ever perform. ...
doi.wiley.com/10.1002/pfi.193 - Similar pages

Free Shipping on All Bathroom Vanity **Lights**, Major Savings On All ...

aviator light - Google Search

Hinkley Lighting 5270BN - **Aviator 1-Light** Wall Sconce in Brushed Nickel ·
Hinkley Lighting 5270BN - **Aviator 1-Light** Wall Sconce in Brushed Nickel ...
www.bathroomfurnituredirect.com/ Vanity-**Lights**-C36112.html - 136k - Cached - Similar pages

## Bathroom Vanity **Lights**, Bath Vanity **Lights**, Bathroom Vanity Strip ...
Hinkley Lighting 5270BN - **Aviator 1-Light** Wall Sconce in Brushed Nickel Magnifying
Glass. Hinkley Lighting 5270BN - **Aviator 1-Light** Wall Sconce in Brushed ...
www.everyfaucet.com/Vanity-**Lights**-C26652.html - 144k - Cached - Similar pages

## **Aviator** Shooting Glasses / HiDefSpex **Aviator** Shooting Glasses -- Orvis
The design of these **aviator** shooting glasses positions the lens close to the eye for
... LTM stands for **light** transmission--the higher the percentage, ...
www.orvis.com/store/ product_choice.asp?pf_id=92GK&dir_id=1089&group_id=1127&cat_id=13298&... - 52k
- Cached - Similar pages

## CGTalk - Little **Aviator**, A.baldasseroni (3D)
Jan 14, 2006 ... I usually do use standard **lights**, but not with the proficiency you .... My idea
was to make a little male **aviator**, but surely if so many ...
forums.cgsociety.org/archive/index.php/t-44325.html - 26k - Cached - Similar pages

## Radiation Safety Glasses, Leaded Eyeware
Click here to view: **Aviator** Metal 600 Antique Gold Radiation Glasses ... High-Lite
Transmission Lenses with 20% More Visible **Light**, 1.80 High Index Lenses. ...
www.phillips-safety.com/ Radiation-Protection/Non-Prescription.htm - 28k - Cached - Similar pages

## 2008 Lincoln **Aviator** Review Pricing
The 2008 Lincoln **Aviator** is spacious, comfortable and elegant SUV. ... cargo area
**light** Memorized settings memorized settings for 2 drivers memorized ...
www.allautoreviews.com/auto_reviews/ lincoln/lincoln-**aviator**.htm - 79k - Cached - Similar pages

## PUMA Paso Roble **Light** Matte Brown/Dark Brown Lens - **Aviator** at ...
PUMA Paso Roble (**Light** Matte Brown/Dark Brown Lens) - **Aviator**; Read PUMA Paso
Roble product reviews, or select the PUMA Paso Roble size, width, ...
www.zappos.com/gs/ puma-paso-roble-**light**-matte-brown-dark-brown-lens-**aviator**.shtml - 71k
- Cached - Similar pages

## Flickr: freshface32's Photostream
The Duke **Aviator** Sunglasses Gold **light** $24.00 price includes shipping ...
Two fresh Retro **Aviator** Sunglasses white smoke $24.00 price includes shipping ...
www.flickr.com/photos/freshface32/ - 46k - Cached - Similar pages

## **Light** aircraft lands on top of another in TX - Airwarriors
Go Back, Airwarriors > Naval **Aviator's** Forum > Miscellaneous · Reload this Page
**Light** aircraft lands on top of another in TX ...
www.airwarriors.com/forum/showthread.php?p=439327 - 42k - Cached - Similar pages

## Block Radius - Block Radius
**Aviators** in **Light** Mirror Lens (Buy 3 Get Free Shipping) · **Aviators** in **Light** Mirror
Lens (Buy 3 Get Free Shipping) $12.99, Retro Plastic **Aviator** II (Buy 3 ...
www.blockradius.com/ - 27k - Cached - Similar pages

## One night in the war on terror | American Handgunner | Find ...

aviator light - Google Search

An Emerson CQC-7 rode in his Camelbak BT hydration unit/backpack, along with a
SureFire C2 Centurion flashlight, and a SureFire **Aviator light** was stashed ...
findarticles.com/p/articles/ mi_m0BTT/is_178_29/ai_n15628941 - 43k - Cached - Similar pages

## The wings of change: The Register-Guard, Eugene, Ore.
Mar 23, 2008 ... Eckertson became certified as a sport pilot for **light**-sport aircraft (LSA), a
class of **aviator** below private pilot that has been offered ...
www.registerguard.com/csp/cms/sites/dt. cms.support.viewStory.cls?cid=80332&sid=39&fid=1 - 39k
- Cached - Similar pages

## Polarized Sunglasses, Clip on sunglasses, Polarized Clip-ons ...
RA Series, **Aviator** Bifocal Sunglasses, Reading Sunglasses with Spring Temples.
$28.95 ... 10) RA 250 Gunmetal Frame with **Light** Gray lens. ...
www.polarizedoptics.com/catalog/product_info. php?
products_id=390&osCsid=ffb7791b7df652ace541241b74af6c24 - 31k - Cached - Similar pages

## vB Easy Archive - Ran Ban **Aviator**
Got a pair of BRAND NEW Ray Ban **Aviator** Sunglasses for sale with orignal case
and everything Colour: **light** brown lens Bought at $92.95 + tax ...
www.howardforums.com/archive/topic/159589-1.html - 5k - Cached - Similar pages

## Roost 2007
Our Coast Guard **aviation** history is long and distinguished and tonight we ...
another caution **light** - they worry about everything - usually about the lack ...
www.aoptero.org/roost07dc/Roost07.php - 10k - Cached - Similar pages

## F-100 Super Sabre US Air Force Jet Fighter Model Planes, Plastic ...
Deep Flight **Aviator**: **light**-weight, high-powered composite airframe with wings, ·
The Deep Flight **Aviator** - Unique Hydrobatic Submersible Craft ...
yellowairplane.com/Models_Fighters/ airplane_models_F-100_Super_Sabre.html - 50k - Cached - Similar pages

## Tactical Flashlights For Home Defense - Popular Mechanics
SureFire's most technically advanced **light** is the A2 **Aviator** Digital Plus.
This is the first handheld with an on-board microprocessor for digital current ...
www.popularmechanics.com/ outdoors/adventures/1278126.html?page=3 - 40k - Cached - Similar pages

## Chief Aircraft Inc - Aircraft Parts - Michelin Aircraft Tires
It also features Michelin's tough MX1000 tread compound for long life and a
specialized sidewall compound to protect against ultraviolet **light**. **Aviator** ...
www.chiefaircraft.com/ airsec/Aircraft/Tires/Michelin.html - 19k - Cached - Similar pages

## Cars and Trucks for sale in NC
2005 Lincoln **Aviator Light** Tundra Clearc - Matthews NC 28105 · 2005 Lincoln
**Aviator** Silver Birch Clearc - Matthews NC 28105 ...
www.autonetclassifieds.com/ carsforsale/Vehicles.aspx?State=NC - 272k - Cached - Similar pages

## Paintball gloves reviewed - BlackHawk and Hellstorm
**Light** enough to use in most any weather, the Stealth **Aviators** offer hi-tech
protection with a tailored fit. Being able to quickly pull out a pod or work a ...
www.specialopspaintball.com/articles/glovesreview.asp - 28k - Cached - Similar pages

## Aqua **Light** Swimming Mask - Pool Toys - Swimming Goggles & Masks ...

aviator light - Google Search

The Aqua **Light** Swim Mask lets little swimmers explore underwater all day - and
night - long. That's because this **aviator**-style mask comes equipped with dual ...
www.toysplash.com/Product/AquaLightSwimmingMask - 38k - Cached - Similar pages

Florida Gun Exchange

A2 **Aviator** Originally developed for professional **aviators** -- who needed a **light**
bright enough to illuminate a 747's tail section from the ground, ...
www.floridagunexchange.com/ asp/prodtype.asp?prodtype=114 - 128k - Cached - Similar pages



**Previous** 1  2  3  4  5  6  7  8  9 10          **Next**

| aviator light | **Search** |
|---|---|

**Search within results** | **Language Tools** | **Search Tips** | **Try Google Experimental**

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

Web Images Maps News Shopping Gmail more ▼

Sign in



| aviator light | | **Search** | Advanced Search |
| | | | Preferences |

**Web**   Books   Video                    Results 401 - 500 of about **405,000** for **aviator light**. **(0.68** seconds)

The effects of **light** characteristics on avian mortality at lighthouses
**aviator** safety and flashing or strobe **light** systems sat-. isfy current governmental
regulations on obstruction. lighting (Transport Canada 2000). ...
www.blackwell-synergy.com/ doi/pdf/10.1111/j.0908-8857.2003.03183.x - Similar pages

Amron International, Inc.
Surefire MA02 Lamp Assembly for **Aviator** The MA02 lamp assembly fits A2 **Aviator**
flashlights and produces 50 lumens of **light** for 1 hour. ...
www.amronintl.com/tactical/browseb.cfm?id=34 - 43k - Cached - Similar pages

Millite - Operational Finger Flashlights
The Millite is a finger mounted ultra bright LED flash **light**. It was specially
designed for **aviators** and military professionals and is rugged, powerful and ...
www.zahal.org/millite/p1.htm - 24k - Cached - Similar pages

Men's Soccer Team set to play Polytechnic Saturday at **Aviator** Field
Sep 27, 2007 ... The venue for the game has been changed to **Aviator** Field. ... Follow road to 65th
Street Exit, at **light** make a right. ...
www.mountsaintvincent.edu/2976.htm - 22k - Cached - Similar pages

Surefire 2
Surefire A2 **Aviator**, LED White, Red, Green, Blue or Yellow-Green LED's.
Originally developed for professional **aviators** -- who needed a **light** bright enough ...
www.enforce-logic.co.uk/surefire_2.htm - 52k - Cached - Similar pages

US Army Combat Readiness/Safety Center » BestPractices » Lessons ...
Ground **light** misinterpretation. This illusion can occur when ground **lights** are
confused with stars or other aircraft. An **aviator** who confuses ground **lights** ...
https:/.../BestPractices/detail.asp?iData=10& iCat=606&iChannel=29&nChannel=BestPractices - 58k
- Cached - Similar pages

**Aviator** Glasses - Compare Prices, Reviews and Buy at NexTag ...
Hinkley **Aviator** One-**Light** Bath Fixture. This contemporary one-**light** bath fixture
is finished in brushed nickel and accented with sharp etched opal glass. ...
www.nextag.com/**aviator**-glasses/search-html - 114k - Cached - Similar pages

White **Aviator** - Compare Prices, Reviews and Buy at NexTag - Price ...
Making an astonishing impression, this **Aviator** is sure to take the spot **light**
with its inquisitive dial. - Case: Polished stainless steel - Dial Color: ...
www.nextag.com/white-**aviator**/search-html - 109k - Cached - Similar pages

Amazon.com: **Aviator** Long-Sleeve Work Shirt **Light** Blue L-L: Apparel

Sponsored Links
**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**lighting**

aviator light - Google Search

Amazon.com: **Aviator** Long-Sleeve Work Shirt **Light** Blue LL: Apparel.
www.amazon.com/.../o/ASIN/ B00007I7OV%253FSubscriptionId=1HVCHF1SXF821QCXT6G2 - 135k
- Cached - Similar pages

### Amazon.com: **Aviator**™ 5-blade 52-inch Ceiling Fan, **Light** Fixture ...
Amazon.com: **Aviator**™ 5-blade 52-inch Ceiling Fan, **Light** Fixture with Opal Ribbed
Glass: Kitchen & Dining.
www.amazon.com/ Aviator-5-blade-52-inch-Ceiling-Fixture/dp/B0002YPPUY - 142k - Cached - Similar pages

## Lincoln **Aviator** Brake Pads | Always In Stock - EBC, Akebono, 03-05
App: 2003-2005 Lincoln **Aviator** Brand: EBC Part #: DP61686 Notes: "EBC GREENSTUFF
6000 SERIES 4x4 SUV AND **LIGHT** TRUCK BRAKE PAD SET -- Made From Select ...
www.racepages.com/parts/brake_pads/lincoln/**aviator**.html - 55k - Cached - Similar pages

## Serengeti Pergusa **Aviator** Sunglasses - MyPilotStore.com
Serengeti Pergusa **Aviator** Sunglasses by Serengeti Eyewear 6956 6958 6959 6960
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4470 - 26k - Cached - Similar pages

### Serengeti Velocity Titanium **Aviator** Sunglasses - MyPilotStore.com
Serengeti Velocity Titanium **Aviator** Sunglasses by Serengeti Eyewear 6935 6691
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4475 - 26k - Cached - Similar pages

## **Aviator** SGA-**Light** : Font File Details : MyFonts
Here'sa partial character map for **Aviator** SGA-**Light**. This is for quick reference
only and may not constitute the entire character set provided in the font. ...
www.myfonts.com/fonts/spiecegraphics/ aviator-sg/**aviator-sga-light**/mac-ttf/230104/ - 17k - Cached - Similar pages

### **Aviator** SGA-**Light** : Font File Details : MyFonts
Here'sa partial character map for **Aviator** SGA-**Light**. This is for quick reference
only and may not constitute the entire character set provided in the font. ...
www.myfonts.com/.../230090/ ?s=Lazy+movers+quit+hard-packing+of+papier-mache+jewelry+boxes.+&case=lower
- 17k - Cached - Similar pages

## Clip-on power source for an **aviator's** night vision imaging system ...
The ANVIS power source works well during its intended primary use mode of providing
visual clues to **aviators** during low-**light** flight conditions. ...
www.patentstorm.us/patents/6081094/fulltext.html - 38k - Cached - Similar pages

### Clip-on power source for an **aviator's** night vision imaging system ...
The ANVIS power source works well during its intended primary use mode of providing
visual clues to **aviators** during low-**light** flight conditions. ...
www.patentstorm.us/patents/6081094-description.html - 28k - Cached - Similar pages

## Search by Foundry: FontHaus - Fonts.com
Adonis Old Style **Light** Package Adonis Old Style **Light** Package Font .... **Aviator Light**
Package **Aviator Light** Package Font ...
www.fonts.com/findfonts/searchresults. htm?st=5&cid=FontHaus - 245k - Cached - Similar pages

## Randolph Info Page

Limits the transmittance of blue **light**, thus increasing contrast and visual acuity.
Randolph Engineering and **Aviation** have been partners for many, ...
www.tagpilotsupply.com/index. asp?PageAction=Custom&ID=52 - 35k - Cached - Similar pages

## Sky's The Limit **Aviation** Product Listing - clocks

**Aviation** Clocks Price $32.99 Altimeter **Aviator** Alarm Clock Has rotating airplane
hands **Light** up 3.5" Also: Horizon-DG-VOR Call: 1-800-537-8785 Item #2502 ...
airplanegifts.com/store/commerce.cgi?product=clocks - 21k - Cached - Similar pages

## 2005 Lincoln **Aviator** Specs, Engine Performance & Other Car ...

Find a comprehensive list of 2005 Lincoln **Aviator** car specs at ... Driver and
passenger power heated partial-painted door mirrors indicator **lights** ...
www.motortrend.com/cars/2005/ lincoln/**aviator**/specifications/index.html - 53k - Cached - Similar pages

### 2003 Lincoln **Aviator** Specs, Engine Performance & Other Car ...

Find a comprehensive list of 2003 Lincoln **Aviator** car specs at ... Door entry **light**.
-. Door pockets/bins for driver seat, passenger seat and rear seats ...
www.motortrend.com/cars/2003/ lincoln/**aviator**/specifications/index.html - 52k - Cached - Similar pages

## Millite Finger **Light** White LED

Also available - Millite Finger **Light** NVG, specially designed for **aviators** using
Gen II/III class A&B **Aviator** Night Vision imaging systems (ANVIS). ...
www.brightguy.com/products/ Millite_Finger_**Light**_White_LED.php - 28k - Cached - Similar pages

### Millite Finger **Light** NVG LED

Features of Millite Finger **Light** NVG LED: - LED covered with a unique NVG compatible
optical filter designed for **aviators** using Gen II/III class A&B **Aviator** ...
www.brightguy.com/products/ Millite_Finger_**Light**_NVG_LED.php - 28k - Cached - Similar pages

## RAYBAN **AVIATOR** RB3025 L2823/ 0092 - £78.19

RAYBAN **AVIATOR** RB3025 L2823/ 0092. (product ID: 11773). Lens Size: 58mm ...
**Light** And Motion Stella 180 Li-Ion **Light** 07/08 Cyclestore clearance range of ...
www.cyclestore.co.uk/productDetails.asp?productID=11773 - 108k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

Step Up The Challenge And Enjoyment Of Your Flight Simulator VFR & IFR Cross
Country Flying With The High Performance Mooney M20J.
www.pc**aviator**.com/dlstore/product.php?productid=398 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...

Piper Cherokee 180F For FS2004 and FSX X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product. php?productid=22&cat=5&page=1 - 42k - Cached - Similar pages

## SERENGETI MEDIUM **AVIATOR** SUNGLASSES - 6826

These lenses eliminate the "blue blur". The blue in the **light** spectrum is where
the strain occurs. The Serengeti **Aviator** sunglass lens have scratch/impact ...
www.boonesky.com/ index.asp?PageAction=VIEWPROD&ProdID=3707 - 50k - Cached - Similar pages

### SERENGETI SUNGLASSES - MEDIUM **AVIATOR** - 5223

These lenses eliminate the "blue blur". The blue in the **light** spectrum is where
the strain occurs. The Serengeti **Aviator** sunglass lens have scratch/impact ...
www.boonesky.com/ index.asp?PageAction=VIEWPROD&ProdID=3224 - 30k - Cached - Similar pages

aviator light - Google Search

## eBay Blogs - All Things **Aviation**
Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces such as water ...
blogs.ebay.co.uk/jetaviator7 - 57k - Cached - Similar pages

## Airbag **light** flashing code 51 - Ford Forums - Mustang Forum, Ford ...
Oct 17, 2007 ... The airbag **light** is flashing the 51 code, then it stays on solid while ...
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ airbag-**light**-flashing-code-51-a-153816/ - 72k - Cached - Similar pages

### O/D **light** flashing - Ford Forums - Mustang Forum, Ford Trucks and Cars
My O/D **light** started flashing and the transmission would not shift correctly.
... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/o-d-**light**-flashing-156899/ - 99k - Cached - Similar pages

## 2004 Lincoln **Aviator** Specifications, Standard Features, & 2004 ...
Search for 2004 Lincoln **Aviator** specifications at AutoMallUSA.net; ... -Door
entry **light** -Door pockets/bins for driver seat, passenger seat and rear seats ...
www.automallusa.net/2004/ lincoln/**aviator**/specifications.html - 44k - Cached - Similar pages

## ray ban mirrored **aviators** - - Shopping.com
Ray Ban sunglasses **Aviator** RB3320 042/8Z : Satin silver frame / **Light** brown. ....
Ray Ban sunglasses **Aviator** RB3243 004/7C : Gunmetal frame / APX **Light** blue ...
www.shopping.com/-ray+ban+mirrored+**aviators** - 187k - Cached - Similar pages

## Sunglasses and Sunglasses Replicas » Blog Archive » **Aviator** ...
Nov 6, 2007 ... The dark teardrop shaped glasses protect the eye completely and do not let any
**light** come in. **Aviator** glasses have known to make a style ...
www.sunglasseswholesalemall.com/?p=10 - 11k - Cached - Similar pages

## Kim Landscaping Lighting, Sea Gull Disk Lighting
Description: Fixture With Five **Lights** PP8605BN, Fixture With Two **Lights** PP8602BN,
Fixture With One **Light** PP8601BN, 4 **Light** Bath Bracket 5105-04-55, **Aviator** ...
www.1stop**light**ing.com/fixture/3/indexb368.html - 46k - Cached - Similar pages

## Discover Fonts: Tag Cloud
Adonis Old Style SG-**Light**. Preview: Adonis Old Style SG-**Light** · Download | Permalink
... **Aviator** SG-**Light**. Preview: **Aviator** SG-**Light** · Download | Permalink ...
www.discoverfonts.com/tagcloud.aspx/1920s - 88k - Cached - Similar pages

## Ray-Ban 3025 **Aviator** Photochromic Brown 0014I > Ray-Ban Sunglasses ...
Colour: Photochromic Brown 0014I Lens **Light** Sensitive Frame Type: **Aviator** Lens
Colour: Brown Frame Colour: Gold Ray-Ban 3025 **Aviator** Black L2823 (£78.00) ...
www.sunglasses-shop.co.uk/.../Ray-Ban-Sunglasses/ Ray-Ban-3025-**Aviator**-Photochromic-Brown-0014I/2969.htm
- 53k - Cached - Similar pages

### Carrera Champion **Light** Havana > Carrera Sunglasses > UK Sunglasses
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Carrera-Sunglasses/Carrera-Champion-**Light**-Havana/4470.htm - 49k
- Cached - Similar pages

aviator light - Google Search

## Lights, LED Lights, Outdoor Lights & Hunting Lights : Cabelas
Discover high performance **lights**, LED **lights**, outdoor **lights** and hunting **lights**
that intensify the ... Alaskan Guide Headlamps · Surefire A2 **Aviator Light** ...
www.cabelas.com/subcat-1/cat20091.shtml - 52k - Cached - Similar pages

## Lincoln Aviator Parts - Lincoln Aviator Accessories | Car Stuff
Replacement Passenger Side Fog **Light** 2003-2005 Lincoln **Aviator**. "FOG **LIGHT**
ASSEMBLY, DRIVER OR PASSENGER SIDE – A High Quality, Direct Fit OE Replacement ...
www.car-stuff.com/lincolnaviatorparts.htm - 200k - Cached - Similar pages

## Omaha's Army Navy Military Surplus - BRITISH WW2 LIFE PRESERVER LIGHT
BRITISH WW2 LIFE PRESERVER **LIGHT**. AVA1824. Click to enlarge. Original GI.
Original GI. British **aviator** rescue **light**. new original surplus. do not work ...
www.omahas.com/catalog/product_info.php?products_ id=1870&osCsid2=8d0vo6jej4sgfvrqbinatu9lv3 - 20k
- Cached - Similar pages

## Doug Ritter Aviator Survival Paks
Click here to place your order for a Doug Ritter **Aviator** Survivor Pak™ ...
Doug Ritter Special Editon Essential Gear™ eQ Hands-Free Multi-**Light** ...
www.dougritter.com/DR-**aviator**_survival_pak_contents.htm - 167k - Cached - Similar pages

## Survive!: My Fight for Life in the High Sierras - Google Books Result
by Peter Deleo - 2005 - Biography & Autobiography
The **light** is accompanied by a second **light** farther down the tower, signifying it's an **aviator-light**
tower on the eastern slope of the mountain range, ...
books.google.com/books?isbn=0743276566...

## Lincoln Aviator Maintenance and Repair - CarSpace Automotive Forums
Apr 21, 2008 ... #649 of 656: Problems with break **lights** on my **aviator** 03 by marta5 ... Whats wrong
with my break **light**?They DO NOT work when i drive or back ...
townhall-talk.edmunds.com/direct/view/.ef22f48/641 - 63k - Cached - Similar pages

## Sport Aviator - www.masportaviator.com
Once the charger's red **light** blinks, the battery pack is ready to go. ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ va.asp?ArticleName=Cox%20P-47%20Thunderbolt - 38k - Cached - Similar pages

## Lincoln Aviator Engine Parts - Engine Part - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... Our Lincoln **Aviator**
engine parts are built to strongly withstand wear and tear giving you ...
www.partstrain.com/ShopByDepartment/ Engine_Parts/LINCOLN/**AVIATOR** - 55k - Cached - Similar pages

## Compare Serengeti Sunglasses - Aviator Large Prices - Shop for ...
Serengeti Large **Aviator** Drivers Gradient Sunglasses (**Aviator**) Photochromatic -
Automatically adjusts to changing **light** conditions. ...
www.mysimon.com/9015-11022_8-26020886.html - 112k - Cached - Similar pages

## Serengeti Small Aviator Rx Prescription Sun Glasses w/ FREE UPS
The lenses of the Sun Glasses are specially tailored to fit the **light** ...
Serengeti Prescription Small **Aviator** Sun Glasses lens are the preferred lens of ...
www.eyewearplanet.com/ serengeti-**aviator**-prescription-sunglasses.html - 78k - Cached - Similar pages

## Serengeti Driver 7095 Aviator Sunglasses - Small - Awesome Avenue

"Sunglasses - Serengeti Driver 7095 **Aviator** Sunglasses - Small ... lens which
provides exceptional clarity and confidence in all **light** conditions (24% ...
www.ultimate80s.com/Products/ Serengeti-Driver-7095-**Aviator**-Sunglasses---Small__980.aspx - 42k
- Cached - Similar pages

Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebuster ...
**Aviator** Frame w/Blue **Light** Busting Lens. Classic Bluebuster Bluebuster Sunglasses,
Bluebuster Sunglasses, Bluebuster Sunglasses, Bluebusters, Blue **Light** ...
www.maximumeyewear.com/productfolder/ blue-buster-sunglasses/classic/classic.html - 12k
- Cached - Similar pages

Canine **Aviator** Coats
**Light** Brown **Aviator** Dog Coat Dress your dear dog in the tip-top height of style
in our **light** brown **Aviator** Raincoat with synthetic Sherpa lining. ...
www.poochiekingdom.com/ccdw/canine**aviator**coats.shtml - 11k - Cached - Similar pages

AvShop Pilot Shop - Oakley Crosshair Pilot Sunglasses
Black Iridium lenses transmit 10% of **light** and are rated at an index of 3, making
them ideal for Sunny conditions. While not suitable for **aviation** use, ...
www.avshop.com/product/ITEM6640/402 - 38k - Cached - Similar pages

**Aviator** Sunglasses - Mysterious - Dangerous -Intriguing
Jan 3, 2007 ... **Aviator** Sunglasses are made to be **light** and sturdy. **Aviator** Sunglasses come with
the recognizable oval polycarbonate lenses made in various ...
ezinearticles.com/ ?**Aviator**-Sunglasses---Mysterious---Dangerous--Intriguing&id=403453 - 45k
- Cached - Similar pages

**aviator** Police **Light** Sound - Buy Lincoln **aviator** Police **Light** Sound
**aviator** Police **Light** Sound custom parts for your Lincoln. Lincoln Police **Light**
Sound at great value for your **aviator**.
www.yourhotcar.com/product/list/ All/Lincoln/**aviator**/Police_**Light**_Sound - 39k - Cached - Similar pages

Sn contemporary pendant **lights** at TheFind.com - search, discover ...
PLC Lighting Contemporary/Modern 1812-SN - **Aviator** Multi-**Light** Pendant. $368.00.
Cooking.com · PLC Lighting... PLC Lighting Contemporary/Modern 357-SN ...
www.thefind.com/homefurnishings/ info-sn-contemporary-pendant-**lights** - 260k - Cached - Similar pages

Used Lincoln **Aviator** Parts > Lincoln **Aviator** Parts For Sale ...
Used 2003 Lincoln **Aviator** Turn Signal **Light**. 2003 Lincoln **Aviator**, Turn Signal
**Light** Driver Rear I only need the lense cover - the **light** works only plastic ...
www.automotix.net/ partshotline-lincoln-**aviator**-requests.html - 75k - Cached - Similar pages

VLJ MAGAZINE | The Promise of VLJs | Jet, **Light**, Very, Jets, Personal
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/the_promise_of_vljs.html - 26k - Cached - Similar pages

Bathroom Lighting - PriceGrabber.com
Hinkley Lighting 5270BN **Aviator** 1-**Light** Wall Sconce in Brushed Nickel. 1 WEEK
Delivery Guarantee. No Return Fees. Additional year of warranty. ...
indoors.pricegrabber.com/bathroom-**light**ing/p/1445/ - Similar pages

[PDF] New Noga **Light** Ltd.

aviator light - Google Search

File Format: PDF/Adobe Acrobat - View as HTML
NL-93 ANVIS Goggles - **Aviator**'s Night Vision Imaging System. New Noga **Light**'s
NL-93 is a lightweight ANVIS. Binocular that can be mounted on a variety of ...
www.eurosatory.mod.gov.il/pdfs/SOD_NewNoga**Light**.pdf - Similar pages

## Aircraft Accidents and Incidents Associated with Visual ...
Descriptors : *PILOTS, *BRIGHTNESS, *LIGHT SOURCES, *VISUAL
PERCEPTION, *EXPOSURE(PHYSIOLOGY), *AVIATION ACCIDENTS, *NIGHT FLIGHT, CIVIL AVIATION, ...
stinet.dtic.mil/oai/oai?&verb=getRecord& metadataPrefix=html&identifier=ADA465917 - 7k - Cached - Similar pages

## 2005 Lincoln **Aviator** Photos & Pictures at InternetAutoGuide.com
View 2005 Lincoln **Aviator** photos at InternetAutoGuide.com; choose between interior
and exterior ... 2005 **Aviator** tail **light** · 2005 **Aviator** front door handle ...
www.internetautoguide.com/car-photos/ 09-int/2005/lincoln/**aviator**/index.html - 83k - Cached - Similar pages

## LINCOLN **Aviator** driving **light** - PIAA 2100X Xtreme White SMR ...
Add safety with style to your LINCOLN **Aviator** with the PIAA 2100X SMR driving
lamp NOW! Excellent visibility and wider range of **light** that allows you to see ...
www.eautoworks.com/html/ORD-1-1-1-98383.cfm - 24k - Cached - Similar pages

## Anywhere Map - Detail
**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=160 - 95k - Cached - Similar pages

## **Aviator, Aviation** & Pilot Flashlight Stories from SureFire
I bought the SureFire A2 **Aviator**® because the **light** was designed for **aviators**.
While somewhat costly compared to the other **lights**, I knew I had to add it to ...
www.surefire.com/maxexp/main/ co_disp/displ/sesent/00/keyrf5/98/strfnbr/6 - 41k - Cached - Similar pages

## Army Cadet **Aviator** canteen abd 2 waterproof containers
Cyalume **Light** Sticks (Chemical **Light** Sticks) · Drag Bags · Dry Bags / River
Crossing Bags ... Army Cadet **Aviator** Hip Flask Plus Two Survival Containers ...
www.kitbag.com.au/category815_1.htm - 26k - Cached - Similar pages

## All Things **Aviation**
While polarized lenses are very popular, they are not recommended for use in the
**aviation** environment. While they are useful for blocking reflected **light** ...
all-things-**aviation**.blogspot.com/ - 69k - Cached - Similar pages

## Surefire LED runtime vs. Arc LS [Archive] - CandlePowerForums
Mar 1, 2002 ... I hope SF puts the 5mm rather than the 3mm nichias in the **aviator** so there will
be more usable **light**. Question: In regards to the L1 as ...
www.candlepowerforums.com/ vb/archive/index.php/t-5641.html - 16k - Cached - Similar pages

## **Aviation** Gifts
Softly glowing cabin &amp; engine **lights** shine all night.<br /><br /> Perfect
for the **aviation** enthusiast or pilot in your life.0 points ...
www.squidoo.com/**aviation**gifts - 177k - Cached - Similar pages

## Taking flight: more than a glitzy Ford Explorer, the 2003 Lincoln ...

aviator light - Google Search

During our test drive of the 2003 **Aviator**, steering was feather-**light** around
town, but could provide aggressive feedback during high-speed cornering. ...
goliath.ecnext.com/coms2/summary_0199-3222096_ITM - 31k - Cached - Similar pages

## Serengeti Large **Aviator** Sunglasses (62mm, black) - Sporty's Pilot Shop
Ray-Ban **Aviator** (62mm)... Zaon Portable Collision Avoidance System... Suction Cup
Instrument **Light**... IFR Tri-Fold Kneeboard by Sporty's. ...
www.sportys.com/acb/showdetl. cfm?DID=19&Product_ID=1915 - 106k - Cached - Similar pages

## Gianni Versace - **Aviator** Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ... VERSACE 0VE2070
104/513 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES * VERSACE CASE PLUS ...
shopping.aol.com/**aviator**+sunglasses/sunglasses-type-1429/ manufacturer-vendors_gianni-versace-VERSA/ - 175k
- Cached - Similar pages

## PROGR-Saviator Serengeti Small **Aviator** Rx Progressive Sun Glasses ...
The lenses of the Sun Glasses are specially tailored to fit the **light** ...
Serengeti Perscription Small **Aviator** Progressive Sun Glasses lens are the ...
www.shoptics.com/si-rx-progr-**saviator**.html - 65k - Cached - Similar pages

## Midair Collision Avoidance
But once in awhile a conscientious general **aviation** pilot would be showing a
landing **light**, and we would see the traffic immediately. ...
www.sw**aviator**.com/html/issued00j01/hangard00j01.html - 23k - Cached - Similar pages

## Canadian **Aviator** Magazine - VLJ Part II
In the November/December 2006 issue of Canadian **Aviator**, we looked at the six
frontrunners in Very **Light** Jet market. In this edition, some less known but ...
www.canadian**aviator**magazine.com/content/view/92/144/ - 47k - Cached - Similar pages

## Reviews for Serengeti **Aviator** Sunglasses - View or add your review!
With Serengeti **Aviator** Sunglasses there is no such thing for your eyes as an
average day. **Light** changes continually from sun-up to sundown. ...
www.opticsplanet.com/reviews/ reviews-serengeti-driversgradient-**aviator**.html - 35k - Cached - Similar pages

## SureFire Illumination Tools, Flashlights, Tactical **Lights** ...
Originally developed for professional **aviators** who needed a **light** bright enough
to illuminate a 747's tail section from the ground yet not so bright that it ...
www.expeditionexchange.com/surefire/ - 2k - Cached - Similar pages

## Refractive Eye Surgery: Is It Time For The **Aviator**?
The retina is the inner layer of the eye that senses **light**, helps you see. ....
Class I and II are approved by the FAA rules for commercial **aviation** and ...
members.eaa.org/home/medical/articles/Refractive%20Eye%20Surgery_ %20Is%20It%20Time%20For%20The%
20**Aviator**_.asp - 31k - Cached - Similar pages

## Cocoons **Aviator** XL OveRX Sunglasses - Mens Sunglasses at Peepers
... amber, copper or yellow tints) encase the eyes in a cocoon of filtered **light**,
... The **Aviator** (XL) is the largest style in the Cocoons line. ...
www.peepers.com/mens-sunglasses/ **aviator**-sunglasses/cocoons**aviator**xlsunglasses1.cfm - 66k
- Cached - Similar pages

## 2005 Lincoln **Aviator** Standard Equipment and Specs

aviator light - Google Search

Center high mounted stop **light**. Driver and passenger airbags ... Cars.com does
not have NHTSA crash-test ratings for the 2005 Lincoln **Aviator** Luxury. ...
www.cars.com/go/crp/research.jsp?section=features& crpPage=features.jsp&makeid=28&modelid=6348... - 134k
- Cached - Similar pages

## Serengeti **Aviator** Sunglasses
Serengeti **Aviator** Sunglasses - Features on some models. - Photochromatic -
Automatically adjusts to changing **light** conditions. ...
www.sunglassesgiant.com/seavsu.html - 19k - Cached - Similar pages

## Sunglasses
Ray Ban sunglasses **Aviator** RB 3243... More 004/7C : Unisex, Gunmetal metal frame,
APX **Light** blue, silver gradient mirror plastic lenses, wrap shaped. ...
shopping.ninemsn.com.au/results/sunglasses/ bcatid1225/**aviator**/347-9156/forsale?text=category:sunglasses+S... -
132k - Cached - Similar pages

## Infuser **Aviator** EPX- JHM Technologies
Infuser **Aviator** EPX ™ Semi-Automatic Plural Component Epoxy .... Click To Download
**Aviator** EPX.PDF File · - Return to RTM / RTM **Light** Machine Page - ...
www.rtmcomposites.com/Infuseraviatorepx.html - 27k - Cached - Similar pages

## Brief: Summer 2000 The Hook magazine
There weren't any high-intensity deck **lights**, centerline strobes or centerline drop
... Being a Naval **Aviator** in that era was indeed a high-risk occupation, ...
www.tailhook.org/BrfWi00.htm - 9k - Cached - Similar pages

## S-Lite Battery Powered Personal LED **lights**
THE **AVIATOR'S** COMBAT MISSION **LIGHT** is a selectable beam, variable intensity **light**
designed specifically for combat **aviators** which includes all the features ...
www.s-lite.com/categories.php?id=6 - 16k - Cached - Similar pages

## The Southern **Aviator**
Feb 2, 2007 ... For more information: Sport-**Aviation**-Expo.com. BY THE NUMBERS During a forum
presented by the **Light** Aircraft Manufacturers Association ...
www.southern-**aviator**.com/editorial/articledetail. lasso?-token.key=13949&-token.src=index&-nothing - 19k
- Cached - Similar pages

## Hand mounted **aviation** night vision illuminating device - Patent ...
There are presently on the market **aviator's** night vision imaging systems ....
In addition, the **light** color is green and has a frequency in the range of 562 ...
www.freepatentsonline.com/5124892.html - 32k - Cached - Similar pages

## United States Marine Corps **Aviation** - Wikipedia, the free encyclopedia
1stLt Alfred A. Cunningham, first Marine **aviator** ..... The Marine **light**
attack helicopter squadrons (HMLA) are composite squadrons of AH-1W ...
en.wikipedia.org/wiki/ United_States_Marine_Corps_**Aviation** - 125k - Cached - Similar pages

## Men's Sunglasses
The **Light** Sensitive... More **Aviator** Sunglasses automatically adjust to changing
**light** conditions. Bushnell Sports Optics are preferred by airline pilots and ...
shopping.msn.com/.../ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator**+price:150-199.99 - 103k
- Cached - Similar pages

## SureFire Weapon **Lights**: Find, Compare, Read Reviews & Buy Online ...

aviator light - Google Search

Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: . ...
shopping.yahoo.com/ s:Flash**lights**:132608-Flash**light%20**Type=Weapon%20**Lights**:4168-Brand=SureFire - 60k
- Cached - Similar pages

## Jim N Texas! » Blog Archive » Anywhere Map Review
I have the ' **Aviator Light**' XM subscription which shows NEXRAD radar, echo tops,
TFRs, METARs, TAFs and precipitation. Don't tell XM, but I'm also seeing ...
grayraven.com/JimNtexas/?p=372 - 66k - Cached - Similar pages

## SI-SG-**Aviator** Serengeti **Aviator** Sunglasses w/ FREE UPS
Lens System of Serengeti **Aviator** Sunglasses- Serengeti's patented Spectral Control?
filters interact with the full spectrum of **light**, selectively blocking ...
www.opticsplanet.net/ printable-serengeti-driversgradient-**aviator**.html - 27k - Cached - Similar pages

## Sunglasses Brown Gradient **Light** Gold Sunglasses - Clothing ...
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ·
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ...
www.bizrate.com/sunglasses/products_ _keyword--sunglasses+brown+gradient+**light**+gold.html - 111k
- Cached - Similar pages

## Sunglasses, Men's Accessories, Clothing, Shoes Accessories on eBay ...
ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342. This seller accepts PayPal,
S$ 172.49 ... ITALY RAY BAN CHROME BLACK SUNGLASSES **AVIATOR** RB 3295 ...
clothing-shoes-accessories.listings.ebay.com.sg/ Mens-
Accessories_Sunglasses_W0QQsacatZ79732QQsocmdZListin... - 108k - Cached - Similar pages

## SUREFIRE **lights**
[ SUREFIRE **lights** - SUREFIRE_lights - shooting supplies gun accessories Scope rings
... [ SureFire A2 **Aviator** Dual Output Hybrid Tactical LED Xenon Bulb ...
mountsplus.com/thestore/SUREFIRE_lights.html - 38k - Cached - Similar pages

## YouTube - Street **Light** Youth - The **Aviator**, The Twist 20 ...
Street **Light** Youth live at The Twist, Colchester April 20 2007.
2 min 24 sec - ★★★★★
www.youtube.com/watch?v=G03FSU4Fqqg

## Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester ...
3 min 46 sec - ★★★★★
www.youtube.com/watch?v=vz_-VFkQZ2E

## Lincoln takes flight—again - On Cars - Lincoln **Aviator** - Brief ...
There are more than 100 LEDs throughout the **Aviators** interior, plus an ambient
**light** sensor that determines whether it's necessary to illuminate them or not ...
findarticles.com/p/articles/ mi_m0KJI/is_6_114/ai_87421698/pg_1 - 42k - Cached - Similar pages

## Oakley Inmate Polarized **Light** W/Black Iridium Polarized - **Aviator** ...
Oakley Inmate Polarized (**Light** W/Black Iridium Polarized) - **Aviator**; Read Oakley
Inmate Polarized product reviews, or select the Oakley Inmate Polarized ...
www.zappos.com/gs/n/p/dp/39684190/c/164544.html - 69k - Cached - Similar pages

## FREE SHIPPING 9 Red **Light** LED 650 nm **Aviator** Flashlight - eBay ...

eBay: Find FREE SHIPPING 9 Red **Light** LED 650 nm **Aviator** Flashlight in the Consumer
Electronics , Gadgets Other Electronics , Laser Pointers , Other category ...
cgi.ebay.com/ FREE-SHIPPING-9-Red-**Light**-LED-650-nm-**Aviator**-
Flash**light**_W0QQitemZ220238796339QQcmdZViewItem?... - 115k - Cached - Similar pages



◀ Goooooooogle ▶
**Previous** 1 2 3 4 5 6 7 8    **Next**

| aviator light | Search |
|---|---|

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in

 Google

| aviator light | | **Search** | Advanced Search<br>Preferences |

**Web**   Video                     Results **501 - 600** of about **435,000** for **aviator light**. (1.16 seconds)

Avalon Pendant 1308, Avalon Pendant 94630-AO, Avalon Mini Pendant 1301
Description: Hinkley Lighting, **Aviator** Collection Bath **Light** 5270BN, Brushed
Nickel Finish - Etched Opal Glass , 5270BN, Hinkley Lighting , Bathroom ...
www.1stop**lighting**.com/fixture/1/index72.html - 47k - Cached - Similar pages

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Lincoln **Aviator** Parts - Partstrain.com
Like your original Lincoln **Aviator** parts, Parts Train's auto replacement parts
are made with ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByVehicle/LINCOLN/**AVIATOR** - 60k - Cached - Similar pages

Lincoln **Aviator** Bumper - Partstrain.com
The Lincoln **Aviator** bumper comes in easy installation. It uses a high quality
metal material ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Bumper/LINCOLN/**AVIATOR** - 55k - Cached - Similar pages

Lincoln **Aviator** Hood - Partstrain.com
If you want to purchase a new Lincoln **Aviator** hood, you can choose from the two
common types ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ ShopByDepartment/Hood/LINCOLN/**AVIATOR** - 54k - Cached - Similar pages

Lincoln **Aviator** Mirror - Mirrors - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... At Auto Parts
Train, every exceptional quality Lincoln **Aviator** mirror we offer comes with ...
www.partstrain.com/ShopByDepartment/ Mirror/LINCOLN/**AVIATOR** - 48k - Cached - Similar pages

RAYBAN **AVIATOR** RB3044 L2848 52MM - £76.49
RAYBAN **AVIATOR** RB3044 L2848 52MM. (product ID: 11794). Our price: £76.49 ...
CATEYE HL LD 150 5 LED WHITE FRONT **LIGHT** Cyclestore clearance range of the ...
www.cyclestore.co.uk/productDetails.asp?productID=11794 - 107k - Cached - Similar pages

RAYBAN **AVIATOR** RB3322 004/13 - £79.89
RAYBAN **AVIATOR** RB3322 004/13. (product ID: 11829) ... **Light** And Motion ARC Ni-MH
Front **Light** 07/08 Cyclestore clearance range of. **Light** And Motion ARC Ni-MH ...
www.cyclestore.co.uk/productDetails.asp?productID=11829 - 108k - Cached - Similar pages

RAYBAN **AVIATOR** RB 3211 004/71 - £73.94
RAYBAN **AVIATOR** RB 3211 004/71. (product ID: 11762) ... Cateye TL LD610 Rear **Light**
Cyclestore clearance range of the latest bikes and cycling products ...
www.cyclestore.co.uk/productDetails. asp?productID=11762&categoryID=624 - 108k - Cached - Similar pages

DIM SOME STREETS TO FOIL AIR RAIDS; Tuesday Night's Tests Show ...

aviator light - Google Search

LESS **LIGHT** ON BRIDGES Glare of City Less Pronouncedwith Sky Signs Darkened-- Further
... **Aviators** were again sent up last night for further observations. ...
query.nytimes.com/gst/ abstract.html?res=F70E1FF83D5A11738DDDAF0894DE405B888DF1D3 - 9k
- Cached - Similar pages

## CHASES A ZEPPELIN ON PITCH-DARK NIGHT; British **Aviator** Describes a ...
CHASES A ZEPPELIN ON PITCH-DARK NIGHT British **Aviator** Describes a Game of ...
The Zeppelin' Ears, On the eastern horizon there is a gleam of new **light** as ...
query.nytimes.com/gst/ abstract.html?res=F60A15FB3B5C13738DDDAC0894DF405B858DF1D3 - 7k
- Cached - Similar pages

## AIRSHIPS SAIL OVER PARIS ASP SUBURBS; Aeroplanes and Dirigibles De ...
FOG PREVENTS PARADE **Aviator** Makes Fifty-Mile Trip, Crossing the Capital, to Dine
with His invalid Mother. Special Cable to THE NEW YORK TIMES. ....
query.nytimes.com/gst/ abstract.html?res=F60815F834591B728DDDAE0994DF405B808DF1D3 - 5k
- Cached - Similar pages

## 2004 Midsize Luxury V8 SUVs Comparison Test
The test track revealed that the **Aviator** was the only 'ute that couldn't run to
60 mph in under 8 seconds nor trip the quarter-mile **lights** in under 16. ...
www.edmunds.com/insideline/do/ Drives/Comparos/articleId=103303/pageId=60867 - 47k - Cached - Similar pages

### 2005 Lincoln **Aviator** Consumer Review
Vehicle: 2005 Lincoln **Aviator** Luxury AWD 4dr SUV (4.6L 8cyl 5A); Review:
2003 **Aviator** owned for 2 years. Have 48000 miles. Minimal problems (broken **light** ...
www.edmunds.com/lincoln/ aviator/2005/consumerreview.html - 85k - Cached - Similar pages

## NOTES & THEORIES: Through a pair of glasses darkly: the glamour of ...
The result was the classic **aviator** with a **light**-metal frame with pear-shaped
lenses designed to cover the whole of the eye's asymmetric field-of-vision. ...
findarticles.com/p/articles/ mi_qn4159/is_20060618/ai_n16490852 - 42k - Cached - Similar pages

### See and avoid! | Combat Edge | Find Articles at BNET.com
I know a lot about you since I fly the F-16, but do you know much about me, the
civilian **aviator** in my **light** aircraft? I fly an experimental aircraft with a ...
findarticles.com/p/articles/ mi_m0JCA/is_5_16/ai_n24239695 - 41k - Cached - Similar pages

### Servicing the new **light** trucks | Motor | Find Articles at BNET.com
Servicing the new **light** trucks from Motor in Autos provided free by Find ...
The **Aviator** is built off the Ford Explorer platform, and looks much like a ...
findarticles.com/p/articles/ mi_qa3828/is_200301/ai_n9212163/pg_2 - 40k - Cached - Similar pages

## Sport **Aviator** - www.masportaviator.com
This is another reason why Green RC Models airplanes are so **light**. .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masportaviator.com/ va.asp?ArticleName=Green%20Models%20Butterfly%20ARF - 59k
- Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
That is not a truly **light** wing loading when a 60-sized trainer like the Alpha
... Sport **Aviator** gets this question so many times that we wanted to answer it ...
www.masportaviator.com/ va.asp?ArticleName=Hobbico%20FlyZone%20Aero%20Voyager - 35k
- Cached - Similar pages

Sport **Aviator** - www.masportaviator.com

Model **Aviation's** Sport **Aviator**is dedicated to helping new RC airplane pilots ...
The Thunder Tiger P-40 Warhawk is an over-powered, extremely **light** foam ...
www.masport**aviator**.com/index.asp - 28k - Cached - Similar pages

Sport **Aviator** - www.masportaviator.com

Piper acquired its first **light** twin design when they purchased the Stinson ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ntp/pipertwincommanche.asp - 15k - Cached - Similar pages

Compare Valentino Sunglasses, 5378/S, **Aviator**, Frames/ Lenses ...

Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ ·
Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ C... ...
www.mysimon.com/9015-11022_8-38601531.html - 74k - Cached - Similar pages

"led camper **lights**" | Flashlights at mySimon

Surefire A2-HA-GN A2 **Aviator** Flashlight Hard Anodized w/Green LEDs · $195.00.
Go to Store · Windup LED Flashlight, Crank Powered **Lights** picture ...
www.mysimon.com/9000-11032_ 8-0.html?sdcq=keyword-led+camper+**lights** - 249k - Cached - Similar pages

Used Lincoln Parts Leads June 27, 2007 (i.e. Tail, **Light**, Bumper ...

Jun 27, 2007 ... 2004 Lincoln **Aviator**, SUV, V-8, Gas/Carburetor, 4x2, Need Left rear taillight,
Any Tail **Light**, Driver (Redondo Beach, California 90278) ...
www.automotix.net/20070627-used-lincoln-parts.html - 46k - Cached - Similar pages

Used Lincoln Parts Leads September 18, 2007 (i.e. Headlight ...

Sep 18, 2007 ... 2003 Lincoln **Aviator**, SUV, Any Headlight Assembly, Driver (Kennett, Missouri
63857) Contact Buyer. Used 2003 Lincoln **Aviator** Fog **Light** ...
www.automotix.net/20070918-used-lincoln-parts.html - 46k - Cached - Similar pages

Lincoln **Aviator** Wheel/Tire > Why Buy New Lincoln **Aviator** Parts ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-wheeltire-requests.html - 48k - Cached - Similar pages

Image intensity degradation tester - US Patent 5335060

Therefore, blue, green, and even yellow **light** is invisible through the filter.
A filter having this capability is part of your **Aviator** Night Vision System ...
www.patentstorm.us/patents/5335060-description.html - 24k - Cached - Similar pages

**Aviator's** night vision system - US Patent 4953963

An **aviator's** night vision system (10) includes a small, compact, ... to thereby
amplify **light** entering lenses 62 and 64 as viewed by an **aviator** from eye ...
www.patentstorm.us/patents/4953963/description.html - 29k - Cached - Similar pages

2004 Lincoln **Aviator** Specifications - Complete Specs & Data at ...

Learn more about the vehicle of your choice with 2004 Lincoln **Aviator** ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and rear ...
www.internetautoguide.com/car-specifications/ 09-int/2004/lincoln/**aviator**/index.html - 89k - Cached - Similar pages

2003 Lincoln **Aviator** Specifications - Complete Specs & Data at ...

aviator light - Google Search

Learn more about the vehicle of your choice with 2003 Lincoln **Aviator** ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and rear ...
www.internetautoguide.com/car-specifications/ 09-int/2003/lincoln/**aviator**/index.html - 89k - Cached - Similar pages

## E-LSA Certification/Condition Inspection Course - Golden Age ...
Oklahoma **Aviator** in Cushing, OK. Your window to Oklahoma **Aviation**...Past ...
can now certify their aircraft as an Experimental **Light** Sport Aircraft (E-LSA). ...
www.oklahomaaviator.com/GAA_e-lsa_certification.shtml - 5k - Cached - Similar pages

## Gianni Versace - **Aviator** Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES. * VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES * VERSACE CASE PLUS CLEANING ...
shopping.aol.com/**aviator**+sunglasses/sunglasses-dept-9027/ manufacturer-vendors_gianni-versace-VERSA/ - 174k
- Cached - Similar pages

## Helmet Displays In **Aviation** - Forward
Such devices are based on **light** amplification. Over the next 25 years, 3rd
generation I2 tubes (**Aviator's** Night Vision Imaging System - ANVIS) and other ...
www.usaarl.army.mil/hmdbook/cp_0001_forward.htm - 14k - Cached - Similar pages

## Guess Sunglasses - PriceGrabber.com
**Aviator** style frame Bold plastic frames and arms Meets 100% UV requirements.
Optically correct. Constant tint for bright **light** absorption. ...
clothing.pricegrabber.com/sunglasses/guess/p/1429/3/ - Similar pages

## The AnarchAngel: Flashlights
Jan 16, 2006 ... The **Aviator** is a bloody great flashlight. It has two modes (momentary, and steady
on), and two different **light** sources; either a 3 led ...
anarchangel.blogspot.com/2006/01/flashlights.html - 38k - Cached - Similar pages

## Polarized Sunglasses, Clip on sunglasses, Polarized Clip-ons ...
Style: **Aviator** shape, extremely Comfortable and **Light** weight. This Frame is ideal
for Medium and Large Faces. Dimensions: Lens Height= 51 mm or 2.00 inches ...
www.polarizedoptics.com/catalog/product_info. php?
products_id=408&osCsid=f5f7eba63479b0d9603d80ad6f8788ed - 28k - Cached - Similar pages

## Doug Ritter **Aviator** Survival Paks
Our Doug Ritter **Aviator** Survival Paks™ are not **light**, we don't claim that; just
much lighter compared to a kit of equal performance using more traditional ...
www.dougritter.com/DR-**aviator**_survival_pak_faq.htm - 125k - Cached - Similar pages

## Metal **aviators** at TheFind.com - search, discover and compare prices
Metal **Aviators**. $15.00. OCshades.com · Ray-Ban - 3025 **Aviator**... Ray-Ban - 3025
**Aviator** Medium Metal 55 (Black/Gradient **Light** Blue Lens) - Eyewear. $100.00 ...
www.thefind.com/jewelry/info-metal-**aviators** - 269k - Cached - Similar pages

## Vehicle tail **light** lens - Patent D555816
LA Car.com, Turning Up the Heat: Lincoln **Aviator**, Jan. ... The ornamental design
for a vehicle tail **light** lens, as shown and described. Description: ...
www.freepatentsonline.com/D555816.html - 20k - Cached - Similar pages

## IR **Light** for use with night vision goggles - Patent 4547701

aviator light - Google Search

Heretofore, **aviator's** night vision imaging goggles have been designed to operate
at **light** levels down to overcast starlight conditions. ...
www.freepatentsonline.com/4547701.html - 28k - <u>Cached</u> - <u>Similar pages</u>

### **Aviator's** night vision system - Patent 4953963

An **aviator's** night vision system (10) includes a small, compact, ... Night vision
goggles, that is goggles that receive ambient **light** and multiply it up to ...
www.freepatentsonline.com/4953963.html - 36k - <u>Cached</u> - <u>Similar pages</u>

## Sporty's Flashlight Buyer's Guide

Surefire A2 **Aviator** Flashlight, Smith & Wesson Captain's Flashlight, Streamlight
Night Com, Dual Color LED **Light**, Flexible Neck LED **Light** ...
www.sportys.com/flash**light**guide/ - 91k - <u>Cached</u> - <u>Similar pages</u>

## User Test of Beacon, **Light**, Pathfinder, Project Nr AB 2059 and AVN ...

The **lights** when coded (flashing) were visible and attracted the **aviators** at ranges
in excess of five statute miles and at absolute altitudes of 1000 feet. ...
stinet.dtic.mil/oai/oai?verb=getRecord&metadataPrefix=html&identifier=ADA030733 - 6k - <u>Cached</u> - <u>Similar pages</u>

## Announcing: The Aviatrix! Fantastic new modification for Surefire ...

Apr 20, 2007 ... Support your local chicken The Ultimate **Light**: Surefire A2 **Aviator** - Thread Index!
Announcing: Aviatrix mods for Surefire A2 **Aviators**! ...
www.candlepowerforums.com/vb/showthread.php?t=162090 - 158k - <u>Cached</u> - <u>Similar pages</u>

### Thread Index - Surefire A2 **Aviator** information - CandlePowerForums

Sep 9, 2007 ... Surefire A2 Runtime Tests - **Light** Output runtimes of various batteries compared!
Surefire A2 **Aviator** Accessories ======================= ...
www.candlepowerforums.com/vb/showthread.php?p=2026550 - 158k - <u>Cached</u> - <u>Similar pages</u>

## **Aviator** T-Shirts and Gifts : CafePress.com : Shop Over 150 Million ...

CafePress has over 16900 unique , **aviator** designs on more than 411000 T-Shirts
... See This Design On:. **Aviation** - Fly Ash Grey T-Shirt**Light** T-Shirt $19.99 ...
www.cafepress.com/buy/**aviator**/-/pg_10 - 193k - <u>Cached</u> - <u>Similar pages</u>

## Lighting Remote Airfields: A Passive Approach

SW **Aviator** Magazine. 3909 Central NE Albuquerque, NM 87108 ... In the case of
runway lighting, the **light** source is the airplane's landing **light**, ...
www.sw**aviator**.com/html/issueAM00/**light**ingAM00.html - 24k - <u>Cached</u> - <u>Similar pages</u>

### Clyde, Cessna

Southwest **Aviator** is a flying magazine for pilots and **aviation** enthusiasts ...
One can hardly broach the topic of **light** aircraft without thinking of Cessna. ...
www.sw**aviator**.com/html/issueJF04/Clyde.html - 24k - <u>Cached</u> - <u>Similar pages</u>

## Planenews **Aviation** News Portal - **Light** Aircraft Goes Missing in ...

Welcome to Planenews **Aviation** News Portal! Sat May 24 8:13:08 EDT ... A search
is under way today for a **light** aircraft feared missing in bad weather in the ...
planenews.com/modules.php?name=News& file=article&sid=9132 - 40k - <u>Cached</u> - <u>Similar pages</u>

### Planenews **Aviation** News Portal - **Light**-Sport Aircraft Segment is ...

Sep 15, 2007 ... **Light** Aircrafts We all know there's an **aviation** boom. But, the heaviest surge
seems to be in its lightest segment. The newly simplified and ...
planenews.com/modules.php?name=News& file=article&sid=7854 - 40k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

### Planenews **Aviation** News Portal - Cessna, Cirrus Top **Light** Sport ...
Jan 19, 2008 ... **Light** Aircrafts Sebring, Fla.: Cessna Aircraft Company and Cirrus Design ...
by a half-dozen manufacturers at the U.S. Sport **Aviation** Expo. ...
planenews.com/modules.php?name=News& file=article&sid=8544 - 40k - Cached - Similar pages

## Serengeti Rx Prescription **Aviator** Pergusa Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Pergusa Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-**aviator**-pergusa-sunglasses.html - 77k - Cached - Similar pages

### Serengeti Rx Prescription Medium **Aviator** Sunglasses w/ FREE UPS
Serengeti Rx Medium **Aviator** Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-medium-**aviator**-sunglasses.html - 79k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Napoli Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Napoli Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-sport-**aviator**-napoli-sunglasses.html - 78k - Cached - Similar pages

## Kevin Kelly -- Cool Tools
SureFire A2 **Aviator Light** $140 (LED: green or white only) Available from Fox Fire
Rescue Police Equipment. Or $188 from Amazon (LED: white only) ...
www.kk.org/cooltools/archives/ cat_general_purpose_tools.php - 341k - Cached - Similar pages

## S-Lite Battery Powered Personal LED **lights**
MK3 LIP **LIGHT** is an enhanced version of our previous lip **lights**. ... IN NIGHT
COMBAT OPERATIONS, **aviators** often operate with night vision goggles (NVG), ...
www.s-lite.com/products.php?id=22 - 19k - Cached - Similar pages

## Brushed Nickel 3 **Light** Vanity Home Lighting - Home & Garden ...
Find deals on Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel
5273BN - Forte Lighting 5126-03-55 Brushed Nickel Bath and Vanity Contemporary ...
www.bizrate.com/homelighting/products_ _keyword--brushed+nickel+3+light+vanity.html - 175k
- Cached - Similar pages

### Westinghouse Lighting **Aviator** Ceiling Fan Home Lighting - Home ...
Compare prices on westinghouse lighting **aviator** ceiling fan Home Lighting. ...
Outdoor **Light** Or Patio **Light** Or Torch Or Lantern Or String **Lights**, ...
www.bizrate.com/homelighting/products_ _keyword--westinghouse+lighting+aviator+ceiling+fan.html - 68k
- Cached - Similar pages

### **Aviator** Sunglasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--aviator+sunglasses.html - 191k - Cached - Similar pages

## Serengeti Napoli **Aviator** Sunglasses - MyPilotStore.com
Serengeti Napoli **Aviator** Sunglasses by Serengeti Eyewear 6940 - No matter ...
Serengeti lenses block 95% of blue **light**, virtually eliminating the eye strain ...
www.mypilotstore.com/mypilotstore/sep/4469 - 24k - Cached - Similar pages

## VedaloHD Roma Large Square **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Roma Large Square **Aviator** Sunglasses by VedaloHD - Large Square **Aviator**.
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5366 - 28k - Cached - Similar pages

## VedaloHD Vasto Medium **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Vasto Medium **Aviator** Sunglasses by VedaloHD - Updated **aviator**. ...
They are blue **light** and infrared effective and exceed all American, Australian, ...
www.mypilotstore.com/mypilotstore/sep/5363 - 25k - Cached - Similar pages

## Men's Sunglasses
Nose and temple grips help keep these **aviator**-style sunglasses on your face.
Note that these sunglasses darken in response to UV **light**, and that vehicle ...
shopping.msn.com/.../bcatid6719/**aviator**/2330-4512164/ forsale?text=category:sunglasses+Sunglassestype:
**Aviator** - 103k - Cached - Similar pages

### Men's Sunglasses
This little gem is a classic **aviator** style encased in C-5... More alloy. ...
All Kaenon Polarized SR-91 lenses filter out all harmful UV and Blue **light**. ...
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator** -
105k - Cached - Similar pages

### Women's Sunglasses
More **aviator** styling for your beautiful face. Seven base shield. ... ProtectionBlue
**Light** FiltersAnti-Reflective CoatingFree Binoculars With Purchase! ...
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:womens-sunglasses+Sunglassestype:**Aviator** -
100k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Cessna U206G Stationair 6 II With Regular, Amphibian and Cargo Models X-Cart:
full-featured PHP/MySQL shopping cart software & ecommerce solutions for the ...
www.pc**aviator**.com/dlstore/product.php?productid=123 - 41k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly The Cessna Skylane 182 RG With FSX & 2004 X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=18 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly A 1978 Cessna 182 Q With FSX & 2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=202 - 43k - Cached - Similar pages

## SureFire SC2 Spare Carrier for SureFire Flash **Light** Lamps MA02 ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light** pad
Regular price: $32.50 Sale price: $25.00, pad ...
www.opticsplanet.net/ surefire-battery-lamp-carrier-sc2.html - 74k - Cached - Similar pages

### Serengeti **Aviator** Prescription Sunglasses FREE UPS - Serengetti ...
Serengeti Small **Aviator** Rx Prescription Sun Glasses w/ FREE UPS ... The lenses
of the Sun Glasses are specially tailored to fit the **light** conditions in any ...
www.opticsplanet.net/ serengeti-**aviator**-prescription-sunglasses.html - 156k - Cached - Similar pages

aviator light - Google Search

## SureFire LED Flashlights: Find, Compare, Read Reviews & Buy Online ...
SureFire **Aviator Lights** (Green) at Cabela's. Originally developed for professional
**aviators** who needed a **light** bright enough to illuminate a 747's tail ...
shopping.yahoo.com/ s:Flashlights:4168-Brand=SureFire:4430-Bulb%20Type=LED - 51k - Cached - Similar pages

## Airplane Night **Lights** - Compare Prices, Reviews and Buy at NexTag ...
**Light** up your favorite **aviator's** night with the soft glow of this prop plane.
Little kids can take off for dreamland and "big kids" can recall their trips ...
www.nextag.com/airplane-night-**lights**/search-html - 59k - Cached - Similar pages

### Black **Aviator** Glasses - Compare Prices, Reviews and Buy at NexTag ...
Stylish oversized **aviator** glasses. Lenses have a **light** flash. Available Colors:
Black, Dark Gunmetal/Smoke Lens. No user ratings [rate this item] ...
www.nextag.com/black-**aviator**-glasses/search-html - 106k - Cached - Similar pages

### Serengeti Small **Aviator** - Compare Prices, Reviews and Buy at ...
Serengeti Small **Aviator** - 18 results like the Serengeti Small **Aviator**, ...
the Serengeti lens automatically adjusts to changing **light** conditions. ...
www.nextag.com/serengeti-small-**aviator**/search-html - 97k - Cached - Similar pages

## Check Engine **Light** 2000 Mountaineer - Ford Forums - Mustang Forum ...
Sympton: -Check Engine **Light** -Car starts fine, but then immediately rattles/shakes as
... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ check-engine-**light**-2000-mountaineer-155474/ - 83k - Cached - Similar pages

### oil change warning **light** - Ford Forums - Mustang Forum, Ford ...
... Crossovers > Ford Explorer | Ford Explorer Sport Trac | Mercury Mountaineer |
Lincoln **Aviator** · oil change warning **light** oil change warning **light** ...
www.fordforums.com/f57/oil-change-warning-**light**-147976/ - 83k - Cached - Similar pages

### 2003 Ford Explorer EB **Light** Assembly Installation - Ford Forums ...
My Driver side head **light** assembly has been knocked in twice the. ... Ford Explorer |
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2003-ford-explorer-eb-**light**-assembly-installation-138088/ - 80k - Cached - Similar pages

## 2 CHRISTMAS TREE **LIGHT** BULBS **AVIATOR** BOY & LANTERN - eBay (item ...
eBay: Find 2 CHRISTMAS TREE **LIGHT** BULBS **AVIATOR** BOY & LANTERN in the Collectibles ,
Holiday, Seasonal , Christmas Vintage Pre-1946 , **Lights** category on ...
cgi.ebay.com/2-CHRISTMAS-TREE-**LIGHT**-BULBS-**AVIATOR**--BOY-&-
LANTERN_W0QQitemZ300227543503QQcmdZViewItem?... - 75k - Cached - Similar pages

### 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU - eBay ...
eBay: Find 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU in the Consumer
Electronics , Gadgets Other Electronics , Laser Pointers , Other category ...
cgi.ebay.com/ 9-LED-Red-650-nm-**Light-Aviator**-3-AAA-Torch-Astronomy-
BU_W0QQitemZ230255645450QQcmdZViewItem?... - 112k - Cached - Similar pages

## 2004 Lincoln **Aviator** Specs, Engine Performance & Other Car ...
Find a comprehensive list of 2004 Lincoln **Aviator** car specs at ... Door entry **light**.
-. Door pockets/bins for driver seat, passenger seat and rear seats ...
www.motortrend.com/cars/2004/ lincoln/**aviator**/specifications/index.html - 53k - Cached - Similar pages

### 2005 Lincoln **Aviator** Tail **light** Photo - Motor Trend Magazine

aviator light - Google Search

View an exterior 2005 Lincoln **Aviator** Tail **light** photo at Motor Trend Magazine
online, or browse our full collection of vehicle photos.
www.motortrend.com/cars/2005/lincoln/ aviator/photos/exterior/tail_light.html - 42k - <u>Cached</u> - <u>Similar pages</u>

## Used 2004 Lincoln **Aviator** for Sale in Auto Classifieds - Page 8 ...
Lincoln **Aviator** Premium. $19285 | 38835 miles. San Antonio, Texas. **Light** French
Silk Metallic 5-door SUV, 38835 miles, AUTO 5SPD, 4.6L V8. Stock# 803109. ...
www.motortrend.com/used_cars/ 09/2004/lincoln/**aviator**/page8.html - 151k - <u>Cached</u> - <u>Similar pages</u>

## Giorgio Armani 568 **Light** Gold > Giorgio Armani Sunglasses > UK ...
Bridge: 11mm RRP: £135 Colour: **Light** Gold Gradient Lens Frame Type: **Aviator** Lens
Colour: Gradient brown Frame Colour: **Light** gold Giorgio Armani 568 Gold ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Giorgio-Armani-Sunglasses/Giorgio-Armani-568-**Light**-Gold/3183.htm -
47k - <u>Cached</u> - <u>Similar pages</u>

## Carrera Sign 3 **Light** Gold > Carrera Sunglasses > UK Sunglasses
The Carrera Sign 3 is an exciting **aviator** sunglass which looks great. Sign 3 KJC
Lens: 58mm Arm: 140mm Bridge: 14mm RRP: £64 Colour: **Light** Gold ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Carrera-Sunglasses/Carrera-Sign-3-**Light**-Gold/4464.htm - 48k
- <u>Cached</u> - <u>Similar pages</u>

## Serengeti Medium **Aviator** Henna > Serengeti Sunglasses > UK Sunglasses
Buy discounted Serengeti Medium **Aviator** HennaSerengeti Sunglasses Sunglasses ...
All Serengeti lenses are photochromatic meaning they react to UV **light** ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Serengeti-Sunglasses/Serengeti-Medium-**Aviator**/471.htm - 49k
- <u>Cached</u> - <u>Similar pages</u>

## Sunglasses, Men's Accessories, Clothing, Shoes Accessories on eBay ...
ITALY RAY BAN SUNGLASSES **AVIATOR LIGHT** ADAPTIVE RB 3342. This seller accepts PayPal,
S$ 172.73 ... USA B&L RAY BAN 50 mm G-15 lenses for CARAVAN **AVIATOR** ...
clothing-shoes-accessories.listings.ebay.com.sg/ Mens-
Accessories_Sunglasses_W0QQfclZ3QQsacatZ79732QQsocmd... - 109k - <u>Cached</u> - <u>Similar pages</u>

## Amazon.com: Grundig G6 **Aviator** AM/FM, aircraft band and Shortwave ...
Weighing in at only 7 ounces, the Grundig G6 **Aviator** is **light** enough to take
anywhere. An included AC adapter provides power when at home or the office, ...
www.amazon.com/ Grundig-G6-**Aviator**-aircraft-Shortwave/dp/B0014T5UM4 - 229k - <u>Cached</u> - <u>Similar pages</u>

## Amazon.com: Classic **Aviator** Sunglasses with Corning XDF ...
These Photochromatic **aviator** sunglasses react to UV **Light** and not to visible **light**.
Photochromatic lenses feature some of the most advanced technology found ...
www.amazon.com/ Classic-**Aviator**-Sunglasses-Corning-PHOTOCHROMATIC/dp/B000FESNGE - 189k
- <u>Cached</u> - <u>Similar pages</u>

## Serengeti **Aviator** Sunglasses, Small - 6782
Serengeti Small **Aviator** Sunglasses, Black Frame, Drivers Gradient ... Serengeti
lenses block 100% of UVB **light** and no less than 98.5% of UVA rays, ...
www.tagpilotsupply.com/index. asp?PageAction=VIEWPROD&ProdID=953 - 36k - <u>Cached</u> - <u>Similar pages</u>

## ray ban tortoise Plastic Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses RB4096 710/13 : **Light** tortoise frame / Gradient brown le. ...
Ray Ban sunglasses RB 4096 710/ 13 : Unisex, **Light** tortoise plastic frame, ...
www.shopping.com/xDN-sunglasses-ray_ ban_tortoise-sn_lens_material_plastic - 72k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

## Oakley Anti-Reflective $0 - $70 Sunglasses - **aviator**, designer ...
Gold Iridium allows 12% **light** transmission through the lens to your eyes. Sunny...
More at Technical-Gear Sunglasses. Technical-Gear Sunglasses ...
www.shopping.com/xDN-sunglasses--brand_ oakley-anti_reflective-price_range_0_70 - 101k
- Cached - Similar pages

## Cabela's -- Surefire **Aviator** Lamp Assembly
Image of Surefire L4 LumaMax Digital Series **Light** ... Surefire **Aviator** replacement
bulb, November 21, 2006 By lizardfdx from Tucson, AZ. "Outstanding bulb. ...
www.cabelas.com/link-12/product/0021240517357a.shtml - 84k - Cached - Similar pages

### Flashlights
SureFire **Aviator Lights** Originally developed for professional **aviators** who needed
a **light** bright enough to illuminate a 747's tail section from the ground, ...
www.cabelas.com/information/ HuntingOptics/**Lights**--Flashlights.html - 21k - Cached - Similar pages

## Scorsese News: 'Shine a **Light**' preview
"Shine a **Light**" starts from a rare premise: it's like having two old friends
.... ing hand to Beatles DVD · 'Shine a **Light**' preview · '**Aviator**' follow-up in ...
martin-scorsese.blogspot.com/ 2007/09/shine-**light**-preview.html - 59k - Cached - Similar pages

## [PDF] **Aviator**'s Night Vision Imaging System (ANVIS) AN/AVS-6
File Format: PDF/Adobe Acrobat - View as HTML
The **Aviator**'s Night Vision Imaging System (ANVIS) AN/AVS-6 is a ... enables flight
operations under very low (starlight) ambient **light** conditions. ...
peosoldier.army.mil/factsheets/SEQ_SSL_ANVIS.pdf - Similar pages

## Smith Optics Serpico White/Platinum Lens - **Aviator** at Zappos.com
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-white-platinum-lens-**aviator**.shtml - 79k - Cached - Similar pages



### Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester ...
3 min 46 sec - ★★★★★
www.youtube.com/watch?v=vz_-VFkQZ2E

## YouTube - Street **Light** Youth: Northbound On The Jugular Line
Street **Light** Manifesto Keasby Nights. 03:56 From: munkyrabbi. Views: 16605.
Street **Light** Youth - The **Aviator**, The Twist 20 April 2007 ...
www.youtube.com/watch?v=zb7R4juZN3s&feature=related - 96k - Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In San Antonio, TX - Yahoo! Autos
2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, 5 door, Stock# A3830A. Dealer:. Ken Batchelor Cadillac Saab Hummer ...
autos.yahoo.com/used-cars/ tx-san_antonio-lincoln-**aviator**.html - 68k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Las Vegas, NV - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO 5SPD,
5 door, Stock# N19091A. Dealer:. Acura of Las Vegas. Phone:. 866-545-5656 ...
autos.yahoo.com/used-cars/ nv-las_vegas-lincoln-**aviator**.html - 57k - Cached - Similar pages

## Lincoln **Aviator** - CarSpace Automotive Forums

aviator light - Google Search

Feb 1, 2008 ... Lincoln **Aviator** discussion in the CarSpace automotive forums by ... Now it stays
on as a solid **light**. Fortunately, the info I read in this ...
townhall-talk.edmunds.com/direct/view/.ef07083 - 75k - Cached - Similar pages


◄ Gooooooogle ►
**Previous** 1 2 3 4 5 6 7 8    **Next**

---

| aviator light | **Search** |

**Search within results** | **Language Tools** | **Search Tips** | **Try Google Experimental**

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

Web Images Maps News Shopping Gmail more ▼

Sign in

 **Google**

aviator light | Search | Advanced Search
Preferences

**Web** Video

Results **601 - 700** of about **425,000** for **aviator light**. (1.21 seconds)

### Serengeti **Aviator** Sunglasses, Small - 6782
Serengeti Small **Aviator** Sunglasses, Black Frame, Drivers Gradient ... Serengeti
lenses block 100% of UVB **light** and no less than 98.5% of UVA rays, ...
www.tagpilotsupply.com/index. asp?PageAction=VIEWPROD&ProdID=953 - 36k - Cached - Similar pages

### See and avoid! | Combat Edge | Find Articles at BNET.com
I know a lot about you since I fly the F-16, but do you know much about me, the
civilian **aviator** in my **light** aircraft? I fly an experimental aircraft with a ...
findarticles.com/p/articles/ mi_m0JCA/is_5_16/ai_n24239695 - 41k - Cached - Similar pages

### Servicing the new **light** trucks | Motor | Find Articles at BNET.com
Servicing the new **light** trucks from Motor in Autos provided free by Find ...
The **Aviator** is built off the Ford Explorer platform, and looks much like a ...
findarticles.com/p/articles/ mi_qa3828/is_200301/ai_n9212163/pg_2 - 40k - Cached - Similar pages

### 2005 Lincoln **Aviator** Consumer Review
Vehicle: 2005 Lincoln **Aviator** Luxury AWD 4dr SUV (4.6L 8cyl 5A); Review:
2003 **Aviator** owned for 2 years. Have 48000 miles. Minimal problems (broken **light** ...
www.edmunds.com/lincoln/ aviator/2005/consumerreview.html - 85k - Cached - Similar pages

### ray ban tortoise Plastic Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses RB4096 710/13 : **Light** tortoise frame / Gradient brown le. ...
Ray Ban sunglasses RB 4096 710/ 13 : Unisex, **Light** tortoise plastic frame, ...
www.shopping.com/xDN-sunglasses-ray_ ban_tortoise-sn_lens_material_plastic - 72k - Cached - Similar pages

### Oakley Anti-Reflective $0 - $70 Sunglasses - **aviator**, designer ...
Gold Iridium allows 12% **light** transmission through the lens to your eyes. Sunny...
More at Technical-Gear Sunglasses. Technical-Gear Sunglasses ...
www.shopping.com/xDN-sunglasses--brand_ oakley-anti_reflective-price_range_0_70 - 101k
- Cached - Similar pages

### Rimless Golden Sunglasses - **aviator**, designer, polarized, discount ...
Delicate blue tint and subtle silver flash mirrored lenses **Light** weight rimless
... Ray Ban sunglasses **Aviator** RB3274 001/71 : Gold frame / APX Grey/green ...
www.shopping.com/ xDN-sunglasses--rimless-sn_frame_color_golden - 183k - Cached - Similar pages

### Compare Prices on Serengeti Sunglasses - **Aviator** Large
Compare Prices on Serengeti Sunglasses - **Aviator** Large from these stores, eBay,
... Photochromatic - Automatically adjusts to changing **light** conditions. ...
www.shopping.com/xPC-Serengeti_Serengeti_
Sunglasses_Aviator_Large_Frame_Matte_Black_Lens_Drivers_Gradient - 105k - Cached - Similar pages

Sponsored Links

**Siemens Airfield Solution**
FAA-Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/**light**ing

aviator light - Google Search

## Ray-Ban $100 - $110 Gradient Sunglasses - **aviator**, designer ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades ...
www.shopping.com/xDN-Sunglasses--brand_ ray_ban-price_range_100_110-sn_lens_feature_gradient - 183k
- Cached - Similar pages

## 2003 Lincoln **Aviator** Specifications - Complete Specs & Data at ...
Learn more about the vehicle of your choice with 2003 Lincoln **Aviator** ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and rear ...
www.internetautoguide.com/car-specifications/ 09-int/2003/lincoln/**aviator**/index.html - 89k - Cached - Similar pages

## Sport **Aviator** - www.masportaviator.com
That is not a truly **light** wing loading when a 60-sized trainer like the Alpha
... Sport **Aviator** gets this question so many times that we wanted to answer it ...
www.masportaviator.com/ va.asp?ArticleName=Hobbico%20FlyZone%20Aero%20Voyager - 35k
- Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Model **Aviation's** Sport **Aviator** is dedicated to helping new RC airplane pilots ...
The Thunder Tiger P-40 Warhawk is an over-powered, extremely **light** foam ...
www.masportaviator.com/index.asp - 28k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Piper acquired its first **light** twin design when they purchased the Stinson ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masportaviator.com/ntp/pipertwincommanche.asp - 15k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com
Stinson had designed a great **light**, twin-engined airplane called, .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masportaviator.com/ntp/pipercherokee.asp - 22k - Cached - Similar pages

## "led camper **lights**" | Flashlights at mySimon
Surefire A2-HA-GN A2 **Aviator** Flashlight Hard Anodized w/Green LEDs · $195.00.
Go to Store · Windup LED Flashlight, Crank Powered **Lights** picture ...
www.mysimon.com/9000-11032_ 8-0.html?sdcq=keyword-led+camper+**lights** - 249k - Cached - Similar pages

## Cabela's -- Surefire **Aviator** Lamp Assembly
Image of Surefire L4 LumaMax Digital Series **Light** ... Surefire **Aviator** replacement
bulb, November 21, 2006 By lizardfdx from Tucson, AZ. "Outstanding bulb. ...
www.cabelas.com/link-12/product/0021240517357a.shtml - 84k - Cached - Similar pages

### Flashlights
SureFire **Aviator Lights** Originally developed for professional **aviators** who needed
a **light** bright enough to illuminate a 747's tail section from the ground, ...
www.cabelas.com/information/ HuntingOptics/**Lights**--Flashlights.html - 21k - Cached - Similar pages

## Used Lincoln Parts Leads September 18, 2007 (i.e. Headlight ...
Sep 18, 2007 ... 2003 Lincoln **Aviator**, SUV, Any Headlight Assembly, Driver (Kennett, Missouri
63857) Contact Buyer. Used 2003 Lincoln **Aviator** Fog **Light** ...
www.automotix.net/20070918-used-lincoln-parts.html - 46k - Cached - Similar pages

## Lincoln **Aviator** Wheel/Tire > Why Buy New Lincoln **Aviator** Parts ...

aviator light - Google Search

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-wheeltire-requests.html - 48k - Cached - Similar pages

### Lincoln **Aviator** Audio Equipment > Why Buy New Lincoln **Aviator** ...

2003 Lincoln **Aviator** 4-Door, V-8, Automatic-OD, RWD, Audio Equipment from side
to side, **light** Parchment Looking For a entertainment system roof mount, ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio_equipment-requests.html - 47k - Cached - Similar pages

### Used Lincoln Parts Leads November 20, 2006 (i.e. Tail **Light** ...

For example, on November 20, 2006 we processed part requests for 2004 Lincoln
**Aviator** Center Cap, 2002 Lincoln LS Grille, 2001 Lincoln LS Tail **Light**, ...
www.automotix.net/20061120-used-lincoln-parts.html - 43k - Cached - Similar pages

## **Aviator's** night vision system - US Patent 4953963

An **aviator's** night vision system (10) includes a small, compact, ... to thereby
amplify **light** entering lenses 62 and 64 as viewed by an **aviator** from eye ...
www.patentstorm.us/patents/4953963/description.html - 29k - Cached - Similar pages

### Scorsese News: 'Shine a **Light**' preview

"Shine a **Light**" starts from a rare premise: it's like having two old friends
.... ing hand to Beatles DVD · 'Shine a **Light**' preview · '**Aviator**' follow-up in ...
martin-scorsese.blogspot.com/ 2007/09/shine-**light**-preview.html - 59k - Cached - Similar pages

### [PDF] **Aviator's** Night Vision Imaging System (ANVIS) AN/AVS-6

File Format: PDF/Adobe Acrobat - View as HTML
The **Aviator's** Night Vision Imaging System (ANVIS) AN/AVS-6 is a ... enables flight
operations under very low (starlight) ambient **light** conditions. ...
peosoldier.army.mil/factsheets/SEQ_SSL_ANVIS.pdf - Similar pages

## CHASES A ZEPPELIN ON PITCH-DARK NIGHT; British **Aviator** Describes a ...

CHASES A ZEPPELIN ON PITCH-DARK NIGHT British **Aviator** Describes a Game of ...
The Zeppelin' Ears, On the eastern horizon there is a gleam of new **light** as ...
query.nytimes.com/gst/ abstract.html?res=F60A15FB3B5C13738DDDAC0894DF405B858DF1D3 - 7k
- Cached - Similar pages

### AIRSHIPS SAIL OVER PARIS ASP SUBURBS; Aeroplanes and Dirigibles De ...

FOG PREVENTS PARADE **Aviator** Makes Fifty-Mile Trip, Crossing the Capital, to Dine
with His Invalid Mother. Special Cable to THE NEW YORK TIMES. ...
query.nytimes.com/gst/ abstract.html?res=F60815F834591B728DDDAE0994DF405B808DF1D3 - 5k
- Cached - Similar pages

### AIRSHIP IN DANGER AS ITS MOTOR STOPS; Cromwell Dixon, 500 Feet Up ...

4 -- To-morrow will be the big day at the Harvard **aviation** meet. The $10000 race
to Boston **Light** and all the eleven other events on the programme, ...
query.nytimes.com/gst/ abstract.html?res=F20911F7355D16738DDDAC0894D1405B808DF1D3 - 10k
- Cached - Similar pages

### CUSHING'S MEN TELL OF GERMAN AIR ATTACK; **Aviator** Manoeuvred to ...

CUSHING S MEN TELL OF GERMAN AIR ATTACK **Aviator** Manoeuvred to Drop Bomb Into
Funnel -- Ample **Light** to See Ship's Flag. Special to The New York Times. ...
query.nytimes.com/gst/ abstract.html?res=F20F10FD385C13738DDDA90A94DD405B858DF1D3 - 4k
- Cached - Similar pages

aviator light - Google Search

## Planenews **Aviation** News Portal - **Light**-Sport Aircraft Segment is ...
Sep 15, 2007 ... **Light** Aircrafts We all know there's an **aviation** boom. But, the heaviest surge
seems to be in its lightest segment. The newly simplified and ...
planenews.com/modules.php?name=News& file=article&sid=7854 - 40k - Cached - Similar pages

### Planenews **Aviation** News Portal - Cessna, Cirrus Top **Light** Sport ...
Jan 19, 2008 ... **Light** Aircrafts Sebring, Fla.: Cessna Aircraft Company and Cirrus Design ...
by a half-dozen manufacturers at the U.S. Sport **Aviation** Expo. ...
planenews.com/modules.php?name=News& file=article&sid=8544 - 40k - Cached - Similar pages

### Planenews **Aviation** News Portal - 1st Mid-Atlantic **Light** Sport ...
Aug 20, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds .... Atlantic region for **Light**
Sport Aircraft and Sport Pilots. Don""t miss it! ...
planenews.com/modules.php?name=News& file=article&sid=5616 - 43k - Cached - Similar pages

### Planenews **Aviation** News Portal - China launches indigenously-made ...
An indigenously-made five-seater **light** aircraft dubbed as China's first, has made
its ... The General Administration of Civil **Aviation** of China accepted the ...
planenews.com/modules.php?name=News& file=article&sid=3161 - 41k - Cached - Similar pages

### Planenews **Aviation** News Portal - Super-**Light** Airplane Makes Flying ...
Jul 9, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds. Receive news by email: ...
It's so **light**, four men can lift it. Full Story. ...
planenews.com/modules.php?name=News& file=article&sid=5349 - 51k - Cached - Similar pages

## Serengeti Rx Prescription Medium **Aviator** Sunglasses w/ FREE UPS
Serengeti Rx Medium **Aviator** Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-medium-**aviator**-sunglasses.html - 79k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Napoli Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Napoli Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-sport-**aviator**-napoli-sunglasses.html - 78k - Cached - Similar pages

### Serengeti Rx Prescription **Aviator** Velocity Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Velocity Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-prescription-velocity-sunglasses-8-base-metal-frame-drivers-gradient-l... -
78k - Cached - Similar pages

## Clyde, Cessna
Southwest **Aviator** is a flying magazine for pilots and **aviation** enthusiasts ...
One can hardly broach the topic of **light** aircraft without thinking of Cessna. ...
www.swaviator.com/html/issueJF04/Clyde.html - 24k - Cached - Similar pages

## Thread Index - Surefire A2 **Aviator** information - CandlePowerForums
Sep 9, 2007 ... Surefire A2 Runtime Tests - **Light** Output runtimes of various batteries compared!
Surefire A2 **Aviator** Accessories ======================= ...
www.candlepowerforums.com/vb/showthread.php?p=2026550 - 158k - Cached - Similar pages

## Westinghouse Lighting **Aviator** Ceiling Fan Home Lighting - Home ...

aviator light - Google Search

Compare prices on westinghouse lighting **aviator** ceiling fan Home Lighting. ...
Outdoor **Light** Or Patio **Light** Or Torch Or Lantern Or String **Lights,** ...
www.bizrate.com/homelighting/products__keyword--westinghouse+lighting+aviator+ceiling+fan.html - 68k
- Cached - Similar pages

### **Aviator** Sunglasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--aviator+sunglasses.html - 191k - Cached - Similar pages

### Versace Or Prada Or Gucci Or Chanel Or Dior Or Designer, **Aviator** ...
VERSACE 0VE2070 104/513 **LIGHT BROWN/BROWN** GRADIENT **AVIATOR** SUNGLASSES ...
VERSACE 0VE2074 104/573 **LIGHT BROWN/BROWN AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/frame-style--aviator/ products__att623991--40824-__keyword--versace+or+prada
+or... - 174k - Cached - Similar pages

### 3 **Light** Lighting Home Lighting - Home & Garden - BizRate - Compare ...
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ...
www.bizrate.com/homelighting/ products__keyword--3+light+lighting.html - 179k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly The Cessna Skylane 182 RG With FSX & 2004 X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=18 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly A 1978 Cessna 182 Q With FSX & 2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=202 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Your Very Own True-to-life Recreation of the Beechcraft V35 V-Tail Bonanza to
Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pcaviator.com/dlstore/product.php?productid=204 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Beechcraft Mentor T34B for FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=23 - 42k - Cached - Similar pages

## Smith Optics Serpico White/Platinum Lens - **Aviator** at Zappos.com
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-white-platinum-lens-aviator.shtml - 79k - Cached - Similar pages

### Serengeti Medium **Aviator** - Free Shipping Both Ways & 365-Day ...
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/n/p/p/7277741.html - 61k - Cached - Similar pages

## YouTube - Street **Light** Youth: Northbound On The Jugular Line

aviator light - Google Search

Street **Light** Manifesto Keasby Nights. 03:56 From: munkyrabbi. Views: 16605.
Street **Light** Youth - The **Aviator**, The Twist 20 April 2007 ...
www.youtube.com/watch?v=zb7R4juZN3s&feature=related - 96k - Cached - Similar pages

### YouTube - The **Aviator** - Trailer [dutch subs]
Street **Light** Youth: The **Aviator** · Street **Light** Youth: The **Aviator**. 03:46 From: Vaya.
Views: 2321. Speed Racer (2008) Trailer 4 ...
www.youtube.com/watch?v=G76j4cYHFH0 - 82k - Cached - Similar pages

### YouTube - Street **Light** Manifesto Keasby Nights
Street **Light** Youth: The **Aviator** · Street **Light** Youth: The ...
3 min 56 sec - ★★★★★
www.youtube.com/watch?v=HHSR6CXXfP0

### Street **Light** Youth: The **Aviator**
Street **Light** Youth: The **Aviator** @ The Twist, Colchester ...
3 min 46 sec - ★★★★★
www.youtube.com/watch?v=vz_-VFkQZ2E

## VedaloHD Roma Large Square **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Roma Large Square **Aviator** Sunglasses by VedaloHD - Large Square **Aviator**.
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5366 - 28k - Cached - Similar pages

### VedaloHD Vasto Medium **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Vasto Medium **Aviator** Sunglasses by VedaloHD - Updated **aviator**. ...
They are blue **light** and infrared effective and exceed all American, Australian, ...
www.mypilotstore.com/mypilotstore/sep/5363 - 25k - Cached - Similar pages

### VedaloHD Marino **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Marino **Aviator** Sunglasses by VedaloHD - This **aviator** has a sleek look to it
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/4937 - 27k - Cached - Similar pages

### VedaloHD Alba Rimless Small **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Alba Rimless Small **Aviator** Sunglasses by VedaloHD - Rimless Round, ...
They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5372 - 25k - Cached - Similar pages

## oil change warning **light** - Ford Forums - Mustang Forum, Ford ...
... Crossovers > Ford Explorer | Ford Explorer Sport Trac | Mercury Mountaineer |
Lincoln **Aviator** · oil change warning **light** oil change warning **light** ...
www.fordforums.com/f57/oil-change-warning-**light**-147976/ - 83k - Cached - Similar pages

### 2003 Ford Explorer EB **Light** Assembly Installation - Ford Forums ...
My Driver side head **light** assembly has been knocked in twice the. ... Ford Explorer |
Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2003-ford-explorer-eb-**light**-assembly-installation-138088/ - 80k - Cached - Similar pages

### 2002 Ford Explorer Sport -- Left Rear Signal **Light** not blinking ...
My left rear signal **light** does not blink. The bulb actually **lights** up when you
turn on ... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2002-ford-explorer-sport-left-rear-signal-**light**-not-blinking-155711/ - 79k
- Cached - Similar pages

aviator light - Google Search

## Men's Sunglasses

This little gem is a classic **aviator** style encased in C-5... More alloy. ...
All Kaenon Polarized SR-91 lenses filter out all harmful UV and Blue **light**. ...
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator** -
105k - Cached - Similar pages

### Women's Sunglasses

More **aviator** styling for your beautiful face. Seven base shield. ... ProtectionBlue
**Light** FiltersAnti-Reflective CoatingFree Binoculars With Purchase! ...
shopping.msn.com/.../**aviator**/2330-4512164/ forsale?text=category:womens-sunglasses+Sunglassestype:**Aviator** -
100k - Cached - Similar pages

### Men's Sunglasses

More **aviator**-style Kline Sunglasses. The Klines' square metal alloy frames are
**light** and strong, and the polycarbonate lenses give you a clear view of ...
shopping.msn.com/.../ forsale?text=category:sunglasses+sale:1+Sunglassestype:**Aviator**+price:90-129.99 - 101k
- Cached - Similar pages

### New Balance Golf Clothing

Men's Hats/Gloves - Width Sizing - **Aviator** - So **light** you... More will never know
it's there! This cotton mesh adjustable cap is perfect for running, golf, ...
shopping.msn.com/.../bcatid9639/new-balance/ 2-120926/forsale?text=category:golf-clothing+Brand:New-Balance -
84k - Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In San Antonio, TX - Yahoo! Autos

2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, 5 door, Stock# A3830A. Dealer:. Ken Batchelor Cadillac Saab Hummer ...
autos.yahoo.com/used-cars/ tx-san_antonio-lincoln-**aviator**.html - 68k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Las Vegas, NV - Yahoo! Autos

2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO 5SPD,
5 door, Stock# N19091A. Dealer:. Acura of Las Vegas. Phone:. 866-545-5656 ...
autos.yahoo.com/used-cars/ nv-las_vegas-lincoln-**aviator**.html - 57k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Phoenix, AZ - Yahoo! Autos

2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk, 4.6L V8, AUTO 5SPD, 4X2, 5
door, Stock# P827. Dealer:. Chapman Auto Mall. Phone:. 877-284-9802 ...
autos.yahoo.com/used-cars/ az-phoenix-lincoln-**aviator**.html - 82k - Cached - Similar pages

### Details of Used 2004 Lincoln **Aviator**, Coatesville, PA - Yahoo! Autos

Used 2004 Lincoln **Aviator** in Coatesville PA - listing details. ... Delayed/Fade
Courtesy **Lights**, Illuminated Entry System, Cargo Area **Light**, ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars237568348 - 42k - Cached - Similar pages

## Black **Aviator** Glasses - Compare Prices, Reviews and Buy at NexTag ...

Stylish oversized **aviator** glasses. Lenses have a **light** flash. Available Colors:
Black, Dark Gunmetal/Smoke Lens. No user ratings [rate this item] ...
www.nextag.com/black-**aviator**-glasses/search-html - 106k - Cached - Similar pages

### Serengeti Small **Aviator** - Compare Prices, Reviews and Buy at ...

Serengeti Small **Aviator** - 18 results like the Serengeti Small **Aviator**, ...
the Serengeti lens automatically adjusts to changing **light** conditions. ...
www.nextag.com/serengeti-small-**aviator**/search-html - 97k - Cached - Similar pages

aviator light - Google Search

### Serengeti **Aviator** Sunglasses - Compare Prices, Reviews and Buy at ...
Serengeti **Aviator** Sunglasses - 73 results like the Serengeti **Aviator** Wire ...
inside the lenses to adjust to **light**, causing them to lighten and darken . ...
www.nextag.com/serengeti-**aviator**-sunglasses/search-html - 109k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** - Compare Prices, Reviews and Buy at NexTag ...
WEATHERTECH In Channel Side Window Vent Visors Rear Deflectors Only - **Light**
Lincoln **Aviator** 2003 to · WEATHERTECH In Channel Side Window Vent Visors Rear ...
www.nextag.com/lincoln-**aviator**/search-html - 120k - <u>Cached</u> - <u>Similar pages</u>

### Amazon.com: Classic **Aviator** Sunglasses with Corning XDF ...
These Photochromatic **aviator** sunglasses react to UV **Light** and not to visible **light**.
Photochromatic lenses feature some of the most advanced technology found ...
www.amazon.com/ Classic-**Aviator**-Sunglasses-Corning-PHOTOCHROMATIC/dp/B000FESNGE - 189k
- <u>Cached</u> - <u>Similar pages</u>

### Amazon.com: Customer Reviews: SureFire A2 **Aviator** Tactical LED Max ...
SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 lumens/LED: 3 lumens, ...
I recently got this **light** for Christmas and I love this **light**. ...
www.amazon.com/review/ product/B000E204CS?showViewpoints=1 - 130k - <u>Cached</u> - <u>Similar pages</u>

### Amazon.com: Serengeti Napoli Drivers Gradient Sunglasses (**Aviator** ...
Serengeti lenses also block almost 95% of blue **light**, a color in the visible ...
Serengeti **Aviator** Navigator - Matte Black Frame & Drivers Gradient Lens ...
www.amazon.com/ Serengeti-Drivers-Gradient-Sunglasses-**Aviator**/dp/B000R2YYFS - 183k
- <u>Cached</u> - <u>Similar pages</u>

### 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU - eBay ...
eBay: Find 9 LED Red 650 nm **Light Aviator** 3 AAA Torch Astronomy BU in the Consumer
Electronics , Gadgets Other Electronics , Laser Pointers , Other category ...
cgi.ebay.com/ 9-LED-Red-650-nm-**Light-Aviator**-3-AAA-Torch-Astronomy-
BU_W0QQitemZ230255645450QQcmdZViewItem?... - 112k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Hood - Partstrain.com
If you want to purchase a new Lincoln **Aviator** hood, you can choose from the two
common types ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ ShopByDepartment/Hood/LINCOLN/**AVIATOR** - 54k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Mirror - Mirrors - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... At Auto Parts
Train, every exceptional quality Lincoln **Aviator** mirror we offer comes with ...
www.partstrain.com/ShopByDepartment/ Mirror/LINCOLN/**AVIATOR** - 48k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Grille - Partstrain.com
The condition of your Lincoln **Aviator** grille should also be your concern if you
want your car ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Grille/LINCOLN/**AVIATOR** - 60k - <u>Cached</u> - <u>Similar pages</u>

### Lincoln **Aviator** Carpet - Carpets - Partstrain.com
We sell our great quality Lincoln **Aviator** carpet at very low wholesale prices,
so call us now ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Carpet/LINCOLN/**AVIATOR** - 61k - <u>Cached</u> - <u>Similar pages</u>

aviator light - Google Search

## Serengeti **Aviator** Prescription Sunglasses FREE UPS - Serengetti ...
Serengeti Small **Aviator** Rx Prescription Sun Glasses w/ FREE UPS ... The lenses
of the Sun Glasses are specially tailored to fit the **light** conditions in any ...
www.opticsplanet.net/ serengeti-**aviator**-prescription-sunglasses.html - 156k - Cached - Similar pages

### Serengeti Small **Aviator** Rx Progressive Sun Glasses with FREE ...
Serengeti Rx Small **Aviator** Progressive Sunglasses are a stylish choice perfectly
... The lenses of the Sun Glasses are specially tailored to fit the **light** ...
www.opticsplanet.net/ serengeti-progessive-rx-large-**aviator**-sunglasses.html - 164k - Cached - Similar pages

## Used 2004 Lincoln **Aviator** for Sale in Auto Classifieds - Page 8 ...
Lincoln **Aviator** Premium. $19285 | 38835 miles. San Antonio, Texas. **Light** French
Silk Metallic 5-door SUV, 38835 miles, AUTO 5SPD, 4.6L V8. Stock# 803109. ...
www.motortrend.com/used_cars/ 09/2004/lincoln/**aviator**/page8.html - 151k - Cached - Similar pages

### Used Maryland Lincoln **Aviator** Premium Cars For Sale - Motor Trend ...
Lincoln **Aviator** Premium. $18995 | 39000 miles. Mount Airy, Maryland. **Light** Gold
5-door AWD SUV, 39000 miles, AUTO 5SPD, 4.6L V8. Stock# J50006. ...
www.motortrend.com/used_cars/ 53/maryland/lincoln/**aviator**/premium/index.html - 90k - Cached - Similar pages

### 2004 Lincoln **Aviator** Luxury Sport Utility for Sale in Shrewsbury ...
Find the pre-owned 2004 Lincoln **Aviator** Luxury Sport Utility you have been ...
**Light** French Silk Metallic 5-door AWD SUV, 60105 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/14/2004/lincoln/ **aviator**/luxury/massachusetts/shrewsbury/218094522/113/index.
html - 55k - Cached - Similar pages

### Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 9 ...
Lincoln **Aviator** Luxury. $21500 | 53130 miles. East Petersburg, Pennsylvania.
**Light** Green 5-door AWD SUV, 53130 miles, AUTO 5SPD, 4.6L V8. Stock# J23015. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page9.html - 150k - Cached - Similar pages

## Carrera Sign 3 **Light** Gold > Carrera Sunglasses > UK Sunglasses
The Carrera Sign 3 is an exciting **aviator** sunglass which looks great. Sign 3 KJC
Lens: 58mm Arm: 140mm Bridge: 14mm RRP: £64 Colour: **Light** Gold ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Carrera-Sunglasses/Carrera-Sign-3-**Light**-Gold/4464.htm - 48k
- Cached - Similar pages

### Serengeti Medium **Aviator** Henna > Serengeti Sunglasses > UK Sunglasses
Buy discounted Serengeti Medium **Aviator** HennaSerengeti Sunglasses Sunglasses ...
All Serengeti lenses are photochromatic meaning they react to UV **light** ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Serengeti-Sunglasses/Serengeti-Medium-**Aviator**/471.htm - 49k
- Cached - Similar pages

### **Aviator** Sunglasses : **Aviator** Collection : **Aviator** Styles
If you have heard anyone saying that **aviator** sunglasses are out then they are
... QNL, Emporio Armani 9453 **Light** Gold, £85.00, Emporio Armani Sunglasses ...
www.sunglasses-shop.co.uk/**aviator**-sunglasses. asp?page=16&Search=**aviator** - 60k - Cached - Similar pages

### March 2006 : Sunglasses of the month Ray-Ban Mirrored **Aviators** ...
The Ray-Ban 3025 mirrored **aviator** is one of our best selling models. ...
gold mirror lenses (W3277) and rose frame with **light** gradient mirror lens (030/3E). ...
www.sunglasses-shop.co.uk/ sunglasses-of-the-month/march-2006.asp - 40k - Cached - Similar pages

## RAYBAN **AVIATOR** RB 3211 004/71 - £73.94
RAYBAN **AVIATOR** RB 3211 004/71. (product ID: 11762) ... Cateye TL LD610 Rear **Light**
Cyclestore clearance range of the latest bikes and cycling products ...
www.cyclestore.co.uk/productDetails. asp?productID=11762&categoryID=624 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB3293 004/71 - £79.89
RAYBAN **AVIATOR** RB3293 004/71. (product ID: 11813). Lens Colour: APX Grey/Green
... LUPINE PASSUBIO XL **LIGHT** SET. LUPINE PASSUBIO XL **LIGHT** SET £237.50 ...
www.cyclestore.co.uk/productDetails.asp?productID=11813 - 107k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3211 032/8G - £73.94
RAYBAN **AVIATOR** RB 3211 032/8G. (product ID: 11763). Lens Colour: APX Gradient Grey
... CATEYE SL LD100 COMPACT SAFETY **LIGHT** FRONT LED ...
www.cyclestore.co.uk/productDetails.asp?productID=11763 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 4087 (601/71) - £73.94
RAYBAN **AVIATOR** RB 4087 (601/71). (product ID: 11842). Lens Colour: Poly. ...
Blackburn System X4 Front **Light** 2008. Blackburn System X4 Front **Light** 2008 ...
www.cyclestore.co.uk/productDetails.asp?productID=11842 - 108k - Cached - Similar pages

## Lincoln **Aviator** - CarSpace Automotive Forums
Feb 1, 2008 ... Lincoln **Aviator** discussion in the CarSpace automotive forums by ... Now it stays
on as a solid **light**. Fortunately, the info I read in this ...
townhall-talk.edmunds.com/direct/view/.ef07083 - 75k - Cached - Similar pages

## **Aviator's** night vision system - Patent 4953963
An **aviator's** night vision system (10) includes a small, compact, ... Night vision
goggles, that is goggles that receive ambient **light** and multiply it up to ...
www.freepatentsonline.com/4953963.html - 36k - Cached - Similar pages

## S-Lite Battery Powered Personal LED **lights**
THE DISPOSABLE MEDICAL **LIGHT** was adapted from the Mk8 finger **light** as a low-cost
disposable **light** ... Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack ...
www.s-lite.com/products.php?id=35 - 18k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
This unit is the most versatile lip **light** available having a range of dimming
either the 3 floods ... Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack ...
www.s-lite.com/categories.php?id=5 - 15k - Cached - Similar pages

### S-Lite Battery Powered Personal LED **lights**
The original Finger **light** was developed for use by the military in 1985. ...
Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack · Disposable Medical ...
www.s-lite.com/categories.php?id=7 - 15k - Cached - Similar pages

## Cars - Lincoln **Aviator**
In 2006, the **Aviator** will be replaced by the Lincoln MKX ... lincoln **aviator** nerf
bar · lincoln **aviator** oxygen sensor · lincoln **aviator** parking **light** ...
listing-index.ebay.com/cars/Lincoln_Aviator.html - 27k - Cached - Similar pages

## eBay Blogs - Sunglasses For Pilots - Beyond The Image

aviator light - Google Search

Jul 19, 2007 ... Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces ...
blogs.ebay.com/jetaviator7/entry/ Sunglasses-For-Pilots-Beyond-The-Image/_W0QQidZ208193019 - 39k
- Cached - Similar pages



◀ Goooooooogle ▶
**Previous** 1 2 3 4 5 6 7 8 9    **Next**

---

| aviator light | | **Search** |

**Search within results** | **Language Tools** | **Search Tips** | **Try Google Experimental**

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

Web Images Maps News Shopping Gmail more ▼

Sign in

 **Google**

| aviator light |  **Search** |

Advanced Search
Preferences

**Web**    Video                    Results **701 - 800** of about **1,540,000** for **aviator light**. (1.08 seconds)

**Serengeti Medium Aviator** - Free Shipping Both Ways & 365-Day ...
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/n/p/p/7277741.html - 61k - Cached - Similar pages

**Amazon.com: Customer Reviews: SureFire A2 Aviator Tactical LED Max ...**
SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 lumens/LED: 3 lumens, ...
I recently got this **light** for Christmas and I love this **light**. ...
www.amazon.com/review/ product/B000E204CS?showViewpoints=1 - 130k - Cached - Similar pages

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

**Amazon.com: Serengeti Napoli Drivers Gradient Sunglasses (Aviator ...**
Serengeti lenses also block almost 95% of blue **light**, a color in the visible ...
Serengeti **Aviator** Navigator - Matte Black Frame & Drivers Gradient Lens ...
www.amazon.com/ Serengeti-Drivers-Gradient-Sunglasses-**Aviator**/dp/B000R2YYFS - 183k
- Cached - Similar pages

**Amazon.com: SureFire A2 Aviator Tactical LED Max Output: Xenon: 50 ...**
Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ... The batteries
have a 10 year shelf life, my **light** has the white xenon bulb and the ...
www.amazon.com/ SureFire-**Aviator**-Tactical-LED-Output/dp/B000E204CS - 172k - Cached - Similar pages

**Amazon.com: Archmaker's review of The Aviator's Wife**
The **Aviator's** Wife The **Aviator's** Wife 1572525398 Philippe Marlaud Fox Lorber The
**Aviator's** Wife Movies & TV The Woman Always Decides This **light** yet ...
www.amazon.com/review/ R5KREE63EYLZC?ASIN=1572525398&nodeID= - 121k - Cached - Similar pages

**Amazon.com: TAG Heuer TH7101 Col.005 Light Grey Rimless Frame 51mm ...**
Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm Eyeglasses:
Apparel. ... Elite Metal **Aviator** Sunglasses with Mirror Lens - 1375 ...
www.amazon.com/ Heuer-TH7101-Col-005-Rimless-Eyeglasses/dp/B0011WD2UG - 149k - Cached - Similar pages

**Amazon.com: Customer Reviews: Saitek Aviator Dual Throttle ...**
The only cons I have noticed is that the **Aviator** is a bit on the **light** side and
maybe could use another POV hat, but can't really expect much for the low ...
www.amazon.com/ Saitek-**Aviator**-Throttle-Joystick-PS33/dp/customer-reviews/B000I62PEK - 200k
- Cached - Similar pages

**S-Lite Battery Powered Personal LED lights**
This unit is the most versatile lip **light** available having a range of dimming
either the 3 floods ... Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack ...
www.s-lite.com/categories.php?id=5 - 15k - Cached - Similar pages

aviator light - Google Search

### S-Lite Battery Powered Personal LED **lights**
The original Finger **light** was developed for use by the military in 1985. ...
Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack · Disposable Medical ...
www.s-lite.com/categories.php?id=7 - 15k - Cached - Similar pages

## Planenews **Aviation** News Portal - 1st Mid-Atlantic **Light** Sport ...
Aug 20, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds .... Atlantic region for **Light**
Sport Aircraft and Sport Pilots. Don""t miss it! ...
planenews.com/modules.php?name=News& file=article&sid=5616 - 43k - Cached - Similar pages

### Planenews **Aviation** News Portal - China launches indigenously-made ...
An indigenously-made five-seater **light** aircraft dubbed as China's first, has made
its ... The General Administration of Civil **Aviation** of China accepted the ...
planenews.com/modules.php?name=News& file=article&sid=3161 - 41k - Cached - Similar pages

### Planenews **Aviation** News Portal - Super-**Light** Airplane Makes Flying ...
Jul 9, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds. Receive news by email: ...
It's so **light**, four men can lift it. Full Story. ...
planenews.com/modules.php?name=News& file=article&sid=5349 - 51k - Cached - Similar pages

### Planenews **Aviation** News Portal - Overwheling Response for **Light** ...
Nov 10, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... The flight test program for
Cessna's **Light** Sport Aircraft (LSA) concept is on track, ...
planenews.com/modules.php?name=News& file=article&sid=6156 - 40k - Cached - Similar pages

### Planenews **Aviation** News Portal - **Light** Aircraft Safety Improving.
Jan 10, 2006 ... General **aviation**, often referred to as the "**light** aircraft" industry, has
dramatically improved safety in the past 15 years. ...
planenews.com/modules.php?name=News& file=article&sid=4424 - 41k - Cached - Similar pages

### Planenews **Aviation** News Portal - Cessna Studying **Light** Sport ...
Jun 6, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... **Light** Aircrafts Cessna Aircraft
is studying the feasibility of designing and building a ...
planenews.com/modules.php?name=News& file=article&sid=5189 - 52k - Cached - Similar pages

### Planenews **Aviation** News Portal - Honda Begins Sales of its ...
Oct 18, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... Honda Begins Sales of its
HondaJet Advanced **Light** Jet. ...
planenews.com/modules.php?name=News& file=article&sid=6030 - 40k - Cached - Similar pages

## Mounting means for use of ground system type goggles as **aviators** ...
Some of the requirements of an **aviators** goggles are that the mounting system be
**light** weight and have quick vertical flip up to stow position capabilities ...
www.freepatentsonline.com/4987608.html - 44k - Cached - Similar pages

## Cabela's -- **Aviator** Rabbit Fur Hat
It's **light** weight, soft rabbit fur that dosen't give you that stocking hat hair
... "I purchased two **Aviator** Rabbit hats, one for the grandson and nephew. ...
www.cabelas.com/prod-1/0051379951368a.shtml - 112k - Cached - Similar pages

## AIRSHIP IN DANGER AS ITS MOTOR STOPS; Cromwell Dixon, 500 Feet Up ...

aviator light - Google Search

4 -- To-morrow will be the big day at the Harvard **aviation** meet. The $10000 race
to Boston **Light** and all the eleven other events on the programme, ...
query.nytimes.com/gst/ abstract.html?res=F20911F7355D16738DDDAC0894D1405B808DF1D3 - 10k
- Cached - Similar pages

## CUSHING'S MEN TELL OF GERMAN AIR ATTACK; **Aviator** Manoeuvred to ...
CUSHING S MEN TELL OF GERMAN AIR ATTACK **Aviator** Manoeuvred to Drop Bomb Into
Funnel -- Ample **Light** to See Ship's Flag. Special to The New York Times. ...
query.nytimes.com/gst/ abstract.html?res=F20F10FD385C13738DDDA90A94DD405B858DF1D3 - 4k
- Cached - Similar pages

## Sheila Scott, 61, British **Aviator** - New York Times
LEAD: Sheila Scott, a British **aviator** who in 1971 became the first woman to pilot
a flight circling the world by way of the North Pole in a **light** aircraft, ...
query.nytimes.com/gst/fullpage. html?res=940DEEDF113BF932A15753C1A96E948260 - 40k
- Cached - Similar pages

## AIRPLANES OVER CITY FLY IN BATTLE LINES; Great Crowds See 22 ...
The most elaborate **aviation** display in the history of New York was an incidental
... both--wings and an electric **light** pole, but leaving the **aviator** unhurt. ...
query.nytimes.com/gst/ abstract.html?res=F30F1FF83C5A11738DDDAC0894DF405B888DF1D3 - 12k
- Cached - Similar pages

## FIND ARMY **AVIATORS** IN SEA.; Life Savers Rescue Sperry and Dewey in ...
Lawrence Sperry, the inventor and **aviator**, and Captain Leo A. Dewey, ... off the
Block Island **Light**, where they had been forced to descend in the ocean. ...
query.nytimes.com/gst/ abstract.html?res=F10815FC3D5412738FDDAB0894D8415B868DF1D3 - 3k
- Cached - Similar pages

## GIANT BATTLEPLANE NEW IDEA IN **AVIATION**; Italy Plans Machine With ...
I, , a single **aviator** started from Salonikt, flew to Softa, dropped four bombs
.... These are fastened beneath the wings; which aid In reflecting the **light** ...
query.nytimes.com/gst/ abstract.html?res=FB0A16F9385E11738DDDAC0894D0405B878DF1D3 - 16k
- Cached - Similar pages

## **AVIATORS** GATHER FOR BELMONT FLIGHT; English and French Aeronauts ...
... **light** at night and the other force beginning early in the morning. ....
Of the American **aviators**, it is expected that Charles K. Hamilton, Drexel. ...
query.nytimes.com/gst/ abstract.html?res=F40C13F6395D11738DDDA00894D8415B808DF1D3 - 13k
- Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Your Very Own True-to-life Recreation of the Beechcraft V35 V-Tail Bonanza to
Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pcaviator.com/dlstore/product.php?productid=204 - 43k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Beechcraft Mentor T34B for FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=23 - 42k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

aviator light - Google Search

The Aircraft That Gets You Anywhere - Now For FSX X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce ...
www.pcaviator.com/dlstore/product.php?productid=377 - 45k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...

Highly optimized so extremely **light** on frame rates as is needed to fly it into
the detailed ... AIM **Aviation**, 4X-AJZ (Israel) Super Cub, amphibian, 160hp ...
www.pcaviator.com/dlstore/product.php?productid=366 - 46k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

6 High Quality General **Aviation** Aircraft For FSX & FS2004 X-Cart: full-featured
PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pcaviator.com/dlstore/product.php?productid=399 - 42k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

Fly The GlassAir III with Microsoft Flight Simulator X and 2004 X-Cart: full-featured
PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pcaviator.com/dlstore/product.php?productid=233 - 44k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

Own This GA Classic - The Piper PA28R Arrow X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=390 - 42k - Cached - Similar pages

## Versace Or Prada Or Gucci Or Chanel Or Dior Or Designer, **Aviator** ...

VERSACE 0VE2070 104/513 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES ...
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/frame-style--aviator/ products__att623991--40824-__keyword--versace+or+prada
+or... - 174k - Cached - Similar pages

## 3 **Light** Lighting Home Lighting - Home & Garden - BizRate - Compare ...

Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ...
www.bizrate.com/homelighting/ products__keyword--3+light+lighting.html - 179k - Cached - Similar pages

## Womens B0029 (**Light** Gold) - Clothing & Accessories - BizRate ...

Buy Womens B0029 (**Light** Gold) when you shop online at BizRate, a price comparison
search ... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products_ _keyword--hugo+boss+sunglasses+light+gold.html - 134k
- Cached - Similar pages

## Brown **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...

VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/products_ _keyword--brown+aviator+sunglasses.html - 181k - Cached - Similar pages

## GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD - Clothing & Accessories ...

Buy GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD when you shop online at BizRate,
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products_ _keyword--armani+sunglasses+brown+gradient+light.html - 135k
- Cached - Similar pages

## **Aviator** Women's Shoes - Clothing & Accessories - BizRate - Compare ...

aviator light - Google Search

Womens 3025 **Aviator** Large Metal 58 (Black/G-15xlt Lens, Arista/Pink Silver Gradient
Mirror Lens, Black/Gradient **Light** Blue Lens, Black/Gold Mirror Lens, ...
www.bizrate.com/womensshoes/ products__keyword--aviator.html - 174k - Cached - Similar pages

## Dark Black **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
Compare prices on dark black **aviator** sunglasses Sunglasses. ... Womens Paso
Roble (**Light** Matte Brown/Dark Brown Lens, Matte Black/Grey ...
www.bizrate.com/sunglasses/products__keyword--dark+black+aviator+sunglasses.html - 105k
- Cached - Similar pages

## Lincoln **Aviator** Audio Equipment > Why Buy New Lincoln **Aviator** ...
2003 Lincoln **Aviator** 4-Door, V-8, Automatic-OD, RWD, Audio Equipment from side
to side, **light** Parchment Looking For a entertainment system roof mount, ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio_equipment-requests.html - 47k - Cached - Similar pages

### Used Lincoln Parts Leads November 20, 2006 (i.e. Tail **Light** ...
For example, on November 20, 2006 we processed part requests for 2004 Lincoln
**Aviator** Center Cap, 2002 Lincoln LS Grille, 2001 Lincoln LS Tail **Light**, ...
www.automotix.net/20061120-used-lincoln-parts.html - 43k - Cached - Similar pages

### Used Lincoln Parts Leads November 10, 2007 (i.e. Tail **Light**, Tail ...
Nov 10, 2007 ... Shop Online For Auto Body Parts, **Lights**, Wheels, Engines & Used Auto ...
Lincoln **Aviator** Back Glass, 1994 Lincoln Contennial Tail **Light**, ...
www.automotix.net/20071110-used-lincoln-parts.html - 44k - Cached - Similar pages

### Lincoln **Aviator** Interior > Why Buy New Lincoln **Aviator** Parts When ...
2004 Lincoln **Aviator** SUV, Seat, Rear Rear Full size rear bucket seats (orig.
would have had console between) in Parchment (**Light** tan) color. Left and Right. ...
www.automotix.net/ partshotline-lincoln-**aviator**-interior-requests.html - 57k - Cached - Similar pages

### Used Lincoln Parts Leads March 25, 2008 (i.e. Fog **Light**, Backup **Light**)
Mar 25, 2008 ... For example, on March 25, 2008 we processed part requests for 2003 Lincoln **Aviator**
Outside Mirror Glass, 1990 Lincoln Mark VI Fog **Light**, ...
www.automotix.net/20080325-used-lincoln-parts.html - 45k - Cached - Similar pages

### Used Lincoln Parts Leads February 06, 2008 (i.e. Rear Suspension ...
Feb 6, 2008 ... 2003 Lincoln **Aviator**, Any Turn Signal **Light**, Driver Rear, I only need the lense
cover - the **light** works only plastic cover os cracked ...
www.automotix.net/20080206-used-lincoln-parts.html - 46k - Cached - Similar pages

### Lincoln **Aviator** Parts - Auto Body Parts Store
Description: Grille Guard Rampage Dakar Bar, Universal Front Dual Purpose Grille
Guard & **Light** Bar, Black Off Road Coat. Fit: 2003 - 2005 Lincoln **Aviator** ...
www.automotix.net/bodyparts/ lincoln-**aviator**-inventory.html - 75k - Cached - Similar pages

## VedaloHD Marino **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Marino **Aviator** Sunglasses by VedaloHD - This **aviator** has a sleek look to it
... They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/4937 - 27k - Cached - Similar pages

### VedaloHD Alba Rimless Small **Aviator** Sunglasses - MyPilotStore.com

aviator light - Google Search

VedaloHD Alba Rimless Small **Aviator** Sunglasses by VedaloHD - Rimless Round, ...
They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5372 - 25k - Cached - Similar pages

### Serengeti Large **Aviator** Sunglasses - MyPilotStore.com
Serengeti Large **Aviator** Sunglasses by Serengeti Eyewear 5222 - No matter what
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4483 - 25k - Cached - Similar pages

## 2002 Ford Explorer Sport -- Left Rear Signal **Light** not blinking ...
My left rear signal **light** does not blink. The bulb actually **lights** up when you
turn on ... Ford Explorer Sport Trac | Mercury Mountaineer | Lincoln **Aviator** ...
www.fordforums.com/f57/ 2002-ford-explorer-sport-left-rear-signal-**light**-not-blinking-155711/ - 79k
- Cached - Similar pages

## Lincoln **Aviator** Grille - Partstrain.com
The condition of your Lincoln **Aviator** grille should also be your concern if you
want your car ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Grille/LINCOLN/**AVIATOR** - 60k - Cached - Similar pages

### Lincoln **Aviator** Carpet - Carpets - Partstrain.com
We sell our great quality Lincoln **Aviator** carpet at very low wholesale prices,
so call us now ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Carpet/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheels - Wheel - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... Order our
top-of-the-line Lincoln **Aviator** wheels and watch your car rev with enhanced ...
www.partstrain.com/ShopByDepartment/ Wheels/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheel Cover - Wheel Covers - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light**. -- Lincoln **Aviator**
Headlight. -- Lincoln **Aviator** Parking **Light** ...
www.partstrain.com/ShopByDepartment/ Wheel_Cover/LINCOLN/**AVIATOR** - 59k - Cached - Similar pages

## Men's Sunglasses
More **aviator**-style Kline Sunglasses. The Klines' square metal alloy frames are
**light** and strong, and the polycarbonate lenses give you a clear view of ...
shopping.msn.com/.../ forsale?text=category:sunglasses+sale:1+Sunglassestype:**Aviator**+price:90-129.99 - 101k
- Cached - Similar pages

### New Balance Golf Clothing
Men's Hats/Gloves - Width Sizing - **Aviator** - So **light** you... More will never know
it's there! This cotton mesh adjustable cap is perfect for running, golf, ...
shopping.msn.com/.../bcatid9639/new-balance/ 2-120926/forsale?text=category:golf-clothing+Brand:New-Balance -
84k - Cached - Similar pages

### Women's Sunglasses
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/results/womens-sunglasses/ bcatid7088/amazon.com/12-12/**aviator**/2330-4512164/forsale?
text=... - 94k - Cached - Similar pages

### Men's Socks & Underwear

aviator light - Google Search

Available Colors: **Aviator**/Grey/Black, Pink/**Light** Blue/Fusion Green. At Shoebuy.com |
Details. Free Shipping! Free Returns! ...
shopping.msn.com/.../shoebuy.com/12-200/ forsale?text=category:mens-socks-underwear+Seller:Shoebuy.com -
104k - Cached - Similar pages

## Men's Sunglasses
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the ...
Lightweight metal **aviator** style frames. Glass lenses offer 100% UV protection. ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/zappos.com/12-149/forsale?
text=catego... - 98k - Cached - Similar pages

## Camping **Lights** & Lanterns
Camping **Lights** & Lanterns: Product information, price comparisons and user ...
Surefire A2 **Aviator** Incandescent & Blue LED Flashlight (Black) A2-HA-BL ...
shopping.msn.com/.../ forsale?text=category:camping-**lights**-lanterns+price:140-249.99&av=12-5664549 - 96k
- Cached - Similar pages

# Used Lincoln **Aviator** Cars For Sale In Phoenix, AZ - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk, 4.6L V8, AUTO 5SPD, 4X2, 5
door, Stock# P827. Dealer:. Chapman Auto Mall. Phone:. 877-284-9802 ...
autos.yahoo.com/used-cars/ az-phoenix-lincoln-**aviator**.html - 82k - Cached - Similar pages

## Details of Used 2004 Lincoln **Aviator**, Coatesville, PA - Yahoo! Autos
Used 2004 Lincoln **Aviator** in Coatesville PA - listing details. ... Delayed/Fade
Courtesy **Lights**, Illuminated Entry System, Cargo Area **Light**, ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars237568348 - 42k - Cached - Similar pages

## Details of Used 2003 Lincoln **Aviator**, Hudson, NH - Yahoo! Autos
Used 2003 Lincoln **Aviator** in Hudson NH - listing details. ... Delayed/Fade Courtesy
**Lights**, Illuminated Entry System, Cargo Area **Light**, Cargo Capacity: Rear ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars253196664 - 41k - Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In Richmond, VA - Yahoo! Autos
2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, AWD, 5 door, Stock# NJ45114A. Dealer:. Sheehy Ford Lincoln Mercury ...
autos.yahoo.com/used-cars/ va-richmond-lincoln-**aviator**.html - 73k - Cached - Similar pages

# 2004 Lincoln **Aviator** Luxury Sport Utility for Sale in Shrewsbury ...
Find the pre-owned 2004 Lincoln **Aviator** Luxury Sport Utility you have been ...
**Light** French Silk Metallic 5-door AWD SUV, 60105 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/14/2004/lincoln/ **aviator**/luxury/massachusetts/shrewsbury/218094522/113/index.
html - 55k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 9 ...
Lincoln **Aviator** Luxury. $21500 | 53130 miles. East Petersburg, Pennsylvania.
**Light** Green 5-door AWD SUV, 53130 miles, AUTO 5SPD, 4.6L V8. Stock# J23015. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page9.html - 150k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 10 ...
Lincoln **Aviator** Luxury. $23994 | 15856 miles. Saugus, Massachusetts. **Light** French
Silk Metallic 5-door AWD SUV, 15856 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page10.html - 149k - Cached - Similar pages

aviator light - Google Search

## 2003 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2003 Lincoln **Aviator** Luxury Sport Utility car ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and ...
www.motortrend.com/cars/2003/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

## Used Will County Lincoln **Aviator** Cars For Sale In - Motor Trend ...
Lincoln **Aviator** Luxury. $22995 | 0 miles. Joliet, Illinois. **Light** French Silk
5-door AWD SUV, AUTO 5SPD, 4.6L V8. Stock# 82319A. ...
www.motortrend.com/used_cars/ 55/illinois/will/lincoln/**aviator**/index.html - 59k - Cached - Similar pages

## 2004 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2004 Lincoln **Aviator** Luxury Sport Utility car ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and ...
www.motortrend.com/cars/2004/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

## Used South Carolina Lincoln **Aviator** Luxury Cars For Sale - Motor ...
Lincoln **Aviator** Luxury. $18499 | 43138 miles. Hardeeville, South Carolina.
**Light** French Silk 4-door 4X4 SUV, 43138 miles, Automatic, 8 Cylinders. ...
www.motortrend.com/used_cars/53/ south_carolina/lincoln/**aviator**/luxury/index.html - 76k - Cached - Similar pages

# **Aviator** Sunglasses : **Aviator** Collection : **Aviator** Styles
If you have heard anyone saying that **aviator** sunglasses are out then they are
... QNL, Emporio Armani 9453 **Light** Gold, £85.00, Emporio Armani Sunglasses ...
www.sunglasses-shop.co.uk/**aviator**-sunglasses. asp?page=16&Search=**aviator** - 60k - Cached - Similar pages

## March 2006 : Sunglasses of the month Ray-Ban Mirrored **Aviators** ...
The Ray-Ban 3025 mirrored **aviator** is one of our best selling models. ...
gold mirror lenses (W3277) and rose gold frame with **light** gradient mirror lens (030/3E). ...
www.sunglasses-shop.co.uk/ sunglasses-of-the-month/march-2006.asp - 40k - Cached - Similar pages

# Serengeti **Aviator** Sunglasses - Compare Prices, Reviews and Buy at ...
Serengeti **Aviator** Sunglasses - 73 results like the Serengeti **Aviator** Wire ...
inside the lenses to adjust to **light**, causing them to lighten and darken . ...
www.nextag.com/serengeti-**aviator**-sunglasses/search-html - 109k - Cached - Similar pages

## Lincoln **Aviator** - Compare Prices, Reviews and Buy at NexTag ...
WEATHERTECH In Channel Side Window Vent Visors Rear Deflectors Only - **Light**
Lincoln **Aviator** 2003 to · WEATHERTECH In Channel Side Window Vent Visors Rear ...
www.nextag.com/lincoln-**aviator**/search-html - 120k - Cached - Similar pages

## JULBO Teardrop Glacier Glasses: Compare Prices, View Price History ...
The Julbo Teardrop is a glacier glass with a modified **aviator** style for coverage
and comfort. The lenses are Alti-spectron X6 which blocks 95% visible **light** ...
www.nextag.com/JULBO--2700200/ **aviator**-sunglasses/brand-html - 43k - Cached - Similar pages

# Lighting - By PLC LIGHTING - Chandeliers - Compare Prices, Reviews ...
9/7/07), PLC LIGHTING **Aviator** 16 **Light** Chandelier in Satin Nickel - PLC-1812-SN,
PLC LIGHTING Fusion 20-**Light** Chandelier in Satin Nickel 6030SN, ...
www.nextag.com/PLC-LIGHTING-Lighting--a-Indoor+**Light**ing+Type-_ -Chandeliers--zz2700469zPLC
+**LIGHT**INGzB10z5-... - 106k - Cached - Similar pages

aviator light - Google Search

## **Aviator** Jacket - Compare Prices, Reviews and Buy at NexTag - Price ...
Men New Balance Gazelle Full Zip Jacket - **Aviator**/Brighton Blue. Cadence **Light**
Dobby is lightweight, quick drying and breathable. Reflective graphic on back ...
www.nextag.com/**aviator**-jacket/search-html - 105k - Cached - Similar pages

## Compare Prices on Serengeti Sunglasses - **Aviator** Large
Compare Prices on Serengeti Sunglasses - **Aviator** Large from these stores, eBay,
... Photochromatic - Automatically adjusts to changing **light** conditions. ...
www.shopping.com/xPC-Serengeti_Serengeti_
Sunglasses_**Aviator**_Large_Frame_Matte_Black_Lens_Drivers_Gradient - 105k - Cached - Similar pages

### Ray-Ban $100 - $110 Gradient Sunglasses - **aviator**, designer ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades ...
www.shopping.com/xDN-Sunglasses--brand_ ray_ban-price_range_100_110-sn_lens_feature_gradient - 183k
- Cached - Similar pages

### Ray Ban Ray Ban Sunglasses **Aviator** RB3320 - - Shopping.com
Ray Ban sunglasses **Aviator** RB 3320 042/ 8Z : Unisex, Satin silver metal frame,
**Light** brown, silver gradient mirror (Polycarbonate) polycarbonate lenses. ...
www.shopping.com/ xPC-Ray-Ban-Ray-Ban-Sunglasses-**Aviator**-RB3320 - 159k - Cached - Similar pages

### Rimless Ray Ban Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/xDN-sunglasses--rimless-ray_ban - 159k - Cached - Similar pages

### christian dior sunglasses Golden Sunglasses - **aviator**, designer ...
Christian Dior sunglasses Dior Sport 2 3YG/AS : **Light** gold frame / Mauve le
Featured Item .... Frame Type: **Aviator** Sunglasses, Frame Material: Bi- Injected, ...
www.shopping.com/xDN-sunglasses-christian_ dior_sunglasses-sn_frame_color_golden - 182k
- Cached - Similar pages



### YouTube - Street **Light** Manifesto Keasby Nights
Street **Light** Youth: The **Aviator** · Street **Light** Youth: The ...
3 min 56 sec - ★★★★★
www.youtube.com/watch?v=HHSR6CXXfP0

## RAYBAN **AVIATOR** RB 3211 032/8G - £73.94
RAYBAN **AVIATOR** RB 3211 032/8G. (product ID: 11763). Lens Colour: APX Gradient Grey
... CATEYE SL LD100 COMPACT SAFETY **LIGHT** FRONT LED ...
www.cyclestore.co.uk/productDetails.asp?productID=11763 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 4087 (601/71) - £73.94
RAYBAN **AVIATOR** RB 4087 (601/71). (product ID: 11842). Lens Colour: Poly. ...
Blackburn System X4 Front **Light** 2008. Blackburn System X4 Front **Light** 2008 ...
www.cyclestore.co.uk/productDetails.asp?productID=11842 - 108k - Cached - Similar pages

### **AVIATOR** RB3044
RAYBAN **AVIATOR** RB3044 L0207 52MM RRP: £89.99 Our Price: £76.49 ... Giant Recon
0.1 Front **light** Cyclestore clearance range of the latest bikes and cycling ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=626 - 103k - Cached - Similar pages

### RAYBAN **AVIATOR** RB3320

RAYBAN **AVIATOR** RB3320. ... CATEYE HL-EL450 FRONT **LIGHT** Cyclestore clearance range
of the latest bikes and cycling products. CATEYE HL-EL450 FRONT **LIGHT** ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=641 - 104k - Cached - Similar pages

## RAYBAN **AVIATOR** RB 3340 (006/71) - £79.89

RAYBAN **AVIATOR** RB 3340 (006/71). (product ID: 11756). Lens Colour: **Light** Natural
Green Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11756&catID=623 - 108k - Cached - Similar pages

## RAYBAN **AVIATOR** RB 3340 (002/8G) - £79.89

RAYBAN **AVIATOR** RB 3340 (002/8G). (product ID: 11751). Lens Colour: Gradient **Light**
Blue Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11751&catID=623 - 108k - Cached - Similar pages

## Sport **Aviator** - www.masportaviator.com

Stinson had designed a great **light**, twin-engined airplane called, .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masport**aviator**.com/ntp/pipercherokee.asp - 22k - Cached - Similar pages

### Sport **Aviator** - www.masportaviator.com

Three large **light** fixtures are spread across the length of the walls, ....
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ va.asp?ArticleName=Indoor%20Electric%20Festival - 53k - Cached - Similar pages

## eBay Blogs - Sunglasses For Pilots - Beyond The Image

Jul 19, 2007 ... Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces ...
blogs.ebay.com/jet**aviator**7/entry/ Sunglasses-For-Pilots-Beyond-The-Image/_W0QQidZ208193019 - 39k
- Cached - Similar pages

## eBay Store - **Aviator** Sunglasses: Ray Ban Style Sunglasses ...

We also sell Mirror **Aviators**, **aviator** sun glasses items on eBay. ... or fully
polarized, except when the **light** is normal (perpendicular) to the surface. ...
stores.ebay.com/Primal-Culture - 77k - Cached - Similar pages

## Lincoln **Aviator** Parts | Lincoln Parts

... Lincoln **Aviator Light** Bar · Lincoln **Aviator Light** Bulb · Lincoln **Aviator Light**
Guard Kit · Lincoln **Aviator Light** Mount · Lincoln **Aviator Light** Mount ...
www.lincoln-auto-parts.info/**aviator**/index.php - 78k - Cached - Similar pages

## Pilot Bank - pilotbank **aviation** business directory - **Light** Aircraft

PilotBank - Last Minute, Top Deals, holidays, Travel directory,airline flight
tickets, hotels,hotel,travel companies, hot air balloon trips, glider lessons, ...
www.pilotbank.co.uk/index.php?option=com_ sobi2&catid=8&Itemid=44&limit=21&limitstart=42 - 143k
- Cached - Similar pages

## THE **AVIATOR** FLIGHT LINE BIRDS BIRD TIE OUT NIB - eBay (item ...

Wrist strap attaches to the lead of the **Aviator** Flight Line and you no longer
need to hold on. The **Aviator** Flight Line is very **light** ...
cgi.ebay.com/THE-**AVIATOR**-FLIGHT-LINE-BIRDS--BIRD-TIE-OUT-NIB_
W0QQitemZ350056393652QQcmdZViewItem?IMSfp=TL... - 119k - Cached - Similar pages

## GIORGIO ARMANI 448 **AVIATOR** SUNGLASSES GOLD NEW-AUTH - eBay (item ...

aviator light - Google Search

BRAND NEW & AUTHENTIC! GIORGIO ARMANI SUNGLASSES. **LIGHT** GOLD **AVIATOR** FRAME WITH
GA LOGO ON SIDES. SUNGLASSE COME WITH A HARD CASE ...
cgi.ebay.com/GIORGIO-ARMANI-448-**AVIATOR**-SUNGLASSES-GOLD-NEW-AUTH_
W0QQitemZ290233238530QQcmdZViewItem?IMSf... - 126k - Cached - Similar pages

**eBay Motors: Lincoln : Aviator** (item 280230075309 end time Jun-03 ...
Find Lincoln : **Aviator** in the eBay Motors , Cars Trucks , Lincoln , **Aviator**
category on eBay ... **Light** French Silk Metallic with Camel Leather Interior ...
cgi.ebay.com/ebaymotors/ Cars-Trucks___2005-05-**AVIATOR**-AWD-FACT-W-T-ABS-TRACT-NAVI-
TRAIL_W0QQitemZ28023007... - 269k - Cached - Similar pages

"black **light** price" - Shopping.com
Ray Ban sunglasses **Aviator** Large Metal RB 3025 58mm 002/ 3F : Unisex, Black metal
frame, Gradient **Light** BLue tempered glass lenses,... More at UnitedShades. ...
au.shopping.com/-black+**light**+price - 132k - Cached - Similar pages



Previous 1 2 3 4 5 6 7 8 9    **Next**

---

| aviator light | | **Search** |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in

  aviator light    **Search**    Advanced Search
Preferences

**Web** .                    Results **801 - 900** of about **1,540,000** for **aviator light**. (0.49 seconds)

Serengeti Medium **Aviator** - Free Shipping Both Ways & 365-Day ...
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/n/p/p/7277741.html - 61k - Cached - Similar pages

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Smith Optics Serpico Gold/Sienna Brown Lens - ZCategory
Sunglasses ...
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-gold-sienna-brown-lens-z-category.shtml - 78k - Cached - Similar pages

Serengeti Medium **Aviator** Shiny Gold/Drivers Gradient Lens ...
The Medium **Aviator**, from the **Aviator** Collection, features a Drivers or 555nm ...
Serengeti®'s lenses block 95% of blue **light**, virtually eliminating the eye ...
www.zappos.com/gs/ serengeti-medium-**aviator**-shiny-gold-drivers-gradient-lens-driving.shtml - 73k
- Cached - Similar pages

Smith Optics Serpico Gold/Sienna Brown Lens - Monster Melons at ...
Sleek **aviators** - Wraparound style gives these **aviators** a nice profile - and less
**light** leaking around the edges. Also have enough grab to be good for golf: ...
www.zappos.com/gs/ smith-optics-serpico-gold-sienna-brown-lens-monster-melons.shtml - 79k
- Cached - Similar pages

Sport **Aviator** - www.masportaviator.com
Stinson had designed a great **light**, twin-engined airplane called, .... The Sport
**Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the Museum ...
www.masport**aviator**.com/ntp/pipercherokee.asp - 22k - Cached - Similar pages

Sport **Aviator** - www.masportaviator.com
Three large **light** fixtures are spread across the length of the walls, ...
The Sport **Aviator** Logo, the AMA Wings & Torch, the AMA Education logo and the ...
www.masport**aviator**.com/ va.asp?ArticleName=Indoor%20Electric%20Festival - 53k - Cached - Similar pages

S-Lite Battery Powered Personal LED lights
The original Finger **light** was developed for use by the military in 1985. ...
Lip **Light** · Titan **Light** · Finger **Light** · **Aviator** Pack · Disposable Medical ...
www.s-lite.com/categories.php?id=7 - 15k - Cached - Similar pages

Planenews **Aviation** News Portal - China launches indigenously-made ...
An indigenously-made five-seater **light** aircraft dubbed as China's first, has made
its ... The General Administration of Civil **Aviation** of China accepted the ...
planenews.com/modules.php?name=News& file=article&sid=3161 - 41k - Cached - Similar pages

aviator light - Google Search

## Planenews **Aviation** News Portal - Super-**Light** Airplane Makes Flying ...
Jul 9, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds. Receive news by email: ...
It's so **light**, four men can lift it. Full Story. ...
planenews.com/modules.php?name=News& file=article&sid=5349 - 51k - Cached - Similar pages

## Planenews **Aviation** News Portal - Overwheling Response for **Light** ...
Nov 10, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... The flight test program for
Cessna's **Light** Sport Aircraft (LSA) concept is on track, ...
planenews.com/modules.php?name=News& file=article&sid=6156 - 40k - Cached - Similar pages

## Planenews **Aviation** News Portal - **Light** Aircraft Safety Improving.
Jan 10, 2006 ... General **aviation**, often referred to as the "**light** aircraft" industry, has
dramatically improved safety in the past 15 years. ...
planenews.com/modules.php?name=News& file=article&sid=4424 - 41k - Cached - Similar pages

## Planenews **Aviation** News Portal - Cessna Studying **Light** Sport ...
Jun 6, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... **Light** Aircrafts Cessna Aircraft
is studying the feasibility of designing and building a ...
planenews.com/modules.php?name=News& file=article&sid=5189 - 52k - Cached - Similar pages

## **Aviator** Sunglasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--aviator+sunglasses.html - 191k - Cached - Similar pages

## Versace Or Prada Or Gucci Or Chanel Or Dior Or Designer, **Aviator** ...
VERSACE 0VE2070 104/513 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES ...
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/frame-style--aviator/ products__att623991--40824-__keyword--versace+or+prada
+or... - 174k - Cached - Similar pages

## 3 **Light** Lighting Home Lighting - Home & Garden - BizRate - Compare ...
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ...
www.bizrate.com/homelighting/ products__keyword--3+light+lighting.html - 179k - Cached - Similar pages

## Brushed Nickel Vanity **Lights** Home Lighting - Home & Garden ...
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ·
Hinkley Lighting **Aviator** 3-**Light** Vanity Strip in Brushed Nickel 5273BN ...
www.bizrate.com/homelighting/products_ _keyword--brushed+nickel+vanity+lights.html - 174k
- Cached - Similar pages

## Womens B0029 (**Light** Gold) - Clothing & Accessories - BizRate ...
Buy Womens B0029 (**Light** Gold) when you shop online at BizRate, a price comparison
search ... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products_ _keyword--hugo+boss+sunglasses+light+gold.html - 134k
- Cached - Similar pages

## Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ...
Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three ...
www.amazon.com/ SureFire-**Aviator**-Tactical-LED-Output/dp/B000V5WKS4 - 139k - Cached - Similar pages

aviator light - Google Search

## Amazon.com: Grundig G6 **Aviator** AM/FM, aircraft band and Shortwave ...

Weighing in at only 7 ounces, the Grundig G6 **Aviator** is **light** enough to take
anywhere. An included AC adapter provides power when at home or the office, ...
www.amazon.com/Grundig-G6-**Aviator**-aircraft-Shortwave/ dp/product-description/B0014T5UM4 - 112k
- Cached - Similar pages

## Amazon.com: Serengeti Napoli Drivers Gradient Sunglasses (**Aviator** ...

Serengeti lenses also block almost 95% of blue **light**, a color in the visible ...
Serengeti **Aviator** Navigator - Matte Black Frame & Drivers Gradient Lens ...
www.amazon.com/ Serengeti-Drivers-Gradient-Sunglasses-**Aviator**/dp/B000R2YYFS - 183k
- Cached - Similar pages

## Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ...

Amazon.com: SureFire A2 **Aviator** Tactical LED Max Output: Xenon: 50 ... The batteries
have a 10 year shelf life, my **light** has the white xenon bulb and the ...
www.amazon.com/ SureFire-**Aviator**-Tactical-LED-Output/dp/B000E204CS - 172k - Cached - Similar pages

## Amazon.com: Archmaker's review of The **Aviator's** Wife

The **Aviator's** Wife The **Aviator's** Wife 1572525398 Philippe Marlaud Fox Lorber The
**Aviator's** Wife Movies & TV The Woman Always Decides This **light** yet ...
www.amazon.com/review/ R5KREE63EYLZC?ASIN=1572525398&nodeID= - 121k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...

Piper Cherokee 180F For FS2004 and FSX X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product. php?productid=22&cat=5&page=2 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

Fly A 1978 Cessna 182 Q With FSX & 2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=202 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...

Piper Cherokee 180F For FS2004 and FSX X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product. php?productid=22&cat=5&bestseller - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

Your Very Own True-to-life Recreation of the Beechcraft V35 V-Tail Bonanza to
Fly in Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pc**aviator**.com/dlstore/product.php?productid=204 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...

Beechcraft Mentor T34B for FSX & FS2004 X-Cart: full-featured PHP/MySQL shopping
cart software & ecommerce solutions for the best ecommerce websites.
www.pc**aviator**.com/dlstore/product.php?productid=23 - 42k - Cached - Similar pages

## Lincoln **Aviator** Audio > Why Buy New Lincoln **Aviator** Parts When ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio-requests.html - 52k - Cached - Similar pages

aviator light - Google Search

### Lincoln **Aviator** Stereo > Why Buy New Lincoln **Aviator** Parts When ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-stereo-requests.html - 41k - Cached - Similar pages

### Lincoln **Aviator** Audio Equipment > Why Buy New Lincoln **Aviator** ...

2003 Lincoln **Aviator** 4-Door, V-8, Automatic-OD, RWD, Audio Equipment from side
to side, **light** Parchment Looking For a entertainment system roof mount, ...
www.automotix.net/ partshotline-lincoln-**aviator**-audio_equipment-requests.html - 47k - Cached - Similar pages

### Lincoln **Aviator** Hub > Why Buy New Lincoln **Aviator** Parts When Used ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-hub-requests.html - 41k - Cached - Similar pages

### Lincoln **Aviator** Carburetor > Why Buy New Lincoln **Aviator** Parts ...

2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-carburetor-requests.html - 42k - Cached - Similar pages

## CUSHING'S MEN TELL OF GERMAN AIR ATTACK; **Aviator** Manoeuvred to ...

CUSHING S MEN TELL OF GERMAN AIR ATTACK **Aviator** Manoeuvred to Drop Bomb Into
Funnel -- Ample **Light** to See Ship's Flag. Special to The New York Times. ...
query.nytimes.com/gst/ abstract.html?res=F20F10FD385C13738DDDA90A94DD405B858DF1D3 - 4k
- Cached - Similar pages

### Sheila Scott, 61, British **Aviator** - New York Times

LEAD: Sheila Scott, a British **aviator** who in 1971 became the first woman to pilot
a flight circling the world by way of the North Pole in a **light** aircraft, ...
query.nytimes.com/gst/fullpage. html?res=940DEEDF113BF932A15753C1A96E948260 - 40k
- Cached - Similar pages

### AIRPLANES OVER CITY FLY IN BATTLE LINES; Great Crowds See 22 ...

The most elaborate **aviation** display in the history of New York was an incidental
... both--wings and an electric **light** pole, but leaving the **aviator** unhurt. ...
query.nytimes.com/gst/ abstract.html?res=F30F1FF83C5A11738DDDAC0894DF405B888DF1D3 - 12k
- Cached - Similar pages

### FIND ARMY **AVIATORS** IN SEA.; Life Savers Rescue Sperry and Dewey in ...

Lawrence Sperry, the inventor and **aviator**, and Captain Leo A. Dewey, ... off the
Block Island **Light**, where they had been forced to descend in the ocean. ...
query.nytimes.com/gst/ abstract.html?res=F10815FC3D5412738FDDAB0894D8415B868DF1D3 - 3k
- Cached - Similar pages

### GIANT BATTLEPLANE NEW IDEA IN **AVIATION**; Italy Plans Machine With ...

I, , a single **aviator** started from Salonikt, flew to Sofia, dropped four bombs
.... These are fastened beneath the wings; which aid In reflecting the **light** ...
query.nytimes.com/gst/ abstract.html?res=FB0A16F9385E11738DDDAC0894D0405B878DF1D3 - 16k
- Cached - Similar pages

## eBay Blogs - Sunglasses For Pilots - Beyond The Image

aviator light - Google Search

Jul 19, 2007 ... Polarized lenses are not recommended for use in the **aviation** environment.
While useful for blocking reflected **light** from horizontal surfaces ...
blogs.ebay.com/jetaviator7/entry/ Sunglasses-For-Pilots-Beyond-The-Image/_W0QQidZ208193019 - 39k
- Cached - Similar pages

## VedaloHD Alba Rimless Small **Aviator** Sunglasses - MyPilotStore.com
VedaloHD Alba Rimless Small **Aviator** Sunglasses by VedaloHD - Rimless Round, ...
They are blue **light** and infrared effective and exceed all American, ...
www.mypilotstore.com/mypilotstore/sep/5372 - 25k - Cached - Similar pages

### Serengeti Large **Aviator** Sunglasses - MyPilotStore.com
Serengeti Large **Aviator** Sunglasses by Serengeti Eyewear 5222 - No matter what
... Serengeti lenses block 95% of blue **light**, virtually eliminating the eye ...
www.mypilotstore.com/mypilotstore/sep/4483 - 25k - Cached - Similar pages

## Used Lincoln **Aviator** Cars For Sale In Las Vegas, NV - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO 5SPD,
5 door, Stock# N19091A. Dealer:. Acura of Las Vegas. Phone:. 866-545-5656 ...
autos.yahoo.com/used-cars/ nv-las_vegas-lincoln-**aviator**.html - 57k - Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Phoenix, AZ - Yahoo! Autos
2004 Used. Lincoln **Aviator**. SUV, **Light** French Silk, 4.6L V8, AUTO 5SPD, 4X2, 5
door, Stock# P827. Dealer:. Chapman Auto Mall. Phone:. 877-284-9802 ...
autos.yahoo.com/used-cars/ az-phoenix-lincoln-**aviator**.html - 82k - Cached - Similar pages

### Details of Used 2004 Lincoln **Aviator**, Coatesville, PA - Yahoo! Autos
Used 2004 Lincoln **Aviator** in Coatesville PA - listing details. ... Delayed/Fade
Courtesy **Lights**, Illuminated Entry System, Cargo Area **Light**, ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars237568348 - 42k - Cached - Similar pages

### Details of Used 2003 Lincoln **Aviator**, Hudson, NH - Yahoo! Autos
Used 2003 Lincoln **Aviator** in Hudson NH - listing details. ... Delayed/Fade Courtesy
**Lights**, Illuminated Entry System, Cargo Area **Light**, Cargo Capacity: Rear ...
autos.yahoo.com/used-cars/lincoln-**aviator**-cars253196664 - 41k - Cached - Similar pages

## Men's Sunglasses
More **aviator**-style Kline Sunglasses. The Klines' square metal alloy frames are
**light** and strong, and the polycarbonate lenses give you a clear view of ...
shopping.msn.com/.../ forsale?text=category:sunglasses+sale:1+Sunglassestype:**Aviator**+price:90-129.99 - 101k
- Cached - Similar pages

### New Balance Golf Clothing
Men's Hats/Gloves - Width Sizing - **Aviator** - So **light** you... More will never know
it's there! This cotton mesh adjustable cap is perfect for running, golf, ...
shopping.msn.com/.../bcatid9639/new-balance/ 2-120926/forsale?text=category:golf-clothing+Brand:New-Balance -
84k - Cached - Similar pages

### Women's Sunglasses
VERSACE 0VE2074 104/573 **LIGHT BROWN/BROWN AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT BROWN/BROWN AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/results/womens-sunglasses/ bcatid7088/amazon.com/12-12/**aviator**/2330-4512164/forsale?
text=... - 94k - Cached - Similar pages

### Men's Socks & Underwear

aviator light - Google Search

Available Colors: **Aviator**/Grey/Black, Pink/**Light** Blue/Fusion Green. At Shoebuy.com |
Details. Free Shipping! Free Returns! ...
shopping.msn.com/.../shoebuy.com/12-200/ forsale?text=category:mens-socks-underwear+Seller:Shoebuy.com -
104k - Cached - Similar pages

## Men's Sunglasses
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the ...
Lightweight metal **aviator** style frames. Glass lenses offer 100% UV protection. ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/zappos.com/12-149/forsale?
text=catego... - 98k - Cached - Similar pages

## Lincoln **Aviator** Carpet - Carpets - Partstrain.com
We sell our great quality Lincoln **Aviator** carpet at very low wholesale prices,
so call us now ... Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ...
www.partstrain.com/ShopByDepartment/ Carpet/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheels - Wheel - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light** ... Order our
top-of-the-line Lincoln **Aviator** wheels and watch your car rev with enhanced ...
www.partstrain.com/ShopByDepartment/ Wheels/LINCOLN/**AVIATOR** - 61k - Cached - Similar pages

### Lincoln **Aviator** Wheel Cover - Wheel Covers - Partstrain.com
Lincoln **Aviator** Corner **Light**. -- Lincoln **Aviator** Fog **Light**. -- Lincoln **Aviator**
Headlight. -- Lincoln **Aviator** Parking **Light** ...
www.partstrain.com/ShopByDepartment/ Wheel_Cover/LINCOLN/**AVIATOR** - 59k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 9 ...
Lincoln **Aviator** Luxury. $21500 | 53130 miles. East Petersburg, Pennsylvania.
**Light** Green 5-door AWD SUV, 53130 miles, AUTO 5SPD, 4.6L V8. Stock# J23015. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page9.html - 150k - Cached - Similar pages

### Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 10 ...
Lincoln **Aviator** Luxury. $23994 | 15856 miles. Saugus, Massachusetts. **Light** French
Silk Metallic 5-door AWD SUV, 15856 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page10.html - 149k - Cached - Similar pages

### 2003 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2003 Lincoln **Aviator** Luxury Sport Utility car ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and ...
www.motortrend.com/cars/2003/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

### Used Will County Lincoln **Aviator** Cars For Sale In - Motor Trend ...
Lincoln **Aviator** Luxury. $22995 | 0 miles. Joliet, Illinois. **Light** French Silk
5-door AWD SUV, AUTO 5SPD, 4.6L V8. Stock# 82319A. ...
www.motortrend.com/used_cars/ 55/illinois/will/lincoln/**aviator**/index.html - 59k - Cached - Similar pages

### 2004 Lincoln **Aviator** Luxury Sport Utility Specs, Engine ...
Find a comprehensive list of 2004 Lincoln **Aviator** Luxury Sport Utility car ...
Door entry **light**. -. Door pockets/bins for driver seat, passenger seat and ...
www.motortrend.com/cars/2004/lincoln/ **aviator**/luxury_sport_utility/1054/specifications/index.html - 53k
- Cached - Similar pages

## VLJ MAGAZINE | How We Travel | **Light**, Very, Jet, Ndash, Airtaxi

aviator light - Google Search

It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/how_we_travel.html - 28k - Cached - Similar pages

### VLJ MAGAZINE | European Private Jet Developments | Vlj, Market ...
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/ - 29k - Cached - Similar pages

### VLJ MAGAZINE | Eclipse ECJ VLJ | Global, the, Very, Respondents, Shows
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/eclipse_ecj_vlj.html - 26k - Cached - Similar pages

### VLJ MAGAZINE | European Private Jet Developments | Vlj, Market ...
It was this entrepreneurial **aviation** spirit that caused Bill to become one of
the early promoters of the very **light** jet market sector through his ...
www.vljmag.com/captains_log/?include=133595 - 29k - Cached - Similar pages

## Baby **Aviator** - Compare Prices, Reviews and Buy at NexTag - Price ...
**Light** up your favorite **aviator's** night with the soft glow of this prop plane.
Little kids can take off for dreamland and "big kids" can recall their trips ...
www.nextag.com/baby-**aviator**/search-html - 98k - Cached - Similar pages

### Serengeti **Aviator** Sunglasses - Compare Prices, Reviews and Buy at ...
Serengeti **Aviator** Sunglasses - 73 results like the Serengeti **Aviator** Wire ...
inside the lenses to adjust to **light**, causing them to lighten and darken . ...
www.nextag.com/serengeti-**aviator**-sunglasses/search-html - 109k - Cached - Similar pages

### Lincoln **Aviator** - Compare Prices, Reviews and Buy at NexTag ...
WEATHERTECH In Channel Side Window Vent Visors Rear Deflectors Only - **Light**
Lincoln **Aviator** 2003 to · WEATHERTECH In Channel Side Window Vent Visors Rear ...
www.nextag.com/lincoln-**aviator**/search-html - 120k - Cached - Similar pages

### JULBO Teardrop Glacier Glasses: Compare Prices, View Price History ...
The Julbo Teardrop is a glacier glass with a modified **aviator** style for coverage
and comfort. The lenses are Alti-spectron X6 which blocks 95% visible **light** ...
www.nextag.com/JULBO--2700200/ **aviator**-sunglasses/brand-html - 43k - Cached - Similar pages

### Lighting - By PLC LIGHTING - Chandeliers - Compare Prices, Reviews ...
9/7/07), PLC LIGHTING **Aviator** 16 **Light** Chandelier in Satin Nickel - PLC-1812-SN,
PLC LIGHTING Fusion 20-**Light** Chandelier in Satin Nickel 6030SN, ...
www.nextag.com/PLC-**LIGHTING-Light**ing-a-Indoor+**Light**ing+Type-_ -Chandeliers--zz2700469zPLC
+**LIGHT**INGzB10z5-... - 106k - Cached - Similar pages

## Anywhere Map - Detail
**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=91 - 76k - Cached - Similar pages

### Anywhere Map - Detail

aviator light - Google Search

**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=220 - 100k - Cached - Similar pages

### Anywhere Map - Detail
**Aviator Light**: $29.99 per month. Paid via credit card directly to XM Radio.
**Aviator**: $49.99 per month. Paid via credit card directly to XM Radio. ...
www.anywheremap.com/detail.aspx?ID=134 - 75k - Cached - Similar pages

## NOTES & THEORIES: Through a pair of glasses darkly: the glamour of ...
The result was the classic **aviator** with a **light**-metal frame with pear-shaped
lenses designed to cover the whole of the eye's asymmetric field-of-vision. ...
findarticles.com/p/articles/ mi_qn4159/is_20060618/ai_n16490852/pg_1 - 43k - Cached - Similar pages

## **Aviator's** night vision system - Patent 4953963
An **aviator's** night vision system (10) includes a small, compact, ... Night vision
goggles, that is goggles that receive ambient **light** and multiply it up to ...
www.freepatentsonline.com/4953963.html - 36k - Cached - Similar pages

### Infrared filter system for fluorescent lighting - Patent 6515413
These types of systems, known as **aviator** night vision systems, amplify **light** only
in the near infrared and infrared region. Thus, **aviator** night vision ...
www.freepatentsonline.com/6515413.html - 47k - Cached - Similar pages

### Mounting means for use of ground system type goggles as **aviators** ...
Some of the requirements of an **aviators** goggles are that the mounting system be
**light** weight and have quick vertical flip up to stow position capabilities ...
www.freepatentsonline.com/4987608.html - 44k - Cached - Similar pages

## SureFire SC3 Spare Carrier for SureFire Flashlight Lamps MA02 ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light**. pad,
New Item SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 ...
www.opticsplanet.net/ surefire-battery-lamp-carrier-sc3.html - 63k - Cached - Similar pages

### Serengeti Small **Aviator** Rx Progressive Sun Glasses with FREE ...
Serengeti Rx Small **Aviator** Progressive Sunglasses are a stylish choice perfectly
... The lenses of the Sun Glasses are specially tailored to fit the **light** ...
www.opticsplanet.net/ serengeti-progessive-rx-large-aviator-sunglasses.html - 164k - Cached - Similar pages

### SureFire SC1 Spare Carrier for SureFire Flashlight Lamps P60, P61 ...
SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 **Light**. pad,
New Item SureFire MA02 Flashlight Replacement Lamp Assembly for **Aviator** A2 ...
www.opticsplanet.net/ surefire-battery-lamp-carrier-sc1.html - 71k - Cached - Similar pages

## March 2006 : Sunglasses of the month Ray-Ban Mirrored **Aviators** ...
The Ray-Ban 3025 mirrored **aviator** is one of our best selling models. ...
gold mirror lenses (W3277) and rose frame with **light** gradient mirror lens (030/3E). ...
www.sunglasses-shop.co.uk/ sunglasses-of-the-month/march-2006.asp - 40k - Cached - Similar pages

### **Aviator** Sunglasses Deep Lens Gunmetal > **Aviator** Sunglasses > UK ...

aviator light - Google Search

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ **Aviator**-Sunglasses/**Aviator**-Sunglasses-Deep-Lens-Gunmetal/2886.
htm - 48k - Cached - Similar pages

## Nueu Sunglasses 601 Mirrored **Aviator** Silver > Nueu Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Nueu-Mirrored-**Aviator**-Silver/828.htm - 48k
- Cached - Similar pages

## Search for Sunglasses : **aviator**
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/ search.asp?Search=**Aviator**%20Sunglasses - 73k - Cached - Similar pages

## Nueu Sunglasses 601 Mirrored **Aviator** Silver > Nueu Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/Nueu-Sunglasses/ Nueu-Sunglasses-601-Mirrored-**Aviator**-Silver/828.
htm - 48k - Cached - Similar pages

## Compare Prices on Serengeti Sunglasses - **Aviator** Large
Compare Prices on Serengeti Sunglasses - **Aviator** Large from these stores, eBay,
... Photochromatic - Automatically adjusts to changing **light** conditions. ...
www.shopping.com/xPC-Serengeti_Serengeti_
Sunglasses_**Aviator**_Large_Frame_Matte_Black_Lens_Drivers_Gradient - 105k - Cached - Similar pages

## Ray-Ban $100 - $110 Gradient Sunglasses - **aviator**, designer ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades ...
www.shopping.com/xDN-Sunglasses--brand_ ray_ban-price_range_100_110-sn_lens_feature_gradient - 183k
- Cached - Similar pages

## Ray Ban Ray Ban Sunglasses **Aviator** RB3320 - - Shopping.com
Ray Ban sunglasses **Aviator** RB 3320 042/ 8Z : Unisex, Satin silver metal frame,
**Light** brown, silver gradient mirror (Polycarbonate) polycarbonate lenses. ...
www.shopping.com/ xPC-Ray-Ban-Ray-Ban-Sunglasses-**Aviator**-RB3320 - 159k - Cached - Similar pages

## Serengeti Medium **Aviator** Sunglasses
Classic **Aviator** styling Patented Photochromic technology, so the lens automatically
adjusts to changing **light** conditions Distortion free, scratch resi. ...
www.shopping.com/ xPO-Serengeti_Serengeti_Medium_**aviator**_Henna_Drivers_Gradient - 219k
- Cached - Similar pages

# RAYBAN **AVIATOR** RB 4087 (601/71) - £73.94
RAYBAN **AVIATOR** RB 4087 (601/71). (product ID: 11842). Lens Colour: Poly. ...
Blackburn System X4 Front **Light** 2008. Blackburn System X4 Front **Light** 2008 ...
www.cyclestore.co.uk/productDetails.asp?productID=11842 - 108k - Cached - Similar pages

## **AVIATOR** RB3044
RAYBAN **AVIATOR** RB3044 L0207 52MM RRP: £89.99 Our Price: £76.49 ... Giant Recon
0.1 Front **light** Cyclestore clearance range of the latest bikes and cycling ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=626 - 103k - Cached - Similar pages

aviator light - Google Search

### RAYBAN **AVIATOR** RB3320

RAYBAN **AVIATOR** RB3320. ... CATEYE HL-EL450 FRONT **LIGHT** Cyclestore clearance range
of the latest bikes and cycling products. CATEYE HL-EL450 FRONT **LIGHT** ...
www.cyclestore.co.uk/rangeViewer.asp?categoryID=641 - 104k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3340 (006/71) - £79.89

RAYBAN **AVIATOR** RB 3340 (006/71). (product ID: 11756). Lens Colour: **Light** Natural
Green Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11756&catID=623 - 108k - Cached - Similar pages

### RAYBAN **AVIATOR** RB 3340 (002/8G) - £79.89

RAYBAN **AVIATOR** RB 3340 (002/8G). (product ID: 11751). Lens Colour: Gradient **Light**
Blue Frame Colour: Black Our price: £79.89 RRP: £93.99 SAVE 15 % Quantity ...
www.cyclestore.co.uk/productDetails. asp?productID=11751&catID=623 - 108k - Cached - Similar pages

## Serengeti Rx Prescription **Aviator** Velocity Sunglasses w/ FREE UPS
Serengeti Rx **Aviator** Velocity Sunglasses - Take the wheel. ... color and quality
for driving, with the versatility to adjust to changing **light** conditions. ...
www.eyewearplanet.com/ serengeti-rx-prescription-velocity-sunglasses-8-base-metal-frame-drivers-gradient-l... -
78k - Cached - Similar pages

## eBay Store - **Aviator** Sunglasses: Ray Ban Style Sunglasses ...
We also sell Mirror **Aviators**, **aviator** sun glasses items on eBay. ... or fully
polarized, except when the **light** is normal (perpendicular) to the surface. ...
stores.ebay.com/Primal-Culture - 77k - Cached - Similar pages

## Lincoln **Aviator** Parts | Lincoln Parts
... Lincoln **Aviator Light** Bar · Lincoln **Aviator Light** Bulb · Lincoln **Aviator Light**
Guard Kit · Lincoln **Aviator Light** Mount · Lincoln **Aviator Light** Mount ...
www.lincoln-auto-parts.info/**aviator**/index.php - 78k - Cached - Similar pages

## Pilot Bank - pilotbank **aviation** business directory - **Light** Aircraft
PilotBank - Last Minute, Top Deals, holidays, Travel directory,airline flight
tickets, hotels,hotel,travel companies, hot air balloon trips, glider lessons, ...
www.pilotbank.co.uk/index.php?option=com_ sobi2&catid=8&Itemid=44&limit=21&limitstart=42 - 143k
- Cached - Similar pages

## THE **AVIATOR** FLIGHT LINE BIRDS BIRD TIE OUT NIB - eBay (item ...
Wrist strap attaches to the lead of the **Aviator** Flight Line and you no longer
need to hold on. The **Aviator** Flight Line is very **light** ...
cgi.ebay.com/THE-AVIATOR-FLIGHT-LINE-BIRDS--BIRD-TIE-OUT-NIB_
W0QQitemZ350056393652QQcmdZViewItem?IMSfp=TL... - 119k - Cached - Similar pages

### GIORGIO ARMANI 448 **AVIATOR** SUNGLASSES GOLD NEW-AUTH - eBay (item ...
BRAND NEW & AUTHENTIC! GIORGIO ARMANI SUNGLASSES. **LIGHT** GOLD **AVIATOR** FRAME WITH
GA LOGO ON SIDES. SUNGLASSE COME WITH A HARD CASE ...
cgi.ebay.com/GIORGIO-ARMANI-448-AVIATOR-SUNGLASSES-GOLD-NEW-AUTH_
W0QQitemZ290233238530QQcmdZViewItem?IMSf... - 126k - Cached - Similar pages

### eBay Motors: Lincoln : **Aviator** (item 280230075309 end time Jun-03 ...

Find Lincoln : **Aviator** in the eBay Motors , Cars Trucks , Lincoln , **Aviator**
category on eBay ... **Light** French Silk Metallic with Camel Leather Interior ...
cgi.ebay.com/ebaymotors/ Cars-Trucks___2005-05-**AVIATOR**-AWD-FACT-W-T-ABS-TRACT-NAVI-
TRAIL_W0QQitemZ28023007... - 269k - Cached - Similar pages

## SUREFIRE A2 **Aviator** Flashlight - Blue LEDs (A2-HA-BL) - SUREFIRE A2

SUREFIRE A2 **Aviator**- Blue LEDs (A2-HA-BL) Originally developed for professional
**aviators** — who needed a **light** bright enough to illuminate a 747's tail ...
www.surefire-plus.com/surefire/SUR-A2-HA-BL.html - 18k - Cached - Similar pages

## "black **light** price" - Shopping.com

Ray Ban sunglasses **Aviator** Large Metal RB 3025 58mm 002/ 3F : Unisex, Black metal
frame, Gradient **Light** BLue tempered glass lenses,... More at UnitedShades. ...
au.shopping.com/-black+**light**+price - 132k - Cached - Similar pages

## Prescription **Aviator** glasses? - Yahoo! Answers

so you kind of want **light**-colored sunglasses in place of real glasses? do you
use glasses often? idk...i personally wouldnt wear **aviators** like my regular ...
answers.yahoo.com/question/ index?qid=20070902112732AAyiiPI - 26k - Cached - Similar pages



◄ Gooooooooogle ►

**Previous** 1 2 3 4 5 6 7 8 9 10    **Next**

---

aviator light        **Search**

**Search within results | Language Tools | Search Tips | Try Google Experimental**

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Search

**Web** Images Maps News Shopping Gmail more ▼

Sign in

 **Google**   | aviator light                                          |   **Search**   Advanced Search
                                                                              Preferences

---

## Web                    Results **901 - 1000** of about **1,540,000** for **aviator light**. (0.46 seconds)

Planenews **Aviation** News Portal - Honda Begins Sales of its ...          Sponsored Links
Oct 18, 2006 ... Planenews **aviation** RSS XML newsfeeds news feeds ... Honda Begins Sales of its   **Aviator light**
HondaJet Advanced **Light** Jet. ...                                          Huge Selection. Compare Prices.
planenews.com/modules.php?name=News& file=article&sid=6030 - 40k - Cached - Similar pages   Find lighting
                                                                             Like.com/**lighting**
PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Your Very Own True-to-life Recreation of the Beechcraft F33A Bonanza to Fly in
Microsoft Flight Simulator X and 2004 X-Cart: full-featured PHP/MySQL ...
www.pcaviator.com/dlstore/product.php?productid=203 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
The Aircraft That Gets You Anywhere - Now For FSX X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce ...
www.pcaviator.com/dlstore/product.php?productid=377 - 45k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: GA & **Light** Aircraft ...
Highly optimized so extremely **light** on frame rates as is needed to fly it into
the detailed ... AIM **Aviation**, 4X-AJZ (Israel) Super Cub, amphibian, 160hp ...
www.pcaviator.com/dlstore/product.php?productid=366 - 46k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
6 High Quality General **Aviation** Aircraft For FSX & FS2004 X-Cart: full-featured
PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pcaviator.com/dlstore/product.php?productid=399 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Fly The GlassAir III with Microsoft Flight Simulator X and 2004 X-Cart: full-featured
PHP/MySQL shopping cart software & ecommerce solutions for the best ...
www.pcaviator.com/dlstore/product.php?productid=233 - 44k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
Own This GA Classic - The Piper PA28R Arrow X-Cart: full-featured PHP/MySQL
shopping cart software & ecommerce solutions for the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=390 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: GA & **Light** Aircraft ...
X-Cart: full-featured PHP/MySQL shopping cart software & ecommerce solutions for
the best ecommerce websites.
www.pcaviator.com/dlstore/product.php?productid=384 - 45k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Special Effects ...

aviator light - Google Search

Casts realistic **light** out into 3D space, creating stunning visuals and a more
... PC **Aviator** Inc ... FOR BEST EFFECT WATCH THIS VIDEO WITH YOUR **LIGHTS** OUT ...
www.pcaviator.com/dlstore/product.php?productid=415 - 42k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Special Effects ...

Casts realistic **light** out into 3D space, creating stunning visuals and a more
... PC **Aviator** Inc ... FOR BEST EFFECT WATCH THIS VIDEO WITH YOUR **LIGHTS** OUT ...
www.pcaviator.com/dlstore/product.php?productid=414 - 42k - Cached - Similar pages

### PC **Aviator** Product Categories - Realize YOUR Dream To Fly

For PC **Aviator** News, Please Join Our Mailing List .... The Diamond DA20 Katana
is a **light**, 2-seat aircraft, although i. ...
www.pcaviator.com/shop/viewCategory.php?s=0&c=27 - 76k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Scenery :: MegaSceneryX ...

This 1400 square mile area is designed for **light** aircraft VFR flying and seeing
... Publisher: PC **Aviator** Inc. Developer/Author: Aerosoft Australia Pty Ltd ...
www.pcaviator.com/dlstore/product.php?productid=435 - 43k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Modern Military Aircraft ...

PC **Aviator** Inc ... Customised flashing beacon **light** with rotation effect reflections.
... Landing and taxi **lights** with reflective lenses. ...
www.pcaviator.com/dlstore/product.php?productid=385 - 46k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim X Add Ons :: Special Effects

PC **Aviator** Inc ... Casts realistic **light** out into 3D space, creating stunning
visuals and a more immersive flying experience with FSX ...
www.pcaviator.com/dlstore/home.php?cat=32 - 49k - Cached - Similar pages

### PC **Aviator** Product Description - Realize YOUR Dream To Fly

For PC **Aviator** News, Please Join Our Mailing List .... Customised flashing beacon
**light** with rotation effect reflections. Gear **lights** with reflections. ...
www.pcaviator.com/shop/viewAProduct.php?pid=722 - 38k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: Special Effects

PC **Aviator** Inc ... Casts realistic **light** out into 3D space, creating stunning
visuals and a more immersive flying experience with FS2004 ...
www.pcaviator.com/dlstore/home.php?cat=4 - 51k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: Scenery :: MegaCity ...

No... it's not just random **lights** - NightScene Technology knows where every ...
Publisher: PC **Aviator** Inc. Developer/Author: Aerosoft Australia Pty Ltd ...
www.pcaviator.com/dlstore/product.php?productid=155 - 45k - Cached - Similar pages

### PC **Aviator** Inc :: Flight Sim 2004 Add Ons :: Scenery :: MegaCity ...

No... it's not just random **lights** - NightScene Technology knows where every ...
Publisher: PC **Aviator** Inc. Developer/Author: Aerosoft Australia Pty Ltd ...
www.pcaviator.com/dlstore/product.php?productid=293 - 46k - Cached - Similar pages

### PC **Aviator** Product Description - Realize YOUR Dream To Fly

For PC **Aviator** News, Please Join Our Mailing List .... No... it's not just random
**lights** - NightScene Technology knows where every **light** emitting source in ...
www.pcaviator.com/shop/viewAProduct.php?pid=641 - 39k - Cached - Similar pages

aviator light - Google Search

## PC **Aviator** Product Description - Realize YOUR Dream To Fly
For PC **Aviator** News, Please Join Our Mailing List .... Ultimate Terrain X night
lighting consists of points of **light** that represent things like street ...
www.pcaviator.com/shop/viewAProduct.php?pid=902 - 40k - Cached - Similar pages

## PC **Aviator** Inc :: Flight Sim X Add Ons :: Textures :: Airport ...
PC **Aviator** Inc ... Higher Details For Default Runways; Real **Light** Bloom Effects;
Real Spot **Light** Effects; Works With FSX Acceleration; Works With FSX Deluxe ...
www.pcaviator.com/dlstore/product.php?productid=298 - 42k - Cached - Similar pages

## Brown **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES ...
www.bizrate.com/sunglasses/products_ _keyword--brown+aviator+sunglasses.html - 181k - Cached - Similar pages

## GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD - Clothing & Accessories ...
Buy GIORGIO ARMANI SUNGLASSES 370 **LIGHT** GOLD when you shop online at BizRate,
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/products_ _keyword--armani+sunglasses+brown+gradient+**light**.html - 135k
- Cached - Similar pages

## Gradient **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ·
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ...
www.bizrate.com/sunglasses/products_ _keyword--gradient+**aviator**+sunglasses.html - 182k - 12 hours ago
- Cached - Similar pages

## Gradient **Aviator** Sunglasses - Clothing & Accessories - BizRate ...
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ·
Arnette AN 3053 Juice 572/13 **Light** Gold Brown Gradient **Aviator** Sunglasses ...
www.bizrate.com/sunglasses/ products__keyword--gradient+**aviator**.html - 181k - 12 hours ago
- Cached - Similar pages

## **Aviator** Women's Shoes - Clothing & Accessories - BizRate - Compare ...
Womens 3025 **Aviator** Large Metal 58 (Black/G-15xlt Lens, Arista/Pink Silver Gradient
Mirror Lens, Black/Gradient **Light** Blue Lens, Black/Gold Mirror Lens, ...
www.bizrate.com/womensshoes/ products__keyword--aviator.html - 174k - Cached - Similar pages

## Dark Black **Aviator** Sunglasses Sunglasses - Clothing & Accessories ...
Compare prices on dark black **aviator** sunglasses Sunglasses. ... Womens Paso
Roble (**Light** Matte Brown/Dark Brown Lens, Matte Black/Grey ...
www.bizrate.com/sunglasses/products_ _keyword--dark+black+**aviator**+sunglasses.html - 105k
- Cached - Similar pages

## **Aviator** Glasses Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--**aviator**+glasses.html - 192k - Cached - Similar pages

## Silver Frame **Aviator** Sunglasses Sunglasses - Clothing ...

aviator light - Google Search

Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ Crystals ·
Valentino... the name itself, so famous in haute couture, has. ...
www.bizrate.com/sunglasses/products_ _keyword--silver+frame+**aviator**+sunglasses.html - 191k
- Cached - Similar pages

## **Aviators** Men's Jackets & Coats - Clothing & Accessories - BizRate ...
Men's New Balance Gazelle Full Zip Jacket - **Aviator**/Brighton Blue · Cadence **Light**
Dobby is lightweight, quick drying and breathable. ...
www.bizrate.com/mensjackets_coats/ products__keyword--mens+retro+**aviators**.html - 144k
- Cached - Similar pages

## Christian Dior Sunglasses WINDSHIELD 2 in **LIGHT** GOLD / GRAY AMBER ...
These Christian Dior WINDSHIELD 2 Sunglasses in **LIGHT** GOLD / GRAY AMBER are 100%
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/oid652233276.html - 137k - Cached - Similar pages

## **Aviator** Shades Sunglasses - Clothing & Accessories - BizRate ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__keyword--**aviator**+shades.html - 192k - Cached - Similar pages

## Roberto Cavalli Sunglasses FEBE 122S in **LIGHT** GRAY / GOLD METAL ...
These Roberto Cavalli FEBE 122S Sunglasses in **LIGHT** GRAY / GOLD METAL FRAME are 100%
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/oid652232003.html - 135k - Cached - Similar pages

## Silver Lens **Aviator** Glasses Sunglasses - Clothing & Accessories ...
Valentino Sunglasses, 5378/S, **Aviator**, Silver Frames/ **Light** Brown Lenses/ Crystals ·
Valentino... the name itself, so famous in haute couture, has. ...
www.bizrate.com/sunglasses/products_ _keyword--silver+lens+**aviator**+glasses.html - 182k
- Cached - Similar pages

## TAG Heuer TH7103 Col.005 **Light** Grey Rimless Frame 53mm Eyeglasses ...
Buy TAG Heuer TH7103 Col.005 **Light** Grey Rimless Frame 53mm Eyeglasses when you shop
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/oid737011353.html - 133k - Cached - Similar pages

## Night Vision Green Led - Camping & Hiking Gear - BizRate - Compare ...
A2 **Aviator**? Originally developed for professional **aviators** -- who needed a **light**
bright enough to illuminate a 747's tail section from the ground, ...
www.bizrate.com/camping_hikinggear/ products__keyword--night+vision+green+led.html - 96k
- Cached - Similar pages

## Gold Bridge **Aviator** Sunglasses - Clothing & Accessories - BizRate ...
Compare prices on gold bridge **aviator** Sunglasses. Online shopping for Clothing
... Mens KC6001 (Dark Shiny Gunmetal/Solid Smoke Lens, **Light** Shiny Gold/Solid ...
www.bizrate.com/sunglasses/products_ _keyword--gold+bridge+**aviator**.html - 96k - Cached - Similar pages

## **Aviator** Shades Sunglasses Sunglasses - Clothing & Accessories ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts online from Hammacher Schlemmer. ...
www.bizrate.com/sunglasses/products_ _keyword--**aviator**+shades+sunglasses.html - 191k
- Cached - Similar pages

aviator light - Google Search

### Led Tactical **Lights** - Camping & Hiking Gear - BizRate - Compare ...
Compact (pocket sized), dual-output hybrid flashlight for **aviation**, camping,
self-defense, and general use. Features two types of **light** sources: three ...
www.bizrate.com/camping_hikinggear/ products__keyword--led+tactical+**lights**.html - 159k - Cached - Similar pages

### Sunglasses **Aviator**, $130 - $210 Sunglasses - Clothing ...
The **Light** Sensitive **Aviator** Sunglasses. The **Light** Sensitive **Aviator** Sunglasses.
Shop for unique Father's Day gifts. The **Light** Sensitive **Aviator**. ...
www.bizrate.com/sunglasses/ products__att259818--039751682-002511703__keyword--sunglasses+**aviator**.html -
190k - Cached - Similar pages

### TAG Heuer TH7102 Col.005 **Light** Grey Rimless Frame 52mm Eyeglasses ...
Buy TAG Heuer TH7102 Col.005 **Light** Grey Rimless Frame 52mm Eyeglasses when you shop
... Classic Styles rxable sunglasses Ray Ban **Aviator** 3025 - Large. ...
www.bizrate.com/sunglasses/oid737001976.html - 131k - Cached - Similar pages

### $140 - $200, Surefire, Flashlight - Camping & Hiking Gear ...
A2 **Aviator**? Originally developed for professional **aviators** -- who needed a **light**
bright enough to illuminate a 747's tail section from the ground, ...
www.bizrate.com/.../products__att259--435662-_ _att259818--039751682-002510704__att662074--360749-.html -
157k - Cached - Similar pages

## Lincoln **Aviator** Air Injection Pump > Why Buy New Lincoln **Aviator** ...
2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-air_injection_pump-requests.html - 42k - Cached - Similar pages

### Lincoln **Aviator** Coil Spring > Why Buy New Lincoln **Aviator** Parts ...
2003 - 2005 Lincoln **Aviator** Grille Guard, Rampage Dakar Bar, Universal Front Dual
Purpose Grille Guard & **Light** Bar, Black Off Road Coat, $162.56. ...
www.automotix.net/ partshotline-lincoln-**aviator**-coil_spring-requests.html - 42k - Cached - Similar pages

### Used Lincoln Parts Leads November 20, 2006 (i.e. Tail **Light** ...
For example, on November 20, 2006 we processed part requests for 2004 Lincoln
**Aviator** Center Cap, 2002 Lincoln LS Grille, 2001 Lincoln LS Tail **Light**, ...
www.automotix.net/20061120-used-lincoln-parts.html - 43k - Cached - Similar pages

### Used Lincoln Parts Leads November 10, 2007 (i.e. Tail **Light**, Tail ...
Nov 10, 2007 ... Shop Online For Auto Body Parts, **Lights**, Wheels, Engines & Used Auto ...
Lincoln **Aviator** Back Glass, 1994 Lincoln Contennial Tail **Light**, ...
www.automotix.net/20071110-used-lincoln-parts.html - 44k - Cached - Similar pages

### Lincoln **Aviator** Interior > Why Buy New Lincoln **Aviator** Parts When ...
2004 Lincoln **Aviator** SUV, Seat, Rear Rear Full size rear bucket seats (orig.
would have had console between) in Parchment (**Light** tan) color. Left and Right. ...
www.automotix.net/ partshotline-lincoln-**aviator**-interior-requests.html - 57k - Cached - Similar pages

### Used Lincoln Parts Leads March 25, 2008 (i.e. Fog **Light**, Backup **Light**)
Mar 25, 2008 ... For example, on March 25, 2008 we processed part requests for 2003 Lincoln **Aviator**
Outside Mirror Glass, 1990 Lincoln Mark VI Fog **Light**, ...
www.automotix.net/20080325-used-lincoln-parts.html - 45k - Cached - Similar pages

### Used Lincoln Parts Leads February 06, 2008 (i.e. Rear Suspension ...

CASE NO. _08cv 2859_____

ATTACHMENT NO. ____/_____

EXHIBIT _____

TAB (DESCRIPTION) _____

aviator light - Google Search

Feb 6, 2008 ... 2003 Lincoln **Aviator**, Any Turn Signal **Light**, Driver Rear, I only need the lense
cover - the **light** works only plastic cover on cracked ...
www.automotix.net/20080206-used-lincoln-parts.html - 46k - <u>Cached</u> - <u>Similar pages</u>

## Lincoln **Aviator** Parts - Auto Body Parts Store
Description: Grille Guard Rampage Dakar Bar, Universal Front Dual Purpose Grille
Guard & **Light** Bar, Black Off Road Coat. Fit: 2003 - 2005 Lincoln **Aviator** ...
www.automotix.net/bodyparts/ lincoln-**aviator**-inventory.html - 75k - <u>Cached</u> - <u>Similar pages</u>

## **AVIATORS** GATHER FOR BELMONT FLIGHT; English and French Aeronauts ...
... **light** at night and the other force beginning early in the morning. ....
Of the American **aviators**, it is expected that Charles K. Hamilton, Drexel. ...
query.nytimes.com/gst/ abstract.html?res=F40C13F6395D11738DDDA00894D8415B808DF1D3 - 13k
- <u>Cached</u> - <u>Similar pages</u>

## New Inventions That Add to War's Terrors; U.S. Military Observer ...
In the immediate vicinity of these beacons are the landing stages, huge sheets
of very thick glass through which shine **light**. to guide the **aviator**. ...
query.nytimes.com/gst/ abstract.html?res=F3061FF63E591A7A93CBA81788D85F428185F9 - 21k
- <u>Cached</u> - <u>Similar pages</u>

## WRIGHT AND PUPIL FLY SEVEN MINUTES; **Aviator** and Signal Officer ...
Although tie anemometer showed a very **light** breeze, the **aviators** ,'ed fitful
gusts in the air. Throughout the flight the frequent )ing and rising of the ...
query.nytimes.com/gst/ abstract.html?res=FB0F13FE3D5412738DDDAA0994D8415B898CF1D3 - 3k
- <u>Cached</u> - <u>Similar pages</u>

## COFFYN, THE **AVIATOR**, BADLY HURT IN AUTO; Falls from Central Park ...
Both bravely tried to make **light** of the **aviator** s injuries to .give him courage.
' And just think, Frank," said ,lrs. Coffyn, trying hard to smile at her ...
query.nytimes.com/gst/ abstract.html?res=F00A13F83F5813738DDDA80A94DB405B828DF1D3 - 9k
- <u>Cached</u> - <u>Similar pages</u>

## **AVIATOR'S** VIEW OF AIRCRAFT IN THE WAR; Claude Grahame-White and ...
**AVIATOR** S VIEW OF AIRCRAFT IN THE WAR Claude Grahame-White and Harry Harper
Discuss Future of Aerial Warfare in the **Light** of Recent Experiences in Europe ...
query.nytimes.com/gst/ abstract.html?res=F10811FD3D5512738FDDAA0994DE405B858DF1D3 - 11k
- <u>Cached</u> - <u>Similar pages</u>

## FLIERS IN CLOUDLAND WHEN NIGHT COMES; Signal **Lights** Started by the ...
FLIERS IN CLOUDLAND WHEN NIGHT COMES Signal **Lights** Started by the Wrights to
Bring Down Jonhstone and Hoxsey. MIX-UP STIRS **AVIATORS** Conflicting Orders About ...
query.nytimes.com/gst/ abstract.html?res=F3061FF8345D16738DDDAE0A94D8415B808DF1D3 - 33k
- <u>Cached</u> - <u>Similar pages</u>

## BEHIND THE WHEEL/2003 Lincoln **Aviator**; Now, a Scale Model Of ...
The **Aviator** has received similar treatment, and its cabin is drop-dead gorgeous.
My silver test model wore two-tone leather -- a luscious cream ("**light** ...
query.nytimes.com/gst/fullpage. html?res=9B0CE0DE133DF930A15751C0A9659C8B63 - 48k
- <u>Cached</u> - <u>Similar pages</u>

## SAW CONTALMAISON STORMED BY BRITISH; Frederick H. Allen, **Here** from ...

aviator light - Google Search

British aeroplanes were flitting overhead, but were invisible to tee eye.
except when the **aviator** dropped a **light** bomb as a guide to the gunners down below. ...
query.nytimes.com/gst/ abstract.html?res=F20F14FD355B17738DDDAC0A94DF405B868DF1D3 - 8k
- Cached - Similar pages

## WRIGHT IN FLIGHT WITH BROOKINS; Inventor Hurls Bombs at Mimic ...

... not make an attempt to win the $10000 prize in a flight to Boston **Light**. ....
It is a.lso probable that John B. Moissunt, the young American **aviator**, ...
query.nytimes.com/gst/ abstract.html?res=F1071EF8395D11738DDDA80994D1405B808DF1D3 - 10k
- Cached - Similar pages

## BEHIND THE WHEEL/2003 Lincoln **Aviator**; Now, a Scale Model Of ...

The **Aviator** has received similar treatment, and its cabin is drop-dead gorgeous.
My silver test model wore two-tone leather -- a luscious cream ("**light** ...
query.nytimes.com/gst/ fullpage.html?res=9B0CE0DE133DF930A15751C0A9659C8B63&sec=&spon= - 48k
- Cached - Similar pages

## AEROPLANE ABOVE OUTGOING OLYMPIC; Tom Sopwith, Airman, Sails Over ...

GREETINGS FROM 1,000 FEET But Whether His Letters Reached the Liner's Deck **Aviator**
Doesn't Know -- Silver Cup His Reward. Out of the **light** mist which the ...
query.nytimes.com/gst/ abstract.html?res=FB0D10FE3E5D16738DDDA00A94DE405B818DF1D3 - 14k
- Cached - Similar pages

## Men's Sunglasses

Serengeti 's lenses block 95% of blue **light**, virtually eliminating the ...
Lightweight metal **aviator** style frames. Glass lenses offer 100% UV protection. ...
shopping.msn.com/.../ forsale?text=category:sunglasses+Sunglassestype:**Aviator**+freeship:1+price:150-199.99 -
97k - Cached - Similar pages

### Men's Sunglasses

Nose and temple grips help keep these **aviator**-style sunglasses on your face.
Note that these sunglasses darken in response to UV **light**, and that vehicle ...
shopping.msn.com/.../2330-4512164/ forsale?text=category:mens-sunglasses+Sunglassestype:**Aviator**&edt=1 -
105k - Cached - Similar pages

### Camping **Lights** & Lanterns

Camping **Lights** & Lanterns: Product information, price comparisons and user ...
Surefire A2 **Aviator** Incandescent & Blue LED Flashlight (Black) A2-HA-BL ...
shopping.msn.com/.../ forsale?text=category:camping-**lights**-lanterns+price:140-249.99&av=12-5664549 - 96k
- Cached - Similar pages

### Women's Sunglasses

VERSACE 0VE2060B 116/913 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES ·
VERSACE 0VE2060B 116/913 **LIGHT** BROWN/BROWN GRADIENT **AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/results/womens-sunglasses/ bcatid7088/**aviator**/2330-4512164/forsale?text=category:womens-
s... - 98k - Cached - Similar pages

### Men's Sunglasses

Serengeti 's lenses block 95% of blue **light**, virtually eliminating the eye strain
and fatigue ... The lenses are large and have a rectangular **aviator** shape. ...
shopping.msn.com/.../ forsale?text=category:sunglasses+Sunglassestype:**Aviator**+price:150-199.99&page=3 - 107k
- Cached - Similar pages

### Versace Women's Sunglasses

VERSACE 0VE2074 104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES · VERSACE 0VE2074
104/573 **LIGHT** BROWN/BROWN **AVIATOR** SUNGLASSES by Versace ...
shopping.msn.com/.../ forsale?text=category:sunglasses+Seller:Amazon.com+Brand:Versace+Sunglassestype:
**Aviator** - 97k - Cached - Similar pages

## Serengeti Men's Sunglasses
Serengeti 's lenses block 95% of blue **light**, virtually eliminating the eye ...
Serengeti sunglasses [**Aviator**] Small **Aviator** 7094 : Satin gunmetal frame / . ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/serengeti/2-4195092/forsale?text=cate... -
103k - Cached - Similar pages

## Men's Sunglasses
Nose and temple grips help keep these **aviator**-style sunglasses on your face.
Note that these sunglasses darken in response to UV **light**, and that vehicle ...
shopping.msn.com/.../2330-4512164/ forsale?text=category:sunglasses+Sunglassestype:**Aviator**&av=12-49 - 99k
- Cached - Similar pages

## Men's Sunglasses
Give your look a jump start with these fashionable classic **aviator** style ...
Neox tint technology blocks more **light** that causes damage and less of the **light** ...
shopping.msn.com/results/sunglasses/bcatid6719/ **aviator**/2330-4512164/forsale?text=category:sunglasses+Sung...
- 91k - Cached - Similar pages

# Used South Carolina Lincoln **Aviator** Luxury Cars For Sale - Motor ...
Lincoln **Aviator** Luxury. $18499 | 43138 miles. Hardeeville, South Carolina.
**Light** French Silk 4-door 4X4 SUV, 43138 miles, Automatic, 8 Cylinders. ...
www.motortrend.com/used_cars/53/ south_carolina/lincoln/**aviator**/luxury/index.html - 76k - Cached - Similar pages

## Used Michigan Lincoln **Aviator** Cars For Sale - Motor Trend Magazine
Lincoln **Aviator** Luxury. $17421 | 40468 miles. Sterling Heights, Michigan.
**Light** French Silk Metallic 5-door AWD SUV, 40468 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 52/michigan/lincoln/**aviator**/index.html - 94k - Cached - Similar pages

## Used 2005 Lincoln **Aviator** for Sale in Auto Classifieds - Page 6 ...
Lincoln **Aviator** Luxury. $19999 | 43138 miles. Hardeeville, South Carolina.
**Light** French Silk 4-door 4X4 SUV, 43138 miles, Automatic, 8 Cylinders. ...
www.motortrend.com/used_cars/ 09/2005/lincoln/**aviator**/page6.html - 149k - Cached - Similar pages

## 2005 Lincoln **Aviator** Grill & Front View Photo - Motor Trend Magazine
View an exterior 2005 Lincoln **Aviator** Grill & Front View photo at Motor Trend
... 2005 Lincoln **Aviator** Tail **Light** · 2005 Lincoln **Aviator** Front Door Handle ...
www.motortrend.com/cars/2005/lincoln/ **aviator**/photos/exterior/grill_front_view.html - 42k - Cached - Similar pages

## 2005 Lincoln **Aviator** Front Driver Side Door Photo - Motor Trend ...
View an exterior 2005 Lincoln **Aviator** Front Driver Side Door photo at Motor ...
2005 Lincoln **Aviator** Tail **Light** · 2005 Lincoln **Aviator** Front Door Handle ...
www.motortrend.com/cars/2005/lincoln/ **aviator**/photos/exterior/front_driver_side_door.html - 42k
- Cached - Similar pages

## Used Michigan Lincoln **Aviator** Luxury Cars For Sale - Motor Trend ...
Lincoln **Aviator** Luxury. $17421 | 40468 miles. Sterling Heights, Michigan.
**Light** French Silk Metallic 5-door AWD SUV, 40468 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/ 53/michigan/lincoln/**aviator**/luxury/index.html - 80k - Cached - Similar pages

### 2005 Lincoln **Aviator** Luxury Sport Utility for Sale in Richmond ...
Find the pre-owned 2005 Lincoln **Aviator** Luxury Sport Utility you have been ...
**Light** French Silk Metallic 5-door AWD SUV, 43725 miles, AUTO 5SPD, 4.6L V8. ...
www.motortrend.com/used_cars/14/2005/lincoln/ **aviator**/luxury/virginia/richmond/219474586/113/index.html - 57k
- Cached - Similar pages

### Used Lincoln **Aviator** Cars For Sale In Richmond, VA - Yahoo! Autos
2005 Used. Lincoln **Aviator** Luxury. SUV, **Light** French Silk Metallic, 4.6L V8, AUTO
5SPD, AWD, 5 door, Stock# NJ45114A. Dealer:. Sheehy Ford Lincoln Mercury ...
autos.yahoo.com/used-cars/ va-richmond-lincoln-**aviator**.html - 73k - Cached - Similar pages

### Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm ...
Amazon.com: TAG Heuer TH7101 Col.005 **Light** Grey Rimless Frame 51mm Eyeglasses:
Apparel. ... Elite Metal **Aviator** Sunglasses with Mirror Lens - 1375 ...
www.amazon.com/ Heuer-TH7101-Col-005-Rimless-Eyeglasses/dp/B0011WD2UG - 149k - Cached - Similar pages

### Amazon.com: Customer Reviews: Saitek **Aviator** Dual Throttle ...
The only cons I have noticed is that the **Aviator** is a bit on the **light** side and
maybe could use another POV hat, but can't really expect much for the low ...
www.amazon.com/ Saitek-**Aviator**-Throttle-Joystick-PS33/dp/customer-reviews/B000I62PEK - 200k
- Cached - Similar pages

### Amazon.com: Serengeti Velocity 555nm Sunglasses (**Aviator**): Sports ...
Amazon.com: Serengeti Velocity 555nm Sunglasses (**Aviator**): Sports & Outdoors.
... The Serengeti 555 nm gray/green lens maximizes yellow and green **light** ...
www.amazon.com/ Serengeti-Velocity-555nm-Sunglasses-**Aviator**/dp/B000MWJGMO - 146k
- Cached - Similar pages

### Amazon.com: Serengeti Medium **Aviator** Drivers Gradient Sunglasses ...
Serengeti Velocity Drivers Gradient Sunglasses (**Aviator**) ... The Serengeti 555nm
gray/green lens maximizes yellow and green **light** transmission. ...
www.amazon.com/ Serengeti-**Aviator**-Drivers-Gradient-Sunglasses/dp/B000R36CL6 - 188k
- Cached - Similar pages

### Nueu Sunglasses 703 Square **Aviator** Gunmetal > Nueu Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/Nueu-Sunglasses/ Nueu-Sunglasses-703-Square-**Aviator**-
Gunmetal/4510.htm - 49k - Cached - Similar pages

### Nueu Sunglasses 702 New **Aviator** Bronze > Nueu Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Nueu-Sunglasses/Nueu-Sunglasses-702-New-**Aviator**-Bronze/4509.
htm - 48k - Cached - Similar pages

### Ray-Ban 4107 **Light** Havana Polarised > Ray-Ban Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/ Ray-Ban-Sunglasses/Ray-Ban-4107-**Light**-Havana-polarised/4760.htm
- 50k - Cached - Similar pages

### Ray-Ban 3025 **Aviator** Sunglasses : **Aviators**

From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/ popularsunglasses/ray-ban-3025-**aviator**.asp - 57k - Cached - Similar pages

## Ray-Ban 3025 **Aviator** Silver Mirror W3277 > Ray-Ban Sunglasses > UK ...
From the classic **aviator** through to driving sunglasses and their latest introduction
of Ray-Ban LA (**Light** Adaptive) they have had a long history and they ...
www.sunglasses-shop.co.uk/uk-sunglasses/Ray-Ban-Sunglasses/ Ray-Ban-3025-**Aviator**-Silver-Mirror-W3277/405.
htm - 53k - Cached - Similar pages

## Rimless Ray Ban Sunglasses - **aviator**, designer, polarized ...
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/xDN-sunglasses--rimless-ray_ban - 159k - Cached - Similar pages

### christian dior sunglasses Golden Sunglasses - **aviator**, designer ...
Christian Dior sunglasses Dior Sport 2 3YG/AS : **Light** gold frame / Mauve le
Featured Item .... Frame Type: **Aviator** Sunglasses, Frame Material: Bi- Injected, ...
www.shopping.com/xDN-sunglasses-christian_ dior_sunglasses-sn_frame_color_golden - 182k
- Cached - Similar pages

### Ray Ban Ray Ban sunglasses **Aviator** Rimless RB3214 - - Shopping.com
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/ xPC-Ray-Ban-Ray-Ban-sunglasses-**Aviator**-Rimless-RB3214 - 147k - Cached - Similar pages

### ray ban 3214 Sunglasses - **aviator**, designer, polarized, discount ...
Ray Ban sunglasses **Aviator** Rimless RB 3214 004/ 7C : Unisex, Gunmetal rimless
frame, **Light** blue, silver gradient mirror plastic len... More at UnitedShades ...
www.shopping.com/xDN-sunglasses-ray_ban_3214 - 184k - Cached - Similar pages

### sunglass $190 - $18215 Revo Sunglasses - **aviator**, designer ...
Frame Type: **Aviator** Classic , Frame Material: Metal, Lens Type: Polarized Glass
... **Light** Management System works as a true visual equ... More at Zappos.com ...
www.shopping.com/ xDN-sunglasses-sunglass-price_range_190_18215-revo - 137k - Cached - Similar pages

### ray ban tortoise Gradient Sunglasses - **aviator**, designer ...
Ray Ban sunglasses **Aviator** RB4082 642/13 : Tortoise frame / Gradient brown ...
Ray Ban sunglasses RB4096 710/13 : **Light** tortoise frame / Gradient brown le. ...
www.shopping.com/xDN-sunglasses-ray_ ban_tortoise-sn_lens_feature_gradient - 130k - Cached - Similar pages

## VLJ MAGAZINE | Welcome to VLJ MAGAZINE®! | Aircraft, Jets, Epic ...
The very **light** jet (VLJ) has already achieved US certification, but there is no
date in sight for the European certification, according to Eclipse **Aviation** ...
www.vljmag.com/ - 39k - Cached - Similar pages

### VLJ MAGAZINE | VLJ News | News, Vlj, Stop, One,
The very **light** jet (VLJ) has already achieved US certification, but there is no
date in sight for the European certification, according to Eclipse **Aviation** ...
www.vljmag.com/vlj_news.html - 29k - Cached - Similar pages

## **Aviator** Jacket - Compare Prices, Reviews and Buy at NexTag - Price ...

Men New Balance Gazelle Full Zip Jacket - **Aviator**/Brighton Blue. Cadence **Light**
Dobby is lightweight, quick drying and breathable. Reflective graphic on back ...
www.nextag.com/**aviator**-jacket/search-html - 105k - Cached - Similar pages

### **aviator** sunglasses - Find the Best Deals, Shop for Low Prices, and ...
Ray Ban sunglasses **Aviator** RB 3243 004/ 7C : Unisex, Gunmetal metal frame, APX
**Light** blue, silver gradient mirror plastic lenses, w... More at UnitedShades. ...
au.shopping.com/-**aviator**+sunglasses - 182k - Cached - Similar pages

### Robert N. Buck Dies at 93; Was Record-Setting **Aviator** - New York Times
May 20, 2007 ... By the time he was 18, Mr. Buck had set 14 junior **aviation** records. These included
the junior altitude record for **light** planes, ...
www.nytimes.com/2007/05/20/us/20buck.html - Similar pages

### Robert N. Buck Dies at 93; Was Record-Setting **Aviator** - New York Times
By the time he was 18, Mr. Buck had set 14 junior **aviation** records. These included
the junior altitude record for **light** planes, which he broke in July 1930 ...
www.nytimes.com/2007/05/20/us/20buck.html?n=Top/ Reference/Times%20Topics/People/F/Fox,%20Margalit
- Similar pages

### Robert N. Buck Dies at 93; Was Record-Setting **Aviator** - New York Times
May 20, 2007 ... By the time he was 18, Mr. Buck had set 14 junior **aviation** records. These included
the junior altitude record for **light** planes, ...
www.nytimes.com/2007/05/20/us/20buck.html?fta=y - Similar pages



**Previous** 1 2 3 4 5 6 7 8 9 10

---

| aviator light | **Search** |

**Search within results** | **Language Tools** | **Search Tips** | **Try Google Experimental**

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

aviator light - Google Product Search

Web Images Maps News Shopping Gmail more ▼

My Shopping List

# Google

[ aviator light ]   [ Search Products ]   [ Search the Web ]

Advanced Product Search
Preferences

**Products**

Show ... ▼   □ Items only   **Showing all items**

Show grid view ▼

Sort by relevance ▼   [Go]

Results 1 - 100 of about 7,790 for aviator light (0.40 seconds)

Sponsored Links

**Ray-Ban Original Aviator Sunglasses - LIGHT PINK, No. Size ONZE**
The original favorites with metal frame. Available in shiny silver with gradient gray lens, shiny gold with green lens; shiny black with green lens. ...
Add to Shopping List

$130.00
Saks Fifth Avenue
★★★★☆ 23 seller ratings

**PLC Lighting PLC-1812-SN Aviator Contemporary Chandelier**
Telescopic from 34" to 46".
Add to Shopping List

$316.99
ArcadianLighting.com
★★★★★ 122 seller ratings

**Italian Full Body Porcelain Tile - Aviator Series AV Light / 16 ...**
Minimum Order: $5000.00-The Aviator Series is a full-bodied porcelain tile which ... The Aviator Series is available in both a natural, low-sheen...
Add to Shopping List

$5.71
BuildDirect
★★★★★ 76 seller ratings

**The Light Sensitive Aviator Sunglasses.**
The Light Sensitive Aviator Sunglasses automatically adjust to changing light conditions. Bushnell Sports Optics are preferred by airline pilots and ...

$169.95
Hammacher Schlemmer
★★★★☆ 30 seller ratings

**Edge I-Wear Sunglasses - Celeb Aviator 1 / Frame: Light Grey Lens ...**
Edge I-Wear Sunglasses - Celeb Aviator 1 / Frame: Light Grey Lens: Dark Grey-Edge I-Wear Sunglasses - Celeb Aviator 1 / Frame: Light Grey Lens: Dark Grey ...
Add to Shopping List

$9.99
EyeSave.com
★★★★☆ 194 seller ratings

**Ray Ban sunglasses Aviator Large Metal RB3025 58mm 002/3F - Black ...**
Ray Ban sunglasses Aviator Large Metal RB 3025 58mm 002/3F - Unisex, Black metal frame, Gradient Light Blue tempered glass lenses, drop shaped.
Add to Shopping List

$129.00
UnitedShades.com
★★★★★ 102 seller ratings

**I TOOK a LOOK at Dayton Aviation Herit. Ohio - Women's Light T-Shirt**
I TOOK a LOOK at Dayton Aviation Herit. Ohio Women's Light T-Shirt, brought to you by the official 'I TOOK a LOOK' Online Store! Collect an 'I TOOK a LOOK' ...
Add to Shopping List

$18.99
I Took a Look Online...

**Ray Ban sunglasses Aviator Large Metal RB3025 58mm W3187 - Silver ...**
Ray Ban sunglasses Aviator Large Metal RB 3025 58mm W3187 - Unisex, Silver metal frame, Photochromic Light Grey tempered glass lenses, drop shaped.
Add to Shopping List

$149.00
UnitedShades.com
★★★★★ 102 seller ratings

**Italian Full Body Porcelain Tile - Aviator Series AV Light / 16 ...**
Minimum Order: $1000.00-The Aviator Series is a full-bodied porcelain tile which ... The Aviator Series is available in both a natural, low-sheen...
Add to Shopping List

$4.03
BuildDirect
★★★★★ 76 seller ratings

**I TOOK a LOOK at Dayton Aviation Herit. Ohio - Kids Light T-Shirt**
I TOOK a LOOK at Dayton Aviation Herit. Ohio Kids Light T-Shirt, brought to you by the official 'I TOOK a LOOK' Online Store! Collect an 'I TOOK a LOOK' ...
Add to Shopping List

$17.99
I Took a Look Online...

Siemens Airfield Solution
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

20%-50% off Lighting Sale
Authorized Dealer. 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com

Pilot Lights
Indicator/Pilot Lights at DigiKey.
#1 in Availability - Ship Same Day.
www.digikey.com

Pilot Lights
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

Lighting Superstore
World's Largest Selection of
Lighting. Low Price & Free S/H!
www.CSNLighting.com

Push Buttons-Pilot Lights
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

Flight Light Inc.
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

Aviator light
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

My Shopping List

aviator light - Google Product Search

**Ray Ban sunglasses Aviator Large Metal RB3025 55mm W3241 - Silver ...**
Ray Ban sunglasses Aviator Large Metal RB 3025 55mm W3241 : Unisex, Silver metal frame, Photocromic Light Grey tempered glass lenses, drop shaped.

Add to Shopping List

$149.00
UniessShades.com
★★★★★ 192 seller ratings

**Hinkley Aviator Two-Light Bath Fixture**
This contemporary two-light bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 4 3/4"H x 7 ...

Add to Shopping List

$106.20
Bellacor
★★★★★ 1,235 seller ratings

**I TOOK a LOOK at Dayton Aviation Herit_ Ohio - Light T-Shirt**
I TOOK a LOOK at Dayton Aviation Herit_ Ohio Light T-Shirt, brought to you by the official I TOOK a LOOK Online Store! Collect an I TOOK a LOOK product ...

Add to Shopping List

$19.99
I Took a Look Online_

**Ray Ban sunglasses Aviator Large Metal RB3025 55mm 002/3F - Black ...**
Ray Ban sunglasses Aviator Large Metal RB 3025 55mm 002/3F : Unisex, Black metal frame, Gradient Light Blue tempered glass lenses, drop shaped.

Add to Shopping List

$129.00
UniessShades.com
★★★★★ 192 seller ratings

**Hinkley Aviator Three-Light Bath Fixture**
This contemporary three-light bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 4 3/4"H x 7 ...

Add to Shopping List

$142.20
Bellacor
★★★★★ 1,235 seller ratings

**Classic Aviator Light Brown Fashion Eyewear Sunglasses**
Shipping Fee: $5.00. Beady-eyed Brown Fashion Eyewear Sunglasses, in an ostentatiously style.stylish and elegant for collection!UV400 protection standards.

Add to Shopping List

$4.99
Sourcingmap.com

**World's Greatest Aviator - Light T-Shirt**
World's Greatest Aviator (Style A) Light T-Shirt, brought to you by the Fun Gift Store! Great customized gift for the world's greatest Aviator! ...

Add to Shopping List

$19.99
Fun Gift Store

**Hinkley Aviator One-Light Bath Fixture**
This contemporary one-light bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 7 1/4"H x 4 ...

Add to Shopping List

$70.20
Bellacor
★★★★★ 1,235 seller ratings

**SureFire Aviator Lights (Green)**
Originally developed for professional aviators who needed a light bright enough to illuminate a 747's tail section from the ground, yet not so bright that ...

Add to Shopping List

$194.99
Choice Accessories ...
★★★★★ 1 seller rating

**Hinkley Aviator Bath Lighting**
Brushed Nickel Finish With Etched Opal Glass Shades.

Add to Shopping List

$177.00
Littman Brothers Ltd._

**Hinkley Aviator Four-Light Bath Fixture**
This contemporary four-light bath fixture is finished in brushed nickel and accented with sharp etched opal glass. The backplate dimensions are 4 3/4"H x 7 ...

Add to Shopping List

$178.20
Bellacor
★★★★★ 1,235 seller ratings

**5273BN Hinkley Lighting Aviator Three- Light Wall Sconce in ...**
5273BN Hinkley Lighting Aviator Three- Light Wall Sconce in Brushed NickelFeatures contemporary shaped etched opal glassWall sconces from Hinkley ...

Add to Shopping List

$142.20
Five Rivers Lighting

aviator light - Google Product Search

1812-SN - PLC Lighting Aviator Pendant
1812-SN - PLC Lighting Aviator Pendant.
Add to Shopping List

**$304.20**
Lighting By Gregory
★★★★☆ 64 seller ratings

PLC Lighting Aviator Sixteen-Light Halogen Chandelier
- Sandy Frost Glass - Telescopes from 34" to 46" - Bulbs included PLC Lighting - 1812-SN.
Add to Shopping List

**$294.00**
Bellacor
★★★★★ 1,235 seller ratings

5274BN Hinkley Lighting Aviator Four-Light Wall Sconce in Brushed ...
5276BN Hinkley Lighting Aviator Four-Light Wall Sconce in Brushed NickelFeatures contemporary shaped etched opal glassWall sconce from Hinkley ...
Add to Shopping List

**$178.20**
Five Rivers Lighting

Ray Ban Aviator Satin Silver Poly Light Brown GSM
Ray Ban Aviator Satin Silver Poly Light Brown GSM. Order all your Rayban sunglasses and eyewear online today. We are an authorized dealer of Rayban.
Add to Shopping List

**$128.95**
Sunglassesextreme.com
★★★★★ 20 seller ratings

Ceiling Lighting Propellor Plane Aviator Fly Captain
The aviator or engineer in your life will adore this contemporary design of a ... HEIGHT: 16" DIAMETER: 19" MAX WATTAGE: 60 LIGHTS: 1 BULB TYPE: MED FINISH ...
Add to Shopping List

**$295.00**
www.lectrodecor.com
★★★★★ 1 seller rating

5272BN Hinkley Lighting Aviator Two-Light Wall Sconce in Brushed ...
5276BN Hinkley Lighting Aviator Two-Light Wall Sconce in Brushed NickelFeatures contemporary shaped etched opal glassWall sconce from Hinkley Lighting5-14H ...
Add to Shopping List

**$106.20**
Five Rivers Lighting

World's Greatest Aviator - Women's Light T-Shirt
World's Greatest Aviator (Style F) Women's Light T-Shirt, brought to you by the Fun Gift Store! Great customized gift for the world's greatest Aviator! ...
Add to Shopping List

**$18.99**
Fun Gift Store

Aviator 4 Piece Crib Set-Light Blue
Your child will be flying high into dream clouds with this four-piece Aviator crib set. This set in has a quilt made of 100-percent cotton with a fluffy ...
Add to Shopping List

**$149.99**
comfortablewithhome.co...

World's Greatest Aviator - Kids Light T-Shirt
World's Greatest Aviator (Style A) Kids Light T-Shirt, brought to you by the Fun Gift Store! Great customized gift for the world's greatest Aviator! ...
Add to Shopping List

**$17.99**
Fun Gift Store

Aviator Brushed Nickel Vanity Light Hinkley (5270BN)
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions: 8.25 inches high, 5 inches wide, ...
Add to Shopping List

**$85.75**
LightingShowroom.com
★★★★☆ 30 seller ratings

PLC Lighting Aviator Pendant Lite 1812 SN
From PLC Lighting, this Aviator Pendant Lite 1812-SN is both stylish and functional with sleek lines and symmetry that is typical of PLC Lighting. ...
Add to Shopping List

**$301.95**
Lampwarehouse.com
★★★★★ 7 seller ratings

Aviator Brushed Nickel Vanity Light Hinkley (5274BN)
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions: 9.25 inches high, 12.75 inches wide, ...
Add to Shopping List

**$178.20**
LightingShowroom.com
★★★★☆ 30 seller ratings

Aviator 16 Light - Google Product Search

**Aviator 16 Light Chandelier in Satin Nickel**
A touch of spring pervades the dawn with the Aviator chandelier. These twelve seedy frost glass flower bud shaped lights are suspended by cables as they ...
Add to Shopping List

$304.20
AffordableLamps.com
★★★★★ 16 seller ratings

**Aviator Brushed Nickel Vanity Light Hinkley (5273BN)**
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions: 9.25 inches high, 23.5 inches wide, ...
Add to Shopping List

$142.20
LightingShowroom.com
★★★★☆ 30 seller ratings

**1812 SN - PLC Lighting - Aviator Halogen Pendant**
Collection: Aviator, Width/Diameter: 40", Height: 18", Lamp: 16-20w bulb(s), - Desc: Telescopic from 34" to 46" Supplied with hang straight swivel for ...
Add to Shopping List

$417.28
Lighting Design Expe...

**VibraLITE 3 - Light Blue Aviator**
VibraLITE 3 Light Blue Aviator - Light Blue/White with White/Light Blue Velcro Band (children and adults) The Aviator series of watches are the workhorses ...
Add to Shopping List

$49.95
vibewatches.com

**PLC Lighting Aviator Contemporary Chandelier - PLC-1812-SN**
Brand: PLC Lighting Height: 18" Width / Diameter: 40" Canopy: 8" Shade: Matte Opal Finish: Satin Nickel Lamping: 20W x 16 12V G4 halogen bulb (bulb ...
Add to Shopping List

$304.20
Arcadian Lighting
★★★★★ 122 seller ratings

**Aviator Brushed Nickel Vanity Light Hinkley (5272BN)**
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions: 9.25 inches high, 14.25 inches wide, ...
Add to Shopping List

$106.20
LightingShowroom.com
★★★★☆ 30 seller ratings

**Aviator 4 Light Vanity Strip in Brushed Nickel by Hinkley Lighting**
Aviator collection offers simple lines and a classic look. ... Features: -Aviator collection -Solid Brass in Brushed Nickel finish -Opal etched glass shades ...
Add to Shopping List

$178.20
StudentMarket.com
★★★★★ 21 seller ratings

**Surfer Playing Aviator Today Kids Light T-Shirt**
Nothing beats riding waves on my board in the ocean. I play at work and in the surf. Being an aviator pays the bills, surfing feeds my soul.
Add to Shopping List

$17.99
Trm Spxkup

**Ray-Ban - 3025 Aviator Medium Metal 55 (Black/Gradient Light Blue ...**
Ray-Ban - 3025 Aviator Medium Metal 55 (Black/Gradient Light Blue Lens) - Eyewear: Top off your look with a simply classic pair of Ray Ban sunglasses. ...
Add to Shopping List

$100.00
easies

**Ray-Ban - 3025 Aviator Large Metal 58 (Black/Gradient Light Blue ...**
Ray-Ban - 3025 Aviator Large Metal 58 (Black/Gradient Light Blue Lens) - Eyewear: Top off your look with a simply classic pair of Ray Ban sunglasses. ...
Add to Shopping List

$100.00
easies

**NEW! Tri-Lite Navigator LED Aviation Flashlight**
This creative lighting solution frees up energy and attention, and allows an aviator ... light from PFP offers a host of benefits over any and all aviation ...
Add to Shopping List

$18.99
Touch and Go Pilot S...

**A2-HA-WH Aviator**
Compact (pocket sized), dual-output hybrid flashlight for aviation, ... Features two types of light sources: three long-runtime light emitting diodes (LEDs) ...

$195.00
Universal Police Sup...

Small Round Aviator II - 6470 (3 Colors)
Available in 3 Colors.

Add to Shopping List

**$9.99**
UrbanBoundaries

Roberto Cavalli Light Havana Signature Aviators
Roberto Cavalli kicks it up a notch with these amazing hot aviators. They pair well with a casual wardrobe for the girl always on the go. ...

Add to Shopping List

**$450.00**
NikaBulk.com

5270BN Hinkley Lighting Aviator Wall Sconce in Brushed Nickel
5270BN Hinkley Lighting Aviator Wall Sconce in Brushed NickelWall sconce from Hinkley Lighting5-1/4H x 5W inches with 5-1/2-inch extension7-1/4H x 4-3/4W ...

Add to Shopping List

**$70.20**
Five Rivers Lighting

I Love My Aviator Infant Creeper
I Love My Aviator Infant Creeper features a red heart to show your love and My Aviator in your choice of font and color. Can be customized with an American, ...

Add to Shopping List

**$22.60**
ILoveHeartShirts.com

Coolest People are from Dayton Aviation Herit. OH - Women's Light...
The Coolest People are from Dayton Aviation Herit. Ohio Women's Light T-Shirt, brought to you by the 'My City is Cool' Online Store! ...

Add to Shopping List

**$18.99**
My City is Cool

I Love My Aviator Kids T-Shirt
I Love My Aviator Kids T-Shirt features a red heart to show your love and My Aviator in your choice of font and color. Can be customized with an American, ...

Add to Shopping List

**$19.95**
ILoveHeartShirts.com

3025 Aviator Medium Metal 55
Top off your look with a simply classic pair of Ray Ban sunglasses. Lightweight metal frames. Glass or polycarbonate lenses offer 100% UV protection. ...

Add to Shopping List

**$100.00**
Zappos.com
★★★★★ 1771 seller ratings

Coolest People are from Dayton Aviation Herit. OH - Kids Light T...
The Coolest People are from Dayton Aviation Herit. Ohio Kids Light T-Shirt, brought to you by the 'My City is Cool' Online Store! ...

Add to Shopping List

**$17.99**
My City is Cool

Famous Spring Hinged Shaped Aviator - 25N
Famous Spring Hinged Shaped Aviator - 25N.

Add to Shopping List

**$7.99**
UrbanBoundaries

Blue TEAM AVIATOR Baby Onesie
Team AVIATOR Baby Onesie to show that you are on TEAM AVIATOR and ... Our TEAM AVIATOR t-shirts are available for men, women, kids, baby and gift items.

Add to Shopping List

**$22.60**
Team Name Shirts

Coolest People are from Dayton Aviation Herit. OH - Light T-Shirt
The Coolest People are from Dayton Aviation Herit. Ohio Light T-Shirt, brought to you by the 'My City is Cool' Online Store! If the people from your city ...

Add to Shopping List

**$19.99**
My City is Cool

The Next Frontier" Spring Hinged Aviator Inspired Sunglass - 6910"
The Next Frontier" Spring Hinged Aviator Inspired Sunglass - 6910"

Add to Shopping List

**$9.99**
UrbanBoundaries

aviation lights - Google Product Search

**AVIATION ART HANGAR - Night Lights by Robert Bailey (Mosquito)**
Prints are signed by the artist and numbered Choose from the following: 400 Limited Editions... $220.40 Artist's
Proofs... $245.20 Remarque Editions. ...
Add to Shopping List

**$220.00**
AVIATION ART HANGAR ...

**1927 CROUSE HINDS AIRPORT LIGHT EQUIPMENT AVIATION AD**
This is one of 100s of 1920s to 1940s original aviation ads I have for sale. 1269.
Add to Shopping List

**$7.50**
antiquespaceshop.com

**Classic Aviator - Shaped Lens $550**
Available in 4 colors.

**$9.99**
UrbanBoundaries

**Three Mile Aviation Light w/ Switch A702**
Made for Runways and Obstruction Lights and Helipad.
Add to Shopping List

**$1,249.99**
Solarhome.org

**Travels Light, Green - Historic Aviation and Aircraft Gifts ...**
"Helium Balloons were one of aviation's first successes. Since 1783 balloons have traveled the skies, often in
uninvented directions. ...
Add to Shopping List

**$29.00**
Museum Store Company ...

**Ohio OH Aviation State Light T-Shirt**
Ohio Aviation State. From the Wright brothers to Armstrong the combat or deers eye state loved by all Ohians
from Cincinnati to Columbus.
Add to Shopping List

**$19.99**
Hot n Funky T-shirt ...

**2005 Lincoln Aviator Parking Light Connector**
MOTORCRAFT Parking Light Connector WPT109 (1U2Z14541H,A,482WPT109) for 2005 LINCOLN AVIATOR with
4.6L 281cid V8 Fl (H) Engine. (05 LINCOLN AVIATOR) Brown, ...
Add to Shopping List

**$22.79**
RockAuto.com
★★★★★ 1,112 seller ratings

**2005 Lincoln Aviator Daytime Running Light Resistor Connector**
MOTORCRAFT Daytime Running Light Resistor Connector WPT455 for 2005 LINCOLN AVIATOR with 4.6L 281cid V8
Fl (H) Engine. (05 LINCOLN AVIATOR) Grey, ...
Add to Shopping List

**$44.79**
RockAuto.com
★★★★★ 1,112 seller ratings

**Sport Pilot DVD - Light-Sport Aircraft**
Sport Pilot DVD - Light-Sport Aircraft by Aviation Supplies & Academics (ASA)Item Number: F2F-SPORTASA has
teamed up with renowned sport aviation expert ...
Add to Shopping List

**$24.95**
Pilotwear & Aviation ...

**Light Em Up Balloon Mousepad**
Colorful close-up light show glow of a hot air balloon at night. Hot air balloons in the Festival of Colors, a ballooning glow
and launch in Arizona with a ...
Add to Shopping List

**$15.99**
Lyle Ford

**1st AVN Vietnam Women's Light T-Shirt**
This design featuring the 1st Aviation Brigade patch is available on long or short sleeve shirts. ... Colors: Light Pink,
Light Yellow, Light Blue ...
Add to Shopping List

**$18.99**
Military Vet Shop

**Light Em Up Balloon Mini Button**
Colorful close-up light show glow of a hot air balloon at night. Hot air balloons in the Festival of Colors, a ballooning glow
and launch in Arizona with a ...
Add to Shopping List

**$2.99**
Lyle Ford

http://www.google.com/products?q=aviation+lights&num=100&hl=en&lr=&c=U%3A1&aq=f&aqi=&oq=property-income&c8=1 (4 of 9) 5/27/2008 9:13:33 AM

aviator light - Google Product Search

**Light Em Up Balloon Ornament (Round)**
Colorful close-up light show glow of a hot air balloon at night. Hot air balloons in the Festival of Colors, a ballooning glow and launch in Arizona with a ...
Add to Shopping List
**$9.99**
Lyle Ford


**1st AVN BDE Light T-Shirt**
This design featuring the 1st Aviation Brigade patch is available on long or short .... Colors: Ash Grey, Natural, **Light Blue.** Sizes: Small, Medium, Large, ...
Add to Shopping List
**$19.99**
Military Vet Shop


**40th ID Women's Light T-Shirt**
Our 100% cotton women's tee is preshrunk, durable and guaranteed. 5.6 oz. 100% cotton. Standard fit. Colors: Light Pink, Light Yellow, Light Blue. ...
Add to Shopping List
**$18.99**
Military Vet Shop


**SureFire A2-HA-RD Aviator Digital Flashlight**
This digitally-regulated 2-in-1 flashlight features a 2-stage switch that activates red LEDs for close-up work or the high output lamp when you need it. ...
Add to Shopping List
**$195.00**
Bass Pro Shops
★★★★☆ 14 seller ratings


**Anchor Light, Large Bronze Authentic Models**
Among the handful of classic ship 's lanterns the anchor light stands out for its commanding looks and ... A hand made glass lens distribute light 360. ...
Add to Shopping List
**$349.99**
MookieGifts.com


**ASA Preflight a Fixed Wing Light-Sport Aircraft (for Sport Pilots**
Learn proper preflight procedures and how to perform a routine preflight inspection of a light-sport aircraft (LSA) airplane to ensure a safe and enjoyable.
Add to Shopping List
**$32.47**
www.AviationLogs.com
★★★★★ 2 seller ratings


**ASA Piping Light Retractable(ASA-FLY-RG)**
LeRoy Cook's guided tour through the most popular high-performance single-engine airplanes.
Add to Shopping List
**$13.47**
www.AviationLogs.com
★★★★★ 2 seller ratings


**2003 2004 2005 Lincoln Aviator Fog Light Lens - Lincoln 03 04 05 ...**
-- 4000 Model Lights Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln Aviator Fog Light Lens - Lincoln 03 04 05 Fog Light Lens.
Add to Shopping List
**$14.99**
Auto Parts Train
★★★★☆ 26 seller ratings


**2003 2004 2005 Lincoln Aviator Driving Light - Lincoln 03 04 05 ...**
-- Deep UNIVERSAL MOUNT Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln Aviator Driving Light - Lincoln 03 04 05 Driving Light.
Add to Shopping List
**$61.29**
Auto Parts Train
★★★★☆ 26 seller ratings


**2003 2004 2005 Lincoln Aviator Fog Light - Lincoln 03 04 05 Fog Light**
-- 2 1/2" Deep UNIVERSAL MOUNT Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln Aviator Fog Light - Lincoln 03 04 05 Fog Light.
Add to Shopping List
**$61.32**
Auto Parts Train
★★★★☆ 26 seller ratings



**Surefire A2 Aviator Flashlight**
Surefire A2 Aviator Flashlight Surefire's A2 Aviator is a compact, dual-output ... It features two types of light sources: three long-runtime light emitting ...
Add to Shopping List
**$195.00**
Highland Hiker



**American DJ AVIATOR 32**
Four Light Copilots in one32 channel switcher with built-in chase controls Audio or/Built in microphone in microphone 32 channel DMX switcher Use with the Aviator-SPB or ...
Add to Shopping List
**$149.95**
Platinum Records




SureFire A2 Aviator Compact Flashlight A2-HA LED
SureFire A2 Aviator Compact Flashlight A2-HA LED SureFire Aviator A 2 Olive Drab Anodized Pocket Light features two types of light sources: three ...
Add to Shopping List
**$195.00**
Tactical-Store.com

Surefire A2 Aviator Incandescent & LED Flashlight with Yellow ...
... the SureFire Weapon Light was born and low light law enforcement & military ... SureFire's A2 Aviator® incandescent Flashlight delivers high performance ...
Add to Shopping List
**$94.95**
B&H Photo-Video-Audi...
★★★★★ 9,315 seller ratings

JANE'S POCKET BOOK OF LIGHT AIRCRAFT
Interior - faint cigarette odor, otherwise clean and tight with no previous ownership marks. Exterior - faint crease on spine, very light edge wear. VG.
Add to Shopping List
**$10.00**
Capricorn Books

"SureFire A2 Aviator Flashlight, Yellow, Green LED"
...hybrid flashlight for aviation, camping, self-defense, and general use. Features two types of light sources: three long-runtime light-emitting diodes ...
Add to Shopping List
**$212.55**
http://www.gr8gear.c...

SureFire Red Lens A2 Aviator Compact LED Flashlight Measures 5.6"
SFA2HARD. A2 Aviator RedExtremely compact (shirt pocket size) dual-output ... Features two types of light sources: three long-runtime light-emitting diodes ...
Add to Shopping List
**$195.00**
Knifecenter.com

Red Medium Hanging Hot Air Balloons Travels Light
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels Light Red Hot Air Balloon. ...
Add to Shopping List
**$29.99**
MookieGifts.com

SureFire Green A2 Aviator Compact LED Flashlight Measures 5.6"
SFA2HAGN. A2 Aviator GreenExtremely compact (shirt pocket size) ... Features two types of light sources: three long-runtime light-emitting diodes (LEDs) ...
Add to Shopping List
**$195.00**
Knifecenter.com

Surefire Aviator Flashlight w/Blue LED (A2-HA-BL)
Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail section from the ground, yet not so bright ...
Add to Shopping List
**$195.00**
Cannoc, Inc.
★★★★★ 104 seller ratings

Navy Jax: Sub-Hunters and Light Strikers
128 pages, numerous color photographs. Covers lightly scuffed, else a clean, tight copy. London, United Kingdom 1990 8vo - over 7 - 9 tall 0800459761.
Add to Shopping List
**$15.00**
Old Saratoga Books

SureFire A2 Aviator LED Flashlight
"A2 Aviator Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail section from the ground, ...
Add to Shopping List
**$195.00**
Keavo Electronics S...

35 x 23 Northern Lights Large Poster
Aurora Borealis, or Northern Lights, appears over Bear Lake in Alaska in January of 2005. USAF photo by Senior Airman Joshua Strang.
Add to Shopping List
**$19.99**
CafePress.com
★★★★½ 55 seller ratings

SureFire Aviator A2 Xenon and LED Flashlight, White, Red, Green or ...
Surefire Aviator A2 Flashlight, A2 Aviator Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail ...
Add to Shopping List
**$195.00**
Fimioto













aviator light - Google Product Search

Hanging Hot Air Balloons Travels Light, Blue
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels Light Blue Hot Air Balloon. ...
Add to Shopping List

$29.99
MookieGifts.com

Yellow Medium Hanging Hot Air Balloon Travels Light
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Hot Air Balloon Travels Light in Yellow. ...
Add to Shopping List

$29.99
MookieGifts.com

Us Navy Light Strike
Seller: Millions of Peaches USA - Condition: New - Trade paperback (US). Glued binding.
Add to Shopping List    ½ of ½

$86.33
Albris

Surefire Flashlights A2 Aviator Incandescent & Blue LED Flashlight ...
Surefire A2-HA-BL A2 Aviator Incandescent & Blue LED Flashlight (Black) Flashlights.
Add to Shopping List    ½ of ½

$194.95
B&H Photo-Video-Audi...
★★★★★ 9,116 seller ratings

AMERICAN DJ AVIATOR
The Aviator-32 works like the four Light Co-Pilots. Each Aviator-SP8 is an eight channel pack. A total of four packs would be needed to run all 32 channels ...
Add to Shopping List

$149.99
DJTRONIX.COM FREE S...
★★★☆☆ 5 seller ratings

Rainbow Medium Hanging Hot Air Balloon Travels Light
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels Light Rainbow Hot Air Balloon. ...
Add to Shopping List

$29.99
MookieGifts.com

Refine product results for: aviator light
Price range
• Under $10
• $10 - $30
• $30 - $200
• Over $200
$ [    ] to $ [    ] [Go]

Brands
• Garmin
• Hella
• Hinkley lighting
• Pilot
• Prox

• surefire

Stores
• Albris
• AvShop Pilot Shop
• B&H Photo-Video-Audi...
• BeNo.com Books
• BooneSky Aviation

• DrillSpot.com
• eAutoWorks.com
• eBay
• Fotosearch
• Lyle Ford

• Majestic.com Aviatio...
• Military Vinl Shop
• PilotMall.com Aviati...
• Plotwear & Aviation...
• Quatrosales from Cal...

• Quatrosales.com on C...
• RicksPros.com
• UnbeatableSale
• Underdog.com
• www.AviationLogs.com

• www.PloCenter.com

Seller rating
• 4 stars and up
• 3 stars and up
• 2 stars and up
• Has a rating
[    ] to [    ] [Go]

Goooooooooogle ►
Result Page:    1 2 3 4 5 6 7 8 9 10    Next
Google does not charge for inclusion in its search results or accept payment for better placement.

[aviator light]    [Search Products]    [Search the Web]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - ░ Accepts Google Checkout Learn more

Web Images Maps News Shopping Gmail more ▼

ernternight - Google Product Search

**Google** | aviator light |

[ Search Products ]  [ Search the Web ]

Advanced Product Search
Preferences

My Shopping List

**Products**

Show □ □ □ □  ☐ Items only  Showing all items

Show grid view    Sort by relevance ▼

Results 101 - 200 of about 7,700 for aviator light (0.55 seconds)

Sponsored Links

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

**A2 Aviator® White LED**
Extremely compact (shirt pocket size) dual-output hybrid flashlight for aviation, camping, self-defense, and general use. Features two types of light ...
[ Add to Shopping List ]
**$169.99**
The Ramsey Outdoor S...
★★★★★ 2 seller ratings

**The Reich Intrudes: RAF Light Bomber Raids in World War II**
... wartime headlines, but low-level, fast-moving surprise raids flown by small formations of fleet-footed and skillfully piloted twin-engine light bombers. ...
[ Add to Shopping List ]  [ Google ]
**$103.12**
Alibris

**Airlife's World Aircraft, the Complete Reference to Civil ...**
Seller: PlumCircle USA - Condition: Very Good - May have remainder mark. Alphabetic reference to today's civil and military aircraft. ...
[ Add to Shopping List ]  [ Google ]
**$9.90**
Alibris

**Surefire Aviator Flashlight w/Red LED (A2-HA-RD)**
A2 Aviator Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's tail section from the ground, ...
[ Add to Shopping List ]  [ Google ]
**$195.00**
Cemcoc, Inc.
★★★★★ 104 seller ratings

**Light Aircraft Recognition**
This guide to recognition of light aircraft is the perfect companion to Plymouth Press' award-winning Guide to Airport Airplanes. Peter March gives all the ...
[ Add to Shopping List ]  [ Google ]
**$71.55**
Alibris

**SureFire White Lens A2 Aviator Compact LED Flashlight Measures 5.6"**
SFA2HAWH: A2 Aviator White Extremely compact (shirt pocket size) ... Features two types of light sources: three long-running light-emitting diodes (LEDs) ...
[ Add to Shopping List ]
**$195.00**
Knifecenter.com

**Surefire Flashlights A2 - Aviator - Hybrid LED/Incandescent Flashlight**
"Surefire A2 - Aviator - Hybrid LED/Incandescent Flashlight -Rugged aerospace-grade aluminum body, Mil-Spec Type III hard anodized in olive drab O-ring ...
[ Add to Shopping List ]
**$195.00**
Dungareers.net
★★★★★ 3 seller ratings

**De Havilland Dh90 Moth, the World's Most Successful Light Aeroplane**
Seller: More Books USA - Condition: Fine - This book follows on from Midland's earlier successful book on the De Havilland Tiger Moth and examines the ...
[ Add to Shopping List ]  [ Google ]
**$99.00**
Alibris

**SureFire® A2 Aviator Flashlight**
WITH A HIGH AND LOW BEAM IN A SINGLE LONG RUNNING FLASHLIGHT IT S PERFECT FOR PLACEMENT IN YOUR FLIGHT SUIT BACKPACK OR POCKET YOU LL ONLY NOTICE IT WHEN ...
[ Add to Shopping List ]
**$195.99**
U.S. Cavalry
★★★★★ 42 seller ratings

**Sport Pilot, Choosing the Light Sport Aircraft That's Right For You**
(Regulations, Ultralights and Ultralight Trainers, Light-Sport Aircraft and Sport Pilot, Experimental and General Aviation) Section 2: Evaluating Your ...
[ Add to Shopping List ]
**$23.95**
Touch and Go Pilot S...

http://www.google.com/products?q=aviator+light&num=100&hl=en&start=100&sa=N&start=100 (1 of 9) [5/27/2008 9:23:45 AM]

aviator light - Google Product Search

FIXED/LIGHT SPORT AIRCRAFT at BudgetPilot.com Pilot Shop
Preflight a Fixed Wing Light-Sport Aircraft for Sport Pilots lets viewers ... This DVD is for the beginner pilot, as well as the experienced amateur enthusiast ...
**Add to Shopping List**

Aviator Pendant Lite 1812 SN
Manufactured by PLC Lighting - the Aviator Pendant Lite 1812-SN is both fashionable and functional with sleek lines and symmetry that is typical of PLC ...
**Add to Shopping List**

SureFire Flashlight - A2 AVIATOR TWO STAGE HYBRID GRAY
The A2 Aviator is dual output hybrid flashlight that provides two types of light ... The low light is red for work in darkness where maintaining your night ...
**Add to Shopping List**

Green Medium Hanging Hot Air Balloons Travels Light
Capture the beauty and magnificence of hot air balloon flight with this museum quality Authentic Models Travels Light Green Hot Air Balloon ...
**Add to Shopping List**

SureFire Blue Lens A2 Aviator Compact LED Flashlight Measures 5.6"
SFA2HABL: A2 Aviator BlueExtremely compact (shirt pocket size) dual-output ... Features two types of light sources: three long-runtime light-emitting diodes ...
**Add to Shopping List**

The Story Of The British Light Aeroplane
Light blue cloth with gilt lettering. Spine faded at head/base of spine where dust jacket has large chips missing. Dust jacket is price-clipped. ...
**Add to Shopping List**

SUREFIRE A2 Aviator Yellow-Green LED Flashlight (A2-HA-YG)
SUREFIRE A2 Aviator Yellow-Green LED Flashlight Originally developed for professional aviators -- who needed a light bright enough to illuminate a 747's ...
**Add to Shopping List**

SureFire Yellow-Green Lens A2 Aviator Compact LED Flashlight 5.6"
SFA2HAYG: A2 Aviator yellow-greenExtremely compact (shirt pocket size) ... Features two types of light sources: three long-runtime light-emitting diodes ...
**Add to Shopping List**

Pelican L4 Led Light Black [1830]
The light weight, slim profile design fits neatly in your pocket and ... it won't cause sparks and is safe to use indelectrical environments BLACK, L4 LED LIGHT
**Add to Shopping List**

Pelican Yellow Mini System Light Pack [1950Y]
Includes the MityLite with batteries, spare lamp, Lite bender, two night vision discs (red and blue/green), spare o-ring and a stainless steel split ring. ...
**Add to Shopping List**

Pelican Black Mini System Light Pack [1950]
Includes the MityLite/M9 with batteries, spare lamp, Lite bender, two night vision discs (red and blue/green), spare o-ring and a stainless steel split ring. ...
**Add to Shopping List**

Pelican L1 Light Attachment System Blk [1945CB]
The kit includes the L1 LED light with batteries, rotating L1 light attachment ... Easily install this light on your headset, kneeboard, instrument panel or ...
**Add to Shopping List**

$49.95
BudgetPilot.com

$277.15
IroningLighting

$195.00
Top Gun Supply
★★★★★ 1 seller rating

$29.99
MookieGifts.com

$195.00
Knifecenter.com

$32.50
Dan Glaeser Books

$195.00
Cannox, Inc.
★★★★★ 104 seller ratings

$195.00
Knifecenter.com

$16.59
www.AviationLogs.com
★★★★★ 2 seller ratings

$20.49
www.AviationLogs.com
★★★★★ 2 seller ratings

$20.49
www.AviationLogs.com
★★★★★ 2 seller ratings

$38.98
www.AviationLogs.com
★★★★★ 2 seller ratings

aviation light - Google Product Search

**Mic Light Nvg Green [ML-9]**
A slight push on the switch (with the lip or tongue) causes momentary light, while a further push keeps the light on until another push turns the light off. ...
[Add to Shopping List]

$47.19
www.Aviationt.ogs.com
★★★★★ 2 seller ratings

**ASA Sport Pilot. Choosing the Light-Sport Aircraft that's Right ...**
This DVD-with-booklet compares the Light-Sport Aircraft types and their ultralight cousins to help you make a truly informed decision on which type is right ...
[Add to Shopping List]

$17.47
www.Aviationt.ogs.com
★★★★★ 2 seller ratings

**Tri-color Hands-free Aviation Light**
... 3-color LED technologyoffers a host of benefits over other aviation flashlights! ... between standard red or cool aqua light at the push of a button. ...
[Add to Shopping List]

$24.95
AvShop Pilot Shop
★★★★★ 1 seller rating

**New Balance - Lightning Dry Lo Cut (12 Pairs)**
New Balance Lightning Dry Lo Cut (12 Pairs) Athletic Socks: Lightning Dry technology provides moisture management. The compression arch supports stability ...
[Add to Shopping List]

$47.95
Shoebuy.com
★★★★★ 1,058 seller ratings

**The North Face Prophecy Boys' Hiking Shoe**
The North Face Prophecy Boys' Hiking Shoe Aviator Blue/Alloy Grey 4. Set your kid loose in the mountains, woods, or desert with The North Face's versatile ...
[Add to Shopping List]

$44.95
Backcountry.com
★★★★★ 752 seller ratings

**New Balance - Lightning Dry No Show (12 Pairs)**
New Balance Lightning Dry No Show (12 Pairs) Athletic Socks: Lightning Dry technology provides moisture management. The compression arch supports stability ...
[Add to Shopping List]

$47.95
Shoebuy.com
★★★★★ 1,058 seller ratings


**Blue TEAM AVIATION PHOTOGRAPHY Baby Onesie**
Team AVIATION PHOTOGRAPHY Baby Onesie to show that you are on TEAM AVIATION ... Our TEAM AVIATION PHOTOGRAPHY t-shirts are available for men, women, kids, ...
[Add to Shopping List]

$22.60
Team Name Shirts


**I Love Aviation Infant Creeper**
I Love Aviation Infant Creeper features a red heart to show your love and Aviation in your choice of font and color. Can be customized with an American ...
[Add to Shopping List]

$22.60
ILoveHeartShirts.com


**TEAM AVIATION Baby Onesie**
Team AVIATION Baby Onesie to show that you are on TEAM AVIATION and ... Our TEAM AVIATION t-shirts are available for men, women, kids, baby and gift items.
[Add to Shopping List]

$22.60
Team Name Shirts


**I Love Aviation Kids T-Shirt**
... a red heart to show your love and Aviation in your choice of font and color. ... Show what you love with a I Love Aviation T-Shirt, t-shirts, and clothing.
[Add to Shopping List]

$19.95
ILoveHeartShirts.com



**I Love Aviation Photography Kids T-Shirt**
I Love Aviation Photography Kids T-Shirt features a red heart to show your love and Aviation Photography in your choice of font and color ...
[Add to Shopping List]

$19.95
ILoveHeartShirts.com



**I Love Aviation Infant Creeper**
I Love Aviation Infant Creeper features a red heart to show your love and Aviation in your choice of font and color. Can be customized with an American...
[Add to Shopping List]

$22.60
ILoveHeartShirts.com



http://www.google.com/products?q=aviation+light&num=100&hl=en&show=50-74&sa=N&start=100 (14 of 61) 5/27/2008 9:13:45 AM

Froogle light - Google Product Search

**160th Special Operations Aviation Ash Grey T-Shirt**
160th Special Operations Aviation (Airborne) Ash Grey T-Shirt.
Add to Shopping List
$26.99
The Masonic Shop

**I Love Aviators Kids T-Shirt**
... a red heart to show your love and Aviators in your choice of font and color. ... Show what you love with a I Love Aviators T-Shirt, t-shirts, and clothing.
Add to Shopping List
$19.95
ILoveHeartShirts.com

**I Love Aviation Photography Infant Creeper**
I Love Aviation Photography Infant Creeper features a red heart to show your love and Aviation Photography in your choice of font and color. ...
Add to Shopping List
$22.60
ILoveHeartShirts.com

**Gucci brown signature horsebit large aviators**
... modern sunglasses from the ultimate fashion intelligence-. Gucci. Gucci brown signature horsebit large aviators. available in - No Size.
Add to Shopping List
$204.00
Bluefly.com
★★★★★ 1,945 seller ratings

**Aviator Chandelier**
Chandelier in Satin Nickel with seedy frost glass. Uses sixteen 20w G4 lamps (included). Telescopic arm allows for adjustable height. ...
Add to Shopping List
$287.30
Lamps By Us

**AVIATION ART HANGAR - Stealth From the Sea by K. Price Randel (F...**
Choose from these Museum Quality Canvas Giclées: 13" x 20"....$225 15.5" x 24"....$375 19.5" x 30"....$485 32/9" x 40"...$795 Situation: Conceptual. A Navy ...
Add to Shopping List
$225.00
AVIATION ART HANGAR...

**1929 GRAYBAR AIRPORT LIGHTING AVIATION AD**
This is one of 100s of 1920s to 1940s original aviation ads I have for sale. 1269. Shipping = $3.00 in the US.
Add to Shopping List
$7.50
antiquepapershop.com

**"C" Co. 3-25 Aviation "Lighting Dustoff" 45th OIF patch**
"C" Co. 3-25 Aviation "Lighting Dustoff" 45th OIF patch.
Add to Shopping List
$6.00
Military patches, in...

**"C" Co. 3-25 Aviation "Lighting Dustoff" OIF patch**
"C" Co. 3-25 Aviation "Lighting Dustoff" OIF patch measures 4 inches and is new.
Add to Shopping List
$6.00
Military patches, in...

**"C" Co. 3-25 Aviation "Lighting Dustoff" Hawaii patch**
This "C" Co. 3-25 Aviation "Lighting Dustoff" Hawaii patch measures 5 inches and is new.
Add to Shopping List
$7.00
Military patches, in...

**Surefire Aviator Dual Switch Flashlight Camping/Travel White**
Aviator Dual Switch Flashlight is perfect for anyone needing a high and low beam in a single long-running flashlight. In other words, it's perfect for ...
Add to Shopping List
$195.00
Paragon Sports

**CLEARANCE ASA Preflight a Fixed Wing Light-Sport Aircraft for...**
... as the experienced aviator wanting a refresher or transitioning aircraft. ... that captures the thrill and adventure of flying a light-sport aircraft. ...
Add to Shopping List
$25.00
AvShop Pilot Shop
★★★★★ 1 seller rating

http://www.google.com/products?q=aviator+lighting&num=100&hl=en&... [5/27/2008 9:15:43 AM]

aviator lights - Google Product Search

d4559r, 6000ae54/nrsp, aircraft landing high output
PAR 64 SPECIALTY APPLICATIONS W/ SCREW TERMINALS SKU:1001275 Volts:28 Watts:500.

Add to Shopping List

**$54.25**
Bulbster
★★★★★ 60 seller ratings

ELV
SKU:1003036

Add to Shopping List

**$14.84**
Bulbster
★★★★★ 60 seller ratings

200qaa46/2nsp
PAR 46 W/ MEDIUM SIDE PRONGS SKU:1001441 Volts:120 Watts:200.

Add to Shopping List

**$24.00**
Bulbster
★★★★★ 60 seller ratings

jf6.6a-200vw/g29.5
200W 6.6A SKU:1001068 Base:GY9.5 BASE AVIATION.

Add to Shopping List

**$22.80**
Bulbster
★★★★★ 60 seller ratings

jf10v-100w/cap
1970X SPECIAL SLEEVE 100W 10V SKU:1001852 AVIATION.

Add to Shopping List

**$20.54**
Bulbster
★★★★★ 60 seller ratings

jf6.6a-100w/pk30d
100W 6.6A SKU:1001082 Base:PK30D BASE AVIATION.

Add to Shopping List

**$26.40**
Bulbster
★★★★★ 60 seller ratings

200qaa46/3mfl
PAR 46 W/ MEDIUM SIDE PRONGS SKU:1001439 Volts:120 Watts:200.

Add to Shopping List

**$24.00**
Bulbster
★★★★★ 60 seller ratings

Mustang Survival Damage Tolerant Life Preserver (DTLP) - Aviation
(US Patent 6453840) The MD4025 FR Aviation DTLP is primarily designed for tactical rotary wing aircrew conducting operations in hostile environments. ...

Add to Shopping List

**$803.25**
Columbus Supply
★★★★☆ 10 seller ratings

POP-LIGHT ILLUMINATED MAGNIFIER
The perfect compact magnifier for reading small type in low light. The protective case keeps the lens safe from scratching. Press both buttons to eject lens ...

Add to Shopping List

**$7.95**
BoonesSky Aviation

Aviator Bunny Kids Light T-Shirt
Aviator Bunny The pint-sized version of our popular adult favorite, our 100% cotton, Hanes Authentic Tagless T-Shirt. It's preshrunk and durable - just what ...

Add to Shopping List

**$21.99**
Pink Ink T-shirt ...

Aviator Bunny Little Brother Kids Light T-Shirt
Our AVIATOR BUNNY BIG & LITTLE BROTHER matching designs are a cute way to show who's who in your family, featuring a bunny pilot and bright colors. ...

Add to Shopping List

**$21.99**
Pink Ink T-shirt ...

PLC - 1812 - SN - Satin Nickel - Aviator 12 Lt Chandelier 1812-SN
Aviator 12 Lt Chandelier 1812-SN is both stylish and functional with sleek lines and symmetry that is typical of PLC Lighting. Adds a contemporary feel to ...

Add to Shopping List

**$299.99**
Upscale Lighting



http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=100&sa=N (15 of 91) [5/7/2008 9:15:45 AM]

armor light - Google Product Search

**Telemecanique Pilot Light XB4BV33**
Telemecanique XB4BV33 Pilot Light Pilot Lights Pilot Light Color Green Bulb Voltage 120 VAC Transformer Type.
Add to Shopping List

**$66.12**
DrillSpot.com
★★★★★ 198 seller ratings

**AB ALLEN BRADLEY 800T OILTIGHT PILOT CONTROL LIGHT NIB**
CATALOG # 800T-Q24 HEAVY DUTY OILTIGHT OILTIGHT UNIT FILAMENT TYPE SERIES N 24 V 60 Hz Comes as shown. Please check out the pictures below this ...
Add to Shopping List

**$24.99**
REXX Industries

**Be a Sport Pilot. Learn to Fly a Fixed Wing Light-Sport Aircraft**
... a pilot flying a fixed wing, 3-axis (airplane) light-sport aircraft. ... that captures the thrill and adventure of flying a light-sport aircraft. ...

**$49.95**
Pilotshop.com
★★★★★ 1 seller rating

**Telemecanique Pilot Light XB4BV61**
Telemecanique XB4BV61 Pilot Light Pilot Lights Pilot Light Color White Bulb Voltage 24 Volts.
Add to Shopping List

**$40.00**
DrillSpot.com
★★★★★ 198 seller ratings

**Air Force One Magnet W/Light & Sound**
Air Force One Magnet W/Light & Sound by Daronlmen Number: TT5811Air Force One Magnet W/Light & Sound.
Add to Shopping List

**$3.95**
Pilotwear & Aviation ...

**#1950Y YELLOW MINI SYSTEM LIGHT PACK**
... Blue/Green Lens P/N: 1950N -- Mini System Light Pack / Neon-Yellow with Blue/Green Lens with Blue/Green Lens P/N: 1950Y -- Mini System Light Pack / Yellow with Blue/Green Lens.
Add to Shopping List

**$18.80**
Majitic.com Aviatio...

**57 Chevy Bel Air Hot Light Green (1:18)**
57 Chevy Bel Air Hot LtGreen (1:18) by Yat Minglitem Number: YM921096.
Add to Shopping List

**$35.95**
Pilotwear & Aviation ...

**1995-1999Toyota TercelRacing Series Wing w/Light**
With a 26" light. Fits 1995, 1996, 1997, 1998, 1999 Toyota Tercel. IMPORTANT ORDERING INFORMATIONWhat a great way to personalize your vehicle! ...

**$310.00**
StreetBeatCustoms.co...

**Telemecanique Pilot Light XB4BV34**
Telemecanique XB4BV34 Pilot Light Pilot Lights Pilot Light Color Red Bulb Voltage 120 VAC Transformer Type.
Add to Shopping List

**$66.12**
DrillSpot.com
★★★★★ 198 seller ratings

**KV-1 1942 Heavy Tank Light Green (1:72)**
KV-1 1942 Heavy Tank Light Green (1:72) by EasyModelItem Number: EM36289Plastic model, finely detailed in 1/72.
Add to Shopping List

**$16.95**
Pilotwear & Aviation ...

**Telemecanique Pilot Light XB4BV84**
Telemecanique XB4BV84 Pilot Light Pilot Lights Pilot Light Color Red Bulb Voltage 24 Volts With LED.
Add to Shopping List

**$40.00**
DrillSpot.com
★★★★★ 198 seller ratings

**LIGHT BAR 4/14V at BudgetPilot.com Pilot Shop**
L84028.
Add to Shopping List

**$58.00**
BudgetPilot.com

Telemecanique Pilot Light ZB6CV1
Telemecanique ZB6CV1 Pilot Light Pilots Pilot Light Light Module 4VW69-4VW74 Color White Use with Contact Block 4VW81-4VW85 16 Millimeters.

Add to Shopping List

**$5.56**
DrillSpot.com
★★★★★ 168 seller ratings

Honeywell Obstruction Lighting - SLC Control - ICAO Type A-2/3 ...
... SLC Series Controllers. Lighting controls combine digital circuitry with ... to yield the industry's most comprehensive obstruction lighting controls. ...

Add to Shopping List

**$2,472.00**
Genesis Lamp - Light...

Telemecanique Pilot Light ZB6DV4
Telemecanique ZB6DV4 Pilot Light Pilots Pilot Light Light Module Color Red Use with Contact Block 4VW81-4VW85 16 Millimeters Rectangular.

Add to Shopping List

**$5.37**
DrillSpot.com
★★★★★ 168 seller ratings

Labconco FlaskScrubber Washers, Labconco 4420310 Undercounter ...
... Labconco Undercounter Flaskscrubber With Window And Interior Light is a ... Washers with a viewing window in the door have a 25W interior light that ...

Add to Shopping List

**$9,529.95**
Shoplcs

#3ec3 60" Brass Pool Table Light with 3 Economy Metal Sha
economy pool table light 60 inches long, finial light bar, metal shades. Available in black, blue, brass, burgundy, and green.

**$130.81**
Majestic.com Aviatio...

Braniff International Ultra 727-200 "Light Blue Ultra" (1:200)
Braniff International Ultra 727-200 "Light Blue Ultra" (1:200) by InFlight 200Item Number: IF72201 4inFlight 200 Braniff International Ultra 727-200 RED ...

Add to Shopping List

**$79.99**
Pilotwear & Aviation...

Dynamo 3 LED Light
Dynamo 3 LED Light by eGearItem Number: EGDY507SKU: DY-507INFO: Powered by 3-phase alternator motor and rechargeable NiMh batteries, which never need ...

Add to Shopping List

**$17.96**
Pilotwear & Aviation...

Northwest Orient Airlines System Route Map
Circa 1950's folded 8 x 9 stapled paper brochure with 22pages of maps and a mileage chart. Stratocruiser silhouettes on the front cover.

Add to Shopping List

**$25.00**
Pacific Rim Used Boo...

Dalomar D-3500 Bollard Light - D-3500
This item is eligible for our Winter Sale. Click here for details Brand: Dalomar Height: 42" Width: 30" Material: Cast Aluminum Usually Leaves Warehouse In ...

Add to Shopping List

**$224.99**
Arcadian Lighting
★★★★★ 122 seller ratings

eQ Hands-Free Multi-Light
eQ Hands-Free Multi-Light by eGearItem Number: EG1340A clever LED light that's the ultimate in hand free lighting. Used with the strap, it's an extremely ...

Add to Shopping List

**$11.66**
Pilotwear & Aviation...

Honeywell Obstruction Lighting - SLC Control - FAA Type A-0 - SVL0342
Honeywell SLC Series Controllers. Lighting controls combine digital circuitry ... to yield the industry's most comprehensive obstruction lighting controls. ...

Add to Shopping List

**$1,078.00**
Genesis Lamp - Light...

Light Em Up Balloon Ornament (Oval)
Hot air balloon firing up at night for a balloon glow event.



**$9.99**
CafePress.com
★★★★☆ 55 seller ratings

shopad light - Google Product Search

amazon light - Google Product Search

**Seaplane Landing Sites in Washington State**
1979 8.5 X 11 inch spiral bound paperback with 73 pages and many maps. Aviation. Pacific Northwest.

Add to Shopping List

$20.00
Pacific Rim Used Boo...

**Labconco FlaskScrubber Washers, Labconco 4420310 Undercounter ...**
... Undercounter Flaskscrubber With Window And Interior Light combines one of ... Interior Light by Labconco is trusted in laboratories around the world. ...

Add to Shopping List

$9,529.95
Micropipes.com

**1-Watt Luxeon Snake Light**
1-Watt Luxeon Snake Light by eGearItem Number: EG1360.

Add to Shopping List

$43.16
Pilotwear & Aviation...

**Retro Black and White Plane Kids T-Shirt**
The most comfortable t-shirt ever! Our 100% cotton, Hanes Beefy-T is preshrunk, durable and guaranteed.

Add to Shopping List

$17.99
Christmas-tees

**Cairo Dome Lantern Authentic Models**
... shapes remind one of domes in ancient Cairo and Isfahan. Ornate holes light up at night, resembling eastern palace windows. Gold finials, six sided.

Add to Shopping List

$319.99
ModelsGifts.com

**Cessna 172 Cessna 182 Underwing Courtesy Light**
Cessna Underwing / Courtesy Light. It fits Cessna 172, Cessna 182 as well as several other models.

Add to Shopping List

$24.99
DFW AirParts
★★★★★ 2 seller ratings

**#H13 60" Brass Pool Table Light with 3 Blue Plastic Shad**
pool table light 48 inches long comes with 3 blue plastic shades, plain light bar.

Add to Shopping List

$191.19
Majestic.com Aviatio...

**Cessna Wing Tip Nav / Strobe Light Power Supply**
Cessna Wing Tip Nav / Strobe Light Power Supply, Manufactured by Aeroflash. P/N 152-0024. Cessna P/N C622010-0101. 28V. List price $613.00 new! ...

Add to Shopping List

$89.99
DFW AirParts
★★★★★ 2 seller ratings

**Adesso Aviator Torchiere - 5161**
Aviator Torchiere Each lamp has a half moon frosted glass shade with a satin steel base Chrome accent on base and shade Full range dimmer switch on pole 2 x ...

Add to Shopping List

$149.50
HomeClick
★★★★☆ 1361 seller ratings

**#tb3 60" Brass Pool Table Light with 3 Brass Plastic Shad**
pool table light 60 inches long, comes with 3 brass metal shades, finial light bar.

Add to Shopping List

$231.44
Majestic.com Aviatio...

**#E69 DUO HEAD LAMP W/5 LED LIGHTS**
... LEDs give off a very diffuse, white light, ideal for proximal activities. ... Strap / Batteries NOT Included P/N: E69 -- DUO Head Lamp with 5 LED Lights.

Add to Shopping List

$81.04
Majestic.com Aviatio...

**WINGTIP POSITION LIGHT/GRN/14V at BudgetPilot.com Pilot Shop**
W1285PR14.

Add to Shopping List

$179.00
BudgetPilot.com

http://www.google.com/products?q=amazon+light&num=100&hl=en&safe=off&sa=N&start=100 (of of 91) 5/27/2008 11:11:41 AM)

aviator light - Google Product Search

**LIGHT WEDGE 2-1/4/28V/P/MA at BudgetPilot.com Pilot Shop**
LW2005.
$56.00
BudgetPilot.com

Add to Shopping List

**#IA 60" Brass Pool Table Light with 3 Black Plastic Sha**
pool table light 48 inches long comes with 3 black plastic shades, plain light bar.
$191.19
Majestic.com Aviation...

Add to Shopping List

**Aircraft Annunciator Light / Switch Indicator, 087198029**
Aircraft Annunciator Light / Switch Indicator, P/N 087198029. It is in good condition.
$34.99
DFW AirParts
★★★★★ 2 seller ratings

Add to Shopping List

**METTLER TOLEDO CLASSIC LIGHT (PL-S) TOPLOADING BALANCES, 210 GX ...**
CLASSIC LIGHT BALANCES ARE IDEAL FOR EASY WEIGHING TASKS. EACH UNIT COMES STANDARD WITH
A VERSATILE RS232 INTERFACE, AND OFFERS A CHOICE OF APPLICATIONS. ...
$784.00
Cole-Parmer Instrume...

Add to Shopping List

**Honeywell Obstruction Lighting - 9LC Control - FAA Type A-2/3 ...**
...120VAC Honeywell 9LC Series Controllers. Lighting controls combine digital ... to yield the industry's
most comprehensive obstruction lighting controls. ...
$2,940.00
Genesis Lamp - Light...

**Be A Sport Pilot, Learn to Fly a Fixed Wing Light Sport Aircraft**
... production company specializing in adventure sport aviation productions ... Paul is Producer of over forty films
on ultralights and light sport ...
$49.95
Amazon.com
★★★★☆ 2 seller ratings

Add to Shopping List

**Refine product results for: aviator light**

| Price range | Brands | | Stores | | |
|---|---|---|---|---|---|
| Under $10 | Garmin | surefire | Athris | DrsSpot.com | Majestic.com Aviatio... |
| $10 - $30 | Hella | | ArcShop Pilot Shop | eAutoWorks.com | Military Vet Shop |
| $30 - $200 | Hinkley lighting | | B&H Photo-Video-Audi... | eBay | PilotMall.com Aviati... |
| Over $200 | Pilot | | Biblio.com Books | Fotosearch | Pilotwear & Aviation... |
| | Pirox | | BooneSky Aviation | Lyle Ford | Quotrosales from Cal... |

$ ____ to $ ____ 🔍

Result Page: ◄ Previous 1 2 3 4 5 6 7 8 9 10 11 Next ►

Google does not charge for inclusion in its search results or accept payment for better placement.

| | | Seller rating |
|---|---|---|
| Quotrosales.com on C... | www.PicCenter.com | 4 stars and up |
| BidsPros.com | | 3 stars and up |
| UnbeatableSale | | 2 stars and up |
| Underbid.com | | Has a rating |
| www.AviationLogs.com | | ____ to ____ 🔍 |

| aviator light | | | Search Products | | Search the Web |

Information for Sellers · Help

Google Home · Advertising Solutions · Business Solutions · About Google

©2008 Google - 👤 Accepts Google Checkout Learn more

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=X&oi=... (1 of 9) [1/27/2008 4:13:45 AM]

Web Images Maps News Shopping Gmail more ▼

Google [ aviator light ]  [ Search Products ]  [ Search the Web ]

Advanced Product Search
Preferences

Products

Show [Google ▼] ● Items only  Showing all items

Show grid view    Sort by relevance [▼]

**MAXPULSE LANDING LIGHT CONTROL at BudgetPilot.com Pilot Shop**
MaxPulse the Complete Compact, Light Weight, Powerful, Solid State Landing Light Control/Pulsed Specifications:
Voltage Range: 12 to 35VDC Max Current: 10 ...
Add to Shopping List

**$180.00**
BudgetPilot.com

**#9401 60" Brass Pool Table Light with 3 Green Plastic Sha**
pool table light 48 inches long comes with 3 green plastic shades, plain light bar.
Add to Shopping List

**$191.19**
Majestic.com Aviato...

**ELDEMA CR03-ACS-N123**
Price $7.38 / ea20074 Lens Style SHORT FLAT2001S Color AMBER20033 Volts 110VAC20189 Finish(2)
CLEAR ANODIZE20001 BT Panel EXCR03ACSN12320052 Ordering Code ...

**$7.38**
Bulbtronics

**Cesena 152, Cesena 172 / Aeroflash Strobe Light Power Supply**
Cesena 152, Cesena 172 Strobe Light Power Supply. Manufactured by Aeroflash for Cessna. P/N C6220008-0102
or 776283. 28V. Very clean item...
Add to Shopping List  [Google ▼]

**$79.99**
DFW AirParts
★★★★★ 2 seller ratings

**Twin Beech Bonanza / Grimes Interior Light**
Twin Beech Bonanza Interior Light. Manufactured by Grimes. Beech P/N 50-534640-29. Grimes P/N 15-0190. No light
bulb with it.
Add to Shopping List  [Google ▼]

**$39.99**
DFW AirParts
★★★★★ 2 seller ratings

**Flood Light for TEPUGM Series Trade Show Booths**
Flood Light- This 200 watt flood light is for the TEPUGM series to trade show booths. This adjustable flood lights is held
in place by the attached clamp...
Add to Shopping List  [Google ▼]

**$131.45**
Displays2go
★★★★★ 100 seller ratings

**Aircraft the Story of Powered Flight**
Numerous illustrations in black and white and color. : Color illustrations, 4to 11 - 13 tall; 128 pages London ND Illustrated
by John Young 08567440063.
Add to Shopping List  [Google ▼]

**$8.85**
Gray Dogs Books

**Cesena 172, Cesena 182, Cesena 206 Strobe Light Power Supply**
Cesena 172, Cesena 182, Cesena 206 Strobe Light Power Supply. Manufactured by Aeroflash. P/N 806028. Cessna P/
N C6220008-0102. 28V. List $164.00...
Add to Shopping List  [Google ▼]

**$69.99**
DFW AirParts
★★★★★ 2 seller ratings

**Flood Light for TE10HF & TE3HP Series Trade Show Displays**
Trade Show Display Lights- Don't let poor lighting ruin the valuable time you ... This 50 watt adjustable flood light
illuminates a wide area of your trade ...
Add to Shopping List  [Google ▼]

**$129.00**
Displays2go
★★★★★ 100 seller ratings

**Aircraft Instrument Panel Light Dimming Rheostat, 0144**
Aircraft Instrument Panel Light Dimming Rheostat. P/N 0144. 25W. 8 Ohm. This type rheostat is used in production
aircraft to dim instrument panel lights. ...
Add to Shopping List  [Google ▼]

**$14.99**
DFW AirParts
★★★★★ 2 seller ratings

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20%-50% off Lighting Sale**
Authorized Dealer. 110% Low Price
Largest Selection. FREE Shipping
www.LightingUniverse.com
Google

**Pilot Lights**
Indicator/Pilot Lights at Digi-Key.
#1 in Availability - Ship Same Day.
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
● www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting Low Prices & Free S/H!
www.CSNLighting.com
Google

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

**Pilot Lights**
Directory of Indicator Lights
Providers. Find It on Business.com
www.business.com







aviator light - Google Product Search

**Aviator Pillar Posts**
Select for your Lincoln Aviator a stainless pillar post set for the highest ... Rest assured that all of our Lincoln Aviator pillar posts are made to last. ...
Add to Shopping List

**$67.99**
HNCTrims

**1990-1993 Toyota Celica Super Style Wing w/ 26" Light**
With a 26" light. Fits 1990, 1991, 1992, 1993 Toyota Celica. IMPORTANT ORDERING INFORMATION! What a great way to personalize your vehicle! ...
Add to Shopping List

**$310.00**
StreetBeatCustoms.co...

**Fifty Five DSL Luke "SNXXXK '57 Aviator Sunglasses Shades**
2008 Eyewear Collection.
Add to Shopping List

**$219.00**
A-List Eyewear

**Hydrometer for Light Liquids (0.700-1.000)**
Hydrometer for light density liquids. Housed in a reusable storage tube.
Add to Shopping List

**$3.99**
Christianbook.com
★★★★★ 3,934 seller ratings

**Glider, Plane, Airplane, Aircraft, Light Aircraft, Taildana, Aviation**
RLF230, REL-FFS016SR-143.gif, REL-FFS016SR-143, REL-FFS016SR-143, Glider Plane Air Aircraft Light Tail Aviation Outdoors Sky Cloudy Day Three People Two ...
Add to Shopping List

**$99.00**
Fotosearch

**Coast® LED-Lenser LL77360 V² 6 LED Cockpit Aviation flashlight 1 ...**
LED-Lenser's technology brings you the World's most advanced handheld lighting devices for aviation & cockpit use. They offer you all the many advantages of ...
Add to Shopping List

**$32.49**
Quality-Items-Flashl...

**Surefire A2 Aviator A2-HA RD Red LED IBNIBI**
Surefire A2 Aviator w/ Red LED Manufacturer: Surefire Manufacturer Part#: ... Features two types of light sources: three long-runtime light emitting diodes ...
Add to Shopping List

**$180.00**
GunBroker.com

**Surefire A2 Aviator A2-HA WH White LED IBNIBI**
Surefire A2 Aviator w/ White LED Manufacturer: Surefire Manufacturer Part#: A2-HA ... Features two types of light sources: three long-runtime light emitting ...
Add to Shopping List

**$180.00**
GunBroker.com

**52728N - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator, Material: Solid Brass, Width/Diameter: 14.25", Height: 9.25", Depth/Extension: 5.25", Height from Outlet Box: 7", Back Plate Width: ...
Add to Shopping List

**$106.20**
1STOPlighting - Your...
★★★★★ 61 seller ratings

**5273BN - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator, Material: Solid Brass, Width/Diameter: 23.5", Height: 9.25", Depth/Extension: 5.5", Height from Outlet Box: 7", Back Plate Width: 7.25" ...
Add to Shopping List

**$142.20**
1STOPlighting - Your...
★★★★★ 61 seller ratings

**1812 SN - PLC Lighting- Aviator Halogen Pendant**
Collection: Aviator, Width/Diameter: 40", Height: 18", Lamp: 16-20w bulb(s). - Desc: Telescopic from 34" to 46" Supplied with hang straight swivel for ...
Add to Shopping List

**$417.28**
1STOPlighting - Your...
★★★★★ 61 seller ratings

**5271BN - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator, Material: Solid Brass, Width/Diameter: 17", Height: 6.25", Lamp: 3-60w bulb(s). - Desc: Brushed Nickel finish featuring a sharp ...
Add to Shopping List

**$124.20**
1STOPlighting - Your...
★★★★★ 61 seller ratings




http://www.google.com/products?q=aviator+light&start=140&lr=&sa=G&scoring=&QG3814-1&aw=N&num=200 (14 of 15) [5/27/2008 9:16:30 AM]

Hinkley Light - Google Product Search

**5270BN - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator, Material: Solid Brass, Width/Diameter: 5", Height: 8.25", Depth/Extension: 5.25", Height from Outlet Box: 4.75", Back Plate Width: ...
Add to Shopping List

$70.20
1STOPlighting - Your...
***** 61 seller ratings

**5274BN - Hinkley Lighting- Aviator Collection Bath Light**
Collection: Aviator, Material: Solid Brass, Width/Diameter: 32.75", Height: 9.25", Depth/Extension: 5.5", Height from Outlet Box: 7", Back Plate Width: ...
Add to Shopping List

$178.20
1STOPlighting - Your...
***** 61 seller ratings

**The Hottest Girls are from Dayton Aviation Hent.. OH - Women's...**
The Hottest Girls are from Dayton Aviation Hent, Ohio Women's Light T-Shirt, brought to you by the 'My City is Hot' Online Store! ...

$18.99
My City is Hot

**Live Love Aviation Kids Light T-Shirt**
You live for and love aviation, avionics, jets, airplanes, helicopters, hot air balloons and gliders. Great gift for pilots, hang gliders, parachuters. ...
Add to Shopping List

$17.99
100 Percent Gear

**Live Love Aviation Women's Light T-Shirt**
You live for and love aviation, avionics, jets, airplanes, helicopters, hot air balloons and gliders. ... Colors: Light Pink, Light Yellow, Light Blue. ...
Add to Shopping List

$18.99
100 Percent Gear

**The Hottest Girls are from Dayton Aviation Hent.. OH - Kids Light...**
The Hottest Girls are from Dayton Aviation Hent, Ohio Kids Light T-Shirt, brought to you by the 'My City is Hot' Online Store! ...

$17.99
My City is Hot

**Live Love Aviation Light T-Shirt**
You live for and love aviation, avionics, jets, airplanes, helicopters, ... Colors: Ash Grey, Natural, Light Blue. Sizes: Small, Medium, Large, X-Large. ...
Add to Shopping List

$19.99
100 Percent Gear

**Coyote Aviator with Elk Hide**
Coyote Fur With Elk Aviator Hat. Genuine coyote fur and elk aviator style hat. This very special hat is made with genuine coyote fur and gorgeous elk outer ...

$249.00
FurSource.com
**** 3 seller ratings

**Preflight a Fixed Wing Light Sport Aircr**
Aviation-Soaring and Ultralight.

$49.95
Powells.com

**BULBTRONICS 1497**
Price $5.19? #x20033 Volts 6.6V20041 Base BA15D / DC BAYONET20035 Watts 17.8W20197 Finish(3) CLEAR20044 AmpsMA 2.75A20029 Shape S8D0061 Lumens, CP ...
Add to Shopping List

$5.19
Bulbtronics

**2Z Acrylic Lowbay**
Induction Lighting Practically maintenance-free. Induction lighting offers many features that make it an attractive light source and is emerging as one of ...
Add to Shopping List

$485.00
access discounts

**MBT GP94 9x9 Gel Pack**
Brighten up your light show by adding a variety of colored gels. ... Dark Golden Amber, Flame Red/Pack D (Magenta, Light Red, Deep Orange, Deep Lavender)
Add to Shopping List

$5.29
GelefTree.com
***** 13 seller ratings

eral light - Google Product Search








**Verilux Happylight Sunlight Simulator**
Verilux Happylight sunlight simulator delivers the color of outdoor lighting indoors. ... light or need to sit in front of for a prescribed period of time. ...
operation: flimhall.com/buyme
adorn your head.
Add to Shopping List
$249.00
BuyLightFixtures.com

$10.99
CafePress.com
★★★★☆ 55 seller ratings

**General Aviation Firefighting for Structural Firefighters**
Description There are more than 17000 general aviation airports in the United ... how to deal effectively and safely with a general aviation incident. ...
Add to Shopping List
$56.49
Traffic safety produ...

**Honeywell Obstruction Lighting - 9LC Control - FAA Type A-1 ...**
... 120VAC Honeywell 9LC Series Controllers: Lighting controls combine digital ... to yield the industry's most comprehensive obstruction lighting controls. ...
Add to Shopping List
$1,760.38
Genesis Lamp

**CDI/GARMIN GPS150/14V LIGHTING**
CDI/GARMIN GPS150/14V LIGHTING
Add to Shopping List
$952.60
latitude_outfitter_c...

**Honeywell Obstruction Lighting - 9LC Control - ICAO Type A-2/3 ...**
... 240VAC Honeywell 9LC Series Controllers: Lighting controls combine digital ... to yield the industry's most comprehensive obstruction lighting controls. ...
Add to Shopping List
$2,470.89
Genesis Lamp

**Honeywell Obstruction Lighting - 9LC Control - FAA Type A-2/3 ...**
... Step-up XFMR 120VAC Honeywell 9LC Series Controllers: Lighting controls ... to yield the industry's most comprehensive obstruction lighting controls. ...
Add to Shopping List
$2,888.15
Genesis Lamp

**Klein Tools: Aviation Snips: Straight Cutting**
Forged and heat treated steel blades for strength and durability. Regular blades have the capacity of cutting 18 gauge cold-rolled sheet metal ...
Add to Shopping List
$17.15
Wink's Lighting & Ele...
★★★★★ 3 seller ratings



**Aviator 16 Light Chandelier in Satin Nickel**
PLC Lighting 1812SN Aviator Ships Free + Coupon - Call 1-800-MY-LAMPS - A touch of spring pervades the dawn with the Aviator chandelier. ...
Add to Shopping List
$304.20
Affordablelamps.com ...



**PLC Contemporary Lighting - Pendants - Aviator**
Lamp/bulb: 16 x 20W - 12V - G4 (included) Glass/Crystal/Lens: Seedy Frost Height: 18" Width: 40" Note: Telescopic from 34" to 46" Finish Shown: Satin Nickel ...
Add to Shopping List
$304.20
MyNode.com
★★★★★ 1 seller rating



**2003 Lincoln Aviator Fog Light For 2003 Aviator**
... level possible when ordering a 2003 Lincoln Aviator New Fog Light. ... no shipping fees when your 2003 Lincoln Aviator Hid Fog Light order of $50.
Add to Shopping List
$823.54
Race Pages



**2005 Lincoln Aviator Fog Light For 2005 Aviator**
2005 Lincoln Aviator New Fog Light are one of the most surefire investments ... When you get a 2005 Lincoln Aviator Fog Light Bulb you can bet you'll get ...
Add to Shopping List
$54.04
Race Pages



Aviator Light - Google Product Search

**04 Lincoln Aviator Fog Light For 04 Aviator**
... test first the 04 Lincoln Aviator aftermarket Fog Lights to make sure they ... great prices on our top-of-the-line 04 Lincoln Aviator Fog Light Bulb parts.
Add to Shopping List
$117.44
Race Pages

**03 Lincoln Aviator Fog Light For 03 Aviator**
Give us a call toll-free regarding any 03 Lincoln Aviator Hid Fog Light questions ... Our 03 Lincoln Aviator Fog Light Bulb will be a perfect fit for your ...
Add to Shopping List
$42.06
Race Pages

**05 Lincoln Aviator Fog Light For 05 Aviator**
Ordering 05 Lincoln Aviator Fog Light Bulb online is fast and simple, however, ... know you can order your next 05 Lincoln Aviator Hid Fog Light online 24 hou.
Add to Shopping List
$61.29
Race Pages

**2004 Lincoln Aviator Fog Light For 2004 Aviator**
2004 Lincoln Aviator Fog Driving Light are one of the most sensible ... any 2004 Lincoln Aviator Fog Light Bulb support you may necessitate, at any time! .
Add to Shopping List
$823.62
Race Pages

**Vintage Aviator Kids Light T-Shirt**
The pint-sized version of our popular adult favorite, our 100% cotton, Hanes Authentic Tagless T-Shirt, It's preshrunk and durable - just what a playful, ...
Add to Shopping List
$17.99
Job Gear & T-shirts

**Hinkley Lighting Aviator 2-Light Vanity Strip in Brushed Nickel**
Hinkley Lighting Aviator collection offers simple lines and a classic look. Featured with solid brass in a brushed nickel finish, the opal etched glass ...
$106.20
CSN Lighting
★★★★½ 20 seller ratings

**Hinkley Lighting 5272 - Aviator Two Light Bath/Vanity strip**
... Finish: Brushed Nickel Glass: Etched Opal Glass Light Bulb: (2)100w A19 Med F Incand The Aviator collection boasts finely-crafted contemporary pieces in ...
Add to Shopping List
$106.20
Lighting Universe
★★★★½ 338 seller ratings

**PLC Lighting 1812-SN - Aviator Multi-Light Pendant**
PLC Lighting Contemporary / Modern Multi Light / Island Pendants, Finish: Satin ... The Aviator is supplied with a hang straight swivel for sloped ceilings. ...
Add to Shopping List
$368.00
Lighting Universe
★★★★½ 338 seller ratings

**Hinkley Lighting 5274 - Aviator Four Light Bath/Vanity strip**
... Finish: Brushed Nickel Glass: Etched Opal Glass Light Bulb: (4)100w A19 Med F Incand The Aviator collection boasts finely-crafted contemporary pieces in ...
Add to Shopping List
$178.20
Lighting Universe
★★★★½ 338 seller ratings

**Sport Pilot DVD - Light-Sport Aircraft**
Sport Pilot DVD - Light-Sport Aircraft by Aviation Supplies & Academics (ASA)Item Number: F2F-SPORTASA has teamed up with renowned sport aviation expert ...
Add to Shopping List
$24.95
AviationSuperman

**Surefire Flashlights A2 Aviator Incandescent & Red LED Flashlight ...**
Surefire A2-HA-RD A2 Aviator Incandescent & Red LED Flashlight (Black) Flashlights.
Add to Shopping List
$194.95
B&H Photo-Video-Audi...

**Surefire Flashlights A2 Aviator Incandescent & Blue LED Flashlight ...**
Surefire A2-HA-BL A2 Aviator Incandescent & Blue LED Flashlight (Black) Flashlights.
Add to Shopping List
$194.95
B&H Photo-Video-Audi...

aviator light - Google Product Search

Surefire Flashlights A2 Aviator Flashlight PHOTO GEAR FLASHLIGHTS ...
Surefire A2-HA-YG A2 Aviator Flashlight, Yellow-Green Illumination, Made in the USA Flashlights.

Add to Shopping List

**$194.95**
B&H Photo-Video-Audi...



Surefire Flashlights A2 Aviator Incandescent & Green LED ...
Surefire A2-HA-GN A2 Aviator Incandescent & Green LED Flashlight (Black) Flashlights.

Add to Shopping List

**$194.95**
B&H Photo-Video-Audi...



Hinkley Lighting 5274BN Brushed Nickel Aviator Contemporary ...
Aviator 4 Light Bathroom Fixture/Etched Opal GlassBackplate: 7-1/4" W x 4-3/4" HExtends: 5-1/2", height from center of outlet box: 6"4-100w Max Medium Base ...

Add to Shopping List

**$178.20**
Improvement Direct
★★★★★ 198 seller ratings

Chandelier - Aviator - 1812-SN
... A touch of spring provides the dawn with the Aviator chandelier. These twelve seedy frost glass flower bud shaped lights are suspended by cables as they ...

Add to Shopping List

**$305.00**
WeGotLites.com
★★★★★ 1 seller rating

US Naval Aviation Light T-Shirt
5.6 oz. 100 cotton. Standard fit. Colors: Ash Grey, Natural, Light Blue. Sizes: Small, Medium, Large, X-Large, 2X-Large (+$3.00), 3X-Large (+$3.00).

Add to Shopping List

**$26.19**
Quariosellers.com on C...

French Lantern Authentic Models
It was a heart stopping moment encountering this lantern at an obscure auction in Paris. Utilitarian, attractive and historical to boot Somehow French tool ...

Add to Shopping List

**$299.99**
MookieGifts.com

Airplane Maintenance
Previous owners name inside. (Ref. #ACC-AV27). London 1940 6 x 9-1/2 Tall Aviation.

Add to Shopping List

**$25.46**
A Collector's Choice...

Warbirds Nightlight
3.5/6 Width X 3 1/4 Height X 1 1/2 DepthEach night light includes a ... The night light frame will come in a finish to match the colors in the design. ...

Add to Shopping List

**$20.00**
Enchanted Lantern



Starboard Lantern, Green Authentic Models
Starboard Lantern, Green 14.25 x 6.75 x 18.5" Candles not included Rich red and green for port and starboard. Expertly aged, classic French Tole. ...

Add to Shopping List

**$139.99**
MookieGifts.com



Whirlz airplane Namo: YB-11A
Very nice printed postcard before 2007. In mint condition. To save on shipping costs, please look for other listings by Ivanhoe. For any possible questions ...

Add to Shopping List

**$1.00**
Playle's Online Auct...



NUVO Lighting (Satco) 76-530 (76530)
2 Light - 14" - Flood Light, Exterior - PAR38 w/Adjustable Swivel & Motion Sensor Light Fixture.

Add to Shopping List

**$34.99**
LightBulbEmporium.co ...
★★★★★ 31 seller ratings



NUVO Lighting (Satco) 76-520 (76520)
1 Light - 5" - Flood Light, Exterior - PAR38 w/Adjustable Swivel Light Fixture.

Add to Shopping List

**$8.99**
LightBulbEmporium.co ...
★★★★★ 31 seller ratings







airsoft light - Google Product Search

NUVO Lighting (Satco) 76-195 (76195)
2 Light - 13" - Flush Mount - Ribbed Ice Glass Light Fixture.
... ... ...
Add to Shopping List

$17.99
LightBulbEmporium.co...
★★★★★ 31 seller ratings

Preflight a Fixed Wing Light-Sport Aircraft: For Sport Pilots
The correct procedures for completing a preflight inspection of a fixed wing light-sport aircraft are thoroughly explained and demonstrated in this ...
Add to Shopping List

$49.95
Barnes & Noble.com
★★★★☆ 345 seller ratings

PHOTON MICRO-LIGHT II PERSONAL FLASHLIGHT - WHITE
Worlds smallest and brightest flashlight. LED technology fits on any keychain then you forget it's there. Can be seen for over a mile. ...
Add to Shopping List

$16.95
BooneSky Aviation

LIGHT SOURCE - STEADY WHITE LIGHT (LS-6A)
Light Source LS-6A LIGHT SOURCE: This super cube sized light will emit a steady WHITE light continuously for up to 1 week on one 9 V battery ...
Add to Shopping List

$19.50
BooneSky Aviation

ZIPKA LED LIGHT / RETRACTING STR
The Zipka is the little sister of the Tikka. A retractable dyneema cord replaces the elasticated headband, making it even more compact and lightweight than ...
Add to Shopping List

$41.18
BooneSky Aviation

MIKE LITE ( Mic Light) - WHITE & IR LIGHT (ML-19)
Use White for NVG compatible light. Use IR to enhance ambient light with NVGs. ... police, aviators, sportsmen, hunters, fisherman, mechanics and many ...
Add to Shopping List

$58.76
BooneSky Aviation

L4 LED LIGHT - BLACK
The L4 is a handy, unbelievably bright LED light that's powered by 3 AAAA alkaline. ... The light weight, slim profile design fits neatly in your pocket and ...
Add to Shopping List

$19.29
BooneSky Aviation

MIKE LITE ( Mic Light) - NVG GREEN & WHITE LIGHT (ML-14)
This light will provide the same or better light as the previous version of the ... police, aviators, sportsmen, hunters, fisherman, mechanics and many ...
Add to Shopping List

$58.76
BooneSky Aviation

302MFRACX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v Fk
302MFRACX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v FkThis product contains: Lytepoints: Lytepoints 3 3/4" Air Seal Ic 12v Fk302MFRACX - Lightolier LytePoints ...
Add to Shopping List

$96.56
Lighting By Gregory
★★★★☆ 84 seller ratings

302MRACEX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v Fk
302MRACEX - Lightolier Lytepoints 3 3/4" Air Seal Ic 12v FkThis product contains: Lytepoints 3 3/4" Air Seal Ic 12v Fk302MRACEX - Lightolier ...
Add to Shopping List

$119.83
Lighting By Gregory
★★★★☆ 84 seller ratings

Adesso Aviator Torchiere - 5161
Aviator Torchiere Each lamp has a half moon frosted glass shade with a satin steel base Chrome accent on base and shade Full range dimmer switch on pole 2 x ...
Add to Shopping List

$150.15
AbsoluteHome.com
★★★★☆ 508 seller ratings

Up Up and Away Airplane Kids Light T-Shirt
Cute planet shirts, apparel, buttons and more make great airplane and aviation gifts. A cute future pilot present for a boy or girl. ...
Add to Shopping List

$22.99
Chrissy H. Studios.....

http://www.google.com/products?q=airsoft+light&start=100&scoring=D2&848&btnG=Search&hl=en&lr=&um=1 (1 of 6) 12/27/2008 9:16:50 AM)

Froogle Light - Google Product Search

Hinkley Aviator Series 5271 Wall Sconce
17" wide x 8.25" tall Aviator Bath series bath bracket in a brushed nickel finish with etched opal glass. Uses three
60wt standard t base bulbs. ...
  Add to Shopping List

He-111H-14, Blitz bomber (1/72) - Lights and Sounds model
Featuring a special interactive electronic light and sound "Bombing Mission" ... search light and bomb flashes and
authentic sounds including engines. ...
  Add to Shopping List

SUREFIRE AVIATOR FLASHLIGHT RED
Extremely compact (shirt pocket size) dual-output hybrid flashlight for aviation, camping, self-defense, and general use.
  Add to Shopping List

Flashlights A2-HA-YG - SureFire A2 Aviator Compact Flashlight A2 ...
... LED start-on-switch lockout prevents accidental activation during transport or storage.Package Contents:SureFire A-2
OD Hard Compact Aviator Flash-light A2-
  Add to Shopping List

AVIATOR QUICLITE LED GREEN
The new Aviator's QuicLite is the newest personal light device for pilots. Extra Bright LED, available with Red, Green,
White or Blue Light. Handy poc.
  Add to Shopping List

Surefire A2 Aviator White LED
Surefire A2 Aviator White LED.
  Add to Shopping List

Hinkley 5272BN Aviator Bath Strip
The Hinkley Lighting Aviator 2 Light Indoor Bath Strip 5272BN is part of the transitional style Aviator collection by
Hinkley Lighting. Width: 14.25 inches. ...
  Add to Shopping List

Hinkley 5273BN Aviator Bath Strip
The Hinkley Lighting Aviator 3 Light Indoor Bath Strip 5273BN is part of the transitional style Aviator collection by
Hinkley Lighting. Width: 23.5 inches. ...
  Add to Shopping List

LED Lenser V2 Aviator Professional Torch
LED Lenser V2 Aviator Professional Torch The LED Lenser Professional range ... Features Cloverleaf 6 reflector system 5
x high intensity white light chips. ...
  Add to Shopping List

Hinkley 5270BN Aviator Wall Mounted Sconce
The Hinkley Lighting Aviator 1 Light Indoor Wall Mounted Sconce 5270BN is part of the transitional style Aviator
collection by Hinkley Lighting. ...
  Add to Shopping List

Hinkley 5274BN Aviator Bath Strip
The Hinkley Lighting Aviator 4 Light Indoor Bath Strip 5274BN is part of the transitional style Aviator collection by
Hinkley Lighting. Width: 32.5 inches. ...
  Add to Shopping List

Satco 90-231 (90231)
4" Polished Brass Finish Wood Holder Includes Hardware.
  Add to Shopping List

$124.20
SearchLighting.com

$95.95
Diecast Airplane

$195.00
Aircraft Spruce and ...
★★★★★ 1 seller rating

$195.00
Shopless.com

$21.80
Aircraft Spruce and ...
★★★★★ 1 seller rating

$195.00
Impact Guns Online S...

$106.20
Farreys.com
★★★☆☆ 1 seller rating

$142.20
Farreys.com
★★★☆☆ 1 seller rating

$51.55
OutdoorGB.com

$70.20
Farreys.com
★★★☆☆ 1 seller rating

$178.20
Farreys.com
★★★☆☆ 1 seller rating

$4.20
LightBulbEmporium.co...
★★★★★ 31 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&sa=N&start=1&scoring=&start1=200 (4 of 9) [1/27/2008 9:14:50 AM]

aviator light - Google Product Search

**Satco 90-1336 (901336)**
Silver Beaded Square Clip-On Shade - Top 3" Bottom 4", Side 4"
[ Add to Shopping List ]

$7.43
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Satco 50-727 (50727)**
Lexan White Ball/Globe 6" Diameter, 3-1/164" Fitter.
[ Add to Shopping List ]

$4.85
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Satco 4505/Aircraft Navigation (S4319)**
50W 28V PAR36 Screw Terminal Base Sealed Beam Incandescent Lamp.
[ Add to Shopping List ]

$9.75
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Satco 80-1497 (801497)**
660W-600V Fixed T12 Slimline Single Pin Fluorescent Socket Lampholder.
[ Add to Shopping List ]

$1.43
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**USHIO QIH120-300T/S (1001288)**
300W 120V Metal Sleeve w/Lead Wire Base Double Ended Clear Quartz Infrared Heater Lamp.
[ Add to Shopping List ]

$12.99
LightBulbEmporium.co...
★★★★★ 31 seller ratings

**Westinghouse 78407, Brushed Nickel Aviator Contemporary / Modern 52 ...**
52" 5 Blade Brushed Nickel ceiling fanMaple/Mahogany reversible plywood bladesincludes 1-light fixture with opal ribbed glass.Use one E-11 base Halogen bulb ...
[ Add to Shopping List ]

$334.00
Improvement Direct
★★★★★ 188 seller ratings

Refine product results for: aviator light
**Price range**
· Under $10
· $10 - $30
· $30 - $200
· Over $200
· $[ ] to $[ ]

**Brands**
· Garmin
· Hella
· Hinkley Lighting
· Pilot
· Prox

· surefire

**Stores**
· Albeo
· AvShop Pilot Shop
· B&H Photo-Video-Audi...
· Bfilio.com Books
· BooneSky Aviation

· DritSpot.com
· uAutoWorks.com
· eBay
· Eoloseach
· Lyle Ford

· Majstic.com Aviatio...
· Military Vet Shop
· PilotMall.com Aviati...
· Pilotwear & Aviation..
· Quatrosales from Cal...

· Quatrosales.com on C...
· RidePros.com
· UnbeatableSale
· Underbid.com
· www.AviationLogs.com

· www.PicCenter.com

**Seller rating**
· 4 stars and up
· 3 stars and up
· 2 stars and up
· Has a rating
· [ ] to [ ]

◄ Go○○○○○○○○gle | c ►
Result Page: Previous 1 2 3 4 5 6 7 8 9 10 11 12  Next
Google does not charge for inclusion in its search results or accept payment for better placement.

[ aviator light ]  [ Search Products ]  [ Search the Web ]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google
©2008 Google - 鵴 Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News Shopping Gmail more ▼

My Shopping List

Google | aviator light

| Search Products | Search the Web |

Advanced Product Search
Preferences

**Products**

Show : ... items only  Showing all items

Results 391 - 460 of about 7,997 for aviator light. (0.94 seconds)

Sort by relevance

Show grid view

Sponsored Links

**Aircraft Lighting**
Huge selection of aviation supplies
Save with our low price guarantee!
• www.SkyGeek.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

**IPCW LEDT-343CB - RidePros.com**
Fuse this hottest looks with the latest in tail light style and technology. IPCW LED Tail Lights set your ride on fire with clean looks, long-lasting quality ...
Add to Shopping List

$333.95
RidePros.com

**IPCW LEDT-351CB - RidePros.com**
Fuse the hottest looks with the latest in tail light style and technology. IPCW LED Tail Lights set your ride on fire with clean looks, long-lasting quality ...
Add to Shopping List

$315.95
RidePros.com

**IPCW CWT-CE517CB - RidePros.com**
IPCW CWT-CE517CB IPCW Euro Tail Lights. Light 'em up the way they do across the pond: IPCW Euro Tail Lights. Pick from up to 4 sophisticated styles like ...
Add to Shopping List

$310.95
RidePros.com

**Transfer Mail airplane on airfield**
Very nice printed postcard before 2008. In mint condition. To save on shipping costs, please look for other listings by kvanhoe. For any possible questions ...
Add to Shopping List

$1.00
Plavie's Online Auct...

**12920 - Superna ControlBox II Automation Control - at Smarthome #12920**
12920 - This networking device allows quick and easy installation of a home automation solution in any environment. You can also use it to experience ...
Add to Shopping List

$1,300.00
Smarthome
★★★★★ 196 seller ratings

**TUFLOC 8 Compartment 15Hx14Wx14D Security LockBox**
ModulBox® Lockboxes secure evidence, property and guns. The units are manufactured from heavy (12/14 gauge) welded steel and feature Medeco® high-security ...
Add to Shopping List

$467.95
Seronnel.com Worldwi...

**Streamlight Jr. Luxeon LED Pilot Flashlight**
Battery Two AA alkaline Bulb Luxeon LED Material Machined aluminum housing with anodized finish; shock and water resistant; unbreakable polycarbonate lens. ...
Add to Shopping List

$29.00
Speciality Aviation S...

**Luftschiff LZ8**
Luftschiff LZ8 / good condition.
Add to Shopping List

$1.00
Plavie's Online Auct...

**ColorChecker Chart**
... dark skin, light skin, blue sky, foliage, blue flower and bluish green. ... but also reflect light the same way in all parts of the visible spectrum. ...
Add to Shopping List

$69.00
Lights On

**MBT FM5000Z Super Fogger**
"Super Fogger UL Listed! Designed for mobile DJs, bands, clubs and theatres. Affordable and compact, this unit comes with external remote and 25 cable. ...
Add to Shopping List

$135.00
Event Horizon & Serv...

aviator light - Google Product Search

**MBT FM900002 Pro Super Fogger**
"1000 Watt heater. Output: 10000 Cubic feet per Minute. Warm-up time: 5 minutes. Fog fluid tank:1.5 liters. Includes on-off remote, hanging bracket."
Add to Shopping List

**$239.50**
Event Horizon & Serv...

**SPARROW AVIONICS LW2014 - LIGHT WEDGE 2-1 / 4" / 14V / PMA**
... a good rule of thumb is that for every post light removed, three NULITEs can be ... without any modification to the aircraft's lighting circuit. ...
Add to Shopping List

**$52.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**WHELEN ENGINEERING A600PR28 - POSITION LIGHT / 28V**
WHELEN ENGINEERING A600PR28 - Model A600 P&PR Series Light Head. Wing Tip anticollision. / forward position and tail position lights, all / in one compact ...
Add to Shopping List

**$224.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**SPARROW AVIONICS LB4014 - LIGHT BAR 4" / 14V**
... epoxy / €¢ Two each Mil Spec. incandescent lamps / €¢ Meets FAR 25.853 burn requirements / €¢ Limited lifetime warranty / €¢ Lighting is 100% linear (is ...
Add to Shopping List

**$52.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**The North Face Prophecy Boys' Hiking Shoe**
The North Face Prophecy Boys' Hiking Shoe Aviator Blue/Alloy Grey 4.5. Set your kid loose in the mountains, woods, or desert with The North Face's versatile ...
Add to Shopping List

**$44.95**
Explore64.com
★★★★★ 2 seller ratings

**I'm All About Flying Aviation Women's Pink T-Shirt**
What to wear to Oshkosh or any flyin this summer! A bright red airplane flies out of a blue sky. GREAT gift for the pilot, aeronautics student or lover of ...
Add to Shopping List

**$22.99**
Scarebaby

**Marine Aviation Kids T-Shirt**
The world's most versatile aviators: United States Marine Corps. USMC! The pint-sized version of our popular adult favorite, our 100% cotton, ...
Add to Shopping List

**$21.59**
Quatrosales from Caf...

**Low and Slow Aviation Women's Pink T-Shirt**
Low and slow, it's a phrase every good pilot knows. Refers to old vintage aircraft, so buffs will love this design. If they're into stick and rudder flying, ...
Add to Shopping List

**$22.99**
Scarebaby

**Marine Aviation Ash Grey T-Shirt**
The world's most versatile aviators: United States Marine Corps. USMC! ... Colors: Ash Grey, Natural, Light Blue. Sizes: Small, Medium, Large, X-Large, ...
Add to Shopping List

**$19.89**
Quatrosales from Caf...

**Dawn Patrol Aviation Kids T-Shirt**
What a great design to give to the pilot or aviation buff in your life! Dawn patrol, with a great kids biplane! A Scarebaby Design exclusive. ...
Add to Shopping List

**$19.99**
Scarebaby

**Aviator Lights & Lighting**
Aviator Lights & Lighting: X-Pel Headlight Protection Lincoln Aviator 2005 05 ... Lights & Lighting 05 Lincoln Aviator car safety cob-centric nock guard. ...
Add to Shopping List

**$74.95**
AutoAnything.com
★★★★★ 473 seller ratings

**WHELEN ENGINEERING A350CNIW28 - A350CNIWBKLG28 / 28V / POSTLIGHT**
WHELEN ENGINEERING A350CNIW28 : Instrument post light assemblies designed to illuminate the instrument panel and function / as instrument mounting bolts. ...

**$39.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

http://www.google.com/products?q=aviator+light&num=10&hl=en&sa=2&start=50&sa=N&num=10&..(14/91)5/27/2008 9:17:23 AM]

avnav light - Google Product Search

**WHELEN ENGINEERING A350CNSH28 - A350CNGLBKSH28 / 28V / POSTLIGHT**
WHELEN ENGINEERING A350CNSH28 . Instrument post light assemblies designed to illuminate the instrument panel and function / as instrument mounting bolts. ...

Add to Shopping List

**$39.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**WHELEN ENGINEERING A350CNWBS4 - A350CNWBKSH14 / 14V / POSTLIGHT**
WHELEN ENGINEERING A350CNWBS4 . instrument post light assemblies designed to ... bolts These post light assemblies come with or without a connector nut; ...

Add to Shopping List

**$39.97**
KEENZO ELECTRONICS
★★★★☆ 66 seller ratings

**HGLE 400-D (NAV)**
... makes them perfect for illuminating factories and other large halls. Applications: General lighting with downlights in factories offices and warehouses.

Add to Shopping List

**$68.57**
Luminaires, Lighting...

**RC ALLEN 12-1,000-09L 28V LIGHT**
Used with 50 MV Shunt 12-002 Series.

Add to Shopping List

**$437.95**
Aircraft Spruce and ...
★★★★★ 1 seller rating

**Hydrometer Light Liquids**
Hydrometers for liquids with different densities. Range .700-1.000 in .01 divisions, overall length 29cm. The hydrometers bulb and stem are made of chemical ...

Add to Shopping List    · Compare

**$7.50**
Infogra.com

**'Itty Bitty' Book Light**
This is the original best-selling "itty-bitty" book light that has been a ... The quiet, no-glare adjustable book light creates just the right light for ...

Add to Shopping List    · Compare

**$29.95**
Historic Aviation

**Allen and Heath PA28**
28 input Stereo Live Mixer [n] The PA range (PA12, PA20 and PA28) are robust compact mixers with a straight forward layout and buckets of functionality. ...

Add to Shopping List    · Compare

**$1,299.00**
Midwest Pro Sound &...

**UMA Enterprises, Inc. 24-inch Circular Wall Plate 21995**
This decorative floral wall plate adds a touch of springtime and uplifts the mood in any interior space. Plumes of leaves and flowers reach towards the ...

Add to Shopping List    · Compare

**$39.95**
Destination Lighting
★★★★★ 4 seller ratings

**Omnisistem Pled 250 Wash**
Features: [n] POWER: 117V/60Hz [n] LAMP:Philips MSD 250/2 discharge lamp [n] Color Temperature: 6700°K [n] COLORS: Cyan, Yellow, Magenta color mixing plus a ...

Add to Shopping List    · Compare

**$1,349.00**
Midwest Pro Sound &...

**Stained Glass F-117 Suncatcher**
This is the F-117 night flight and suncatcher. The night light is Opalescent Grey. The sun catcher is Antique Steel Blue which is a dark blackish blue ...

Add to Shopping List

**$25.95**
www.herooear.us

**Flightlight**
Flightlight by Aviation Supplies & Academics (ASA)item Number: ASA-FL2-AThis flashlight has white and red lenses for preflight and night flying. ...

Add to Shopping List

**$16.95**
AviationSupermart

**ASA's Flightlight Pen**
ASA's Flightlight Pen by Aviation Supplies & Academics (ASA)item Number: ... This product saves pilots from using an overhead light when writing in a ...

Add to Shopping List

**$6.95**
AviationSupermart

AL300 - AL 300 AREA HAT
The SmartStem system is easy, all eight Area Hats fit any of out three Stems. Solid brass construction with a beautiful aged look, each Area Hat comes with ...
Add to Shopping List
**$30.49** A&H Turf and Special...

Hella Fog **Lights** Lincoln **Aviator** Fog **Lights**
Hella Fog **Lights** provides superior quality for your Lincoln **Aviator**. Each Hella Lincoln **Aviator** Fog **Lights** meets or exceeds SAE standards for automobiles. ...
Add to Shopping List
**$60.34** Car Parts Stuff — 2 seller ratings

Hella Fog **Light** Lens Lincoln **Aviator** Fog **Light** Lens
Hella Fog **Light** Lens provides superior quality for your Lincoln **Aviator**. Each Hella Lincoln **Aviator** Fog **Light** Lens meets or exceeds SAE standards for ...
Add to Shopping List
**$10.03** Car Parts Stuff — 2 seller ratings

Hella Fog **Light** Kits Lincoln **Aviator** Fog **Light** Kits
Hella Fog **Light** Kits provides superior quality for your Lincoln **Aviator**. Each Hella Lincoln **Aviator** Fog **Light** Kits meets or exceeds SAE standards for ...
Add to Shopping List
**$90.44** Car Parts Stuff — 2 seller ratings

Hella Fog **Light** Lincoln **Aviator** Fog **Light**
Hella Fog **Light** provides superior quality for your Lincoln **Aviator**. Each Hella Lincoln **Aviator** Fog **Light** meets or exceeds SAE standards for automobiles. ...
Add to Shopping List
**$117.93** Car Parts Stuff — 2 seller ratings

Lincoln **Aviator** Fog **Lights** - Lincoln **Aviator** Fog **Lights** 2003 - 2005
... Universal Xenon Euro Beam Clear Lens **Light** Kit includes 9" Round Die-Cast Metal Red Lamps With D2S 35 Watt Xenon Bulb, Ballast, Wiring Harness, ...
Add to Shopping List
**$603.96** Car Junky — 3 seller ratings

Lincoln **Aviator** Fog **Light** - Lincoln **Aviator** Fog **Light** 2003 - 2005
HELLA FF1000 SERIES UNIVERSAL HALOGEN DRIVING LAMP KIT 7" ROUND CLEAR - SOLD INDIVIDUALLY Bright As Daylight Far Reaching Beam Produced By FF Reflector ...
Add to Shopping List
**$77.35** Car Junky — 3 seller ratings

Lincoln **Aviator** Fog **Light** Kits - Lincoln **Aviator** Fog **Light** Kits ...
HELLA MODEL 550 UNIVERSAL DRIVING LAMP KIT CLEAR RECTANGULAR - Universal 55 Watt Halogen Driving **Light** Kit Includes 2 Model 550 Rectangular Black High ...
Add to Shopping List
**$90.64** Car Junky — 3 seller ratings

Lincoln **Aviator** Fog **Light** Lens - Lincoln **Aviator** Fog **Light** Lens ...
HELLA CLEAR LENS COVER FOR FF300 MODEL **LIGHTS** - Clear Lens For Cool Blue FF300 Model **Lights** Sold Individually.
Add to Shopping List
**$10.03** Car Junky — 3 seller ratings

Hella Lincoln **Aviator** Fog **Light** Lens 2005 2004 2003
HELLA CLEAR LENS COVER FOR RALLYE 4000 MODEL **LIGHTS** - Clear Lens For Cool Blue Rallye 4000 Model **Lights** Sold Individually.
Add to Shopping List
**$10.41** 1 Motor Mart — 10 seller ratings

Hella Lincoln **Aviator** Driving **Light** 2005 2004 2003
HELLA MICRO FF SERIES UNIVERSAL COMPACT HALOGEN DRIVING LAMP RECTANGULAR 4" CLEAR - SOLD INDIVIDUALLY Far Reaching Beam Produced By FF Reflector Technology ...
Add to Shopping List
**$60.95** 1 Motor Mart — 10 seller ratings

Hella Lincoln **Aviator** Fog **Light** 2005 2004 2003
HELLA MICRO FF SERIES UNIVERSAL COMPACT HALOGEN FOG LAMP RECTANGULAR 4" CLEAR - SOLD INDIVIDUALLY Broad Area Beam Produced By FF Reflector Technology ...
Add to Shopping List
**$60.95** 1 Motor Mart — 10 seller ratings

aviator light - Google Product Search

Hella Fog Light Lincoln Aviator 05 04 03 MICRO FF SERIES UNIVERSAL ...
... 3 3/8'' High 4 5/8'' Wide 2 1/2'' Deep UNIVERSAL MOUNT Sold Individually. Fits: '03 Lincoln Aviator, 04 Lincoln Aviator, 05 Lincoln Aviator Fog Lights.
**Add to Shopping List**

$77.55
InterAuto
★★★☆☆ 2 seller ratings



Hinkley Lighting 5273BN Brushed Nickel Aviator Contemporary ...
Hinkley Lighting H5273 Bathroom Fixtures Brushed Nickel Aviator Indoor Lighting, 3 Lights Aviator 3 Light Bathroom Fixture/Etched Opal GlassBackplate: 7-1/4'' ...
**Add to Shopping List**

$142.20
Lighting Direct
★★★★★ 125 seller ratings

Hinkley Lighting 5274BN Brushed Nickel Aviator Contemporary ...
Hinkley Lighting H5274 Bathroom Fixtures Brushed Nickel Aviator Indoor Lighting, 4 Lights Aviator 4 Light Bathroom Fixture/Etched Opal GlassBackplate: 7-1/4'' ...
**Add to Shopping List**

$178.20
Lighting Direct
★★★★★ 125 seller ratings

PLC Lighting 1812-SN Satin Nickel Aviator Contemporary / Modern 16 ...
PLC Lighting PLC 1812 Chandeliers, Satin Nickel Aviator, Indoor Lighting Up Lighting Aviator Halogen ChandelierO. VH: Telescope from 34'' to 46''Lamp: 16 x 20W ...
**Add to Shopping List**

$338.00
Lighting Direct
★★★★☆ 125 seller ratings

Hinkley Lighting 5270BN Brushed Nickel Aviator Contemporary ...
Hinkley Lighting H5270 Wall Sconces, Brushed Nickel Aviator Indoor Lighting, Reversible Aviator 1 Light Wall SconceEtched Opal GlassBackplate: 4-3/4'' W x ...
**Add to Shopping List**

$70.20
Lighting Direct
★★★★★ 125 seller ratings

Lincoln Aviator F1-light - Black w/ Polished Lip 18x7.5 Wheels ...
... such as Zen F1-light and other auto accessories and filled the gap. ... your car a luxurious look, look no further than the Zen F1-light car rims. ...
**Add to Shopping List**

$1,070.00
Progressive Auto Par...



Lincoln Aviator F1-light - Black w/ Polished Lip 17x7 Wheels ...
General: Zen F1-light - Best Of West, Zen Is The BestWhen there was a demand of a ... such as Zen F1-light and other auto accessories and filled the gap. ...
**Add to Shopping List**

$116.25
Progressive Auto Par...



Flying the Light Retractables by LeRoy Cook
Flying the Light Retractables is an informative journey through the ... what you need and want to know about flying these light retractable-gear airplanes. ...
**Add to Shopping List**

$18.99
PilotMall.com Aviati...



CLEARANCE AvSoft Lights and Switch Guide Software
The Lights and Switch Guide allows for students to edit text and questions, ... Functionality of all cockpit features, such as cockpit lights, switches, ...
**Add to Shopping List**

$14.95
PilotMall.com Aviati...



Guardian Dual Function LED Red Signal Light
The Guardian is the lightest, brightest, toughest light in its class! ... Omni-directional light - Can be seen from all sides with our unique optics ...
**Add to Shopping List**

$9.95
PilotMall.com Aviati...



Skylite LED Flight Light
This is the perfect compact light for pilots! The Skylite LED flashlight illuminates in two ... Use the white light for general lighting, night preflights, ...
**Add to Shopping List**

$27.99
PilotMall.com Aviati...



Letise at Light-Up Pen (Green LED)
Green light preserves night vision just as well as red light. However, green light has a major advantage in aviation settings -- green does not wash out ...
**Add to Shopping List**

$7.95
PilotMall.com Aviati...



aviator light - Google Product Search

Designer Style Ashley Womens Rhinestone Aviator Sunglasses
For the casual or Dressed to the Nines sophisticate, City Lights sunglasses ... City Lights have 100% ultra-violet
protection and offer comfort and style. ...
**Add to Shopping List**

**$12.95**
www.oulenrebel.com

60184 50R20TC 60ct
50R20TC 50 Watt R20 Medium Base, 130 volt, 5000hr, Toughcoat, 60 bulb pack.
**Add to Shopping List**

**$359.40**
SAYlighting.com

1963 Electric Light & Power Ad w/ Skybolt Missile
This is a 1963 ad for a investor-owned Electric Light and Power Companies w/ Skybolt Missile! The size of the ad
is approximately 5x7inches. ...
**Add to Shopping List**

**$9.99**
Vintage Paper Ads

Londons Times Funny Science Cartoons - Aviation April Fools Jokes ...
Aviation April Fools Jokes Light Switch Cover is new and handcrafted utilizing unique process resulting in a stunning
high gloss ceramic-like finish. ...
**Add to Shopping List**

**$11.75**
3dRose.com

Flying Ultralights
Flying Ultralights by Aviation Supplies & Academics (ASA)Item Number ... each phase- Airmanship in general aviation-
Air exercises skills and techniques. ...
**Add to Shopping List**

**$14.95**
AviationSupermart

Preflight a Fixed Wing: Light-sport Aircraft For Sport Pilots
Preflight a Fixed Wing: Light-sport Aircraft For Sport Pilots.
**Add to Shopping List**

**$38.18**
BiggerBooks.com
★★★★☆ 19 seller ratings

Westinghouse 78407 Brushed Nickel Aviator Contemporary / Modern 52 ...
Westinghouse Aviator Indoor Ceiling Fans, Brushed Nickel,Aviator,Fans 52" 5 ... fanMaple/Mahogany reversable
plywood bladesIncludes 1-light fixture with opal ...
**Add to Shopping List**    [ ..... ]

**$334.00**
Lighting Direct
★★★★★ 125 seller ratings

MAKING PERFECT LANDINGS IN LIGHT AIRPLANES
Shows how pilots can develop a keen sense of awareness to recognize and understand different landing situations
and evaluate the airplane's capacity to meet. ...
**Add to Shopping List**    [ ..... ]

**$19.19**
Books4u.net

Sport Pilot. Choosing the Light-Sport Aircraft That's Right for ...
ISBN : 1560276606 Studio : Aviation Supplies & Academics Format : DVD.
**Add to Shopping List**

**$19.36**
Inkfaal
★★★★☆ 3 seller ratings

52738N, Hinkley Lighting AVIATOR 3 LT BATH VANITY model number ...
... model number 52738N, by Hinkley Lighting From the Aviator Collection from Hinkley LightingFinish:
Brushed NickelWattage: 3-100 medQ3 1/2 inches Wide x 9 ...
**Add to Shopping List**    [ ..... ]

**$141.60**
Soho Lighting
★★★★★ 11 seller ratings

52748N, Hinkley Lighting AVIATOR 4 LT BATH VANITY model number ...
... model number 52748N, by Hinkley Lighting From the Aviator Collection from Hinkley LightingFinish:
Brushed NickelWattage: 4-100 med32 3/4 inches Wide x 9 ...
**Add to Shopping List**    [ ..... ]

**$177.60**
Soho Lighting
★★★★★ 11 seller ratings

52708N, Hinkley Lighting AVIATOR 1 LT BATH VANITY model number ...
... model number 52708N, by Hinkley Lighting From the Aviator Collection from Hinkley LightingFinish:
Brushed NickelWattage: 1-100 med5 inches Wide x 9 1/4 ...
**Add to Shopping List**    [ ..... ]

**$69.60**
Soho Lighting
★★★★★ 11 seller ratings

http://www.google.com/products?q=aviator+light&num=100&hl=en&clientQ=04/04/78+(1/27/2008 9:7:22 AM)

Google Product Search

**5271BN, Hinkley Lighting AVIATOR FLUSH 3LT BATH VANITY model ...**
... model number 5271BN, by Hinkley Lighting From the Aviator Collection from Hinkley LightingFinish:
Brushed NickelWattage: 3-60 med 17 inches DiameterWide ...
Add to Shopping List

**$123.60**
Soho Lighting
★★★★★ 11 seller ratings

**Hinkley Lighting AVIATOR 2LT BATH VANITY model number 5272BN**
FREE SHIPPING! on the AVIATOR 2LT BATH VANITY, model number 5272BN, by Hinkley Lighting. Use coupon
code "clearance" for an extra 5% discount. ...
Add to Shopping List

**$106.20**
Soho Lighting
★★★★★ 11 seller ratings

**Hinkley Lighting AVIATOR 4LT BATH VANITY model number 5274BN**
FREE SHIPPING! on the AVIATOR 4LT BATH VANITY, model number 5274BN, by Hinkley Lighting. Use coupon
code "clearance" for an extra 5% discount. ...
Add to Shopping List

**$178.20**
Soho Lighting
★★★★★ 11 seller ratings

**Hinkley Lighting AVIATOR FLUSH 3LT BATH VANITY model number 5271BN**
FREE SHIPPING! on the AVIATOR FLUSH 3LT BATH VANITY, model number 5271BN, by Hinkley Lighting. Use
coupon code "clearance" for an extra 5% discount. ...
Add to Shopping List

**$124.20**
Soho Lighting
★★★★★ 11 seller ratings

**ELSC-LC1-SA-LR2-B-AL**
ELSC-LC1-SA-LR2-B-AL
Add to Shopping List

**$144.54**
Emergency Lighting

**ELSC-LC1-SA-LG1-B-AL**
ELSC-LC1-SA-LG1-B-AL
Add to Shopping List

**$134.64**
Emergency Lighting

**Malaga Airport**
Visit airports from around the world with these great DVDs from World Air Routes Malaga Airport by Just Planes (DVDs)
Item Number: JPW75 Manchester ...
Add to Shopping List

**$27.95**
Aviation Audio Video

**Eurofly A320 & A330-200**
Airline Cockpit Video from Just Planes DVDs Eurofly A320 & A330-200 by Just Planes (DVDs)Item Number:
JPEEZ1Airline Cockpit Video DVD's from Just Planes ...
Add to Shopping List

**$27.95**
Aviation Audio Video

**FlightLITE Super-bright LED Personal Illuminator**
Waterproof, dustproof36 continuous hour battery lifeWhite and red light ... at the angle needed to clear the dome of the
ear cup, giving a better aimed light.
Add to Shopping List

**$21.95**
PilotMall.com Aviati...

**Pelican L4 1830 LED Flashlight**
The Pelican L4 is a streamlined LED precision light made of rugged Xenoy ... It has a brilliant 8 Lumen stream of light
with an extremely long 50 hour ...
Add to Shopping List

**$19.99**
PilotMall.com Aviati...

**Aviator Brushed Nickel Vanity Light Hinkley (5274BN)**
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high, 32.75 inches wide. ...
Add to Shopping List

**$178.20**
InterStore
★★★★★ 1 seller rating

**PLC Lighting - Pendant - Aviator - 1812 SN**
Height - 18". Color / Finish - Satin Nickel. Glass Type - Decorative; Bulb Type - Medium; Bulb Wattage - 20; Width - 40";
Bulb Count - 16; *16 Bulbs, ...
Add to Shopping List

**$264.40**
InterStore
★★★★★ 1 seller rating

      

vanity light - Google Product Search

Aviator Brushed Nickel Vanity Light Hinkley (52728N)
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high. 14.25 inches wide. ...
Add to Shopping List

**$106.20**
InterStore
★★★★★ 1 seller rating

Aviator Brushed Nickel Vanity Light Hinkley (52738N)
Collection: Aviator Type: Vanity Lamps & Bath Light Fixtures Finish: Brushed Nickel Glass: Opal Etched Dimensions:
9.25 inches high. 23.5 inches wide. ...
Add to Shopping List

**$142.20**
InterStore
★★★★★ 1 seller rating

Hinkley Lighting AVIATOR 4LT BATH VANITY model number 5274BN-HKL Bath
AVIATOR 4LT BATH VANITY, model number 5274BN, by Hinkley Lighting From the Aviator Collection from
Hinkley LightingFinish: Brushed NickelWattage: 4-100 ...
Add to Shopping List

**$178.20**
InterStore
★★★★★ 1 seller rating

Hinkley Lighting AVIATOR 2LT BATH VANITY model number 5272BN-HKL Bath
AVIATOR 2LT BATH VANITY, model number 5272BN, by Hinkley Lighting From the Aviator Collection from
Hinkley LightingFinish: Brushed NickelWattage: 2-100 ...
Add to Shopping List

**$106.20**
InterStore
★★★★★ 1 seller rating

Hinkley Lighting AVIATOR 1LT BATH VANITY model number 5270BN-HKL Bath
AVIATOR 1LT BATH VANITY, model number 5270BN, by Hinkley Lighting From the Aviator Collection from
Hinkley LightingFinish: Brushed NickelWattage: 1-100 med5 ...
Add to Shopping List

**$70.20**
InterStore
★★★★★ 1 seller rating

Hinkley Lighting AVIATOR 3LT BATH VANITY model number 5273BN-HKL Bath
AVIATOR 3LT BATH VANITY, model number 5273BN, by Hinkley Lighting From the Aviator Collection from
Hinkley LightingFinish: Brushed NickelWattage: 3-100 ...
Add to Shopping List

**$142.20**
InterStore
★★★★★ 1 seller rating

Hinkley Lighting AVIATOR FLUSH 3LT BATH VANITY model number 5271BN ...
AVIATOR FLUSH 3LT BATH VANITY, model number 5271BN, by Hinkley Lighting From the Aviator Collection
from Hinkley LightingFinish: Brushed NickelWattage: 3-60 ...
Add to Shopping List

**$124.20**
InterStore
★★★★★ 1 seller rating

NORTHSTAR LIGHTING SFA671LS120H FNFP (SFA671LS120H)
LIGHT FIXTURE.
Add to Shopping List

**$497.50**
www.PicCenter.com

AREA LIGHTING RESEARCH AT-15 FNFP (AT15)
PHOTOELECTRIC FOR OUTDOOR LIGHTING 120VAC 2000W LL.
Add to Shopping List

**$17.50**
www.PicCenter.com

AREA LIGHTING RESEARCH SP3402LED FNFP (SP3402LED)
INVERTER.
Add to Shopping List

**$5,100.00**
www.PicCenter.com

5109-AN, Hudson Valley Lighting NAUGATUCK PENDANT model number HVL ...
... model number 5109-AN, by Hudson Valley Lighting Finish: ANTIQUE NICKELDimensions:8"W x 69"HLamps: (1)
100 Watt MEDIUM BASE Bulb 1 LIGHT PENDANT.
Add to Shopping List

**$358.50**
Soho Lighting
★★★★★ 11 seller ratings

Hinkley Lighting Aviator Wall Sconce - 5273BN - Brushed Nickel
Hinkley Lighting Aviator Wall Sconce - 5273BN - Brushed Nickel.

**$142.20**
LightingPlaza.com

http://www.google.com/products?q=vanity+light&hl=en&start=150&sa=N (4 of 9) [5/27/2008 9:17:23 AM]

aviator light - Google Product Search

**Hinkley Lighting Aviator Wall Sconce - 5274BN - Brushed Nickel**
Hinkley Lighting Aviator Wall Sconce - 5274BN - Brushed Nickel
Add to Shopping List

$178.20
LightingPlaza.com

**VU-1804, Hudson Valley Lighting BOOTH BATH BAR model number HVL-VU ...**
HVL-VU-1804, Dimensions 40"W x 4-1/4"H x 5-1/2"E 4 100 HALOGEN Bulbs BOOTH BATH BAR, model number
VU-1804, by Hudson Valley Lighting Dimensions 40"W x ...
Add to Shopping List

$259.50
Soho_Lighting
★★★★★  11 seller ratings

**FlashlightsA2-HA-YG - SureFire A2 Aviator Compact Flashlight A2 ...**
SureFire A2 Aviator Compact Flashlight A2-HA LED FS-FL-A2Aviator-A2-HA-YG Anodized Pocket Light features two
types of light sources: three long-runtime ...
Add to Shopping List

$195.00
Optics Planet.net
★★★★☆  41 seller ratings

**Checkride Essentials: Commercial**
Checkride Essentials: Commercial
Add to Shopping List

$7.60
BaggerBooks.com
★★☆☆☆  18 seller ratings

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
Weather Tech(R) Side Window Deflectors offer you fresh air enjoyment with an original equipment look. They are crafted
in Germany from the finest 3mm ...

$66.95
nuLine.com
★★★★★  204 seller ratings

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Product is chrome plated ABS plastic & attaches over existing factory handles, tail lights, & mirrors. No drilling or removing
is required of factory ...
Add to Shopping List

$123.50
nuLine.com
★★★★★  204 seller ratings

**Refine product results for: aviator light**

**Price range**
- Under $10
- $10 - $30
- $30 - $200
- Over $200
- $ [ ] to $ [ ]

**Brands**
- Garmin
- Hella
- Henkley lighting
- Pilot
- Prox
- surefire

**Stores**
- Aitkins
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Bitklo.com Books
- BooneSky Aviation
- DrillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford
- Matisto.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pilotwear & Aviation...
- Quatrosales from Cal...
- Quatrosales.com on C...
- RolePros.com
- UnbeatableSale
- Underfoot.com
- www.AviationLogs.com
- www.PicCenter.com

**Seller rating**
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating
- [ ] to [ ]

◀ Gooo0oo0oooooogle ▶
Result Page: Previous 1 2 3 4 5 6 7 8 9 10 11 12 13  Next
Google does not charge for inclusion in its search results or accept payment for better placement.

[ aviator light ]   [ Search Products ]   [ Search the Web ]

Information for Sellers · Help

Google Home · Advertising Solutions · Business Solutions · About Google

©2008 Google - ☆ Accepts Google Checkout Learn more

Web Images Maps News **Shopping** Gmail more ▼

aviator light - Google Product Search

My Shopping List

# Google

aviator light

Search Products | Search the Web

Advanced Product Search
Preferences

**Products**

Show: **[ ]** items only . Showing all items

Show grid view | Sort by relevance

Results 481 - 500 of about 7,807 for aviator light. (1.00 seconds)

**Hinkley Lighting Aviator Wall Sconce - 5270BN - Brushed Nickel**
Aviator Colleciton Wall Sconce Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 5W,
9 1/4H, 5 1/2EX 4 3/4W. ...
Add to Shopping List

**$70.20**
HomeAnnex
★★★★☆ 982 seller ratings

**PLC LIGHTING AVIATOR CHANDELIER - 1812-SN - Satin Nickel**
PLC Lighting Aviator Chandelier Lamping: 16 x 20W - 12V G4 (included) Width: 40 Height: 18 Telescopic: 34-46
Glass: Seedy Frost Supplied with hang straight ...
Add to Shopping List

**$304.20**
HomeAnnex
★★★★☆ 982 seller ratings

**10 PACK MULTICOLORED BALLOON LIGHTS**
These Balloon lights are a all in one unit, a self sealing valve, a 14" white balloon and a 6' ribbon. It has multicolored
LED's and 3 modes. Slow Blink, ...
Add to Shopping List

**$18.99**
eCRATER.com

**Adesso Aviator Torchiere**
Full range dimmer switch on pole. 2 x 150 Watt. 71? Height, 71? Width, Oval base: 14? Width, 8? Depth. Shade: 5?
Height, 16? Width, 4.75? Depth.
Add to Shopping List

**$121.26**
TheCozyPineapple
★★☆☆☆ 1 seller rating

**PSS500-11-45 Taglio by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG
HERE: Link to ManufacturerSize: Shade is 4.23" x 10 3/4"H. Canopy is 5". ...
Add to Shopping List

**$330.75**
Lighting On The Net
★★★★☆ 93 seller ratings

**WF120-10-45-180 Solo by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG
HERE: Link to ManufacturerSize: Shade is 3"W x 10 1/4"H x 3"D. Backplate. ...
Add to Shopping List

**$159.25**
Lighting On The Net
★★★★☆ 93 seller ratings

**FRPC1852-O-45 Satellite Tri by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG
HERE: Link to ManufacturerSize: Shade is 4"W x 4-3/4"H. Single backplate ...
Add to Shopping List

**$158.38**
Lighting On The Net
★★★★☆ 93 seller ratings

**BV743-10-45 Bora by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG
HERE: Link to ManufacturerSize: Shade is 4"W x 4-3/4"H. Turning is ...
Add to Shopping List

**$224.50**
Lighting On The Net
★★★★☆ 93 seller ratings

**PF825-10-45-130 Single Cylinder by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG
HERE: Link to ManufacturerSize: Shade is 2-3/8" x 7-1/4"H. Canopy is 5". ...
Add to Shopping List

**$199.50**
Lighting On The Net
★★★★☆ 93 seller ratings

**PC1852-O-45 Satellite Tri by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG
HERE: Link to ManufacturerSize: Shade is 6-1/4" x 3-1/4"H. Canopy is 5". ...
Add to Shopping List

**$182.00**
Lighting On The Net
★★★★☆ 93 seller ratings

**Sponsored Links**

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20%-50% off Lighting Sale**
Authorized Dealer, 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com

**Pilot Lights**
Indicator/Pilot Lights at Digi-Key,
#1 in Availability - Ship Same Day.
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting, Low Prices & Free Shipping
www.CSNLighting.com

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Flight Light Inc**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

**Aviator Lamp**
Easy & Secure Online Ordering
Buy Motorcraft Lincoln Parts Here
www.oeing.com

http://www.google.com/products?q=aviator+light&aq=f&oq=&start=480

aviator light - Google Product Search

**FRPC3410-99-45-29A Undula by ALICO**
DESCRIPTION BELOW MAY NOT BE ACCURATE. PLEASE DOUBLE-CHECK MANUFACTURER'S CATALOG HERE. Link to Manufacturer Size Shade is 4-1/2" x 4-5/8"H. Turning a ...

[Add to Shopping List]

$113.75
Lighting On The Net
★★★★☆ 30 seller ratings

**Giorgio Armani GA 446S GA446 / S 0CFU GA446 / S&nb GA446 / S - 0CFU**
Giorgio Armani sunglasses deploy craftsmanship & sophistication. The GA-446S is designed with a LIGHTWEIGHT & DURABLE modern metal frame for superb ...

[Add to Shopping List]

$224.99
DreamShades.com
★★★★★ 1 seller rating

**0754640159-B01: Beyond Witgenstein's Poker: New Light on Popper ...**
Beyond Witgenstein's Poker: New Light on Popper and Wittgenstein, by Peter Munz.

[Add to Shopping List]

$120.59
Abrera LLC
★★★★☆ 6 seller ratings

**Ray Ban sunglasses Aviator RB3320 042/8Z - Satin silver frame ...**
Ray Ban sunglasses Aviator RB 3320 042/8Z : Unisex, Satin silver metal frame, Light brown, silver gradient mirror (Polycarbonate) polycarbonate lenses, ...

[Add to Shopping List]

$134.00
UnitedShades.com
★★★★★ 192 seller ratings

**Ray Ban sunglasses Aviator Wings III Oval RB3184 006/7C - Mat ...**
Ray Ban sunglasses Aviator Wings III Oval RB 3184 006/7C : Unisex, Mat black metal frame, Light blue, gradient silver mirror tapered plastic lenses, drop shaped.

[Add to Shopping List]

$145.00
UnitedShades.com
★★★★★ 192 seller ratings

**Ray Ban sunglasses Aviator Rimless RB3214 004/7C - Gunmetal frame ...**
Ray Ban sunglasses Aviator Rimless RB 3214 004/7C : Unisex, Gunmetal rimless frame, Light blue, silver gradient mirror plastic lenses, drop shaped.

[Add to Shopping List]

$113.00
UnitedShades.com
★★★★★ 192 seller ratings

**Ray Ban sunglasses Aviator RB3243 004/7C - Gunmetal frame / APX ...**
Ray Ban sunglasses Aviator RB 3243 004/7C : Unisex, Gunmetal metal frame, APX Light blue, silver gradient mirror plastic lenses, wrap shaped.

[Add to Shopping List]

$104.00
UnitedShades.com
★★★★★ 192 seller ratings

**Classic Aviator Light Brown Fashion Eyewear Sunglasses**
Classic Aviator Light Brown Fashion Eyewear Sunglasses Model Number: a0801040uu0128 Beady-eyed Brown Fashion Eyewear Sunglasses. in an osteriolaosly ...

[Add to Shopping List]

$9.99
eCRATER.com

**Kalco Ponderosa 3Light Stairwell - 5034PD-8030 - N/A**
Kalco Ponderosa 3Light Stairwell - 5034PD-8030 - N/A.

[Add to Shopping List]

$401.40
LightingPlaza.com

**The Light Sensitive Aviator Sunglasses.**
... professional drivers for their ability to automatically adjust to changing light conditions, ... eliminating 'veiling glare' caused by blue light waves. ...

[Add to Shopping List]

$169.95
SHOP.COM

**Aircraft Cessna Wing Tip Strobe Light / Power Supply by dfwairparts**
ITEM DESCRIPTION Cessna Wing self-contained Tip Strobe Light Power Supply (right side). Manufactured by Aeroflash for Cessna. P/N C622010-0101. ...

[Add to Shopping List]

$49.99
bluey.com

**Aircraft Cessna / Aeroflash Strobe Light Power Supply by dfwairparts**
ITEM DESCRIPTION Cessna Strobe Light Power Supply. Manufactured by Aeroflash for Cessna. P/N C622008-0102 or 798819. 24V. Very clean item. ...

[Add to Shopping List]

$69.99
bluey.com



http://www.google.com/products?q=aviator+light&start=15&hl=en=N&sa=X&oi=... (2 of 9) [4/27/2008 4:17:52 AM]

aviator light - Google Product Search

Lot of NEW Aircraft Light Bulbs, GE1047 by dfwairparts
ITEM DESCRIPTION Lot of 10ea NEW Aircraft Light Bulbs. Manufactured by General Electric. P/N GE1047. 26V bulbs. Please email us if you have any questions or ...

**Add to Shopping List**

**$9.99**
blujay.com

Ishock M1-A3 CRF50,TTR50 (LIGHT) M1A3260224
Ishock M1-A3 CRF50,TTR50 (LIGHT) M1A3260224.

**Add to Shopping List**

**$221.93**
PowersportSuperstore...

Ishock M1-A3 CRF50,TTR50 EXT (LIGHT) M1A3275224
Ishock M1-A3 CRF50,TTR50 EXT (LIGHT) M1A3275224.

**Add to Shopping List**

**$221.93**
PowersportSuperstore...

Hinkley Aviator Flush Mount Ceiling Light
This contemporary flush mount ceiling light is finished in brushed nickel and accented with sharp etched opal glass. Hinkley - 5271BN

**Add to Shopping List**

**$124.20**
Bellacor
★★★★★ 1,235 seller ratings

Biker's Choice Instrument & Lighting Wix/Tech
Biker's Choice Instrument & Lighting Wix/Tech.

**Add to Shopping List**

**$19.99**
PowersportSuperstore...

Biker's Choice Instrument & Lighting Adjure
Biker's Choice Instrument & Lighting Adjure.

**Add to Shopping List**

**$19.99**
PowersportSuperstore...

Biker's Choice Instrument & Lighting Biketronix
Biker's Choice Instrument & Lighting Biketronix.

**Add to Shopping List**

**$19.99**
PowersportSuperstore...

Airlife's World Aircraft: the Complete Reference to Civil ...
Seller: diskeland books USA - Condition: Very Good - 1840371153 clean inside-cover shows minor wear, spine light, no dust jacket, has remainder mark, ...

**Add to Shopping List**

**$15.00**
Alibris

Flying the Light Retractables
... airplane enthusiasts on a tour of 10 of the most popular high-performance, single-engine airplane models, commonly referred to as light retractables. ...

**Add to Shopping List**

**$15.15**
Alibris

Light Aircraft Recognition (Ian Allen Abc)
This guide to recognition of light aircraft is the perfect companion to Plymouth Press' award-winning Guide to Airport Airplanes. Peter March gives all the ...

**Add to Shopping List**

**$20.94**
Alibris

Ilyushin Il-28 Beagle: Light Attack Bomber
Seller: More Books USA - Condition: Fine -

**Add to Shopping List**

**$195.37**
Alibris

Ilyushin Il-28 Beagle: Light Attack Bomber By Gordon, Yefim
Seller: Wild Middle Aged Women USA - Condition: New - New book-2002-first edition. No marks, stains, tears or other damage.

**Add to Shopping List**

**$68.19**
Alibris

www.google.com/products?q=aviator+lights&um=1&hl=en&start=60&sa=N&um=1&ie=UTF-8&q=... (14 of 76) [6/27/2008 9:17:52 AM]

product search · Google Product Search

**Piaa 36 Pilot Light Con36: 17323106**
WATERHEATER THERMOCOUPLE Universal fit. LGTH. 36 Package Shipping Size 4.25 x 8.50 x 6.00 (not product dimensions)
Add to Shopping List
**$12.99**
SHOP.COM

**PINK LED INTERIOR LIGHTS LINCOLN AVIATOR & NAVIGATOR**
NEON's LED 'LIGHT EMITTING DIODE' Give's off virtually no heat. ... draw very little current, and will not burn out like other light sources. ...
Add to Shopping List
**$15.99**
eBay

**03-06 LINCOLN AVIATOR ANGEL EYES FOG LIGHTS lamps 04 05**
Bling-Light's new OE series fog lights with built-in halo rings gives off a cool, even glow and the cutting-edge halogen fog light resides in the center. ...
Add to Shopping List
**$71.77**
eBay

**BLUE LED INTERIOR LIGHTS LINCOLN AVIATOR**
...interior Lights White Cycle Kit PYRE FLYS DELUXE LED INTERIOR LIGHT KIT ... Kit Contents: You Are Bidding On One 4 Light Kit COLOR = BLUE 4 SEPARATE ...
Add to Shopping List
**$16.99**
eBay

**Piper Neon Sign Light Display Aircraft Aviation d027**
Piper Neon Sign Light Display Aircraft Aviation d027 We gladly combine shipping to save you money! 20% Combine shipping discount Click HERE for detail ...
Add to Shopping List
**$6.99**
eBay

**Hinkley Lighting Aviator Wall Sconce - 5273**
Aviator Collection Wall Sconce Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 23 1/2W, 9 1/4H, 5 1/2Ext 7 1/4W. ...
Add to Shopping List
**$142.20**
Underbed.com
★☆☆☆☆ 2 seller ratings

**Hinkley Lighting Aviator Wall Sconce - 5272**
Aviator Collection Wall Sconce Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 14 1/4W, 9 1/4H, 5 1/2Ext 7 1/4W. ...
Add to Shopping List
**$106.20**
Underbed.com
★☆☆☆☆ 2 seller ratings

**Be a Sport Pilot: Learn to Fly a Fixed Wing Light-Sport Aircraft.**
Be a Sport Pilot: Learn to Fly a Fixed Wing Light-Sport Aircraft. dvd. ISBN 1560275871. Aviation Supplies & Academics, Inc. Like New Near perfect copy. ...
Add to Shopping List
**$46.50**
Biblophile Bookbase

**Preflight a Fixed Wing Light-Sport Aircraft: For Sport Pilots.**
Preflight a Fixed Wing Light-Sport Aircraft: For Sport Pilots. dvd. ISBN 1560275863. Aviation Supplies & Academics, Inc. New Brand new mint condition. ...
Add to Shopping List
**$47.00**
Biblophile Bookbase

**SUREFIRE A2-HA-RD Aviator LED Flashlight A2 Red NEW**
Brand New In Stock Factory Sealed Surefire A2-HA-RD Aviator RED Tel: 866-755-1529 ... Features two types of light sources: three long-runtime light emitting ...
Add to Shopping List
**$149.99**
eBay

**SUREFIRE A2-HA-GN Aviator LED Flashlight A2 Green NEW**
Brand New In Stock Factory Sealed Surefire A2-HA-GN Aviator Green Tel: ... Features two types of light sources: three long-runtime light emitting diodes ...
Add to Shopping List
**$149.99**
eBay

**7 Red and 12 White LED AVIATOR Flashlight 2 switches BK**
7 Red and 12 White LED AVIATOR Flashlight 2 switches BK Click to Enlarge This is a ... The white color is very bright and delivers a great light just like any ...
Add to Shopping List
**$12.00**
eBay

animal light - Google Product Search

**NIB Surefire A2-HA-WH Aviator**
This is a NIB Surefire A2-HA-WH Aviator Flashlight. ... Two lights in one: high-output Xenon spotlight surrounded by three low-intensity LEDs. ...
Add to Shopping List

$135.00
eBay

**Making Perfect Landings in Light Airplanes by Ron Fowler**
Ron Fowler: Making Perfect Landings in Light Airplanes. paperback. ISBN 1560276312. Aviation Supplies & Academics, Inc. Like New Near perfect copy. ...
Add to Shopping List

$18.50
Bibliophile Bookbase

**Sport Pilot: Choosing the Light-Sport Aircraft That's Right for You.**
Sport Pilot: Choosing the Light-Sport Aircraft That's Right for You. dvd. ISBN 1560275600X. Aviation Supplies & Academics, Inc. New Brand new mint condition. ...
Add to Shopping List

$24.00
Bibliophile Bookbase

**ALLEN BRADLEY 800MR-PT26WK PILOT LIGHT WHITE QTY 4 NEW**
ALLEN BRADLEY 800MR-PT26WK PILOT LIGHT WHITE. This is a Lot purchase of Four (4) at single low price. CONDITION All equipment is sold AS-IS. ...
Add to Shopping List

$99.99
eBay

**05 Lincoln Aviator Polang L08 Super White 18W Hybrid Lens Type 912 ...**
2005 Lincoln Aviator (fits Tail Light) L08 Polang 921 Super White 21W Glass Base Single filament. manufacturer part no: 921, 912, 516, 579, 917, 916, 920. ...
Add to Shopping List

$17.95
eAutoWorks.com

**03-05 Lincoln Aviator 3156 High Intensity super bright LED light bulb**
2003-2005 Lincoln Aviator (fits Back-upReverse Light) 3156 Super Bright LED light bulbs (OEM package light bulb ) with build-in 12 super LED ...
Add to Shopping List

$12.95
eAutoWorks.com

**5271BN Hinkley Lighting Aviator Flush Mount in Brushed Nickel**
5271BN Haley Lighting Aviator Flush Mount in Brushed NickelFlush mount from Hinkley LightingFeatures contemporary shaped etched opal glass5 1/2H x 17 ...
Add to Shopping List

$124.20
Free Rivers Lighting

**05 Lincoln Aviator High Intensity Super Bright LED 1.75in Dome ...**
2005 Lincoln Aviator (fits Interior Dome Light) Super Ultra Bright LED Dome Light Bulbs in 1.75" With build-in 9 Super Bright LED Available In Ultra Violet ...
Add to Shopping List

$16.95
eAutoWorks.com

**03-05 Lincoln Aviator 5 watts pure blue 3156 high power LED light ...**
2003-2005 Lincoln Aviator (fits Back-upReverse Light) Pure Blue 3156 Luxeon 5 Watt LED automotive light bulbs (OEM light bulb). ...
Add to Shopping List

$19.95
eAutoWorks.com

**03-05 Lincoln Aviator 3156 3 watts high power Bright amber LED ...**
2003-2005 Lincoln Aviator (fits Back-upReverse Light) Max Power Amber 3156 Luxeon 3 watts LED automotive light bulb (OEM light bulb). ...
Add to Shopping List

$19.95
eAutoWorks.com

**03-05 Lincoln Aviator 3156 5 watts high power Bright amber LED ...**
2003-2005 Lincoln Aviator (fits Back-upReverse Light) Max Power Amber 3156 Luxeon 5 watts LED automotive light bulbs (OEM light bulb). ...
Add to Shopping List

$23.95
eAutoWorks.com

**03-05 Lincoln Aviator Most Powerful Red LED 3156 automotive light bulb**
2003-2005 Lincoln Aviator (fits Back-upReverse Light) Super Bright Red 3156 5 Watt LED automotive light bulbs (OEM light bulb). ...
Add to Shopping List

$23.95
eAutoWorks.com



product light - Google Product Search

**03-05 Lincoln Aviator 3 watts pure blue 3156 high power LED light ...**
2003-2005 Lincoln Aviator (fits Back-up/Reverse Light) Pure Blue 3156 Luxeon 3 Watt LED automotive light bulbs (OEM light bulb). ...
Add to Shopping List
$15.95 — eAutoWorks.com

**03-05 Lincoln Aviator 5 watts 3156 pure white super bright LED ...**
2003-2005 Lincoln Aviator (fits Back-up/Reverse Light) Super high power pure white 3156 Luxeon 5 watts LED automotive light bulbs (OEM light bulb). ...
Add to Shopping List
$23.95 — eAutoWorks.com

**SureFire MA02 Flashlight Replacement Lamp Assembly for Aviator A2 ...**
SureFire MA02 Flashlight Replacement Lamp Assembly for Aviator A2 Light Package Contents: SureFire A2 Aviator Bulb Assembly MA02 (NSN: 6240-01-531-7044 )
Add to Shopping List
$25.00 — Tactical-Store.com

**SureFire MA02 Flashlight Replacement Lamp Assembly for Aviator A2 ...**
... SureFire A2 Aviator flashlights and produces 50 lumens of light for 1 hour. Package Contents:SureFire A2 Aviator Bulb Assembly MA02 (NSN: 6240-01-531-7044 )
Add to Shopping List
$25.00 — OpticsPlanet
★★★★☆ 651 seller ratings

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
PriceSmarter.com is your best source for Side window deflector for Lincoln Aviator 2003 thru 2005 Front Pair Light 70323.
Add to Shopping List
$66.95 — PriceSmarter.com
★★☆☆☆ 3 seller ratings

**2005 LINCOLN AVIATOR - CHROME ABS TAIL LIGHT BEZEL, (1 PAIR ...**
-CHROME ABS TAIL LIGHT BEZEL, (1 PAIR)-
Add to Shopping List
$138.89 — Wheels and Caps
★★★★★ 1 seller rating

**Lincoln Aviator Dash Trim Kit 03-05 - 39 pieces - Light Blue ...**
Generic Wood / Carbon Fiber / Aluminum Dash Trim Kits Ever felt like your car was missing something important? Well it let Dash Trim Kits are one of the ...
Add to Shopping List
$248.88 — eBonza.com

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
PriceSmarter.com is your best source for Side window deflector for Lincoln Aviator 2003 thru 2005 Front & Rear Set Light 72323.
Add to Shopping List
$106.95 — PriceSmarter.com
★★☆☆☆ 3 seller ratings

**Covercraft Weathershield HP Car Cover Lincoln Aviator 2003 / 03 ...**
Covercraft Weathershield HP Car Cover Lincoln Aviator 2003 / 03 Light Blue T2 C16440PL
Add to Shopping List
$391.95 — TheNerds.net

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Free Shipping Available! - no 27135 Chrome Truck Accessories. Create a custom look for your vehicle! Install using 3M automotive tape. ...
Add to Shopping List
$136.77 — AutoChrome Store

**Side window deflector for Lincoln Aviator 2003 thru 2005 Rear Pair ...**
PriceSmarter.com is your best source for Side window deflector for Lincoln Aviator 2003 thru 2005 Rear Pair Light 71280.
Add to Shopping List
$52.00 — PriceSmarter.com
★★☆☆☆ 3 seller ratings

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 15060**
... up to 30 days prior to shipment for custom manufacturing. PriceSmarter.com is your best source for Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 15060.
Add to Shopping List
$133.42 — PriceSmarter.com
★★☆☆☆ 3 seller ratings

Google Product Search

**72323 WeatherTech In Channel Side Window Vent Visors Complete ...**
72323 WeatherTech In Channel Side Window Vent Visors Complete Front & Rear Set Deflectors - Light Lincoln
Aviator 2003/03.
Add to Shopping List

**$64.58**
TheNerds.net

**Covercraft Weathershield HP Car Cover Lincoln Aviator 2005 / 05 ...**
Covercraft Weathershield HP Car Cover Lincoln Aviator 2005 / 05 Light Blue T2 C16440PL.
Add to Shopping List

**$391.95**
TheNerds.net

**Covercraft Weathershield HP Car Cover Lincoln Aviator 2004 / 04 ...**
Covercraft Weathershield HP Car Cover Lincoln Aviator 2004 / 04 Light Blue T2 C16440PL.
Add to Shopping List

**$391.95**
TheNerds.net

**Preflight A Fixed Wing Light-Sport Aircraft, For Sport Pilots**
Preflight A Fixed Wing Light-Sport Aircraft For Sport Pilots
Add to Shopping List

**$28.76**
A1Books
★★★★☆ 732 seller ratings

**Be A Sport Pilot. Learn To Fly A Fixed Wing Light-Sport Aircraft**
Be A Sport Pilot. Learn To Fly A Fixed Wing Light-Sport Aircraft.
Add to Shopping List

**$28.76**
A1Books
★★★★☆ 732 seller ratings

**Surefire Aviator Lamp Assembly**
Provides a brilliant tactical-level beam with over three times the light of a big two D-cell flashlight. Bright enough
to temporarily blind and disorient a ...
Add to Shopping List

**$24.99**
Cabela's
★★★★☆ 92 seller ratings

**Surefire Spares Carrier (Exec/Aviator soleres)**
Don't run out of light when you need it. These impact-resistant, watertight ... reflectors Lamps without attached
reflectors Executive and Aviator Series.
Add to Shopping List

**$16.99**
Cabela's
★★★★☆ 92 seller ratings

**Versace Aviator Shield Sunglasses**
Gradient lens. Rhinestone detail on front and sides.
Add to Shopping List

**$285.00**
Bloomingdale's
★★★★☆ 166 seller ratings

**Plantronics MS30-3 Light Aviation Headset, Amplified Mic w/ P.055...**
MS30-3 (HS01177-36) StarSet Light aviation headset, amplified microphone (carbon equivalent), 5-foot cord, with one
each P.055 and P.J068 plugs. ...
Add to Shopping List

**$179.97**
Headset Zone for Pla...

**Plantronics MS50/T30-3 Light Aviation Headset, Amplified Mic with ...**
Plantronics Light Aviation Headset - P.J068 / P.J068 Dual Plug Low Impedance. This is a two-plug version of our
popular boom-mike set. ...
Add to Shopping List

**$149.95**
Headset Zone for Pla...

**PREFLIGHT A FIXED WING LIGHT-**
Brand new.
Add to Shopping List

**$89.50**
Biblio.com Books

**2005 Lincoln Aviator Brake Light Fail Switch**
MOTORCRAFT Brake Light Fail Switch SW6034 (FOOY134808.4545W5034) for 2005 LINCOLN AVIATOR with
4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR). ...

**$15.86**
RockAuto.com
★★★★★ 1,172 seller ratings




http://www.google.com/products?q=%22aviator+light+boat%22+88&start=20&btnG=&sa=...&show=&base=40017.r4(1)(57)2008+r132.hd

aviator light - Google Product Search

2003 Lincoln Aviator - LoadWarrior Off Road Light Bracket by ...
2003 Lincoln Aviator LoadWarrior Off Road Light Bracket by Yakima For Use With LoadWarrior Lights and Wiring
Not Included. For use with the Load Warrior ...
Add to Shopping List

$30.63
LincolnPartsPeople.c...

2004 Lincoln Aviator - LoadWarrior Off Road Light Bracket by ...
2004 Lincoln Aviator LoadWarrior Off Road Light Bracket by Yakima For Use With LoadWarrior Lights and Wiring
Not Included. For use with the Load Warrior ...
Add to Shopping List

$30.63
LincolnPartsPeople.c...

Westinghouse Aviator 52" Contemporary Ceiling Fan Brushed Nickel ...
The Aviator Ceiling Fan Features: Brushed Nickel Finish with Reversable Maple .... 3/4" Inside Diameter Downrod
Included Light Kit Included. Using One 100 ...
Add to Shopping List

$159.95
Online Home Goods St...

2003 2004 2005 Lincoln Aviator Underbody Light Kit - Lincoln 03 04 ...
This part fits these applications - 2003 2004 2005 Lincoln Aviator Underbody Light Kit - Lincoln 03 04 05 Underbody
Light Kit.
Add to Shopping List    - [image]

$90.93
Auto Parts Train
★★★★☆ 26 seller ratings

2003 2004 2005 Lincoln Aviator Driving Light Kit - Lincoln 03 04 ...
This part fits these applications - 2003 2004 2005 Lincoln Aviator Driving Light Kit - Lincoln 03 04 05 Driving Light Kit.
Add to Shopping List    - [image]

$77.42
Auto Parts Train
★★★★☆ 26 seller ratings

2003 2004 2005 Lincoln Aviator Fog Light Bulb - Lincoln 03 04 05 ...
... Replacement Bulb Sold Individually. This part fits these applications - 2003 2004 2005 Lincoln Aviator Fog Light Bulb
- Lincoln 03 04 05 Fog Light Bulb.
Add to Shopping List    - [image]

$102.66
Auto Parts Train
★★★★☆ 26 seller ratings

1995-2003 2004 2005 Lincoln Aviator Fog Light Kit - Lincoln 96-03 ...
... Lamp Depth is Only 2 3/4". This part fits these applications - 1995-2003 2004 2005 Lincoln Aviator Fog Light Kit -
Lincoln 96-03 04 05 Fog Light Kit.
Add to Shopping List    - [image]

$188.31
Auto Parts Train
★★★★☆ 26 seller ratings

Ripoffs CO-153 Holster for SureFire, Aviator and Scorpion Flashlights
This product is suitable for use with the following: Streamlight Night Com Scorpion LED Strion TwinTask 2 Lithium Sure
Fire A2 Aviator M2 Centurion L2 ...
Add to Shopping List

$14.42
Finnkools

SureFire A2 Aviator White LED Flashlight +12 Free Batteries
FREE $25.00 VALUE Originally developed for professional aviators -- who needed a light bright enough to illuminate
a 747's tall section from the ground. ...
Add to Shopping List

$195.00
KnifeArt.com

Surefire MA02 Lamp Assembly for A2 Aviator
MA02 The MA02 lamp assembly fits A2 Aviator flashlights and produces 50 lumens of light for 1 hour.
Add to Shopping List

$25.00
BatteryJunction.com
★★★★☆ 26 seller ratings

Surefire Flashlight Lamps MA02 Lamp Assembly (Replacement) MA02 ...
Surefire MA02 MA02 Lamp Assembly for the A2 Aviator Flashlight (Replacement) Lamps.
Add to Shopping List    - [image]

$24.95
B&H Photo-Video-Audi...
★★★★★ 9,315 seller ratings

Aviator Brushed Nickel Flush Mount (Bath) Hinkley (5271BN)
Collection: Aviator Type: Flush Mount Ceiling Lights & Fixtures (Bath) Finish: Brushed Nickel Glass: Opal
Etched Dimensions: 6.5 inches high ...
Add to Shopping List

$124.20
LightingShowroom.com
★★★★☆ 20 seller ratings

aviator light - Google Product Search

**The Airman's Year Book and Light Aeroplane Manual 1935**
DJ has some spotting and shelf wear. (Ref.#ACC-AV21) London, England 1935 6 x 9 Tall Aviation Good.
Add to Shopping List

**$171.35**
A Collector's Choice...

**Surefire Aviator Lamp Assembly**
Provides a brilliant tactical-level beam with over three times the light of a big two D-cell flashlight. Bright enough to temporarily blind and disorient a...
Add to Shopping List

**$24.99**
Choice Accessories ...
★★★★★ 1 seller rating

**Petzl Tikka Head Light Tilt Soft [E43PS]**
3 LED headlamp Long burn time 3 LED lamp produces flood beam lighting with a ... Easy to use and practical one lighting level, beam can easily aimed where ...
Add to Shopping List

**$27.95**
www.AviationLogs.com
★★★★★ 2 seller ratings

**New Balance - Combed Cotton Liner (12 Pairs)**
New Balance Combed Cotton Liner (12 Pairs) Athletic Socks: Features combed cotton for a soft feel and comfort. The compression arch supports stability and ...
Add to Shopping List

**$43.95**
Shoebuy.com
★★★★★ 1,068 seller ratings

**Westinghouse Lighting Aviator Ceiling Fan**
Finished with brushed nickel, the Westinghouse Lighting Aviator Ceiling Fan moves air at an exceptional rate, creating an added comfort to your favorite...
Add to Shopping List

**$203.99**
Ceiling Fan Superstore...

**4405_30bar36vnsp_spot lamp**
PAR 36 SPECIALTY APPLICATIONS W/ SCREW TERMINALS SKU:1001460 Volts:12.8 Watts:30.
Add to Shopping List

**$13.77**
Bulbster
★★★★★ 60 seller ratings

**Refine product results for: aviator light**

Price range
- Under $10
- $10 - $30
- $30 - $200
- Over $200
$ [ ] to $ [ ] Go

Brands
- Garmin
- Hella
- Hinkley lighting
- Pilot
- Prox
- surefire

Stores
- Abbris
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BoonesSky Aviation
- DrillSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford
- Majestic.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pilotwear & Aviation...
- Quatrosites from Cali...
- Quatrosites.com on C...
- RockPros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com
- www.PicCenter.com

Seller rating
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating
[ ] to [ ] Go

◄ Goooooooooooogle ►
Result Page: Previous 1 2 3 4 5 6 7 8 9 10 11 12 13 14  Next
Google does not charge for inclusion in its search results or accept payment for better placement.

[aviator light          ]   [ Search Products ]   [ Search the Web ]

Information for Sellers · Help

Google Home · Advertising Solutions · Business Solutions · About Google

©2008 Google - ᴊᵀ Accepts Google Checkout Learn more

http://www.google.com/products?q=aviator+light&scoring=r&start=60&sa=N#=en&tab=wf+d (4 of 4) [2/27/2008 9:17:52 AM]

aviator light - Google Product Search

Web Images Maps News Shopping Gmail more ▼

My Shopping List

# Google [ aviator light ]   [ Search Products ]  [ Search the Web ]

Advanced Product Search
Preferences

## Products

Show: [ ____ ] items only  Showing all items

Show grid and view.

Results 501 - 600 of about 7,867 for aviator light. (1.02 seconds)

Sort by relevance   [ Go ]

---

WADE 15060 - Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06
Product is chrome plated ABS plastic and attaches over existing factory handles, tail lights, and mirrors. No drilling
or removing is required of factory ...

Add to Shopping List

$115.97
KENZO ELECTRONICS
★★★★☆ 66 seller ratings

---

WEATHERTECH 72323 - Side window deflector for Lincoln Aviator 2003 ...
WEATHERTECH 72323 : WeatherTech® Side Window Deflectors offer you fresh air enjoyment with an original
equipment look. They are crafted in Germany from the ...

Add to Shopping List

$80.97
KENZO ELECTRONICS
★★★★☆ 66 seller ratings

---

Telemecanique Pilot Light Head ZB4BV06
Telemecanique ZB4BV06 Pilot Light Head Pilot Lights Pilot Light Head Color Blue 22 Millimeters For BA9 Lamp
Light Modules Chrome.

Add to Shopping List

$5.06
DrillSpot.com
★★★★★ 188 seller ratings

---

0.5 Watt Stretch Light
0.5 Watt Stretch Light by eCeartion Number: EGIL T-13030Features: * Hand-held for Directional Light * Lantern for
Area Light - New Collimator provides ...

Add to Shopping List

$17.96
Pickwear & Aviation...

---

Telemecanique Pilot Light Head ZB4BV033
Telemecanique ZB4BV033 Pilot Light Head Pilot Lights Pilot Light Head Color Green 22 Millimeters For LED
Light Modules Chrome.

Add to Shopping List

$5.06
DrillSpot.com
★★★★★ 188 seller ratings

---

Telemecanique Pilot Light Head ZB4BV05
Telemecanique ZB4BV05 Pilot Light Head Pilot Lights Pilot Light Head Color Yellow 22 Millimeters For BA9 Lamp
Light Modules Chrome.

Add to Shopping List

$5.06
DrillSpot.com
★★★★★ 188 seller ratings

---

Adesso Aviator Table Lamp - 5160
Aviator Table Lamp Each lamp has a half moon frosted glass shade with a ... 5" Depth Shade 5" Height 16" Width 4
75" DepthAviator Table Lamp Each lamp has ...

Add to Shopping List

$92.00
HomeClick
★★★★☆ 1,381 seller ratings

---

Telemecanique Pilot Light Head ZB5AV033
Telemecanique ZB5AV033 Pilot Light Head Pilot Lights Pilot Light Head Color Green 22 Millimeters For LED Light
Modules Plastic.

Add to Shopping List

$4.32
DrillSpot.com
★★★★★ 188 seller ratings

---

LIGHT DIMMING KIT/5/6V/0-32VDC at BudgetPilot.com Pilot Shop
The Kit includes a MIL-SPEC POTENTIOMETER, MIL-SPEC Power transistor mounted to a heatsink and a wiring
harness. Includes: Rheostat, harness, dimmer ...

Add to Shopping List

$258.96
BudgetPilot.com

---

Cessna 172 Cessna 182 Underwing Courtesy Light & Cover
Cessna 172 Cessna 182 Underwing Courtesy Light & Cover. It fits Cesana 172, Cesana 182 as well as several other models.

Add to Shopping List

$44.99
DFW AirParts
★★★★★ 2 seller ratings

---

Sponsored Links

Siemens Airfield Solution
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sai.siemens.com

20-50% off Lighting Sale
Authorized Dealer, 110% Low Price.
Free Shipping. No Tax. New Styles.
www.LightingUniverse.com
Go gle [ ____ ]

Pilot Lights
Instant Availability, Pricing
Specs, Quality Components & Service
• www.digikey.com

Pilot Lights
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

Lighting Superstore
World's Largest Selection of
Lighting, Low Prices & Free S/H
www.CSNLighting.com
Go gle [ ____ ]

Aviator light
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

My Shopping List

printer right - Google Product Search



3 LED Flexible Clip Light, 3 'AAA'
... clip can be attached to just about anything to provide the ultimate in hands-free lighting. It's an ideal clip-on book light, perfect for close-up work, ...
A55AA114,
**Add to Shopping List**

$17.96
Pilotwear & Aviation...

25 WATT HALOGEN TAIL LIGHT/14V at BudgetPilot.com Pilot Shop
**Add to Shopping List**

$153.00
BudgetPilot.com



Digi-Code 12/24 Volt Light-Commercial Receiver DC5112 310MHz
12/24 Volt These receivers are intended for use where range is possibly a problem. Complete with an industrial style antenna and pre-fitted with a type F ...
**Add to Shopping List**

$45.00
AAAREMOTES Gate & Ga...
★★★★★ 272 seller ratings

  

Hitch Step by Pilot w/ LED Brake Light - Fits 2 inch receiver - 18 ...
Multi purpose. Utility Hitch Step with red LED Brake Light. Truck Pilot Hitch Step CR-600L CR600L CR605L Acura Buick BMW Cadillac Chevrolet Chevy Chrysler ...
**Add to Shopping List**

$62.88
Ultimate Auto Access...



Custom Accessories #16502 No Smoking Light
No Smoking Dash Glow Light, Replaces Cigarette Lighter, On/Off Switch Tell Your Passengers You Do Not Want Smoking In Your Car.
**Add to Shopping List**

$4.46
HomeandBeyond.com
★★★★★ 2 seller ratings

 

Lot of 6 Allen-Bradley Pilot Light Covers 800TN26G (JJ1A)
CAP FOR PILOT LIGHT STANDARD GREEN LISTS AT $6.00 EACH.
**Add to Shopping List**

$23.99
Mara Industrial Supp...

Signal24U 001 - Signal24U Ford Mustang 3rd Brake Light "Blinking...
Avoid becoming another statistic with a SIGNAL24U blinking brake light ... sends three blinking pulses to your third brake light prior to lighting it solid. ...
**Add to Shopping List**   Google Checkout

$21.95
AutoTrollToys.com
★★★★★ 36 seller ratings



Berko RUX PILOT LIGHT (Heater On)
Berko RUX PILOT LIGHT (Heater On) Instructions For detailed product literature, please review: BERKO RUX X Series Heater Explosion Proof Unit Heater ...
**Add to Shopping List**

$550.00
H-Mac Systems Online...

 

Light Duty Earphones for VXA-210, VXA-150, VXA-100 Transceivers
Light Duty Earphone for VXA-210, VXA-150 and VXA-100 Aviation Transceivers.
**Add to Shopping List**

$12.00
Touch and Go Pilot S...



Trade Show Display Light Box Panel
Bring light to your trade show display and watch the traffic build!This well-designed lightbox panel is specially made to fit with Flexible Panel displays. ...
**Add to Shopping List**

$292.00
Siegel Display Produ...

 

Tools Aviation Personal Battery Caddy Original Model -12 AA - 4 ...
The Tools Aviation Personal Caddy is an innovative way to store batteries. ... Limited Warranty Tools Aviation, LLC warrants this product. ...
**Add to Shopping List**

$13.95
Lighthound

 

Hinkley Aviator Series 5273 Bath Bracket
23.5" wide x 9.25" tall x 5.5" deep Aviator Bath series bath bracket in a brushed nickel finish with etched opal glass. Can be mounted up or down. ...
**Add to Shopping List**   Google Checkout

$142.20
SearchLighting.com

 

http://www.google.com/product?q=printer+light&start=160&bt=n&sa=N&num=160 (1 of 9) 5/27/2006 9:19:29 AM

Invalid

aviator light - Google Product Search

Surefire Flashlights A2 Aviator Incandescent & LED Flashlight with ...
Surefire A2HAWHCG A2 Aviator Incandescent & LED Flashlight with Green Case (OD Green) Flashlights.

Add to Shopping List

**$204.95**
B&H Photo-Video-Audi...

Surefire Flashlights A2 Aviator Incandescent & LED Flashlight with ...
Surefire A2HAWHCB A2 Aviator Incandescent & LED Flashlight with Black Case (OD Green) Flashlights.

Add to Shopping List

**$204.95**
B&H Photo-Video-Audi...

SureFire Aviator A2 XENON Lamp
SureFire MA02 XENON Lamp. Fits SureFire Aviator A2 flashlight.

Add to Shopping List

**$25.00**
BrightGuy Flashlight...
★★★★★★ 2 seller ratings

A2 Aviator Flashlight, (HA) White LEDs / Xenon Lamp - Free Shipping!
The SureFire A2 Aviator flashlight features three LEDs surrounding a main Xenon .... The current regulation circuitry gives you a consistent level of light ...

Add to Shopping List

**$195.00**
BrightGuy Flashlight...
★★★★★★ 2 seller ratings

Hinkley Aviator Brushed Nickel 3 Bulb Bathroom Lighting - HK5273
HK5273 - Contemporary Brushed Nickel Bathroom Lighting by Hinkley. Dimensions: Height: 9-1/4" Width: 23-1/2" . Extension From Wall: 5-1/2" . ...

Add to Shopping List

**$143.00**
Lighting Showplace
★★★★½ 17 seller ratings

Hinkley Aviator Brushed Nickel 4 or More Bulb Bathroom Lighting - 5274
5274 - Contemporary Brushed Nickel Bathroom Lighting by Hinkley. Dimensions: Height: 9-1/4" Width: 32-1/2" . Extension From Wall: 5-1/2" ...

Add to Shopping List

**$179.00**
Lighting Showplace
★★★★½ 17 seller ratings

Hinkley Aviator Brushed Nickel 2 Bulb Bathroom Lighting - HK5272
HK5272 - Contemporary Brushed Nickel Bathroom Lighting by Hinkley. Dimensions: Height: 9-1/4" Width: 14-1/4" . Extension From Wall: 5-1/2" ...

Add to Shopping List

**$107.00**
Lighting Showplace
★★★★½ 17 seller ratings

Warbirds Motion Lamp
Just plug your Motion Lamp in and the warmth of the light bulb will make the .... Each Motion Lamp includes one design insert a 25 watt light bulb and has a ....

Add to Shopping List

**$50.00**
Enchanted Lantern

German Light Field Artillery: 1935-1945 (Schiffer Military ...
German light artillery as used on all fronts and with a variety of sizes and capabilities., b/w photographs, line drawings. 8 1/4 x 11 3/4. ...

Add to Shopping List

**$8.65**
Burberry Books

TIKKA HEAD LIGHT - TILT - TRADITIONAL (E43PT)
... (E43PT) The 3 LED lamp produces flood beam lighting with a long burn time. ... Easy to use and practical one lighting level, beam can easily aimed where ...

Add to Shopping List

**$27.95**
BooneStu Aviation

92VSWH - Lightolier Poweranc Visor Shield Aluminum
92VSWH - Lightolier Poweranc Visor Shield AluminumThis product contains: Poweranc Visor Shield Aluminum92VSWH - Lightolier TrackCategory: Lightolier ...

Add to Shopping List

**$117.24**
Lighting By Gregory
★★★★½ 84 seller ratings

Hinkley 5271BN Aviator Ceiling Mount
The Hinkley Lighting Aviator 3 Light Indoor Ceiling Mount 5271BN is part of the transitional style Aviator collection by Hinkley Lighting. Width: 17 inches. ...

Add to Shopping List

**$124.20**
Famxys.com
★★★½ 1 seller rating



http://www.google.com/products?q=aviator+light&aq=f&q=aviator+light&num=10&hl=en&sa=N&start=160 (14 of 41) [5/27/2008 9:19:28 AM]

Surefire MA02 LAMP, INCAND, 50 LUMEN FOR A2 AVIATOR (87088)
Surefire MA02 SurefireFlashlight Replacement Lamp Fits A2 Aviator 50 Lumens (MA02 LAMP, INCAND, 50 LUMEN FOR A2 AVIATOR 87088)
Add to Shopping List

$25.00
Sensod Lighting



Bayonets, Bugles & Bonnets: Experiences of Hard Soldiering With ...
Bayonets, Bugles & Bonnets: Experiences of Hard Soldiering With the 71st Foot - the Highland Light Infantry.
Add to Shopping List

$12.67
eCampus.com
★★★ ⅗⅘ 122 seller ratings

Streamlight Clipmate clip on LED Pilot Flashlight
The Clipmate is a great cockpit lighting tool. It's versatile clip and 360 degree ... Black Bodied lights in Green or white LED are generally in stock. ...
Add to Shopping List

$21.95
Specialty Aviation S...

FLUSH MOUNT JACK HOUSING/BLACK
FLUSH MOUNT JACK HOUSING/BLACK
Add to Shopping List

$18.92
latitude_outfitter_c...

9LCA Series Spare Part Kit - 9LCA23-SPK - FAA
9LCA Series Spare Part Kit - 9LCA23-SPK - FAA. Description - Spare Parts Kit for 9LCA33L00AA.
Add to Shopping List

$763.00
Genesis Lamp - Light...

9LCA Series Spare Part Kit - 9LCA0-SPK - FAA
9LCA Series Spare Part Kit - 9LCA0-SPK - FAA. Description - Spare Parts Kit for 9LCA001000AA.
Add to Shopping List

$336.00
Genesis Lamp - Light...

Streamlight SL-20X Rechargeable Flashlight
Great for Night operations either by pilots or ground crew and line staff. Please note that the base price does not include a charger. ...
Add to Shopping List

$83.97
Specialty Aviation S...



EC410 ExStik Conductivity/TDS/Salinity Kit
Extech EC410 ExStik Conductivity/TDS/Salinity Kit.
Add to Shopping List

$119.99
GoodMart.com
★★★ ⅘ 4 seller ratings

  

Streamlight Stinger Rechargeable Pilot Flashlight
Battery Nickel-cadmium 3.6 Volt, 1.8 amp hour, sub-C; rechargeable up to 1000 times. Bulb 3.7 Volt, 6 watt, xenon gas filled bi-pin; spare bulb in tail cap. ...
Add to Shopping List

$62.97
Specialty Aviation S...



9LCA Series Spare Part Kit - 9LCA1-SPK- FAA
9LCA Series Spare Part Kit - 9LCA1-SPK- FAA. Description - Spare Parts Kit for 9LCA111L00AA.
Add to Shopping List

$499.00
Genesis Lamp - Light...

Aircraft Ceiling Fan Pulls
... hang them from any location in your office or home! Airplanes, helicopters, and emblems currently available. A-10, Apache, Aviator Helmet, Blackhawk, B-1, .
Add to Shopping List

$10.95
www.herbagear.us



Hinkley Aviator Brushed Nickel 1 Bulb Wall Sconce - 5270
5270 - Contemporary Brushed Nickel Wall Sconce by Hinkley. Dimensions: Height: 9-1/4" Width: 5" . Extension From Wall: 5-1/2". ...
Add to Shopping List

$71.00
Lighting Showplace
★★★★ ⅘ 17 seller ratings



related light - Google Product Search

ASA Sport Pilot Fixed Wing Kit: Sport Pilot flight training kit ...
... need start learning how to fly a fixed wing light-sport aircraft (LSA), ... a Fixed Wing Light-Sport AircraftWeather to Fly for Sport Picks with Paul ...
**Add to Shopping List**

**$71.96**
SkyGeek

ASA Preflight a Fixed Wing Light-Sport Aircraft for Sport Picks ...
Sport Picks fly lower and slower than General Aviation pilots, ... in a 5-step system specific to Sport Picks and light-sport aircraft operations. ...
**Add to Shopping List**

**$35.96**
SkyGeek

FLITELite Hands Free Pilots Light, with AVCOMM Wireboom headset ...
FLITELite Hands Free Pilots Light, with AVCOMM Wireboom headset adapter for Model AC454. This adapter will NOT fit smaller AC200 wireboom headsets. ...
**Add to Shopping List**

**$44.95**
SkyGeek

Kuda Mounting Base Lincoln Aviator 2003 03 Light Parchment 51061 ...
Kuda Mounting Base Lincoln Aviator 2003 03 Light Parchment 51061 Light Parchment. Technology has certainly made our lives more convenient. ...
**Add to Shopping List**

**$72.95**
AutoAnything.com
★★★★★ 473 seller ratings

Kuda Mounting Base Lincoln Aviator 2005 05 Light Parchment 51061 ...
Kuda Mounting Base Lincoln Aviator 2005 05 Light Parchment 51061 Light Parchment. Technology has certainly made our lives more convenient. ...
**Add to Shopping List**

**$72.95**
AutoAnything.com
★★★★★ 473 seller ratings

Covercraft Weathershield HP Car Cover Lincoln Aviator 2004 04 ...
Covercraft Weathershield HP Car Cover Lincoln Aviator 2004 04 Light Blue C16440PL. Can old dogs learn new tricks? Covercraft proved it's possible by ...
**Add to Shopping List**

**$391.95**
AutoAnything.com
★★★★★ 473 seller ratings

Kuda Mounting Base Lincoln Aviator 2004 04 Light Parchment 51061 ...
Kuda Mounting Base Lincoln Aviator 2004 04 Light Parchment 51061 Light Parchment. Technology has certainly made our lives more convenient. ...
**Add to Shopping List**

**$72.95**
AutoAnything.com
★★★★★ 473 seller ratings

Kuda iPod Mounting System Lincoln Aviator 2003 03 51061900001 ...
Kuda iPod Mounting System Lincoln Aviator 2003 03 51061900001 Light Parchment. First came the wheel. Centuries later, there was sliced bread. ...
**Add to Shopping List**

**$120.95**
AutoAnything.com
★★★★★ 473 seller ratings

Kuda iPod Mounting System Lincoln Aviator 2004 04 51061900001 ...
Kuda iPod Mounting System Lincoln Aviator 2004 04 51061900001 Light Parchment. First came the wheel. Centuries later, there was sliced bread. ...
**Add to Shopping List**

**$120.95**
AutoAnything.com
★★★★★ 473 seller ratings

Hella Fog Light Kit Lincoln Aviator Fog Light Kit
Hella Fog Light Kit provides superior quality for your Lincoln Aviator. Each Hella Lincoln Aviator Fog Light Kit meets or exceeds SAE standards for ...
**Add to Shopping List**

**$165.38**
Car Parts Stuff
★☆☆☆☆ 2 seller ratings

Hella Fog Light Bulb Lincoln Aviator Fog Light Bulb
Hella Fog Light Bulb provides superior quality for your Lincoln Aviator. Each Hella Lincoln Aviator Fog Light Bulb meets or exceeds SAE standards for ...
**Add to Shopping List**

**$7.00**
Car Parts Stuff
★☆☆☆☆ 2 seller ratings

Lincoln Aviator Fog Light Kit - Lincoln Aviator Fog Light Kit 2003 ...
... Universal 55 Watt Halogen Blue Glass Lens FOG Lamps Kit Includes 2 Model FF50 Oval Black High Impact ABS Lamps With 2 H7 55Watt Halogen Bulbs. ...
**Add to Shopping List**

**$108.74**
Car Junky
★★★★★ 3 seller ratings








http://www.google.com/products?q=product+light&hl=en+155248519+&sa=x&aid=start206=4=4/71/(7/7/2008 9:10:28 AM)

www.light - Google Product Search

Hella Lincoln Aviator Fog Light Bulb 2005 2004 2003
HELLA H7 REPLACEMENT BULB - H7 55 Watt Replacement Bulb Sold Individually.
Add to Shopping List

**$8.60**
1 Motor Mart
★★★★☆ 10 seller ratings

Best Electronics Underbody Light Kit Lincoln Aviator 05 04 03 ...
... Limited Lifetime Manufacturer's Warranty Excluding Breakage. Fits: 03 Lincoln Aviator, 04 Lincoln Aviator, 05
Lincoln Aviator Underbody Light Kit.
Add to Shopping List

**$90.35**
InnerAuto
★★★★☆ 2 seller ratings

2003-2005 Lincoln Aviator Fog Light Kit KC Hilite Daylighter 05 04 ...
... 03 Lincoln Fog Light Kit, 04 Lincoln Aviator Fog Light Kit, Lincoln Aviator KC Hilite Daylighter, KC
Hilite Fog Light Kit.
Add to Shopping List     - Google

**$125.77**
Auto Parts Warehouse
★★★★☆ 204 seller ratings

KC Hilite Fog Light Kit Lincoln Aviator 05 04 03 02 01 00 99 98 97 ...
... 99 Lincoln Aviator, 00 Lincoln Aviator, 01 Lincoln Aviator, 02 Lincoln Aviator, 03 Lincoln Aviator, 04 Lincoln Aviator,
05 Lincoln Aviator Fog Light Kit.
Add to Shopping List

**$128.95**
InnerAuto
★★★★☆ 2 seller ratings

2003-2005 Lincoln Aviator Driving Light Kit Ramsege 05 04 03 2004
... 03 Lincoln Aviator, 04 Lincoln Aviator Driving Light Kit, 05 Lincoln Aviator Driving Light Kit,
2003 Lincoln Driving Light Kit, ...
Add to Shopping List     - Google

**$95.96**
Auto Parts Warehouse
★★★★☆ 204 seller ratings

2003-2005 Lincoln Aviator Fog Light Replacement Passenger Side 05 ...
... Fog Light, 03 Lincoln Aviator, 04 Lincoln Aviator Fog Light, 05 Lincoln Aviator Fog Light, 2003 Lincoln
Fog Light, 2004 Lincoln Fog Light, ...
Add to Shopping List     - Google

**$135.95**
Auto Parts Warehouse
★★★★☆ 204 seller ratings

Hella Fog Light Lincoln Aviator 05 04 03 RALLYE 4000 FF UNIVERSAL ...
... Aviator 05 04 03 RALLYE 4000 FF UNIVERSAL HALOGEN LAMP . Sold Individually. Fits: 03 Lincoln Aviator, 04
Lincoln Aviator, 05 Lincoln Aviator Fog Light.
Add to Shopping List

**$116.95**
InnerAuto
★★★★☆ 2 seller ratings

Hella Lincoln Aviator Driving Light Kit 2005 2004 2003
HELLA MODEL 500 UNIVERSAL DRIVING LAMP KIT CLEAR 6" ROUND - Universal 55 Watt Halogen Driving Light
Kit Includes 2 Model 500 Round Black High Impact ABS ...
Add to Shopping List

**$74.95**
1 Motor Mart
★★★★☆ 10 seller ratings

Best Electronics Lincoln Aviator Underbody Light Kit 2005 2004 2003
BEST ELECTRONICS. UNDERCAR FLAT LED LIGHT KIT, COMPLETE KIT, GREEN -- LED Illumination Adds Style
To Your Ride Weather Driving Or Hanging Out. ...
Add to Shopping List

**$90.35**
1 Motor Mart
★★★★☆ 10 seller ratings

2003-2005 Lincoln Aviator Fog Light Kit KC Hilite 05 04 03 2004
... 04 Lincoln Aviator Fog Light Kit, 05 Lincoln Aviator Fog Light Kit, 2003 Lincoln Aviator Fog Light Kit, 2004 Lincoln Fog
Light Kit, 2005 Lincoln Fog Light Kit, ...
Add to Shopping List     - Google

**$103.17**
Auto Parts Warehouse
★★★★☆ 204 seller ratings

Hella Fog Light Bulb Lincoln Aviator 05 04 03 H3 REPLACEMENT - 55 ...
Hella Fog Light Bulb Lincoln Aviator 05 04 03 H3 REPLACEMENT - 55 Watt Sold is a high quality stock replacement
part. HELLA H3 REPLACEMENT BULB - H3 55 Watt ...
Add to Shopping List

**$4.56**
InnerAuto
★★★★☆ 2 seller ratings

Hella Driving Light Kit Lincoln Aviator 05 04 03 MODEL 500 ...
... Switch Lamp Dimensions 8 3/8" Diameter By 2 5/8" Deep UNIVERSAL MOUNT. Fits: 03 Lincoln Aviator, 04
Lincoln Aviator, 05 Lincoln Aviator Driving Light Kit.
Add to Shopping List

**$74.95**
InnerAuto
★★★★☆ 2 seller ratings

Mixed light : Google Product Search

**2003-2005 Lincoln Aviator Fog Light Kit KC Hilite Slimlite 05 04 ...**
... Fog Light Kit, 05 Lincoln Aviator Fog Light Kit, 2003 Lincoln Fog Light Kit, ... Fog Light Kit, Lincoln Aviator KC Hilite Slimlite, KC Hilite Fog Light Kit.
Add to Shopping List

$187.74
Auto Parts Warehouse
★★★★☆ 204 seller ratings

**Hella Fog Light Lens Lincoln Aviator 05 04 03 CLEAR COVER FOR ...**
Hella Fog Light Lens Lincoln Aviator 05 04 03 CLEAR COVER FOR RALLYE 4000 MODEL, is a high quality stock replacement part. HELLA CLEAR LENS COVER FOR RALLYE ...
Add to Shopping List

$14.95
InnerAuto
★★★☆☆ 2 seller ratings

**Hella Lincoln Aviator Fog Light Kit 2005 2004 2003**
HELLA MODEL 500 UNIVERSAL FOG LAMP KIT CLEAR 6" ROUND - Universal 55 Watt Halogen Fog Light Kit includes 2 Model 500 Round Black High Impact ABS Lamps With ...
Add to Shopping List

$80.00
1 Motor Mart
★★★★☆ 10 seller ratings

**Hella Fog Light Kit Lincoln Aviator 05 04 03 FF100 SERIES ...**
... Lamp Dimensions 2 9/16" High By 4 5/8" Wide By 3 3/4" Deep UNIVERSAL MOUNT. Hella Fog Light Kit Lincoln Aviator 05 04 03 FF100 SERIES UNIVERSAL LAMP CLEAR.
Add to Shopping List

$130.78
InnerAuto
★★★★☆ 2 seller ratings

**Side window deflector for Lincoln Aviator 2003 thru 2005 Front ...**
WeatherTech/Side Window Deflectors offer you fresh air enjoyment with an original equipment look. They are crafted in Germany from the finest 3mm ...
Add to Shopping List

$87.73
Megahansen Oline Sho...
★☆☆☆☆ 1 seller rating

**Lights - Headlight For: 2003-2004-2005-2006 Lincoln Aviator ...**
New Lights - Headlight For 2003-2004-2005-2006 Lincoln Aviator Headlamp halogen LH Replacement for OEM Number 2C5Z-13008AB.
Add to Shopping List

$345.58
OE Parts Headquarter...
★★★★★ 1 seller rating

**Wade Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 15660**
... tail lights, and mirrors. no drilling or removing is required of factory installed parts.number of pieces: 2note: application may vary from image.no ...
Add to Shopping List

$144.81
UnbeatableSale
★★★★☆ 25 seller ratings

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Product is chrome plated ABS plastic and attaches over existing factory handles, tail lights, and mirrors. No drilling or removing is required of factory ...
Add to Shopping List

$138.38
Gift SuperWarehouse

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Chrome Truck Accessories. Create a custom look for your vehicle! Install using 3M automotive tape. Product is chrome plated ABS plastic and attaches o.
Add to Shopping List

$126.85
Megahansen Oline Sho...
★☆☆☆☆ 1 seller rating

**Aluminum CaraBeamer Clip Light**
A powerful, efficient LED Light for your flight bag or jacket! ... Put the CaraBeamer Clip Light on your keychain, clip it to your jacket or attach it to ...
Add to Shopping List

$4.95
PilotMall.com Aviati...

**Petzl Tikka Plus LED Head Light**
Using the latest battery-stretching LED technology, the Tikka Plus light shines brilliantly in the hands-free lighting market. ...
Add to Shopping List

$33.95
PilotMall.com Aviati...

**Ultimate Light Weight Flight Kit**
This amazing flight case is loaded with unique features. DuPont 1000-denier Cordura Plus nylon makes it tough and sturdy plus resistant to ramp and rain ...

$199.00
PilotMall.com Aviati...



http://www.google.com/products?q=mixed+light&hl=en&sa=N&start=20&num=50 (14 of 91) 5/27/2008 9:14:24 AM)

aviator light - Google Product Search

**Alco MRJ6C-N Standoff - Adjustable Aircraft Cable**
*FREE SHIPPING - Manufacturer: Alco Lighting. Part Number: MRJ6C-N. Product ... Lighting Category: Rail System Accessories. Dimensions: 72" Length - .
Add to Shopping List
$30.60
Nova Lighting Store
★★★★☆ 25 seller ratings

**Lincoln LS/Aviator/Navigator/Town Car B LED Lights**
Motors: Lincoln LS/Aviator/Navigator/Town Car B LED Lights.
Add to Shopping List
$17.99
My Tweet

**Valentino Sunglasses, 5378/s, Aviator, Silver Frames/ Light Brown ...**
Valentino Sunglasses, 5378/s, Aviator, Silver Frames/ Light Brown Lenses/ Crystals.
Add to Shopping List
$99.95
Tureklemo

**Vintage 80s Rockin' Racer Light Blue Aviator Sunglasses**
Vintage 80s Rockin' Racer Light Blue Aviator Sunglasses.
Add to Shopping List
$16.00
Shop 3L3

**Bayonets, Bodies & Bonnets: Experiences of Hard Soldiering With ...**
Add to Shopping List
$12.09
BooksForChristians c...

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 - Wade 27155**
Produces chrome plated ABS plastic and attaches over existing factory handles, tail lights, and mirrors. No drilling or removing is required of factory ...
Add to Shopping List [Go]
$120.61
stonoborealis.com
★★★★★ 1 seller rating

**Refine product results for: aviator light**

**Price range**
- Under $10
- $10 - $30
- $30 - $200
- Over $200
- [ ] to [ ] [Go]

**Brands**
- Garmin
- Hella
- Hankley lighting
- Pilot
- Prox
- surefire

**Stores**
- Ailena
- AvShop Pilot Shop
- B&H Photo-Video-Audi...
- Biblio.com Books
- BooneSky Aviation
- DirtSpot.com
- eAutoWorks.com
- eBay
- Fotosearch
- Lyle Ford
- Majestic.com Aviatio...
- Military Vet Shop
- PilotMall.com Aviati...
- Pilotwear & Aviation...
- Quatrosales from Cali...
- Quatrosales.com on C...
- RidePros.com
- UnbeatableSale
- Underbid.com
- www.AviationLogs.com
- www.PicCenter.com

**Seller rating**
- 4 stars and up
- 3 stars and up
- 2 stars and up
- Has a rating
- [ ] to [ ] [Go]

◄ Result Page: Previous 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next ►
GoooooooooooogIe
Google does not charge for inclusion in its search results or accept payment for better placement.

[ aviator light ]   [ Search Products ]   [ Search the Web ]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google
©2008 Google - 🛒 Accepts Google Checkout Learn more

Web Images Maps News Shopping Gmail more ▼

My Shopping List

# Google

aviator light

[ Search Products ] [ Search the Web ]

Advanced Product Search
Preferences

## Products

Show: [ ▼ ] items only  Showing all items

Sort by relevance [ ▼ ]

Show grid view

Results 691 - 700 of about 763 for aviator light. (0.34 seconds)

**Sponsored Links**

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20-50% off Lighting Sale**
Authorized Dealer, 110% Low Price.
Free Shipping, No Tax. New Styles.
www.LightingUniverse.com
Google ▇▇▇

**Pilot Lights**
Indication/Pilot Lights at DigiKey.
#1 in Availability - Ship Same Day.
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting, Low Prices & Free S/H!
www.CSNLighting.com
Google ▇▇▇

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Lighting**
Indoor & Outdoor Lighting Fixtures
Shop With Ease. No Restocking Fee
www.LightingDirect.com
Google ▇▇▇

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

Aviator With Factory HID parking light LINCOLN Aviator With ...
... Replacement Upgrade Light Bulb parking light light bulb upgrade -- LINCOLN Aviator With Factory HID parking
light light bulb upgrade 03-05 Super Bright ...
**Add to Shopping List**

$12.95
www.extremesytling.c...

LINCOLN Aviator license plate light bulb upgrade with upgrade by Led
... Wedge Bulbs license plate light upgrade light bulb -- LINCOLN Aviator With Factory HID license plate light
upgrade light bulb 03-05 T11 Wide Angle Super ...
**Add to Shopping List**

$19.95
www.extremesytling.c...

LINCOLN Aviator rear signal light bulb rear LED turn signal light ...
... Dial 3157 Automotive Replacement Upgrade Light Bulb signal light rear turn signal blinker light bulb -- LINCOLN
Aviator Without Factory HID signal light ...
**Add to Shopping List**

$12.95
www.extremesytling.c...

LINCOLN Aviator replacement license plate light bulb upgrade LED ...
... LED Dial Wedge Bulbs license plate light upgrade light bulb -- LINCOLN Aviator Without Factory HID license plate
light upgrade light bulb 03-05 T11 Wide ...
**Add to Shopping List**

$19.95
www.extremesytling.c...

LINCOLN Aviator super bright blinker light bulb rear LED turn ...
... Super White LED Dial 3157 Automotive Replacement Upgrade Light Bulb signal light rear turn signal blinker light bulb
-- LINCOLN Aviator With Factory HID ...
**Add to Shopping List**

$12.95
www.extremesytling.c...

LINCOLN Aviator signal light bulb upgrade front turn signal ...
... Super White LED Dial 3157 Automotive Replacement Upgrade Light Bulb signal light front turn signal blinker light bulb
-- LINCOLN Aviator Without Factory ...
**Add to Shopping List**

$12.95
www.extremesytling.c...

LINCOLN Aviator taillight light bulb rear taillight light by Led
... Super White LED Dial 3157 Automotive Replacement Upgrade Light Bulb taillight rear tail light bulb -- LINCOLN
Aviator Without Factory HID taillight rear ...
**Add to Shopping List**

$12.95
www.extremesytling.c...

Green Color LINCOLN Aviator replacement license plate light bulb ...
... Green or Amber license plate light upgrade light bulb -- LINCOLN Aviator Without Factory HID license plate
light upgrade light bulb 03-05 T11 Super ...
**Add to Shopping List**

$10.95
www.extremesytling.c...

Lumatech Corporation XKR-DW HARDWIRE RETRO KIT (97010)
Lumatech Corporation XKR-DW Exit Light Hardwire Retrofit Kit (XKR-DW HARDWIRE RETRO KIT 97010)
**Add to Shopping List**

$31.53
Service Lighting

Maxa Beam Large Storage Case
MaxaBeam Large Storage Case.
**Add to Shopping List**

$292.70
BrightGuy Flashlight...
★★★★★ 2 seller ratings

http://www.google.com/products?q=aviator+light&num=10&hl=en&sa=N&start=690 (1 of 9) [5/27/2008 9:19:01 AM]

aviator light - Google Product Search

**Lincoln Aviator ProX Headlights Cover 03-05 - Color: Clear, Fog...**
The Laminate Film Covers give your lights a distinctive character. ... Protect your lighting from debris, rocks, gravel, salt, insects and mid contacts and ...
Add to Shopping List
$34.99
Auto Accessory Suppl...

**Lincoln Aviator | Chrome ABS Chrome Light Trim 04-05 - Position ...**
... CHROME LIGHT TRIM (European Marice)These Custom Chrome Light Trims are the latest ... Chrome Light Trims install in minutes with no cutting or drilling. ...
Add to Shopping List
$107.25
Auto Accessory Suppl...

**Preflight a Fixed Wing Light-Sport Aircraft for Sport Pilots**
... a routine preflight inspection of a light-sport aircraft (LSA) airplane to ... as the experienced aviator warning a refresher or transitioning aircraft. ...
Add to Shopping List
$49.95
Pilotshop.com
★★★★★ 1 seller rating

**Surefire A2 Aviator Flashlight With Green Leds New**
Surefire A2 Aviator Flashlight With Green Leds New.
Add to Shopping List
$85.00
Turnidgdm

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Install using 3M automotive tape. Product is chrome plated ABS plastic and attaches over existing factory handles tail lights and mirrors. N.
Add to Shopping List
$122.59
RatedRsuperstore.com
★★★★☆ 1 seller rating

**SES Chrome Pillar Post Trim Lincoln Aviator 2004 04 P101 SES ...**
Chrome Accessories 04 Lincoln Aviator ses chrome pillar post trim chrome door trim. SES Chrome Pillar Post Trims are custom crafted for your specific make, ...
Add to Shopping List
$69.95
AutoAnything.com
★★★★★ 473 seller ratings

**SES Chrome Pillar Post Trim Lincoln Aviator 2008 08 P101 SES ...**
Chrome Accessories 08 Lincoln Aviator ses chrome pillar post trim chrome door trim. SES Chrome Pillar Post Trims are custom crafted for your specific make, ...
Add to Shopping List
$69.95
AutoAnything.com
★★★★★ 473 seller ratings

**Oracle aluminum aviator sub-compact light**
NEW HEAVY DUTY ORACLE AVIATOR SUB-COMPACT LIGHT.WITH ADJUSTABLE FOCUS HEAD.HIGH QUALITY ANODIZED SURFACE.HEAVY DUTY MACHINED AIRCRAFT ALUMINUM.SHOCK PROOF ...
$8.00
Gunflicker.com

**PROVOX FREEHANDS HME REPLACEMENT DEVICE.LIGHT**
PROVOX FREEHANDS HME REPLACEMENT DEVICE. VALVE FOR LIGHT MEMBRANE.
$315.19
BestMedicalSupply.co...

**Wade 15060 Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 Wade 15060 Covers at low price.
Add to Shopping List
$123.36
KeanusStore.com

**TPC Light Guide #A3020**
TPC Light guide for the Advance Plasma Arc Curing Light.
Add to Shopping List
$120.00
Med1Online

**Adesso Aviator Torchiere - 5161**
Aviator Torchiere Each lamp has a half moon frosted glass shade with a satin steel base Chrome accent on base and shade Full range dimmer switch on pole 2 it ...
Add to Shopping List
$149.50
HomeLuxuryBrands.com

http://www.google.com/products?q=aviator+light&hl=en&lr=&start=40&sa=N (2 of 9) [5/27/2008 9:19:01 AM]

aviator light - Google Product Search

**Shutter Aviator Sunglasses Shades I Neon (green)**
Shutter Aviator Sunglasses Shades | Neon (green)

Add to Shopping List

$18.00
Shop 3L3

**Hinkley Lighting Aviator Surface Mount Light - 5271BN - Brushed Nickel**
Hinkley Lighting Aviator Surface Mount Light - 5271BN - Brushed Nickel.

Add to Shopping List

$124.20
LightingPlaza.com

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Product is chromeplated ABS plastic and attaches over existing factory handles, tail lights, and mirrors. No drilling or removing is required of factory ...

Add to Shopping List

$129.96
PriceInMart

**Hinkley Lighting Aviator Surface Mount Light - 5271BN - Brushed Nickel**
Aviator Collection Surface Mount Light Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched Opal Glass 17D, 6 1/2H 3-60w Med SKU: 5271BN ...

Add to Shopping List

$124.20
HomeAnnex
★★★★☆ 552 seller ratings

**Aviation Part Inspection Lamp LED FLashlight 1 watt**
... laptop components, etc This flashlight is ideal for aviation technicians, electricians, jewelers, metalsmiths, locksmiths, mechanics, machinists, etc.

Add to Shopping List

$6.97
order-buff.com

**Illuminating Experiences Le Klint 1 light wall with cord and plug...**
Illuminating Experiences Le Klint 1 light wall with cord and plug beech - LK3368 - Beech.

Add to Shopping List

$537.52
LightingPlaza.com

**KALG-G10M, Atlantis diecut/shade fits All models by Kalco**
Standard Ground Shipping/Atlantis swashells 3pc set (pectin, cone, turitella)May be bought without fixture if ordered in multiple of TWELVE(12)

Add to Shopping List

$7.20
Lighting On The Net
★★★★☆ 93 seller ratings

**Lincoln Aviator Chrome ABS Chrome Light Trim 04-05 - Position: Head ...**
... ABS CHROME LIGHT TRIM (European Market) These Custom Chrome Light Trims are ... Our chrome head light trims are nothing less than the trims manufactured ...

Add to Shopping List

$112.50
Automproovers.com

**Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06**
Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 Wade 15060 Covers Taillight Covers.

Add to Shopping List

$113.00
Wholesale Catelog

**New Generation Oversized D-ring Aviator Sunglass - White Light**
New Generation Oversized D-ring Aviator Sunglass - White Light.

Add to Shopping List

$11.99
Tunistore!

**Aviator 3-Iight Flush Mount In Brushed Nickel**
Small Parcel/Ships in 3 to 5 days Aviator collection offers simple lines and a ... Features: "Aviator collection "Solid Brass in Brushed Nickel finish "Opal ...

Add to Shopping List

$124.20
SHOP.COM

**Aviator 5-blade 52-Inch Ceiling Fan, Light Fixture With Opal ...**
Aviator Series Ceiling Fan 5 Blades with Maple/Mahogany Plywood Finish Brushed Nickel Fan Finish Light Fixture with Opal Ribbed Glass Light Kit Use 100 Watt ...

Add to Shopping List

$318.09
SHOP.COM



Green light - Google Product Search

Lincoln Aviator Dash Trim Kit 7ll Wood Carbon And Aluminum 03-05 ...
'General' Dash Trim Kit 7 Wood Carbon and Aluminum The kits are one of the most essential and vital upgrades to
a vehicles Dash appearance. ...
**Add to Shopping List**

**$410.96**
SHOP.COM

Hinkley 5274BN AVIATOR BATH
Hinkley 5274BN AVIATOR BATH.
**Add to Shopping List**

**$178.20**
Lights2You.Com

Hinkley 5272BN AVIATOR BATH
Hinkley 5272BN AVIATOR BATH.
**Add to Shopping List**

**$106.20**
Lights2You.Com

Hinkley 5271BN AVIATOR BATH
Hinkley 5271BN AVIATOR BATH.
**Add to Shopping List**

**$124.20**
Lights2You.Com

Hinkley 5273BN AVIATOR BATH
Hinkley 5273BN AVIATOR BATH.
**Add to Shopping List**

**$142.20**
Lights2You.Com

Mettler Toledo Software Labx Light Balance 11120317 Software Labx ...
... Labx Light Balance Software Labx Light Balance is a reliable and dependable ... Light Balance/Description:
SOFTWARE LABX LIGHT BALANCE/LINE: MANCELINE. Each (Please ...
**Add to Shopping List**    [Google]

**$1,275.95**
Microscopes.com

Allen Bradley Pilot Light 800h-od16 800bp016 120v Ac
Allen Bradley Pilot Light 800h-od16-p016 800bp016 120v Ac.
**Add to Shopping List**

**$9.00**
Shop 3L3



Custom Accessories #16502 No Smoking Light
No Smoking Dash Glow Light, Replaces Cigarette Lighter, On/Off Switch Tell Your Passengers You Do Not Want
Smoking In Your Car. ...
**Add to Shopping List**

**$4.55**
SHOP.COM



Hinkley Lighting Aviator Surface Mount Light - 5271
Aviator Carbon Surface Mount Light Brushed Nickel Finish Featuring a Sharp Contemporary Shape W. Etched
Opal Glass 17D. 6.1/2H 3-60w Med.
**Add to Shopping List**

**$124.20**
Underbed.com
★★★★☆ 2 seller ratings



2004-2006 Lincoln Aviator Chrome Tail Light Bezels
For the 2004, 2005, 2006 Lincoln Aviator Chrome Tail Light Bezel Trim. Thisfour piece,right and left tail light trim
setis made from high-strength ABS ...
**Add to Shopping List**

**$196.39**
Underbed.com
★★★★☆ 2 seller ratings



Satco S70-231 (S70231)
4" Polished Brass Wired Fixture Holder Carded Packaging.
**Add to Shopping List**    [Google]

**$5.25**
LightBulbEmporium.co...
★★★★★ 31 seller ratings



Bdigital Alaska Blue 79 in. - Bdigital BD10079
Bdigital BD10079 category - Studio Lighting Background, Bdigital Alaska Blue 79 in. - Bdigital BD10079 description:
Bdigital BD10079 Bdigital Alaska Blue 79 ...
**Add to Shopping List**

**$50.99**
ACE Photo & Digital
★★★★★ 1,061 seller ratings

http://www.google.com/products?q=green+light&num=100&hl=en&sa=X&oi=&num=&start&num=&num=0 (4 of 9) [10/7/2008 5:19:51 AM]

smart light - Google Product Search



Image Not Available

Bdigital Alaska Blue 26 in. - Bdigital BD10026
Bdigital BD10026 category: Studio Lighting Background. Bdigital Alaska Blue 26 in. - Bdigital BD10026 description:
Bdigital BD10026 Bdigital Alaska Blue 26 in. ...
Add to Shopping List

$19.99
ACE Photo & Digital
★★★★★ 1,061 seller ratings

Light Pollution Handbook by Kohei Narisada, Duco Schreuder
Kohei Narisada; Duco Schreuder: Light Pollution Handbook, hardcover. ISBN 1402026965X. Springer. New Brand
new, multiple copies available.
Add to Shopping List

$299.00
Bibliophile Bookbase

Sport Pilot Checkride: How to Fly Through Your Practical Test in a ...
Sport Pilot Checkride: How to Fly Through Your Practical Test in a Light-sport Aircraft.
Add to Shopping List

$38.18
BiggerBooks.com
★★★☆☆ 19 seller ratings

Sunbox Sunglow Skylight Component
All one sees from inside the room is a white ceiling-mounted light diffuser glowing brightly with all the natural daylight
light the sky has to offer ...
Add to Shopping List

$50.18
CSN Lighting
★★★★☆ 20 seller ratings

EUROFASE AIRCRAFT CABLE SUPPORT - QBMC05
EuroFase Fundamentals Aircraft Cable Support for use as current carrying.
Add to Shopping List

$1.11
Underled.com
★★★☆☆ 2 seller ratings



Satin & Clear Glass Aviator Plane Chandelier Satin Nickel Finish ...
This wonderfully detailed plane has a Satin Nickel finish with satin and clear glass. It is 19 inches wide by 16 inches high
with a 16 inch ext. ...
Add to Shopping List

$279.00
Lighting For You

ISHOCK M1-A3 CRF70/XD/R2 EXT(LIGHT) M1A3Z5205 LT 970372 ]
Ishock Suspension Suspension Photo is for reference only. Colors may vary. Descriptions are generic. Read TITLE and
any NOTES under title carefully. ...
Add to Shopping List

$221.95
Motorcycle Accessory...



Sure-Fire MA02 Lamp, 50 Lumens, Fits A2 Aviator
Sure-Fire MA02 Lamp, 50 Lumens, Fits A2 Aviator.
Add to Shopping List

$24.99
Oso Grande Knife & T...

Balances And Scales 11120317 - Mettler Toledo Software Labx Light...
Mettler Toledo Software Labx Light Balance 11120317 Software Labx Light Balance M1-BL-11120317 promising
quality with an affordable price. ...
Add to Shopping List

$1,275.95
OpticsPlanet.net
★★★★★ 41 seller ratings

Kelco Ponderosa 3Light Stairwell - 5044PD-1336 - N/A
Kelco Ponderosa 3Light Stairwell - 5044PD-1336 - N/A.
Add to Shopping List

$385.20
LightingPlaza.com

Kelco Hazelburn Xlg Porchlight Ptd Blo - 9070BB - N/A
Kelco Hazelburn Xlg Porchlight Ptd Blo - 9070BB - N/A.
Add to Shopping List

$268.20
LightingPlaza.com

Craftmade Al TCS Reqd. Hub - AT-9GS-TCS - Graystone Phoenix
Craftmade Al TCS Reqd. Hub - AT-9GS-TCS - Graystone Phoenix.
Add to Shopping List

$9.90
LightingPlaza.com

http://www.google.com/products?q=smart+light&start=[alphabase=10&hl=en&sa=N&start=60 (15 of 19) [5/27/2008 5:19:01 AM]

Kelco Tribeoca Large Pendant Pnl To - 4301TO-G21D - N/A
Kelco Tribeoca Large Pendant Pnl To - 4301TO-G21D - N/A
**Add to Shopping List**

**$538.20**
LightingPlaza.com



Oracle aviator compact krypton lights w/case
NEW ORACLE AVIATOR COMPACT KRYTON BULB LIGHT WITH FULLY ADJUSTABLE HEAD,HIGH QUALITY HEAVY DUTY MACHINED AIRCRAFT ALUMINUM ANODIZED SURFACE FINISH ...
**Add to Shopping List**

**$9.00**
GunBroker.com



2005 Lincoln Aviator Back Up Light Bulb
WAGNER Back Up Light Bulb 3156 for 2005 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Miniature Lamp-Based RockAuto.com: All the ...
**Add to Shopping List**

**$1.29**
RockAuto.com
★★★★★ 1,112 seller ratings



2004 Lincoln Aviator Back Up Light Bulb
WAGNER Back Up Light Bulb 3156 for 2004 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (04 LINCOLN AVIATOR) Miniature Lamp-Based RockAuto.com: All the ...
**Add to Shopping List**

**$1.29**
RockAuto.com
★★★★★ 1,112 seller ratings



2004 Lincoln Aviator Tail Light Bulb
WAGNER Tail Light Bulb 3157 for 2004 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (04 LINCOLN AVIATOR) Miniature Lamp-Based Compare to original ...
**Add to Shopping List**

**$0.56**
RockAuto.com
★★★★★ 1,112 seller ratings



2005 Lincoln Aviator Parking Light Bulb
WAGNER Parking Light Bulb 3157/NALL for 2005 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Long Life Miniature Lamp-Based OE TYPE, ...
**Add to Shopping List**

**$2.52**
RockAuto.com
★★★★★ 1,112 seller ratings



2003 Lincoln Aviator Brake Light Fail Switch
MOTORCRAFT Brake Light Fail Switch SW6282 (4L2Z13480AB,4545W6282) for 2003 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (03 LINCOLN AVIATOR) ...
**Add to Shopping List**

**$50.76**
RockAuto.com
★★★★★ 1,112 seller ratings



2005 Lincoln Aviator Tail Light Bulb
WAGNER Tail Light Bulb 3157 for 2005 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (05 LINCOLN AVIATOR) Miniature Lamp-Based Compare to original ...
**Add to Shopping List**

**$0.56**
RockAuto.com
★★★★★ 1,112 seller ratings



2004 Lincoln Aviator License Light Bulb
WAGNER License Light Bulb 168 for 2004 LINCOLN AVIATOR with 4.6L 281cid V8 FI (H) Engine. (04 LINCOLN AVIATOR) Miniature Lamp-Based OE TYPE RockAuto.com. ...
**Add to Shopping List**

**$0.40**
RockAuto.com
★★★★★ 1,112 seller ratings



Craftmade 2074Gdax 12V - Tungsten - 58663
Craftmade 2074Gdax 12V - Tungsten.
**Add to Shopping List**

**$5.20**
Uncledad.com
★☆☆☆☆ 2 seller ratings

Hinkley Aviator Series 5272 Bath Bracket
14.25" wide x 9.25" tall x 5.5" deep Aviator Bath series bath bracket in a brushed nickel finish with etched opal glass. Can be mounted up or down. ...
**Add to Shopping List**

**$106.20**
SearchLighting.com

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Clear, Fog....
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Clear, Fog Lights: Not Included [prox-86000]

**$29.99**
ISROX PERFORMANCE

Google Product Search

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Smoke, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Smoke; Fog Lights: Not Included [prox-89000]
Add to Shopping List

**$29.99**
ISROX PERFORMANCE

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Yellow, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Yellow; Fog Lights: Not Included [prox-89000]
Add to Shopping List

**$29.99**
ISROX PERFORMANCE

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Red, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Red; Fog Lights: Included [prox-89000]
Add to Shopping List

**$39.99**
ISROX PERFORMANCE

Lincoln Aviator | Chrome ABS Chrome Light Trim 04-05 - Position ...
Lincoln Aviator | Chrome ABS Chrome Light Trim 04-05 - Position: Head Light [XM-TLT123-AV]
Add to Shopping List

**$97.50**
ISROX PERFORMANCE

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Charcoal, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Charcoal; Fog Lights: Included [prox-89000]
Add to Shopping List

**$39.99**
ISROX PERFORMANCE

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Yellow, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Yellow; Fog Lights: Included [prox-89000]
Add to Shopping List

**$39.99**
ISROX PERFORMANCE

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Smoke, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Smoke; Fog Lights: Included [prox-89000]
Add to Shopping List

**$39.99**
ISROX PERFORMANCE

Lincoln Aviator ProX Headlights Cover 03-05 - Color: Blue, Fog ...
Lincoln Aviator ProX Headlights Cover 03-05 - Color: Blue; Fog Lights: Included [prox-89000]
Add to Shopping List

**$39.99**
ISROX PERFORMANCE

Lighted Ear Curette Microloop
Features: LIGHTED EAR CURETTE MICROLOOP : Product Information:LIGHTED EAR CURETTE MICROLOOP : Condition: New Dimensions: Length: 9.8IN Width: 5IN Height: ...
Add to Shopping List

**$108.00**
eGeneralMedical.com
★★★★☆ 1 seller rating

Lighted Ear Curette Angleloop
Features: LIGHTED EAR CURETTE ANGLELOOP : Product Information:LIGHTED EAR CURETTE ANGLELOOP : Condition: New Dimensions: Length: 9.8IN Width: 5IN Height: ...
Add to Shopping List

**$108.00**
eGeneralMedical.com
★★★★★ 1 seller rating

Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 from Wade
Wade 15080 - 400 in stock as of 05/29/2008 04:41 - International Shipping Available - DDDSD419178 no Chrome Tail Light Cover Lincoln Aviator 4 Pc 04-06 from Wade.
Add to Shopping List

**$125.41**
Jeepago.com
★★☆☆☆ 43 seller ratings

Light of the Universe: Being an Account of the Flight Beyond the ...
Seller: dromanebooks AUS - Condition: Very Good - 152p blue jacket, gold lettering, pale green cover with dark brown lettering, which is worn at corners....
Add to Shopping List

**$40.07**
Abies

http://www.google.com/products?previews=lights&sa=1&h&q=&num=40&start40174(91)&72/2006 9:19:01 AM]

©1994 High · Google Product Search

Craftmade Argos TCS Replacement - CH-9SL-TCS - Saddled Leather
Craftmade Argos TCS Replacement - CH-9SL-TCS - Saddled Leather.
**Add to Shopping List**

$9.90
LightingPlaza.com

FM 20-100 Army Ground Forces Light Aviation-1947
... personnel of Army Ground Forces units who are concerned with organic light aviation, ... maintenance, and supply
of Army Ground Forces light aviation. ...
**Add to Shopping List**

$5.00
MilSpecManuals

Development of Organic Light Aviation in the Army Ground Forces in ...
... organic light aviation into the force structure during World War II ... led to the development of organic light aviation
will perhaps assist future ...
**Add to Shopping List**

$5.00
MilSpecManuals

Basic and Advanced Light Plane Maintenance - (The Light Plane ...
... fine with only light shelfwear - no tears ... texts are light and clean ...230. ... seven volume library fully detailing what
every Light Plane owner needs ...
**Add to Shopping List**

$95.00
Old Growth Books

HAPPY LANDINGS THE RECOLLECTIONS OF A LIGHT-HEARTED AIRMAN
England: Airlife, (1984). First Edition. Near Fine in a Very Good, price-clipped DJ.
**Add to Shopping List**

$25.00
Hoffmans Bookshop

Happy Landings The Recollections of a Light-hearted Airman
Size is two Hard Cover w/Dust Jacket 222 pp(INDEX) Clean, light & bright. NO ink names, bookplates, DJ tears etc.
UK 1984 64 B/W Photos.
**Add to Shopping List**

$18.50
Edconroybooks.com

Light Plane Firewall Forward Top End (Light Plane Maintenance Library)
Nice Tight Clean copy l 230 pages. 1987 9 x 6 x 0.5 Good+ 0961519622.
**Add to Shopping List**

$4.74
TheBookScene.com

EGT systems: Basic and advanced light plane maintenance (The Light ...
Tight copy l Light general wear. 171 pages. 1989 8vo over 7.75 - 9.75" tall Good+ 0961313986.
**Add to Shopping List**

$4.74
TheBookScene.com

Body Maintenance: Basic and Advanced Light Plane Maintenance
Moderate wear around edges of DJ, scuffing, nicks, otherwise book itself is in near fine condition, clean, tight copy.
Norwalk, Connecticut, USA 1987 8vo ...
**Add to Shopping List**

$3.99
Recyclepedia Booksto...

Wings for you (A Book About Aviation)
r, pasted note to endpaper) Blue boards; illustrations NY: 1942,
**Add to Shopping List**

$20.00
Riverrun Books And P...

Navigation Tables for Mariners and Aviators.
) Black boards Wash DC: 1941.
**Add to Shopping List**

$12.50
Riverrun Books And P...

Into The Glory The Miracle-filled Story Of The Jungle Aviation And ...
1974.
**Add to Shopping List**

$24.25
Born Again Used Book...

aviator light - Google Product Search

YOUNG AMERICA'S AVIATION ANNUAL, 1945
PAGES 15 TO 20 HAVE A SEMI-CIRCLE CUT OUT FROM EDGES. DOES NOT EFFECT TEXT. NEW YORK
1944 ILLUSTRATED.

**$16.00**
Vintage-Books.com

Add to Shopping List

TM 5-811-5 Army Aviation Lighting-1991
002359–TM 5-811-5 Army Aviation Lighting-1991 69 Pages 1991 THIS DOCUMENT IS FURNISHED ON
CDROM FORMAT Criteria herein are applicable to all Army airfields …

**$5.00**
MilSpecManuals

Add to Shopping List

FLYING LIGHT AIRCRAFT
VGVG, DJ NOT PRICED, AVIATION.

**$9.00**
RAC Books

Add to Shopping List

STRAIGHT ON TILL MORNING : The Biography of Beryl Markham
Portrays a remarkable twentieth-century woman who became Africa's first female thoroughbred trainer and its first
female bush pilot, her turbulent private …

**$10.00**
Fyrbyrd Bookshop

Add to Shopping List

Air War Volume One
Garden City NY 1971 No DJ.

**$6.00**
Pomfret Street Books

Add to Shopping List

German Light Field Artillery: 1935-1945 (Schiffer Military …
German Light Field Artillery: 1935-1945 (Schiffer Military/Aviation History)

**$8.96**
A1Books
★★★★★ 732 seller ratings

Add to Shopping List

Refine product results for: aviator light

| Price range | Brands | Stores |
|---|---|---|
| Under $10 | Garmin | Alibris |
| $10 - $30 | Hella | AvShop Pilot Shop |
| $30 - $200 | blinkley lighting | B&H Photo-Video-Audi... |
| Over $200 | Pilot | Bibio.com Books |
| | Prop | BooksStay Aviation |

sundfire

DritiSpot.com
eAutoWorks.com
eBay
Fotosearch
Lyle Ford

Malistic.com Avaito...
Military Vet Shop
PilotMall.com Aviati...
Pilotwear & Aviation...
Quatrosales from Calif...

Quatrosales.com on C...
RkraPros.com
UnbeatableSale
Underbd.com
www.AviationLogs.com

www.PicCenter.com

Seller rating
4 stars and up
3 stars and up
2 stars and up
Has a rating

Result Page: Previous 1 2 3 4 5 6 7 8 Next

◄ Google ►

Google does not charge for inclusion in its search results or accept payment for better placement.

| aviator light | | Search Products | | Search the Web |

Information for Sellers · Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - ♪ Accepts Google Checkout Learn more

http://www.google.com/products?q=aviator+light&num=10&hl=en&sa=x&oi=... (1 of 4) [5/27/2008 9:59:04 AM]

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

# Google | aviator light

[ Search Products ]    [ Search the Web ]

Advanced Product Search
Preferences

## Products

Show [ Local ▼ Grid ▼ ] items only **Showing all items**

Results 701 - 703 of about **703** for aviator light. (0.98 seconds)

Show grid view.    Sort by relevance

Sponsored Links

**Aviator light**
• Huge Selection, Compare Prices.
Find lighting.
Like.com/HighlyScene.com

$8.90

Fuel and Oil Systems: Basic and Advanced **Light** Plane Maintenance ...
Nice Tight Clean copy 1 179 pages. 1988 12.25 x 7 x 1.25 Good+ 0961313927.

[ Add to Shopping List ]

Instrument/Commercial Exercises
This Instrument Rating Exercise Book is designed to accompany material in the Instrument Rating Manual.
Englewood, Colo. 1994.

[ Add to Shopping List ]

$12.00
Odd Volume Bookstore

Pilot's Operating Handbook Cessna 1978 Turbo Centurion Cessna ...
Pilot's Operating Handbook Cessna 1978 Turbo Centurion Cessna Model T210M.

[ Add to Shopping List ]

$25.00
Pacific Rim Used Boo....

Refine product results for: **aviator light**

◀ Goooooooooogle ▶
Result Page: **Previous** 1 2 3 4 5 6 7 **8**

Google does not charge for inclusion in its search results or accept payment for better placement.

| aviator light |    [ Search Products ]    [ Search the Web ]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - Accepts Google Checkout Learn more

http://www.google.com/products?q=aviator+light&num=100&hl=en&oe=ISO-8859-1&sa=N&start=700 [5/27/2008 9:19:27 AM]

aviator light - Google Product Search

Web Images Maps News Shopping Gmail more ▼

My Shopping List

# Google | aviator light |

[ Search Products ]    [ Search the Web ]

Advanced Product Search
Preferences

## Products

Your search - **aviator light** - did not match any products.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.

You can also try your keywords on Google Web Search.

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20-50% off Lighting Sale**
Authorized Dealer, 110% Low Price.
Free Shipping. No Tax. New Styles.
www.LightingUniverse.com
Google

**Pilot Lights**
Instant Availability, Pricing
Specs. Quality Components & Service
www.digikey.com

**Pilot Lights**
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

**Lighting Superstore**
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
Google

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

Lighting

aviator light - Google Product Search

**Indoor & Outdoor Lighting Fixtures**
Shop With Ease, No Restocking Fee
www.LightingDirect.com

Google

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

Google does not charge for inclusion in its search results or accept payment for better placement.

aviator light

| Search Products | Search the Web |

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

# Google    aviator light

| Search Products | Search the Web |

Advanced Product Search
Preferences

## Products

Your search - **aviator light** - did not match any products.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.

You can also try your keywords on Google Web Search.

Sponsored Links

**Siemens Airfield Solution**
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

**20%–50% off Lighting Sale**
Authorized Dealer, 110% Low Price
Largest Selection, FREE Shipping
www.LightingUniverse.com

**Pilot Lights**
Instant Availability, Pricing
Specs. Quality Components & Service
www.digikey.com

**Lighting Superstore**
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com

**Push Buttons-Pilot Lights**
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

**Flight Light Inc.**
Manufacturer of FAA approved
airfield lighting products.
www.flightlight.com

**Aviator Lamp**

aviator light - Google Product Search

**Low Prices & Huge Inventory**
Buy Motorcraft Lincoln Parts Here
www.oehq.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Google does not charge for inclusion in its search results or accept payment for better placement.

| aviator light | Search Products | Search the Web |

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - 🛒 Accepts Google Checkout Learn more

aviator light - Google Product Search

Web Images Maps News **Shopping** Gmail more ▼

My Shopping List

# Google

[aviator light]

| Search Products | Search the Web |

Advanced Product Search
Preferences

## Products

Your search - **aviator light** - did not match any products.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.

You can also try your keywords on Google Web Search.

Sponsored Links

Siemens Airfield Solution
FAA Certified airfield/airport LEDs
lighting, signage, and spare parts
www.sas.siemens.com

20-50% off Lighting Sale
Authorized Dealer, 110% Low Price.
Free Shipping. No Tax. New Styles.
www.LightingUniverse.com
Google

Pilot Lights
Instant Availability, Pricing
Specs. Quality Components & Service
www.digikey.com

Pilot Lights
Industrial Electrical Supply from
Grainger®. Search Online Today.
www.Grainger.com

Lighting Superstore
World's Largest Selection of
Lighting. Low Prices & Free S/H!
www.CSNLighting.com
Google

Push Buttons-Pilot Lights
Moeller Electric USA Parts Depot
Immediate Sales, Support & Service
MoellerStore.com

Flight Light Inc.

aviator light - Google Product Search

**Manufacturer of FAA approved airfield lighting products.**
www.flightlight.com

**Aviator light**
Huge Selection. Compare Prices.
Find lighting
Like.com/lighting

Google does not charge for inclusion in its search results or accept payment for better placement.

aviator light

Search Products    Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - ⚡ Accepts Google Checkout Learn more

http://www.google.com/products?q=aviator+light&num=100&hl=en&oe=ISO-8859-1&sa=N&start=1000 (2 of 2) [5/27/2008 9:26:38 AM]