# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Focal Point, L.L.C.

                      Plaintiff,

v.                                       Case No.: 1:08−cv−02859
                                                    Honorable Matthew F. Kennelly

Ruud Lighting, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Minute entry of 6/6/2008, setting the case for status on 7/15/2008 is vacated. Status hearing previously set to 6/12/2008 at 9:30 AM., to stand. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.