# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **FOCAL POINT, L.L.C.,** ) | **Civil Action No. 08-2859** |
| ) | |
| **Plaintiff,** ) | |
| ) | **Judge Kennelly** |
| **v.** ) | |
| ) | **Magistrate Judge Denlow** |
| **RUUD LIGHTING, INC.,** ) | |
| ) | |
| **Defendant.** ) | **Jury Trial Demanded** |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Because the parties have resolved their dispute and wish to dismiss this action in its entirety, the parties hereby stipulate that, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., the parties dismiss all of their respective claims and counterclaims raised in the Complaint and Answer and Counterclaims in this lawsuit without prejudice, each party to bear its own fees and costs.

So Stipulated:

By: s/ Erik S. Maurer _____
    Erik S. Maurer (6275467)
      emaurer@bannerwitcoff.com
    Michael L. Krashin (6286637)
      mkrashin@bannerwitcoff.com
    BANNER & WITCOFF, LTD.
    10 S. Wacker Drive – Suite 3000
    Chicago, Illinois  60606
    Telephone:  (312) 463-5000
    Facsimile:   (312) 463-5001

    **Attorneys for Plaintiff**
    **Focal Point, L.L.C.**

By: s/ Peter N. Jansson _____
    Peter N. Jansson (1326074)
      pjansson@janlaw.com
    Jansson Shupe & Munger, Ltd.
    245 Main Street
    Racine, Wisconsin 53403
    Telephone: (262) 632-6900
    Facsimile: (262) 632-2257

    **Attorney for Defendant**
    **Ruud Lighting, Inc.**

SO ORDERED:

_____
The Honorable Matthew F. Kennelly
United States District Court Judge

## <u>CERTIFICATE OF SERVICE</u>

On June 19, 2008, I electronically filed the foregoing STIPULATED DISMISSAL WITHOUT PREJUDICE through the Court's ECF system, which will send a notice via electronic filing to all counsel of record, including counsel of record for the Defendant as indicated below:

> Peter N. Jansson
> Jansson Shupe & Munger, Ltd.
> 245 Main Street
> Racine, Wisconsin 53403
> Telephone: (262) 632-6900
> Facsimile: (262) 632-2257

> s/ Erik S. Maurer_____
> ATTORNEYS FOR FOCAL POINT