# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2859 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Focal Point vs. Ruud Lighting | | |

**DOCKET ENTRY TEXT**

The case, including all claims and counterclaims, is dismissed without prejudice pursuant to the parties' stipulation. Clerk of Court is directed to term all pending motions and schedules.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|